**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **CarbonLite Holdings LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-2067846** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10250 Constellation Blvd.**<br>**Suite 2820**<br>**Los Angeles, CA 90067**<br>Number, Street, City, State & ZIP Code | <br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **www.carbonliterecycling.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **CarbonLite Holdings LLC**
_____    Case number (*if known*) _____
        Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3399__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Rider 1 Attached hereto** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **District of Delaware** | When | Case number, if known |

Debtor    **CarbonLite Holdings LLC**
_____
Name

Case number (*if known*)
_____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

     Contact name _____

     Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000
☐  $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **CarbonLite Holdings LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/08/21___
MM / DD / YYYY

X _____          **Brian Weiss**
Signature of authorized representative of debtor          Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X _/s/ James E. O'Neill_          Date ___03/08/21___
Signature of attorney for debtor          MM / DD / YYYY

**James E. O'Neill**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 N. Market Street
17th Floor
Wilmington, DE 19899**
Number, Street, City, State & ZIP Code

Contact phone   **302-652-4100**     Email address   **joneill@pszjlaw.com**

**4042 DE**
Bar number and State

**Rider 1 to Voluntary Petition**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

CarbonLite Holdings LLC

CarbonLite Industries LLC

CarbonLite P Holdings LLC

CarbonLite P LLC

CarbonLite PI Holdings LLC

CarbonLite Pinnpack LLC

CarbonLite Recycling Holdings LLC

CarbonLite Recycling LLC

CarbonLite Sub-Holdings, LLC

Pinnpack P, LLC and

Pinnpack Packaging LLC

**UNANIMOUS WRITTEN CONSENT OF THE
BOARD OF DIRECTORS OF CARBONLITE HOLDINGS, LLC**

Dated as of March 8, 2021

The undersigned, being all of the members of the Board of Directors (the "**Board**") of CarbonLite Holdings, LLC, a Delaware limited liability company (the "**Company**"), pursuant to Section 3.4(c) of the Fourth Amended and Restated Operating Agreement of CarbonLite Holdings, LLC, dated as of December 20,2018, do hereby adopt this unanimous written consent (this "**Written Consent**") set forth below, to be effective and filed as of the date hereof.

**WHEREAS**, the Board has considered the financial and operational aspects of the Company's business;

**WHEREAS**, the Board has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

**WHEREAS**, the Board has  reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company;

**WHEREAS**, the Board has considered the costs and benefits of the financial and strategic alternatives reasonably available to the Company, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company and one or more of its subsidiaries seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for District of Delaware (the "**Bankruptcy Court**");

**RESOLVED, FURTHER**, that in the judgment of the Board, it is desirable and in the best interests of the creditors, employees and other parties interested in the business and affairs of the Company's subsidiaries, that filings under the Bankruptcy Code be made on behalf of such of the subsidiaries of the Company as the Authorized Officers deem appropriate ;

**RESOLVED, FURTHER**, that the Board hereby confirms the appointment by the Board's Finance Committee of  Mr. Brian Weiss of Force Ten Partners LLC ("**Force 10**") to serve as Chief Restructuring Officer ("**CRO**") of the Company, and Mr. Weiss shall be an Authorized Officer (as defined below), to serve in such office at the pleasure of the Board until his resignation or removal, with such duties as the Board shall prescribe;

1

RESOLVED, FURTHER, that the officers of the Company (each, an "**Authorized Officer**"), on behalf of the Company, is hereby authorized, empowered and directed to take any and all actions, to execute, deliver, certify, file and/or record and perform all petitions, schedules, lists, and any and all other documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement, subject to approval by the Board, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, FURTHER, that the Authorized Officers, on behalf of the Company, are hereby authorized, empowered and directed to retain Force 10 to provide the Company with Brian Weiss as CRO and additional personnel to assist in the execution of the day to day duties as CRO. The CRO, subject to oversight of Board will lead the Company's restructuring efforts along with the Company's advisors, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to hire the CRO and his affiliated firm, Force 10;

RESOLVED, FURTHER, that the Authorized Officers, on behalf of the Company, are hereby authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, FURTHER that the Authorized Officers, on behalf of the Company hereby authorized, empowered and directed to retain the law firm of Reed Smith LLP ("**Reed Smith**") as the Company's corporate counsel, effective as of the date the petition is filed, and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Reed Smith;

RESOLVED, FURTHER, that the Authorized Officers, on behalf of the Company, are hereby authorized, empowered and directed to retain the services of Bankruptcy Management Solutions, Inc. ("**Stretto**") as the Company's claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention

2

agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Stretto;

**RESOLVED, FURTHER**, that the Authorized Officers, on behalf of the Company, are hereby authorized, empowered  and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**RESOLVED, FURTHER**, that in connection with the commencement or continuation of the chapter 11 case by the Company, the Authorized Officers, on behalf of the Company, are hereby authorized, empowered and directed on behalf of, and in the name of, the Company to negotiate, execute and deliver a cash collateral, debtor-in-possession financing or other financing arrangement and the related guarantees thereto (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company;

**RESOLVED, FURTHER**, that any and all actions heretofore taken by the Board or any Authorized Officer  in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and.

**RESOLVED,  FURTHER**, that this Written Consent may be executed by facsimile signature or other electronic transmission (including by .pdf, .tif or similar format) and that such facsimile signature or electronic transmission shall have the same effect as original signatures personally delivered.

*[Remainder of page left intentionally blank; Signature page follows]*

**IN WITNESS WHEREOF**, each of the undersigned has executed this Written Consent as of the date first written above.

By: _____
Leon Farahnik
Director


By: _____
Ira Maroofian
Director


By: _____
Kim Jeffrey
Director


By: _____
Faramarz Youssefzadeh
Director

By: _____
Alex Delnik
Director

**IN WITNESS WHEREOF**, each of the undersigned has executed this Written Consent as of the date first written above.

By:_____
               Leon Farahnik
               Director

By:_____
               Ira Maroofian
               Director

By:_____
               Kim Jeffrey
               Director

By:_____
               Faramarz Youssefzadeh
               Director

By:_____
               Alex Delnik
               Director

*[Signature Page to Unanimous Written Consent of the Board of CarbonLite Holdings LLC]*

*[Remainder of page left intentionally blank; Signature page follows]*

1
DOCS_NY:42392.3 13044/001

**IN WITNESS WHEREOF,** each of the undersigned has executed this Written Consent as of the date first written above.

By:_____
            Leon Farahnik
            Director

By:_____
            Ira Maroofian
            Director

By:_____
            Kim Jeffrey
            Director

By:_____
            Faramarz Youssefzadeh
            Director

By:_____
            Alex Delnik
            Director

*[Signature Page to Unanimous Written Consent of the Board of CarbonLite Holdings LLC]*
DOCS_NY:42392.3 13044/001

**IN WITNESS WHEREOF,** each of the undersigned has executed this Written Consent as of the date first written above.

By: _____
Leon Farahnik
Director

By: _____
Ira Maroofian
Director

By: _____
Kim Jeffrey
Director

By: _____
Faramarz Youssefzadeh
Director

By: _____
Alex Delnik
Director

*[Signature Page to Unanimous Written Consent of the Board of CarbonLite Holdings LLC]*
DOCS_NY:42392.3 13044/001

**Fill in this information to identify the case:**

Debtor name   **CarbonLite Holdings LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration   **Corporate Ownership Statement, List of Equity Security Holders, Creditor Matrix Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/08/21      x _____
Signature of individual signing on behalf of debtor

**Brian Weiss**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name  CarbonLite Holdings LLC |
| United States Bankruptcy Court for the District of Delaware |
| (State) |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)　　12/19

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. Nestle Waters North America Inc. 900 Long Ridge Rd Stamford, CT 06902 | Maria French Tel: 888-747-7437 Fax:  508-977-8508 maria.french@waters.nestle.com | Trade Debt | | | | $27,206,874.36 |
| 2. Niagara Bottling, LLC 2560 E Philadelphia St Ontario, CA 91761 | Pamela Anderson Cridlebaugh,; Sid Gulati Tel: Fax: 909-987-0747 Panderson@Niagarawater.com ; Sgulati@NiagaraWater.com | Trade Debt | | | | $20,377,497.60 |
| 3. American Starlinger Sahm 11 Jack Casey Ct Fountain Inn, SC 29644 | Wes Wood Tel: 864-297-1900 wwood@starlingersahm.com | Trade Debt | | | | $3,861,609.43 |
| 4. Riverside Public Utilities 3900 Main Street Riverside, CA 92522-0144 | Tel: 951-826-5311 Fax: 951-826-2356 CallCenter@RiversideCA.gov | Utilities | | | | $3,808,674.34 |
| 5. Allan Company 14620 Joanbridge St Baldwin Park, CA 91706 | Jason Young CEO Tel: 626-962-4047 Fax: 626-962-7611 | Trade Debt | | | | $3,667,372.46 |
| 6. POLYQUEST, INC. 7979 Eastwood Rd Suite 201 Wilmington, NC 28403 | Heather Mercer Tel: 910-342-9554 x339 Fax: 910-342-9558 | Trade Debt | | | | $3,222,880.14 |
| 7. Everrank Investment Group, Inc. 17450 Sllica Drive Victorville, CA 92395 United States | David Ha Tel: 909-974-2811 DavidHa@EverRankCA.com | Trade Debt | | | | $2,464,339.81 |

Debtor    CarbonLite Holdings LLC
_____
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8. Bantam Materials International 4207 Ste. Catherine St. West Suite 202 Montreal, QC H3Z 1P6 | Carolina Velarde COO Tel: 401-952-6261 Carolina.Velarde@BantamInc.com | Trade Debt | | | | $2,423,531.46 |
| 9. PQ Recycling, A Polyquest Company 1979 Eastwood Road, Suite 201 Wilmington, NC 28403 United States | Megan Adams Tel: 910-342-9554 Meganadams@polyquest.com | Trade Debt | | | | $1,608,696.25 |
| 10. Engie PO Box 9001025 Louisville, KY 40290-1025 | Tamara Cooper tamara.cooper@engie.com | Trade Debt | | | | $1,477,219.28 |
| 11. Replenysh, Inc. 345 South Pixley Street Orange, CA 92868 | Mark Luberski Tel: 909-597-2868 Mark.Luberski@replenysh.com | Trade Debt | | | | $1,451,947.80 |
| 12. GP Harmon Recycling LLC dba Harmon Associates LLC 1 Jericho Plaza, Suite 204 Jericho, NY 11753-1681 | Susan Roth; Jason Smither Tel: 951-787-1960 Sroth@GAPAC.com; Jsmithe@GAPAC.com | Trade Debt | | | | $1,278,365.30 |
| 13. rPlanet Earth Los Angeles LLC 5300 South Boyle Avenue Vernon, CA 90058 | Rishi Moorjani, Controller L. Worley Tel: 213-330-4600 lworley@rplanetearth.com | Trade Debt | | | | $1,037,480.75 |
| 14. WorldWide of New York, Inc. 169 Commack Rd # 339 Commack, NY 11725 | Lisa Lee, Jeff SooHoo Tel: 516-997-3400 Tel: 516-983-6899 jeff@wwofny.com | Trade Debt | | | | $1,002,936.54 |
| 15. SOUTHERN CALIFORNIA EDISON COMPANY 10060 TELEGRAPH ROAD VENTURA, CA 93004 | Tel: 800-655-4555 Fax: 805-683-5264 | Utilities | | | | $962,919.45 |
| 16. Plastic Recycling Corp of California PO Box 1400 Suisun City, CA 94585-4400 | Sally Houghton Tel: 707-935-1997 Shoughton@prcc.biz | Trade Debt | | | | $908,612.19 |
| 17. Banyan Plastics 2393 South Congress Avenue Suite 200 West Palm Beach, FL 33406 | Sloan Sherman, Account Manager Tel: 401-952-6261 sloan@banyanplastics.com | Trade Debt | | | | $786,664.40 |
| 18. DURIS CORPORATION 2655 1ST ST SUITE 250 SIMI VALLEY, CA 93065 | Sam Hong Tel: 818-262-4735 SamHong805@Gmail.com | Trade Debt | | | | $707,170.08 |

Debtor  CarbonLite Holdings LLC
Name                                                                      Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19. RePET Inc.<br>14207 Monte Vista Ave.<br>Chino, CA 91710 | Tel: 909-594-5333<br>sales@repetinc.com | Trade Debt | | | | $587,372.16 |
| 20. Custom Polymers Pet, LLC<br>831 E. Morehead St, Ste 40<br>Charlotte, NC 28202 | Petra<br>Petra@custompolymers.com | Trade Debt | | | | $584,311.95 |
| 21. Cigna<br>400 N. Brand Blvd.<br>3rd Floor<br>Glendale, CA 91203 | Tel: 800-997-1654<br>Fax: 1-860-687-7336<br>PDMGlendale@Cigna.com | Insurance | | | | $575,349.71 |
| 22. Fairmont Logistics<br>9663 Santa Monica Blvd.<br>Suite 1092<br>Beverly HIlls, CA 90210 | DALILA GOMEZ<br>Tel: 310-564-7676<br>DALILA@FAIRMONTLOGISTICS.COM | Trade Debt | | | | $513,003.26 |
| 23. OCI INTERNATIONAL INC.<br>11767 KATY FREEWAY, SUITE 1140<br>HOUSTON, TX 77079 | JAKE HWANG<br>Tel: 832-379-0001<br>JAKE@OCII.NET | Trade Debt | | | | $507,931.98 |
| 24. QUALITY FREIGHT LOGISTICS, INC.<br>24649 MOUND RD.<br>WARREN, MI 48091 | PHILIP WOJTUNIECKI<br>Tel: 248-313-9196<br>Pwojtuniecki@qflteam.com | Trade Debt | | | | $473,100.00 |
| 25. 2245 Valley, LLC<br>225 W. Hospitality Lane<br>Suite 315<br>San Bernardino, CA 92408 | Jamie Johnson<br>Tel: 951-565-4649<br>Fax: 909-890-3630 | Rent | | | | $451,047.37 |
| 26. MacDermid Incorporated<br>P O Box 843568<br>Los Angeles, CA 90084-3568 | Deborah Gorzelany<br>Tel: 203-575-5663<br>Deborah.Gorzelany@macdermidenthone.com | Trade Debt | | | | $407,294.18 |
| 27. Plastic Express<br>15450 Salt Lake Avenue<br>City of Industry, CA 91745 | Tel: 626-336-8111<br>Fax: 626-336-1180 | Trade Debt | | | | $388,246.87 |
| 28. AMERICAN SUPPLY COMPANY<br>STERLING INDUSTRIES, LP<br>1621 E. 27th STREET<br>Los Angeles, CA 90011 | Alex Nehora<br>Tel: 323-846-1200<br>Anehorai@Aol.com | Trade Debt | | | | $360,048.18 |
| 29. Waste Management<br>1001 Fannin<br>Suite 4000<br>Houston, TX 77002 | Shameka Harney<br>Tel: 858-292-8111<br>sharney@wm.com | Utilities | | | | $359,398.45 |
| 30. Shermco Industries Inc<br>PO Box 540545<br>Dallas, TX 75354 | Allison Jones<br>ajones@shermco.com | Trade Debt | | | | $358,423.50 |

| Debtor | CarbonLite Holdings LLC | | Case number *(if known)*_____ |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 31. Sorema, Division of Previero Via per Cavolto, 17-22040 Anzano del Parco (CO), Italy | Tel: 973-746-5225 cwcozart@aol.com | Trade Debt | | | | $353,247.70 |
| 32. MoLo Solutions P.O Box 7050 Carol Stream, IL 60197-7050 | Kelly Barnes kelly.barnes@shipmolo.com | Trade Debt | | | | $342,240.00 |
| 33. Marglen Industries Inc 1748 Ward Mountain Rd NE Rome, GA 30161 | M. Cook mcook@marglen.us | Trade Debt | | | | $340,638.81 |
| 34. KT Resources 1340 East Route 66 Suite 200-D Glendora, CA 91740 | Kitaek Oh Tel: 818-846-9134 okt@ktresources.net | Trade Debt | | | | $337,745.79 |
| 35. Indorama Ventures Sustainable Solutions - Fontana 11591 Etiwanda Avenue Fontana, CA 92337 | Paul Lee Tel: 951-332-4660 Paul.Lee@US.Indorama.net | Trade Debt | | | | $327,917.50 |
| 36. Miles Chemical Company Inc. 12801 Rangoong Street Arleta, CA 91331 United States | Dan Zinman Tel: 818-504-3355 cs@mileschemical.com | Trade Debt | | | | $326,868.55 |
| 37. B&B PLASTICS RECYCLERS INC. 3040 N LOCUST AVE RIALTO, CA 92377 | Susana Rodriguez Tel: 909-829-3606 info@bbplasticsinc.com | Trade Debt | | | | $324,280.42 |
| 38. Exact Staff 21031 Ventura Blvd Suite 501 Woodland Hills, CA 91364 | Jennie Bowles Tel: 818-348-1100 jbowles@exactstaff.com | Trade Debt | | | | $324,195.86 |
| 39. City of Riverside - Finance Division 3900 Main Street 6th Floor Riverside, CA 92522 | Tel: 951-826-5311 Fax: 951-826-2356 CallCenter@RiversideCA.gov | Utilities | | | | $318,157.67 |
| 40. SHELL ENERGY NORTH AMERICA(US),L.P. 1000 MAIN ST. LEVEL 12 HOUSTON,TX 77002 | Tel: 866-818-5501 SENA.CustomerSupport@Shell.com | Trade Debt | | | | $208,727.89 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims (on a consolidated basis)**    page 4

DOCS_LA:336037.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| CARBONLITE HOLDINGS LLC, | Case No. 21-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐None [*check if applicable*]

| Name | Address |
|---|---|
| Behrooz Broukhim Inc MD Pension Trust | 10640 Riverside Dr. North Hollywood, CA 91602 |
| Binafard Capital Partners, LP | 1161 Loma Vista Dr. Beverly Hills, CA 90210 |
| Broukhim Family Trust | 16311 Ventura Blvd. Suite 1080 Encino, CA 91436 |
| CLI Mason | 400 N. Michigan Avenue Suite 250 Chicago, IL 60611 |
| Crown Poly Inc. | 5700 Bickett Street Huntington Park CA 90255 |
| Daneshgar Family Trust | 2662 Casiano Road Los Angeles, CA 90077 |
| Halimi Capital LLC | 5690 Rickenbacker Rd. Bell, CA 90201 |
| HPC Industries LLC (Leon Farahnik) | 10250 Constellation Blvd. Suite 2820 Los Angeles, ca 90067 |
| Kambiz Hakim | 9350 Wilshire Blvd. Suite 300 Beverly Hills, CA 90212 |

| Name | Address |
|---|---|
| Max-California Associates CA GP | 9440 Santa Monica Blvd<br>Suite 7<br>Beverly Hills CA 90210 |
| Shahram Afshani | 9100 Wilshire Blvd.<br>Suite 360e<br>Beverly Hills, CA 90212 |
| Shaw Shahery | 608 Mountain Drive<br>Beverly Hills, CA 90210 |
| Sterling Capital LP | 1621 E. 27th St.<br>Los Angeles, CA 90011 |
| Torbati Trustee KRT TR | 301 N. Canon Drive<br>Suite 210<br>Beverly Hills, CA 90210 |
| Windmill Equity Fund II, LLC | 301 N. Canon Drive<br>Suite 205<br>Beverly Hills, CA 90210 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CARBONLITE HOLDINGS LLC, | Case No. 21-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Attached is the list of the Debtor's equity security holders which is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3) for filing in this Chapter 11 Case:

## LIST OF EQUITY SECURITY HOLDERS

| Shareholder Name | ADDRESS | Series A | Series B | Series C | Series D | Series E | Series F | Series G | Series H | Series T | Series P | Common | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 713 Capital LP | 888 S. FIGUEROA ST #1900 LOS ANGELES, CA 90017 | | | | | | | | | 100,000 | | | **100,000** |
| AAE LP | 301 N CANON DRIVE SUITE 210 BEVERLY HILLS CA 90210 | 125,000 | | 125,000 | 122,000 | | | 158,000 | 200,000 | | | | **730,000** |
| AFY Nevada Trust | 4525 DEAN MARTIN DRIVE UNIT 2900 LAS VEGAS, NV 89103 | | | | | | | | | | 250,000 | | **250,000** |
| ANMH Investments LLC | 540 ARKELL DRIVE BEVERLY HILLS, CA 90210 | 150,000 | | 150,000 | 147,000 | 65,000 | | 168,000 | | | | | **680,000** |
| Anne V. Waldie | 4105 STANHOPE AVENUE DALLAS, TX 75205 | | | | | | | | | 220,000 | | | **220,000** |
| Behrooz Broukhim Inc MD Pension Trust | 10640 RIVERSIDE DR. NORTH HOLLYWOOD, CA 91602 | | | | | | 300,000 | 200,000 | | 35,000 | | | **535,000** |
| Behzad Kianmahd | 12909 HANOVER ST LOS ANGELES CA 90049 | 63,000 | | 63,000 | 61,000 | | | 36,000 | 30,000 | | | | **253,000** |
| Bijan Nahai | 487 ST PIERRE ROAD LOS ANGELES CA 90077 | 437,000 | | 437,000 | 427,000 | 189,000 | | 285,000 | 250,000 | 186,000 | | | **2,211,000** |
| Binafard Capital Partners, LP | 1161 LOMA VISTA DR. BEVERLY HILLS, CA 90210 | | | | | | | | | | 300,000 | | **300,000** |
| Broukhim Family Trust | 16311 VENTURA BLVD., SUITE 1080 ENCINO, CA 91436 | | | | | | 300,000 | 426,000 | 87,000 | 63,000 | | | **876,000** |

| Shareholder Name | ADDRESS | Series A | Series B | Series C | Series D | Series E | Series F | Series G | Series H | Series T | Series P | Common | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Broukhim Family Trust L.P. | 10640 RIVERSIDE DR. NORTH HOLLYWOOD, CA 91602 | | | | | | | 50,000 | 134,000 | | | | **184,000** |
| Broukhim Pension Plan | 10614 RIVERSIDE DRIVE NORTH HOLLYWOOD, CA 91602 | | | | | | 200,000 | 69,000 | | 19,000 | | | **288,000** |
| CLI Mason | 400 N. MICHIGAN AVENUE, SUITE 250 CHICAGO, IL 60611 | | 6,000,000 | | | | | | | 2,000,000 | | | **8,000,000** |
| Crown Poly Inc. | 5700 BICKETT STREET HUNTINGTON PARK CA 90255 | 437,000 | | 437,000 | 427,000 | 1,550,000 | | 1,111,000 | | | | | **3,962,000** |
| Daneshgar Family Living | 821 N. WHITTIER DRIVE BEVERLY HILLS, CA 90210 | 219,000 | | 219,000 | 214,000 | 548,000 | | 1,173,000 | 658,000 | | | | **3,031,000** |
| Daneshgar Family Living | 1027 ROXBURY DRIVE BEVERLY HILLS, CA 90210 | 218,000 | | 218,000 | 213,000 | 548,000 | | 1,172,000 | 657,000 | | | | **3,026,000** |
| Daneshgar Family Trust | 2662 CASIANO ROAD LOS ANGELES, CA 90077 | | | | | | 250,000 | 617,000 | 600,000 | 282,000 | | | **1,749,000** |
| Dangab Capital, LP | N/A | | | | | | | 1,000,000 | 142,000 | | | | **1,142,000** |
| Daniel Nazarian | 714 N BEVERLY DR BEVERLY HILLS CA 90210 | 62,000 | | 62,000 | 61,000 | | | 35,000 | 55,000 | | | | **275,000** |
| David Pourbaba | 8271 MELROSE AVENUE SUITE 200 LOS ANGELES CA 90046 | 125,000 | | 125,000 | 122,000 | 108,000 | | 303,000 | 193,000 | 210,000 | | | **1,186,000** |
| David Simhaee | 5700 BICKETT STREET HUNTINGTON PARK, CA 90255 | | | | | 468,000 | | 187,000 | 500,000 | 613,000 | | | **1,768,000** |

| Shareholder Name | ADDRESS | Series A | Series B | Series C | Series D | Series E | Series F | Series G | Series H | Series T | Series P | Common | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DS Trust 2012 | 1850 S. SPEULVEDA BLVD. LOS ANGELES, CA 90025 | | | | | | | | | 67,000 | | | **67,000** |
| Elliot Hekmat | 11717 WETHERBY LANE LOS ANGELES, CA 90077 | | | | | | 150,000 | 60,000 | 145,000 | 36,000 | | | **391,000** |
| Elm Tree Investments LP | P.O. BOX 56766 SHERMAN OAKS, CA 91413 | | | | | | | | 500,000 | 121,000 | | | **621,000** |
| Family Fund Ventures LLC | 888 S. FIGUEROA ST., SUITE 1900 LOS ANGELES, CA 90017 | | | | | | | 1,335,000 | 500,000 | 311,000 | | | **2,146,000** |
| Farahnik Revocable Trust | 2283 WEYBRIDGE LANE BEL AIR, CA 90077 | 125,000 | | 125,000 | | | | 10,000 | 74,000 | 46,000 | | | **380,000** |
| FPY Family Trust | 301 N. CANON DRIVE, SUITE 205 BEVERLY HILLS, CA 90210 | | | | | | | | | | 200,000 | | **200,000** |
| GED Trust | N/A | 125,000 | | 125,000 | 122,000 | 53,000 | | | | | | | **425,000** |
| Ghadir Family Trust | 627 N. CRESCENT DRIVE BEVERLY HILLS, CA 90210 | | | | | | | | 375,000 | 70,000 | | | **445,000** |
| GS Trust 2012 | 1850 S. SPEULVEDA BLVD. LOS ANGELES, CA 90025 | | | | | | | | | 67,000 | | | **67,000** |
| Halimi Capital LLC | 5690 RICKENBACKER RD. BELL, CA 90201 | 562,000 | | 562,000 | 550,000 | 243,000 | | | 90,000 | | | | **2,007,000** |
| Hariri Family 2012 Irrevocable Trust | 1899 CARLA RIDGE ROAD BEVERLY HILLS, CA 90210 | | | | | | | | 500,000 | 94,000 | | | **594,000** |
| Hassid Family Trust | 1331 LAUREL WAY BEVERLY HILLS, CA 90210 | | | | | | | 319,000 | 64,000 | | | | **383,000** |

| Shareholder Name | ADDRESS | Series A | Series B | Series C | Series D | Series E | Series F | Series G | Series H | Series T | Series P | Common | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hekmat Family Trust | 1455 WESTWOOD BLVD., LOS ANGELES, CA 90024 | | | | | | 150,000 | 52,000 | | | | | **202,000** |
| Hope & Co Real Estate, LLC | P.O. BOX 10126 BEVERLY HILLS, CA 90213 | | | | | | | | | 50,000 | | | **50,000** |
| HPC Industries LLC (Leon Farahnik) | 10250 CONSTELLATION BLVD. SUITE 2820 LOS ANGELES, CA 90067 | | | | | | | | | | | 3,000,000 | **3,000,000** |
| Iraj Maroofian | 4513 DEL MORENO DR WOODLAND HILLS CA 91364 | 63,000 | | 63,000 | 62,000 | | | | | 33,000 | 30,000 | | **251,000** |
| James Elist | 8500 WILSHIRE BLVD SUITE 707 BEVERLY HILLS CA 90211 | | | | | | 150,000 | 81,000 | 49,000 | 45,000 | 35,000 | | **360,000** |
| Javaheri Family Trust | 1379 BRINKLEY AVENUE LOS ANGELES, CA 90049 | | | | | | | 334,000 | 150,000 | 220,000 | | | **704,000** |
| Kambiz Hakim | 9350 WILSHIRE BLVD., SUITE 300BEVERLY HILLS, CA 90212 | 437,000 | | 437,000 | 427,000 | 1,102,000 | | 1,528,000 | 200,000 | 411,000 | | | **4,542,000** |
| Kamran H. Broukhim, M.D., D.B.P.P. | 445 COMSTOCK AVENUE LOS ANGELES, CA 90024 | | | | | | 200,000 | 87,000 | 50,000 | 28,000 | | | **365,000** |
| Kaplan Revocable Trust | 923 S. LONGWOOD AVE. LOS ANGELES, CA 90019 | | | | | | | 500,000 | 250,000 | 333,000 | | | **1,083,000** |
| Kim Eaton Jeffery | 514 NORTH STREET GREENWICH, CT 06830 | | | | | | | | | 165,000 | | | **165,000** |
| KSLB Holding Company | 9350 WILSHIRE BLVD., SUITE 300 BEVERLY HILLS, CA 90212 | | | | | | | | | | 260,000 | | **260,000** |

| Shareholder Name | ADDRESS | Series A | Series B | Series C | Series D | Series E | Series F | Series G | Series H | Series T | Series P | Common | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lance & Linda Collins | 630 CLINTON PLACE BEVERLY HILLS, CA 90210 | | | | | | | | | | 200,000 | | **200,000** |
| Larian Living Trust | 16380 ROSCOE BLVD, SUITE 120 VAN NUYS, CA 91406 | 437,000 | | 437,000 | 427,000 | 189,000 | | | | | | | **1,490,000** |
| Marilyn Hanna | 809 WEST RIORDAN ROAD SUITE 100 FLAGSTAFF, AZ 86001 | | | | | | | | | 220,000 | | | **220,000** |
| Marvin Liebman | 19714 SEPTO STREET CHATSWORTH CA 91311 | 63,000 | | 63,000 | | | | | | | | | **126,000** |
| Mattioli Sole Property | 9372 WILSHIRE BLVD. BEVERLY HILLS, CA 90212 | | | | | | 150,000 | 76,000 | 72,000 | 51,000 | | | **349,000** |
| Max-California Associates CA GP | 9440 SANTA MONICA BLVD SUITE 7 BEVERLY HILLS CA 90210 | 600,000 | | 600,000 | 587,000 | 704,000 | | 459,000 | 901,000 | 753,000 | | | **4,604,000** |
| Morad Hariri | 1899 CARLA RIDGE ROAD BEVERLY HILLS, CA 90210 | 350,000 | | 350,000 | 342,000 | 660,000 | | 1,139,000 | | | | | **2,841,000** |
| Neman Family Trust | 1525 S. BROADWAY LOS ANGELES, CA 90015 | | | | | | | | 1,000,000 | 326,000 | | | **1,326,000** |
| Neman Living Trust | 1014 LAUREL LANE BEVERLY HILLS CA 90212 | 225,000 | | 225,000 | 220,000 | 194,000 | | 30,000 | | 81,000 | | | **975,000** |
| Philip Elghanian | 9887 CARMELITA AVENUE BEVERLY HILLS CA 90210 | | | | | | 150,000 | 71,000 | 1,000,000 | 681,000 | | | **1,902,000** |
| RAM2 GP A General Partnership | 627 N FOOTHILL ROAD BEVERLY HILLS CA 90210 | 200,000 | | 200,000 | | 183,000 | | 386,000 | 345,000 | | | | **1,314,000** |

| Shareholder Name | ADDRESS | Series A | Series B | Series C | Series D | Series E | Series F | Series G | Series H | Series T | Series P | Common | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard Zirkler | 2229 S. BEVERLY DR. LOS ANGELES, CA 90034 | 65,000 | | 65,000 | 66,000 | | | | | | | | **196,000** |
| S&S Irrevocable Trust | 9100 WILSHIRE BLVD., SUITE 360E BEVERLY HILLS, CA 90212 | | | | | | 150,000 | 76,000 | 1,000,000 | 360,000 | | | **1,586,000** |
| Salim Investment Fund, LLC | 301 N. CANON DRIVE, SUITE 205 BEVERLY HILLS, CA 90210 | | | | | | | | | 500,000 | | | **500,000** |
| Sean B Daneshgar | 468 N. CAMDEN DRIVE SUITE 300 BEVERLY HILLS, CA 90210 | | | | | | | | 300,000 | 83,000 | | | **383,000** |
| Shahram Afshani | 9100 WILSHIRE BLVD., SUITE 360E BEVERLY HILLS, CA 90212 | | | | | | 450,000 | 229,000 | | 41,000 | 500,000 | | **1,220,000** |
| Shaw Shahery | 608 MOUNTAIN DRIVE BEVERLY HILLS, CA 90210 | | | | | | | | 500,000 | 138,000 | 500,000 | | **1,138,000** |
| Starson Beach LLC | 11301 W. OLYMPIC BLVD. SUITE 206 LOS ANGELES, CA 90064 | | | | | | | | 375,000 | 70,000 | | | **445,000** |
| Sterling Capital LP | 1621 E. 27TH ST. LOS ANGELES, CA 90011 | | | | | | | | | | 750,000 | | **750,000** |
| Susan Y Azizzadeh | 3119 ELVIDO DRIVE LOS ANGELES, CA 90049 | | | | | | | | | | 100,000 | | **100,000** |
| The Brian G Trust | P.O. BOX 2591 HUNTINGTON PARK, CA 90255 | 112,500 | | 112,500 | 110,000 | 98,000 | | 275,000 | 201,000 | | | | **909,000** |
| The Theodore G Trust | P.O. BOX 2591 HUNTINGTON PARK, CA 90255 | 112,500 | | 112,500 | 110,000 | 98,000 | | 275,000 | 201,000 | | | | **909,000** |

| Shareholder Name | ADDRESS | Series A | Series B | Series C | Series D | Series E | Series F | Series G | Series H | Series T | Series P | Common | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torbati Trustee KRT TR | 301 N. CANON DRIVE, SUITE 210 BEVERLY HILLS, CA 90210 | 187,000 | | 187,000 | 183,000 | 1,000,000 | | 1,053,000 | 750,000 | 129,000 | | | **3,489,000** |
| Windmill Equity Fund II, LLC | 301 N. CANON DRIVE, SUITE 205 BEVERLY HILLS, CA 90210 | | | | | | | | | 2,000,000 | | | **2,000,000** |
| Yashari LLC | 1318 BROADWAY, SUITE 100 SANTA MONICA, CA 90404 | | | | | | | | | 400,000 | | | **400,000** |
| | **TOTALS** | **5,500,000** | **6,000,000** | **5,500,000** | **5,000,000** | **8,000,000** | **2,600,000** | **14,365,000** | **13,956,000** | **11,800,000** | **3,125,000** | **3,000,000** | **78,846,000** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| CARBONLITE HOLDINGS LLC | Case No. 21-_____ (___) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Recycling LLC (3727); CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.