## Exhibit B

**Betance Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**DECLARATION OF SHERYL BETANCE**
**IN SUPPORT OF DEBTORS' APPLICATION FOR**
**APPOINTMENT OF STRETTO AS CLAIMS AND NOTICING AGENT**

Pursuant to 28 U.S.C. § 1746, I, Sheryl Betance, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Senior Managing Director of Corporate Restructuring at Stretto ("Stretto"),[2] a chapter 11 administrative services firm with offices at 410 Exchange, Ste. 100, Irvine, CA 92602.  Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      This Declaration is made in support of the *Debtors' Application for Appointment of Stretto as Claims and Noticing Agent*, to which this declaration is attached (the "Application").[3]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948).  The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] Stretto is the trade name of Bankruptcy Management Solutions, Inc., and its subsidiaries.

[3] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

## Qualifications

3.     Stretto is a chapter 11 administrator comprised of leading industry professionals with significant experience in both the legal and administrative aspects of large, complex chapter 11 cases.    Stretto's professionals have experience in noticing, claims administration, solicitation, balloting, and facilitating other administrative aspects of chapter 11 cases and experience in matters of this size and complexity.  Stretto's professionals have acted as official claims and noticing agent in many large bankruptcy cases in this district and in other districts nationwide.  Stretto has developed efficient and cost-effective methods to handle the voluminous mailings associated with the noticing and claims processing portions of chapter 11 cases to ensure the efficient, orderly and fair treatment of creditors, equity security holders, and all parties in interest.  Stretto's active and former cases include: *In re MobiTV, Inc.*, Case No. 21-10457 (LSS) (Bankr. D. Del. Mar. 2, 2021); *In re Furniture Factory Ultimate Holding, L.P., et al.,* Case No. 20-12816 (JTD) (Bankr. D. Del. Nov. 6, 2020); *In re NS8 Inc.,* Case No. 20-12702 (CSS) (Bankr. D. Del. Oct. 29, 2020); *In re Rubio's Restaurants, Inc., et al.,* Case No. 20-12688 (MFW) (Bankr. D. Del. Oct. 27, 2020); *In re NinePoint Medical, Inc.* Case No. 20-12618 (KBO) (Bankr. D. Del. Oct. 29, 2020); *In re VIVUS, Inc.,* Case No. 20-11779 (LSS) (Bankr. D. Delaware July 10, 2020); *In re Maines Paper & Food Service, Inc.,* Case No. 20-11502 (KBO) (Bankr. D. Del. June 12, 2020); *In re APC Automotive Technologies Intermediate Holdings, LLC,* Case No. 20-11466 (CSS) (Bankr. D. Del. June 4, 2020); *In re Basin Transload, LLC,* Case No. 20-11462 (JTD) (Bankr. D. Del. June 3, 2020); *In re Superior Air Charter, LLC,* Case No. 20-11007 (CSS) (Bankr. D. Del. Apr. 29, 2020); I*n re True Religion Apparel, Inc.,* Case No. 20-

2

10941 (CSS) (Bankr. D. Del. Apr. 14, 2020); *In re Ravn Air Group, Inc.,* Case No. 20-10755

(BLS) (Bankr. D. Del. Apr. 7, 2020); *In re Rudy's Barbershop Holdings, LLC,* Case No. 20-

10746 (LSS) (Bankr. D. Del. Apr. 6, 2020); *In re API Americas Inc.,* Case No. 20-10239 (CSS)

(Bankr. D. Del. Feb. 4, 2020).

<u>**Services to be Rendered**</u>

4.    As agent and custodian of Court records pursuant to 28 U.S.C. § 156(c),

Stretto will perform, at the request of the Office of the Clerk of the Bankruptcy Court

(the "<u>Clerk</u>"), the noticing and claims-related services specified in the Application and the

Engagement Agreement, and, at the Debtors' request, any related administrative, technical, and

support services as specified in the Application and the Engagement Agreement.  In performing

such services, Stretto will charge the Debtors the rates set forth in the Engagement Agreement,

which rate structure is attached as <u>Exhibit 1</u> to <u>Exhibit A</u> to the Application.

5.    Stretto represents, among other things, the following:

(a)    Stretto is not a creditor of the Debtors;

(b)    Stretto will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Claims and Noticing Agent in these chapter 11 cases;

(c)    By accepting employment in these chapter 11 cases, Stretto waives any rights to receive compensation from the United States government in connection with these chapter 11 cases;

(d)    In its capacity as the Claims and Noticing Agent in these chapter 11 cases, Stretto will not be an agent of the United States and will not act on behalf of the United States;

(e)    Stretto will not employ any past or present employees of the Debtors in connection with its work as the Claims and Noticing Agent in these chapter 11 cases;

(f)      Stretto is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is to be engaged;

(g)      In its capacity as Claims and Noticing Agent in these chapter 11 cases, Stretto will not intentionally misrepresent any fact to any person;

(h)      Stretto shall be under the supervision and control of the Clerk's office with respect to the receipt and recordation of claims and claim transfers;

(i)      Stretto will comply with all requests of the Clerk's office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

(j)      None of the services provided by Stretto as Claims and Noticing Agent in these chapter 11 cases shall be at the expense of the Clerk's office.

6.      Although the Debtors do not propose to retain Stretto under section 327 of the Bankruptcy Code pursuant to the Application (such retention will be sought by separate application), I caused to be submitted for review by our conflicts system the names of known potential parties-in-interest (the "Potential Parties in Interest") in these chapter 11 cases.  A list of Potential Parties in Interest, attached hereto as **Exhibit 1**, was provided by the Debtors and included, among other parties, the Debtors, non-Debtor affiliates, current and former insiders of the Debtors, secured creditors, lenders, the Debtors' largest unsecured creditors on a consolidated basis, the United States Trustee for the District of Delaware and persons employed in the Office of the United States Trustee for the District of Delaware, and other parties.  The Potential Parties in Interest list was compared to an internal database that includes, among others, Stretto's parent entities, affiliates, and subsidiaries. Stretto's internal database also includes Stone Point, its funds, and each such fund's respective portfolio companies as set forth in the list most recently provided to Stretto by Stone Point's internal compliance department (the "Stone

4

Point Searched Parties"). The results of the conflict check were compiled and reviewed by Stretto professionals under my supervision. At this time, and as set forth in further detail herein, Stretto is not aware of any connection that would present a disqualifying conflict of interest. Should Stretto discover any new relevant facts or connections bearing on the matters described herein during the period of its retention, Stretto will use reasonable efforts to promptly file a supplemental declaration.

7.      To the best of my knowledge, and based solely upon information provided to me by the Debtors, and except as provided herein, neither Stretto, nor any of its personnel, has any materially adverse connection to the Debtors, their creditors, or other relevant parties with respect to any matter for which Stretto will be employed. Stretto may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Stretto serves or has served in a neutral capacity as claims and noticing agent and/or administrative advisor for another chapter 11 debtor. However, to the best of my knowledge, such relationships are materially unrelated to these chapter 11 cases. Based upon a review of the Potential Parties in Interest:

- DLA Piper has been identified as a Potential Party in Interest. Jonathan King, an attorney at DLA, is a current client of Stretto's chapter 7 software business in his individual capacity, but such relationship is unrelated to the Debtor and its estate, assets, or businesses.

8.      Certain of Stretto's professionals were partners of or formerly employed by firms that are providing or may provide professional services to parties in interest in these

cases. Except as may be disclosed herein, these professionals did not work on any matters involving the Debtors while employed by their previous firms. Moreover, these professionals were not employed by their previous firms when these chapter 11 cases were filed.

9.     Stretto has and will continue to represent clients in matters unrelated to these chapter 11 cases. In addition, in matters unrelated to these chapter 11 cases, Stretto and its personnel have and will continue to have relationships personally or in the ordinary course of business with certain vendors, professionals, financial institutions, and other parties in interest that may be involved in the Debtors' chapter 11 cases. Stretto may also provide professional services to entities or persons that may be creditors or parties in interest in these chapter 11 cases, which services do not directly relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

10.     Stretto and its personnel in their individual capacities regularly utilize the services of law firms, investment banking and advisory firms, accounting firms, and financial advisors. Such firms engaged by Stretto or its personnel may appear in chapter 11 cases representing the Debtors or parties in interest.  All engagements where such firms represent Stretto or its personnel in their individual capacities are unrelated to these chapter 11 cases.

11.     In April 2017, Stretto was acquired by the Trident VI Funds managed by private equity firm Stone Point Capital LLC ("Stone Point").  Stone Point is a financial services-focused private equity firm based in Greenwich, Connecticut.  The firm has raised and managed eight private equity funds–the Trident Funds–with aggregate committed capital of approximately

$25 billion. Stone Point targets investments in the global financial services industry and related sectors.

12.     The following disclosure is made out of an abundance of caution in an effort to comply with the Bankruptcy Code and Bankruptcy Rules. However, neither the Trident VI Funds nor Stone Point have been identified on the parties in interest list in these chapter 11 cases as of the date hereof.

13.     Stretto has searched the names of the Debtors and the names of the Potential Parties in Interest against the Stone Point Searched Parties. Based solely on the foregoing search, Stretto has determined that neither the Trident VI Funds, Stone Point nor the Stone Point Searched Parties have been identified on the parties in interest list in these chapter 11 cases as of the date hereof and to the best of its knowledge, that there are no material connections that require disclosure. To the extent Stretto learns of any additional relevant facts or connections between Stone Point's funds or investments included in the above-described conflicts search and the Debtors that bear on these chapter 11 cases, Stretto will promptly file a supplemental disclosure. Stretto may have had, may currently have, or may in the future have business relationships unrelated to the Debtors with one or more Stone Point entities including, among others, portfolio companies of Stone Point.

14.     From time to time, Stretto partners or employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire a debt or equity security of many companies, one of which may be one of the

Debtors or their affiliates, often without Stretto's or its personnel's knowledge.  Each Stretto

partner or employee generally owns substantially less than one percent of such Investment Fund,

does not manage or otherwise control such Investment Fund and has no influence over the

Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund is

generally operated as a blind pool, meaning that when the Stretto partners or employees make an

investment in the particular Investment Fund, he, she or they do not know what securities the

blind pool Investment Fund will purchase or sell, and have no control over such purchases or

sales.

15.    From time to time, Stretto partners or employees may personally directly

acquire a debt or equity security of a company that may be one of the Debtors or their affiliates.

Stretto has a policy prohibiting its partners and employees from using confidential information

that may come to their attention in the course of their work.  In this regard, subject to paragraph

14, all Stretto partners and employees are barred from trading in securities with respect to

matters in which Stretto is retained.  Subject to paragraph 14, upon information and belief, and

upon reasonable inquiry, Stretto does not believe that any of its partners or employees own any

debt or equity securities of a company that is a Debtor or of any of its affiliates.

16.    To the best of my knowledge, Stretto (a) does not hold or represent an

interest adverse to the Debtor's estate; (b) is a "disinterested person" that (i) is not a creditor, an

equity security holder, or an insider, (ii) is not and was not, within two years before the Petition

Date, a director, officer, or employee of any of the Debtors, and (iii) does not have an interest

materially adverse to the interest of the Debtors' estate or of any class of creditors or equity

8

security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason; and (c) has disclosed all of Stretto's connections with the Debtors, its creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  March 8, 2021

*/s/ Sheryl Betance*
Sheryl Betance

**Exhibit 1**

**Potential Parties in Interest**

**Debtors**
CarbonLite Holdings LLC
CarbonLite Industries LLC
CarbonLite P Holdings LLC
CarbonLite P LLC
CarbonLite PI Holdings LLC
CarbonLite Pinnpack LLC
CarbonLite Recycling Holdings LLC
CarbonLite Recycling LLC
CarbonLite Sub-Holdings, LLC
Pinnpack P, LLC and
Pinnpack Packaging LLC

**Current/Former Insiders**
Alex Delnik
Bahram Nour-Omid
Faramarz Yousefzadeh
Ira Maroofian
Kamran Neman
Kim Jeffrey
Leon Farahnik,
Mohan Gyani

**Professionals**
Arnold & Porter Kaye Scholer LLP
Force 10 Partners
Jefferies Financial Group
Latham & Watkins LLP
Otterbourg P.C.
Pachulski Stang Ziehl & Jones LLP
Reed Smith LLP

**Contract Parties**
Coca-Cola
Dr. Pepper
Nestle
Niagara Bottling
Pepsi

**Secured Parties**
Bank Leumi USA
CA Dept. of Resources Recycling & Recovery
Emerging Acquisitions, LLC

Mission Economic Development Department Corp.
Niagara Waters
Nissan Motor Acceptance Corporation
Northpoint TRS, LLC as Agent
Olympic Wire & Equipment Co., Inc.
Orion Energy Partners Investment Agent
PA Economic Development Financing Authority
PNC Equipment Finance, LLC
Signature Business Leasing LLC
Starlinger & Co Gesellschaft M.B.H.
Stonebriar Commercial Finance LLC
Susquehanna Commercial Finance, Inc.
Toyota Industries Commercial Finance, Inc.
Toyota Motor Corporation
UMB Bank, N.A. as Trustee

**Banks**
BANK LEUMI USA
East West Bank
Israel Discount Bank of New York
M&T Bank Corporation
Pacific Western Bank
UMB Financial Corporation

**Delaware Judges/US Trustee Staff**
Brendan L. Shannon
Christopher S. Sontchi
John T. Dorsey
Karen B. Owens
Laurie Selber Silverstein
Mary F. Walrath
Ashley M. Chan
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice

1

James R. O'Malley
Jane Leamy
Joseph McMahon
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Vinson
Richard Schepacarter
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**Current Vendors**
2245 Valley, LLC.
24/7 Office Installations, Inc.
3D SYSTEMS INC.
4Imprint
4Refuel US LLC
805 Transport Inc.
A & R Global Logistics
A & R Transport
A Plus CNC Engineering
A Plus Industrial Install (Surpass Inc)
A&K Transport, LLC
A&R Logistics, Inc.
A-1 Freight  Systems
A-1 Hesperia Recycling Company Inc.
A1 Restoration Inc. dba A1 Energy
AAA Bounce LLC
AAA Forklift
AAA Scene Cleaners LLC
AAA WEIGH INC.
AAA Weigh, Inc.
ABA Pack USA, Inc.
Abel Bernal
ABF Construction
Able Machinery Movers, LLC
ABM Electrical Services
Abrasive Blasting and Powder Coating
Absalon Hernandez Diaz
ABSOLUTE EXHIBITS, INC.

ABSOLUTE JANITORIAL SERVICES
Absolute Janitorial Services & Supplies
ACC Business
ACC COATINGS, LLC
Accent Wire-Tie
ACCO Engineered Systems
Accountemps
Accurate Solutions
AccuStandard, Inc.
Action  Enterprise Logistics LLC
Adaptive Engineering & Fabrication
ADAPTIVE ENGINEERING & FABRICATION,
ADOBE INC.
Adobe Systems Incorporated
ADP - 401K
ADP, Inc 401K
ADP, Inc.
ADP, LLC
Adrian Gomez
ADT PRODUCTS, INC.
Advanced Environmental Landscape
Advanced Manufacturing & Sales
Advanced Temporaries Inc
Aerzen USA
Aerzen USA Corporation
AFEX
Ag Polymers LLC
Agforce Transport Services
Agilent Technologies Inc.
Ahern Rentals, Inc.
Air Cleaning Technology, Inc.
Airgas USA, LLC
AIT Worldwide Logistics, Inc.
AJULIA EXECUTIVE SEARCH
AKKT TOOL, INC.
Albar Trucking Inc
Alert Patrol Midwest, Inc.
Alex Saldivar - CHECK
Alfredo Amezcua
Alfredo Guzman (Freddy)
All American Security
All Size Supply Co.
Allan Company
ALLIANCE FINISHING & MFG
Alliance Funding Group Inc
ALLIED ELECTRICAL SERVICES, INC.

ALLIED ELECTRONICS & AUTOMATION
Allied Electronics, Inc.
Allied Fence Co
Allied Modular Building Systems Inc.
Allied Modular Building Systems, Inc.
ALL-PHASE ELECTRIC SUPPLY
ALL-VAC INDUSTRIES, INC.
Ally Logistics
Alpha Materials Handling, Inc.
Alpha Printing
Altra Medical Corporation
AM Trans Expedite
Amazing Machinery, LLC
Amazon
AMCP Industrial Supply, Inc.
AMERAVANT INC.
American Automation
American CleanStat, LLC
American Cutting Edge
American Diamond
AMERICAN EXPRESS
American Industrial Tire Corp.
American LaboratoryTrading, Inc.
American Logistics Group
American Logistics Group, Inc.
AMERICAN MACHINERY MOVERS
American Rail Center Logistics
AMERICAN RESEARCH SPECIALTY
PRODUCT
American Scale Co., Inc.
American Starlinger Sahm
AMERICAN SUPPLY COMPANY
American Transport Group
American Turnkey Fabricators
AMERICAN WAREHOUSE EQUIPMENT, INC.
AmeriGas Propane LP
AMERIKEN DIE SUPPLY, INC.
Amino Transport Inc
Amino Transport, Inc-DO NOT USE
AMPACET CORPORATION
AMR PLASTICS, INC.
AMTRUST NORTH AMERICA
AMUT
Anaabel Mendoza
Anabell Celeste Solis
ANCHOR DANLY

Anchor Fire Protection Co., Inc.
Andalis Resturant
Anderson Transportation and Logistics LLC
ANDREW KELSALL
Angelina Figueroa
Anglemyer Crane Rental
Ani Patwardhan
Anthem Blue Cross - DK
Anthem Blue Cross - MF
A-OK Pallet Inc
Apex TITAN
APH Textile Supplies LLC
Applied Chiller Service, LLC
Applied Industrial Technologies
APPLIED TECHNICAL SERVICES, INC.
Aracely Salas
Arbon Equipment Corporation
Arbor Lite Logistics
ArcBest
ARMADA SALES, LLC
Armani Transport Inc
Armorstar Unlimited, LLC
Armstrong Transport Group, Inc.
Arnold Transportation Inc.
Arrive Logistics
ARRO-JET ENGINEERING & CONSULTING
ARROWHEAD ELECTRIC COMPANY
Ashley Davis
Ashley Walsh
ASI Health Services
Assay Technologies
Assessment Counselling Services
Assoc. of Postconsumer Plastic Recyclers
Associated Foreign Exchange, Inc.
ASWELL TROPHY
AT&T
Athens Services
Atila Orellana
Atlas Copco
Atlas Van Lines Inc
Atmos Energy Corp
ATS Logistics
Austin, Julie
Authentic Logistics LLC
Autom8tap, LLC
AutomationDirect.com

AutoZone
Avangard Innovative LP
Avenue Logistics, Inc
AVENUE LOGISTICS, INC.
Averitt Express, Inc.
AVIAN (USA) MACHINERY, LLC
AWC
Axle Logistics LLC
AXSUN CORP
B&B PLASTICS RECYCLERS INC.
B&B Plastics, Inc.
B2B Industrial Packaging
Bace
BADGER PLUG COMPANY
Badlands Logistics, LLC
Bagcorpstore.com
Baghouse & Industrial Sheet Metal Service
Balcones Recycling
Balcones Resources, Inc.
Balemaster
Bank Leumi
BANK LEUMI USA
Bantam Materials International
Banyan Plastics
Bauman's Building Supply - Credit Card
BB Precision Machine LLC
BBI Beau Bureaux Interiors
BBSI - Payroll/Barrett Business Services Inc.
BBSI Payroll
BBSI-Payroll
BC LABORATORIES, INC.
BDO
BDO USA, LLP
Bear State Pump & Equipment
BearCom
BearCom Communications Inc.
Beck Oil, Inc.
Beckart Environmental
Beckart Environmental, Inc.
Bedrock Logistics, LLC
Beemac Inc.
BELMARK INC
Benavides Welding Works, LLC
BENLIN DISTRIBUTION SERVICES INC
Berg Mill Supply Co., Inc.
Berks Security & Locksmith

Berks Transfer, Inc.
Berks61 Owner LLC
Bernell Hydraulics Inc.
Best Bay Logistics, Inc
BFPE
Binder
BIO-ACOUSTICAL CORPORATION
BJ Baldwin Electric, Inc.
BK Customs Inc.
BlackBridge
BlackBridge Investments
Blades Machinery Co. Inc
BLADES MACHINERY CO. INC.
Blitz Express LLC
BLR
Blue Rock Construction
BLUE STREET CAPITAL LLC
BlueGrace Logistics LLC
BlueLine Rental, LLC
Bluestar Silicones USA Corp
Bluetech s.r.o.
BLUM & SONS ELECTRIC, INC.
BMM Transportation, Inc
Boggs Electric Company, Inc
BoReTech
BOSS TECH REFRIGERATION INC.
Boston Group
Boston Group, The
BPI Consulting, LLC
Bracewell
Brady Worldwide, Inc.
Bragg, Geoffrey Kirk
Brenntag
BridgeLine Executive Coaching
Brithinee Electric/Sulzer Electric
Brock Transportation LLC
Brown Engineering
BROWN MACHINE, LLC
Bruno Folcieri Srl
Bryan Ramos
Buchanan Hauling & Rigging Inc
BUFFALO BISONS CHARITABLE
FOUNDATIO
Buhler Inc
Buhler Inc.
Built Rite Fence Company

Bulk Handling Systems
Bulkmatic Transport
Bunting Magnetics Co.
BUNZL DISTRIBUTION SOUTHWEST, LP
BURCHAM INTERNATIONAL CORP.
Bureau Veritas
Burkholder Golf Carts LLC
Busch Consolidated, Inc
Business & Legal Resources
Business Interiors
Buxbaum HCS, LLC Industries
BZS Transport
C H Robinson
C&J TOOL & MANUFACTURING CO.
C&R LANDSCAPE, INC.
C.H. Robinson Company, Inc.
C.H. ROBINSON WORLDWIDE, INC.
C1S Group, Inc.
CA DEPT of TAX & FEE Admin(CDTFA)
CA Dept of Tax and Fee Admin
CA Dept of Tax and Fee Administration
CA STATE UNIVERSITY CHANNEL ISLANDS
CABKA North America, Inc.
CAD/CAM CONSULTING SERVICES INC.
CAL CHAMBER OF COMMERCE
Cal OSHA
Cal Tool and Welding
CALIFORNIA AIR COMPRESSOR COMPANY
California Comfort
California Franchise Tax Board
CALIFORNIA MATERIAL HANDLING
California Plastics Recyclers Coalition
California Secretary of State
California Tool & Welding-Lab
California Tool & Welding-Maint
California Tool & Welding-WW - Serv O Tek
California Wire Products Corp.
Californians Against Waste Foundation
Cal-Mesa Steel Supply
CalRecycle
Caltex Logistics Inc
Camlock Direct
CANADIAN WAREHOUSE & LOGISTICS INC.
Cannon & Cannon Industrial
Cannon Ergos S.p.A.
Canon Financial Services

CANTECH INDUSTRIES, LLC
Canusa Hershman Recycling Co., LLC
Cap Logisitics/Worldwide
CAPCO ANALYTICAL SERVICES, INC.
Capital Dallas Electric Motor Service Inc
CarbonLITE Holdings
CARBONLITE HOLDINGS LLC
CarbonLITE Industries LLC
CarbonLITE INDUSTRIES, LLC
CarbonLITE Industries, LLC - Zero Dollar Transact
CarbonLITE Industries, LLC.
CarbonLITE P
CarbonLITE P LLC
CarbonLITE PA
CarbonLITE Recycling
CarbonLITE Recycling Foundation, LLC
CARBONLITE RECYCLING LLC
CarbonLITE Recycling, LLC
Cardinal Metals Inc.
CareNow
Cargo Chief Inc.
Carolina Material Technologies, Inc.
Carreno, Eric
Carrier Corp
Carson Mfg., Co.
Cart Services, Inc.
Caru West Gulf Containers, LLC
Casella
Casella Recycling,  LLC
CATTORINI COSTRUZIONI MECCANICHE SR
Cavalry Logistics
CB Manufacturing/American Cutting Edge
CDW DIRECT LLC
CDW LLC
CED dba ROYAL IND SOLUTIONS-VENTURA
CEDARWOOD YOUNG dba ALLAN COMPANY
CE-DFW
CellMark Inc.
CellMark, Inc.
CENTRAL VALLEY PACKAGING & SUPPLY
CENTURY GROUP PROFESSIONALS, LLC
CENTURY PACKAGING CO. INC
Certain Underwriters at Lloyd's
CESAR MARTIN HARO
CFE SALES COMPANY, INC.
Champion Electric, Inc

Chapin Mechanical
Chardon Laboratories, Inc.
Cherokee Pallets
Chesapeake Material Service, LLC
Chesapeake Materials
Chicago Title Company
Chief Logistics, LLC
CHLIC-Chicago
CHLIC-Chicago/CIGNA Dental
Chris Sirls
Christian Brothers Mechanical Services
CHT USA INC.
Cigna
CIGNA - DENTAL
Cigna Dental
Cigna Dental Insurance
CIGNA Edge - Dental
Cigna Group Insurance - Life
Cigna Health and Life Insurance Company
CIGNA Life Insurance Company of North America
Cintas
Cintas Corp
CINTAS CORPORATION # 684
Cintas Corporation No. 101
Cintas Fire
City of Colton
City of Dallas Administrative Civil Citat
City of Dallas- Security Alarms
City of Dallas Water Utilities
City of Dallas/Fire Permit
City of Dallas-High Risk Regist/Inspect
CITY OF OXNARD
City of Reading
City of Riverside - Finance Division
City of Riverside Fire Department
City of Riverside, Riverside Police Department
City of Riverside-Building & Safety
CJB International, Inc.
Clark Electric, Inc.
CLARK PEST CONTROL OF STOCKTON INC
Clayton Industries
Clean Air Specialists, Inc.
Clean Harbors Environmental Services
Clean Water Technologies, Inc.
Clean Water Technology, Inc.
CLEAR EnvironmentalSolutions, LLC

Clear Path Recycling
ClearFreight Inc.
Clover Farms Dairy
CMR Industrial (James Rusheon)
CMT MATERIALS, INC.
CNN PLASTIC SYSTEM CO., LTD
Coast Water Technologies, Inc.
Coastal Occupational Medical Group
COGZ Systems, LLC
Cole-Parmer Instrument Company
Cole-Parmer Instrument Company, LLC
Colonial Electric Supply Company Inc.
COMBI PACKAGING SYSTEMS LLC
ComCast
Comcast Business
Comcast Cable Communications Management, LLC
Commercial Lighting Supply, Inc.
Commerical Protective Services, Inc
Common Sense Solutions, Inc.
Commonwealth of Pennsylvania
Company Coffee Shop
Compliance First Inc
Comptroller of Public Accounts
CONAIR CORP.
Concentra
Consolidated Elect. Dist dba Royal Indus
Constellation
CONSULTING WEST
Container & Packaging Supply, Inc.
Container Recycling Institute
Continental Recycling Corporation
Contractors Welding
Contractor's Welding Inc.
Contractors Welding, Inc
CONTROL CONCEPTS
Corporate Traffic Inc
Corrales, Melissa
Covenant Transport Solutions, LLC
Covenant Transportation Solutions, LLC
Covex Personal Supplies LLC
Cowan Systems LLC
Cowboy Welding Service
COYOTE LOGISTICS
Coyote Logistics, LLC
CRAFTSMAN CUTTING DIES, INC.

Crain Communications, Inc.
Cricket Ventures
Critical Electric Systems Group, LLC
Cronin Compressor Products LLC
Cross Wrap
Cross Wrap Ltd
Crossroads Family Restaurant
Crossroads Trailer Service, Inc.
Crown Bags, LLC
Crown Lift Trucks
Crown Packaging Corporation
Crystal Springs
CST Logistics
CT CORPORATION SYSTEM
CTRL Systems Inc
CTRL Systems, Inc.
Cuccia Wilson PLLC
Culligan of DFW
Cummings Electrical, L.P.
CURTIS WELDING
Custom Advanced Connections, Inc.
Custom Commodities, Inc.
Custom Polymers Pet, LLC
Cyntox LLC
D & M Forklift Service
D&A Maintenance
D'Adam, Ed
Dallas County Tax Office John R Ames, CTA
Dallas Knife Works
Dallas Regional Chamber
Dallas Star Vending Company
Danair, Inc.
DanCar Industrial Group
Daniel A Delgadillo, Gardener
Daniel Lir DBA Dolce Films
Danielle Zelko
DarkStar Logistics, LLC
Data Technology Solutions, LLC
David Amezcua - CHECK
DAVID L. LEINEWEBER
David Valle
dba AMERICAN MACHINERY MOVERS
dba MARCO ASSOCIATES, LLC
dba SEASONS
DC Bearings & Supply Co., Inc.
De Lage Landen Fiancials Service /DLL Financial

De Lage Landen Financial Services, Inc.
Dealers Electric Supply Co.
DEAN R. BROWN
Dedicated Fleet Maintenance, Inc.
Dedicated Logistics Services, LLC
Dei Rossi Marketing
DEININGER CONSULTING SERVICES
Delaware Franchise Tax Board
Delaware Secretary of State
DELL INC.
Dell Marketing LP
Dell USA, LP
DELTA LIQUID ENERGY
Delta Wye Electric, Inc.
DELUXE CORPORATION
Demand Safety
Demand Safety, Inc.
DENMAC INDUSTRIES, INC.
DenTech Industrial
Department of Environmental Health
Department of Food and Agriculture
Department of Industrial Relations
Department of Resources Recycling
Department of the Treasury
DeSoto Janitorial Supply
Development Corporation of Abilene
DH Pace Co Inc
DHL Global Forwarding
Dial Lubricants
DIAL SECURITY
Diana Rivera
Die Cut Direct Container
Die Cut Direct Container DBA: MB Company
Digi-Key Corporation
DIMENSION X DESIGN, LLC
Direct Connect Logistix Inc.
Direct Energy
Discount Forklift
Dival Safety Equipment
DIVERSIFIED BRONZE & MANUFACTURING
DIX MACHINE SHOP INC.
Dixie Plastics, Inc
DJS SPECIAL INSPECTIONS, INC.
DLA Piper, LLP
DMN, Inc
DO RITE FABRICATION

DOALL
Dog House Trucking, LLC
DOGANAY MOULD TERMOFORM
DONALDSON COMPANY, INC.
DONLON PLUMBING, INC.
Donna Bloxom
Dorstener Wire Tech Inc.
DOUBLE E COMPANY
DOW
Dragon Fire Protection Services, Inc.
Drain-Net Technologies
Drina Trans Inc.
Drinker Biddle & Reath LLP
DSC Solutions
DSV ROAD INC.
DTSC/Department of Toxic Substance Control
Dullard Industrial Products, LLC
Dunamis Forklift Tires
DURIS CORPORATION
DXP Enterprises, Inc
DXP Enterprises, Inc.
Dynisco
Dynisco Instruments LLC
DYNISCO INSTRUMENTS, LLC.
E and M
E Shipping LLC
EADS
Eagle Fire Extingisher Inc
Eagle National Steel
Eagle Resources, LLC
EARLE M JORGENSEN CO.
EARTHx, Inc.
East West Bank
EASYPAK LLC
ECHO GLOBAL LOGISTICS INC.
Echo Global Logistics, Inc.
Eclipse Professional Services
Economic Alternatives, Inc.
EcoSmart Solutions, Inc.
Eddie Deen & Company Catering
Eddie Enero - CHECK
Edward S. Babcock & Sons, Inc.
EDWARD W. LOCHARY
eFactor 3, LLC
eFactor3
eFACTOR3, LLC

Eisbar Trockentechnik GmbH
Eisenbeiss Inc
Ekman Recycling
ELECTRONIC SYSTEMS SPA
ELITE GATES
ELITE METAL FINISHING LLC
Elizabeth Cepeda
Elliott Electric
Elway Industries, Inc.
E-MC Electrical Services
Emergency Environmental Services, LLC
Emerging Acquisitions, LLC
EMF Company
Employee Solutions Arlington LLC
EMPLOYERS ASSURANCE CO.
Employment Development Dept
Endur Contractors, LLC
Endurance Risk Solutions Assurance Co.1221
Avenue Of the AmericasNew York, NY  10020
Energy Environmental Solutions, Inc
Engie
ENGITECS SAS.
ENTEC POLYMERS
ENVIRO MANUFACTURING, INC.
Environmental Compliance Products
Erema North America
Erema North America Inc.
EREMA NORTH AMERICA, INC.
ERIC WERBALOWSKY
Eriez Manufacturing
Eriez Manufacturing Co
Eriez Manufacturing Co.
Erik Sekelsky
ERIKS NA, Inc. (Lewis-Goetz)
ESPI (Enterprise Systems Partners, Inc.)
ESPINO ROOFING INC.
Eternity Solutions LLC
ETTLINGER NORTH AMERICA, LLC
Eureka Recycling
EVALUATION SERVICE, INC.
Evans-Brown
Ever Morales
Evergreen Plastics
EVERRANK INVESTMENT GROUP INC.
Everrank Investment Group, Inc.
Evolution Mechanical

Evoqua Water Technologies LLC
Exact Staff, Inc.
Excal Visual, Inc.
Express Air Freight
Express Employment Professionals
Express Pipe & Supply Co., Inc.
EXPRESS SERVICES, INC.
EXTRUSION CONTROL & SUPPLY, INC.
EZ BEARING LLC
F.G. WILCOX, INC.
FAEGRE DRINKER BIDDLE & REATH LLP
Fairmont Logistics
Fairmont Logistics LLC
FAIRWEATHER HEATING & AIR CONDITION
Farabee Law PC
Farahnik, Leon
Fast Signs
Fastenal
FASTENAL COMPANY
Fastenal Company - PPE Vending Machine
Fastenal Company - Regular Account
Fastsigns
FastSigns- Grand Prairie
Fauske and Associates, LLC
FCC Environmental Services HOU2065
FCC Environmental-Settlement
FCC Fomento de Construcciones DAL1028
FCC Fomento de Construcciones DAL2057
Fears, Sydney
Fed Ex
Fed Ex Freight
Federal Insurance Company
Federal International Recycling & Waste
FedEx
FedEx Freight
FERCO COLOR
FERGUSON ENTERPRISES, INC. #1350
FERNANDO ANAYA
Ficcadenti Waggoner & Castle
FIESTA COCINA
Fiesta Village
Fire Hydrant Servicing
Fire Sprinkler Installers
Fireman's Fund Insurance Company 225 W.
Washington Street, Suite 1800 Chicago, IL   60606-
3484

First Aid 2000
First American Title Insurance Co.
Fisher Scientific Company LLC
FitzMark, Inc.
Fleet Yards Inc.
Fleetwood Transfer, Inc
FLO TRANS
Flor Elizabeth Espinola
Flowserve US Inc
FocalPoint
Forberg Scientific, Inc
Force Ten Partners LLC
Force10 Partners
FORSTER PRECISION TOOL, LLC
FORTNER PRECISION, INC
Foundation Marketing Group
Franchise Tax Board
Frank Recruitment Group, Inc.
Frasco Inc
Frasco Profiles
FRASCO, INC.
Freight Solutions
Frigel North America, Inc
Frigel North America, Inc.
FROMM Electric Supply Corp
FRONTIER
Frontier Transport, NA LP
FUTURE ALLOYS, INC.
G&C Forklift Inc.
G/M Business Interiors
Gage Personnel Services
GAGING & SOFTWARE TECHNOLOGIES, INC
Galco Industrial Electronics
Gary D Wolfe
Gateway Logistics Inc.
GC Pallets, Inc.
GDI PACKAGING SOLUTIONS
GEA Mechanical Equipment
GENERAL INDUSTRIAL TOOL & SUPPLY
General Transport, Inc.
Gerard Daniel Worldwide
Gerber Transport - DO NOT USE
Gerber Transport Group LLC
Gertima
Giant Sign
Giant Supermarket

GILSON COMPANY INC
Global Equipment Company
Global Equipment Company Inc.
Global Industrial Equipment
Global Medical Instrumentation
Global Plastics Recycling Inc.
GLOBAL SALES & WAREHOUSING LLC
Global Technology & Engineering LLC
Global Test Supply LLC
GLT Transportation Group, LLC
Go Green Industires, Inc.
Go to Truckers, Inc.
Gold Coast Environmental
GOLD COAST STEEL & SUPPLY, INC.
GOLD COAST TREE SERVICE, INC
Golden Bear Recycling LLC
Golden Bear Recycling, LLC
GOLDENROD CORP
Gordon, Kieno H.
Gorilla Logistics
Gorilla Logistics C/O Wex Fleet One
Gottlieb, Inc.
GP Harmon Recycling LLC
GRAHAM ENGINEERING CORPORATION
Grainger
Grainger Inc
Granite Telecommunications
Grapevine Golf Cars LLC
GRAPHIC PRODUCTS INC
Graphic Products, Inc.
GREAT PLAINS ANALYTICAL LAB
Greater Reading Chamber Alliance
GREATER YUMA EDC
GREATWAY ROOFING, INC.
Green Fiber International
GREEN FIBER INTERNATIONAL INC
Green Impact LLC
Green Stuff Absorbent
Greenovative USA Corporation
Greentree Transportation Co
Gregg Milhaupt
GREGG OLSON/dba SmartCAMcnc
Grijalva, Jorge
Grind Time Tees
Gross McGinley LLC
GSI Group, Inc

Guardian Life Insurance Company
Gulf Relay LLC
H&B Industries, Inc.
Haaker Equipment Company
Haas Factory Outlet
Hach Company
Hach Company (aka)
HANCHETT PAPER dba SHORR PACKAGING
HANIL P&P
Hanks Machinery Movers Inc.
Hanna Instruments
Hapag-Lloyd America, LLC
Harbor Freight Tools
Harrell Industries Incorporated
Harrington Industrial Plastics LLC
HARRY McGREGOR
Hart 2 Hart Safety
Hatch
Hatfield and Company, Inc.
HAWK RIGDE SYSTEMS
Healthpointe Med Group Inc dba First Care
Hector Garcia
Heidi Montero
Heritage-Crystal Clean Inc
Heritage-Crystal Clean, Inc.
HEYTEX USA
High Tide Logistics
HI-LINE INC.
Himes Service Company Inc
Hippo Hopper
HoF Equipment Company
Hogentogler & Co., Inc
Holifield Janich Rachal & Assoc, PLLC
Home Depot
HONG ZU MOULD ENTERPRISE CO.,LTD
HOOVER TRANSIT INC
Hopkins Technical Products, Inc.
Hose Fixers Inc
Hose-Man, Inc.
Howard Roofing Company, Inc.
HPC Industries
HPC Industries LLC
HPC Industries, LLC
Hub Group, Inc.
HUFFMAN ENGINEERING, INC.
Hughes Associates, Inc.

Hunter Assoc Laboratory, Inc.
HunterLab
Hurricane Waste Systems
Hyde Tools Inc.
Hyperplastics Mexico
IBC Tote Recycling LLC
IC2T - Intelligent Combustion Control
ICW GROUP
IDB Bank
Ideal Machining and Supply
IHS Global Inc.
IMAGE GEAR
IMBB USA, LLC
IMPERIAL RUBBER PRODUCTS, INC.
IMS COMPANY
Indeed
Indeed, Inc.
INDEPENDENT THERMAL SOLUTIONS, INC.
Indorama Ventures Sustainable Solutions - Fontana
Indorama Ventures Sustainable Solutions F
Inductive Automation LLC
Industrial Hearing & Pulmonary Management
Industrial Metal Supply Co.
INDUSTRIAL REPAIR SERVICE, INC.
Industrial Tire DFW LLC
INFINITYQS INTERNATIONAL, INC.
Ingersoll Rand
Ingersoll Rand Company
Ingersoll-Rand Industrial U.S. Inc
Inland Pacific Electrical Contractors, Inc.
Innovative Material Handling Systems
Innovative Recycling Solutions, LLC
Inter Ocean Logistics USA, Inc
INTERNAL REVENUE SERVICE
International Forklift Company Inc.
INTERNATIONAL PAPER COMPANY
Interroll Corporation
Interstate Trailer Sales, Inc.
Intertape Polymer Corp.
Intertape Polymer Group
INT'L DAIRY-DELI-BAKERY ASSOCIATION
Intra Links
Intuit/Quickbooks
Isabels Services
IWASAKI IMAGES OF AMERICA
J & D Forklift

J Thompson Electric
J&G Supply, LLC
J.B. HUNT TRANSPORT, INC.
J.SUN PRINTING
Jackrabbit Logistics LLC
Jackson, Kevin
Jacob Acosta
Jacob Tubing LP
Jakebrake Logistics LLC
JAN-PRO CENTRAL COAST
JB Pallets
JBS Logistics & Warehousing, Inc
JCC Video Security Systems
JCC Video Security Systems, Inc.
JCC Video Security Systems, Inc.
JD Machinery Moving & Rigging LLC
Jeff Walsh
Jeffery Advisors, LLC
Jennings Alberts
JET DELIVERY, INC.
JETAIR TECHNOLOGIES, LLC
JIANJIE FANG
JM HYDRAULICS, INC.
JMD Recycling Services Inc.
JMG Security Systems, Inc.
JOHN LISEE PUMPS INC.
JOHN MORRISON
JOHNSON CONTROLS
Johnson Equipment Company
Jose Franco
Jose Perez Almendaris
JOSE REYES SERVICES
Jose Valle - CHECK
JOYCE/DAYTON CORP.
Juan Hernandez Recycling, LLC
JUAREZ PALLETS
JULES AND ASSOCIATES, INC.
JUSTMAN BRUSH COMPANY
JY SOLUTIONS, INC.
Kaeser Compressors Inc
Kaeser Compressors, Inc.
KAIROS LOGISTICS, INC.
Kaiser Martin Group
KAMAN INDUSTRIAL TECHNOLOGIES
Katten Muchin Rosenman, LLP
Keco Inc.

Ken's Lock & Key - ASAP Lock & Safe
Kessler Pie Co.
Keyance Corporation of America
Keystrokes Inc
Kibel Green
Kice Industries, Inc.
KIEFER Werkzeugbau GmbH
King Architectural Metals
KING OF FREIGHT
King of Freight LLC
Kingdom Trucking
Kings Express, Inc.
Klehr Harrison Harvey Branburg LLC
Kluber
Kluber Lubrication, NA, LP
Knighten Industries
Knobbe Martens Olson & Bear LLP
Kohner Mann & Kailas Attorneys
KRE Security LLC
KRS Recycling Systems Inc.
KT Resources
Kuzan's True Value Hardware
L.A. GRINDING CO., INC.
LA Grinding Company, Inc.
Label Universe
Lake View Visual LLC
Lampo SA
LANDSBERG
Landstar Ranger, Inc
Landstar Ranger, Inc.
LANTECH.COM, LLC
Latham & Watkins, LLP
Lathem & Watkins, LLP
Lawrence Roll Up Doors, Inc.
LAWSON PRODUCTS INC.
League Logistics, LLC
Leech Tishman Fuscaldo & Lampl, LLC
Leech,Tishman, Fuscaldo & Lampl, Inc.
Lehigh County Industrial Development Authority
Lehigh University
Leon Farahnik
Lexmar Distribution, Inc.
Liberty Commercial Finance LLC
Liberty Environmental, Inc.
Liberty Fluid Power Inc.
LIBERTY PACKAGING

LIFE INSURANCE COMPANY
Lift, Inc
Lifting Gear Hire Corporation
LINDSAY ENGINEERING, INC.
Linguistic System, Inc.
LinQ Transport
Linquistic Systems, Inc.
Lion Industrial Properties
Littler Mendelson, PC
LIVINGSTON INTERNATIONAL INC
LJ's Access Systems, Inc.
LM Robbins Company, Inc.
Loaned Earth
Loaned Earth Recycling
Loeb & Loeb, LLC
Logistics Dynamics, Inc.
Lone Star Forklift
Longino Public Finance
Lowe's
LSL Scale Repair
Lubo USA, LLC
Luckey Transfer LLC
Luis Sanchez-Parraguirre - CHECK
Lule's Air Conditioning
Lutzel, Jeremy
Luxury Auto Leasing
M & L Plastics, Inc.
M2 Logistics Inc.
M2 Logistics. Inc
Maag Automatik Inc.
Maag Automatik, Inc
Maag Group
MacDermid Enthone Industrial Solutions
MacDermid Incorporated
MACPHERSON WESTERN TOOL & SUPPLY CO
Madden Manufacturing, Inc.
MAGID GLOVE & SAFETY MFG
Magid Glove & Safety Mfg. Co. LLC
Magid Glove and Safety Mfg. Co.
MAGNATAG VISIBLE SYSTEMS
MAGNUM FENCE AND SECURITY, INC.
MAINFREIGHT
Major Science/Winpact Scientific, Inc.
MAKU AG
MALTACOURT CANADA LTD.

Mama's Pizza and Grill
Manbro
Manley's Boiler LLC
Manzella Transportation Services LLC
Marck Industries, Inc.
MARCO ASSOCIATES, LLC
Marglen Industries Inc
Marin's Mobile Service
Mark Metals
MARLIN SOFTWARE LLC
Martin World Logistics, Inc.
Mason Avenue Investments, LLC
Material Handling Exchange, Inc.
Matrix Coating Solutions
Maurice Truhill
MAXCESS AMERICAS, INC.
McAfee Consulting LLC
McGinnis Lumber
McGrath's
McKinley Equipment Corp
Mckinney Trailer Rental
McKinney Trailer Rentals
McLAREN ENTERPRISES
McMaster-Carr
McMaster-Carr Supply Co
McMaster-Carr Supply Company
McNichols Company
MCR Technologies, Inc.
MD Environmental Inc.
Med - Tex Services
Media Partners
MegaCorp Logistics LLC
MEI Rigging & Crating LLC
Melton Logistics, LLC
Mendoza Brothers
Met Ed
Met Ed - 100138246267
Met Energy Services
Metal Supermarkets - Ft Worth
Metal Supermarkets- Dallas
Metro Air Conditioning Heating & Services
Metro Group Maritime
Mettler-Toledo
Mettler-Toledo, LLC
Meyer Laboratory Inc
Meyer Laboratory, Inc.

Meza, Jesus O.
Mi Casa Su Casa Cafe LLC
Michael Freer
Michael Mussomeli
MICHAEL R. SHEVLIN
Michael R. Shevlin Law Office
Michael Spencer
Michael Teslevich
Michael's Keys
Michele Diaz
MICRO EPSILON AMERICA, LP
Microsoft Corporation
Midland Davis Corp
Midwest Knife Grinding, Inc
Midwest Knife Grinding, Inc.
Midwest Trucking Logistics
Midwestern Industries, Inc.
Milagro Rubber Co Inc
MILES CHEMICAL COMPANY
Miles Chemical Company Inc.
Miles Chemical Company, Inc.
Milhaupt, Gregg
Mindy F. Berman Communications
Minitab, Inc.
Mission Economic Dev Corp
Mission Economic Development Corporation
Mission Linen Supply
Mister Sweeper LP
Miura America Co LTD
Miura America Co, LTD
MJH TOOLING & DIE
Mode Transportation LLC
Mode Transportation, LLC DO NOT USE
MODERN DISPERSIONS, INC.
ModSpace
MoLo Solutions
MoLo Solutions LLC
Monique Loredo
Monster Worldwide, Inc.
Monteleone & McCrory LLP
Monteleone & Mccrory, LLP
Morgan Stanley/The CW Group
Morrison Supply Company/MORSCO
Motan, Inc.
Motion Indiustries, Inc.
Motion Industries, Inc.

Motor Control Center
Mr. Crane
MRO ELECTRIC & SUPPLY
MSC Industrial Supply
MSC Industrial Supply Co
MSC INDUSTRIAL SUPPLY CO. INC.
Muhlenberg Township Authority
Mullen & Associates Inc.
Mullen & Associates, Inc.
Multi Service Technology Solutions.
Munters Corporation
N J Malin & Assoc
Nahai Insurance Services
Nahai Insurance Services, Inc.
NALCO
NALCO COMPANY
Naomi Levy
NAPCOR
NASON'S LOCK & SAFE, INC.
NASRIN YADEGARI
National Gear Repair Inc.
National Recovery Technologies (NRT)
National Registered Agents
National Registered Agents, Inc
National Registered Agents, Inc.
National Safety Compliance
NATIONS EQUIPMENT FINANCE, LLC
Nationwide Boiler Inc.
NAT'L LIFT FLEET LEASING & SALES
NC SERVO TECHNOLOGY CORP
NDC TECHNOLOGIES, INC.
Nederman, LLC
Nestle Waters North America
Nestle Waters North America, Inc.
NETWRIX CORPORATION
New Century Beverage/PepsiCo Global
New Egg
New Pig
NEWAY PACKAGING CORP
Neway Packaging Corporation
Newport CH International, LLC
Nextgen Deals LLC
NFPA Catalog
Niagara Bottling LLC
Niagara Bottling, LLC
Niagara County Industrial Development Agency

Nick Garcia
Nick Garcia - CHECK
Nissan Motor Acceptance Corp.
NiTel, Inc.
NMAC
NOLAN TRANSPORTATION GROUP, INC.
Nolan Transportation Group, LLC
Noll Pallet & Lumber Co.
NORDSON EXTRUSION DIES INDUSTRIES
North  American Transport Services
North Texas Scales, Inc.
North Texas Welding & Repair, LLC
Northern Tool & Equipment
Novatech Inc.
Novatech, Inc.
Novian & Novian, LLP
Novian and Novian, LLP
NRAI, INC.
NRC Gulf Environmental Services, Inc
NSF CERTIFICATION, LLC
NUMATIC ENGINEERING
Oakland Instrument Corporation
Oakley Port 33, Inc.
Oakley Trucking, Inc.
Oberlin Filter Company
OCI INTERNATIONAL INC.
ODC TOOLING & MOLDS
Odessa Pumps & Equipment
OEC Transportation Services, Inc
Office Service Company
Office Solutions
Oklahoma Tax Commission
Old Dominion Freight, Inc
Olivares, Nelly
Olympic Wire & Equipment Co. Inc.
Olympic Wire & Equipment, Inc.
On the Border
One Miracle Property
ONE WAY INDUSTRIAL SUPPLY INC.
O'Neal Steel Inc
ONESOURCE DISTRIBUTORS,LLC
ONTARIO REFRIGERATION SERVICE, INC.
Opt 4 Group
Optima Scale Manufacturing, Inc.
OPUS BANK
Organix Composting, LLC

Orion Energy Partners Investment Agent, LLC
Orkin
Orkin - Oxnard
Orkin - Riverside
Orkin Pest Control
Orrick, Herrington & Sutcliffe LLP
OTR Transportation, Inc.
Overall Supply, Inc
OXNARD HOSE, INC. dba OXNARD HOSE
Oxnard Public Utilities
P & W Quality Machine, Inc.
PAARANG US INC
Pace Analytical Services, LLC
PACE PUNCHES, INC.
Pacific Coast Machinery
Pacific Coast Propane
PACIFIC PACKAGING ENTERPRISES, INC.
PACIFIC PAPER TUBE, INC.
PACIFIC STATES ELECTRICAL &
INSTRUMENTATION
PACIFIC WATER CONDITIONING
Pacific Western Bank
PACKAGING CORPORATION OF AMERICA
PADRAIC E. McCLEEREY
Pagoda Apparel - Cure Sports LLC
Palm Occupational Medicine
Pal-Serv of Dallas, LLC
Pamco Machine Works, Inc.
Pan American Wire, Inc.
PAPE MATERIAL HANDLING INC
Paragon Industrial Controls, Inc.
Party City
Patricia Hatem
PATRIOT PAK LLC
Patton's Steel Supply
Paula Treat
PayPro USA, Inc.
PC MECHANICAL, INC.
PD Contracting
Pearce Worldwide Logistics, Inc.
Pegasus Personnel LLC
Pelletron
Pelletron Corporation
Peninsula Packaging
Pennsylvania Careerlink - Berks County
PERIMETER SECURITY SYSTEMS

PerkinElmer Life Sciences, Inc.
Perot Logistics LLC
Perpetual Recycling Solutions, Inc.
Perpetual Recycling Solutions, LLC
Petcan
Petstar-Mexico
PGR
Phenomenex Inc
Phenomenex Inc.
Phila OccHealth/DBA Worknet Occ Med
PHOTOVOLT INSTRUMENTS, LLC
PIHV Mountain Creek, LLC.
Pinnacle Recycling LLC
PINNPACK - MANUAL CHECK
PinnPACK Packaging LLC
PinnPACK Packaging, LLC
PinnPack Packaging, LLC (Vendor)
PIP Printing - Riverside
Pipeworks & Facilities LLC
PITNEY BOWES INC.
Pitney Bowes/Purchase Power
PLAST-CONTROL INC.
Plastic Executive Recruiters, LLC
Plastic Express
Plastic Express Cali
Plastic Process Equipment
PLASTIC PROCESS EQUIPMENT, INC.
Plastic Recycling Corp of California
Plastic Recycling Corp. of California
Plastic Technologies, Inc
Plastic Technologies, Inc.
Plastics Analytical Laboratory
PLASTICS COLOR OF N. CAROLINA
PLASTICS INVESTMENT GROUP INC.
Plastics News
Plastics Process Equipment
PLAZTECA, S.A. DE C.V.
PM INDUSTRIAL SUPPLY COMPANY
PMS S.R.L.
PNC EQUIPMENT FINANCE, LLC
Polk Mechanical Company LLC
Poly Packaging Products Corporation
POLYMERS SALES & LOGISTICS, LLC
POLYQUEST, INC.
Pop A Lock of Riverside County
POSCO DAEWOO AMERICA CORP.

Potential Industries, Inc.
Power Brokers, LLC
Power Transmission Specialties
Powers Brothers Machine, Inc.
PQ Recycling, A Polyquest Company
Praxair Distribution Inc.
PRECISE PERSONNEL, LLC
Precision Acoustics & Drywall
PRECISION CNC MACHINING, INC.
Precision Dynamics Inc
PRECISION INSTRUMENT CORRECTION INC
Precision Instrument Correction Inc.
Preferred Office Products, Inc
Premier System Integrators, Inc.
Premier Trade Solutions, Inc.
PREMIER TRAILER LEASING, INC.
PREMIER WATER MANAGEMENT, LLC
Presto-X
PRIDE POLYMERS, LLC
Prime Plastic Products, Inc
Prime Plastic Products, Inc.
PRIME RESOURCE, INC.
Primrose Oil Company, Inc.
Prince Technologies
Priority U Logistics LLC
PRIORITY-1, INC.
PRO FARM TRUCKING, INC.
Pro Farm, FLC
ProLogis Management, LLC
Protect It First Aid & Safety, LLC
PROVOAST AUTOMATION CONTROLS
Prudential Overall Supply
PSI
PSL-Rheotek USA Inc.
Puffer Sweiven LP
PumpCatalog.com
Pumping Solutions, Inc.
Purvis Bearing LTD
QAIR CALIFORNIA
QUALITY FREIGHT LOGISTICS, INC.
QUALITY PACKAGING & SUPPLIES, INC.
Quality Transport Inc.
Quality Weigh Systems
QUALITY WINDOWS INC - OXNARD
QUILL CORPORATION
Quill LLC

Qusay Al-Shaikhli
R&L Truckload Services, LLC
R&V Sheet Metal, Inc.
R.B.DWYER CO., INC.
R.S. Quality Products, Inc.
R2 LOGISTICS INC
R2 Logistics, Inc.
Racer Hot Shot, Inc.
RACO ENTERPRISES, LLC
Radwell International, Inc.
Rainbow Bolt & Supply, Inc.
RAJAH INC.
Ralph Chandler & Associates
Ramcast Ornamental Supply, Co. Inc.
Ramos, Steve
Randstad Company/Tatum
Randstad North America dba Tatum
Rankin Quality Logistics
Rapid Transport Services LLC
RAYCO SECURITY, INC.
Ray's OK Tire, Inc.
RE TRANSPORTATION, INC.
Reading Area Community College
Reading Bearing & Drive Solutions, Inc.
Reading Sanitary Wiper
Ready Refresh by Nestle - Coffee Service
Ready Refresh by Nestle - Filtration Service
ReadyRefresh by Nestle
ReCommunity
Recycling Equipment Inc
Red Ball Oxygen Company Inc
Red River Logistics LLC
Red Wing Business Advantage
Red Wing Shoes
Red Wing Shoes - McKinney
Red Wing Store - Dallas
Red Wings - Kelly's
Red Wings- Arlington
Red Wings- Irving
Redhawk Transportation Inc.
Redner's Warehouse Market
Reed Smith LLP
Reed Smith, LLP
Regain Force LLC
Reifenhauser Cast Sheet Coating
REIFENHAUSER INC.

Reign Industries, Inc.
Reliable Transportation Solutions, LLC
REM INC.
RePET Inc.
RePET, Inc.
REPI LLC
REPI S.r.I.
Repi, LLC
RePlanet
rePlanet, LLC
Replenysh, Inc
Replenysh, Inc.
Republic Services
RESOLVE CONSULTING, INC.
RESOURCE ENGIMECH (INDIA) PVT. LTD.
Resource Equipment Co.
Restek
Restek Corporation
Results Staffing Inc
Revel Environmental Manufacturing, Inc.
Reynolds
RGE Truck Lines Inc.
Rhino Networks
Rich Costa
Ricova International Inc
Right There Services, Inc.
Rise Equipment, LLC
RISTOLA TECHNICAL SERVICES, LLC
River City Wood Products, LLC
Riveron Consulting
Riverside County Treasurer
Riverside Public Utilities
RMS Marketing Services, LLC
Roadrunner Transportation Services
Rob Gamberg
Roberson, Angela
ROBERT R. BARAJAS
Roberto De La Cruz
Rockwell Engineering and Eq Co, Inc.
Rolf Koerner LLC
Rolf Koerner, LLC
Romero's Engineering Inc.
Rosetta Stone Ltd.
Rossi North America
Roto Rooter
Roto-Rooter Service & Plumbing

Rowe Equipment, Inc.
Royal Industrial Solutions
Royal Striping LLC
Royal Wholesale Electric
RPI Deputy Inspecitions, Inc
rPlanet Earth Los Angeles LLC
RPM Freight Systems,
RR Products
RSM US LLP
Runyon Service Prep
Runyon Surface Prep Co., LLC
Rusco Hydraulics, Inc.
Russell Madden Inc
RV Sheet Metal Inc.
Ryan Herco Flow Solutions
Ryan Process, Inc.
RYTEC CORPORATION
S&N Labs
S&W Plastics, Inc.
S.A. Comunale Co., Inc.
S.O.T. Abrasives & Equipment
SAFETY-KLEEN SYSTEMS, INC.
SAFETYKNIFE, INC.
SAFIGEN PBC
Saia Motor Freight Line, Inc.
Sala Air Conditioning
Salas, Isaac
Sam's Club
Samstag Sales
SAMUEL HONG
Santa Fe Machine Works, Inc
Sarg Recycling Inc.
Sargent's Wrecker Truck and Auto Repair
Sarro, Marco
Savage Logistics
SBB SHIPPING USA INC
Schaedler Yesco Distribution, Inc.
Scherzer International
Schiff Hardin, LLP
Schneider National Carriers
Schneider National Carriers, Inc.
Schneider Transportation
SCOTLYNN USA DIVISION
Scotlynn USA Division, Inc
SCOTT BARTELS
SCOTT J. SANDERS

Scrap Management, Inc.
SEASONS
Securitas Electronic Security, Inc
Security 101 Dallas
Security Signal Devices, Inc. (SSD, Inc.)
SENCORPWHITE, INC
Serrano, Ivan (W-9)
Service Waste Inc.
SERVICE-PRO FIRE PROTECTION INC.
SERVO MOTOR TECHNOLOGIES, LLC
SERVPRO OF VENTURA
Sesotec Inc.
Set Logistics, Inc / Probilling & Funding
Sethmar Transportation Inc.
SFP Online
SHELL ENERGY NORTH AMERICA(US),L.P.
Shermco Industries Inc
Shine Logistics Services LLC
Shipp Belting Company LLC
Shoppas Material Handling, LTD
Shorr
Sidley Austin LLP
Sidley Austin, LLP
Siemens Industry, Inc.
Sierra Machining
Sigma Recycling, Inc.
Sigma-Aldrich/Millipore
Signature Business Leasing LLC
SILLIKER, INC.
SILVAS OIL COMPANY INC.
SILVER PLASTICS
Sims Global Solutions, Inc.
Simsmetal East LLC
SINCLAIR SANITARY SUPPLY CO. INC.
Sioux Services, LLC
Slaymaker Rentals & Supply Company
Sloan Vazquez McAfee
SMI Scientific LLC
SMITH CORONA
SMURFIT KAPPA NORTH AMERICA LLC
SNC SOLUTIONS LLC
So Cal Gas Co
SOCAL PACKAGING REPAIR
SoCalGas
Solarwinds Worldwide, LLC
Solberg Manufacturing, Inc.

Solid Waste Services DBA JP Mascaro & Sons
Solve
Sonicwall Service
Sorema, Division of Previero
SOSLAND PUBLISHING
SOURCE ONE PACKAGING, LLC
SourceOne Transportation Inc
South Coast AQMD
Southeastern Freight
Southern Bracing Systems LLC
Southern California Edison
SOUTHERN CALIFORNIA EDISON COMPANY
Southern Packaging LP
Southlake Public Affairs
Southwest Toyota Lift
Sparky's Video Productions
Spayds Greenhouse, Nursery & Floral
SPECIALTY TOOL & MOLD, INC.
SPG Vending Solutions Inc
Spiroflow
SPRINT
SPS COMMERCE, INC.
Spur
SSD Alarm -Security Signal Devices, Inc.
SSI Shredding Systems, Inc.
SSRP LLC
Staci Westerhoff
Staffing Force
Staiman Recycling Corp.
STAMPCO
STANDARD INDUSTRIES
Staples
Staples Business Credit
Staples Inc.
Starlinger
Starlinger - American
Starlinger & Co. Gesellschaft M.B.H.
State of CA Dept of Resources
STATE OF CALIFORNIA
STATE OF CALIFORNIA-CA EPA
STATE OF DELAWARE
State Water Resouces Control Board
STATE WATER RESOURCES CONTROL
BOARD
SteelSentry Inc.
STEPHANIE REID

Stericycle, Inc.
STERLING BLOWER COMPANY
Sterling Machinery Exchange
Steven Garcia
Stonebriar Commercial Finance
Stonebriar Commercial Finance LLC
Storer Services
Stradling Yocca Carlson & Rauth
STRAINOPTICS ACQUISITION CO. LLC
STREAMLINE OFFICE SOLUTIONS, INC.
Strive Logistics
SULZER/BRITHINEE ELECTRIC
Sunbelt Rentals
Sunbelt Rentals, Inc.
SUNLAND CONSULTING, INC.
Sunteck Transport Co, LLC
SUPERIOR ELECTRIC MOTOR SERVICE INC
SUPERIOR GATE SYSTEMS
SUPERIOR SANITARY SUPPLIES
Supply Chain  Services, LLC
Supply Chain Services, LLC
Susquehanna Commercial Finance , Inc.
Swift Transportation Claims
SwiftTech Solutions, Inc.
SWRCB FEES
Sylvia Sifuentes
System Packaging Co, Inc.
System Packaging Co., Inc.
T. BROOKS CONSTRUCTION, INC.
Taco Man George
Talent Company, LLC
Tanya Tanadhi
Tax Advisors Group LLC
TD Metal Fabricators
Team Eagle Logistics Inc
TECHNO PLUMBING GROUP INC
Telenet VOIP, Inc.
Tempco Electric Heater Corp
Teocal Transport, Inc.
Tequipment
Terry's Testing, Inc.
Texas Bearings of Dallas
Texas Bond Review Board
TEXAS CAPITAL BANK
Texas Commission on Environmental Quality
Texas Department of Agriculture

Texas Dept of Licensing Division
Texas Disposal Systems
Texas Franchise Tax Board
Texas Mutual Insurance Co
Texas Process Equipment
The 5S Store
THE BUSINESS LEGAL GROUP
The Cary Company
The Cope Company  Salt
The Lion Group
The Lubrizol Corporation
The Restaurant Store
The Travelers Insurance Companies
THERMOFORMER PARTS SUPPLIERS
THERMOFORMING SYSTEMS LLC
Thomas Bavaria
Thomas Fronina
Thomas Scientific
THOMAS SCIENTIFIC, LLC
Thomas, Edwards Group
THOMPSON GUNDRILLING INC.
Tier Rack Corporation
TIERNEY INDUSTRIAL WAREHOUSE, INC.
Tiffany Valle
Tigunia, LLC
Tim Guzzy Services, Inc
Tim Guzzy Services, Inc.
Tinius Olsen Testing Machine Co
Titan Packaging Corp.
Titus Manufacturing Services, Inc.
Tlacuani Mexican Restaurant
TLD Logistics
TM Bailey Services LLC
TMC Logistics
T-MOBILE
Toner World
Tonkin Plumbing, Inc.
TOOLING TECHNOLOGY, LLC
Top Trans Logistics, LLC
Torque Tools, Inc.
Torres Tires
Total Fire & Safety Inc
Total Quality Logistics
Total Quality Logistics, LLC
Total Recycle, Inc.
TOTAL TRANSPORTATION & DIST INC.

TOTAL-WESTERN INC
Towards Zero Co.
Toyota Finance #1
Toyota Financial Services
Toyota Financial Services #1
Toyota Financial Services #2
Toyota Industries Commercial Finance, Inc.
Toyota Motor Corporation
TR CHEM SOLUTIONS, LLC
TRAFFIC TECH, INC.
Trailer Leasing Solutions, LLC
TrainUp.com
TRANE U.S. INC.
TranPak Inc.
Transend Logistics LLC
Trans-Environmental Services, Inc.
Transfix, Inc.
Transgroup International
Travaini Pumps USA, Inc.
TRELLEBORG APPLIED TECHNOLOGIES
TRI COUNTY TOOL INC.
TRIA AMERICA INC
Tria America, Inc.
Trigon Plastics, LLC
Trimax
Trimax Systems, Inc.
Trinity Logistics Inc
Trinity Logistics Inc.
TRINITY LOGISTICS, INC.
Trinity Packaging Supply LLC
Tripoint Logistics LLC
Truck Rail Handling Inc.
TRUTECH PRECISION
Tsurumi (America), Inc.
T-T ELECTRIC USA
Tuff Wrap Installations, Inc.
Tulco
Tulsa Recycle & Transfer, Inc.
Tummy Stuffer
TURNKEE GENERAL CONTRACTORS INC.
U.S DEPARTMENT OF HOMELAND
SECURITY
U.S. BANK AS PAYING AGENT
UBER FREIGHT LLC
Uber Freight, LLC
UBP - SAN LUIS OBISPO, INC.

UE Systems
UE Systems, Inc.
UGI Utilities
ULine
Uline, Inc.
UMB Bank
UMB Bank, N.A., as Trustee
UMGA Logistics, Inc.
Una-Dyn
UniFi Manufacturing Inc.
UNIFIRST CORPORATION
UNIFORM NATIONWIDE, LLC.
Union Bank
UniSensor
United Mechanical
UNITED POLYMERS INC.
UNITED RENTALS
United Rentals, Inc.-fka BlueLine Rental
United Riggers & Erectors, Inc.
United Site Services Of CA, Inc
UNITED STAFFING ASSOCIATES, LLC
United States Plastic Corp
United States Post Office
Universal Dynamics, Inc
UNIVERSAL DYNAMICS, INC.
Universal Traffic Service Inc
Univoip
Univoip, Inc.
Unix Packaging Inc
UNLIMITED PLASTICS INC.
Updike Distribution Logistics
Upper Macungie Township
UPS
UPS  Customs Brokerage
UPS FREIGHT
UPS Supply Chain
UPS Supply Chain Solutions, Inc.
US Dept of Labor
US Express Printing
US Healthworks Medical Group of Texas
US Scrap Management, Inc.
US Specialty Insurance
USA Bluebook
Used Cardboard Boxes, Inc.
Valdez, Anna
Valemi, Inc.

Value Logistics, Inc.
Van Dyk Recycling Solutions
VC TAX COLLECTOR
Vector Transportation Co.
Vega America Inc.
Velocity Freight Transport, Inc.
Venezia
Venezia Logistics
Ventura County APCD
VENTURA COUNTY CONTROL SYSTMES
VENTURA STEEL
Verdeco Recycling, Inc.
VERITIV CANADA, INC
Veritiv Logistics Solutions
VERITIV OPERATING COMPANY
Verizon
Verizon Wireless
Verizon Wireless #1
Verizon Wireless #2
Verizon Wireless #3
Verizon Wireless #4
Verizon Wireless #5
VFK Head Corp.
VFS Fire & Security Services
VICTOR A SEPULVEDA
Vijendra Siddhi
VINMAR POLYMERS AMERICA, LLC
VIP Image Enterprises, Inc
Vision Service Plan
Vision Service Plan - (CA)
Vision Services Plan - VSP
VJ Siddhi
VOLT FUNDING CORPORATION
Vortex Colorado, Inc
Vortex Industries, Inc.
VULCAN PLASTICS TECHNOLOGY CO. LTD.
VWR Funding, Inc.
VWR International
VWR, Part of Avantor
W B Mason Co Inc
W. W. Cannon, Inc
W.B. MASON CO., INC
W.S. DODGE OIL COMPANY, INC.
WAGNER DIE SUPPLY
Walmart
Walnut Industries, Inc.

Walters Wholesale Electric
Warner & Warner Inc.
Warner & Warner, Inc.
Waste Connections of Texas
Waste Management
Wastequip
Wastequip Manufacturing
WATCO SUPPLY CHAIN SERVICES LLC
Water Cannon Inc
Wawa
Waxie Sanitary Supply
Waxie's
WCR INCORPORATED
Weavers Hardware Company
Webstaurant Store
Wedge Electric, Inc.
Weichslbaum Engr-Gernot Weichslbaum
WEIMA AMERICA
Wells Fargo Bank, N.A.
Wells Fargo Equipment Finance
Wendi Hataloski
WEST COAST AIR CONDITIONING
WEST COAST ELECTRIC MOTORS
WEST COAST WATER SERVICES, INC.
West Dairy Inc.
Westchester Surplus Lines Insurance Company
WESTERN HYDROSTATICS INC.
Wheaton- DWK
Whiting & Associates, Inc.
WHITTIER GRINDING CO., INC.
Wilco Recycling
WILLDAN ENERGY SOLUTIONS, INC.
William M. Hurst Billy
Wilson Company
Wirz & Company
WM Recycle America, LLC
WM THERMOFORMING MACHINES SA
WOLFPACK PROTECTIVE SERVICES
Wonderlic Inc.
Wonzo Group, Inc.
Work Wear Safety Shoes
Workers Comp Dallas:
Workers Comp PinnPack:
WorldWide of New York, Inc.
WORLDWIDE POLYCHEM (HK) LIMITED
Worldwide USA Company

WORTHY TALL INDUSTRY CO., LIMITED
WTB Solutions
WTB Solutions, Inc.
WW Painting & Construction
Wyse Logistics Inc.
X-Connect Inc
Xenco Laboratories
Xpert Safety
XPO Logisics, LLC
XPO Logisitics
XPO LOGISTICS, LLC
Yard Mule Specialists, Inc.
Yeager Supply, Inc.
YETEKA THERMOFORM KALIP MAKINA
Yokogawa Corporation of America
Your Storage Solutions, Inc.
YRC Freight
YRC Freight, Inc
ZDS Communications
ZEE MEDICAL SERVICE CO.
ZEMARC CORPORATION
Zenith Cutter Co.
Zenith Cutter Inc
Zerma West, LLC
Zerma/Bioenergy Technology, Inc.
Zoro
Zoro Tools Inc.