# EXHIBIT C

## Bank Accounts

**Bank Accounts**

| Bank | Account Holder | Account No. | Type of Account |
|---|---|---|---|
| Bank Leumi, USA | CarbonLite Industries, LLC | *8500 | DIP ABL Loan Lockbox |
| Bank Leumi, USA | CarbonLite Industries, LLC | *2801 | Disbursement |
| Bank Leumi, USA | PinnPack Packaging, LLC | *4801 | DIP ABL Loan Lockbox |
| Bank Leumi, USA | PinnPack Packaging, LLC | *2900 | Disbursement |
| Bank Leumi, USA | CarbonLite Recycling LLC | *8900 | Disbursement |
| Bank Leumi, USA | CarbonLite Holdings LLC | *7201 | Depository/Disbursement |
| Bank Leumi, USA | CarbonLite Holdings LLC | *9301 | DIP Term Loan Proceeds |
| East West Bank | CarbonLite P, LLC | *4592 | Restricted – LC Collateral |
| Israel Discount Bank of New York | CarbonLite Recycling, LLC | *1461 | Restricted – LC Collateral |
| M&T Bank Corporation | CarbonLite P, LLC | *4155 | Disbursement |
| Pacific Western Bank | CarbonLite Industries, LLC | *0727 | Depository |
| Pacific Western Bank | CarbonLite P, LLC | *3525 | Depository/Disbursement |
| Pacific Western Bank | CarbonLite P, LLC | *9368 | Inactive |
| Pacific Western Bank | CarbonLite Recycling LLC | *3707 | Depository/Disbursement |
| Pacific Western Bank | CarbonLite Recycling LLC | *5856 | Inactive |
| Pacific Western Bank | CarbonLite Holdings LLC | *2405 | Depository/Disbursement |
| UMB Bank | CarbonLite P, LLC | *0570 | Restricted – Debt Service Master Account and Subaccounts; (inactive) Disbursement |
| UMB Bank | CarbonLite Recycling LLC | *5229 | Restricted – Debt Service Reserve Master Account and Subaccounts; (inactive) Disbursement |