# EXHIBIT D

**Cash Management Schematic**

DOCS_LA:335344.12 13044/001



# PA Debtors



CarbonLite P, LLC Customer Deposits

CarbonLite P, LLC
*Pacific Western Bank Depository & Disbursement*
*3525

CarbonLite P, LLC
*M&T Bank Disbursement*
*4155

CarbonLite P, LLC Payables

CarbonLite P, LLC
*Pacific Western Bank Depository & Disbursement*
*9368

CarbonLite P, LLC
*UMB Bank Restricted Account***
*0570

CarbonLite P, LLC
*East West Bank Restricted Account****
*4592

Bond principal and interest payments

Inactive Account

** Master and sub-accounts established pursuant to the PA Bond Indenture which were initially funded at close of CLP's initial bond funding and subsequent bond funding and are held as reserves, including funds held temporarily to pay bond principal and interest, and which are funded via monthly payments (*i.e.* funded for six months then disbursed in total. Example: payments in June - November from the Debtors, disbursed to Bondholders in December).

*** Letter of credit funds held as deposit for Reading Facility lessor

# TX Debtors



CarbonLite Recycling LLC Customer Deposits

CarbonLite Recycling LLC
*Pacific Western Bank Depository & Disbursement*
*3707

CarbonLite Recycling LLC
*Bank Leumi Disbursement*
*8900

CarbonLite Recycling LLC Payables

CarbonLite Recycling LLC
*Pacific Western Bank Depository & Disbursement*
*5856

CarbonLite Recycling LLC
*UMB Bank Restricted Account***
*5229

CarbonLite Recycling LLC
*IDB Bank Restricted Account****
*1461

Bond principal and interest payments

Inactive Account

** Master and sub-accounts established pursuant to the TX Bond Indenture which were initially funded at close of Recycling's initial bond funding and are held as reserves, including funds held temporarily to pay bond principal and interest, and which are funded via monthly payments (*i.e.* funded for six months then disbursed in total.  Example: payments in June - November from the Debtors, disbursed to Bondholders in December)..

*** Letter of credit funds held as deposit for Dallas Facility lessor

# CarbonLite Holdings LLC
# (Shared Health Insurance and Non-DIP Term Loan)



Intercompany transfers for group health insurance premiums → CarbonLite Holdings LLC *Bank Leumi Depository & Disbursement* *7201 → Cigna Health Insurance Premiums

CarbonLite Holdings LLC *Pacific Western Bank Depository & Disbursement*** *2405

** Historically used to pay certain payables and receive intercompany transfers. The Debtors reserve the right to close this account and any others, to the extent deemed unnecessary for operations postpetition.