## EXHIBIT E

## TX BUDGET

| | Week 1 03/14/21 | Week 2 03/21/21 | Week 3 03/28/21 | Week 4 04/04/21 | Week 5 04/11/21 | Week 6 04/18/21 | Week 7 04/25/21 | Week 8 05/02/21 | Week 9 05/09/21 | Week 10 05/16/21 | Week 11 05/23/21 | Week 12 05/30/21 | Week 13 06/06/21 | Week 14 06/13/21 | Week 15 06/20/21 | Week 16 06/27/21 | Week 17 07/04/21 | Post-Pet Fcst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | 0 | 198,452 | 235,570 | 3,527 | 57,810 | 767,570 | 0 | 911,359 | 0 | 1,495,588 | 0 | 1,146,265 | 0 | 905,257 | 950,192 | 0 | 1,757,937 | 8,429,528 |
| **Expenditures** | | | | | | | | | | | | | | | | | | |
| Manufacturing Expenses | 296,145 | 296,145 | 296,145 | 355,115 | 351,332 | 351,332 | 351,332 | 410,691 | 463,068 | 463,068 | 463,068 | 463,068 | 538,390 | 518,937 | 518,937 | 518,937 | 546,372 | 7,202,082 |
| Payroll related | 2,439 | 321,922 | 61,147 | 233,812 | 2,439 | 245,080 | 153,911 | 247,407 | 2,439 | 247,407 | 95,203 | 306,115 | 2,439 | 247,407 | 2,439 | 398,879 | 198,414 | 2,768,900 |
| Facility Rent and Related | 0 | 148,781 | 0 | 130,146 | 0 | 148,781 | 0 | 130,146 | 0 | 148,781 | 0 | 0 | 130,146 | 0 | 148,781 | 0 | 148,781 | 1,134,340 |
| Other Expenditures | 31,021 | 96,884 | 31,021 | 31,021 | 31,021 | 96,884 | 31,021 | 31,021 | 31,021 | 96,884 | 31,021 | 31,021 | 31,021 | 31,021 | 96,884 | 31,021 | 31,021 | 790,808 |
| | 329,605 | 863,732 | 388,314 | 750,093 | 384,792 | 842,076 | 536,264 | 819,264 | 496,528 | 956,140 | 589,292 | 800,205 | 701,995 | 797,365 | 767,040 | 948,837 | 924,587 | 11,896,129 |
| **Capital Expenditures** | 250,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 83,333 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 333,333 |
| **Restructuring** | | | | | | | | | | | | | | | | | | |
| Deposits & Cures | 1,439,827 | 0 | 0 | 0 | 148,781 | 0 | 0 | 879,570 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,468,178 |
| Professional Fees | 479,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 258,702 | 258,702 | 258,702 | 258,702 | 254,015 | 4,562,000 |
| U.S. Trustee Fee | 0 | 0 | 0 | 0 | 0 | 47,085 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 124,889 | 171,974 |
| | 1,918,842 | 254,015 | 254,015 | 254,015 | 402,795 | 301,100 | 254,015 | 1,133,585 | 254,015 | 254,015 | 254,015 | 254,015 | 258,702 | 258,702 | 258,702 | 258,702 | 378,904 | 7,202,152 |
| **Cash Flow Before Financing** | (2,498,447) | (919,294) | (406,758) | (1,000,580) | (729,777) | (375,606) | (790,278) | (1,041,490) | (750,543) | 202,100 | (843,307) | 92,046 | (960,697) | (150,811) | (75,551) | (1,207,539) | 454,446 | (11,002,086) |
| **Financing Cash Flow** | | | | | | | | | | | | | | | | | | |
| DIP Interest Payments & Fees | (450,000) | 0 | 0 | (155,000) | 0 | 0 | 0 | (150,000) | 0 | 0 | 0 | 0 | (155,000) | 0 | 0 | 0 | (150,000) | (1,060,000) |
| **Change in Cash** | (2,948,447) | (919,294) | (406,758) | (1,155,580) | (729,777) | (375,606) | (790,278) | (1,191,490) | (750,543) | 202,100 | (843,307) | 92,046 | (1,115,697) | (150,811) | (75,551) | (1,207,539) | 304,446 | (12,062,086) |
| **DIP Loan Advances (Repayments)** | 3,098,447 | 919,294 | 406,758 | 1,155,580 | 729,777 | 375,606 | 790,278 | 1,191,490 | 750,543 | 0 | 641,207 | 0 | 1,023,652 | 150,811 | 75,551 | 1,207,539 | 0 | 12,516,533 |
| **Beginning Cash** | 0 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 352,100 | 150,000 | 242,046 | 150,000 | 150,000 | 150,000 | 150,000 | 0 |
| **Ending Cash** | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 352,100 | 150,000 | 242,046 | 150,000 | 150,000 | 150,000 | 150,000 | 454,446 | 454,446 |
| **Operational Data** | | | | | | | | | | | | | | | | | | |
| Pellets Sold ($) | $576,746 | $576,746 | $576,746 | $659,100 | $720,866 | $720,866 | $720,866 | $762,043 | $864,985 | $864,985 | $864,985 | $926,750 | $937,044 | $937,044 | $937,044 | $937,044 | $937,044 | $13,448,846 |
| Bales Purchased (lbs) | 1,346,444 | 1,346,444 | 1,346,444 | 1,634,967 | 1,851,360 | 1,851,360 | 1,851,360 | 1,851,360 | 1,851,360 | 1,851,360 | 1,851,360 | 1,851,360 | 1,851,360 | 1,851,360 | 1,851,360 | 1,851,360 | 1,851,360 | 29,741,978 |
| Flake Purchased (lbs) | 102,102 | 102,102 | 102,102 | 63,792 | 35,060 | 35,060 | 35,060 | 95,249 | 245,722 | 245,722 | 245,722 | 245,722 | 336,005 | 351,052 | 351,052 | 351,052 | 351,052 | 3,293,631 |