## **EXHIBIT F**

## **PA BUDGET**

**CarbonLITE P, LLC**

| | Week 1<br>03/14/21 | Week 2<br>03/21/21 | Week 3<br>03/28/21 | Week 4<br>04/04/21 | Week 5<br>04/11/21 | Week 6<br>04/18/21 | Week 7<br>04/25/21 | Week 8<br>05/02/21 | Week 9<br>05/09/21 | Week 10<br>05/16/21 | Week 11<br>05/23/21 | Week 12<br>05/30/21 | Week 13<br>06/06/21 | Week 14<br>06/13/21 | Week 15<br>06/20/21 | Week 16<br>06/27/21 | Week 17<br>07/04/21 | Post-Pet<br>Fcst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,297,867 | 0 | 1,077,300 | 0 | 1,721,951 | 0 | 0 | 1,077,300 | 0 | 3,408,442 | 8,582,860 |
| **Expenditures** | | | | | | | | | | | | | | | | | | |
| Manufacturing Expenses | 182,705 | 182,705 | 182,705 | 368,923 | 473,459 | 473,459 | 473,459 | 524,593 | 582,172 | 582,172 | 582,172 | 582,172 | 585,821 | 563,010 | 563,010 | 563,010 | 569,137 | 8,034,689 |
| Payroll related | 127,058 | 0 | 212,863 | 0 | 146,867 | 0 | 271,318 | 0 | 198,070 | 0 | 325,326 | 34,225 | 271,240 | 0 | 386,822 | 34,225 | 216,992 | 2,225,004 |
| Facility Rent and Related | 0 | 130,952 | 0 | 140,500 | 0 | 159,014 | 0 | 140,500 | 0 | 187,075 | 0 | 0 | 140,500 | 0 | 187,075 | 0 | 187,075 | 1,272,690 |
| Other Expenditures | 44,495 | 107,886 | 44,495 | 44,495 | 44,495 | 107,886 | 44,495 | 44,495 | 44,495 | 107,886 | 44,495 | 44,495 | 44,495 | 44,495 | 107,886 | 44,495 | 44,495 | 1,009,981 |
| | 354,258 | 421,544 | 440,063 | 553,918 | 664,821 | 740,359 | 789,272 | 709,588 | 824,737 | 877,134 | 951,993 | 660,892 | 1,042,056 | 607,505 | 1,244,793 | 641,730 | 1,017,699 | 12,542,364 |
| **Capital Expenditures** | 0 | 3,820,833 | 0 | 0 | 0 | 3,370,833 | 0 | 0 | 0 | 1,778,147 | 0 | 0 | 0 | 0 | 120,833 | 0 | 0 | 9,090,647 |
| **Restructuring** | | | | | | | | | | | | | | | | | | |
| Deposits & Cures | 1,466,298 | 0 | 0 | 0 | 32,028 | 0 | 0 | 452,692 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,951,018 |
| Professional Fees | 629,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 254,015 | 258,702 | 258,702 | 258,702 | 258,702 | 254,015 | 4,712,000 |
| U.S. Trustee Fee | 0 | 0 | 0 | 0 | 0 | 67,120 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 173,381 | 240,502 |
| | 2,095,313 | 254,015 | 254,015 | 254,015 | 286,043 | 321,135 | 254,015 | 706,706 | 254,015 | 254,015 | 254,015 | 254,015 | 258,702 | 258,702 | 258,702 | 258,702 | 427,396 | 6,903,519 |
| **Cash Flow Before Financing** | (2,449,571) | (4,496,392) | (694,078) | (807,933) | (950,864) | (4,432,328) | (1,043,287) | (118,427) | (1,078,752) | (1,831,995) | (1,206,008) | 807,044 | (1,300,758) | (866,208) | (547,029) | (900,432) | 1,963,347 | (19,953,670) |
| **Financing Cash Flow** | | | | | | | | | | | | | | | | | | |
| DIP Interest Payments & Fees | (750,000) | 0 | 0 | (258,333) | 0 | 0 | 0 | (250,000) | 0 | 0 | 0 | 0 | (258,333) | 0 | 0 | 0 | (250,000) | (1,766,667) |
| **Change in Cash** | (3,199,571) | (4,496,392) | (694,078) | (1,066,266) | (950,864) | (4,432,328) | (1,043,287) | (368,427) | (1,078,752) | (1,831,995) | (1,206,008) | 807,044 | (1,559,091) | (866,208) | (547,029) | (900,432) | 1,713,347 | (21,720,337) |
| **DIP Loan Advances (Repayments)** | 3,349,571 | 4,496,392 | 694,078 | 1,066,266 | 950,864 | 4,432,328 | 1,043,287 | 368,427 | 1,078,752 | 1,831,995 | 1,206,008 | 0 | 752,047 | 866,208 | 547,029 | 900,432 | 0 | 23,583,683 |
| **Beginning Cash** | 0 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 957,044 | 150,000 | 150,000 | 150,000 | 150,000 | 0 |
| **Ending Cash** | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 957,044 | 150,000 | 150,000 | 150,000 | 150,000 | 1,863,347 | 1,863,347 |
| **Operational Data** | | | | | | | | | | | | | | | | | | |
| Pellets Sold ($) | $362,631 | $362,631 | $362,631 | $568,398 | $722,723 | $722,723 | $722,723 | $805,633 | $1,012,909 | $1,012,909 | $1,012,909 | $1,012,909 | $1,075,005 | $1,085,354 | $1,085,354 | $1,085,354 | $1,085,401 | $14,098,196 |
| Bales Purchased (lbs) | 745,161 | 745,161 | 745,161 | 745,161 | 745,161 | 745,161 | 745,161 | 989,280 | 1,599,575 | 1,599,575 | 1,599,575 | 1,599,575 | 2,056,596 | 2,132,767 | 2,132,767 | 2,132,767 | 2,437,448 | 23,496,053 |
| Flake Purchased (lbs) | 49,601 | 49,601 | 49,601 | 344,074 | 564,928 | 564,928 | 564,928 | 530,143 | 443,181 | 443,181 | 443,181 | 443,181 | 245,885 | 213,002 | 213,002 | 213,002 | 91,286 | 5,466,707 |