## EXHIBIT E

**Budget**

CarbonLITE Industries, LLC

| *In US$ unless otherwise noted*<br>Week Ending | Week 1<br>03/14/21 | Week 2<br>03/21/21 | Week 3<br>03/28/21 | Week 4<br>04/04/21 | Week 5<br>04/11/21 | Week 6<br>04/18/21 | Week 7<br>04/25/21 | Week 8<br>05/02/21 | Week 9<br>05/09/21 | Week 10<br>05/16/21 | Week 11<br>05/23/21 | Week 12<br>05/30/21 | Week 13<br>06/06/21 | Week 14<br>06/13/21 | Week 15<br>06/20/21 | Week 16<br>06/27/21 | Week 17<br>07/04/21 | Week 18<br>07/11/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | | | | | |
| Collections | 31,503 | 0 | 226,468 | 1,626,516 | 49,854 | 565,689 | 0 | 2,464,571 | 734,244 | 232,000 | 0 | 3,600,912 | 556,452 | 0 | 232,000 | 0 | 5,169,895 | 0 |
| Application of Customer Deposit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 31,503 | 0 | 226,468 | 1,626,516 | 49,854 | 565,689 | 0 | 2,464,571 | 734,244 | 232,000 | 0 | 3,600,912 | 556,452 | 0 | 232,000 | 0 | 5,169,895 | 0 |
| **Manufacturing Expenditures** | | | | | | | | | | | | | | | | | | |
| Raw Materials | 298,921 | 298,921 | 298,921 | 325,762 | 345,894 | 345,894 | 345,894 | 345,894 | 345,894 | 345,894 | 345,894 | 345,894 | 345,894 | 345,894 | 345,894 | 345,894 | 345,894 | 345,894 |
| Flake Purchases | 0 | 0 | 0 | 19,879 | 34,789 | 34,789 | 34,789 | 82,362 | 201,294 | 201,294 | 201,294 | 292,003 | 307,122 | 307,122 | 307,122 | 307,122 | 307,122 | 307,122 |
| Chemicals | 27,842 | 27,842 | 27,842 | 34,458 | 39,421 | 39,421 | 39,421 | 42,404 | 49,862 | 49,862 | 49,862 | 55,550 | 56,498 | 56,498 | 56,498 | 56,498 | 56,498 | 56,498 |
| Other Manufacturing | 42,155 | 42,155 | 42,155 | 143,843 | 59,686 | 59,686 | 59,686 | 155,873 | 75,495 | 75,495 | 75,495 | 175,777 | 85,543 | 85,543 | 85,543 | 177,213 | 85,543 | 85,543 |
| Freight (In & Out) | 29,364 | 29,364 | 29,364 | 36,342 | 41,575 | 41,575 | 41,575 | 44,722 | 52,587 | 52,587 | 52,587 | 58,587 | 59,586 | 59,586 | 59,586 | 59,586 | 59,586 | 59,586 |
| | 398,282 | 398,282 | 398,282 | 560,285 | 521,365 | 521,365 | 521,365 | 671,254 | 725,133 | 725,133 | 725,133 | 927,812 | 854,643 | 854,643 | 854,643 | 946,313 | 854,643 | 854,643 |
| **Operating Expenditures** | | | | | | | | | | | | | | | | | | |
| Payroll, taxes, & 401k | 127,827 | 293,885 | (9,578) | 293,885 | 127,827 | 293,885 | (9,578) | 293,885 | 127,827 | 293,885 | 127,827 | 156,480 | 127,827 | 293,885 | 127,827 | 156,480 | 127,827 | 293,885 |
| Health Insurance | 0 | 119,139 | 0 | 0 | 0 | 0 | 119,139 | 0 | 0 | 0 | 119,139 | 0 | 0 | 0 | 0 | 119,139 | 0 | 0 |
| Facility Rent and Related | 0 | 0 | 0 | 310,847 | 0 | 0 | 0 | 259,786 | 0 | 0 | 0 | 0 | 259,786 | 0 | 0 | 0 | 259,786 | 0 |
| Utilities | 0 | 387,422 | 0 | 0 | 0 | 387,422 | 0 | 0 | 0 | 511,422 | 0 | 0 | 0 | 0 | 511,422 | 0 | 0 | 0 |
| Business Insurance | 0 | 33,345 | 0 | 0 | 0 | 33,345 | 0 | 0 | 0 | 33,345 | 0 | 0 | 0 | 0 | 33,345 | 0 | 0 | 0 |
| Other G&A | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 | 44,752 |
| HPC Management Fee | 0 | 33,959 | 0 | 0 | 0 | 33,959 | 0 | 0 | 0 | 33,959 | 0 | 0 | 0 | 0 | 33,959 | 0 | 0 | 0 |
| | 172,579 | 912,502 | 35,174 | 649,484 | 172,579 | 793,363 | 154,312 | 598,423 | 172,579 | 917,363 | 291,717 | 201,232 | 432,364 | 338,637 | 751,305 | 320,370 | 432,364 | 338,637 |
| **Capital Expenditures** | | | | | | | | | | | | | | | | | | |
| PP&E (Maintenance) | 0 | 0 | 83,333 | 0 | 0 | 0 | 83,333 | 0 | 0 | 0 | 0 | 83,333 | 0 | 0 | 0 | 83,333 | 0 | 0 |
| PP&E (Expansion) | 0 | 0 | 350,000 | 2,143,260 | 0 | 0 | 500,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 433,333 | 2,143,260 | 0 | 0 | 583,333 | 0 | 0 | 0 | 0 | 83,333 | 0 | 0 | 0 | 83,333 | 0 | 0 |
| **Restructuring** | | | | | | | | | | | | | | | | | | |
| Vendor and Utility Deposits | 1,419,028 | 0 | 0 | 0 | 511,422 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 503b9 Claims | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cures | 317,406 | 0 | 0 | 0 | 0 | 0 | 0 | 336,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Force 10 Partners | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 | 38,889 |
| Pachulski Stang Ziehl & Jones LLP | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 |
| Jefferies | 170,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 0 |
| Reed Smith | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 0 |
| UCC Counsel | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 0 |
| UCC Financial Advisor | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 0 |
| Tax Advisors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,688 | 4,688 | 4,688 | 4,688 | 0 | 0 |
| Noticing Agent | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 |
| Latham & Watkins LLP (Legal Orion) | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 0 |
| Alix Partners (FA Orion) | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 0 |
| Bank Leumi (Legal & FA) | 0 | 0 | 0 | 0 | 0 | 112,500 | 0 | 0 | 0 | 112,500 | 0 | 0 | 0 | 0 | 112,500 | 0 | 0 | 112,500 |
| U.S. Trustee Fee | 0 | 0 | 0 | 0 | 0 | 56,416 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 210,129 |
| | 2,147,443 | 246,009 | 246,009 | 246,009 | 757,431 | 414,925 | 246,009 | 582,309 | 246,009 | 358,509 | 246,009 | 246,009 | 250,696 | 250,696 | 363,196 | 250,696 | 246,009 | 429,226 |
| **Cash Flow Before Financing** | (2,686,801) | (1,556,793) | (886,329) | (1,972,522) | (1,401,521) | (1,163,964) | (1,505,019) | 612,585 | (409,477) | (1,769,005) | (1,262,859) | 2,345,205 | (1,054,421) | (1,443,977) | (1,737,144) | (1,509,043) | 3,545,209 | (1,622,506) |
| **Financing Cash Flow** | | | | | | | | | | | | | | | | | | |
| Bank Leumi Interest Payments | (135,000) | 0 | 0 | (42,217) | 0 | 0 | 0 | (58,807) | 0 | 0 | 0 | 0 | (76,212) | 0 | 0 | 0 | (85,124) | (168,799) |
| DIP Interest Payments & Fees | (116,417) | (2,310) | 0 | (242,290) | 0 | (2,310) | 0 | (72,160) | 0 | (2,310) | 0 | 0 | (78,767) | 0 | (2,310) | 0 | (86,304) | (34,471) |
| Bank Leumi Line of Credit Activity (Borrow)/Repay | (674,931) | (548,021) | (574,798) | (382,300) | (994,659) | (775,049) | (336,589) | (817,425) | 495,883 | (412,708) | (839,615) | (1,036,815) | 2,023,960 | (1,206,418) | (1,175,744) | (978,544) | (1,058,254) | 2,989,158 |
| **Change in Cash** | (2,263,287) | (1,011,082) | (311,532) | (1,874,728) | (406,862) | (391,225) | (1,168,430) | 1,299,042 | (905,359) | (1,358,607) | (423,244) | 3,382,020 | (3,233,359) | (237,559) | (563,711) | (530,500) | 4,432,036 | (4,814,932) |
| DIP Loan Disbursements from DIP Funding Account | 2,113,287 | 1,011,082 | 311,532 | 1,874,728 | 406,862 | 391,225 | 1,168,430 | 0 | 0 | 964,925 | 423,244 | 0 | 0 | 88,897 | 563,711 | 530,500 | 0 | 382,896 |
| **Beginning Cash** | 300,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 1,449,042 | 543,682 | 150,000 | 150,000 | 3,532,020 | 298,662 | 150,000 | 150,000 | 150,000 | 4,582,036 |
| **Ending Cash** | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 1,449,042 | 543,682 | 150,000 | 150,000 | 3,532,020 | 298,662 | 150,000 | 150,000 | 150,000 | 4,582,036 | 150,000 |

**PinnPack Packaging, LLC**

| In US$ unless otherwise noted<br>Week Ending | Week 1<br>03/14/21 | Week 2<br>03/21/21 | Week 3<br>03/28/21 | Week 4<br>04/04/21 | Week 5<br>04/11/21 | Week 6<br>04/18/21 | Week 7<br>04/25/21 | Week 8<br>05/02/21 | Week 9<br>05/09/21 | Week 10<br>05/16/21 | Week 11<br>05/23/21 | Week 12<br>05/30/21 | Week 13<br>06/06/21 | Week 14<br>06/13/21 | Week 15<br>06/20/21 | Week 16<br>06/27/21 | Week 17<br>07/04/21 | Week 18<br>07/11/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | | | | | |
| Collections | 257,376 | 524,659 | 648,294 | 582,455 | 325,943 | 249,270 | 1,097,595 | 1,057,864 | 677,554 | 844,960 | 775,747 | 757,587 | 794,328 | 984,510 | 652,805 | 823,620 | 811,146 | 811,146 |
|  | 257,376 | 524,659 | 648,294 | 582,455 | 325,943 | 249,270 | 1,097,595 | 1,057,864 | 677,554 | 844,960 | 775,747 | 757,587 | 794,328 | 984,510 | 652,805 | 823,620 | 811,146 | 811,146 |
| **Manufacturing Expenditures** | | | | | | | | | | | | | | | | | | |
| Raw Materials | 315,556 | 338,488 | 245,448 | 338,801 | 302,721 | 303,767 | 310,171 | 394,756 | 261,753 | 330,245 | 336,697 | 325,243 | 251,727 | 315,672 | 329,583 | 258,665 | 377,944 | 297,603 |
| Other Manufacturing | 56,740 | 60,863 | 44,134 | 111,047 | 54,432 | 54,620 | 55,772 | 121,109 | 47,066 | 59,381 | 60,541 | 58,482 | 95,391 | 56,761 | 59,262 | 46,510 | 118,086 | 53,513 |
| Freight (In & Out) | 71,284 | 76,465 | 55,447 | 76,535 | 68,385 | 68,621 | 70,068 | 89,176 | 59,130 | 74,602 | 76,060 | 73,473 | 56,865 | 71,311 | 74,453 | 58,433 | 85,378 | 67,229 |
|  | 443,580 | 475,816 | 345,029 | 526,384 | 425,538 | 427,009 | 436,010 | 605,041 | 367,949 | 464,228 | 473,298 | 457,197 | 403,982 | 443,744 | 463,298 | 363,608 | 581,407 | 418,344 |
| **Operating Expenditures** | | | | | | | | | | | | | | | | | | |
| Payroll, taxes, & 401k | 156,498 | 326,843 | 208,306 | 264,143 | 156,498 | 299,143 | 208,306 | 264,143 | 156,498 | 299,143 | 156,498 | 315,950 | 156,498 | 264,143 | 191,498 | 315,950 | 156,498 | 264,143 |
| Health Insurance | 0 | 63,600 | 0 | 0 | 0 | 0 | 63,600 | 0 | 0 | 0 | 63,600 | 0 | 0 | 0 | 0 | 63,600 | 0 | 0 |
| Facility Rent and Related | 0 | 0 | 0 | 123,059 | 0 | 0 | 0 | 123,059 | 0 | 0 | 0 | 0 | 123,059 | 0 | 0 | 0 | 123,059 | 0 |
| Utilities | 0 | 219,000 | 0 | 0 | 0 | 219,000 | 0 | 0 | 0 | 219,000 | 0 | 0 | 0 | 0 | 219,000 | 0 | 0 | 0 |
| Business Insurance | 0 | 10,471 | 0 | 0 | 0 | 10,471 | 0 | 0 | 0 | 10,471 | 0 | 0 | 0 | 0 | 10,471 | 0 | 0 | 0 |
| Other G&A | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 | 62,847 |
| HPC Management Fee | 0 | 20,360 | 0 | 0 | 0 | 20,360 | 0 | 0 | 0 | 20,360 | 0 | 0 | 0 | 0 | 20,360 | 0 | 0 | 0 |
|  | 219,346 | 703,121 | 271,153 | 450,049 | 219,346 | 611,821 | 334,753 | 450,049 | 219,346 | 611,821 | 282,946 | 378,797 | 342,405 | 326,990 | 504,177 | 442,397 | 342,405 | 326,990 |
| **Capital Expenditures** | | | | | | | | | | | | | | | | | | |
| PP&E (Maintenance) | 0 | 41,667 | 0 | 0 | 0 | 41,667 | 0 | 0 | 0 | 41,667 | 0 | 0 | 0 | 0 | 41,667 | 0 | 0 | 0 |
| PP&E (Expansion) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 0 | 41,667 | 0 | 0 | 0 | 41,667 | 0 | 0 | 0 | 41,667 | 0 | 0 | 0 | 0 | 41,667 | 0 | 0 | 0 |
| **Restructuring** | | | | | | | | | | | | | | | | | | |
| Vendor and Utility Deposits | 631,111 | 0 | 0 | 0 | 219,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 503b9 Claims | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cures | 563,553 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 129,613 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Force 10 Partners | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 |
| Pachulski Stang Ziehl & Jones LLP | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 |
| Jefferies | 140,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 0 |
| Reed Smith | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 2,941 | 0 |
| UCC Counsel | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 11,765 | 0 |
| UCC Financial Advisor | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 5,882 | 0 |
| Tax Advisors | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,688 | 4,688 | 4,688 | 4,688 | 0 | 0 |
| Noticing Agent | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 | 5,208 |
| Latham & Watkins LLP (Legal Orion) | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 95,294 | 0 |
| Alix Partners (FA Orion) | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 17,647 | 0 |
| Bank Leumi (Legal & FA) | 0 | 0 | 0 | 0 | 0 | 112,500 | 0 | 0 | 0 | 0 | 112,500 | 0 | 0 | 0 | 0 | 112,500 | 0 | 112,500 |
| U.S. Trustee Fee | 0 | 0 | 0 | 0 | 0 | 47,087 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,577 |
|  | 1,574,284 | 244,620 | 244,620 | 244,620 | 463,620 | 404,207 | 244,620 | 374,233 | 244,620 | 357,120 | 244,620 | 244,620 | 249,308 | 249,308 | 361,808 | 249,308 | 244,620 | 236,286 |
| **Cash Flow Before Financing** | **(1,979,834)** | **(940,564)** | **(212,508)** | **(638,598)** | **(782,560)** | **(1,235,433)** | **82,212** | **(371,458)** | **(154,361)** | **(629,876)** | **(225,116)** | **(323,028)** | **(201,367)** | **(35,532)** | **(718,144)** | **(231,693)** | **(357,287)** | **(170,474)** |
| **Financing Cash Flow** | | | | | | | | | | | | | | | | | | |
| Bank Leumi Interest Payments & Fees | (50,000) | 0 | 0 | (28,522) | 0 | 0 | 0 | (35,116) | 0 | 0 | 0 | 0 | (32,966) | 0 | 0 | 0 | (32,166) | (61,423) |
| DIP Interest Payments & Fees | (93,583) | (1,857) | 0 | (194,766) | 0 | (1,857) | 0 | (58,006) | 0 | 0 | (1,857) | 0 | (63,317) | 0 | (1,857) | 0 | (69,376) | (27,710) |
| Bank Leumi Line of Credit Activity (Borrow)/Repay | (306,525) | (450,169) | (271,591) | 30,731 | (223,129) | (364,678) | (432,069) | 275,432 | 62,351 | 21,037 | 18,139 | (54,369) | (45,525) | 141,550 | 167,648 | (143,790) | 151,740 | (111,720) |
| **Change in Cash** | **(1,816,892)** | **(492,252)** | **59,083** | **(892,617)** | **(559,431)** | **(872,612)** | **514,281** | **(740,013)** | **(216,712)** | **(652,770)** | **(243,255)** | **(268,659)** | **(252,124)** | **(177,082)** | **(887,649)** | **(87,903)** | **(610,569)** | **(147,888)** |
| DIP Loan Disbursements from DIP Funding Account | 1,796,050 | 492,252 | 0 | 833,533 | 559,431 | 872,612 | 0 | 225,733 | 216,712 | 652,770 | 243,255 | 268,659 | 252,124 | 177,082 | 887,649 | 87,903 | 610,569 | 147,888 |
| Beginning Cash | 170,842 | 150,000 | 150,000 | 209,083 | 150,000 | 150,000 | 150,000 | 664,281 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| Ending Cash | 150,000 | 150,000 | 209,083 | 150,000 | 150,000 | 150,000 | 664,281 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |

## CA DIP Term Loan

| *In US$ unless otherwise noted*<br>Week Ending | Total | Week 1<br>03/14/21 | Week 2<br>03/21/21 | Week 3<br>03/28/21 | Week 4<br>04/04/21 | Week 5<br>04/11/21 | Week 6<br>04/18/21 | Week 7<br>04/25/21 | Week 8<br>05/02/21 | Week 9<br>05/09/21 | Week 10<br>05/16/21 | Week 11<br>05/23/21 | Week 12<br>05/30/21 | Week 13<br>06/06/21 | Week 14<br>06/13/21 | Week 15<br>06/20/21 | Week 16<br>06/27/21 | Week 17<br>07/04/21 | Week 18<br>07/11/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CA DIP - Total** | Total | | | | | | | | | | | | | | | | | | |
| DIP Upfront Fee | (600,000) | (210,000) | - | - | (390,000) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (-) Admin Fee | (16,667) | - | (4,167) | - | - | - | (4,167) | - | - | - | (4,167) | - | - | - | - | (4,167) | - | - | - |
| (+) DIP Term Loan Advances* | 18,500,000 | 7,000,000 | - | - | 8,000,000 | - | - | - | - | - | - | - | - | - | 3,500,000 | - | - | - | - |
| (-) DIP Interest | (537,167) | - | - | - | (47,056) | - | - | - | (130,167) | - | - | - | - | (142,083) | - | - | - | (155,681) | (62,181) |
| **CA DIP Financing Cash Flows** | **17,346,167** | **6,790,000** | **(4,167)** | **-** | **7,562,944** | **-** | **(4,167)** | **-** | **(130,167)** | **-** | **(4,167)** | **-** | **-** | **(142,083)** | **3,500,000** | **(4,167)** | **-** | **(155,681)** | **(62,181)** |
| **Pro Rata Allocation by Plant** | Total | | | | | | | | | | | | | | | | | | |
| **Riverside Allocation of CA DIP** | | | | | | | | | | | | | | | | | | | |
| DIP Upfront Fee | (332,621) | (116,417) | - | - | (216,204) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (-) Admin Fee | (9,239) | - | (2,310) | - | - | - | (2,310) | - | - | - | (2,310) | - | - | - | - | (2,310) | - | - | - |
| (+) DIP Term Loan Advances* | 10,255,821 | 3,880,581 | - | - | 4,434,949 | - | - | - | - | - | - | - | - | - | 1,940,290 | - | - | - | - |
| (-) DIP Interest | (297,788) | - | - | - | (26,086) | - | - | - | (72,160) | - | - | - | - | (78,767) | - | - | - | (86,304) | (34,471) |
| **Riverside - Allocated CA DIP Fin. CF** | **9,616,171** | **3,764,163** | **(2,310)** | **-** | **4,192,660** | **-** | **(2,310)** | **-** | **(72,160)** | **-** | **(2,310)** | **-** | **-** | **(78,767)** | **1,940,290** | **(2,310)** | **-** | **(86,304)** | **(34,471)** |
| **PinnPack Allocation of CA DIP** | | | | | | | | | | | | | | | | | | | |
| DIP Upfront Fee | (267,379) | (93,583) | - | - | (173,796) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (-) Admin Fee | (7,427) | - | (1,857) | - | - | - | (1,857) | - | - | - | (1,857) | - | - | - | - | (1,857) | - | - | - |
| (+) DIP Term Loan Advances* | 8,244,179 | 3,119,419 | - | - | 3,565,051 | - | - | - | - | - | - | - | - | - | 1,559,710 | - | - | - | - |
| (-) DIP Interest | (239,378) | - | - | - | (20,969) | - | - | - | (58,006) | - | - | - | - | (63,317) | - | - | - | (69,376) | (27,710) |
| **PinnPack - Allocated CA DIP Fin. CF** | **7,729,995** | **3,025,837** | **(1,857)** | **-** | **3,370,285** | **-** | **(1,857)** | **-** | **(58,006)** | **-** | **(1,857)** | **-** | **-** | **(63,317)** | **1,559,710** | **(1,857)** | **-** | **(69,376)** | **(27,710)** |

*\*To the DIP Funding Account, to be disbursed as needed per these budgets for operations*

**CarbonLITE Industries, LLC - Weekly Sales and Pounds Sold**

| | Week 1 03/14/21 | Week 2 03/21/21 | Week 3 03/28/21 | Week 4 04/04/21 | Week 5 04/11/21 | Week 6 04/18/21 | Week 7 04/25/21 | Week 8 05/02/21 | Week 9 05/09/21 | Week 10 05/16/21 | Week 11 05/23/21 | Week 12 05/30/21 | Week 13 06/06/21 | Week 14 06/13/21 | Week 15 06/20/21 | Week 16 06/27/21 | Week 17 07/04/21 | Week 18 07/11/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Forecast** | | | | | | | | | | | | | | | | | | |
| Sales ($) | $676,233 | $676,233 | $676,233 | $839,343 | $961,676 | $961,676 | $961,676 | $1,035,421 | $1,219,783 | $1,219,783 | $1,219,783 | $1,219,783 | $1,359,879 | $1,383,228 | $1,383,228 | $1,383,228 | $1,383,438 | $1,383,596 |
| Pellets Sold (lbs) | 978,797 | 978,797 | 978,797 | 1,211,396 | 1,385,846 | 1,385,846 | 1,385,846 | 1,490,723 | 1,752,915 | 1,752,915 | 1,752,915 | 1,752,915 | 1,952,887 | 1,986,216 | 1,986,216 | 1,986,216 | 1,986,216 | 1,986,216 |

**PinnPack Packaging, LLC Weekly Sales and Pounds Sold**

| | Week 1 03/14/21 | Week 2 03/21/21 | Week 3 03/28/21 | Week 4 04/04/21 | Week 5 04/11/21 | Week 6 04/18/21 | Week 7 04/25/21 | Week 8 05/02/21 | Week 9 05/09/21 | Week 10 05/16/21 | Week 11 05/23/21 | Week 12 05/30/21 | Week 13 06/06/21 | Week 14 06/13/21 | Week 15 06/20/21 | Week 16 06/27/21 | Week 17 07/04/21 | Week 18 07/11/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Forecast** | | | | | | | | | | | | | | | | | | |
| Sales ($) | $786,986 | $844,178 | $612,140 | $844,960 | $754,977 | $757,587 | $773,557 | $984,510 | $652,805 | $823,620 | $839,711 | $811,146 | $627,798 | $787,277 | $821,970 | $645,102 | $942,580 | $742,213 |
| Volume Sold (lbs) | 500,882 | 537,282 | 389,600 | 537,780 | 480,509 | 482,171 | 492,335 | 626,597 | 415,481 | 524,198 | 534,439 | 516,259 | 399,566 | 501,067 | 523,148 | 410,579 | 599,911 | 472,386 |