IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to Orion Energy Partners Investment Agent, LLC and certain affiliated funds[2] (collectively, "Orion") pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] These funds are Orion Energy Credit Opportunities Fund II, L.P., Orion Energy Credit Opportunities Fund II PV, L.P., Orion Energy Credit Opportunities Fund II GPFA, L.P., and Orion Energy Credit Opportunities CarbonLite Co-Invest, L.P., 292 Madison Avenue, Suite 2500, New York, NY 10017.

27806587.1

Jeffrey E. Bjork, Esq.
Nicholas J. Messana, Esq.
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
        nicholas.messana@lw.com

- and -

James Ktsanes, Esq.
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL  60611
Telephone: (312) 876-7700
Email: james.ktsanes@lw.com

- and -

Andrew C. Ambruoso, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Email: andrew.ambruoso@lw.com

Robert S. Brady, Esq. (No. 2847)
Edwin J. Harron, Esq. (No. 3396)
Kara Hammond Coyle, Esq. (No. 4410)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
**CM/ECF Noticing**: bankfilings@ycst.com
Email: rbrady@ycst.com
        eharron@ycst.com
        kcoyle@ycst.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or Orion.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims, or suits filed in the Chapter 11 Cases, shall be deemed or construed as a waiver:  (i) of any rights of Orion to (a) have final orders in any non-

core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, or (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) of any other rights (including setoff and recoupment), claims, actions, and defenses of Orion either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

| | |
|---|---|
| Dated: March 8, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kara Hammond Coyle*<br>Robert S. Brady (No. 2847)<br>Edwin J. Harron (No. 3396)<br>Kara Hammond Coyle (No. 4410)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Email: rbrady@ycst.com<br>          eharron@ycst.com<br>          kcoyle@ycst.com<br><br>- and -<br><br>Jeffrey E. Bjork, Esq.<br>Nicholas J. Messana, Esq.<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone:  (213) 485-1234<br>Email: jeff.bjork@lw.com<br>          nicholas.messana@lw.com<br><br>- and -<br><br>James Ktsanes, Esq.<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, IL  60611<br>Telephone:  (312) 876-7700<br>Email: james.ktsanes@lw.com<br><br>- and – |

27806587.1

Andrew C. Ambruoso, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Email:  andrew.ambruoso@lw.com

*Counsel to Orion*

27806587.1