## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR FIRST DAY
HEARING ON MARCH 9, 2021 AT 3:00 P.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE JOHN T. DORSEY**

> **PLEASE TAKE NOTICE: All remote hearings scheduled before Judge Dorsey will be conducted entirely over Zoom and will require all participants to register in advance.  CourtCall will no longer be used to dial in unless otherwise specified by chambers. This hearing will be held via Zoom only. Any party wishing to appear must register no later than one (1) hour prior to the hearing at the link below:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsd-qsqTwoGP-DpSKBcq5TdITLvkpbS6M**

**MATTERS GOING FORWARD:**

1.      Voluntary Petitions:

      A.  CarbonLite Holdings LLC [Case No. 21- 10527]

      B.  CarbonLite Industries LLC [Case No. 21- 10528]

      C.  CarbonLite P Holdings LLC [Case No. 21-10529]

      D.  CarbonLite P LLC [Case No. 21- 10531]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948).  The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

    E.  CarbonLite PI Holdings LLC [Case No. 21- 10532]

    F.  CarbonLite Pinnpack LLC [Case No. 21- 10533]

    G.  CarbonLite Recycling Holdings LLC [Case No. 21- 10534]

    H.  CarbonLite Recycling LLC [Case No. 21-10535]

    I.  CarbonLite Sub-Holdings, LLC [Case No. 21-10536]

    J.  Pinnpack P, LLC [Case No. 21-10537]

    K.  Pinnpack Packaging LLC [Case No. 21-10538]

### First Day Declaration

2.    Declaration of Brian Weiss in Support of Debtors' Chapter 11 Petitions and First Day Relief [Filed 3/8/21] (Docket No. 13)

Status: The Declaration will be relied upon as evidentiary support for the first day matters listed below. The Debtors will seek to admit the declaration of Mr. Weiss in support of the matters listed below.  Mr. Weiss will be available should the Court have any questions.

### First Day Administrative and Procedural Motions

3.    Debtors' Motion for Entry of Order Directing Joint Administration of Related Chapter 11 Cases [Filed 3/8/21] (Docket No. 2)

Status: This matter is going forward.

4.    Debtors' Application for Appointment of Stretto as Claims and Noticing Agent [Filed 3/8/21] (Docket No. 4)

Status: This matter is going forward.

5.    Debtors' Motion for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Forty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Filed 3/8/21] (Docket No. 3)

Status: This matter is going forward.

**First Day Motions Pertaining to Business Operations**

6.      Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay and/or Honor Prepetition Employee Obligations and Pay Third Party and Contract Workers; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests [Filed 3/8/21] (Docket No. 5)

Status: This matter is going forward on an interim basis.

7.      Debtors' Motion for Interim and Final Orders Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief [Filed 3/8/21] (Docket No. 6)

Status: This matter is going forward on an interim basis.

8.      Debtors' Motion Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code for an Order Authorizing the Payment of Prepetition Sales, Use and Franchise Taxes and Similar Taxes and Fees [Filed 3/8/21] (Docket No. 7)

Status: This matter is going forward.

9.      Debtors' Motion for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 3/8/21] (Docket No. 8)

Status: This matter is going forward on an interim basis.

10.     Debtors' Motion for Entry of  Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies, and (II) Granting Related Relief [Filed 3/8/21] (Docket No. 9)

Status: This matter is going forward on an interim basis.

**First Day Motion Pertaining to Financing**

11.    TX/PA Debtors' Motion Pursuant to Sections 105, 361, 362, 363, 364, 503 and 507 of the Bankruptcy Code Seeking Entry of Interim and Final Orders  (I) Authorizing the TX/PA Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Filed 3/8/21] (Docket No. 11)

Related Documents:

   A.   Declaration of Richard W. Morgner in Support of the Debtors' Motions for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Filed 3/8/21] (Docket No. 17)

Status: This matter is going forward on an interim basis.  The Debtors will seek to admit the declarations of Mr. Weiss and Mr. Morgner in support of this matter.  Mr. Weiss and Mr. Morgner will be available should the Court have any questions.

12.    CA Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the CA Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the CA Debtors to Use Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Granting Adequate Protection to the Prepetition Lenders; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 3/8/21] (Docket No. 16)

Related Documents:

   A.   Declaration of Richard W. Morgner in Support of the Debtors' Motions for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Filed 3/8/21] (Docket No. 17)

<u>Status</u>: This matter is going forward on an interim basis.  The Debtors will seek to admit the declarations of Mr. Weiss and Mr. Morgner in support of this matter.  Mr. Weiss and Mr. Morgner will be available should the Court have any questions.


Dated:   March 8, 2021                     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Richard M. Pachulski (CA Bar No. 90073)
Gabriel I. Glazer (CA Bar No. 246384)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (NY Bar No. 5374152)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
         gglazer@pszjlaw.com
         joneill@pszjlaw.com
         sgolden@pszjlaw.com

*Proposed Attorneys for Debtors and Debtors in Possession*