# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                                        :    Chapter 11
                                                              :
CARBONLITE HOLDINGS LLC, *et al.*,                            :    Case No. 21-10527 (JTD)
                                                              :
Debtors.                                                      :    (Joint Administration Requested)

------------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF SARAH GRYLL

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of Sarah Gryll, Esq. of Arnold & Porter Kaye Scholer LLP to represent UMB Bank, N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee, in the above-captioned cases and any adversary proceedings related thereto.

Date: March 8, 2021  
Wilmington, Delaware

*/s/ David B. Stratton*  
David B. Stratton (No. 960)  
Troutman Pepper Hamilton Sanders LLP  
1313 N. Market Street, Suite 5100  
Wilmington, Delaware 19801  
Telephone:  (302) 777-6500

*Counsel to UMB Bank, N.A., in its separate capacities as [TX DIP Agent], [PA DIP Agent], TX Bonds Trustee, and PA Bonds Trustee*

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the States of Illinois and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: March 8, 2021

*/s/ Sarah Gryll*  
Sarah Gryll  
Arnold & Porter Kaye Scholer LLP  
70 W. Madison Street, Suite 4200  
Chicago, IL 60602  
Telephone:  (312) 583-2300  
Email: sarah.gryll@arnoldporter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.