## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
CARBONLITE HOLDINGS LLC, et al.,¹                       :   Case No. 21- 10527 (JTD)
                                                        :
                      Debtors.                          :   (Joint Administration Requested)
------------------------------------------------------- x
```

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of UMB Bank,

N.A. ("***UMB***"), in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee,

and PA Bonds Trustee,[2] in the chapter 11 cases of the above-captioned debtors (the "***Debtors***").

Pursuant to section 1109(b) of title 11 of the United States Code (the "***Bankruptcy Code***") and

Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the

"***Bankruptcy Rules***"), the undersigned respectfully request that all notices and papers filed or

entered in these cases be given to and served upon the following:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

Michael D. Messersmith
Sarah Gryll
Ginger Clements
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Email: michael.messersmith@arnoldporter.com
       sarah.gryll@arnoldporter.com
       ginger.clements@arnoldporter.com

David B. Stratton
Evelyn J. Meltzer
Kenneth A. Listwak
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone:   (302) 777-6500
Facsimile:   (302) 421-8390
Email:       david.stratton@troutman.com
             evelyn.meltzer@troutman.com
             ken.listwak@troutman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which (1) affects or seeks to affect in any way the rights or interests of the TX DIP Agent, the PA DIP Agent, the TX Bonds Trustee, the PA Bonds Trustee, or any other party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in this case, or (e) property or proceeds thereof in the possession, custody, or control of the TX DIP Agent, the PA DIP Agent, the TX Bonds Trustee, the PA Bonds Trustee, or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by TX DIP Agent, the PA DIP Agent, the TX Bonds Trustee, the PA Bonds Trustee, or any other party in interest.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* (this "***Notice***") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (iii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (vi) any election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

#114051336 v1

Dated: March 8, 2021
       Wilmington Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ David B. Stratton*

David B. Stratton (No. 960)
Evelyn J. Meltzer (No. 4581)
Kenneth A. Listwak (No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware  19899-1709
Telephone:   (302) 777-6500
Facsimile:   (302) 421-8390
Email:       david.stratton@troutman.com
            evelyn.meltzer@troutman.com
            ken.listwak@troutman.com

-and-

ARNOLD & PORTER KAYE SCHOLER LLP
Michael D. Messersmith (*pro hac vice* pending)
Sarah Gryll (*pro hac vice* pending)
Ginger Clements (*pro hac vice* pending)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
michael.messersmith@arnoldporter.com
sarah.gryll@arnoldporter.com
ginger.clements@arnoldporter.com

*Co-Counsel to UMB Bank, N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee*

#114051336 v1