| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Mark | Friedland | Orion | Orion |
| Kevin | Capuzzi | Benesch | Benesch, Friedlander, Coplan & Aronoff LLP |
| Roy | Gallagher | Bondholders | Ankura |
| James | Ktsanes | Orion | Latham & Watkins |
| Michael | Sweet | Interested Party | |
| Rick | Archer | Law360 | Law360 |
| Sarah | Gryll | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| Renee | Albarano | Debtors | Force 10 Partners |
| Richard M. | Pachulski | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jeremy | Merkin | N/A - Observing | Lowenstein Sandler LLP |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Robert | Brady | Orion | Young Conaway Stargatt & Taylor, LLP |
| Moshe | Kupietzky | Corporate Counsel to Debtors | Reed Smith LLP |
| Ben | Wallen | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Joel | Walker | Interest Party | Nye, Stirling, Hale & Miller |
| Tasha | Yektayi | Bank Leumi USA | Paladin Management |
| Mark | Friedland | Mark@OrionEnergyPartners.com | Mark@OrionEnergyPartners.com |
| Karen B. | Dine | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Kara | Coyle | Orion | Young Conaway Stargatt & Taylor, LLP |
| Maxim B. | Litvak | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Frank | Pecorelli | Leumi Bank USA | Otterbourg P.C. |
| David | Stratton | UMB Bank, N.A. | Troutman Pepper Hamilton Sanders |
| Blake | Holzgrafe | TX & PA Bondholders | Ankura |
| Max | Schlan | Interested Party | |
| Henry C. | Kevane | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Region 3 | United States Department of Justice -- Office of the U.S. Trustee |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Andrew | Helman | CarbonLite | Dentons Bingham Greenebaum LLP |
| Kevin | Mann | Allan Company | Cross & Simon, LLC |
| Patricia | Jeffries | Debtors | Pachulski Stang Ziehl & Jones LLP |

| First | Last | Party | Firm |
|---|---|---|---|
| Michael | Gottfried | Allan Company | Elkins Kalt Weintraub Reuben Gartside, LLP |
| Lucas | Tortolani | Investment Banker to Debtors | Jefferies LLC |
| Ginger | Clements | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| Jonathan | Weyand | Bankruptcy Court | Judicial Law Clerk |
| Sheryl | Gittlitz | DIP Lenders | Arnold & Porter |
| David | Guess | Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| Kenneth | Listwak | UMB Bank, N.A. | Troutman Pepper Hamilton Sanders LLP |
| Ciara | Copell | Willkie Farr & Gallagher LLP | Willkie Farr & Gallagher LLP |
| Yi Sun | Kim | Interested Party | G&B Law, LLP |
| Madelyn | Nicolini | UMB Bank, N.A. as TX/PA DIP Agent and Bonds Trustee | Arnold & Porter |
| Henry | Jaffe | Nestle Waters North America, Inc. | Troutman Pepper Hamilton Sanders LLP |
| Rachel | Mersky | Waste Management Recycle America | Monzack Mersky And Browder PA |
| Jason | Spencer | None | |
| John | Knight | Leumi Bank USA | Richards, Layton & Finger, P.A. |
| Caroline | Djang | Interested party | Best Best & Krieger LLP |
| Andrew | Kramer | Bank Leumi USA | Otterbourg, PC |
| James E. | O'Neill | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Jeffrey W. | Dulberg | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Gabriel | Sasson | Interested Party | Stroock & Stroock & Lavan LLP |
| Jeff | Bjork | Orion | Latham & Watkins |
| Stephanie | Slater | Interested Party | Fox Rothschild LLP |
| Jeffrey | Kaplan | BCAS | BCAS |
| Christina | Brown | Interested Party | Akin Gump Strauss Hauer & Feld LLP |
| Stephen | Hartman | AlixPartners | AlixPartners |
| Alan | Young | Investment Banker to Debtors | Jefferies LLC |
| Kay | Kress | Nestle Waters North America | Troutman Pepper Hamilton Sanders |
| Rick | Wright | n/a | |
| Andrew | Simpson | Interested Party | |
| Steven W. | Golden | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Taylor | Harrison | Debtwire | |

| First | Last | Party | Firm |
|---|---|---|---|
| Robert | Hertzberg | Nestle Waters North America, Inc. | Troutman Pepper Hamilton Sanders LLP |
| Stanley | McGuffin | Starlinger & Co. Gesellschaft m.b.H. | Haynsworth Sinkler Boyd. |
| Gregory | Vizza | Interested Party | |
| Brian | Weiss | Debtor | Force 10 Partners |
| Allen | Soong | Bank Leumi USA | Paladin Management Group |
| Jeremy | Hill | N/A, Media | Bloomberg News |
| Shirley | Palumbo | Bayan Plastics. | Greenspoon Marder LLP |
| Andrew | Ambruoso | Orion | Latham & Watkins |
| Gabriel I. | Glazer | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Marc | Phillips | Starlinger & Co. Gesellschaft m.b.H. | Montgomery McCracken Walker & Rhoads LLP |
| Kofi | Domfeh | N/a | |
| Jessica | Steinhagen | Reorg Research | Reorg Research |
| Candy | Chung | Bank Leumi USA | Paladin Management Group |
| Eric | Leon | Orion | Latham & Watkins |
| David | Queroli | Leumi Bank USA | Richards, Layton & Finger, P.A. |
| Anthony | Perrella | AlixPartners | AlixPartners |
| Paul | Shalhoub | Willkie Farr & Gallagher LLP | Willkie Farr & Gallagher LLP |
| Henry | Holtzer | AlixPartners | AlixPartners |
| Paul | Shin | Investment Banker to Debtors | Jefferies LLC |
| Richard | Morgner | Debtor | Jefferies Financial Group |
| Matthew | Bowersox | Investment Banker to Debtors | Jefferies LLC |
| Mark | Levine | Learnicon LLC | Kelley Drye & Warren LLP |