# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>CARBONLITE HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10527 (JTD)<br>(Jointly Administered) |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Niagara Bottling, LLC**, Attn: John Breedlove, Esq., 1440 Bridgegate Drive, Diamond Bar, CA 91765; Phone (909) 218-8003; jbreedlove@niagarawater.com;

2. **Everrank Investment Group, Inc.**, Attn: David Ha, 17450 Silica Drive, Victorville, CA 92395; Phone (909) 974-2889; davidha@everrankca.com;

3. **Bantam Materials International**, Attn.: Vytas Gruodis, 4207 Sainte Catherine Street West, Suite 202, Westmount, Quebec, Canada H3Z1P6, Phone: (514) 418-2528; vytas.gruodis@bantaminc.com;

4. **Replenysh, Inc.**, Attn: Mark Armen, P.O. Box 515381, PMB 83530, Los Angeles, CA 90051-6681; Phone (310) 780-0061; mark@replenysh.com;

5. **rPlanet Earth Los Angeles LLC**, Attn: Robert Daviduk, 5300 South Boyle Avenue, Vernon, CA 90058; Phone (213) 320-0612; bob@rplanetearth.com;

6. **Banyan Plastics LLC**, Attn: Sloan Sherman, 2393 South Congress Avenue, West Palm Beach, FL 33406; Phone (401) 952-6261; sloan@banyanplastics.com; and

7. **Exact Staff, Inc.**, Attn: Gordon Smith, 23901 Calabasas Road, Suite 1085, Calabasas, CA 91302; Phone (424) 249-0044; gordonsmith17@yahoo.com; kgoodwin@exactstaff.com.

DATED: March 23, 2021              ANDREW R. VARA
                                   United States Trustee, Region 3

                                    /s/ *Joseph J. McMahon, Jr.* for
                                   T. PATRICK TINKER
                                   ASSISTANT UNITED STATES TRUSTEE

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esq., Tel: (302) 573-6491, Fax: (302) 573-6497, Email: joseph.mcmahon@usdoj.gov

Proposed Debtors' counsel: James E. O'Neill, Esq., Tel: (302) 652-4100, Fax: (302) 652-4400, Email: joneill@pszjlaw.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.