## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) Case No. 21-10527 (JTD) |
| Debtors. | ) (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On March 23, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Initial Monthly Operating Report** (Docket No. 120)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: March 25, 2021

*/s/ Ana M. Galvan*
Ana M. Galvan

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 25th day of March 2021 by Ana M. Galvan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBIN LYNN SMITH-GLUNT
Notary Public - California
Orange County
Commission # 2310680
My Comm. Expires Oct 26, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 2245 Valley LLC | Attn: Jamie Johnson | 225 W Hospitality Ln | Suite 315 | San Bernardino | CA | 92408 |
| Allan Company | Attn: Jason Young | 14620 Joanbridge St | | Baldwin Park | CA | 91706 |
| California Dept of Resources | Recycling and Recovery | 1001 I St | Mail Stop 9A | Sacramento | CA | 95814 |
| Emerging Acquisitions LLC | | 3592 W 5th Ave | | Eugene | OR | 97402 |
| Federal Communications Commission | Attn: Matthew Berry | Office of General Counsel | 445 12th St SW | Washington | DC | 20554 |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd | 2nd Floor | Newark | DE | 19711-5445 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy | | Irving | TX | 75063 |
| Office of the Attorney General | U.S. Department of Justice | Attn: Michael B. Mukasey | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |
| Office of the United States Attorney for the District of Delaware | c/o US Attorneys Office | Hercules Building | 1313 N Market St | Wilmington | DE | 19801 |
| Olympic Wire & Equipment Co. Inc. | | PO Box 3227 | | Newport Beach | CA | 92659 |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | Washington | DC | 20005-4026 |
| Plastic Express | Attn: Monica Ruiz | 15450 Salt Lake Ave | | City of Industry | CA | 91745 |
| PNC Equipment Finance LLC | | 655 Business Center Dr | | Horsham | PA | 19044 |
| Polyquest Inc. | Attn: Heather Mercer | 1979 Eastwood Rd | Suite 201 | Wilmington | NC | 28403 |
| Secretary of State | Division of Corporations | Franchise Tax | PO Box 7040 | Dover | DE | 19903 |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | Washington | DC | 20220 |
| Secretary of Treasury | | PO Box 7040 | | Dover | DE | 19903 |
| Securities & Exchange Commission | Attn: Mark Schonfeld | 3 World Financial Center | Suite 400 | New York | NY | 10281-1022 |
| Signature Business Leasing LLC | | 225 Broadhollow Rd | Suite 132W | Melville | NY | 11747 |
| Southern California Edison Company | Attn: Director or Officer | 10060 Telegraph Rd | | Ventura | CA | 93004 |
| Stonebriar Commercial Finance LLC | | 5601 Granite Pkwy | Suite 1350 | Plano | TX | 75024 |
| Susquehanna Commercial Finance Inc. | | 2 Country View Rd | Suite 300 | Malvern | PA | 19355 |
| Texas Office of the Attorney General | | 300 W 15th St | | Austin | TX | 78701 |
| Toyota Industries Commercial Finance Inc. | | PO Box 9050 | | Dallas | TX | 75019-9050 |
| Toyota Motor Corporation | | PO Box 3457 | | Torrance | CA | 90510 |
| UMB Bank N.A., as Trustee | | 120 S Sixth St | Suite 1400 | Minneapolis | MN | 55402 |
| Wells Fargo Bank N.A. | | PO Box 3072 | | Cedar Rapids | IA | 52406-3072 |

In re: CarbonLite Holdings LLC, *et al.*
Case No. 21-10527 (JTD)

# **<u>Exhibit B</u>**



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | mgottfried@elkinskalt.com<br>aaburto@elkinskalt.com<br>myuen@elkinskalt.com |
| American Starlinger Sahm | Attn: Wes Wood | | wwood@starlingersahm.com |
| American Supply Company | c/o Sterling Industries LP | Attn: Alex Nehora | anehorai@aol.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| B&B Plastics Recyclers Inc. | Attn: Susana Rodriguez | | info@bbplasticsinc.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Cigna | Attn: Director or Officer | | pdmglendale@cigna.com |
| City of Riverside | Attn: Finance Division & Public Utilities | | callcenter@riversideca.gov |
| Custom Polymers Pet LLC | Attn: Petra | | petra@custompolymers.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com |
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Duris Corporation | Attn: Sam Hong | | samhong805@gmail.com |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com |
| Engie Resources LLC | Attn: Tamara Cooper | | tamara.cooper@engie.com |
| Exact Staff | Attn: Jennie Bowles | | jbowles@exactstaff.com |
| Fairmont Logistics | Attn: Dalila Gomez | | dalila@fairmontlogistics.com |
| GP Harmon Recycling LLC | dba Harmon Associates LLC | Attn: Susan Roth & Jason Smither | sroth@gapac.com<br>jsmithe@gapac.com |
| Indorama Ventures Sustainable Solutions - Fontana | Attn: Paul Lee | | paul.lee@us.indorama.net |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.Insolvency.balt@irs.gov |
| KT Resources | Attn: Kitaek Oh | | okt@ktresources.net |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |

In re: CarbonLite Holdings LLC, *et al.*
Case No. 21-10527 (JTD)



# Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jbjork@latham.com<br>carbonlite.lwteam@lw.com |
| MacDermid Incorporated | Attn: Deborah Gorzelany | | deborah.gorzelany@macdermidenthone.com |
| Marglen Industries Inc | Attn: M. Cook | | mcook@marglen.us |
| Miles Chemical Company Inc. | Attn: Dan Zinman, Tammy Simpers, & Gregg Milhaupt | | cs@mileschemical.com |
| MoLo Solutions | Attn: Kelly Barnes | | kelly.barnes@shipmolo.com |
| Nestle Waters North America Inc. | Attn: Maria French & Tonia M. Cannon | | maria.french@waters.nestle.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | robert.hertzberg@troutman.com<br>kay.kress@troutman.com |
| Niagara Bottling LLC | Attn: Pamela Anderson Cridlebaugh & Sid Gulati | | panderson@niagarawater.com<br>sgulati@niagarawater.com |
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | caroline.djang@bbklaw.com<br>laurie.verstegen@bbklaw.com |
| OCI International Inc. | Attn: Jake Hwang | | jake@ocii.net |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | carolina.velarde@bantaminc.com<br>vytas.gruodis@bantaminc.com |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors | c/o Everrank Investment Group Inc. | Attn: David Ha | davidha@everrankca.com |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | nevrard@exactstaff.com<br>gordonsmith17@yahoo.com<br>kgoodwin@exactstaff.com |
| Official Committee of Unsecured Creditors | c/o Niagara Bottling LLC | Attn: John Breedlove, Esq. | jbreedlove@niagarawater.com |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | mark@replenysh.com<br>legal@replenysh.com |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | lworley@rplanetearth.com<br>bob@rplanetearth.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Plastic Recycling Corp of California | Attn: Sally Houghton | | shoughton@prcc.biz |
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | jjeutter@smithlaw.com<br>aosterhout@smithlaw.com |
| PQ Recycling, a Polyquest Company | Attn: Megan Adams | | meganadams@polyquest.com |
| Quality Freight Logistics Inc. | Attn: Philip Wojtuniecki | | pwojtuniecki@qflteam.com |
| RePET Inc. | Attn: Jui-Li Yen & Jay Chein | | sales@repetinc.com<br>jchou@repetusa.com |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |
| Shell Energy North America LP | Attn: Bankruptcy & Credit | | sena.customersupport@shell.com<br>travis.torrence@shell.com<br>nashira.parker@shell.com |
| Shermco Industries Inc | Attn: Allison Jones | | ajones@shermco.com |
| Solid Waste Services Inc. | dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Sorema, Division of Previero | Attn: Director or Officer | | cwcozart@aol.com |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | mphillips@mmwr.com<br>marc-phillips-8177@ecf.pacerpro.com |
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak | david.a.smith@troutman.com<br>david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Waste Management | Attn: Shameka Harney | | sharney@wm.com |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| WorldWide of New York Inc. | Attn: Lisa Lee & Jeff SooHoo | | jeff@wwofny.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |