## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CarbonLITE Holdings LLC,** *et al.,* | Lead Case No. 21-10527 (JTD) |
| **Debtors.** | Jointly Administered |
| | Honorable John T. Dorsey |
| | Hearing Date: April 20, 2021 at 10:00 a.m. |
| | Obj. Deadline: April 8, 2021 |

## NOTICE OF MOTION OF ANCHOR FIRE PROTECTION CO. INC. TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT AND FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES AND IMMEDIATE PAYMENT OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION

TO:

**PACHULSKI STANG ZIEHL & JONES LLP**
Steven W. Golden, Esq.
Richard M. Pachulski, Esq.
Gabriel I. Glazer, Esq.
James E. O'Neill, Esq.
919 N Market Street, 17th Floor
Wilmington, DE 19801
*Counsel for the Debtors*

**Office of the United States Trustee**
United States Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
*Counsel to the United States Trustee*

Anchor Fire Protection Co. Inc. (the "Movant") has filed a Motion which seeks the following relief:

To compel the Debtor to assume or reject an executory contract for construction administration and management services and/or for the allowance and immediate payment of an administrative expense claim for postpetition services, or in the alternative for adequate protection of Movant's secured claim.

HEARING ON THE MOTION WILL BE HELD ON April 20, 2021 at 10:00 a.m.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.  Pursuant to Local Rule 9006-1(c)(ii) you are required to file a response to the attached motion by <u>April 8, 2021</u>.

At the same time, you must also serve a copy of the response upon movant's attorney:

Michael D. Vagnoni, Esquire (*pro hac vice forthcoming*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
Email: Michael.vagnoni@obermayer.com

Respectfully submitted,

Dated:  March 25, 2021
      Wilmington, Delaware

By: <u>/s/Leslie B. Spoltore</u>
    Leslie B. Spoltore, Esquire (DE Bar No. 3605)
    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
    123 Justison Street, Suite 100
    Wilmington, Delaware 19801
    Telephone: (302) 238-6947
    Facsimile: (302) 655-1092
    Email: leslie.spoltore@obermayer.com

    -and-

    Michael D. Vagnoni, Esquire
    (*pro hac vice forthcoming*)
    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
    Centre Square West
    1500 Market Street, Suite 3400
    Philadelphia, PA 19102
    Telephone: (215) 665-3066
    Facsimile: (215) 665-3165
    Email: Michael.Vagnoni@obermayer.com
    *Counsel to Anchor Fire Protection Co. Inc.*

4842-1515-7217