# Exhibit B

CARBONLITE P LLC
4030 POTTSVILLE PIKE
READING, PA 19605

1122

60-295/313

DATE 12/19/22

PAY TO THE ORDER OF Anchor Fire Protection LLC $ 50,000.00

Fifty thousand and 00/100 DOLLARS

M&T Bank

FOR Contract Deposit 21-5935

⑈295⑈ 4155⑈