# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CarbonLITE Holdings LLC,** *et al.*, | Lead Case No. 21-10527 (JTD) <br> Jointly Administered |
| **Debtors.** | Honorable John T. Dorsey |

## ORDER GRANTING MOTION OF ANCHOR FIRE PROTECTION CO. INC. TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT AND FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES AND IMMEDIATE PAYMENT

Upon consideration of the motion of Anchor[1] for an order compelling the Debtor to assume or reject the Contract, and for allowance and immediate payment of an administrative expense (the "Motion") and any responses thereto, after notice and opportunity for a hearing, it is hereby ORDERED as follows:

The Motion is GRANTED, as set forth herein.

The Debtor shall take appropriate action to assume or reject the Contract within fourteen (14) days of the date of this order.

If the Debtor does not take appropriate action to assume the Contract within fourteen (14) days of the date of this order, the Contract is DEEMED REJECTED.

If the Contract is rejected, Anchor is ALLOWED an administrative expense in the amount of $[Postpetition Amount].

The Debtor is ORDERED to pay any allowed administrative expense owed to Anchor within twenty-one (21) days of the date of this order.

---

[1] All capitalized terms have the meaning ascribed to them in the Motion.