# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CarbonLITE Holdings LLC,** *et al.*, | Lead Case No. 21-10527 (JTD) <br> Jointly Administered |
| **Debtors.** | Honorable John T. Dorsey |

## CERTIFICATE OF SERVICE

I, Leslie B. Spoltore, attorney for Anchor Fire Protection Co, Inc., hereby certify that on March 25, 2021, a true and correct copy of the foregoing Motion to Compel Assumption or Rejection, for Allowance and Immediate Payment of Administrative Expense in the above captioned case was served electronically upon all parties scheduled to receive service via the Court's CM/ECF notification system.

                                                      */s/ Leslie B. Spoltore*
                                                      Leslie B. Spoltore (No. 3605)