# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CARBONLITE HOLDINGS LLC, *et al.*,<br>　　　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 21-10527 (JTD)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID P. SIMONDS

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David P. Simonds of the law firm Hogan Lovells US LLP to represent the Official Committee of Unsecured Creditors in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated: March 29, 2021
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　*/s/ Stanley B. Tarr*
　　　　　　　　　　　　　　　　　　　Stanley B. Tarr (DE No. 5535)
　　　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 800
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　(302) 425-6400
　　　　　　　　　　　　　　　　　　　*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　*/s/ David P. Simonds*
　　　　　　　　　　　　　　　　　　　David P. Simonds
　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　　1999 Avenue of the Stars, Suite 1400
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　(310) 785-4600
　　　　　　　　　　　　　　　　　　　david.simonds@hoganlovells.com

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 29th, 2021**
**Wilmington, Delaware**

　　　　　　　　　　　　　　　　　　　**JOHN T. DORSEY**
　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**