# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 1, 2021 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE JOHN T. DORSEY

> **PLEASE TAKE NOTICE:** Until further notice, all hearings scheduled before Judge Dorsey will be conducted entirely over Zoom. All participants are required to register prior to the hearing using the Zoom link provided below.  You must register with your full name or you will not be permitted into the Zoom hearing.  Persons without internet access may contact Chambers staff to request a toll-free number to appear telephonically.
>
> **Zoom Registration link:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItdO6trjsqE6Fz2QbrTY0Bb8_qrHCkPAk**

## MATTER GOING FORWARD:

1. Debtor Carbonlite Industries LLC's Motion to Approve Stipulation Resolving Reclamation Demand and Authorizing Assumption of Executory Contract with Starlinger & Co. Gesellschaft M.B.H. [Filed 3/24/21] (Docket No. 122)

   Response Deadline: At the hearing.

   Responses Received: None at this time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948).  The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Related Documents:

A. [Signed] Order Granting Motion to Shorten Notice Period and Schedule Hearing on Debtor Carbonlite Industries LLC's Motion to Approve Stipulation Resolving Reclamation Demand and Authorizing Assumption of Executory Contract with Starlinger & Co. Gesellschaft M.B.H. [Filed 3/29/21] ([Docket No. 132](#))

B. Notice of Hearing on Debtor Carbonlite Industries LLC's Motion to Approve Stipulation Resolving Reclamation Demand and Authorizing Assumption of Executory Contract with Starlinger & Co. Gesellschaft M.B.H. [Filed 3/29/21] ([Docket No. 133](#))

<u>Status</u>: This matter is going forward.

Dated:   March 30, 2021	PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Gabriel I. Glazer (CA Bar No. 246384)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (NY Bar No. 5374152)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax: (302) 652-4400
Email:  rpachulski@pszjlaw.com
            gglazer@pszjlaw.com
            joneill@pszjlaw.com
            sgolden@pszjlaw.com

*Proposed Attorneys for Debtors and Debtors in Possession*