**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CARBONLITE HOLDINGS LLC, *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 21-10527 (JTD)<br><br>(Jointly Administered)<br><br>Petition Filed: March 8, 2021 |

**CERTIFICATION OF COUNSEL FOR THE CALIFORNIA DEPARTMENT OF RESOURCES RECYCLING AND RECOVERY, PURSUANT TO LOCAL RULE 9010-1(e)(i)**

I, Deputy Attorney General Andrea M. Kendrick of the Office of the California Attorney General, certify under Local Rule 9010-1(e)(i) that I am a member of the California State Bar and admitted to practice in the United States Court of Appeal, Ninth Circuit, and in the United States District Courts for the Northern District of California and the Eastern District of California. I further certify that I am in good standing in all jurisdictions in which I have been admitted. I agree to be bound by the Local Rules of this Court and I submit to the jurisdiction of this Court for disciplinary purposes.

Dated: March 30, 2021                    Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
RUSSELL B. HILDRETH
Supervising Deputy Attorney General
ANDREA M. KENDRICK
Deputy Attorney General

*/s/ Andrea M. Kendrick*
Andrea M. Kendrick
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7821
Fax: (916) 327-2319
Email: Andrea.Kendrick@doj.ca.gov
*Attorneys for California Department of Resources Recycling and Recovery*

1

2

**PROOF OF SERVICE**

I, Rochelle UdaQuillen, declare:

    I am a resident of the State of California and over the age of eighteen years, and not a party to this action; my business address is 1300 I Street, Suite 125, Sacramento, CA 95814. I hereby certify that on March 30, 2021, a true and correct copy of the document herein was served via the Court's CM/ECF system:

                                                    */s/ Rochelle UdaQuillen*
                                                    Rochelle UdaQuillen