# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CARBONLITE HOLDINGS LLC, *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 21-10527 (JTD)<br><br>(Jointly Administered)<br><br>Petition Filed: March 8, 2021 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the California Department of Justice, Office of the Attorney General, counsel to the California Department of Resources Recycling and Recovery, interested party in the above-captioned Chapter 11 administered case ("Case"), hereby requests that all notices given or required to be given in this Case to creditors, any creditors' committee, or any other party in interest (including all matters described pursuant to Bankruptcy Code Section 102(1) and Bankruptcy Rules 2002(a), (b), (c), (f) and (i), 3017(a), 9007 and 9010) and all papers or other documents filed, served, or required to be served in the above-captioned Case, be served on the addressees listed below and that, pursuant to Bankruptcy Rules 2002(g) and 9007, the following be added to the Court's master mailing list:

    ANDREA M. KENDRICK, California State Bar No. 225688
    Deputy Attorney General
    1300 I Street, Suite 125
    Sacramento, CA  95814
    Telephone:  (916) 210-7821
    Fax:  (916) 327-2319
    Andrea.Kendrick@doj.ca.gov

AND

    BRYANT B. CANNON, California State Bar No. 284496
    Deputy Attorney General
    Bryant.Cannon@doj.ca.gov

1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any plans, disclosure statements, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this request for notice nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

(a) a consent by the California Department of Resources Recycling and Recovery to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the California Department of Resources Recycling and Recovery;

(b) a waiver of any right of the California Department of Resources Recycling and Recovery to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Case or in any case, controversy, or proceeding related to the Case, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which the California Department of Resources Recycling and Recovery is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby, (vi) the requirements for service of process under Federal Rule of Bankruptcy Procedure 7004; or (vii) the requirements for service of an objection to claim under Federal Rule of Bankruptcy Procedure

3007, all of which rights, claims, actions, defenses, setoffs, and recoupments the California Department of Resources Recycling and Recovery expressly reserves; or

(c) a waiver of any objections or defenses that the State of California, the California Department of Resources Recycling and Recovery or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the California Department of Resources Recycling and Recovery or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

Dated:  March 30, 2021                                  Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
RUSSELL B. HILDRETH
Supervising Deputy Attorney General
ANDREA M. KENDRICK
Deputy Attorney General

*/s/ Andrea M. Kendrick*
Andrea M. Kendrick
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7821
Fax: (916) 327-2319
Email:  Andrea.Kendrick@doj.ca.gov
*Attorneys for California Department of Resources Recycling and Recovery*

# CERTIFICATE OF SERVICE

**Case Name:**   *In re: Carbonlite Holdings LLC, et al.*

**Case No.**   U.S. Bankruptcy Court, District of Delaware No. 21-10527 (JTD)

I hereby certify that on <u>March 30, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 30, 2021</u>, at Sacramento, California.

|  |  |
|---|---|
| Rochelle UdaQuillen | */s/ Rochelle UdaQuillen* |
| Declarant | Signature |