# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **CarbonLITE Holdings LLC,** *et al.*, | : | Case No. 21-10527 (JTD) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Michael D. Vagnoni, Esquire to represent Anchor Fire Protection Co. Inc. ("Anchor") in this action.

Dated: March 31, 2021  **OBERMAYER REBMANN**
**MAXWELL & HIPPEL LLP**

By: */s/ Leslie B. Spoltore*
Leslie B. Spoltore (No. 3605)
123 S. Justison Street, Suite 100
Wilmington, DE 19801-5364
Telephone: (302) 238-6947
Email: leslie.spoltore@obermayer.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission pro hac vice is granted.

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund, revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: March 31, 2021  **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: *Michael D. Vagnoni*
Michael D. Vagnoni, Esq.
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3165
Email: michael.vagnoni@obermayer.com