IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[4] | ) Case No. 21-10527 (JTD) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket No. 168** |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE HEARING ON DEBTOR CARBONLITE INDUSTRIES LLC'S MOTION TO ASSUME EXECUTORY CONTRACT, AS AMENDED, WITH CEDARWOOD-YOUNG COMPANY D/B/A ALLAN COMPANY**

Upon consideration of the motion (the "Motion to Shorten")[5] of CarbonLite Industries LLC ("Industries"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order Shortening Notice") shortening the notice period of, and scheduling a hearing on the *Debtor CarbonLite Industries LLC's Motion to Assume Executory Contract, as Amended, with Cedarwood-Young Company d/b/a Allan Company* (the "Motion"); all as more fully set forth in the Motion to Shorten; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court may enter a final order

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[5] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion to Shorten was appropriate under the circumstances and no other notice need be provided, except as set forth herein; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion to Shorten is granted as set forth herein.

2. The hearing on the Motion is scheduled for April 8, 2021 at 1:00 p.m. (Prevailing Eastern Time) (the "Hearing").

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

4. Any responses or objections to the relief requested in the Motion shall be made prior to or at the Hearing.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order Shortening Notice.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order Shortening Notice.

**Dated: April 5th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**