**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CARBONLITE HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10527 (JTD)<br>(Jointly Administered)<br><br>**Related to Docket No. 87** |

## WITHDRAWAL OF NOTICE OF RECLAMATION DEMAND

Starlinger & Co. Gesellschaft m.b.H. ("Starlinger"), on behalf of itself and its affiliates, hereby previously filed its *Notice of Reclamation Demand* on March 10, 2021 [Docket No. 87] (the "Notice"), pursuant to *inter alia* 11 U.S.C. § 546(c). The reclamation demand of Starlinger has been satisfied by the Debtor. Therefore, the Notice is hereby withdrawn with prejudice effective as of the filing of this withdrawal notice.

Dated: April 5, 2021

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7823
Email: mphillips@mmwr.com

-and-

**HAYNSWORTH SINKLER BOYD, P.A.**
Stanley H. McGuffin
District Court ID# 2833
Post Office Box 11889
Columbia, SC 29211-1889
Telephone: (803) 779-3080
Email: smcguffin@hsblawfirm.com

*Attorneys for Stalinger & Co. Gesellschaft m.b.H.*