# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## SCHEDULES OF ASSETS AND LIABILITIES FOR CARBONLITE RECYCLING LLC (CASE NO. 21-10535)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

CarbonLite Holdings, LLC, and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their Chief Restructuring Officer ("CRO"), prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Brian Weiss has signed each set of the Schedules and Statements. Mr. Weiss serves as the CRO of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Weiss has necessarily relied upon the efforts, statements, and representations of the Debtors' personnel and professionals. Given the scale of the Debtors' business and complexity of their businesses covered by the Schedules and Statements, Mr. Weiss has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

The Debtors and their CRO, agents, and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their CRO, agents, and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors or their officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or their professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.  **Description of Cases**. On March 8, 2021, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 9, 2021, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 64]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2.  **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict these Global Notes, these Global Notes shall control.

3.  **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    a.  **No Admission**. Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim

against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.  **Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.  **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

d.  **Claims Description**.  Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.  **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.  **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have

3

not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.    **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

4.    **<u>Methodology</u>**.

a.    **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis except as noted on the applicable Schedules/Statements or herein.

b.    **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities and prepetition payments once.

c.    **Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect estimates of net book values as of the Petition Date.  Market values may vary materially, from net book values.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the current market values of all their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined.  Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed).  Accordingly, the

Debtors reserve all rights to amend, supplement or adjust the asset values set forth herein.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.

d. **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

e. **Allocation of Liabilities**.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

f. **Undetermined Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

g. **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

h. **Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

i. **Intercompany Claims**.  Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.  These claims are subject reconciliation and the amounts listed may be materially misstated and subject to material adjustment upon the conclusion of a reconciliation.

j. **Guarantees and Other Secondary Liability Claims**.  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases and Schedule H with respect to credit agreements for the affected Debtor or Debtors.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights to amend the Schedules and

5

Statements if additional guarantees are identified.

k.    **Excluded Assets and Liabilities**.  The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred rent charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; and certain accrued liabilities including, but not limited to, employee benefits.  Other immaterial assets and liabilities may also have been excluded.

l.    **Liens**.  The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

m.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

n.    **Setoffs**.  The Debtors incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, deposits received from customer, and amounts due from customers that may also be vendors.  These normal, ordinary course setoffs and nettings are due to the nature of the Debtors customer and supplier relationships.  Such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    <u>**Specific Schedules Disclosures**</u>.

a.    **Schedule A/B, Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Interim and Final Orders Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief* [Docket No. 6] (the "<u>Cash Management Motion</u>") and any orders of the Bankruptcy Court granting the Cash Management Motion.  As described therein, the Debtors utilize a centralized cash management system.

Additionally, the Bankruptcy Court, pursuant to the *Interim Order (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief* [Docket No. 69], has

6

authorized the Debtors to provide adequate assurance of payment for future utility services. Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

b.  **Schedule A/B, Part 3 – Accounts Receivable.** Certain intercompany charges, although billed on bi-weekly or monthly basis may not have been paid by the respective entity when billed. These amounts have been included in the Intercompany Accounts Receivable or Intercompany Accounts Payable.

c.  **Schedule A/B, Part 4 - Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

d.  **Schedule A/B, Part 7 - Office Furniture, Fixtures, and Equipment; and Collectibles.** Dollar amounts are presented net of accumulated depreciation and other adjustments.

e.  **Schedule A/B, Part 11 - All Other Assets.** Dollar amounts are presented net of impairments and other adjustments.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.* In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with their customers and suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

f.  **Schedule D - Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to the *Interim Order (I) Authorizing CA Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection Prepetition Secured Parties; (III) Modifying Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 74] (the "Interim CA Cash Collateral Order"), the *Interim Order (I) Authorizing CarbonLite Recycling LLC and CarbonLite Recycling Holdings LLC to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 90] (the "Interim TX Cash Collateral Order"), the *Interim Order (I) Authorizing CarbonLite P, LLC and CarbonLite P Holdings LLC*

*to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 91] (the "<u>Interim PA Cash Collateral Order</u>") or other stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

g.     **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*. Pursuant to the *Order Authorizing the Payment of Prepetition Sales, Use and Franchise Taxes and Similar Taxes and Fees* [Docket No. 68] (the "<u>Taxes Order</u>"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities, employee compensation, and employee benefits that accrued prepetition.

Furthermore, pursuant to the *Interim Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Employee Obligations and Pay Third Party and Contract Workers; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* [Docket No. 67], the Debtors received interim authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 reflects liabilities based on each individual Debtors' books and records. All of the known Schedule E/F, Part 2 liabilities as of the Petition Date are listed on Schedule E/F, Part 2.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices.

h.   **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements, amendments, and letter agreements, which documents may not be set forth in Schedule G.

9

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in an individual Debtor's Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.  In addition, in some cases, an agreement may appear on the Schedule G of more than one Debtor, in which event each such Debtor is party to said agreement.

Certain agreements may, by their terms, have been made between one Debtor and a third-party counterparty but performed under in the ordinary course by a different Debtor.  In such case, the agreement is listed in the Schedule G of the Debtor that appears on the face of such agreement.  Omission of such agreement from the Schedule G of another Debtor does not constitute an admission that such Debtor does not have rights and/or obligations under such agreement or that the Debtor counterparty to such agreement is the Debtor on whose Schedule G such agreement is listed.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

Certain agreements listed on Schedule G for PinnPack Packaging LLC ("PinnPack") have been redacted.  Each of these agreements are proprietary supply agreements that are central to the value of PinnPack's estate.  Accordingly, the Debtors have not included the names of the counterparties to such agreements.

6.    **Specific Statements Disclosures.**

a.    **Statements, Part 2, Question 6 - Setoffs**.  For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(p) of these Global Notes.

b.    **Statements, Part 2, Question 4 and Part 13, Question 30 - Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Distributions by the Debtors to their directors and officers are listed on the attachment to Question 4.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 4 and 30 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

10

Certain of the Debtors' Insiders perform corporate services for some or all of the Debtors, whom receive their paychecks from CarbonLite Industries with proportionate shares of compensation reimbursed by the other Debtors. The proportionate shares have been included in the Intercompany Accounts Receivable or Intercompany Accounts Payable elsewhere in the Schedules and are not reflected in Question 4.

Some of the Insiders also are employed by non-debtor HPC Industries, LLC ("HPC"), which is owned by Leon Farahnik, the Debtors' Chief Executive Officer. These employees render enterprise-wide services and HPC is then reimbursed proportionately by the Debtors. These reimbursements are not reflected in Question 4. However, the proportionate shares have been included in the Intercompany Accounts Receivable or Intercompany Accounts Payable elsewhere in the Schedules.

**Fill in this information to identify the case:**

Debtor name: CarbonLite Recycling LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10535

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | $0.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $7,164,420.52 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $7,164,420.52 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) — $53,304,994.08

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $204,670.04 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $17,641,853.29 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities** — $71,151,517.41

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: CarbonLite Recycling LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10535

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | Bank Leumi | Checking account | 8900 | $2,057.10 |
| 3.2 | Israel Discount Bank of New York | Restricted - Money Market account as LC Collateral | 5391 | $16,729.77 |
| 3.3 | Israel Discount Bank of New York | Restricted - Time Deposit account as LC Collateral | 1461 | $734,000.00 |
| 3.4 | Pacific Western Bank | Checking account | 3707 | $166,582.15 |
| 3.5 | Pacific Western Bank | Checking account | 5856 | $84.00 |

| 3.6 | | | | |
|-----|-----|-----|-----|-----|
| | UMB Bank | Restricted - Debt Service Reserve Master Account and Subaccounts | 5229 | $4,405,135.84 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | $0.00 |
|-----|-----|-----|

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $5,324,588.86 |
|-----|

## Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|-----|-----|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | Starlinger Security Deposit | $469,909.00 |
|-----|-----|-----|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | BlackBridge - Prepaid inventory | $178,200.00 |
|-----|-----|-----|
| 8.2 | Kohner Mann & Lassas Attorneys - Prepaid Legal Fees | $3,000.00 |
| 8.3 | U.S. Specialty Insurance Company - Prepaid D&O / EPLI insurance | $16,772.50 |
| 8.4 | Unisensor - Prepaid Service Contract | $23,623.16 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| $691,504.66 |
|-----|

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $837,767.27 | − | $199,550.84 | = ........ ➔ | $638,216.43 |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11b. | Over 90 days old: | $1,562,146.56 | − | $1,562,146.56 | = ........ ➔ | $0.00 |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $638,216.43 |
|---|

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 |  |  | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                    % of ownership:

| 15.1 |  |  |  | $0.00 |
|---|---|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 |  |  | $0.00 |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** |  |  |  |  |
| 19.1 |  |  |  |  |
| Chemicals | 02/28/2021 | $46,348.57 | Net Book Value | $46,348.57 |

19.2
    Packaging Supplies       02/28/2021    $48,982.93    Net Book Value    $48,982.93

19.3
    Raw Materials (Bales)    02/28/2021    $399,640.27    Net Book Value    $98,143.41

**20. Work in progress**

20.1
    Work in Progress    02/28/2021    $118,163.52    Net Book Value    $118,163.52

**21. Finished goods, including goods held for resale**

21.1
    Finished Goods    02/28/2021    $198,472.14    Net Book Value    $198,472.14

**22. Other inventory or supplies**

22.1
    $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$510,110.57

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $187,268.10    Valuation method    Book Value    Current value    $187,268.10

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |

**32. Other farming and fishing-related property not already listed in Part 6**

32.1 _____ _____ _____ $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture | $32,783.11 | Unknown | Unknown |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computers & Software | $21,706.11 | Unknown | Unknown |

**42. Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____ _____ _____ $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86. $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Construction in Progress | $1,353,003.87 | Unknown | Unknown |
| 50.2<br>Equipment | $32,872,784.37 | Unknown | Unknown |
| 50.3<br>Lab Equipment | $106,439.88 | Unknown | Unknown |
| 50.4<br>Leasehold Improvements | $8,373,970.32 | Unknown | Unknown |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $0.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:  Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1**<br>Mountain Creek Corporate Center, 4685 Mountain Creek Pkwy, Dallas, TX 75236 | Leased | $0.00 | Unknown | Unknown |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1    www.carbonliterecycling.com | $0.00 | Unknown | Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |

**65. Goodwill**

65.1 _____  _____  _____  $0.00

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                    $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1 _____  _____ - _____ = ➔  _____  $0.00
              total face amount        doubtful or uncollectible
                                       amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1 _____  Tax year _____  $0.00

**73. Interests in insurance policies or annuities**

73.1  Interest in insurance policies _____  Unknown

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  Dallas Central Appraisal District _____  Unknown

Nature of Claim       Tax Audit

Amount requested      Unknown

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____  _____  $0.00

Nature of Claim       _____

Amount requested      _____

**76. Trusts, equitable or future interests in property**

76.1
                                                                                              $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1
Amounts due from CarbonLite Holdings LLC                        To be determined. Subject to
                                                               reconciliation.

77.2
Amounts due from CarbonLite Industries LLC                     To be determined. Subject to
                                                               reconciliation.

77.3
Amounts due from CarbonLite P Holdings, LLC                    To be determined. Subject to
                                                               reconciliation.

77.4
Amounts due from CarbonLite P, LLC                             To be determined. Subject to
                                                               reconciliation.

77.5
Amounts due from CarbonLite Pl Holdings, LLC                   To be determined. Subject to
                                                               reconciliation.

77.6
Amounts due from CarbonLite Pinnpack, LLC                      To be determined. Subject to
                                                               reconciliation.

77.7
Amounts due from CarbonLite Recycling Holdings LLC             To be determined. Subject to
                                                               reconciliation.

77.8
Amounts due from CarbonLite Sub-Holdings, LLC                  To be determined. Subject to
                                                               reconciliation.

77.9
Amounts due from Pinnpack P, LLC                               To be determined. Subject to
                                                               reconciliation.

77.10
Amounts due from Pinnpack Packaging, LLC                       To be determined. Subject to
                                                               reconciliation.

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                    $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $5,324,588.86 | |

**81. Deposits and prepayments.** Copy line 9, Part 2.                                                    $691,504.66

**82. Accounts receivable.** Copy line 12, Part 3.                                                        $638,216.43

**83. Investments.** Copy line 17, Part 4.                                                                $0.00

**84. Inventory.** Copy line 23, Part 5.                                                                  $510,110.57

**85. Farming and fishing-related assets.** Copy line 33, Part 6.                                         $0.00

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy
line 43, Part 7.                                                                                          $0.00

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.                                         $0.00

**88. Real property.** Copy line 56, Part 9.                                            ➔                 $0.00

**89. Intangibles and intellectual property..** Copy line 66, Part 10.                                    $0.00

**90. All other assets.** Copy line 78, Part 11.                                                          $0.00

**91. Total. Add lines 80 through 90 for each column**        91a.    $7,164,420.52        91b.           $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                                      $7,164,420.52

**Fill in this information to identify the case:**

Debtor name: CarbonLite Recycling LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10535

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.**If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

Associated Receivables Funding Inc.
PO Box 16253
Greenville, SC 29606

**Describe debtor's property that is subject to the lien:**
Receivables

$0.00            $0.00

**Date debt was incurred?**
02/16/21

**Describe the lien**
UCC-1 financing Statement

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2**

Dallas County Tax Office
John R Ames, CTA
PO Box 139066
Dallas, TX 75313-9066

**Describe debtor's property that is subject to the lien:**

$3,926,063.42    Unknown

**Describe the lien**

**Date debt was incurred?**
Various

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.3**

Emerging Acquisitions, LLC
3592 W. 5th Ave.
Eugene, OR 97402

**Describe debtor's property that is subject to the lien:**
Purchased equipment

$120,732.06    Undetermined

**Describe the lien**
UCC-1 Financing Statement

**Date debt was incurred?**
1/28/2015

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4**

Signature Business Leasing LLC
225 Broadhollow Road
Suite 132W
Melville, NY 11747

**Date debt was incurred?**
4/6/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
Equipment Lease

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$26,655.24    Undetermined

---

**2.5**

Starlinger & CO. Gesellschaft M.B.H.
C/O Frank T. Davis III
Haynsworth, Sinkler Boyd, PA
One North Main, 2nd Fl
Greenville, SC 29601

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
recoSTAR; viscoSTAR SSP Line 1, 19 00026 00135; 19 000002 VI180 ; Line 3, 19 00025 00135 ; 19 000001 VI180 ; Line 2, 19 00027 00135 ; 19 000003 VI180, Equipment Financing

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Unknown    Unknown

**2.6**

Stonebriar Commercial Finance
Granite Park Three
5601 Granite Pkwy, Suite 1350
Plano, TX 75024

**Date debt was incurred?**
4/30/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Starlinger recoSTAR PET 125 HC IV+ Recycled Extrusion Line

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,611,538.81          Undetermined

**2.7**

UMB Bank, N.A. (as Administrative Agent)
Attn: Gordon Gendler
120 South Sixth Street
Suite 1400
Minneapolis, MN 55402

**Date debt was incurred?**
10/27/2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All assets of Debtor presently existing and hereafter acquired or arising and any proceeds or products thereof.

**Describe the lien**
Bonds Payable

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$46,614,657.26          Undetermined

2.8

Wells Fargo Bank, N.A.
300 Tri -State International
Suite 400
Lincolnshire, IL 60069

**Describe debtor's property that is subject to the lien:**
1 -New 2017 Genie GS-3232 Scissor Lift S/N: GS32P-157044 1 - New 2017 Genie z-40/23N Boom Lift S/N:Z40NF-5090

$5,347.29    Undetermined

**Date debt was incurred?**
2/22/2018

**Describe the lien**
Equipment Lease

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $53,304,994.08

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 Bulk Handling Systems<br>3592 West 5th Avenue<br>Eugene, OR 97402 | 2.1 | |
| 3.2 Emerging Acquisitions LLC<br>c/o Hershner Hunter LLP<br>Attn: Nancy K. Cary<br>180 E 11th Ave<br>Eugene, OR 97401 | 2.1 | |
| 3.3 Luxury Auto Leasing<br>4163 Lincoln Blvd.<br>Marina Del Rey, CA 90292 | 2.2 | |

Debtor  CarbonLite Recycling LLC
        Name

Case number *(if known)* 21-10535

3.4

Mission Economic Development Corporation
801 Bryan Rd
Mission, TX 78572

2.4

3.5

UMB Bank, N.A.
c/o Arnold & Porter Kaye Scholer LLP
Attn: Sarah Gryll, Ginger Clements & Michael Messersmith
70 West Madison Street, Suite 43200
Chicago, IL 60602

2.4

3.6

Wells Fargo Bank N.A.
PO Box 3072
Cedar Rapids, IA 52406-3072

2.5

**Fill in this information to identify the case:**

Debtor name: CarbonLite Recycling LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10535

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Aaron Cuellar, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $1,431.88    $1,431.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.2**

Aaron Valles, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $644.57    $644.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.3**

Albert Espinosa, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,967.68    $4,967.68

**2.4**

Alberto Rodriguez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,592.41    $1,592.41

**2.5**

Ana Gonzalez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$609.32    $609.32

2.6

Ana Robles, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $629.97    $629.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.7

Ana Sanchez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $36.96    $36.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.8

Ana Valladares, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $601.64    $601.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.9

Angel De Jesus, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$755.38                    $755.38

---

2.10

Angel Zambrano, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$842.76                    $842.76

---

2.11

Antonio Sastre, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$635.07                    $635.07

2.12

Araceli Gutierrez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$671.15     $671.15

2.13

Arturo Barbosa, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$84.57     $84.57

2.14

Azucena Contreras, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$592.98     $592.98

2.15

Beatriz Vega, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,126.20              $2,126.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.16

Beniamin Moldovan, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $828.89              $828.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.17

Breana Peterson, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $487.15              $487.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.18

Cameron Hite, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$713.89          $713.89

2.19

Carlos Montanez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$950.27          $950.27

2.20

Carlos Velasquez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,292.60          $2,292.60

2.21

Carmen Montoya, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**       $1,457.78       $1,457.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.22

Cesar Galvan, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**       $1,460.34       $1,460.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.23

Christopher Bates, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**       $2,452.75       $2,452.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.24

Christopher Gaines, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,569.38          $2,569.38

2.25

Claudia Arriazola, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$588.15          $588.15

2.26

Claudia Martinez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$38.50          $38.50

2.27

Clinton Slate, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                                    $55.44                        $55.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.28

Conrrado Tinoco, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                                    $2,425.18                        $2,425.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.29

Daisy Salazar, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                                    $429.62                        $429.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.30

Damian Guerrero, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $951.20    $951.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.31

Darrell Finley, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $469.97    $469.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.32

David Gonzalez Sr, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $3,826.59    $3,826.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.33

Donna Bloxom, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,217.18          $2,217.18

2.34

Dora Nava, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,992.02          $1,992.02

2.35

Edain Lopez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$396.41          $396.41

2.36

Eduardo Anes, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,231.02                    $2,231.02
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.37

Edwin Delira, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $974.55                    $974.55
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.38

Elisa Acosta, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $522.84                    $522.84
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.39

Emmanuel Maldonado, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,668.17          $2,668.17

2.40

Enrique Vilchez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$95.48          $95.48

2.41

Eric Mims, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,739.39          $5,739.39

**2.42**

Erzulhie Perales, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$744.76          $744.76

**2.43**

Ever Morales, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,541.61          $1,541.61

**2.44**

Ezequiel Martinez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$477.89          $477.89

2.45

Fabian Garibay, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,064.12    $2,064.12

2.46

Favio Romero, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$3,384.57    $3,384.57

2.47

Francisca Reinoso, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$429.46    $429.46

2.48

Francisco Meza, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $2,558.92          $2,558.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.49

Francisco Rubio, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $1,478.08          $1,478.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.50

Frankie Lewis Jr, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $862.40          $862.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.51

Fred Phelps, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,951.91                    $2,951.91

2.52

Gavino Barrera, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,681.19                    $1,681.19

2.53

Giovanni Juarez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$876.05                    $876.05

2.54

Gregory Roberson, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$887.53          $887.53

2.55

Hector Morales, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,561.80          $1,561.80

2.56

Hector Sanchez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,112.32          $2,112.32

2.57

Jamal Holmes, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$3,134.00                $3,134.00

2.58

James Hernandez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,930.95                $1,930.95

2.59

Jeremiah Villalobos, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$628.53                $628.53

2.60

Jermaine Drawhorn, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$707.31          $707.31

2.61

John Davis Jr, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,437.08        $1,437.08

2.62

Jonathan Leon, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$869.58          $869.58

2.63

Jorge Zamudio, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $3,926.04                    $3,926.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.64

Jose Bautista, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,284.35                    $1,284.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.65

Jose Espinosa, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,097.07                    $2,097.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.66

Jose Sandoval, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,500.07                    $1,500.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.67

Josue Arreazola, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,959.09                    $1,959.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.68

Juan Arredondo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $985.80                    $985.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.69

Juana Mondragon, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $633.29                    $633.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.70

Kevin Cedeno, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $605.48                    $605.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.71

Kevin McIntosh, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $4,130.89                    $4,130.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.72

Kevon Averhart, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $531.59    $531.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.73

Kimberly Irizarry, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $898.38    $898.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.74

Kimberly Johnson, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $1,207.81    $1,207.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.75**

Lazerick Jones, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,644.67    $2,644.67

**2.76**

Leonora Castillo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,221.17    $2,221.17

**2.77**

LeVarrus Thompson, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$663.43    $663.43

2.78

Lien Nguyen, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,141.51                    $1,141.51

2.79

Lisa White, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$4,287.79                    $4,287.79

2.80

Lorena Fonseca, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$630.35                    $630.35

2.81

Luis Ramos, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,405.75          $1,405.75

2.82

Manuel Martinez III, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,026.64          $1,026.64

2.83

Marco Tenorio, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,116.18          $1,116.18

2.84

Margarita Rocha, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $767.89                    $767.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.85

Maria Briones, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $540.68                    $540.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.86

Maria Cruz, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $556.34                    $556.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.87

Maria Perez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$953.83          $953.83

2.88

Marianela Gonzalez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,329.18          $1,329.18

2.89

Maribel Gallardo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$590.17          $590.17

2.90

Marisol Liranza, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $1,505.15            $1,505.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.91

Marita Hartford, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $5,616.13            $5,616.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.92

Medardo Zamora, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $1,340.54            $1,340.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.93**

Melvin Cobbin, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$945.12          $945.12

**2.94**

Micaela Alvarado, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$281.76          $281.76

**2.95**

Michael Franklin, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$863.11          $863.11

2.96

Miguel Munoz, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,235.88        $1,235.88

2.97

Miguel Zavala, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,369.06        $2,369.06

2.98

Monica Robles, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$682.24        $682.24

2.99

Nestlé Waters North America, Inc., 900 Long Ridge
Rd. Bldg #2, Stamford, CT 06902

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

$17,113,816.20        $3,025.00

2.100

Niagara Bottling LLC, 1440 S. Bridgegate Dr.,
Diamond Bar, CA 91765

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

$4,368,545.31        $3,025.00

2.101

Noemi Valle Lara, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,943.23        $5,943.23

2.102

Norris Whitaker, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $123.20                    $123.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.103

Orlando Barrios, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $95.48                    $95.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.104

Pablo Aguilar, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,041.49                    $1,041.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.105

Pedro Cadena, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$957.13          $957.13

2.106

Qusay Al Shaikhli, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$3,887.76          $3,887.76

2.107

Raamces Benavides, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,630.98          $1,630.98

2.108

Rachel Sastre Lopez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$608.11                    $608.11

2.109

Rafael Orellana, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,135.58                    $1,135.58

2.110

Randall Karnehm, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,602.77                    $2,602.77

2.111

Raul Duran Jr, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $1,026.72    $1,026.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.112

Raynaldo Ramos Jr, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $716.52    $716.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.113

Rene Mendoza, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $428.35    $428.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.114**

Rodney Webb, Address Redacted

**As of the petition filing date, the claim is:** $1,730.70    $1,730.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.115**

Rolando Graffe, Address Redacted

**As of the petition filing date, the claim is:** $2,207.36    $2,207.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.116**

Romer Nava, Address Redacted

**As of the petition filing date, the claim is:** $95.48    $95.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.117**

Rosalba Palomino, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,794.46                    $1,794.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.118**

Sammy Vasquez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $949.66                    $949.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.119**

Stephanie Segovia, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,431.65                    $1,431.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.120**

Sylvia Sifuentes, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,831.60          $11,831.60

**2.121**

Trinidad Lozada, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$820.39          $820.39

**2.122**

Tyrone Williams, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,893.82          $2,893.82

2.123

Uriel Vega, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$876.67                    $876.67

2.124

Venancio Reyes, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,774.58                  $2,774.58

2.125

Victor Gonzalez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$490.13                    $490.13

2.126

Victor Olivares, Address Redacted

**As of the petition filing date, the claim is:** $1,074.96    $1,074.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**

☑ No

☐ Yes

2.127

William Aguilar, Address Redacted

**As of the petition filing date, the claim is:** $1,519.73    $1,519.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**

☑ No

☐ Yes

2.128

William Hurst III, Address Redacted

**As of the petition filing date, the claim is:** $1,976.15    $1,976.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**

☑ No

☐ Yes

2.129

Willie Bailey, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$390.87        $390.87

2.130

Yolanda Macias, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$622.44        $622.44

2.131

Yordanka Ramos, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$623.41        $623.41

2.132

Yusaimy Sanchez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $2,466.87          $2,466.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

---

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1

Able Machinery Movers, LLC, 600 Westport Parkway, Grapevine, TX 76051

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $31,464.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2

Accurate Solutions, Robert Martinez Jr., PO Box 543231, Grand Prairie, TX 75054-3231

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $2,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.3**

Advanced Temporaries Inc, PO Box 8022, Tyler, TX 75711-8022

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $22,899.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Labor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**

Aerzen USA Corporation, PO Box 37767, Baltimore, MD 21297-3767

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $10,897.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

Ahern Rentals, Inc., 1401 Mineral Ave., Las Vegas, NV 89106

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,364.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**

Air Cleaning Technology, Inc., 4112 N. Main St., Joshua, TX 76058

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,260.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.7

Airgas USA, LLC, PO BOX 676015, Dallas, TX 75267-6015

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,831.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.8

All Size Supply Co., 4303-B Irving Blvd., Dallas, TX 75247

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $16,893.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.9

American Automation, 172 W 9400 S, Sandy, UT 84070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $27,332.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.10

American Starlinger Sahm, 600 Westport Parkway, Grapevine, TX 76051

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $235,407.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.11

AMUT, 125 Market St., New Haven, CT 6513

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $48,678.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.12

A-OK Pallet Inc, PO BOX 737, Mansfield, TX 76065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $11,284.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.13

APH Textile Supplies LLC, PO Box 37767, Baltimore, MD 21297-3767

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $27,258.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.14

Atmos Energy Corp, 266 W. Commerce St, Dallas, TX 75208

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $5,805.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

3.15

Authentic Logistics LLC, 313 N. 9th Street, Midlothian, TX 76065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $67,515.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.16

Avangard Innovative LP, Evans Kosut Davidson, PLLC, Attn John Mark Davidson, 14202 Champion Forest Drive, Suite #102, Houston, TX 77069

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.17

Avenue Logistics, Inc, 55 East Jackson, Suite 2150, Chicago, IL 60604

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,368.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.18

Averitt Express, Inc., 1415 Neal St, PO Box 3166, Cookeville, TN 38502

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $34,735.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.19

Badlands Logistics, LLC, 2211 S. 156th Cir. Ste 2B, Omaha, NE 68130

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.20

Bank of Southern California, 12265 El Camino Real, Suite 100, San Diego, CA 92130

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,587,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
CARES Act PPP Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

3.21

Bantam Materials International, 4207 Ste. Catherine St. West, Suite 202, Montreal, QC H3Z 1P6, Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $409,551.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.22

Banyan Plastics, 2393 S Congress Ave Ste 200, West Palm Beach, FL 33406

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $746,117.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.23**

Bearcom, 4009 Distribution Drive, Suite 200, Garland, TX 75041

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $6,017.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.24**

Binder, 545-3 Johnson Avenue, Bohemia, NY 11716

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,900.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.25**

Bioenergy-Technology, Inc., Johnson Bell Ltd., 33 West Monroe St., Suite 2700, Chicago, IL 60603-5404

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.26**

Blue Ridge Bank, N.A., PO Box 609, Luray, VA 22835-0609

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,792,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
CARES Act PPP Loans

**Is the claim subject to offset?**
☑ No

☐ Yes

3.27

Boggs Electric Company, Inc, 5303 Buford Jett Lane, Balch Springs, TX 75180

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,799.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.28

Bruno Folcieri Srl, Via Sopraconume, 1, Volongo, 266629, Italy

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,045.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.29

Buhler Inc, 13105 12th Ave. N., Plymouth, MN 55441

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $24,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.30

Burcham International Corp., Lockbox #935679, P.O. Box 935679, Atlanta, GA 31193-5679

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,182.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Customer overpayment

**Is the claim subject to offset?**
☐ No
☑ Yes

3.31

Busch Consolidated, Inc, 516 Viking Drive, Virginia Beach, VA 23452

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,653.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.32

Business & Legal Resources, 100 Winners Circle Suite 300, PO Box 5094, Brentwood, TN 37024-5094

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $697.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.33

BZS Transport, 175 Classon Avenue, Brooklyn, NY 11205

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,625.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.34

Cap Logisitics/Worldwide, PO Box 5608, Denver, CO 80217

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $18,663.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.35

CarbonLite Holdings LLC, 10250 Constellation Blvd, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.36

CarbonLite Industries LLC, 875 Michigan Ave., Riverside, CA 92507

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.37

CarbonLite P Holdings, LLC, 10250 Constellation Blvd, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.38

CarbonLite P, LLC, 4030 Pottsville Pike, Reading, PA 19605

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.39

CarbonLite PI Holdings, LLC, 10250 Constellation Blvd, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.40

CarbonLite Pinnpack, LLC, 10250 Constellation Blvd, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.41

CarbonLite Recycling Holdings LLC, 10250 Constellation Blvd, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.42

CarbonLite Sub-Holdings, LLC, 10250 Constellation Blvd, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.43

CareNow, P.O. Box 743571, Atlanta, GA 30374-3571

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,819.00

3.44

Casella, PO Box 1364, Williston, VT 5495

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trash

**Is the claim subject to offset?**
☑ No
☐ Yes

$59,365.80

3.45

Catalyst Finance L P, Andrews Myers, OC, Jimmie D. Aycock, Jr., 1885 Saint James Pl., Suite 1500, Houston, TX 77056-4176

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.46

CellMark, Inc., 80 Washington St, Norwalk, CT 6854

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,103.99

3.47

Chesapeake Material Service, LLC, 163 Mitchells Cance Road Suite 300, Edgewater, MD 21037

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,596.10

3.48

CIGNA Edge - Dental, CHLIC-CHICAGO, 5476 Collections Center Dr, Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Dental Insurance

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,022.32

3.49

Cigna Group Insurance - Life, PO Box 780110, Philadelphia, PA 19178-0110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Life Insurance

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,798.20

3.50

City of Dallas Administrative Civil Citat, 2014 Main Street, Dallas, TX 75201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Administrative Fine

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,355.00

3.51

City of Dallas Water Utilities, City Hall, 2D South, Dallas, TX 75277

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $221,053.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utility

**Is the claim subject to offset?**
☑ No

☐ Yes

3.52

Clean Harbors Environmental Services, 42 Longwater Drive/PO Box 9149, Norwell, MA 02061-9149

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $322.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.53

Clean Water Technologies, Inc., 151 West 135th Street, Los Angeles, CA 90061

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $58,848.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.54

Constellation, PO Box 5473, Carol Stream, IL 60197-5473

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $18,292.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utility

**Is the claim subject to offset?**
☑ No

☐ Yes

3.55

Cowboy Welding Service, 12914 Harrisburg Cir, Farmers Branch, TX 75234

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $14,834.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Service

**Is the claim subject to offset?**
☑ No
☐ Yes

3.56

Crown Lift Trucks, 44 S Washington St., New Brement, OH 45869

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $58,657.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.57

Cuccia Wilson PLLC, 1910 Pacific Ave, Ste 18850, Dallas, TX 75201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,012.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.58

Custom Polymers Pet, LLC, 831 E. Morehead St, Ste 40, Charlotte, NC 28202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $584,311.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.59

Cypress Premium Funding, Inc., PO Box 3529, Mission Viejo, CA 92690

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $63,807.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Insurance premium financing

**Is the claim subject to offset?**
☑ No
☐ Yes

3.60

Dallas Knife Works, 2640 Northaven Ste 104, Dallas, TX 75229

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,083.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.61

De Lage Landen Financial Services, Inc., PO Box 41602, Philadelphia, PA 19101-1602

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,088.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Equipment lease

**Is the claim subject to offset?**
☑ No
☐ Yes

3.62

Dedicated Logistics Services, LLC, 29659 Network Place, Chicago, IL 60673-1296

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,399.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.63

DH Pace Co Inc, 1901 E 119th St, Olathe, KS 66061

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $354.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.64

Dial Lubricants, PO Box 630307, Irving, TX 75063

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $7,347.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.65

Dixie Plastics, Inc, 479 Fiddlers Creek Drive, West Monore, LA 71291

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $170,991.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.66

Dorstener Wire Tech Inc., PO Box 3019, Spring, TX 77383

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $16,239.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.67

Dynisco Instruments LLC, 38 Forge Parkway, Franklin, MA 2038

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $537.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.68

Eisenbeiss Inc, 8440 Rovana Circle Ste 100, Sacramento, CA 95828

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $6,575.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.69

Employee Solutions Arlington LLC, Wells Fargo Business Credit, P.O. Box 205486, Dallas, TX 75320-5486

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $8,905.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.70

Engie, PO Box 9001025, Louisville, KY 40290-1025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,497,396.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

3.71

Erema North America Inc., 23 Old Right Road - Unit #2, Ipswich, MA 1938

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $157,219.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.72

Eric Mims, Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $7,587.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee reimbursement

**Is the claim subject to offset?**
☑ No

☐ Yes

3.73

Eriez Manufacturing, 2200 Asbury Road, Erie, PA 16506-1402

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $24,549.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.74

Eureka Recycling, 2828 Kennedy Street NE, Minneapolis, MN 55413

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $33,333.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.75

Evoqua Water Technologies LLC, 28563 Network Place, Chicago, IL
60673-12

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $689.48
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.76

Fairmont Logistics LLC, 9663 Santa Monica Blvd., Suite #1092,
Beverly Hills, CA 90210

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,050.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.77

FCC Environmental-Settlement, 10077 Grogans Mill Rd, Ste 466, The
Woodlands, TX 77380

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $184,526.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Envirnomental

**Is the claim subject to offset?**
☑ No

☐ Yes

3.78

FCC Fomento de Construcciones DAL1028, d.b.a FCC SA, 10077
Grogans Mill Rd., Suite 466, The Woodlands, TX 77380

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,280.92
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.79

FedEx, PO Box 660481, Dallas, TX 75266-0481

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $111.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.80

Fisher Scientific Company LLC, Acct # 036485-002, PO Box 404705,
Atlanta, GA 30384-4705

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,789.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.81

Flowserve US Inc, 5215 N O'Connor Blvd, Ste 2300, Irving, TX 75039

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $63,836.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.82

Frigel North America, Inc, 150 Prairie Lake Road Unit A, East
Dundee, IL 60118

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $5,904.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.83

Frontier Transport, NA LP, 1806 S. 16th Street, Laporte, TX 77571

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $140,632.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.84

GEA Mechanical Equipment, 100 Fairway Court, Northvale, NJ 7647

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $28,862.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.85

Gerber Transport Group LLC, 343 West Wolf Point Plaza Ste 4009, Chicago, IL 60654

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $11,785.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.86

Global Industrial Equipment, 29833 Network Place, Chicago, IL 60673-1298

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $21,201.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.87

GLT Transportation Group, LLC, 6955 NW 52nd Street, Unit 6, Miami, FL 33166

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

$41,600.00

3.88

Golden Bear Recycling LLC, 2817 Marker Road, Middletown, MD 21769

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,314.20

3.89

GP Harmon Recycling LLC, dba Harmon Associates LLC, 1 Jericho Plaza, Suite 204, Jericho, NY 11753-1681

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$968,179.10

3.90

Grainger Inc, Dept. 886702890, PO Box 419267, Kansas City, MO 64141-6267

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,972.20

3.91

Granite Telecommunications, Client ID #311, PO Box 983119, Boston, MA 02298-3119

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Telecommunications

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,967.35

3.92

Green Stuff Absorbent, 1732 Minteres Chapel rd, Ste 102, Grapevine, TX 76051

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,153.32

3.93

Gulf Relay LLC, 1021 Clinton Industrial Park Rd, Clinton, MS 39056

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

$98,175.00

3.94

H&B Industries, Inc., 9758 Abernathy Ave, Dallas, TX 75220

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,765.00

3.95

Hanks Machinery Movers Inc., 650 Skyline Dr., Hutchings, TX 75141

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $5,879.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.96

Heritage-Crystal Clean Inc, 13621 Collections Center Drive, Chicago, IL 60693-0136

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $20,318.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.97

Himes Service Company Inc, PO Box 20143, Waco, TX 76702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $503.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.98

HPC Industries, 10250 Constellation Blvd., Suite 2820, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $74,957.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.99**

Hub Group, Inc., 2000 Cleanwater Drive, Oak Brook, IL 60523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $45,273.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.100**

IC2T - Intelligent Combustion Control, 1108 Colina Drive, Fort Worth, TX 76108

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,753.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.101**

Industrial Tire DFW LLC, 936 Allen Street, Irvin, TX 75060

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,203.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.102**

Ingersoll Rand, 800 East Beaty Street, Davidson, NC 28036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $32,743.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.103

JD Machinery Moving & Rigging LLC, 2834 Post Oak Rd, Hutchins, TX 75141

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $9,223.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.104

Kingdom Trusting Brokerage, LLC, Peavler Briscoe & Nicolas M. Lund, 2215 Westgate Plaza, Grapevine, TX 76051

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.105

Liberty Fluid Power Inc., 214 NW 25th Street, Grand Prairie, TX 75050

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $26,900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.106

Lion Industrial Properties, 11626-D Wilmar Blvd, Charlotte, NC 28273

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $259,967.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Real property lease

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.107**

Luckey Logistics, LLC, James Kelly Law Firm, James M. Kelley, 7817 Knoxville Ave., Peoria, IL 61614

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.108**

Luckey Transfer LLC, 29988 N 00 EastT Road, Streator, IL 61364

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$158,838.75

**3.109**

M & L Plastics, Inc., Troy Gould PC, Christopher A. Lilly, 1801 Century Park East, Suite 1600, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

$102,375.00

**3.110**

M & L Plastics, Inc., Troy Gould PC, Christopher A. Lilly, 1801 Century Park East, Suite 1600, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.111

Maag Automatik Inc., 9401-Q Southern Pine Blvd, Charlotte, NC 28273

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$57,279.67

3.112

MacDermid Incorporated, P O Box 843568, Los Angeles, CA 90084-3568

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$266,475.00

3.113

Manbro, 3729 Topping Street, Houston, TX 77093

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

$46,642.60

3.114

Marglen Industries Inc, 1748 Ward Mountain Rd NE, Rome, GA 30161

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$340,638.81

3.115

Mckinney Trailer Rental, 2601 Saturn Ste 110, Brea, CA 92821

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                               $9,196.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.116

Melton Logistics, LLC, 808 North 161st East Avenue, Tulsa, OK 74116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                               $17,705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.117

Metro Air Conditioning Heating & Services, 126 W. Illinois Ave, Dallas, TX 75224

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                               $3,193.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.118

Midland Davis Corp, 3301 4th Ave, Moline, IL 61265

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                               $63,208.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.119**

Midwest Knife Grinding, Inc, 492 Elm Ridge Ave., Canal Fulton, OH 44614

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $2,280.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.120**

Miles Chemical Company Inc., 12801 Rangoon Street, Arleta, CA 91331

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $93,329.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.121**

Minitab, Inc., 1829 Pine Hall Rd, State College, PA 16801

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $8,787.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.122**

Mission Linen Supply, PO Box 1299, Santa Barbara, CA 93102-1299

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $584.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.123

Miura America Co, LTD, 2200 Steven B Smith Blvd, Rockmart, GA 30153

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $3,236.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.124

Mode Transportation LLC, 17330 Preston Road, Ste 200C, Dallas, TX 75252-6035

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $7,035.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.125

MoLo Solutions, P.O Box 7050, Carol Stream, IL 60197-7050

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $328,940.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.126

Motion Indiustries, Inc., 200 W. Trinity Blvd, Grand Prairie, TX 75050

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $905.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.127**

MSC Industrial Supply, PO BOX 953635, Saint Louis, MO 63195-3635

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $2,623.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.128**

Nahai Insurance Services, Inc., 465 S. Beverly Drive, #200, Beverly Hills, CA 90212

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $358,124.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insurance Broker

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.129**

National Recovery Technologies (NRT), 1508 Elm Hill Pike, Suite 102, Nashville, TN 37210

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $95,881.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.130**

National Registered Agents, Inc., P.O. Box 4349, Carol Stream, IL 60197-4349

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $396.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.131

National Safety Compliance, 424 N Cedarbrook Ave, Springfield, MO 65802

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,289.00

3.132

Nestlé Waters North America, Inc., 900 Long Ridge Rd. Bldg #2, Stamford, CT 6902

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Customer overpayment

**Is the claim subject to offset?**
☐ No
☑ Yes

$86,361.79

3.133

Niagara Bottling LLC, 1440 S. Bridgegate Dr., Diamond Bar, CA 91765

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☑ Yes

$442,721.80

3.134

Novatech Inc., P.O. Box 740865, Atlanta, GA 30374-0865

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,116.82

3.135

Novian & Novian, LLP, 1801 Century Park East, Suite 1201, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,065.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Legal services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.136

Oberlin Filter Company, 827 Silvernail Road, Pewaukee, WI 53072-5588

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $13,117.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.137

Odessa Pumps & Equipment, PO BOX 60429, Midland, TX 79711

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $6,152.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.138

Orkin, P.O. Box 7161, Pasadena, CA 91109-7161

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,341.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.139

P & W Quality Machine, Inc., 707 S Hwy 67, Cedar Hill, TX 75104

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$30,726.53

3.140

Pelletron Corporation, 1866 Colonial Village Ln Ste 101, Lancaster, PA 17601-6704

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,163.99

3.141

PepsiCo Global, 1 Pepsi Way, Somers, NY 10589

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Rebates Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,316.88

3.142

PerkinElmer Life Sciences, Inc., 13633 Collections Center Drive, Chicago, IL 60693-0136

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,923.36

3.143

Pinnpack P, LLC, 10250 Constellation Blvd, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

3.144

Pinnpack Packaging, LLC, 1151 Pacific Ave, Oxnard, CA 93033

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

3.145

Plastic Express Cali, 15450 Salt Lake Ave., City of Industry, CA 91745

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $70,089.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.146

Plastic Technologies, Inc, PO Box 964, 1440 Timberwolf Drive, Holland, OH 43528

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                     $2,973.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.147

Power Brokers, LLC, 12700 Park Central Drive, Suite 1450, Dallas, TX 75251

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $26,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.148

Power Transmission Specialties, 8803 Sorenson Ave, Santa Fe Springs, CA 90670

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $27,903.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.149

Preferred Office Products, Inc, 1701 W Walnut Hill Lane, Irving, TX 75038

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $5,875.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.150

Prime Plastic Products, Inc, 1351 Distribution Way, Suite 8, Vista, CA 92081

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $2,201.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.151

Protect It First Aid & Safety, LLC, P.O. Box 471880, Fort Worth, TX 76147

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $2,598.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.152

Purvis Bearing LTD, P.O. Box 540757, Dallas, TX 75354

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $7,388.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.153

Quill LLC, P.O. Box 37600, Philadelphia, PA 19101-0600

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $1,005.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.154

R&L Truckload Services, LLC, 16520 S. Tamiami Trl Ste 180, Fort Myers, FL 33908

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**  $15,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transporation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.155

R2 Logistics Inc., Eavenson, Fraser & Lunsford, PLLC, Thomas Joseph Fraser, Jr., Suite 250, Jacksonville, FL 32224-3228

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.156

Racer Hot Shot, Inc., 1201 Stonegate, Alice, TX 78332

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $45,670.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transporation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.157

Rankin Quality Logistics, PO Box 884, Pelahatchie, MS 39145

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $13,690.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transporation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.158

Redhawk Transportation Inc., 1925 E Belt Kine Rd Suite 303, Carrollton, TX 75006

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**        $64,631.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transporation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.159

Reed Smith, LLP, PO Box 844487, Dallas, TX 75284-4487

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $3,971.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.160

Repi LLC, 2825 Repi Court, Dallas, NC 28034

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $6,167.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.161

Replenysh, Inc., PO Box 515381, PMB 83530, Los Angeles, CA
90051-6681

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $1,241,144.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.162

Republic Services, 18500 North Allied Way, Phoenix, AZ 85054

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $2,446.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.163**

Ricova International Inc, 3400 rue de l'Éclipse, Suite 540,Brossard, QC J4Z 0P3, Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $4,476.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.164**

RMS Marketing Services, LLC, 9521 Belmont Lane, Marvin, NC 28173

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $42,284.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.165**

Rolf Koerner LLC, 514 Springbrook Rd, Charlotte, NC 28217

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $3,853.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.166**

Rosetta Stone Ltd., 135 West Market Street, Harrisonburg, VA 22801

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $2,867.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.167

Roto Rooter, 3817 Conflans Rd, Irving, TX 75061

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,903.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.168

Russell Madden Inc, 6400 Green Valley, Aubrey, TX 76227

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $5,440.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.169

S.O.T. Abrasives & Equipment, 10750 Metric Drive, Dallas, TX 72543

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,402.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.170

Saia Motor Freight Line, Inc., 11465 Johns Creek Parkway, Ste 400, Johns Creek, GA 30097

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,601.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.171**

Sarg Recycling Inc., P.O. Box 1944, Jupiter, FL 33468

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,964.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.172**

Scrap Management, Inc., 10612-D Providence Rd # 750, Charlotte, NC 28277

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $21,596.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.173**

Scrap Management, Inc., use address at 3.171, 10612-D Providence Rd # 750, Charlotte, NC 28277

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.174**

Shermco Industries Inc, Wilson Elser & Allison J. Maynard, Bank of America Plaza, 901 Main Street, Suite 4800, Dallas, TX 75202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $358,423.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.175

Shermco Industries Inc, Wilson Elser & Allison J. Maynard, Bank of
America Plaza, 901 Main Street, Suite 4800, Dallas, TX 75202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.176

Shipp Belting Company LLC, PO Box 20035, Waco, TX 76702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $69,348.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.177

Shoppas Material Handling, Ltd, PO Box 612027, Dallas, TX 75261-
2027

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $165,348.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.178

Simsmetal East LLC, Sims Municipal Recycling of New York LLC, c/o
Sims Metal Management, Chicago, IL 60606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $25,424.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179

Sorema, Division of Previero, Via per Cavolto, 17, 22040 Anzano del Parco (CO), Italy

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $254,515.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

3.180

SPG Vending Solutions Inc, 505 110th Street, Arlington, TX 76011

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,620.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.181

SSD Alarm -Security Signal Devices, Inc., 1740 North Lemon Street, Anaheim, CA 92801

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $29,634.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.182

Sunteck Transport Co, LLC, Attn Pamela Jean Simmons , 4500 Salisbury Road Ste 305, Jacksonville, FL 32216

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $8,385.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.183

Sunteck Transport Co, LLC, Attn Pamela Jean Simmons , 4500 Salisbury Road Ste 305, Jacksonville, FL 32216

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.184

System Packaging Co, Inc., 5690 Rickenbcker Rd., Bell, CA 90201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $407.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.185

Tax Advisors Group LLC, 12400 Coit Rd Ste 960, Dallas, TX 75251

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $45,961.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.186

TD Metal Fabricators, PO Box 181630, Dallas, TX 75218

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,162.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.187**

Texas Disposal Systems, PO Box 660816, Dallas, TX 75266-0816

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $50,309.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.188**

Texas Mutual Insurance Co, PO Box 841843, Dallas, TX 75284-1843

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $18,124.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WC Insurance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.189**

Tigunia, LLC, PO Box 31014, Edmond, OK 73003

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $278.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.190**

Toyota Financial Services, PO Box 660926, Dallas, TX 75266-0926

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $203,188.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Equipment lease

**Is the claim subject to offset?**
☑ No

☐ Yes

3.191

Trans-Environmental Services, Inc., PO BOX 1607, COLTON, CA 92324

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,277.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.192

UE Systems, Inc., 14 Hayes Street, ElmsFord, NY 10523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $25,842.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.193

Uline, Inc., PO Box 88741, Chicago, IL 60680-1741

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,944.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.194

Una-Dyn, 11700 Shannon Drive, Fredericksburg, VA 22408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,018.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.195

UNISensor, PO Box 631, 2495 Cadmus Rd, Adrian, MI 49221

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $133,973.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No
☐ Yes

3.196

United Mechanical, 11540 Plano Road, Dallas, TX 75243

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $18,796.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.197

United Rentals, Inc.-fka BlueLine Rental, P.O. Box 840514, Dallas, TX 75284-0514

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,413.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Equipment rental

**Is the claim subject to offset?**
☑ No
☐ Yes

3.198

Univoip, Inc., 830 Parkview Drive North, El Segundo, CA 90245

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,579.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

3.199

UPS Supply Chain, 28013 Network Place, Chicago, IL 60673-1280

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $65.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☑ No

☐ Yes

3.200

Verizon Wireless, PO Box 660108, Dallas, TX 75266-0108

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,001.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utility

**Is the claim subject to offset?**

☑ No

☐ Yes

3.201

Vijendra Siddhi, Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,286.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee reimbursement

**Is the claim subject to offset?**

☑ No

☐ Yes

3.202

Vision Services Plan - VSP, PO Box 45210, San Francisco, CA 94145-5210

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,794.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Health Insurance

**Is the claim subject to offset?**

☑ No

☐ Yes

3.203

Warner & Warner Inc., PO Box 308, Plover, WI 54467

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $92,458.40
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.204

Waste Connections of Texas, P.O. Box 742695, Cincinnati, OH 45274-2695

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $220,994.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.205

Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $353,831.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.206

Wilson Company, 16301 Addisin Road, PO Box 9100, Addison, TX 75001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $179.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.207

WorldWide of New York, Inc., 169 Commack Rd # 339, Commack, NY 11725

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $885,974.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

3.208

WTB Solutions, 1000 West MacArthur Blvd., Unit 139, Santa Ana, CA 92707

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $84.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.209

XPO Logistics, 27724 Network Place, Chicago, IL 60673-1277

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $23,252.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Transportation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.210

Zoro, PO Box 5233, Janesville, WI 53547-5233

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $2,273.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☑ No

☐ Yes

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 Mallery & Zimmerman SC<br>Stanton E. Thomas<br>4941 Kirschling Ct. #1<br>Stevens, WI 54481 | Line 3.191<br>☐ Not listed. Explain | _____ |
| 4.2 U.S. Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416 | Line 3.023<br>☐ Not listed. Explain | _____ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|
| 5a. **Total claims from Part 1** 5a. | $204,670.04 |
| 5b. **Total claims from Part 2** 5b. | $17,641,853.29 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. 5c. | $17,846,523.33 |

| |
|---|
| **Fill in this information to identify the case:** |
| Debtor name: CarbonLite Recycling LLC |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 21-10535 |

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:**  Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  **State what the contract or lease is for and the nature of the debtor's interest** — See Schedule G Attachment | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | Customer Contract | 635 | Supplier Facility | Amcor Group GmbH a Switzerland Limited Liability Company | Thurgauerstrasse 34 | | Zurich | | CH-8050 | Switzerland |
| 2.002 | Equipment - Post Sort Max-AI® Autonomous QC Retrofit | Unknown | Order Confirmation # 20-0035-DV3 | Bulk Handling Systems/BHS | 3592 West 5th Avenue | | Eugene | OR | 97402 | |
| 2.003 | Equipment - SPP Retrofit | Unknown | Order Confirmation # 18-0281-DV2 | Bulk Handling Systems/BHS | 3592 West 5th Avenue | | Eugene | OR | 97402 | |
| 2.004 | Equipment - Secondary Plastics | Unknown | Order Confirmation #18-0229-DV3 | Bulk Handling Systems/BHS | 3592 West 5th Avenue | | Eugene | OR | 97402 | |
| 2.005 | Equipment - Lease Agreement | 179 | | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Rd | Ste 1 | Wayne | PA | 19087-1453 | |
| 2.006 | Software - Remote Support Agreement | Unknown | | Erema North America, Inc. | 23 Old Right Road | IPSWICH, MA 01938 | Ipswich | MA | 01938 | |
| 2.007 | Preventative Maintenance Agreement | Unknown | | Evoqua | 1700 28th street | | Signal Hill | CA | 90755 | |
| 2.008 | Commercial Vehicle Lease - Ottawa Truck | 697 | Lease No. 5460 | Luxury Auto Leasing | 4163 Lincoln Blvd. | | Marina Del Rey | CA | 90292 | |
| 2.009 | Maintenance Contract | Unknown | TXM20190301 | Miura America CO. LTD | 2200 Steven B Smith Blvd | | Rockmart | GA | 30153 | |
| 2.010 | Equipment | Unknown | | National Recovery Technologies | 1508 Elm Hill Pike, Suite 102 | | Nashville | TN | 37210 | |
| 2.011 | Customer Contract | Unknown | Supply Agreement | Nestle Waters North America, Inc | 900 Long Ridge | | Stamford | CT | 06902 | |
| 2.012 | Customer Contract | Unknown | Amendment to Contract | Nestle Waters North America, Inc | 900 Long Ridge | | Stamford | CT | 06902 | |
| 2.013 | Customer Contract | 482 | Second Amendment to contract | Nestle Waters North America, Inc | 900 Long Ridge | | Stamford | CT | 06902 | |
| 2.014 | Customer Contract | Unknown | Third Amendment to contract | Nestle Waters North America, Inc | 900 Long Ridge | | Stamford | CT | 06902 | |
| 2.015 | Customer Contract | Unknown | Fourth Amendment to Contract | Nestle Waters North America, Inc | 900 Long Ridge | | Stamford | CT | 06902 | |
| 2.016 | Customer Contract | Unknown | Fifth Amendment to Contract | Nestle Waters North America, Inc | 900 Long Ridge | | Stamford | CT | 06902 | |
| 2.017 | Customer Contract | Unknown | Sixth Amendment to Contract | Nestle Waters North America, Inc | 900 Long Ridge | | Stamford | CT | 06902 | |
| 2.018 | Customer Contract | Unknown | Seventh Amendment to Contract | Nestle Waters North America, Inc | 900 Long Ridge | | Stamford | CT | 06902 | |
| 2.019 | Customer Contract | Unknown | Eighth Amendment to Contract | Nestle Waters North America, Inc | 900 Long Ridge | | Stamford | CT | 06902 | |
| 2.020 | Customer Contract | Unknown | Supply Agreement | Niagara Bottling, LLC | 2560 E. Philadelphia St. | | Ontario | CA | 91761 | |
| 2.021 | Customer Contract | Unknown | Amendment 1 to the Niagara Bottling, LLC / CarbonLite Recycling, LLC Supply Agreement | Niagara Bottling, LLC | 2560 E. Philadelphia St. | | Ontario | CA | 91761 | |
| 2.022 | Customer Contract | Unknown | Amendment 2 to the Niagara Bottling, LLC / CarbonLite Recycling, LLC Supply Agreement | Niagara Bottling, LLC | 2560 E. Philadelphia St. | | Ontario | CA | 91761 | |
| 2.023 | Customer Contract | Unknown | Amendment 3 to the Niagara Bottling, LLC / CarbonLite Recycling, LLC Supply Agreement | Niagara Bottling, LLC | 2560 E. Philadelphia St. | | Ontario | CA | 91761 | |
| 2.024 | Customer Contract | Unknown | Amendment 4 to the Niagara Bottling, LLC / CarbonLite Recycling, LLC Supply Agreement | Niagara Bottling, LLC | 2560 E. Philadelphia St. | | Ontario | CA | 91761 | |
| 2.025 | Customer Contract | Unknown | Amendment 5 to the Niagara Bottling, LLC / CarbonLite Recycling, LLC Supply Agreement | Niagara Bottling, LLC | 2560 E. Philadelphia St. | | Ontario | CA | 91761 | |
| 2.026 | Customer Contract | Unknown | Amendment 6 to the Niagara Bottling, LLC / CarbonLite Recycling, LLC Supply Agreement | Niagara Bottling, LLC | 2560 E. Philadelphia St. | | Ontario | CA | 91761 | |
| 2.027 | Real Property Lease | 2,273 | | PIHV Mountain Creek, LLC | 100 Saint Paul Street | Suite 300 | Denver | CO | 80206 | |
| 2.028 | Equipment | Unknown | | Starlinger & Co. Gesellschaft m.b.h | Further Straße 47 2564 Weissenbach | | | | | Austria |
| 2.029 | Master Lease Agreement -  Equipment | 1,121 | | Stonebriar Commercial Finance LLC | 5601 Granite Parkway | Suite 1350 | Plano Texas | TX | 75024 | |
| 2.030 | Software | 328 | Invoice No. 2106321654 | TeamViewer Germany GmbH | Bahnhofsplatz 2 | | 73033 Göppingen | | | Germany |
| 2.031 | Insurance - Workers Compensation | 291 | Policy Number 1318779 | Texas Mutual Insurance Co | PO Box 12058 | | Austin | TX | 78711-4434 | |
| 2.032 | Customer Contract | Unknown | Exhibit A - Supplier's Companies | The Coca-Cola Cross Enterprise Procurement Group | One Coca-Cola Plaza | | Atlanta | GA | 30313 | |
| 2.033 | Master Lease Agreement - Forklift | Unknown | TICF Acct: 10274537 | Toyota Commercial Finance | PO Box 660926 | | Dallas | TX | 75266-0926 | |
| 2.034 | Equipment - Hardware & Software | Unknown | | Trimax | 565 Explorer Street | | Brea | CA | 92821 | |
| 2.035 | Master Lease Agreement - Forklift | Unknown | Agreement No: 301-0327764-001 | Wells Fargo Equipment Finance, Manufacturer | 800 Walnut Street | 4th Floor | Des Moines | IA | 503309 | |

In re: CarbonLite Recycling LLC
Case No. 21-10535

**Fill in this information to identify the case:**

Debtor name: CarbonLite Recycling LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10535

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 CarbonLite Holdings LLC | CarbonLite Holdings LLC 10250 Constellation Blvd Suite 2820 Los Angeles, CA 90067 | Luckey Logistics, LLC | ☐ D ☑ E/F ☐ G |
| 2.2 CarbonLite Industries LLC | CarbonLite Industries LLC 875 Michigan Ave Riverside, CA 92507 | Bioenergy-Technology, Inc. | ☐ D ☑ E/F ☐ G |
| 2.3 CarbonLite Industries LLC | CarbonLite Industries LLC 875 Michigan Ave Riverside, CA 92507 | Luckey Logistics, LLC | ☐ D ☑ E/F ☐ G |
| 2.4 CarbonLite Industries LLC | CarbonLite Industries LLC 875 Michigan Ave Riverside, CA 92507 | R2 Logistics Inc. | ☐ D ☑ E/F ☐ G |

2.5
CarbonLite Recycling
Holdings LLC

CarbonLite Recycling Holdings LLC
10250 Constellation Blvd
Suite 2820
Los Angeles, CA 90067

UMB Bank, N.A. (as Administrative Agent)

☑ D
☐ E/F
☐ G

2.6
CarbonLite Recycling
Holdings LLC

CarbonLite Recycling Holdings LLC
10250 Constellation Blvd
Suite 2820
Los Angeles, CA 90067

Kingdom Trusting Brokerage, LLC

☐ D
☑ E/F
☐ G

2.7
U.S. Small Business
Administration

U.S. Small Business Administration
409 3rd St., SW
Washington, DC 20416

Blue Ridge Bank, N.A.

☐ D
☑ E/F
☐ G

2.8
U.S. Small Business
Administration

U.S. Small Business Administration
409 3rd St., SW
Washington, DC 20416

Bank of Southern California

☐ D
☑ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: CarbonLite Recycling LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10535

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 04/05/2021 | /s/ Brian Weiss |
| Executed on | Signature of individual signing on behalf of debtor |
| | Brian Weiss |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |