## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### SCHEDULES OF ASSETS AND LIABILITIES FOR PINNPACK PACKAGING, LLC (CASE NO. 21-10538)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

CarbonLite Holdings, LLC, and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their Chief Restructuring Officer ("CRO"), prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Brian Weiss has signed each set of the Schedules and Statements. Mr. Weiss serves as the CRO of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Weiss has necessarily relied upon the efforts, statements, and representations of the Debtors' personnel and professionals. Given the scale of the Debtors' business and complexity of their businesses covered by the Schedules and Statements, Mr. Weiss has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

The Debtors and their CRO, agents, and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their CRO, agents, and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors or their officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or their professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.  **Description of Cases**. On March 8, 2021, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 9, 2021, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 64]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2.  **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict these Global Notes, these Global Notes shall control.

3.  **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    a.  **No Admission**. Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim

against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.　　**Recharacterization**.　Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.　The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.　　**Classifications**.　Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

d.　　**Claims Description**.　Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."　The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.　Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors.　The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.　　**Estimates and Assumptions**.　The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.　Actual results could differ from such estimates.

f.　　**Intellectual Property Rights**.　Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.　Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have

3

not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.    **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

4.    **Methodology**.

a.    **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis except as noted on the applicable Schedules/Statements or herein.

b.    **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities and prepetition payments once.

c.    **Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect estimates of net book values as of the Petition Date.  Market values may vary materially, from net book values.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the current market values of all their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined.  Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed).  Accordingly, the

4

Debtors reserve all rights to amend, supplement or adjust the asset values set forth herein.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.

d.     **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

e.     **Allocation of Liabilities**.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

f.     **Undetermined Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

g.     **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

h.     **Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

i.     **Intercompany Claims**.  Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.  These claims are subject reconciliation and the amounts listed may be materially misstated and subject to material adjustment upon the conclusion of a reconciliation.

j.     **Guarantees and Other Secondary Liability Claims**.  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases and Schedule H with respect to credit agreements for the affected Debtor or Debtors.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights to amend the Schedules and

Statements if additional guarantees are identified.

k.      **Excluded Assets and Liabilities**.  The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred rent charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; and certain accrued liabilities including, but not limited to, employee benefits.  Other immaterial assets and liabilities may also have been excluded.

l.      **Liens**.  The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

m.      **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

n.      **Setoffs**.  The Debtors incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, deposits received from customer, and amounts due from customers that may also be vendors.  These normal, ordinary course setoffs and nettings are due to the nature of the Debtors customer and supplier relationships.  Such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.      <u>**Specific Schedules Disclosures**</u>.

a.      **Schedule A/B, Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Interim and Final Orders Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief* [Docket No. 6] (the "<u>Cash Management Motion</u>") and any orders of the Bankruptcy Court granting the Cash Management Motion.  As described therein, the Debtors utilize a centralized cash management system.

Additionally, the Bankruptcy Court, pursuant to the *Interim Order (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief* [Docket No. 69], has

6

authorized the Debtors to provide adequate assurance of payment for future utility services. Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

b.  **Schedule A/B, Part 3 – Accounts Receivable.** Certain intercompany charges, although billed on bi-weekly or monthly basis may not have been paid by the respective entity when billed. These amounts have been included in the Intercompany Accounts Receivable or Intercompany Accounts Payable.

c.  **Schedule A/B, Part 4 - Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

d.  **Schedule A/B, Part 7 - Office Furniture, Fixtures, and Equipment; and Collectibles.** Dollar amounts are presented net of accumulated depreciation and other adjustments.

e.  **Schedule A/B, Part 11 - All Other Assets.** Dollar amounts are presented net of impairments and other adjustments.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.* In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with their customers and suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

f.  **Schedule D - Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to the *Interim Order (I) Authorizing CA Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection Prepetition Secured Parties; (III) Modifying Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [Docket No. 74] (the "Interim CA Cash Collateral Order"), the *Interim Order (I) Authorizing CarbonLite Recycling LLC and CarbonLite Recycling Holdings LLC to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 90] (the "Interim TX Cash Collateral Order"), the *Interim Order (I) Authorizing CarbonLite P, LLC and CarbonLite P Holdings LLC*

7

*to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 91] (the "<u>Interim PA Cash Collateral Order</u>") or other stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.  Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

g.    **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*.  Pursuant to the *Order Authorizing the Payment of Prepetition Sales, Use and Franchise Taxes and Similar Taxes and Fees* [Docket No. 68] (the "<u>Taxes Order</u>"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities, employee compensation, and employee benefits that accrued prepetition.

Furthermore, pursuant to the *Interim Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Employee Obligations and Pay Third Party and Contract Workers; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* [Docket No. 67], the Debtors received interim authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

8

*Part 2 - Creditors with Nonpriority Unsecured Claims*. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 reflects liabilities based on each individual Debtors' books and records. All of the known Schedule E/F, Part 2 liabilities as of the Petition Date are listed on Schedule E/F, Part 2.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices.

h.  **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements, amendments, and letter agreements, which documents may not be set forth in Schedule G.

9

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in an individual Debtor's Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.  In addition, in some cases, an agreement may appear on the Schedule G of more than one Debtor, in which event each such Debtor is party to said agreement.

Certain agreements may, by their terms, have been made between one Debtor and a third-party counterparty but performed under in the ordinary course by a different Debtor.  In such case, the agreement is listed in the Schedule G of the Debtor that appears on the face of such agreement.  Omission of such agreement from the Schedule G of another Debtor does not constitute an admission that such Debtor does not have rights and/or obligations under such agreement or that the Debtor counterparty to such agreement is the Debtor on whose Schedule G such agreement is listed.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

Certain agreements listed on Schedule G for PinnPack Packaging LLC ("PinnPack") have been redacted.  Each of these agreements are proprietary supply agreements that are central to the value of PinnPack's estate.  Accordingly, the Debtors have not included the names of the counterparties to such agreements.

**6.     Specific Statements Disclosures.**

a.     **Statements, Part 2, Question 6 - Setoffs**.  For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(p) of these Global Notes.

b.     **Statements, Part 2, Question 4 and Part 13, Question 30 - Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Distributions by the Debtors to their directors and officers are listed on the attachment to Question 4.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 4 and 30 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

Certain of the Debtors' Insiders perform corporate services for some or all of the Debtors, whom receive their paychecks from CarbonLite Industries with proportionate shares of compensation reimbursed by the other Debtors.   The proportionate shares have been included in the Intercompany Accounts Receivable or Intercompany Accounts Payable elsewhere in the Schedules and are not reflected in Question 4.

Some of the Insiders also are employed by non-debtor HPC Industries, LLC ("HPC"), which is owned by Leon Farahnik, the Debtors' Chief Executive Officer. These employees render enterprise-wide services and HPC is then reimbursed proportionately by the Debtors.   These reimbursements are not reflected in Question 4. However, the proportionate shares have been included in the Intercompany Accounts Receivable or Intercompany Accounts Payable elsewhere in the Schedules.

11

**Fill in this information to identify the case:**

Debtor name: Pinnpack Packaging, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10538

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** | $0.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $9,348,728.47 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $9,348,728.47 |
| Copy line 92 from Schedule A/B | |

| | |
|---|---:|
| **2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) | $109,627,947.42 |
| Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** | $360,907.15 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $12,123,210.25 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

| | |
|---|---:|
| **4. Total Liabilities** | $122,112,064.82 |
| Lines 2 + 3a + 3b | |

**Fill in this information to identify the case:**

Debtor name: Pinnpack Packaging, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10538

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. Cash on hand**

2.1

$0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1 Bank Leumi | Lockbox | 4801 | $0.00 |
| 3.2 Bank Leumi | Disbursement | 2900 | $198,674.62 |

**4. Other cash equivalents** *(Identify all)*

4.1

$0.00

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$198,674.62

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | Current value of debtor's interest |
|---|---|---|
| 7.1 | Blue Street Capital - deposit for security camera project lease | $2,642.60 |
| 7.2 | Facility lease deposit - 1151 Paciifc Ave, Oxnard, CA 93033 - Landlord Duris Corporation | $94,200.00 |
| 7.3 | Jules & Associates Inc. - deposit for Aviation Ground Equipment | $17,248.47 |
| 7.4 | Nations Equipment Finance, LLC - lease deposit machinery | $20,000.00 |
| 7.5 | Stonebriar Commercial Finance LLC - Capital lease deposit | $462,515.02 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | | $0.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$596,606.09

---

**Part 3:**  **Accounts receivable**

---

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **11. Accounts receivable** | | | |
| 11a. | 90 days old or less: | $4,390,389.79 — = ........ ➜ | $4,390,389.79 |
| | | face amount    doubtful or uncollectible accounts | |
| 11b. | Over 90 days old: | $242,763.02 — $36,714.49 = ........ ➜ | $206,048.53 |
| | | face amount    doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$4,596,438.32

---

**Part 4:**  **Investments**

---

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | $0.00 |
|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                     % of ownership:

| 15.1 Pinnpack P, LLC | 100% | Unknown |
|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | $0.00 |
|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

|  | $0.00 |
|---|---|

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Elvaloy-Ac1224 Modifier Resin 38-1102Lb/Bx | 2/28/2021 | $90,135.40 | Lower of cost or market | $90,135.40 |
| 19.2 Green Non-Food Grade PET Flake | 2/28/2021 | $201,235.92 | Lower of cost or market | $201,235.92 |
| 19.3 Green PET - Pelletized Food Grade | 2/28/2021 | $179,688.77 | Lower of cost or market | $179,688.77 |
| 19.4 Other Raw Materials (53 SKU's) | 2/28/2021 | $158,425.70 | Lower of cost or market | $158,425.70 |
| 19.5 PET Resin, Virgin, Bottle Grade, Clear with Iv.80 | 2/28/2021 | $516,970.28 | Lower of cost or market | $516,970.28 |
| **20. Work in progress** | | | | |
| 20.1 148 SKU's of Plastic Containers WIP | 2/28/2021 | $1,241,874.23 | Lower of cost or market | $1,241,874.23 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 236 SKU's of Plastic Containers | 2/28/2021 | $1,568,679.14 | Lower of cost or market | $1,568,679.14 |

**22. Other inventory or supplies**

22.1 _____  _____  _____  _____  $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    | $3,957,009.44 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $212,727.23    Valuation method    Cost    Current value    $212,727.23

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                    | $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Office furniture & fixtures | $3,288.36 | Net Book Value | Unknown |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Office Equipment | $57,018.31 | Net Book Value | Unknown |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

Debtor    Pinnpack Packaging, LLC.
     Name

Case number *(if known)* 21-10538

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Building Leasehold Improvements | $2,048,279.87 | Net Book Value | Unknown |
| 50.2<br>Construction in Progress | $660,320.20 | Net Book Value | Unknown |
| 50.3<br>Machinery & Equipment | $18,881,979.91 | Net Book Value | Unknown |
| 50.4<br>Spare Parts | $167,271.97 | Net Book Value | Unknown |
| 50.5<br>Tooling & Molds | $4,885,926.23 | Net Book Value | Unknown |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:    Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>1151 Pacific Ave, Oxnard, CA 93033 | Real Property Lease | $0.00 | | Unknown |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

|  |
|---|
| $0.00 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1<br>See Schedule A/B 60 Attachment | Unknown | | Unknown |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |

**65. Goodwill**

65.1

| Goodwill Related to 2016 Acquisition | $1,547,140.53 | Net Book Value | Unknown |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**
Description (include name of obligor)

71.1

_____   _____ - _____ = ➜   $0.00
                   total face amount    doubtful or uncollectible
                                        amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

_____   Tax year  _____   $0.00

**73. Interests in insurance policies or annuities**

73.1

| Interest in insurance policies | | Unknown |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

_____   $0.00

Nature of Claim   _____

Amount requested  _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

_____   $0.00

Nature of Claim   _____

Amount requested  _____

**76. Trusts, equitable or future interests in property**

76.1

$0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1
Amounts due from CarbonLite Holdings LLC

To be determined. Subject to reconciliation.

77.2
Amounts due from CarbonLite Industries LLC

To be determined. Subject to reconciliation.

77.3
Amounts due from CarbonLite P Holdings, LLC

To be determined. Subject to reconciliation.

77.4
Amounts due from CarbonLite P, LLC

To be determined. Subject to reconciliation.

77.5
Amounts due from CarbonLite PI Holdings, LLC

To be determined. Subject to reconciliation.

77.6
Amounts due from CarbonLite Pinnpack, LLC

To be determined. Subject to reconciliation.

77.7
Amounts due from CarbonLite Recycling Holdings LLC

To be determined. Subject to reconciliation.

77.8
Amounts due from CarbonLite Recycling LLC

To be determined. Subject to reconciliation.

77.9
Amounts due from CarbonLite Sub-Holdings, LLC

To be determined. Subject to reconciliation.

77.10
Amounts due from Pinnpack P, LLC

To be determined. Subject to reconciliation.

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $198,674.62 | |

**81. Deposits and prepayments.** Copy line 9, Part 2.                                         $596,606.09

**82. Accounts receivable.** Copy line 12, Part 3.                                            $4,596,438.32

**83. Investments.** Copy line 17, Part 4.                                                          $0.00

**84. Inventory.** Copy line 23, Part 5.                                                       $3,957,009.44

**85. Farming and fishing-related assets.** Copy line 33, Part 6.                                   $0.00

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy
line 43, Part 7.                                                                                    $0.00

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.                                   $0.00

**88. Real property.** Copy line 56, Part 9.                                             →          $0.00

**89. Intangibles and intellectual property..** Copy line 66, Part 10.                              $0.00

**90. All other assets.** Copy line 78, Part 11.                                                    $0.00

**91. Total. Add lines 80 through 90 for each column**      91a.    $9,348,728.47        91b.       $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                          $9,348,728.47

**SCHEDULE AB 60 ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 3 LOAF CAKE PACKAGE File # 29611912 | Unknown | | Unknown |
| Bandeja de embalaje con borde de sellado perfiladoMXa File # 2020007506 | Unknown | | Unknown |
| BROWNIE PACKAGE File # 29611911 | $76,423.34 | Net Book Value | Unknown |
| CAKE CONTAINER File # 62939632 | Unknown | | Unknown |
| CAKE TRAY HAVING HAND HOLD RECESS File # 63022889 | Unknown | | Unknown |
| CAKE TRAY HAVING HAND HOLD RECESS File # 63022900 | Unknown | | Unknown |
| CONTAINER HAVING A TAMPER EVIDENCE TAB File # 29739664 | Unknown | | Unknown |
| CONTAINER HAVING A TAMPER EVIDENCE TAB File # 16546291 | Unknown | | Unknown |
| CONTAINER HAVING A TAMPER EVIDENCE TAB File # 62720962 | Unknown | | Unknown |
| CONTAINER HAVING A TAMPER EVIDENCE TABPCTUS File # 2019047363 | Unknown | | Unknown |
| COOKIE TRAY File # 62571831 | Unknown | | Unknown |
| CUP CAKE PYRAMID TRAY File # 62562856 | Unknown | | Unknown |
| CUP CAKE TRAY File # 15693795 | Unknown | | Unknown |
| CUP CAKE TRAY File # 3016053 | Unknown | | Unknown |
| CUPCAKE PACKAGE File # 29667900 | Unknown | | Unknown |
| FACE SHIELD  File # 16914465 | Unknown | | Unknown |
| FACE SHIELD File # 63021724 | Unknown | | Unknown |
| MODULAR FOOD STORAGE SYSTEM File # 15684390 | Unknown | | Unknown |
| MODULAR STORAGE SYSTEM File # 16156881 | | | Unknown |
| PACKAGING TRAY File # 16925462 | Unknown | | Unknown |
| PACKAGING TRAY WITH A PROFILED SEALING EDGE | Unknown | | Unknown |
| PACKAGING TRAY WITH A PROFILED SEALING EDGE File # 16925385 | Unknown | | Unknown |
| QUARTER SHEET DOME File # 29683557 | Unknown | | Unknown |
| QUARTER SHEET WAVE DOME File # 29701189 | Unknown | | Unknown |
| SQUARE BROWNIE PACKAGE File # 29647541 | Unknown | | Unknown |
| **TOTAL:** | **Unknown** | **TOTAL:** | **Unknown** |

**Fill in this information to identify the case:**

Debtor name: Pinnpack Packaging, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10538

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |
|---|---|

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | | | |

Bank Leumi USA
555 W. 5th Street
Suite 3300
Los Angeles, CA 90013

**Describe debtor's property that is subject to the lien:**
All assets of the Debtor

**Describe the lien**
ABL Revolver

$7,784,755.94

Unknown

**Date debt was incurred?**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Nissan Motor Acceptance
Corporation
8900 Freeport Parkway
Irving, TX 75063

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
UNICARRIERS CFS0LP IC CUSHION ser# CP1F2-9W27054, UNICARRIERS CFS0LP IC CUSHION ser# CP1F2-9W27053, UNICARRIERS CFS0LP IC CUSHION ser# CP1F2-9W27369, UNICARRIERS PF60LP PNEUMATIC ser# UG1F2-9L22207

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Unknown          Unknown

---

**2.3**

Orion Energy Partners
Investment Agent, LLC
292 Madison Ave
Suite 2500
New York, NY 10017

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
All assets of the Debtor

**Describe the lien**
Prepetition Term Credit Agreement

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$99,368,582.32          Unknown

2.4

PNC Equipment Finance, LLC
655 Business Center rDrive
Horsham, PA 19044

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
1 Doosan GC35S5-EX20, Serial number FGB0A-2560-00019 and attachments

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Unknown                    Unknown

2.5

State of California, Department of Resources Recycling and Recovery
1001 I Street
Mail Stop 9A
Sacramento, CA 95814

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All assets financed under Lender's Loan No. 2016-43

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,464,912.28              Unknown

2.6

Stonebriar Commercial Finance
Granite Park Three
5601 Granite Pkwy, Suite 1350
Plano, TX 75024

**Date debt was incurred?**
6/1/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
Equipment identified on Exhibit A to UCC-1
financing statement

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Unknown                          Unknown

2.7

Susquehanna Commercial
Finance, Inc.
2 Country View road
Suite 300
Malvern, PA 19355

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
MASTER EQUIPMENT LEASE AGREEMENT
NO. 20072445

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Unknown                          Unknown

2.8

Susquehanna Commercial
Finance, Inc.
2 Country View road
Suite 300
Malvern, PA 19355

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All equipment, personal property, furniture, fixtures, and equipment pursuant to that certain Agreement number 7478 dated

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown                    Unknown

---

2.9

Wells Fargo Equipment Finance
Manufacturer Services Group
P.O. Box 7777
San Francisco, CA 94120-7777

**Date debt was incurred?**
2/20/2014

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Used 2008 Genie Z30/20N Boom Lift S/N 11135

**Describe the lien**
Equipment Financing

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,696.88                  Unknown

2.10

Wells Fargo Bank, N.A.
300 Tri -State International
Suite 400
Lincolnshire, IL 60069

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
2-Doosan Forklifts GC25P-5 sn FGA0R-1290-00430, FGA0R-1290-00431.

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Unknown                    Unknown

---

2.11

Wells Fargo Bank, N.A.
300 Tri -State International
Suite 400
Lincolnshire, IL 60069

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
1 - New 2015 Doosan G25E-LP Forklift S/N: FGAOB-1790-05490.

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Unknown                    Unknown

Debtor  Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

**2.12**

Wells Fargo Bank, N.A.
300 Tri -State International
Suite 400
Lincolnshire, IL 60069

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
2- new 2014- Raymond Reach Truck R40TT serial numbers ET-14-FF21404 & ET-14-FF21405 w/batteries & chargers.

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown                    Unknown

**2.13**

Wells Fargo Bank, N.A.
300 Tri -State International
Suite 400
Lincolnshire, IL 60069

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
5-Doosan Forklifts GC25P-5 serial numbers FGA0R-1290-00418, 00410, 00284, 00490, 00482.

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown                    Unknown

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$109,627,947.42

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3.1** Bank Leumi USA c/o Otterbourg P.C. Attn: Andrew M. Kramer & David E. Morse 230 Park Avenue New York, NY 10169-0075 | 2.1 | |
| **3.2** Orion Energy Partners Investment Agent, LLC as Collateral Agent c/o Latham & Watkins LLP Attn: Jeff Bjork 355 South Grand Avenue Suite 100 Los Angeles, CA 90067-3104 | 2.2 | |

**Fill in this information to identify the case:**

Debtor name: Pinnpack Packaging, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10538

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

Abbenante, Jeff, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:       $4,010.08       $4,010.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.2

Aguilar, Sabino, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:       $646.34       $646.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.3

Aguilera Lopez, Daniel, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,576.94                    $1,576.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.4

Aguilera, Antonio, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $568.64                    $568.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.5

Aguirre, Alexis, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $774.47                    $774.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.6

Alarcon, Erik, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$541.51                    $541.51

2.7

Alfaro, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$647.52                    $647.52

2.8

Alvarez, Francisco, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$564.33                    $564.33

Debtor    Pinnpack Packaging, LLC.
Name

---

**2.9**

Amaya Miramontes, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $609.64    $609.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.10**

Ambriz Rojas, Jose Abraham, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $855.93    $855.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.11**

Ambriz, Francisco, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $1,157.83    $1,157.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.12

Ambriz, Juliana, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**              $745.85              $745.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.13

Ambriz, Laura, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**              $701.70              $701.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.14

Amezcua Ramirez, Julio Daniel, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**              $574.76              $574.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.15

Andrade, Alexis D, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $521.58                $521.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.16

Armenta, Agustin I, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $477.63                $477.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.17

Avila, Alfonso, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $289.96                $289.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Pinnpack Packaging, LLC.
Name
Case number *(if known)* 21-10538

2.18

Avila, Anthony R, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $239.28    $239.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.19

Banda, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $500.46    $500.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.20

Barranco Bonifacio, Efrain, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $4,595.49    $4,595.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

2.21

Bohorquez, Manuel, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$703.85          $703.85

2.22

Bray, Christopher, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,867.26          $4,867.26

2.23

Cabanillas, Edgar, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$510.98          $510.98

2.24

Calderon Baez, Pedro, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $1,344.38    $1,344.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.25

Calderon, Jaime, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $1,987.55    $1,987.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.26

Camargo, Sergio, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $1,487.97    $1,487.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.27

Cannon, Juanita, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $7,453.18        $7,453.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.28

Cardenas, Fidel, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $17,890.94        $13,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.29

Carrillo, Floriberto, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $879.42        $879.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.30

Castro, Abel R, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $726.32          $726.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.31

Castro, Francisco, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $1,674.37          $1,674.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.32

Cerda, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $1,140.23          $1,140.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

**2.33**

Chavez Velazquez, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,319.15          $1,319.15

**2.34**

Chavez, Araceli, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$895.18          $895.18

**2.35**

Chavez, Luis, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,313.93          $4,313.93

2.36

Chicas, Helen Marisol, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $4,111.57                    $4,111.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.37

Cho, Sung, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $976.34                    $976.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.38

Collazo, Ana Paola, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $642.60                    $642.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.39

Colmenares, Odilia, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$593.75          $593.75

2.40

Contreras, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$777.27          $777.27

2.41

Contreras, Scott A., Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$318.98          $318.98

2.42

Corona, Virgilio, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$681.85                    $681.85

2.43

Cruz, Victor, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,391.96                  $1,391.96

2.44

Cruz, Victoria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,112.85                  $1,112.85

2.45

De Barragan, Norma, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $1,346.91      $1,346.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.46

De Carranza, Abigail, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $517.90      $517.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.47

De Paz, Maria Cristina, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $629.07      $629.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.48

Delgado Mancillas, David, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$986.70                    $986.70

2.49

Diaz, Ana, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,651.82                    $1,651.82

2.50

Douglas, Timothy, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,881.51                    $6,881.51

2.51

Dunn, Kevin, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,366.78      $13,650.00

2.52

Dunn, Scott, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,071.07      $4,071.07

2.53

Duran, Ma Beatriz, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$618.40      $618.40

Debtor    Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

**2.54**

Enriquez, Mayra, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$120.60                    $120.60

**2.55**

Escobar, Gilberto Alfredo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$672.26                    $672.26

**2.56**

Esparaza, Millicent, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,523.15                  $2,523.15

2.57

Espinoza Zarate, Luis, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $2,596.51    $2,596.51
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.58

Espinoza, Alberto Quiroz, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $734.95    $734.95
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.59

Espinoza, Gloria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $613.18    $613.18
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.60

Evangelista, Cecilia, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$840.63     $840.63

2.61

Felix, Susana, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$591.32     $591.32

2.62

Ferrer, Rosa, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,153.75     $1,153.75

2.63

Fitz-Patrick, Daniel, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,332.99                    $1,332.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.64

Flores, Serafin, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $399.65                    $399.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.65

Francisco, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $211.82                    $211.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.66

Franco, Pedro, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$420.39                    $420.39

2.67

Galindo, Bertha, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$297.27                    $297.27

2.68

Galindo, Teresa, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$297.27                    $297.27

2.69

Garcia, Juan, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**    $2,608.84    $2,608.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.70

Garcia, Miguel Angel, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**    $5,289.91    $5,289.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.71

Garcia, Ricardo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**    $481.99    $481.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.72

Gaspar, Virginia Ramirez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$675.19                    $675.19

2.73

Gaytan Ramirez, David, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,970.55                    $4,970.55

2.74

Gaytan, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,207.06                    $1,207.06

2.75

Gomez Lino, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $707.40                    $707.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.76

Gonzalez De Huerta, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,458.36                    $2,458.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.77

Gonzalez, Brandon L, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $734.53                    $734.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.78

Gonzalez, Cristhian, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $674.82              $674.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.79

Gregorio, Ezequiel Garcia, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $658.36              $658.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.80

Gutierrez, Abelino, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $5,491.30            $5,491.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.81

Guzman Gasca, Miguel, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$748.62      $748.62

2.82

Guzman, Jose L, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$954.08      $954.08

2.83

Hartmann, Hans, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,538.70      $10,538.70

2.84

Heredia, Froilan, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,215.02                    $2,215.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.85

Hernandez De Gonzalez, Maria L, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $625.25                    $625.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.86

Hernandez, Guillermo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $4,477.27                    $4,477.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.87

Hernandez, Jorge, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $962.70                    $962.70
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.88

Hernandez, Martin, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $4,149.60                    $4,149.60
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.89

Hernandez, Oswaldo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,273.32                    $2,273.32
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.90

Hwang, Insu, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,038.87                    $5,038.87

2.91

Hwang, Wonsook (Susi) , Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,465.23                    $7,465.23

2.92

Iribe, Blanca, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,785.14                    $1,785.14

2.93

Iribe, Jesus, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,975.70                    $1,975.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.94

Jacobo Urizar, Fredy S., Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $517.19                    $517.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.95

Jacobo Urizar, Maria Del, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $697.74                    $697.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.96

Jimenez, Raul, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $445.03          $445.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.97

Jimenez, Roberto, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $3,574.30          $3,574.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.98

Lemus, Adriana, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $1,940.81          $1,940.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.99

Lievanos, Ana, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $3,195.57        $3,195.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.100

Lopez, Clemente, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $2,950.75        $2,950.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.101

Lopez, Ivan Raul, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $1,329.47        $1,329.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

---

2.102

Lopez, Juan R, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $1,084.32     $1,084.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.103

Lopez, Mario, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $3,569.08     $3,569.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.104

Lopez, Vanessa, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $1,199.53     $1,199.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.105

Lorenzo, Galdino, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,493.63          $1,493.63

2.106

Lorenzo, Oralia, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,851.82          $1,851.82

2.107

Lugo, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,611.00          $1,611.00

2.108

Luna, Pedro V, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $583.83          $583.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.109

Mair, Christopher, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $3,405.44          $3,405.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.110

Maroofian, Cyrus, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $6,870.97          $6,870.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.111

Martinez Flores, Laura, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $39.31                    $39.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

2.112

Martinez, Arturo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,214.02                    $2,214.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

2.113

Mauricio Martinez, Blanca, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $806.63                    $806.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

2.114

Medina, Jose, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $2,456.48                $2,456.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.115

Mejorado, Carmen, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $871.63                  $871.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.116

Mejorado, Sergio, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $5,625.47                $5,625.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.117

Menesis, Giovani, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$778.41                     $778.41

2.118

Morales, Martha, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$840.55                     $840.55

2.119

Negrete, Catalina H, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$952.49                     $952.49

2.120

Ochoa, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,266.82        $1,266.82

2.121

Ornelas, Amador Mata, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,034.54        $1,034.54

2.122

Orozco Madrigal, Gerardo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$615.85        $615.85

Debtor  Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

2.123

Orozco, Jose, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $4,305.71                    $4,305.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.124

Orozco, Samuel, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,273.32                    $1,273.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.125

Ortiz Arteaga, Elvira, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,019.65                    $1,019.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Pinnpack Packaging, LLC.
Name

Case number (if known) 21-10538

2.126

Paek, Hyung, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,007.15          $3,007.15

2.127

Paramo, Jesus, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,008.41          $1,008.41

2.128

Perez, Antonio, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,162.28          $1,162.28

2.129

Perez, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$928.67                    $928.67

---

2.130

Perez, Olga Lydia, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$527.35                    $527.35

---

2.131

Pineda Padilla, Bernardo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,951.20                    $1,951.20

2.132

Pineda, Nikson, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $912.25                    $912.25
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.133

Ponce, Usbaldo Castaneda, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,172.67                    $1,172.67
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.134

Ponce-Martinez, Mario, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,905.47                    $2,905.47
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.135

Ramirez SantaMaria, David, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $683.14       $683.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.136

Ramos Tejada, Mirian, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $976.26       $976.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.137

Rangel, Cirilo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**       $4,104.58       $4,104.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.138

Rangel, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $673.18                    $673.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.139

Razo, Silvia, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $1,275.76                  $1,275.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.140

Reyes, Kenneth D, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $865.26                    $865.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**

☑ No

☐ Yes

2.141

Reyes, Lizette Martinez, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$250.24          $250.24

2.142

Rivera, Eduardo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,763.49          $1,763.49

2.143

Rodriguez Ordaz, Jose Luis, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$697.92          $697.92

Debtor   Pinnpack Packaging, LLC.
         Name

Case number *(if known)* 21-10538

**2.144**

Rodriguez, Gustavo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $776.25          $776.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.145**

Rodriguez, Israel Rivera, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $250.24          $250.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.146**

Rodriguez, Juan, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $1,205.00          $1,205.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**

☑ No

☐ Yes

2.147

Rodriguez, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,453.92                    $5,453.92

2.148

Rodriguez, Miguel A, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$646.34                    $646.34

2.149

Rodriguez, Ramon, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,060.11                    $1,060.11

2.150

Romero, Luis, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,912.61          $4,912.61

2.151

Romero, Maribel, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$598.00          $598.00

2.152

Rosales, Jose E, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,578.93          $1,578.93

2.153

Roy, Marcus V, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $350.74                $350.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.154

Sabiaga, Marieta Amacio, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $600.20                $600.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.155

Samples, Charles Randy, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $4,333.71                $4,333.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.156

Samson, Jeffrey, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                     $2,800.05            $2,800.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**

☑ No

☐ Yes

2.157

Sanchez Garcia, Omar, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                       $661.78              $661.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**

☑ No

☐ Yes

2.158

Sanchez, Mireya, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                       $990.16              $990.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**

☑ No

☐ Yes

2.159

Santos, Jose Luis, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $337.00                    $337.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.160

Santos, Marta Alicia, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $377.85                    $377.85
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.161

Sierra, Kevin, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $745.48                    $745.48
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.162

Smith, Shannon, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $29,950.86          $13,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.163

Solis, Juan, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $609.11          $609.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.164

Solis, Vincent Sonny, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $555.51          $555.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

2.165

Torres Hernandez, Eduardo, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$806.41                    $806.41

2.166

Torres Lemus, Elizabeth, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$777.40                    $777.40

2.167

Tulais, Luz, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,974.05                    $1,974.05

**2.168**

Urbina, Elena, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,863.21                    $1,863.21
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.169**

Valdes Carrillo, Porfirio G., Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $618.38                    $618.38
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.170**

Valdez, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,005.36                    $1,005.36
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.171

Valenzuela, Araceli, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,252.01                    $1,252.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.172

Valera, Antoni, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $558.13                    $558.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.173

Vasquez, Felix, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $647.20                    $647.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.174

Vazquez, Francisco, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,796.62                $1,796.62

---

2.175

Vega, Patrisia, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,647.43                $1,647.43

---

2.176

Ventura County Tax Collector, 800 South Victoria Ave, Ventura, CA 93009-1290

**Date or dates debt was incurred**
2017 - 2020

**Last 4 digits of account number**
8604

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Personal property tax claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$777,522.21                Undetermined

2.177

Vera, Maria, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$661.78    $661.78

2.178

Vilchis, Laura, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$660.67    $660.67

2.179

Vobian, Benjamin, Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,071.06    $5,071.06

Debtor    Pinnpack Packaging, LLC.
          Name

Case number *(If known)* 21-10538

2.180

Yadegari, Nasrin, Address Redacted

**As of the petition filing date, the claim is:**    $15,007.01    $13,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

2.181

Zaragoza, Mario, Address Redacted

**As of the petition filing date, the claim is:**    $13,737.74    $13,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wage Claim = Acc'd Wages

**Is the claim subject to offset?**
☑ No

☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

3.1

AAA WEIGH INC., 1543 TRUMAN STREET, SAN FERNANDO, CA 91340

**As of the petition filing date, the claim is:**    $286.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.2**

ACC COATINGS, LLC, 620 EAST MAIN ST., ELKIN, NC 28621

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,418.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.3**

ACCURATE MANUFACTURING COMPANY, 6641 San Fernando Rd, Glendale , CA 91201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $245.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.4**

ADP 401k, 1851 N Resler Drive MS-100, El Paso, TX 79912

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,974.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee Benefits

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.5**

ADP, LLC, ONE ADP BLVD., ROSELAND, NJ 07068

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,707.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.6

ADT SECURITY SERVICES, PO Box 371956, Pittsburgh , PA 15250

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $200.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.7

AEC INC., 1100 Woodfield Rd, Suite 588, Schaumberg, IL 60173

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $1,039.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.8

AIRGAS USA, LLC, P.O. BOX 7423, PASADENA, CA 91109-7423

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $1,535.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.9

ALLIED ELECTRONICS & AUTOMATION, 7151 JACK NEWELL BLVD., SOUTH, FORT WORTH, TX 76118-7037

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $1,571.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.10

ALL-PHASE ELECTRIC SUPPLY, CED - RIVERSIDE, P.O. BOX 339,
Rancho Cucamonga, CA 91729

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $465.10
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.11

AMERICAN RESEARCH SPECIALTY PRODUCT, 2325 PALOS VERDES
DRIVE WEST, SUITE 208, Palos Verdes Estates, CA 90274

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,596.75
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.12

AMERICAN SUPPLY COMPANY, STERLING INDUSTRIES, LP, 1621 E.
27th STREET, LOS ANGELES, CA 90011

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $185,860.55
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.13

AMERICAN WAREHOUSE EQUIPMENT, INC., 1371 KUEHNER DR.,
SIMI VALLEY, CA 93063

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $945.25
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.14

ANDREW KELSALL, 13 SPRUCE DR., DOVER, NH 03820

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $175.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.15

APPLIED INDUSTRIAL TECHNOLOGIES, P.O. BOX 100538,
PASADENA, CA 91189-0538

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $17,239.65
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.16

ARRIVE LOGISTICS, 7701 MONTOPOLIS BUILDING 15, AUSTIN, TX
78744

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.17

ARRO-JET ENGINEERING & CONSULTING, 1115 AVENIDA ACASO,
SUITE J, CAMARILLO, CA 93012

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,425.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.18

B&B PLASTICS RECYCLERS INC., 3040 N. LOCUST AVE., RIALTO, CA 92377

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $324,280.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.19

BANK OF AMERICA, PO Box 15019, Wilmington, Des Moines, IA 50306-1433

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $649.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.20

BAR-PLATE MANUFACTURING CO., PO Box 185470, Hamden, CT 06518

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $54.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.21

BC LABORATORIES, INC., 4100 ATLAS COURT, BAKERSFIELD, CA 93308

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $145.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.22

BELMARK INC, 600 HERITAGE RD., DE PERE, WI 54115

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $1,203.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.23

BENLIN DISTRIBUTION SERVICES INC, 2769 BROADWAY, BUFFALO, NY 14227

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $1,277.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.24

BIG T'S FREIGHTLINER, 2501 Camino Del Sol St, Oxnard, CA 93030

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $263.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.25

BLADES MACHINERY CO. INC., 750 NICHOLAS BLVD., ELK GROVE, IL 60007

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $2,020.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.26

BLUE CROSS OF CALIFORNIA, Dept 5812, Los Angeles, CA 90074-5812

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,287.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee benefits

**Is the claim subject to offset?**
☐ No
☐ Yes

3.27

Blue Ridge Bank, N.A., 17 W Main St, Luray, VA 22835

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,727,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CARES Act PPP Loans

**Is the claim subject to offset?**
☑ No
☐ Yes

3.28

BLUE SHIELD OF CALIFORNIA, Dept 5812, Los Angeles, CA 90074-5812

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,817.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee benefits

**Is the claim subject to offset?**
☐ No
☐ Yes

3.29

BLUE STREET CAPITAL LLC, 2120 MAIN ST. SUITE 160, HUNTINGTON BEACH, CA 92648

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,721.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.30

BROWN MACHINE, LLC, 330 N. ROSS STREET, BEAUERTON, MI 48612

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

$11,265.98

3.31

BURCHAM INTERNATIONAL CORP., LOCKBOX #935679, PO Box 935679, ATLANTA, GA 31193-5679

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

$171,532.12

3.32

C.H. ROBINSON WORLDWIDE, INC., P.O. BOX 9121, MINNEAPOLIS, MN 55480-9121

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No

☐ Yes

$80,020.01

3.33

CALIFORNIA AIR COMPRESSOR COMPANY, 688 RANCHOEROS DR. SUITE A, SAN MARCOS, CA 92069

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

$127.30

3.34

CarbonLite Holdings LLC, 10250 Constellation Blvd, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.35

CarbonLite Industries LLC, 875 Michigan Ave., Riverside, CA 92507

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.36

CarbonLite P Holdings LLC, Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.37

CarbonLite P LLC, Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.38

CarbonLite PI Holdings LLC, Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.39

CarbonLite Pinnpack, LLC, 1151 Pacific Ave, Oxnard, CA 93033

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.40

CarbonLite Recycling Holdings LLC, Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.41

CarbonLite Recycling LLC, 4685 Mountain Creek Parkway, Dallas, TX 75236

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No
☑ Yes

Unknown

3.42

CarbonLite Sub-Holdings LLC, Address Redacted

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                Unknown
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

3.43

CED dba ROYAL IND SOLUTIONS-VENTURA, P.O. BOX 14004,
ORANGE, CA 92863

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $13,895.89
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.44

CENTRAL VALLEY PACKAGING & SUPPLY, 711 MOUNTAIN VIEW
AVE., OXNARD, CA 93031

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $373.50
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

3.45

CHEVRON AND TEXACO BUSINESS, PO Box 70887, Charlotte, NC
28272-0887

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                $2,801.02
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.46**

CIGNA - DENTAL, P.O. BOX 644546, PITTSBURGH, PA 15264-4546

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                     $3,781.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee Benefits

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.47**

CITY OF OXNARD, LICENSE SERVICES, 214 SOUTH C ST., Oxnard, CA 93030-5790

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                     $2,983.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.48**

CLARK PEST CONTROL OF STOCKTON INC, P.O. BOX 1480, LODI, CA 95241

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                     $4,215.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.49**

CMT MATERIALS, INC., 107 FRANK MOSSBERG DRIVE, ATTLEBORO, MA 02703

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                     $864.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.50

COASTAL OCCUPATIONAL MEDICAL GROUP, 1901 OUTLET CENTER
DR #100, OXNARD, CA 93036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.51

CON-WAY FREIGHT INC, PO Box 5160, Portland, OR 97208-5160

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $696.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.52

COYOTE LOGISTICS, P.O. BOX 535244, ATLANTA, GA 30353-5244

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $49,958.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.53

CRAFTSMAN UNITY, LLC., 2273 East Via Burton St, Anaheim , CA
92806

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $475.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.54

Cypress Premium Funding, Inc. PO Box 3529, Mission Viejo CA 92690

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $20,941.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insurance Premium Funding

**Is the claim subject to offset?**

☐ No

☐ Yes

3.55

dba AMERICAN MACHINERY MOVERS, CONSTANTA INVESTMENT LLC, P.O. BOX 331155, Pacoima, CA 91333

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $24,495.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.56

Dba CURTIS WELDING, GARY CURTIS, 601 BUENA VISTA AVE., Oxnard, CA 93030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $585.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.57

dba MARCO ASSOCIATES, LLC, MARK WILLIAM SEMENTILLI, 225 SEA WINDS DR., Santa Rosa Beach, VL 32459

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $33,332.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.58**

dba SEASONS, EDUARDO MEJIA, 1698 SAN GABRIEL AVE., VENTURA, CA 93004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $11,687.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.59**

dba SMURFIT KAPPA NORTH AMERICA LLC, EMPIRE CONTAINER CORP, 1161 E. WALNUT ST., Carson, CA 90746

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $10,378.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.60**

dba SUPERIOR GATE SYSTEMS, MICHAEL ALLEN HARRINGTON, 8450 DENVER ST., Ventura, CA 93004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $130.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.61**

DEAN R. BROWN, 408 Nakoma Dr, Midland, TX 48640

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,727.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.62

DELTA LIQUID ENERGY, 1620 LEMONWOOD DRIVE, SANTA PAULA, CA 93060

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,524.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.63

DELUXE CORPORATION, P.O. BOX 4656, CAROL STREAM, IL 60197-4656

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $127.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.64

DENMAC INDUSTRIES, INC., 7616 E. ROSECRANS AVE., PARAMOUNT, CA 90723

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,275.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.65

DOGANAY MOULD TERMOFORM, I.O.S.B. BASAKSEHIR SAN.SIT., D BLOK NO:18 BASAKSEHIR, Istanbul 34480, Turkey

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $12,682.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.66

DONALDSON COMPANY, INC., P.O. BOX 207356, DALLAS, TX 75320-7356

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,474.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.67

DONLON PLUMBING, INC., 3401 W. FIFTH STREET, #130, OXNARD, CA 93030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $344.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.68

DOUBLE E COMPANY, 319 MANLEY STREET, WEST BRIDGEWATER, MA 02379

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $607.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.69

DOW, P.O. BOX 412550, BOSTON, MA 02241-2550

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $148,459.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.70

DURIS CORPORATION, 2655 1ST ST., SUITE 250, SIMI VALLEY, CA
93065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,308,656.05
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Real Property Lease

**Is the claim subject to offset?**
☐ No

☐ Yes

3.71

EDWARD W. LOCHARY, 25 Delrey Ave, Catonsville, MD 21228

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $459.50
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Commission

**Is the claim subject to offset?**
☐ No

☐ Yes

3.72

ELECTRONIC SYSTEMS SPA, S.R. 229 km 12,200, 28015 Momo
Novara, Italy

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $146,726.79
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.73

EMPLOYERS ASSURANCE CO., 2550 PASEO VERDE PARKWAY,
SUITE 100, Henderson, NV 89074-7117

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $55,395.40
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insurance

**Is the claim subject to offset?**
☐ No

☐ Yes

3.74

EREMA NORTH AMERICA, INC., 23 OLD RIGHT ROAD, UNIT #2,
IPSWICH, MA 01938

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $51,765.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.75

ESPINO ROOFING INC., 1263 S. N STREET, OXNARD, CA 93033

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.76

ETTLINGER NORTH AMERICA, LLC, 1555 SENOIA ROAD, SUITE A,
TYRONE, GA 30290

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,646.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.77

EVERRANK INVESTMENT GROUP INC., EVERRANK INC., 17450
SILICA DR., Victorvill, CA 92395

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $21,471.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.78

EZ BEARING LLC, 1639 ROTHSVILLE ROAD, LITITZ, PA 17543

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

$60.00

3.79

F.G. WILCOX, INC., P.O. BOX 5231, OXNARD, CA 93031

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

$281.66

3.80

FAEGRE DRINKER BIDDLE & REATH LLP, 2200 WELLS FARGO
CENTER, 90 SOUTH 7TH STREET, MINNEAPOLIS, MN 55402-3901

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

$8,277.54

3.81

FAIRMONT LOGISTICS LLC, 9663 SANTA MONICA BLVD., Suite
1092, BEVERLY HILLS, CA 90210

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**

☐ No

☐ Yes

$169,323.26

3.82

FEDEX, PO Box 7221, Pasadena, CA 91109-7321

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**

☐ No

☐ Yes

$358.37

3.83

FERCO COLOR, 5498 VINE STREET, CHINO, CA 91710

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

$15,061.20

3.84

FIDEL CARDENAS, Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee Expenses

**Is the claim subject to offset?**

☐ No

☐ Yes

$1,714.40

3.85

FLO TRANS, 5575 S. ARCHER AVE., CHICAGO, IL 60638

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**

☐ No

☐ Yes

$3,700.00

3.86

FLOCK TEX, INC., 200 Founders Drive, Woonsocket, RI 02895

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $4,007.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.87

FUTURE ALLOYS, INC., 20151 BAHAMA STREET, CHATSWORTH, CA 91311

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,347.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.88

GDI PACKAGING SOLUTIONS, 1504 Postmaster Drive, Oakville, ON L6M2Y7 Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $5,401.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Commission

**Is the claim subject to offset?**
☐ No
☐ Yes

3.89

Gladis Ortiz, The Nourmand Law Firm, APC, Attn James A. De Sario, 8822 W. Olympic Blvd., Beverly Hills, CA 90211-3614

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

3.90

GLOBAL EQUIPMENT COMPANY INC., 29833 NETWORK PLACE, CHICAGO, IL 60673-1298

**As of the petition filing date, the claim is:**    $1,355.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.91

GLOBAL P.E.T., INC., 145 Malbert St, Perris, CA 92570

**As of the petition filing date, the claim is:**    $47,088.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.92

GOLDENWEST MFG. INC., PO Box 1148, Cedar Ridge, CA 95924

**As of the petition filing date, the claim is:**    $703.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.93

GRAHAM ENGINEERING CORPORATION, 1203 EDEN ROAD, YORK, PA 17402

**As of the petition filing date, the claim is:**    $965.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.94

GRAINGER, DEPT. 814893244, PALATINE, IL 60038-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,232.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.95

GREAT PLAINS ANALYTICAL LAB, 9503 N. CONGRESS AVE.,
KANSAS CITY, MO 64153

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $385.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.96

Haas Factory Outlet, 580 Madrid Ave, Torrance, CA 90501

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,412.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.97

HARRINGTON INDUSTRIAL PLASTICS LLC, 14480 YORBA AVENUE,
CHINO, CA 91708-5128

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,696.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.98

HONG ZU MOULD ENTERPRISE CO.,LTD, NO.42-2, LN.49, DONGFENG ST., SHULIN DIST., New Taipei City 238, TAIWAN(R.O.C.)

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $34,115.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.99

HOOVER TRANSIT INC, 6259 FOOTHILL BLVD., TUJUNGA, CA 91042

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $10,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.100

HOSE-MAN, INC., 5397 NORTH IRWINDALE AVE., IRWINDALE, CA 91706-2025

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $361.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.101

HPC INDUSTRIES LLC, 10250 CONSTELLATION BLVD., SUITE 2820, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $39.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.102

INDEPENDENT THERMAL SOLUTIONS, INC., 2101 STANDARD AVE #G, SANTA ANA, CA 92707

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $236.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.103

INDUSTRIAL METAL SUPPLY CO., 8300 SAN FERNANDO RD, SUN VALLEY, CA 91352

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $7,527.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.104

Ingersoll-Rand Industrial U.S. Inc, 6291 Burnham Ave., Buena Park, CA 90621

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $25,918.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.105

IRWIN RESEARCH & DEVELOPMENT INC., PO Box 10668, Yakima, WA 98902

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $3,457.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.106

JACK JONES TRUCKING, INC., 3561 Philadelphia St, Chino, CA 91710

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $740.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.107

JETAIR TECHNOLOGIES, LLC, 1756 EASTMAN AVENUE, #100, VENTURA, CA 93003

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $6,624.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.108

JOE'S PLASTICS, INC., 7065 Paramount Blvd, Pico Rivera, CA 90660

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $6,472.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.109

JOSE REYES SERVICES, 6960 AGRA ST., COMMERCE, CA 90040

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $20,555.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.110

JR'S HYDRAULICS, 4082 N. Southbank Rd. #G, Oxnard, CA 93036

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $1,795.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.111

JUAREZ PALLETS, 950 MOUNTAIN VIEW DR., OXNARD, CA 93030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $8,194.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.112

JULES AND ASSOCIATES, INC., 515 S. FIGUEROA ST. STE 1950, LOS ANGELES, CA 90071

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $5,319.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.113

KAIROS LOGISTICS, INC., Dba KARIOS CUSTOMS BROKERS, 4125 STRANDBERG ST., Corona, CA 92881

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $155.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No

☐ Yes

Debtor Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

3.114

KAMAN INDUSTRIAL TECHNOLOGIES, FILE 25356, LOS ANGELES, CA 90074-5356

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $2,801.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.115

KIEFER Werkzeugbau GmbH, SteinhaldenstraBe 11, D-74193 Schwaigern, Germany

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $29,852.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.116

KLOCKNER-PENTAPLAST, PO Box 79709, Baltimore, MD 21279-0709

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $138,425.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.117

KNOBBE MARTENS OLSON & BEAR LLP, 2040 MAIN ST., 14TH FLOOR, IRVINE, CA 92614

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $3,905.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.118

L.A. GRINDING CO., INC., 305 N. VICTORY BLVD., BURBANK, CA 91502

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,417.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.119

LANDSBERG, P.O. BOX 101144, PASADENA, CA 91189-1144

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $21,371.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.120

LAWSON PRODUCTS INC., 8770 W. BRYN MAWR AVE., SUITE 900, Chicago, IL 60631-3515

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $7,094.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.121

LEECH TISHMAN FUSCALDO & LAMPL, LLC, 525 WILLIAM PENN PLACE, 28TH FLOOR, Pittsburgh, PA 15219

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,266.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.122

LIBERTY PACKAGING, Formerly Harbor Packaging, 13100
DANIELSON ST., Poway, CA 90064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $387.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.123

LIFE INSURANCE COMPANY, OF NORTH AMERICA, P.O. BOX
780110, PHILADELPHIA, PA 19178-0110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $714.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Benefits

**Is the claim subject to offset?**
☐ No
☐ Yes

3.124

MAAG AUTOMATIK INC., 235 PROGRESS BLVD., KENT, OH 44240

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $35,106.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.125

MAGNUM FENCE AND SECURITY, INC., 1070 N. VENTURA AVE.,
VENTURA, CA 93001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $340.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.126

MAKU AG, FLURHOFSTRASSE 13, CH-6374 BUOCHS, Switzerland

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $27,590.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.127

MANPOWER, 21271 Network Place, Chicago, IL 60673-1212

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $1,068.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.128

MARLIN SOFTWARE LLC, 10 RESEARCH PARKWAY, WALLINGFORD, CT 06492

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $330.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.129

MAX INDUSTRIES, 13012 S. Normandie, Gardena, CA 90249

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $3,108.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.130

MAXCESS AMERICAS, INC., 2308 SE 8TH AVE., CAMAS, WA 98607-4002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,779.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.131

McKINNEY TRAILER RENTALS, 2601 SATURN ST. SUITE 110, BREA, CA 92821

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,111.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.132

McLAREN ENTERPRISES, 901 Aquarina Blvd, Melbourne Beach, FL 32951

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,781.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Commission

**Is the claim subject to offset?**
☐ No

☐ Yes

3.133

McMASTER-CARR SUPPLY COMPANY, P.O. BOX 7690, CHICAGO, IL 60680-7690

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,369.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.134

MERLIN PLASTICS, 616 58th Av SE, Calgary, Alberta T2H0P8
Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $23,587.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.135

MICHAEL R. SHEVLIN, ATTORNEY-AT-LAW, 9330 FLETCHER DR., La
Mesa, CA 91941

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $31,110.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.136

MILES CHEMICAL COMPANY, 12801 RANGOON STREET, ARLETA,
CA 91331

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,829.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.137

MJH TOOLING & DIE, 7221 GARDEN GROVE BLVD. #B, GARDEN
GROVE, CA 92841

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.138**

MODERN DISPERSIONS, INC., ATTN: DEPT 78, 302 EDWARD ROAD, Fitzgerald, GA 31750

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $18,624.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.139**

MOTION INDUSTRIES, INC., FILE 749376, LOS ANGELES, CA 90074

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $25,709.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.140**

MSC INDUSTRIAL SUPPLY CO. INC., 20921 LAHSER RD., SOUTHFIELD, MI 48033-4432

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $4,543.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.141**

NANCY'S SPECIALTY FOODS, 6500 Overlake Place, Newark, NJ 94560

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $192.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

**3.142**

NARA BANK, 3701 Wilshire Blvd, #220, Los Angeles, CA 90010

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $8,172.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.143**

NASON'S LOCK & SAFE, INC., 2418 SAVIERS ROAD, OXNARD, CA 93033

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $877.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.144**

NATIONS EQUIPMENT FINANCE, LLC, 501 MERRITT SEVEN, NORWALK, CT 06851

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $20,394.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Lease

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.145**

NAT'L LIFT FLEET LEASING & SALES, 201 N. RICE AVE., UNIT G, OXNARD, CA 93030

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $10,068.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Lease

**Is the claim subject to offset?**
☐ No

☐ Yes

3.146

NATURE WORKS LLC, 7725 Collections Center Dr, Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $23,809.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.147

NMAC, P.O. BOX 660083, DALLAS, TX 75266-0083

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $3,180.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.148

NOLAN TRANSPORTATION GROUP, INC., P.O. BOX 931184, ATLANTA, GA 31193-1184

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $23,690.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.149

NORTHERN SAFETY CO., INC., PO Box 4250, Utica, NY 13504

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $101.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.150

NOVIAN & NOVIAN, LLP, 1801 CENTURY PARK EAST, SUITE 1201,
LOS ANGELES, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $12,852.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.151

OCI INTERNATIONAL INC., 11767 KATY FREEWAY, SUITE 1140,
HOUSTON, TX 77079

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $507,931.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.152

ODC TOOLING & MOLDS, 110 RANDALL DR., PO BOX 70, Waterloo,
ON N2V 1C6, Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $19,971.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.153

ONESOURCE DISTRIBUTORS,LLC, 3951 OCEANIC DRIVE,
OCEANSIDE, CA 92056

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $45.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor  Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

3.154

ONTARIO REFRIGERATION SERVICE, INC., 6002 SAN FERNANDO
ROAD, GLENDALE, CA 91202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,228.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.155

OVERSEAS FREIGHT, INC., 1611 West Rosecrans Ave, Gardena, CA
90249

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $990.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.156

PAARANG US INC, 11900 NE 1ST ST. #3032, BELLEVUE, WA 98005

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $122,718.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.157

PACE PUNCHES, INC., 297 GODDARD, IRVINE, CA 92618

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,894.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

---

3.158

PACIFIC BELL, Payment Center, VAN NUYS, CA 91406, CA 91388-0001

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $268.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.159

PACIFIC FLUID SYSTEMS, PO Box 67000, Dept 190001, Detroit, MI 48267-1900

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $435.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.160

PACIFIC PACKAGING ENTERPRISES, INC., 4037 Phelan Rd, A-Box #285, Phelan, CA 92371

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $12,735.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Commission

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.161

PACIFIC PAPER TUBE, INC., 1025 98th AVENUE, OAKLAND, CA 94603

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $3,248.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Pinnpack Packaging, LLC.
Name
Case number *(if known)* 21-10538

**3.162**

PACIFIC WATER CONDITIONING, 2040 EASTMAN AVE., OXNARD, CA 93030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $1,352.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.163**

PACKAGING DIGEST, 2000 Clearwater Dr, Oak Brook, IL 60523

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $92.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.164**

PADRAIC E. McCLEEREY, 2108 N. Herron Road KPN, Lakebay, WA 98349-9244

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $1,869.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Commission

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.165**

PALLETS GALLORE, PO Box 20752, Oxnard, CA 93030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $1,305.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.166

PATRIOT PAK LLC, 269 Middlesex Road, Tyngsboro, MA 01879

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $554.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Commission

**Is the claim subject to offset?**
☐ No

☐ Yes

3.167

PHOENIX ELECTRICAL CONSTRUCTORS, 4941 Catamaran Street, Unit A, Oxnard Shores, CA 93035

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,210.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.168

Pinnpack P LLC, 10250 Constellation Blvd, Los Angeles, CA 90067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Unknown
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☐ No

☑ Yes

3.169

PLAZTECA, S.A. DE C.V., CERRADA DEL ROCIO NO. 28, COL. SAN LUAN BOSCO, ATIZAPAN DE ZARAGOZA , EDMEX52946, Mexico

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $13,263.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.170

PMS S.R.L., VIA DELLA GIARDINA, 8, MONZA 20900, Italy

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $494.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.171

POLYQUEST, INC., 7979 EASTWOOD ROAD, SUITE 201,
WILMINGTON, NC 28403

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**              $3,222,880.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.172

POWER MACHINERY CENTER, 3450 E Camino Ave, Oxnard, CA
93030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $513.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.173

PRECISE PERSONNEL, LLC, 2781 W. MACARTHER BLVD. B176,
SANTA ANA, CA 92704

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $159,365.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

Debtor   Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

**3.174**

PREMIER TRAILER LEASING, INC., 5201 TENNYSON PARKWAY, STE 250, PLANO, TX 75024

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,013.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Lease

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.175**

PREMIER WATER MANAGEMENT, LLC, PO BOX 22655, SANTA BARBARA, CA 93121-2655

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,960.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.176**

PRIME PACKAGING, 1201 Maulhardt Ave, Oxnard, CA 93030

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,172.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.177**

PRIME RESOURCE, INC., 566 S. STATE COLLEGE BLVD., FULLERTON, CA 92831

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,848.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.178

PRO FARM TRUCKING, INC., 5312 N. OLIVE HILL RD., SOMIS, CA
93066

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $11,927.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.179

PROVOAST AUTOMATION CONTROLS, 12635 DANIELSON CT.
SUITE 205, POWAY, CA 92064

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $4,217.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.180

Q STAFFING SERVICES, PO Box 13188, Milwaukee, MI 53213-0188

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $6,114.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.181

QUALITY FREIGHT LOGISTICS, INC., 24649 MOUND RD., WARREN,
MI 48091

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $435,965.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.182

QUILL CORPORATION, P.O. BOX 37600, PHILADELPHIA, PA 19101-0600

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,151.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.183

R.B.DWYER CO., INC., 2891 E. MIRALOMA AVE., ANAHEIM, CA 92806

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,765.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.184

RAYCO SECURITY, INC., 7748 GLORIA AVENUE, VAN NUYS, CA 91406

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,091.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.185

REDLINE EXPRESS DELIVERY, PO Box 92741, Los Angeles, CA 90009

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $706.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   Pinnpack Packaging, LLC.                                        Case number *(if known)* 21-10538
         Name

3.186

REIFENHAUSER INC., PO BOX 489, 12260 W. 53RD STREET NORTH,
Maize, KS 67101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $137.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.187

RIVER CITY WOOD PRODUCTS, LLC, 19885 DETROIT ROAD #200,
ROCKY RIVER, OH 44116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $8,396.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.188

ROBERT R. BARAJAS, 2910 Archibald Ave, #A-437, Ontario, CA
91761

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $5,836.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Commission

**Is the claim subject to offset?**

☐ No

☐ Yes

3.189

ROCHEUX INTERNATIONAL,INC., 100 Middlesex Ave, Carteret, NJ
07008

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                 $252,275.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor   Pinnpack Packaging, LLC.
         Name

Case number *(if known)* 21-10538

**3.190**

RUTLAND TOOL & SUPPLY CO., INC., PO Box 31001-1902, Pasadena, CA 91110-1902

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $737.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.191**

SAFETY-KLEEN SYSTEMS, INC., P.O. BOX 975201, DALLAS, TX 75397-5201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $584.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.192**

SAFETYKNIFE, INC., 932 W. MESQUITE ST., GILBERT, AZ 85233

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $695.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.193**

SAMUEL HONG, 1228 ARROYO VIEW ST., THOUSAND OAKS, CA 91320

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $193,749.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

Debtor    Pinnpack Packaging, LLC.
          Name                                          Case number *(If known)* 21-10538

**3.194**

SCOTT BARTELS, 353 ARTEMESIA AVE., VENTURA, CA 93001

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                  $4,050.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.195**

SENCORPWHITE, INC, 400 KIDDS HILL RD, HYANNIS, MA 02601-
1850

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                   $679.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.196**

SERVICE-PRO FIRE PROTECTION INC., P.O. BOX 20144, OXNARD, CA
93034

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                 $1,387.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.197**

SHANNON SMITH, Address Redacted

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                   $270.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee Expenses

**Is the claim subject to offset?**
☐ No

☐ Yes

Debtor    Pinnpack Packaging, LLC.
Name

Case number *(if known)* 21-10538

**3.198**

SHELL ENERGY NORTH AMERICA(US),L.P., 1000 MAIN ST. LEVEL 12, HOUSTON, TX 77002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $208,727.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.199**

SILVAS OIL COMPANY INC., P.O. BOX 1048, FRESNO, CA 93714

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $9,867.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.200**

SoCalGas, P.O. BOX C, MONTEREY PARK, CA 91756

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $10,665.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.201**

SOURCE ONE PACKAGING, LLC, 20 COMMERCE DR. UNIT A, HAUPPAUGE, NY 11788

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $4,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.202

SOUTH WESTERN BAG, 1380 E. 6th St, Los Angeles, CA 90021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $349.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.203

SOUTHERN CALIFORNIA EDISON COMPANY, P.O. BOX 300,
ROSEMEAD, CA 91771

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $995,141.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☐ No

☐ Yes

3.204

SPECIALTY TOOL & MOLD, INC., 4542 ROGER B CHAFFEE DEM DR
SE, GRAND RAPIDS, MI 49548

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $11,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.205

SPRINT, P.O. BOX 4181, CAROL STREAM, IL 60197-4181

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $424.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.206

SPS COMMERCE, INC., P.O. BOX 205782, DALLAS, TX 75320-5782

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $346.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.207

STANDARD INDUSTRIES, J.D.M.L. INC., 1905 LIRIO AVENUE,
VENTURA, CA 93004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $15,702.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.208

STATE COMPENSATION INSURANCE FUND, PO Box 7854, San
Francisco, CA 94120-7854

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $6,478.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.209

STRATFORD SAFETY PRODUCTS, 125 John Roberts Road Suite 16,
Portland, ME 04106

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $470.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.210

SUNBELT RENTALS, INC., P.O. BOX 409211, ATLANTA, GA 30384-9211

**As of the petition filing date, the claim is:**    $23,094.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.211

SUNLAND CONSULTING, INC., 3600 WILSHIRE BLVD. SUITE 1610, LOS ANGELES, CA 90010

**As of the petition filing date, the claim is:**    $1,425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

3.212

SUPERIOR SANITARY SUPPLIES, 1730 IVES AVENUE, OXNARD, CA 93033

**As of the petition filing date, the claim is:**    $4,822.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

3.213

TELENET VOIP, INC., 850 PARKVIEW DRIVE NORTH, EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:**    $600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**

☐ No

☐ Yes

3.214

THE BUSINESS LEGAL GROUP, 225 SOUTH LAKE AVE. SUITE 300, PASADENA, CA 91101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $14,490.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.215

THERMOFORMER PARTS SUPPLIERS, 3818 TERRY DIANE, P.O. BOX 485, Beaverton, MI 48612

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $248.40
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.216

THERMOFORMING SYSTEMS LLC, 1601 W. PINE STREET, UNION GAP, WA 98903

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $24,965.06
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.217

TIERNEY INDUSTRIAL WAREHOUSE, INC., 1401 WEST CLIFF DR., P.O. BOX 442, Logansport, IN 46947

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $780.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.218

TOOLING TECHNOLOGY, LLC, P.O. BOX 319, 100 ENTERPRISE DRIVE, Fort Loramie, OH 45845-0319

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,848.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.219

TOTAL QUALITY LOGISTICS, LLC, P.O. BOX 799, MILFORD, OH 45150

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $5,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.220

TRANE U.S. INC., FILE 56718, LOS ANGELES, CA 90074-6718

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $6,566.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.221

TRELLEBORG APPLIED TECHNOLOGIES, 24 TEED DRIVE, RANDOLPH, MA 02368

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,064.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.222

TRI COUNTY TOOL INC., 109 N. OLIVE ST., SANTA PAULA, CA 93060

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $28,482.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.223

TRIA AMERICA INC, 10918 GRANITE ST., CHARLOTTE, NC 28273

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,531.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.224

TRINITY LOGISTICS, INC., 50 FALLON AVE., SEAFORD, DE 19973

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,749.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.225

UBER FREIGHT LLC, P.O. BOX 74007178, CHICAGO, IL 60674

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $56,709.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No

☐ Yes

Debtor   Pinnpack Packaging, LLC.
         Name

Case number *(if known)* 21-10538

**3.226**

ULINE, P.O. BOX 88741, CHICAGO, IL 60680-1741

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $3,256.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.227**

UNIFIRST CORPORATION, 10244 NORRIS AVE., PACOIMA, CA 91331

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**            $120.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.228**

UNITED POLYMERS INC., 14385 INDUSTRY CIRCLE, LA MIRADA, CA 90638

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $1,771.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.229**

UNIVERSAL DYNAMICS, INC., 11700 SHANNON DR., FREDERICKSBURG, VA 22408

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**         $25,990.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.230

UNIVERSAL FUNDING LLP, PO Box 740, Maywood, NJ 07607-0740

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $3,932.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.231

UPS, P.O. BOX 650116, DALLAS, TX 75265-0116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $1,634.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Freight services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.232

VARIETY PRINTING & GRAPHICS, 17618 Sherman Way, Van Nuys , CA 91406

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $150.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.233

VERIZON ADVANCED DATA INC., PO Box 14084A, Newark, NJ 07198-0084

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $8,170.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.234

VERIZON COMMUNICATIONS, PO Box 920041, Dallas, TX 75392-0041

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $329.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☐ No

☐ Yes

3.235

VFK Head Corp., Rm A-801, WooLim Blue-Nine, Yeomchang-dong 240-21, Kangseo-gu , Seoul, South Korea

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $14,462.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.236

VINMAR POLYMERS AMERICA, LLC, 16825 Northchase Dr., Suite #1400, Houston, TX 77060

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $1,418.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No

☐ Yes

3.237

VORTEX INDUSTRIES, INC., 20 ODYSSEY, IRVINE, CA 92618

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $1,861.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No

☐ Yes

3.238

VULCAN PLASTICS TECHNOLOGY CO. LTD., HONGXIN INDUSTRY PARK, NO.1, BUILDING, 1B DABUXIANG BAO AN,, GUANLAN, SHENZHEN, 518000 CHINA 518000 China

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

$5,000.00

3.239

WAGNER DIE SUPPLY, 2041 ELM COURT, ONTARIO, CA 91761

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

$338.27

3.240

WEST COAST AIR CONDITIONING, 561-A KINETIC DR., OXNARD, CA 93030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

$92,520.00

3.241

WEST COAST ELECTRIC MOTORS, 1126 EAST 5TH STREET, OXNARD, CA 93030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**

☐ No

☐ Yes

$3,570.64

Debtor    Pinnpack Packaging, LLC.
        Name                                                Case number *(if known)* 21-10538

3.242

WESTERN HYDROSTATICS INC., 2301 WINDSOR COURT, ADDISON, IL 60101

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,890.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.243

WESTERN RUBBER & SUPPLY, 1575 Greenville Road, Livermore, CA 94550

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,135.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**
☐ No
☐ Yes

3.244

WHITTIER GRINDING CO., INC., 8116 SECURA WAY, SANTA FE SPRINGS, CA 90670

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $16,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.245

WILLDAN ENERGY SOLUTIONS, INC., 2401 E. KATELLA AVE., STE 300, Anaheim, CA 92806

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,894.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.246

WOLFPACK PROTECTIVE SERVICES, P.O. BOX 2906, WINNETKA, CA 91396

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,193.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.247

WTB SOLUTIONS, 1000 W MacArthur Blvd, Unit 139, Santa Ana, CA 92707

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $345.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.248

ZEE MEDICAL SERVICE CO., 107 S. BRYANT ST., OJAI, CA 93023-3309

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,626.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.249

ZEMARC CORPORATION, 6431 FLOTILLA ST., LOS ANGELES, CA 90040

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,215.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☐ No
☐ Yes

3.250

ZORO, 909 ASBURY DR., BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**                    $1,538.07
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
Various

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

---

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $360,907.15 |
| 5b. **Total claims from Part 2** | 5b. | $12,123,210.25 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $12,484,117.40 |

**Fill in this information to identify the case:**

Debtor name: Pinnpack Packaging, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10538

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | See Schedule G Attachment

**State the term remaining**

**List the contract number of any government contract**

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | Master Lease Agreement - Equipment | 179 | Master Lease Agreement No. 17704 | Blue Street Capital LLC | 2120 Main Street | Suite 160 | Huntington Beach, | CA | 92648 | |
| 2.002 | Supply Agreement | Unknown | | Burcham International | 4068 Fernandina Rd # B | | Columbia | SC | 02921 | |
| 2.003 | Warehousing, Fulfillment and Logistics | 210 | | Canadian Warehouse and Logistics | 200 Shoemaker Street | | Kitchener | | N2E 3EI | Canada |
| 2.004 | Sales Broker Agreement | Unknown | | CFE Sales Company Inc dba Packaging Solutions International | 1205 Johnson Ferry Road | Suite 126 #345 | Marietta | GA | 30068 | |
| 2.005 | Insurance - Product | 199 | G71754467 002. | Chubb Insurance Solutions Agency Inc | 202 Halls Mills Road | | Whitehouse Station | NJ | 08889-0000 | |
| 2.006 | Sales Broker Agreement | Unknown | | Consolidated Packaging Resources, LLC | 30 Old Farm Road | | Moreland Hills | OH | 44022 | |
| 2.007 | Amendment to Agreement Dated March 1, 2017 | Unknown | | Consolidated Packaging Resources, LLC | 30 Old Farm Road | | Moreland Hills | OH | 44022 | |
| 2.008 | Equipment Lease - Copier Kyocera | Unknown | #FTW103414-001 | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Rd | Ste 1 | Wayne | PA | 19087-1453 | |
| 2.009 | Equipment Lease - Copier Konica Minolta | Unknown | Bizhub C258 | De Lage Landen Financial Services, Inc | 1111 Old Eagle School Rd | Ste 1 | Wayne | PA | 19087-1453 | |
| 2.010 | Real Property Lease | 1,882 | | Duris Corporation | 1966 Seasons Street | | Simi Valley | CA | 93065 | |
| 2.011 | Insurance - Workers Compensation | 103 | EIG 4559699 00 | Employers Assurance Co | 2550 Paseo Verde Parkway | Suite 100 | Henderson | NV | 89074-7117 | |
| 2.012 | Insurance - Workers Compensation Managing Members/Trustees Excluded | 103 | EIG 4559699 00 | Employers Assurance Co | 2550 Paseo Verde Parkway | Suite 100 | Henderson | NV | 89074-7117 | |
| 2.013 | Sales Broker Agreement | Unknown | | GDI Packaging Solutions, Inc. | 1504 Postmaster Drive | | Oakville | ON | L6M 2Y7 | Canada |
| 2.014 | Management Agreement | 57 | | HPC Industries LLC | 10250 Constellation Blvd. | Suite 2820 | Los Angeles | CA | 90067 | |
| 2.015 | Maintenance Agreement | Unknown | | InfinityQS | 12601 Fair Lakes Circle | Suite 250 | Fairfax | VA | 22033 | |
| 2.016 | Maintenance Agreement | 1,522 | | Ingersoll-Rand Compression Technologies & Services | 6291 Marburn Avenue | | Buena Park | CA | 90621 | |
| 2.017 | Notice of Assignment | Unknown | Equipment Lease Schedule No. I and the Master Agreement No. 20072445 dated March 15, 2017 | Jules And Associates , Inc | 515 S. Figuero St. | Ste 1950 | Los Angeles | CA | 90071 | |
| 2.018 | Equipment Lease | 344 | Master Equipment Lease Agreement No. 20072445 | Jules And Associates , Inc | 515 S. Figuero St. | Ste 1950 | Los Angeles | CA | 90071 | |
| 2.019 | Equipment Schedule | Unknown | Master Equipment Lease Agreement No. 20072445 Schedule No 1. | Jules And Associates , Inc | 515 S. Figuero St. | Ste 1950 | Los Angeles | CA | 90071 | |
| 2.020 | Storage And Distribution Proposal And Agreement | Unknown | | Manitoulin Warehousing & Distribution | 7035 Ordan Drive Mississaga | | Ontario | | L5T 1T1 | Canada |
| 2.021 | Consulting Agreement | Unknown | | Marco Associates, LLC | 495 Grand Blvd | Suite 206 | Miramar Beach | FL | 32550 | |
| 2.022 | Sales Broker Agreement | Unknown | | Mclaren Enterprises, Inc. | 901 Aqurina Blvd | | Melbourne Beach | FL | 32951 | |
| 2.023 | Equipment Lease - Forklift To Extend Lease | Unknown | To extend lease 301-0166511-001 | National Lift Fleet Leasing and Sales | 201 N. Rice Ave #G | | Oxnard | CA | 93030 | |
| 2.024 | Maintenance Agreement - Limited | Unknown | | National Lift Fleet Leasing and Sales | 201 N. Rice Ave #G | | Oxnard | CA | 93030 | |
| 2.025 | Maintenance Agreement - Full | 671 | UC PF50LP SN# P1F2-9H25032 | National Lift Fleet Leasing and Sales | 201 N. Rice Ave #G | | Oxnard | CA | 93030 | |
| 2.026 | Hour Usage Addendum | Unknown | Addendum to Lease 301-0166511-002 | National Lift Fleet Leasing and Sales | 201 N. Rice Ave #G | | Oxnard | CA | 93030 | |
| 2.027 | Equipment - Indicative Term Sheet | Unknown | Indicative Term Sheet | Nations Equipment Finance LLC | 501 MERRITT SEVEN | | Norwalk | CT | 06851 | |
| 2.028 | Sales Broker Agreement | Unknown | | Numarks Associates LLC | 16 Fawnbrook Lane | | Simsbury | CT | 06070 | |
| 2.029 | Service Agreement | Unknown | | Ontario Refrigeration Service, Inc | 4601 Telephone Road | Suite 114 | Ventura | CA | 93003 | |
| 2.030 | Sales Broker Agreement | Unknown | | Pacific Packaging Enterprises, Inc. | 4037 Phelan | Suite A285 | Phelan | CA | 92371 | |
| 2.031 | Sales Broker Agreement | Unknown | | Packaging Consultants, LLC | 15 Cavewood Lane | | Owings Mills | MD | 01413 | |
| 2.032 | Sales Broker Agreement | Unknown | | Patriot Pak, LLC | 269 Middlesex Rd | Suite 4 | Tyngsboro | MA | 01879 | |
| 2.033 | Equipment Lease - Forklift | 41 | Agreement No. 145972 | PNC Equipment LLC | 655 Business Center Drive | | Horsham | PA | 19044 | |
| 2.034 | Equipment Lease - Forklift | 6 | Agreement No. 144762 | PNC Equipment LLC | 655 Business Center Drive | | Horsham | PA | 19044 | |
| 2.035 | Staffing Services Agreement | 752 | | Precise Personnel | 2781 W. Macarthur Blvd. B176 | | Santa Ana | CA | 92704 | |
| 2.036 | Property Tax Consultant | Unknown | | Property Tax Assistance Co., Inc | 16600 Woodruff Ave | Suite 200 | Bellflower | CA | 907206 | |
| 2.037 | Security | 48 | | Rayco Security Loss Prevention Systems Inc | 7748 Gloria Avenue | | Van Nuys | CA | 91406 | |
| 2.038 | Brokers/Manufactures Representatives Agreement | Unknown | | Robert Barajas | 2910 Archibald Ave #A-437 | | Ontario | CA | 91761 | |
| 2.039 | Software - Manufacturing Operation Cloud | Unknown | | Safi Analytics | 26 Carloradon Dr. | | Orinda | CA | 94563 | |
| 2.040 | Severance and General Release Agreement | 56 | | Sam Hong | 1228 Arroyo View | | Thousand Oaks | CA | 91320 | |
| 2.041 | Employment Agreement | Unknown | | Shannon Smith | N/A | | | | | |
| 2.042 | Equipment | 290 | | Standard Industries | 1905 Lirio Avenue | | Ventura | CA | 93004 | |
| 2.043 | Master Lease Agreement - Equipment | 1,182 | | Storebrair Commercial Finance LLC | 5601 Granite Parkway | Suite 1350 | Plano Texas | TX | 75024 | |
| 2.044 | Sales Brokerage Agreement | Unknown | | Strategic Packaging LLC | 2108 N. Herron road Kp N | | Lake Bay | WA | 98349 | |
| 2.045 | Maintenance Agreement | Unknown | | Streamline Office Solutions | 1211 Flynn Rd, Suite 103 | | Camarillo | CA | 93012 | |
| 2.046 | Equipment Lease | 140 | | Susquehana Commercial Finance, Inc. | 2 Country View Road | Suite 300 | Malvern | PA | 19355 | |
| 2.047 | Equipment - Electronic Communication Station Subscription | 756 | Purchase Order 60299 | The Marlin Company | 10 Research Parkway | | Wallingford | CT | 06492-1957 | |
| 2.048 | Equipment Purchase and License | Unknown | | Thermoforming Systems LLC | 1601 West Pine | | Union Gap | WA | 98903-9502 | |
| 2.049 | Service Agreement | 1,367 | | Trane USA. Inc, dba Trane | 3253 E Imperial Highway | | Brea | CA | 92821 | |
| 2.050 | Master Service Agreement - Telecommunications | Unknown | Master Service Agreement 7.00-20160705 | UniVoIP, Inc | 830 Parkview Dr. N. | | El Segundo | CA | 90245 | |
| 2.051 | Preventative Maintenance | Unknown | Ref. # SQ-448271 | Vortex Industries, Inc | 20 Odyssey | | Irvine | CA | 92618 | |
| 2.052 | Preventative Maintenance | Unknown | Ref. # SQ-392358 | Vortex Industries, Inc | 20 Odyssey | | Irvine | CA | 92618 | |
| 2.053 | Equipment Lease - Forklift | 469 | | Wells Fargo Equipment Finance, Manufacturer Services Group | 800 Walnut Street | 4th Floor | Des Moines | IA | 503309 | |
| 2.054 | Equipment Lease - Forklift | Unknown | Agreement No 301-0166511-000 | Wells Fargo Equipment Finance, Manufacturer Services Group | 800 Walnut Street | 4th Floor | Des Moines | IA | 503309 | |
| 2.055 | Equipment Lease - Forklift | 470 | Agreement No 301-0166511-001 | Wells Fargo Equipment Finance, Manufacturer Services Group | 800 Walnut Street | 4th Floor | Des Moines | IA | 503309 | |
| 2.056 | Equipment Lease - Forklift | 772 | Agreement No 301-0166511-002 | Wells Fargo Equipment Finance, Manufacturer Services Group | 800 Walnut Street | 4th Floor | Des Moines | IA | 503309 | |
| 2.057 | Installation of New Chiller Plant - Consolidation Project | Unknown | Quote #WC -38193 | West Coast Air Conditioning | 561-A Kinetic Drive | | Oxnard | CA | 93030 | |

**Fill in this information to identify the case:**

Debtor name: Pinnpack Packaging, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10538

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1<br>CarbonLite Holdings LLC | CarbonLite Holdings LLC<br>10250 Constellation Blvd<br>Suite 2820<br>Los Angeles, CA 90067 | Orion Energy Partners Investment Agent, LLC as Collateral Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.2<br>CarbonLite Industries, LLC | CarbonLite Industries LLC<br>875 Michigan Ave<br>Riverside, CA 92507 | Bank Leumi USA | ☑ D<br>☐ E/F<br>☐ G |
| 2.3<br>CarbonLite Industries, LLC | CarbonLite Industries LLC<br>875 Michigan Ave<br>Riverside, CA 92507 | Orion Energy Partners Investment Agent, LLC as Collateral Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.4<br>CarbonLite PI Holdings, LLC | CarbonLite PI Holdings, LLC<br>10250 Constellation Blvd, Suite 2820<br>Los Angeles, CA 90067 | Bank Leumi USA | ☑ D<br>☐ E/F<br>☐ G |

2.5
CarbonLite PI Holdings,
LLC

CarbonLite PI Holdings, LLC
10250 Constellation Blvd, Suite 2820
Los Angeles, CA 90067

Orion Energy Partners Investment Agent, LLC as
Collateral Agent

☑ D
☐ E/F
☐ G

2.6
CarbonLite Pinnpack, LLC

CarbonLite Pinnpack, LLC
10250 Constellation Blvd
Suite 2820
Los Angeles, CA 90067

Bank Leumi USA

☑ D
☐ E/F
☐ G

2.7
CarbonLite Pinnpack, LLC

CarbonLite Pinnpack, LLC
10250 Constellation Blvd
Suite 2820
Los Angeles, CA 90067

Orion Energy Partners Investment Agent, LLC as
Collateral Agent

☑ D
☐ E/F
☐ G

2.8
CarbonLite Sub-Holdings,
LLC

CarbonLite Sub-Holdings, LLC
10250 Constellation Blvd, Suite 2820
Los Angeles, CA 90067

Orion Energy Partners Investment Agent, LLC as
Collateral Agent

☑ D
☐ E/F
☐ G

2.9
Pinnpack P, LLC

Pinnpack P, LLC
10250 Constellation Blvd, Suite 2820
Los Angeles, CA 90067

Orion Energy Partners Investment Agent, LLC as
Collateral Agent

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: Pinnpack Packaging, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 21-10538

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 04/05/2021 | /s/ Brian Weiss |
| Executed on | Signature of individual signing on behalf of debtor |
| | Brian Weiss |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |