**Exhibit C**

**DIP Comparators**

## DIP Comps ($000)

| Company | Filing Date | Term (months) | Revolver | Term Loans | Total Committed | Total New Money | Roll-Up Ratio | Fixed Rate Equivalent Revolver | Fixed Rate Equivalent Term Loans | Fixed Rate Equivalent Blended [1] | All-In Costs [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Briggs & Stratton Corporation | Jul-20 | 9 | $ 350,000 | $ 265,000 | $ 615,000 | $ 263,103 | 1.3x | 4.5% | 8.0% | 6.0% | 8.7% |
| Permian Holdco 1, Inc. (PermianLide) | Jul-20 | 6 | - | 5,000 | 5,000 | 3,725 | 0.3x | - | 10.3% | 10.3% | 18.4% |
| Libbey Glass, Inc. | Jun-20 | 6 | 100,000 | 120,000 | 220,000 | 78,081 | 1.8x | 3.8% | 6.3% | 5.2% | 19.3% |
| Exide Holdings, Inc. | May-20 | 6 | - | 40,000 | 40,000 | 40,000 | 0.0x | - | 12.0% | 12.0% | 19.3% |
| Pace Industries, LLC | Apr-20 | 3 | 125,000 | 50,000 | 175,000 | 82,750 | 1.1x | 5.2% | 9.5% | 6.4% | 12.9% |
| CARBO Ceramics Inc. | Mar-20 | 5 | - | 15,000 | 15,000 | 15,000 | 0.0x | - | 8.0% | 8.0% | 11.6% |
| High Ridge Brands Co. | Dec-19 | 4 | - | 40,000 | 40,000 | 20,000 | 1.0x | - | 8.9% | 8.9% | 20.9% |
| Emerge Energy Services LP | Jul-19 | 6 | 35,000 | - | 35,000 | 35,000 | 0.0x | 10.3% | - | 10.3% | 16.3% |
| Shale Support Global Holdings, LLC | Jul-19 | 6 | - | 16,600 | 16,600 | 10,000 | 0.7x | - | 10.0% | 10.0% | 14.0% |
| Vista Proppants and Logistics LLC | Jun-19 | 6 | - | 11,000 | 11,000 | 11,000 | 0.0x | - | 11.8% | 11.8% | 17.8% |
| The NORDAM Group, Inc. | Jul-18 | 9 | 45,000 | - | 45,000 | 45,000 | 0.0x | 7.8% | - | 7.8% | 9.2% |
| M&G USA Corporation (Mossi & Ghisolfi) | Oct-17 | 6 | - | 100,000 | 100,000 | 94,000 | 0.1x | - | 10.9% | 10.9% | 23.8% |
| High | | 9 | $ 350,000 | $ 265,000 | $ 615,000 | $ 263,103 | 1.8x | 10.3% | 12.0% | 12.0% | 23.8% |
| Mean | | 6 | 131,000 | 66,260 | 109,800 | 58,138 | 0.9x | 6.3% | 9.6% | 9.0% | 16.0% |
| Median | | 6 | 100,000 | 40,000 | 40,000 | 37,500 | 1.0x | 5.2% | 9.7% | 9.5% | 17.1% |
| Low | | 3 | 35,000 | 5,000 | 5,000 | 3,725 | 0.1x | 3.8% | 6.3% | 5.2% | 8.7% |
| Texas DIP Facility | Mar-21 | 6 | $ - | $ 15,000 | $ 15,000 | $ 15,000 | 0.0x | - | 12.0% | 12.0% | 18.0% |
| Pennsylvania DIP Facility | Mar-21 | 6 | $ - | $ 75,000 | $ 75,000 | $ 25,000 | 2.0x | - | 12.0% | 12.0% | 18.0% |
| California DIP Term Loan Facility | Mar-21 | 4 | $ - | $ 65,500 | $ 65,500 | $ 20,000 | 2.3x | - | 11.0% | 11.0% | 20.2% |
| California DIP ABL Facility | Mar-21 | 4 | $ 18,500 | $ - | $ 18,500 | $ 10,710 | 0.7x | 8.0% | - | 8.0% | 14.0% |

(1) Takes the lowest applicable rate in the event of interest rate structures with multiple reference rates within the credit agreement.
(2) All-in cost is calculated by adding together fixed rate (annual) equivalent in addition to closing and exit fees, all as a % of committed DIP facilities.