# Exhibit D

# Professional Fee Comparators

| | Case | Petition Date | Debtor Total | UCC Total | Fees as % Debtor |
|---|---|---|---|---|---|
| | **UCC vs. Debtor Professionals** | | | | |
| 1 | **Pier 1 Imports, Inc.** | 2/17/2020 | | | |
| | Fees | | $ 9,344,949 | $ 3,125,088 | 33.4% |
| 2 | **Emerge Energy Services LP** | 7/15/2019 | | | |
| | Fees | | $ 9,447,596 | $ 5,251,540 | 55.6% |
| 3 | **VER Technologies HoldCo LLC** | 4/5/2018 | | | |
| | Fees | | $ 11,748,124 | $ 3,040,408 | 25.9% |
| 4 | **uBiome, Inc.** | 9/4/2019 | | | |
| | Fees | | $ 1,191,746 | $ 229,549 | 19.3% |
| 5 | **True Religion Apparel, Inc. (2020)** | 4/13/2020 | | | |
| | Fees | | $ 3,723,613 | $ 957,028 | 25.7% |
| 6 | **Vista Proppants and Logistics LLC** | 6/9/2020 | | | |
| | Fees | | $ 3,527,592 | $ 1,809,183 | 51.3% |
| 7 | **American Blue Ribbon Holdings, LLC** | 1/27/2020 | | | |
| | Fees | | $ 2,723,914 | $ 1,442,065 | 52.9% |
| 8 | **AAC Holdings, Inc.** | 6/20/2020 | | | |
| | Fees | | $ 8,137,558 | $ 1,738,404 | 21.4% |
| 9 | **Cinemex Holdings USA, Inc.** | 4/25/2020 | | | |
| | Fees | | $ 7,881,301 | $ 1,286,374 | 16.3% |
| | **Mean** | | | | **33.5%** |

*Sources: Case filings and Debtwire*