**Exhibit E**

**Bid Protections Comparators**

| Bid Protections Analysis ($000s) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Company | Petition Date | Stalking Horse Bid | Break-Up Fee | | Expense Reimbursement | | Minimum Overbid | | Total Bid Protections | |
| | | | Amount | % of SHB | Amount | % of SHB | Amount | % of SHB | Amount | % of SHB |
| Hollander Sleep Products | May-19 | $ 102,000 | $ 3,060 | 3.0% [a] | $ - | - | $ 1,000 | 1.0% | $ 4,060 | 4.0% |
| Armstrong Energy, Inc. | Nov-17 | 90,000 | - | - | 1,000 | 1.1% | - | - | 1,000 | 1.1% |
| Pernix Sleep, Inc. | Feb-19 | 75,600 | - | - | 1,134 | 1.5% | 250 | 0.3% | 1,384 | 1.8% |
| Orexigen Therapeutics, Inc. | Mar-18 | 75,000 | 3,500 | 4.7% | 2,000 | 2.7% | 500 | 0.7% | 6,000 | 8.0% |
| Aralez Pharmaceuticals US Inc. | Aug-18 | 177,500 | 1,663 | 0.9% | 925 | 0.5% | 1,000 | 0.6% | 3,588 | 2.0% |
| Louisiana Pellets, Inc. | Feb-16 | 35,400 | 350 | 1.0% | 358 | 1.0% | 500 | 1.4% | 1,208 | 3.4% |
| Pier 1 Imports, Inc. | Feb-20 | 18,005 | 360 | 2.0% | 25 | 0.1% | 360 | 2.0% | 745 | 4.1% |
| Melinta Therapeutics | Dec-19 | 140,000 | - | - | 2,000 | 1.4% | 500 | 0.4% | 2,500 | 1.8% |
| Orchids Paper Products Company | Apr-19 | 207,000 | - | - | - | - | 500 | 0.2% | 500 | 0.2% |
| Ryckman Creek Resources, LLC | Feb-16 | 26,000 [b] | 250 | 1.0% | 250 | 1.0% | - | - | 500 | 1.9% |
| Primorsk International Shipping | Jan-16 | 215,000 | 2,150 | 1.0% | 100 | 0.0% | - | - | 2,250 | 1.0% |
| BJ Services | Jul-20 | 65,000 | 1,050 | 1.6% | 1,050 | 1.6% | 750 | 1.2% | 2,850 | 4.4% |
| **Mean** | | $ 102,209 | $ 1,548 | 1.9% | $ 884 | 1.1% | $ 596 | 0.9% | $ 2,215 | 2.8% |
| **Median** | | 82,800 | 1,356 | 1.3% | 963 | 1.1% | 500 | 0.7% | 1,817 | 2.0% |
| **CarbonLITE Holdings, LLC** | **Mar-21** | **$ -** | **$ -** | **3.0%** | **1,400** | **NA** | **500** | **NA** | **1,900** | **NA** |

Source: Debtwire and Company filings.
(a) Reflects 3.0% of stalking horse bid for total bid protections.
(b) Reflects the Plan Sponsor Cash Consideration.