# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CARBONLITE HOLDINGS LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-10527 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 179, 180, 181, 205, 206** |

## CERTIFICATE OF SERVICE

I, Stanley B. Tarr, hereby certify that on April 5, 2021, I served or caused to be served the *Motion of the Official Committee of Unsecured Creditors to File Under Seal the Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion and Attendant Declaration* [Docket No. 179] via CM/ECF upon those parties registered to receive such electronic notifications in this case and upon the persons or entities listed on the attached Service List A via either (i) U.S. first-class mail, postage fully pre-paid, or (ii) electronic mail, as indicated thereon. I further certify that on April 5, 2021, I served or caused to be served the *Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion* [Docket No. 180] via CM/ECF upon those parties registered to receive such electronic notifications in this case. I further certify that on April 5, 2021, I served or caused to be served the *[SEALED] Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[Docket No. 181] via electronic mail upon the persons or entities listed on the attached Service List B. I further certify that on April 6, 2021, I served or caused to be served the *Declaration of Edward Kim in Support of Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion* [Docket No. 205] via CM/ECF upon those parties registered to receive such electronic notifications in this case. I further certify that on April 6, 2021, I served or caused to be served the *[SEALED] Declaration of Edward Kim in Support of Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion* [Docket No. 206] via electronic mail upon the persons or entities listed on the attached Service List B.

Dated: April 6, 2021

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Regina Stango Kelbon (DE No. 5444)
Stanley B. Tarr (DE No. 5535)
Jose F. Bibiloni (DE No. 6261)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
E-mail:    Kelbon@BlankRome.com
    Tarr@BlankRome.com
    JBibiloni@BlankRome.com

-and-

**HOGAN LOVELLS US LLP**
Erin N. Brady
David P. Simonds
Edward McNeilly
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:    (310) 785-4600
Facsimile:    (310) 785-4601
Email:    erin.brady@hoganlovells.com
    david.simonds@hoganlovells.com
    edward.mcneilly@hoganlovells.com

-and-

Kevin J. Carey
1735 Market St., Floor 23
Philadelphia, PA 19103
Telephone:      (267) 675-4600
Facsimile:       (267) 675-4601
Email:             kevin.carey@hoganlovells.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

# SERVICE LIST A

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Service Method |
|---|---|---|---|---|---|---|---|---|---|---|
| 2245 Valley LLC | Attn: Jamie Johnson | 225 W Hospitality Ln | Suite 315 | | San Bernardino | CA | 92408 | | | **VIA FIRST CLASS MAIL** |
| Allan Company | Attn: Jason Young CEO | 14620 Joanbridge St | | | Baldwin Park | CA | 91706 | | | **VIA FIRST CLASS MAIL** |
| American Starlinger-Sahm Inc. | Attn: Wes Wood & Megan Jones | 11 Jack Casey Ct | | | Fountain Inn | SC | 29644 | | wwood@starlingersahm.com | **VIA EMAIL** |
| American Supply Company | c/o Sterling Industries LP | Attn: Alex Nehora | 1621 E 27th St | | Los Angeles | CA | 90011 | | anehorai@aol.com | **VIA EMAIL** |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | 70 W Madison St | Suite 4200 | | Chicago | IL | 60602-4321 | | michael.messersmith@arnoldporter.com; sarah.gryll@arnoldporter.com; ginger.clements@arnoldporter.com | **VIA EMAIL** |
| B&B Plastics Recyclers Inc. | Attn: Susana Rodriguez | 3040 N Locust Ave | | | Rialto | CA | 92377 | | info@bbplasticsinc.com | **VIA EMAIL** |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | 230 Park Ave | | New York | NY | 10169-0075 | | akramer@otterbourg.com; dmorse@otterbourg.com; fpecorelli@otterbourg.com | **VIA EMAIL** |
| California Department of Resources Recycling & Recovery | | 1001 I St | Mail Stop 9A | | Sacramento | CA | 95814 | | | **VIA FIRST CLASS MAIL** |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 | | bankruptcy@coag.gov | **VIA EMAIL** |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey W. Dulberg | 10100 Santa Monica Blvd | 13th Floor | Los Angeles | CA | 90067 | | jdulberg@pszjlaw.com | **VIA EMAIL** |
| CarbonLite Holdings LLC | c/o Force Ten Partners LLC | Attn: Brian Weiss | 20341 SW Birch St | Suite 220 | Newport Beach | CA | 92660 | | bweiss@force10partners.com | **VIA EMAIL** |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | 919 N Market St | 17th Floor | Wilmington | DE | 19899 | | joneill@pszjlaw.com; sgolden@pszjlaw.com; efile1@pszjlaw.com | **VIA EMAIL** |
| Cigna | Attn: Director or Officer | 400 N Brand Blvd | 3rd Floor | | Glendale | CA | 91203 | | pdmglendale@cigna.com | **VIA EMAIL** |
| City of Riverside | Attn: Finance Division & Public Utilities | 3900 Main St | 6th Floor | | Riverside | CA | 92522 | | callcenter@riversideca.gov | **VIA EMAIL** |
| Custom Polymers Pet LLC | Attn: Petra | 831 E Morehead St | Suite 40 | | Charlotte | NC | 28202 | | petra@custompolymers.com | **VIA EMAIL** |
| Delaware Office of the Attorney General | Delaware Department of Justice | Carvel State Building | 820 N French St | | Wilmington | DE | 19801 | | attorney.general@delaware.gov | **VIA EMAIL** |
| Delaware Secretary of State | Division of Corporations | Franchise Tax | 401 Federal St | PO Box 898 | Dover | DE | 19903 | | dosdoc_bankruptcy@state.de.us | **VIA EMAIL** |
| Delaware State Treasury | | 820 Silver Lake Blvd | Suite 100 | | Dover | DE | 19904 | | statetreasurer@state.de.us | **VIA EMAIL** |
| Duris Corporation | Attn: Sam Hong | 2655 1st St | Suite 250 | | Simi Valley | CA | 93065 | | samhong805@gmail.com | **VIA EMAIL** |
| Emerging Acquisitions LLC | | 3592 W 5th Ave | | | Eugene | OR | 97402 | | | **VIA FIRST CLASS MAIL** |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | 180 E 11th Ave | | Eugene | OR | 97401 | | hhecfb@hershnerhunter.com; ncary@hershnerhunter.com | **VIA EMAIL** |
| Engie Resources LLC | Attn: Tamara Cooper | PO Box 9001025 | | | Louisville | KY | 40290-1025 | | tamara.cooper@engie.com | **VIA EMAIL** |
| Exact Staff Inc. | Attn: Jennie Bowles | 21031 Ventura Blvd | Suite 501 | | Woodland Hills | CA | 91364 | | jbowles@exactstaff.com | **VIA EMAIL** |
| Fairmont Logistics | Attn: Dalila Gomez | 9663 Santa Monica Blvd | Suite 1092 | | Beverly HIlls | CA | 90210 | | dalila@fairmontlogistics.com | **VIA EMAIL** |
| Federal Communications Commission | Attn: Matthew Berry | Office of General Counsel | 445 12th St SW | | Washington | DC | 20554 | | | **VIA FIRST CLASS MAIL** |
| GP Harmon Recycling LLC | dba Harmon Associates LLC | Attn: Susan Roth & Jason Smither | 1 Jericho Plaza | Suite 204 | Jericho | NY | 11753-1681 | | sroth@gapac.com; jsmithe@gapac.com | **VIA EMAIL** |

In re: CarbonLite Holdings LLC et al.
Case No. 21-10527 (JTD)

Page 1 of 4

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Service Method |
|---|---|---|---|---|---|---|---|---|---|---|
| Indorama Ventures Sustainable Solutions - Fontana | Attn: Paul Lee | 11591 Etiwanda Ave | | | Fontana | CA | 92337 | | paul.lee@us.indorama.net | **VIA EMAIL** |
| Internal Revenue Service | | PO Box 21126 | | | Philadelphia | PA | 19114 | | | **VIA FIRST CLASS MAIL** |
| Internal Revenue Service | Attn: Susanne Larson | 31 Hopkins Plaza | Room 1150 | | Baltimore | MD | 21201 | | sbse.Insolvency.balt@irs.gov | **VIA EMAIL** |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | | **VIA FIRST CLASS MAIL** |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd | 2nd Floor | | Newark | DE | 19711-5445 | | | **VIA FIRST CLASS MAIL** |
| KT Resources | Attn: Kitaek Oh | 1340 E Route 66 | Suite 200-D | | Glendora | CA | 91740 | | okt@ktresources.net | **VIA EMAIL** |
| Latham & Watkins LLP | Attn: Jeff Bjork | 355 S Grand Ave | Suite 100 | | Los Angeles | CA | 90071 | | jbjork@latham.com; carbonlite.lwteam@lw.com | **VIA EMAIL** |
| Latham & Watkins LLP | Attn: James Ktsanes | 330 N Wabash Ave | Suite 2800 | | Chicago | IL | 60611 | | james.ktsanes@lw.com | **VIA EMAIL** |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | 885 Third Ave | | | New York | NY | 10022 | | andrew.ambruoso@lw.com | **VIA EMAIL** |
| MacDermid Incorporated | Attn: Deborah Gorzelany | PO Box 843568 | | | Los Angeles | CA | 90084-3568 | | deborah.gorzelany@macdermidenthone.com | **VIA EMAIL** |
| Marglen Industries Inc | Attn: M. Cook | 1748 Ward Mountain Rd NE | | | Rome | GA | 30161 | | mcook@marglen.us | **VIA EMAIL** |
| Miles Chemical Company Inc. | Attn: Dan Zinman, Tammy Simpers, & Gregg Milhaupt | 12801 Rangoong St | | | Arleta | CA | 91331 | | cs@mileschemical.com | **VIA EMAIL** |
| MoLo Solutions | Attn: Kelly Barnes | PO Box 7050 | | | Carol Stream | IL | 60197-7050 | | kelly.barnes@shipmolo.com | **VIA EMAIL** |
| Nestle Waters North America Inc. | Attn: Maria French & Tonia M. Cannon | 900 Long Ridge Rd | Bldg 2 | | Stamford | CT | 06902 | | maria.french@waters.nestle.com | **VIA EMAIL** |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | 4000 Town Center | Suite 1800 | Southfield | MI | 48075-1505 | | robert.hertzberg@troutman.com; kay.kress@troutman.com | **VIA EMAIL** |
| Niagara Bottling LLC | Attn: Pamela Anderson Cridlebaugh & Sid Gulati | 2560 E Philadelphia St | | | Ontario | CA | 91761 | | panderson@niagarawater.com; sgulati@niagarawater.com | **VIA EMAIL** |
| Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy | | | Irving | TX | 75063 | | | **VIA FIRST CLASS MAIL** |
| OCI International Inc. | Attn: Jake Hwang | 11767 Katy Fwy | Suite 1140 | | Houston | TX | 77079 | | jake@ocii.net | **VIA EMAIL** |
| Office of the Attorney General | Attn: Michael B. Mukasey | U.S. Department of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | | **VIA FIRST CLASS MAIL** |
| Office of the United States Attorney for the District of Delaware | c/o US Attorneys Office | Hercules Building | 1313 N Market St | | Wilmington | DE | 19801 | | | **VIA FIRST CLASS MAIL** |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | 23901 Calabasas Rd | Suite 1085 | Calabasas | CA | 93201 | | nevrard@exactstaff.com; gordonsmith17@yahoo.com; kgoodwin@exactstaff.com | **VIA EMAIL** |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | 4207 Ste. Catherine St W | Suite 202 | Westmount | QC | H3Z 1P6 | Canada | carolina.velarde@bantaminc.com; vytas.gruodis@bantaminc.com | **VIA EMAIL** |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | 5300 S Boyle Ave | | Vernon | CA | 90058 | | lworley@rplanetearth.com; bob@rplanetearth.com | **VIA EMAIL** |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | 5300 S Boyle Ave | | Vernon | CA | 90058 | | lworley@rplanetearth.com; bob@rplanetearth.com | **VIA EMAIL** |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | 2393 S Congress Ave | Suite 200 | West Palm Beach | FL | 33406 | | sloan@banyanplastics.com | **VIA EMAIL** |
| Official Committee of Unsecured Creditors | c/o Niagara Bottling LLC | Attn: John Breedlove, Esq. | 1440 S Bridgegate Dr | | Diamond Bar | CA | 91765 | | jbreedlove@niagarawater.com | **VIA EMAIL** |

In re: CarbonLite Holdings LLC et al.
Case No. 21-10527 (JTD)

Page 2 of 4

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Service Method |
|---|---|---|---|---|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Everrank Investment Group Inc. | Attn: David Ha | 17450 SIlica Dr | | Victorville | CA | 92395 | | davidha@everrankca.com | **VIA EMAIL** |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | PO Box 515381 | PMB 83530 | Los Angeles | CA | 90051-6681 | | mark@replenysh.com; legal@replenysh.com | **VIA EMAIL** |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | 2393 S Congress Ave | Suite 200 | West Palm Beach | FL | 33406 | | sloan@banyanplastics.com | **VIA EMAIL** |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | 4207 Ste. Catherine St W | Suite 202 | Westmount | QC | H3Z 1P6 | Canada | carolina.velarde@bantaminc.com; vytas.gruodis@bantaminc.com | **VIA EMAIL** |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | PO Box 515381 | PMB 83530 | Los Angeles | CA | 90051-6681 | | mark@replenysh.com; legal@replenysh.com | **VIA EMAIL** |
| Official Committee of Unsecured Creditors | c/o Everrank Investment Group Inc. | Attn: David Ha | 17450 SIlica Dr | | Victorville | CA | 92395 | | davidha@everrankca.com | **VIA EMAIL** |
| Olympic Wire & Equipment Co. Inc. | | PO Box 3227 | | | Newport Beach | CA | 92659 | | | **VIA FIRST CLASS MAIL** |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | 330 N Wabash Ave | Suite 2800 | Chicago | IL | 60611 | | james.ktsanes@lw.com | **VIA EMAIL** |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | 355 S Grand Ave | Suite 100 | Los Angeles | CA | 90071 | | jeff.bjork@lw.com; nicholas.messana@lw.com | **VIA EMAIL** |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | 885 Third Ave | | New York | NY | 10022 | | andrew.ambruoso@lw.com | **VIA EMAIL** |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | 230 Park Ave | | | New York | NY | 10169-0075 | | akramer@otterbourg.com; dmorse@otterbourg.com | **VIA EMAIL** |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 | | | **VIA FIRST CLASS MAIL** |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | | Washington | DC | 20005-4026 | | | **VIA FIRST CLASS MAIL** |
| Plastic Express | Attn: Monica Ruiz | 15450 Salt Lake Ave | | | City of Industry | CA | 91745 | | | **VIA FIRST CLASS MAIL** |
| Plastic Recycling Corp of California | Attn: Sally Houghton | PO Box 1400 | | | Suisun City | CA | 94585-4400 | | shoughton@prcc.biz | **VIA EMAIL** |
| PNC Equipment Finance LLC | | 655 Business Center Dr | | | Horsham | PA | 19044 | | | **VIA FIRST CLASS MAIL** |
| Polyquest Inc. | Attn: Heather Mercer | 1979 Eastwood Rd | Suite 201 | | Wilmington | NC | 28403 | | | **VIA FIRST CLASS MAIL** |
| PQ Recycling, a Polyquest Company | Attn: Megan Adams | 1979 Eastwood Rd | Suite 201 | | Wilmington | NC | 28403 | | meganadams@polyquest.com | **VIA EMAIL** |
| Quality Freight Logistics Inc. | Attn: Philip Wojtuniecki | 24649 Mound Rd | | | Warren | MI | 48091 | | pwojtuniecki@qflteam.com | **VIA EMAIL** |
| RePET Inc. | Attn: Jui-Li Yen & Jay Chein | 14207 Monte Vista Ave | | | Chino | CA | 91710 | | sales@repetinc.com; jchou@repetusa.com | **VIA EMAIL** |
| Secretary of State | Division of Corporations | Franchise Tax | PO Box 7040 | | Dover | DE | 19903 | | | **VIA FIRST CLASS MAIL** |
| Secretary of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | | | **VIA FIRST CLASS MAIL** |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20220 | | | **VIA FIRST CLASS MAIL** |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | Brookfield Place | 200 Vesey St | Suite 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov | **VIA EMAIL** |

In re: CarbonLite Holdings LLC et al.
Case No. 21-10527 (JTD)

Page 3 of 4

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Service Method |
|---|---|---|---|---|---|---|---|---|---|---|
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | 100 F Street NE | | Washington | DC | 20549 | | secbankruptcy-ogc-ado@sec.gov | **VIA EMAIL** |
| Securities & Exchange Commission | Attn: Mark Schonfeld, Regional Director | 3 World Financial Center | Suite 400 | | New York | NY | 10281-1022 | | | **VIA FIRST CLASS MAIL** |
| Shell Energy North America LP | Attn: Bankruptcy & Credit | 150 N Dairy Ashford Rd | Building F | | Houston | TX | 77079 | | sena.customersupport@shell.com; travis.torrence@shell.com; nashira.parker@shell.com | **VIA EMAIL** |
| Shermco Industries Inc | Attn: Allison Jones | PO Box 540545 | | | Dallas | TX | 75354 | | ajones@shermco.com | **VIA EMAIL** |
| Signature Business Leasing LLC | | 225 Broadhollow Rd | Suite 132W | | Melville | NY | 11747 | | | **VIA FIRST CLASS MAIL** |
| Sorema, Division of Previero | Attn: Director or Officer | 17 Via per Cavolto | | | Anzano del Parco | CO | 22040 | Italy | cwcozart@aol.com | **VIA EMAIL** |
| Southern California Edison Company | Attn: Director or Officer | 10060 Telegraph Rd | | | Ventura | CA | 93004 | | | **VIA FIRST CLASS MAIL** |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | 1201 Main St | 2nd Floor | Greenville | SC | 29601 | | fdavis@hsblawfirm.com; hharrington@hsblawfirm.com; mphillips@mmwr.com; marc-phillips-8177@ecf.pacerpro.com; smcguffin@hsblawfirm.com | **VIA EMAIL** |
| Stonebriar Commercial Finance LLC | | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | | | **VIA FIRST CLASS MAIL** |
| Susquehanna Commercial Finance Inc. | | 2 Country View Rd | Suite 300 | | Malvern | PA | 19355 | | | **VIA FIRST CLASS MAIL** |
| Texas Office of the Attorney General | | 300 W 15th St | | | Austin | TX | 78701 | | | **VIA FIRST CLASS MAIL** |
| Toyota Industries Commercial Finance Inc. | | PO Box 9050 | | | Dallas | TX | 75019-9050 | | | **VIA FIRST CLASS MAIL** |
| Toyota Motor Corporation | | PO Box 3457 | | | Torrance | CA | 90510 | | | **VIA FIRST CLASS MAIL** |
| UMB Bank N.A., as Trustee | | 120 S Sixth St | | | Minneapolis | MN | 55402 | | | **VIA FIRST CLASS MAIL** |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | 70 W Madison St | Suite 4200 | Chicago | IL | 60602-4231 | | michael.messersmith@arnoldporter.com; sarah.gryll@arnoldporter.com; ginger.clements@arnoldporter.com | **VIA EMAIL** |
| Waste Management | Attn: Shameka Harney | 1001 Fannin | Suite 4000 | | Houston | TX | 77002 | | sharney@wm.com | **VIA EMAIL** |
| Wells Fargo Bank N.A. | | PO Box 3072 | | | Cedar Rapids | IA | 52406-3072 | | | **VIA FIRST CLASS MAIL** |
| WorldWide of New York Inc. | Attn: Lisa Lee & Jeff SooHoo | 169 Commack Rd | Suite 339 | | Commack | NY | 11725 | | jeff@wwofny.com | **VIA EMAIL** |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | 1000 N King St | | | Wilmington | DE | 19801 | | rbrady@ycst.com; eharron@ycst.com; kcoyle@ycst.com | **VIA EMAIL** |

In re: CarbonLite Holdings LLC et al.
Case No. 21-10527 (JTD)

Page 4 of 4

**SERVICE LIST B**

| | | |
|---|---|---|
| Steven W. Golden | Pachulski Stang Ziehl & Jones LLP | sgolden@pszjlaw.com |
| Richard M. Pachulski | Pachulski Stang Ziehl & Jones LLP | rpachulski@pszjlaw.com |
| Gabriel I. Glazer | Pachulski Stang Ziehl & Jones LLP | gglazer@pszjlaw.com |
| James E. O'Neill | Pachulski Stang Ziehl & Jones LLP | joneill@pszjlaw.com |
| Joseph McMahon | Office of the U.S. Trustee | joseph.mcmahon@usdoj.gov |
| Andrew Ambruoso | Latham & Watkins LLP | Andrew.Ambruoso@lw.com |
| James Ktsanes | Latham & Watkins LLP | James.Ktsanes@lw.com |
| Nicholas Messana | Latham & Watkins LLP | Nicholas.Messana@lw.com |
| Jeff Bjork | Latham & Watkins LLP | Jeff.Bjork@lw.com |
| James Ktsanes | Latham & Watkins LLP | James.Ktsanes@lw.com |
| Chirag Dedania | Latham & Watkins LLP | Chirag.Dedania@lw.com |
| Markus Marwitz | Latham & Watkins LLP | Markus.vonderMarwitz@lw.com |
| Brad Warner | Latham & Watkins LLP | Brad.Warner@lw.com |
| Andrew Kramer | Otterbourg P.C. | akramer@otterbourg.com |
| Frank Pecorelli | Otterbourg P.C. | FPecorelli@otterbourg.com |
| Sarah Gryll | Arnold & Porter Kaye Scholer LLP | Sarah.Gryll@arnoldporter.com |