IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON APRIL 8, 2021 AT 1:00 P.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE JOHN T. DORSEY**

> **PLEASE TAKE NOTICE:** Until further notice, all hearings scheduled before Judge Dorsey will be conducted entirely over Zoom. All participants are required to register prior to the hearing using the Zoom link provided below. You must register with your full name or you will not be permitted into the Zoom hearing. Persons without internet access may contact Chambers staff to request a toll-free number to appear telephonically. Please contact Chambers at least one business day prior to the scheduled hearing.
>
> **Zoom link:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsc-igrDIpGiawjU-yDtKTEzHEmGjERDg**

**UNCONTESTED MATTERS:**

1. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay and/or Honor Prepetition Employee Obligations and Pay Third Party and Contract Workers; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests [Filed 3/8/21] (Docket No. 5)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

Responses Received: Informal comments from the U.S. Trustee.

Related Documents:

- A. [Signed] Interim Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Employee Obligations and Pay Third Party and Contract Workers; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests [Filed 3/9/21] ([Docket No. 67](#))

- B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay and/or Honor Prepetition Employee Obligations and Pay Third Party and Contract Workers; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests [Filed 3/10/21] ([Docket No. 82](#))

Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

2. Debtors' Motion for Interim and Final Orders Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief [Filed 3/8/21] ([Docket No. 6](#))

Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

Responses Received: Informal comments from the U.S. Trustee and the Official Committee of Unsecured Creditor.

Related Documents:

- A. [Signed] Interim Order Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief [Filed 3/10/21] ([Docket No. 73](#))

    B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Interim and Final Orders Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief [Filed 3/10/21] ([Docket No. 84](#))

Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

3. Debtors' Motion for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 3/8/21] ([Docket No. 8](#))

   Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 4:00 p.m. (ET).

   Responses Received:

       A. Informal comments from the U.S. Trustee.

       B. Objection of Certain Utility Companies to the Debtors' Motion for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief Filed by Southern California Gas Company, Southern California Edison Company, Metropolitan Edison Company [Filed 3/22/21] ([Docket No. 116](#))

           i. Notice of Withdrawal of Objection of Certain Utility Companies to the Debtors' Motion for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 4/5/21] ([Docket No. 173](#))

   Related Documents:

       A. [Signed] Interim Order (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors'

       Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 3/9/21] ([Docket No. 69](#))

   B. Notice of Revised Exhibit "C" to Debtors' Motion for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 3/10/21] ([Docket No. 77](#))

   C. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 3/10/21] ([Docket No. 85](#))

Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies, and (II) Granting Related Relief [Filed 3/8/21] ([Docket No. 9](#))

Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

Responses Received: Informal comments from the U.S. Trustee and the Official Committee of Unsecured Creditors.

Related Documents:

   A. [Signed] Interim Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies, and (II) Granting Related Relief [Filed 3/9/21] ([Docket No. 70](#))

   B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies, and (II) Granting Related Relief [Filed 3/10/21] ([Docket No. 83](#))

Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

5. Debtors' First Omnibus Motion for Entry of an Order (A) Authorizing Debtor to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365, Effective *Nunc Pro Tunc* to the Rejection Date, and (B) Fixing a Bar Date for Claims of Counterparty [Filed 3/8/21] ([Docket No. 10](#))

    Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Notice of Hearing on Debtors' First Omnibus Motion for Entry of an Order (A) Authorizing Debtor to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365, Effective *Nunc Pro Tunc* to the Rejection Date, and (B) Fixing a Bar Date for Claims of Counterparty [Filed 3/10/21] ([Docket No. 86](#))

    Status: This matter will be going forward.

6. Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Filed 3/18/21] ([Docket No. 104](#))

    Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

    Responses Received: Informal comments from the U.S. Trustee.

    Related Documents:

    A. Supplemental Declaration of James E. O'Neill in Support of Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Filed 4/2/21] ([Docket No. 161](#))

    Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

7. Debtors' Application for Appointment of Stretto as Administrative Advisor Effective as of the Petition Date [Filed 3/18/21] ([Docket No. 105](#))

    Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 4:00 p.m. (ET).

    Responses Received: Informal comments from the U.S. Trustee.

    Related Documents: None at this time.

    Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

8. Debtors' Application Pursuant to Section 327(e) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for an Order Authorizing the Retention and Employment of Reed Smith LLP as Special Corporate Counsel to the Debtors and Debtors in Possession Effective as of the Petition Date [Filed 3/18/21] ([Docket No. 106](#))

    Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

    Responses Received: Informal comments from the U.S. Trustee.

    Related Documents:

    A. Supplemental Declaration of Moshe J. Kupietzky in Support of Debtors Application Pursuant to Section 327(e) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for an Order Authorizing the Retention and Employment of Reed Smith LLP as Special Corporate Counsel to the Debtors and Debtors in Possession Effective as of the Petition Date [Filed 4/2/21] ([Docket No. 162](#))

    Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

9. Motion for Entry of an Order (I) Authorizing the Debtors to (A) Retain Force Ten Partners, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel and (B) Designating Brian Weiss as Chief Restructuring Officer for the Debtors Effective as of the Petition Date and (II) Granting Related Relief [Filed 3/18/21] ([Docket No. 107](#))

    Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

    Responses Received: Informal comments from the U.S. Trustee.

Related Documents:

    A. Supplemental Declaration of Brian Weiss in Support of Motion for Entry of an Order (I) Authorizing the Debtors to (A) Retain Force Ten Partners, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel and (B) Designating Brian Weiss as Chief Restructuring Officer for the Debtors Effective as of the Petition Date and (II) Granting Related Relief [Filed 4/2/21] ([Docket No. 163](#))

Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

10. Debtors' Motion for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed 3/18/21] ([Docket No. 108](#))

    Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

    Responses Received: Informal comments from the U.S. Trustee.

    Related Documents: None at this time.

    Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

11. Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed 3/18/21] ([Docket No. 109](#))

    Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

    Responses Received: Informal comments from the Official Committee of Unsecured Creditors.

    Related Documents: None at this time.

    Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

**MATTERS GOING FORWARD:**

12. Debtor Carbonlite Recycling LLC's Motion for Authority to Pay Critical Vendor Replenysh, Inc. [Filed 4/2/21] ([Docket No. 164](#))

    Response Deadline: At the hearing.

    Responses Received: None at this time.

Related Documents:

 A. [Signed] Order Granting Motion to Shorten Notice Period and Schedule Hearing on Debtor Carbonlite Recycling LLC's Motion for Authority to Pay Critical Vendor Replenysh, Inc. [Filed 4/5/21] (Docket No. 169)

 B. Notice of Hearing on Debtor Carbonlite Recycling LLC's Motion for Authority to Pay Critical Vendor Replenysh, Inc. [Filed 4/5/21] (Docket No. 171)

Status: This matter will be going forward.

13. Debtor CarbonLite Industries LLC's Motion to Assume Executory Contract, As Amended, with Cedarwood-Young Company d/b/a Allan Company [Filed 4/2/21] (Docket No. 167)

Response Deadline: At the hearing.

Responses Received: None at this time.

Related Documents:

 A. [Signed] Order Granting Motion to Shorten Notice Period and Schedule Hearing on Debtor CarbonLite Industries LLC's Motion to Assume Executory Contract, As Amended, with Cedarwood-Young Company d/b/a Allan Company [Filed 4/5/21] (Docket No. 170)

 B. Notice of Hearing on Debtor CarbonLite Industries LLC's Motion to Assume Executory Contract, As Amended, with Cedarwood-Young Company d/b/a Allan Company [Filed 4/5/21] (Docket No. 172)

Status: This matter will be going forward.

14. Motion of the Official Committee of Unsecured Creditors to File Under Seal the Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion and Attendant Declaration [Filed 4/5/21] (Docket No. 179)

Response Deadline: At the hearing.

Responses Received: None at this time.

Related Documents:

 A. Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion [Filed 4/5/21] (Redacted Version, Docket No. 180; Sealed Version, Docket No. 181)

    i. Declaration of Edward Kim in Support of Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion [Filed 4/6/21] (Redacted Version, Docket No. 205; Sealed Version, Docket No. 206)

 Status: This matter will be going forward.

15. Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units, (III) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (IV) Approving the Form of and Manner for Filing Proofs of Claim, (V) Approving Notice of Bar Dates, and (VI) Granting Related Relief [Filed 3/18/21] (Docket No. 110)

 Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

 Responses Received: Informal comments from DIP Lenders, the Official Committee of Unsecured Creditors and the U.S. Trustee.

 Related Documents: None at this time.

 Status: All informal comments are resolved and the Debtors will submit a revised order under certification of counsel.

16. Debtors' Motion For (I) An Order (A) Approving Bid Procedures For The Sale Of Substantially All Of The Debtors Assets; (B) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases; (C) Approving Certain Bid Protections In Connection With The Debtors Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling The Auction And Sale Hearing; (E) Approving The Form And Manner Of Notice Thereof; And (F) Granting Related Relief; And (II) An Order Or Orders (A) Approving The Sale Of The Debtors Assets Free And Clear Of All Claims, Liens, And Encumbrances; And (B) Approving The Assumption And Assignment Or Rejection Of Executory Contracts And Unexpired Leases [Filed 3/18/21] (Docket No. 112)

 Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the U.S. Trustee and the Official Committee of Unsecured Creditors to April 5, 2021 at 5:00 p.m. (ET).

 Responses Received:

  A. Objection of Cigna to Debtors Motion for (I) an Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtors Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection With the Debtors Entry Into any Potential Stalking Horse Agreements; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; And (F) Granting Related Relief; and (II) an Order or Orders (A)

Approving the Sale of the Debtors Assets Free and Clear of all Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases (related document(s)112) Filed by Cigna Health and Life Insurance Company and Cigna Dental Health [Filed 3/31/21] ([Docket No. 151](#))

B. Limited Objection of California Department of Resources Recycling and Recovery to Debtors' Motion For (I) An Order (A) Approving Bid Procedures For The Sale Of Substantially All Of The Debtors Assets; (B) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases; (C) Approving Certain Bid Protections In Connection With The Debtors Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling The Auction And Sale Hearing; (E) Approving The Form And Manner Of Notice Thereof; And (F) Granting Related Relief; And (II) An Order Or Orders (A) Approving The Sale Of The Debtors Assets Free And Clear Of All Claims, Liens, And Encumbrances; And (B) Approving The Assumption And Assignment Or Rejection Of Executory Contracts And Unexpired Leases [Filed 4/1/21] ([Docket No. 159](#))

C. Objection of the United States Trustee to Debtors' Motion for an Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection With the Debtors' Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief [Filed 4/5/21] ([Docket No. 177](#))

D. Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion [Filed 4/5/21] (Redacted Version, [Docket No. 180](#); Sealed Version, Docket No. 181)

> i. Declaration of Edward Kim in Support of Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion [Filed 4/6/21] (Redacted Version, [Docket No. 205](#); Sealed Version, Docket No. 206)

<u>Related Documents</u>: None.

<u>Status</u>: This matter will be going forward.  Mr. Weiss and Mr. Morgner will serve as the Debtors' witnesses.  Edward Kim of Province, LLC, the Committee's proposed financial advisor, will serve as the Committee's witness.

17.  TX/PA Debtors' Motion Pursuant to Sections 105, 361, 362, 363, 364, 503 and 507 of the Bankruptcy Code Seeking Entry of Interim and Final Orders (I) Authorizing the TX/PA Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Filed 3/8/21] (Docket No. 11)

Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 4:00 p.m. (ET).

Responses Received:

   A. Objection of Southfork LP to TX/PA Debtors' Motion Pursuant to Sections 105, 361, 362, 363, 364, 503 and 507 of the Bankruptcy Code Seeking Entry of Interim and Final Orders (I) Authorizing the TX/PA Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Filed 4/1/21] (Docket No. 155)

   B. Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion [Filed 4/5/21] (Redacted Version, Docket No. 180; Sealed Version, Docket No. 181)

        i. Declaration of Edward Kim in Support of Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion [Filed 4/6/21] (Redacted Version, Docket No. 205; Sealed Version, Docket No. 206)

Related Documents:

   A. Declaration of Brian Weiss in Support of Debtors' Chapter 11 Petitions and First Day Relief [Filed 3/8/21] (Docket No. 13)

   B. Declaration of Richard W. Morgner in Support of the Debtors' Motions for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Filed 3/8/21] (Docket No. 17)

   C. [Signed] Interim Order (I) Authorizing CarbonLite Recycling LLC and CarbonLiteRecycling Holdings LLC to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties;

      (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Filed 3/10/21] (Docket No. 90)

   D.  [Signed] Interim Order (I) Authorizing CarbonLite P, LLC and CarbonLite P Holdings LLC to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Filed 3/10/21] (Docket No. 91)

   E.  Notice of Entry of Interim Orders and Final Hearing Regarding TX/PA Debtors Motion Pursuant to Sections 105, 361, 362, 363, 364, 503 and 507 of the Bankruptcy Code Seeking Entry of Interim and Final Orders (I) Authorizing the TX/PA Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Filed 3/10/21] (Docket No. 93)

Status: This matter will be going forward. The Debtors will rely on the declarations of Mr. Weiss and Mr. Morgner in support of this matter, which were admitted into evidence at the first day hearing. Mr. Weiss and Mr. Morgner will serve as the Debtors' witnesses to the extent additional evidentiary support is necessary. Edward Kim of Province, LLC, the Committee's proposed financial advisor, will serve as the Committee's witness.

18.  CA Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the CA Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the CA Debtors to Use Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Granting Adequate Protection to the Prepetition Lenders; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 3/8/21] (Docket No. 16)

Response Deadline: April 1, 2021 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to April 5, 2021 at 4:00 p.m. (ET).

Responses Received:

   A.  Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion [Filed 4/5/21] (Redacted Version, Docket No. 180; Sealed Version, Docket No. 181)

        i.  Declaration of Edward Kim in Support of Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion [Filed 4/6/21] (Redacted Version, Docket No. 205; Sealed Version, Docket No. 206)

Related Documents:

A. Declaration of Brian Weiss in Support of Debtors' Chapter 11 Petitions and First Day Relief [Filed 3/8/21] ([Docket No. 13](#))

B. Declaration of Richard W. Morgner in Support of the Debtors' Motions for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Filed 3/8/21] ([Docket No. 17](#))

C. [Signed] Interim Order (I) Authorizing CA Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection Prepetition Secured Parties; (III) Modifying Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Filed 3/10/21] ([Docket No. 74](#))

D. Notice of Entry of Interim Order and Final Hearing Regarding CA Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the CA Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the CA Debtors to Use Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Granting Adequate Protection to the Prepetition Lenders; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 3/10/21] ([Docket No. 89](#))

Status: This matter will be going forward.  The Debtors will rely on the declarations of Mr. Weiss and Mr. Morgner in support of this matter, which were admitted into evidence at the first day hearing.  Mr. Weiss and Mr. Morgner will serve as the Debtors' witnesses to the extent additional evidentiary support is necessary.  Edward Kim of Province, LLC, the Committee's proposed financial advisor, will serve as the Committee's witness.

| | |
|---|---|
| Dated: April 6, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (CA Bar No. 90073) |
| | Gabriel I. Glazer (CA Bar No. 246384) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Steven W. Golden (NY Bar No. 5374152) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Tel: (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | gglazer@pszjlaw.com |
| | joneill@pszjlaw.com |
| | sgolden@pszjlaw.com |

*Proposed Attorneys for Debtors and Debtors in Possession*