IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :  Chapter 11
                                                        :
CARBONLITE HOLDINGS LLC, *et al.*,[1]                   :  Case No. 21-10527 (JTD)
                                                        :
         Debtors.                                       :  (Jointly Administered)
                                                        :
                                                        :  **Re: Docket No. 235**
------------------------------------------------------- x

## NOTICE OF FILING OF PROPOSED REDACTED REPLY

**PLEASE TAKE NOTICE** that UMB Bank, N.A. in its separate capacities as TX DIP Agent,[2] PA DIP Agent, TX Prepetition Trustee, and PA Prepetition Trustee (collectively, the "<u>TX/PA Agent</u>"), has filed the attached proposed redacted version of the sealed *Reply of UMB Bank, N.A. in Support of (1) TX/PA Debtors' Motion Pursuant to Sections 105, 361, 362, 363, 364, 503 and 507 of the Bankruptcy Code Seeking Entry of Interim and Final Orders (I) Authorizing the TX/PA Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief; and (2) Debtors' Motion for (I) An Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Redacted Reply (as defined herein).

#114998621 v1

*with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) An Order or Orders (A) Approving the Sale of the Debtors' Assets Free and Clear of All Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases* [D.I. 235] (the "<u>Redacted Reply</u>"). The Redacted Reply is attached hereto as **<u>Exhibit A</u>**.

| | |
|---|---|
| Dated: April 7, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ *Kenneth A. Listwak*<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>David B. Stratton (DE Bar No. 960)<br>Evelyn J. Meltzer (DE Bar No. 4581)<br>Kenneth A. Listwak (DE Bar No. 6300)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br><br>-and-<br><br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Michael D. Messersmith (admitted *pro hac vice*)<br>Sarah Gryll (admitted *pro hac vice*)<br>Ginger Clements (admitted *pro hac vice*)<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602-4231<br>Telephone: (312) 583-2300<br>Facsimile: (312) 583-2360<br>michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com<br><br>*Co-Counsel to UMB Bank, N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Prepetition Trustee, and PA Prepetition Trustee* |