# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | : | Case No. 21-10527 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related to D.I. 235** |

---

## CERTIFICATE OF SERVICE

I, Kenneth A, Listwak, hereby certify that on the 7th day of April, 2021, I caused copies of the following document to be served by email upon the parties set forth on the attached service list:

- [SEALED] *Reply in Support of (1) TX/PA Debtors' Motion Pursuant to Sections 105, 361, 362, 363, 364, 503 and 507 of the Bankruptcy Code Seeking Entry of Interim and Final Orders (I) Authorizing the TX/PA Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief; and (2) Debtors' Motion for (I) An Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) An Order or Orders (A) Approving the Sale of the Debtors' Assets Free and Clear of All Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases* [D.I. 235]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Dated: April 8, 2021
      Wilmington, Delaware

Respectfully submitted,

*/s/ Kenneth A. Listwak*
TROUTMAN PEPPER HAMILTON SANDERS LLP
David B. Stratton (DE Bar No. 960)
Evelyn J. Meltzer (DE Bar No. 4581)
Kenneth A. Listwak (DE Bar No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
david.stratton@troutman.com
evelyn.meltzer@troutman.com
ken.listwak@troutman.com

-and-

ARNOLD & PORTER KAYE SCHOLER LLP
Michael D. Messersmith (admitted *pro hac vice*)
Sarah Gryll (admitted *pro hac vice*)
Ginger Clements (admitted *pro hac vice*)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
michael.messersmith@arnoldporter.com
sarah.gryll@arnoldporter.com
ginger.clements@arnoldporter.com

*Co-Counsel to UMB Bank, N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Prepetition Trustee, and PA Prepetition Trustee*

**CarbonLite Holdings 21-10527-JTD**
**Unredacted [SEALED] Reply (DI 235) Service List**

(*Counsel for the Debtors*)
Richard M. Pachulski
Gabriel I. Glazer
James E. O'Neill
Steven W. Golden
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
P.O. Box 8705 Wilmington, DE 19899
rpachulski@pszjlaw.com;
gglazer@pszjlaw.com; joneill@pszjlaw.com
sgolden@pszjlaw.com

(*Proposed Counsel for the Unsecured Creditors Committee*)
Erin N. Brady
David P. Simonds
Edward McNeilly
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
erin.brady@hoganlovells.com;
david.simonds@hoganlovells.com
edward.mcneilly@hoganlovells.com

(*Proposed Counsel for the Unsecured Creditors Committee*)
Regina Stango Kelbon
Stanley B. Tarr
Jose F. Bibiloni
**BLANK ROME LLP**
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Kelbon@BlankRome.com; Tarr@BlankRome.com;
JBibiloni@BlankRome.com

(*Proposed Counsel for the Unsecured Creditors Committee*)
Kevin J. Carey
**HOGAN LOVELLS US LLP**
1735 Market St., Floor 23
Philadelphia, PA 19103
kevin.carey@hoganlovells.com

(*Counsel for Orion Energy Partners Investment Agent, LLC*)
Jeffrey E. Bjork
Nicholas J. Messana
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
jeff.bjork@lw.com; nicholas.messana@lw.com

Joseph James McMahon, Jr.
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov

(*Counsel for Orion Energy Partners Investment Agent, LLC*)
James Ktsanes
**LATHAM & WATKINS LLP**
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
james.ktsanes@lw.com

(*Counsel for Orion Energy Partners Investment Agent, LLC*)
Andrew C. Ambruoso
Chirag K. Dedania
Brad Warner
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
andrew.ambruoso@lw.com; Chirag.Dedania@lw.com;
brad.warner@lw.com

#115007806 v1

**CarbonLite Holdings 21-10527-JTD**
**Unredacted [SEALED] Reply (DI 235) Service List**

(*Counsel for Orion Energy Partners Investment Agent, LLC*)
Robert S. Brady
Edwin J. Harron
Kara Hammond Coyle
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com; rbrady@ycst.com
eharron@ycst.com; kcoyle@ycst.com

(*Counsel for Bank Leumi*)
John H. Knight
David T. Queroli
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
knight@rlf.com; queroli@rlf.com

(*Counsel for BankLeumi*)
Andrew M. Kramer
Frank J. Pecorelli
**OTTERBOURG P.C.**
230 Park Avenue
New York, New York 10169-0075
akramer@otterbourg.com; fpecorelli@otterbourg.com

#115007806 v1