## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                                  :    Chapter 11
                                                        :
CARBONLITE HOLDINGS LLC, *et al.*, [1]                  :    Case No. 21-10527 (JTD)
                                                        :
            Debtors.                                    :    (Jointly Administered)
                                                        :
                                                        :    **Related to D.I.  236, 237, and 239**

------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Kenneth A, Listwak, hereby certify that on the 7th day of April, 2021, I caused copies of the following documents to be served upon the parties listed on the attached service list through the method indicated thereon, and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court:

- *Notice of Filing of Proposed Redacted Reply* [D.I. 236]; and

- *Motion of UMB Bank, N.A. for Leave to File Portion of Reply under Seal* [D.I. 237]; and

- *Motion of UMB Bank N.A. for Leave to File a Reply in Support of (1) TX/PA Debtors' Motion Pursuant to Sections 105, 361, 362, 363, 364, 503 and 507 of the Bankruptcy Code Seeking Entry of Interim and Final Orders (I) Authorizing the TX/PA Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims, and (B) Adequate Protection to the Prepetition Secured Parties; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief; and (2) Debtors' Motion for (I) An Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) An Order or Orders (A) Approving the Sale of the Debtors' Assets Free and Clear of All Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases* [D.I. 239]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

#115015224 v1

Dated: April 8, 2021
       Wilmington, Delaware

Respectfully submitted,

*/s/ Kenneth A. Listwak*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David B. Stratton (DE Bar No. 960)
Evelyn J. Meltzer (DE Bar No. 4581)
Kenneth A. Listwak (DE Bar No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
david.stratton@troutman.com
evelyn.meltzer@troutman.com
ken.listwak@troutman.com

-and-

ARNOLD & PORTER KAYE SCHOLER LLP
Michael D. Messersmith (admitted *pro hac vice*)
Sarah Gryll (admitted *pro hac vice*)
Ginger Clements (admitted *pro hac vice*)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
michael.messersmith@arnoldporter.com
sarah.gryll@arnoldporter.com
ginger.clements@arnoldporter.com

*Co-Counsel to UMB Bank, N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Prepetition Trustee, and PA Prepetition Trustee*

2

#115015224 v1

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| A1 Energy | c/o Saxton & Stump LLC | Attn: Barry A. Solodky | 280 Granite Run Dr | Suite 300 | Lancaster | PA | 17601 | | bso@saxtonstump.com<br>dat@saxtonstump.com | Email |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | 10345 W Olympic Blvd | | Los Angeles | CA | 90064 | | mgottfried@elkinskalt.com<br>aaburto@elkinskalt.com<br>myuen@elkinskalt.com | Email |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | 1105 N Market St | Suite 901 | Wilmington | DE | 19801 | | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com | Email |
| American Starlinger-Sahm Inc. | Attn: Wes Wood & Megan Jones | 11 Jack Casey Ct | | | Fountain Inn | SC | 29644 | | wwood@starlingersahm.com | Email |
| American Supply Company | c/o Sterling Industries LP | Attn: Alex Nehora | 1621 E 27th St | | Los Angeles | CA | 90011 | | anehorai@aol.com | Email |
| B&B Plastics Recyclers Inc. | Attn: Susana Rodriguez | 3040 N Locust Ave | | | Rialto | CA | 92377 | | info@bbplasticsinc.com | Email |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | 230 Park Ave | | New York | NY | 10169-0075 | | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com | Email |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | One Rodney Square | 920 N King St | Wilmington | DE | 19801 | | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com | Email |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick & Bryant B. Cannon | 1300 I St | Suite 125 | Sacramento | CA | 95814 | | andrea.kendrick@doj.ca.gov<br>bryant.cannon@doj.ca.gov<br>rochelle.udaquillen@doj.ca.gov | Email |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 | | bankruptcy@coag.gov | Email |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey W. Dulberg | 10100 Santa Monica Blvd | 13th Floor | Los Angeles | CA | 90067 | | jdulberg@pszjlaw.com | Email |
| CarbonLite Holdings LLC | c/o Force Ten Partners LLC | Attn: Brian Weiss | 20341 SW Birch St | Suite 220 | Newport Beach | CA | 92660 | | bweiss@force10partners.com | Email |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | 919 N Market St | 17th Floor | Wilmington | DE | 19899 | | joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br>efile1@pszjlaw.com | Email |
| Cigna | Attn: Director or Officer | 400 N Brand Blvd | 3rd Floor | | Glendale | CA | 91203 | | pdmglendale@cigna.com | Email |
| City of Riverside | Attn: Finance Division & Public Utilities | 3900 Main St | 6th Floor | | Riverside | CA | 92522 | | callcenter@riversideca.gov | Email |
| Custom Polymers Pet LLC | Attn: Petra | 831 E Morehead St | Suite 40 | | Charlotte | NC | 28202 | | petra@custompolymers.com | Email |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com | Email |
| Delaware Office of the Attorney General | Delaware Department of Justice | Carvel State Building | 820 N French St | | Wilmington | DE | 19801 | | attorney.general@delaware.gov | Email |
| Delaware Secretary of State | Division of Corporations | Franchise Tax | 401 Federal St | PO Box 898 | Dover | DE | 19903 | | dosdoc_bankruptcy@state.de.us | Email |
| Delaware State Treasury | | 820 Silver Lake Blvd | Suite 100 | | Dover | DE | 19904 | | statetreasurer@state.de.us | Email |
| Duris Corporation | Attn: Sam Hong | 2655 1st St | Suite 250 | | Simi Valley | CA | 93065 | | samhong805@gmail.com | Email |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | 180 E 11th Ave | | Eugene | OR | 97401 | | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com | Email |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr. | Pier 70 2801 Alaskan Way | Suite 300 | Seattle | WA | 98121 | | john.knapp@millernash.com<br>edgar.rosales@millernash.com<br>dona.purdy@millernash.com | Email |
| Engie Resources LLC | Attn: Tamara Cooper | PO Box 9001025 | | | Louisville | KY | 40290-1025 | | tamara.cooper@engie.com | Email |
| Exact Staff Inc. | Attn: Jennie Bowles | 21031 Ventura Blvd | Suite 501 | | Woodland Hills | CA | 91364 | | jbowles@exactstaff.com | Email |
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | 1313 N Market St | Suite 1201 | Wilmington | DE | 19801 | | jgentile@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>debankruptcy@beneschlaw.com<br>lmolinaro@beneschlaw.com | Email |

In re: CarbonLite Holdings LLC et al.<br>Case No. 21-10527 (JTD)

Page 1 of 5

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| GP Harmon Recycling LLC | dba Harmon Associates LLC | Attn: Jason Smither | 1 Jericho Plaza | Suite 204 | Jericho | NY | 11753-1681 | | jsmithe@gapac.com | Email |
| Indorama Ventures Sustainable Solutions - Fontana | Attn: Paul Lee | 11591 Etiwanda Ave | | | Fontana | CA | 92337 | | paul.lee@us.indorama.net | Email |
| Internal Revenue Service | Attn: Susanne Larson | 31 Hopkins Plaza | Room 1150 | | Baltimore | MD | 21201 | | sbse.Insolvency.balt@irs.gov | Email |
| KT Resources | Attn: Kitaek Oh | 1340 E Route 66 | Suite 200-D | | Glendora | CA | 91740 | | okt@ktresources.net | Email |
| Latham & Watkins LLP | Attn: Jeff Bjork | 355 S Grand Ave | Suite 100 | | Los Angeles | CA | 90071 | | jeff.bork@latham.com carbonlite.lwteam@lw.com | Email |
| Latham & Watkins LLP | Attn: James Ktsanes | 330 N Wabash Ave | Suite 2800 | | Chicago | IL | 60611 | | james.ktsanes@lw.com | Email |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | 885 Third Ave | | | New York | NY | 10022 | | andrew.ambruoso@lw.com | Email |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | 1401 McKinney St | Suite 1900 | Houston | TX | 77010 | | efreeman@jw.com vanaya@jw.com | Email |
| MacDermid Incorporated | Attn: Deborah Gorzelany | PO Box 843568 | | | Los Angeles | CA | 90084-3568 | | deborah.gorzelany@macdermidenthone.com | Email |
| Marglen Industries Inc | Attn: M. Cook | 1748 Ward Mountain Rd NE | | | Rome | GA | 30161 | | ap@marglen.us | Email |
| Miles Chemical Company Inc. | Attn: Dan Zinman, Tammy Simpers, & Gregg Milhaupt | 12801 Rangoong St | | | Arleta | CA | 91331 | | cs@mileschemical.com | Email |
| MoLo Solutions | Attn: Kelly Barnes | PO Box 7050 | | | Carol Stream | IL | 60197-7050 | | kelly.barnes@shipmolo.com | Email |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq. | 919 N Market St | Suite 420 | Wilmington | DE | 19801 | | jnimeroff@bmnlawyers.com cjones@bmnlawyers.com | Email |
| Nestle Waters North America Inc. | Attn: Maria French & Tonia M. Cannon | 900 Long Ridge Rd | Bldg 2 | | Stamford | CT | 06902 | | maria.french@waters.nestle.com | Email |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | 4000 Town Center | Suite 1800 | Southfield | MI | 48075-1505 | | robert.hertzberg@troutman.com kay.kress@troutman.com | Email |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | Hercules Plaza | 1313 N Market St Suite 5100 | Wilmington | DE | 19801 | | marcy.smith@troutman.com wlbank@troutman.com | Email |
| Niagara Bottling LLC | Attn: Pamela Anderson Cridlebaugh & Sid Gulati | 2560 E Philadelphia St | | | Ontario | CA | 91761 | | panderson@niagarawater.com sgulati@niagarawater.com | Email |
| Niagara Bottling LLC | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | 500 Delaware Ave | Suite 1500 | Wilmington | DE | 19801 | | emonzo@morrisjames.com bkeilson@morrisjames.com | Email |
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | 18101 Von Karman Ave | Suite 1000 | Irvine | CA | 92612 | | caroline.djang@bbklaw.com laurie.verstegen@bbklaw.com | Email |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | 965 Keynote Circle | | Brooklyn Heights | OH | 44131 | | bronationalecf@weltman.com sfink@weltman.com | Email |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | 844 King St | Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | | joseph.mcmahon@usdoj.gov ustpregion03.wl.ecf@usdoj.gov | Email |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | 23901 Calabasas Rd | Suite 1085 | Calabasas | CA | 93201 | | nevrard@exactstaff.com gordonsmith17@yahoo.com kgoodwin@exactstaff.com | Email |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | 4207 Ste. Catherine St W | Suite 202 | Westmount | QC | H3Z 1P6 | Canada | carolina.velarde@bantaminc.com vytas.gruodis@bantaminc.com | Email |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | 5300 S Boyle Ave | | Vernon | CA | 90058 | | bob@rplanetearth.com | Email |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | 5300 S Boyle Ave | | Vernon | CA | 90058 | | lworley@rplanetearth.com bob@rplanetearth.com | Email |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | 2393 S Congress Ave | Suite 200 | West Palm Beach | FL | 33406 | | sloan@banyanplastics.com | Email |
| Official Committee of Unsecured Creditors | c/o Niagara Bottling LLC | Attn: John Breedlove, Esq. | 1440 S Bridgegate Dr | | Diamond Bar | CA | 91765 | | jbreedlove@niagarawater.com | Email |
| Official Committee of Unsecured Creditors | c/o Everrank Investment Group Inc. | Attn: David Ha | 17450 SIlica Dr | | Victorville | CA | 92395 | | davidha@everrankca.com | Email |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | PO Box 515381 | PMB 83530 | Los Angeles | CA | 90051-6681 | | mark@replenysh.com legal@replenysh.com | Email |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | 2393 S Congress Ave | Suite 200 | West Palm Beach | FL | 33406 | | sloan@banyanplastics.com | Email |

In re: CarbonLite Holdings LLC et al.
Case No. 21-10527 (JTD)

Page 2 of 5

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Everrank Investment Group Inc. | Attn: David Ha | 17450 SIlica Dr | | Victorville | CA | 92395 | | davidha@everrankca.com | Email |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | 4207 Ste. Catherine St W | Suite 202 | Westmount | QC | H3Z 1P6 | Canada | carolina.velarde@bantaminc.com vytas.gruodis@bantaminc.com | Email |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | PO Box 515381 | PMB 83530 | Los Angeles | CA | 90051-6681 | | mark@replenysh.com legal@replenysh.com | Email |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | 1201 Market St | Suite 800 | Wilmington | DE | 19801 | | jbibiloni@blankrome.com kelbon@blankrome.com tarr@blankrome.com; | Email |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | 1735 Market St | Floor 23 | Philadelphia | PA | 19103 | | kevin.carey@hoganlovells.com; | Email |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | erin.brady@hoganlovells.com david.simonds@hoganlovells.com edward.mcneilly@hoganlovells.com cindy.mitchell@hoganlovells.com tracy.southwell@hoganlovells.com | Email |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | 330 N Wabash Ave | Suite 2800 | Chicago | IL | 60611 | | james.ktsanes@lw.com | Email |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | 355 S Grand Ave | Suite 100 | Los Angeles | CA | 90071 | | jeff.bjork@lw.com nicholas.messana@lw.com | Email |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | 885 Third Ave | | New York | NY | 10022 | | andrew.ambruoso@lw.com | Email |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | 1000 N King St | | Wilmington | DE | 19801 | | bankfilings@ycst.com rbrady@ycst.com eharron@ycst.com kcoyle@ycst.com | Email |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | 230 Park Ave | | | New York | NY | 10169-0075 | | akramer@otterbourg.com dmorse@otterbourg.com | Email |
| Plastic Recycling Corp of California | Attn: Sally Houghton | PO Box 1400 | | | Suisun City | CA | 94585-4400 | | shoughton@prcc.biz | Email |
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | PO Box 2611 | | Raleigh | NC | 27602-2611 | | jjeutter@smithlaw.com aosterhout@smithlaw.com | Email |
| PQ Recycling, a Polyquest Company | Attn: Megan Adams | 1979 Eastwood Rd | Suite 201 | | Wilmington | NC | 28403 | | meganadams@polyquest.com | Email |
| Quality Freight Logistics Inc. | Attn: Philip Wojtuniecki | 24649 Mound Rd | | | Warren | MI | 48091 | | pwojtuniecki@qflteam.com | Email |
| RePET Inc. | Attn: Jui-Li Yen & Jay Chein | 14207 Monte Vista Ave | | | Chino | CA | 91710 | | sales@repetinc.com jchou@repetusa.com | Email |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | Brookfield Place | 200 Vesey St | Suite 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov | Email |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | 100 F Street NE | | Washington | DC | 20549 | | secbankruptcy-ogc-ado@sec.gov | Email |
| Shell Energy North America LP | Attn: Bankruptcy & Credit | 150 N Dairy Ashford Rd | Building F | | Houston | TX | 77079 | | sena.customersupport@shell.com travis.torrence@shell.com nashira.parker@shell.com | Email |
| Shermco Industries Inc | Attn: Allison Jones | PO Box 540545 | | | Dallas | TX | 75354 | | ajones@shermco.com | Email |
| Solid Waste Services Inc. | dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | 2000 Market St 20th Floor | Philadelphia | PA | 19103-3222 | | mmenkowitz@foxrothschild.com jmanfrey@foxrothschild.com jdistanislao@foxrothchild.com brian-oneill-fox-5537@ecf.pacerpro.com | Email |
| Sorema, Division of Previero | Attn: Director or Officer | 17 Via per Cavolto | | | Anzano del Parco | CO | 22040 | Italy | cwcozart@aol.com | Email |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | 1201 Main St | 2nd Floor | Greenville | SC | 29601 | | fdavis@hsblawfirm.com hharrington@hsblawfirm.com mphillips@mmwr.com marc-phillips-8177@ecf.pacerpro.com smcguffin@hsblawfirm.com | Email |

In re: CarbonLite Holdings LLC et al.
Case No. 21-10527 (JTD)

Page 3 of 5

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | 2000 Market St | 20th Floor | Philadelphia | PA | 19103-3222 | | mmenkowitz@foxrothschild.com jmanfrey@foxrothschild.com jdistanislao@foxrothchild.com brian-oneill-fox-5537@ecf.pacerpro.com | Email |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | 1201 N Orange St | Suite 400 | Wilmington | DE | 19801 | | rmersky@monlaw.com | Email |
| WorldWide of New York Inc. | Attn: Lisa Lee & Jeff SooHoo | 169 Commack Rd | Suite 339 | | Commack | NY | 11725 | | jeff@wwofny.com | Email |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | 1000 N King St | | | Wilmington | DE | 19801 | | rbrady@ycst.com eharron@ycst.com kcoyle@ycst.com | Email |
| United States Attorney for the District of Delaware | Attn: Ellen Slights | U.S. Attorney's Office | 1313 N Market Street | Suite 400 | Wilmington | DE | 19801 | | Ellen.Slights@usdoj.gov usade.bankruptcy@usdoj.gov | Email |
| 2245 Valley LLC | Attn: Jamie Johnson | 225 W Hospitality Ln | Suite 315 | | San Bernardino | CA | 92408 | | | 1st Class Mail |
| Allan Company | Attn: Jason Young CEO | 14620 Joanbridge St | | | Baldwin Park | CA | 91706 | | | 1st Class Mail |
| California Department of Resources Recycling & Recovery | | 1001 I St | Mail Stop 9A | | Sacramento | CA | 95814 | | | 1st Class Mail |
| Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 7040 | | | Dover | DE | 19903 | | | 1st Class Mail |
| Delaware Secretary of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | | | 1st Class Mail |
| Emerging Acquisitions LLC | | 3592 W 5th Ave | | | Eugene | OR | 97402 | | | 1st Class Mail |
| Federal Communications Commission | Attn: Matthew Berry | Office of General Counsel | 445 12th St SW | | Washington | DC | 20554 | | | 1st Class Mail |
| Internal Revenue Service | | PO Box 21126 | | | Philadelphia | PA | 19114 | | | 1st Class Mail |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | | 1st Class Mail |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd | 2nd Floor | | Newark | DE | 19711-5445 | | | 1st Class Mail |
| Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy | | | Irving | TX | 75063 | | | 1st Class Mail |
| Office of the Attorney General | Attn: Michael B. Mukasey | U.S. Department of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | | 1st Class Mail |
| Office of the United States Attorney for the District of Delaware | c/o US Attorneys Office | Hercules Building | 1313 N Market St | | Wilmington | DE | 19801 | | | 1st Class Mail |
| Olympic Wire & Equipment Co. Inc. | | PO Box 3227 | | | Newport Beach | CA | 92659 | | | 1st Class Mail |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 | | | 1st Class Mail |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | | Washington | DC | 20005-4026 | | | 1st Class Mail |
| Plastic Express | Attn: Monica Ruiz | 15450 Salt Lake Ave | | | City of Industry | CA | 91745 | | | 1st Class Mail |
| PNC Equipment Finance LLC | | 655 Business Center Dr | | | Horsham | PA | 19044 | | | 1st Class Mail |
| Polyquest Inc. | Attn: Heather Mercer | 1979 Eastwood Rd | Suite 201 | | Wilmington | NC | 28403 | | | 1st Class Mail |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20220 | | | 1st Class Mail |
| Securities & Exchange Commission | Attn: Mark Schonfeld, Regional Director | 3 World Financial Center | Suite 400 | | New York | NY | 10281-1022 | | | 1st Class Mail |
| Signature Business Leasing LLC | | 225 Broadhollow Rd | Suite 132W | | Melville | NY | 11747 | | | 1st Class Mail |
| Southern California Edison Company | Attn: Director or Officer | 10060 Telegraph Rd | | | Ventura | CA | 93004 | | | 1st Class Mail |
| Stonebriar Commercial Finance LLC | | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | | | 1st Class Mail |
| Susquehanna Commercial Finance Inc. | | 2 Country View Rd | Suite 300 | | Malvern | PA | 19355 | | | 1st Class Mail |

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email Address | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| Texas Office of the Attorney General | | 300 W 15th St | | | Austin | TX | 78701 | | | 1st Class Mail |
| Toyota Industries Commercial Finance Inc. | | PO Box 9050 | | | Dallas | TX | 75019-9050 | | | 1st Class Mail |
| Toyota Motor Corporation | | PO Box 3457 | | | Torrance | CA | 90510 | | | 1st Class Mail |
| UMB Bank N.A., as Trustee | | 120 S Sixth St | Suite 1400 | | Minneapolis | MN | 55402 | | | 1st Class Mail |

In re: CarbonLite Holdings LLC et al.
Case No. 21-10527 (JTD)

Page 5 of 5