| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Mark | Friedland | Orion | Orion |
| Robert | Daviduk | rPlanet Earth Los Angeles, LLC | rPlanet Earth Los Angeles, LLC |
| James | Ktsanes | Orion | Latham & Watkins |
| Sarah | Gryll | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| Margaret | Brickley | interested | WSJ |
| Pieter | Van Tol | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Richard | Pachulski | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Robert | Brady | Orion | Young Conaway Stargatt & Taylor, LLP |
| Karen | Bifferato | Cigna | Connolly Gallagher LLP |
| Zhao | Yang | Orion | Orion |
| Benjamin | Peacock | Debtors | |
| Bryant | Cannon | California Department of Resources Recycling and Recovery (CalRecycle) | California Department of Justice |
| Frank | Pecorelli | Bank Leumi | Otterbourg, P.C. |
| David | Stratton | UMB Bank | Troutman Pepper Hamilton Sanders |
| Stephen | Lam | Corre Partners | Corre Partners |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Kevin | Mann | Cedarwood-Young Company d/b/a Allan Company | Cross & Simon, LLC |
| Ginger | Clements | UMB Bank | |
| Michael | Gottfried | Allan Company aka Cedarwood-Young Company | Elkins Kalt Weintraub Reuben Gartside LLP |
| Eric | Monzo | Niagara Bottling, LLC | Morris James LLP |
| Sheryl | Gittlitz | DIP Lenders | Arnold & Porter |
| Ginger | Clements | UMB Bank | Arnold & Porter |
| Colin | Davidson | Plastic Recycling Corporation | Sheppard Mullin Richter & Hampton LLP |
| Caroline | Djang | Niagara Bottling, LLC | Best Best & Krieger LLP |
| Andrew | Kramer | Bank Leumi USA | Otterbourg, PC |
| Jeffrey | Dulberg | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jeffrey | Kaplan | BCAS | BCAS |
| Christopher | Bryant | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Rahmon | Brown | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Kay | Kress | Nestle Waters North America | Troutman Pepper Hamilton Sanders |
| Vytas | Gruodis | Bantam Materials International | |

| First | Last | Party | Firm |
|---|---|---|---|
| Stanley | Tarr | Creditors Committee | Blank Rome LLP |
| Taylor | Harrison | Debtwire | |
| Brian | Weiss | Debtors | |
| Allen | Soong | Bank Leumi | Paladin |
| Andrew | Ambruoso | Orion | Latham & Watkins |
| Gabriel | Glazer | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Marc | Phillips | Starlinger & Co. Gesellschaft m.b.H. | Montgomery McCracken Walker & Rhoads LLP |
| Eric | Armenteros | UCC | |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| Candy | Chung | Bank Leumi LLC | Paladin Management Group |
| David | Queroli | Bank of Leumi | Richards, Layton & Finger |
| Jed | Zobitz | N/A | Cravath, Swaine & Moore LLP |
| Paul | Shalhoub | Potential Lender | Willkie Farr & Gallagher LLP |
| Paul | Shin | Debtors | |
| Richard | Morgner | Debtors | |
| Conway | Chen | Advisor | GLC Advisors |
| Michael | Messersmith | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| Renee | Albarano | Debtors | |
| Walter | Oh | Province | |
| Jami | Nimeroff | Muhlenberg Township Authority | Brown McGarry Nimeroff LLC |
| Andrea | Kendrick | California Department of Resources Recycling and | California Department of Justice |
| Jeremy | Merkin | Observing | Lowenstein Sandler |
| Edwin | Harron | Orion | Young Conaway Stargatt & Taylor, LLP |
| Ben | Wallen | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Markus | vonderMarwi | Orion | Latham & Watkins |
| Tasha | Yektayi | Bank Leumi USA | Paladin Management Group |
| Kara | Coyle | Orion | Young Conaway Stargatt & Taylor, LLP |
| Maxim | Litvak | Debtors | Pachulski Stang Ziehl & Jones LLP |
| DAVID | STERN | Custom Polymers PET LLC | |
| Nicholas | Messana | Orion | Latham & Watkins |
| Raniero | D'Aversa | Veolia Environment S.A. | Orrick, Herrington & Sutcliffe |
| Matthew | Bowersox | Debtors | |
| Evelyn | Meltzer | UMB Bank, N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds | Troutman Pepper |

| First | Last | Party | Firm |
|---|---|---|---|
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Region 3 | United States Department of Justice -- Office of the United States Trustee (Wilmington, Delaware) |
| Henry | Kevane | Debtors | Pachulski Stang Ziehl & Jones LLP |
| David | Simonds | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Thomas | Horan | APG Polytech USA Holdings, Inc. | Cozen O'Connor |
| Lucas | Tortolani | Debtors | |
| Frederick | Rosner | Plastipak Holdings, Inc. | The Rosner Law Group LLC |
| Barrett | Marum | Plastic Recycling Corporation | Sheppard Mullin Richter & Hampton LLP |
| Elizabeth | Freeman | LIT Mountain Creek Dallas LLC | |
| Kenneth | Listwak | UMB Bank. N.A. | |
| Ciara | Copell | Potential Bidder | Willkie Farr & Gallagher |
| Madelyn | Nicolini | UMB Bank, N.A. | Arnold & Porter Kaye Scholer |
| Harold | King | N/A | Cravath, Swaine & Moore LLP |
| Mike | Mills | Niagara Bottling, LLC | |
| Rose | Krebs | Law360 | |
| John | Knight | Bank of Leumi | Richards, Layton & Finger |
| James | O'Neill | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jeff | Bjork | Orion | Latham & Watkins |
| Judith | Elkin | Debtors | bwallen@coleschotz.com |
| Alan | Young | Debtors | |
| Ronald | Gellert | Southfork LP | Gellert Scali Busenkell & Brown |
| Jonathan | Coppens | Jon Coppens | |
| Anthony | Lonero | Debtors | |
| Leslie | Pappas | Media | Bloomberg Law / Bloomberg Industry Group |
| Edward | McNeilly | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Steven | Golden | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Erin | Brady | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Stanley | McGuffin | Starlinger & Co. Gesellschaft, mbH | Haynsworth Sinkler Boyd. |
| Edward | Kim | Official Committee of Unsecured Creditors | Province, LLC |
| Jim | Georgeadis | Polychem | Houlihan Lokey |
| Uday | Gorrepati | N/A (ABI Project) | |
| Paul | Zumbro | N/A | Cravath, Swaine & Moore LLP |
| Jason | Sanjana | Reorg Research | |
| Scott | Odom | Potential Buyer | Houlihan Lokey |

| | | | |
|---|---|---|---|
| RJ | Haskins | Committee of Unsecured Creditors | Province |
| Tammuz | Huberman | N/A | |
| Kevin | Carey | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Howard | Camhi | Party in Interest | Michelman & Robinson LLP |
| Jennifer | Lee | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Catalina | Ford | UMB | Arnold & Porter |
| Nicholas | Sabatino | Veolia Environment S.A. | Orrick, Herrington & Sutcliffe |