IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) Case No. 21-10527 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On April 8, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Amended Notice of Agenda of Matters Scheduled for Hearing on April 8, 2021 at 1:00 P.M. (Prevailing Eastern Time) Before the Honorable John T. Dorsey** (Docket No. 246)

- **Second Amended Notice of Agenda of Matters Scheduled for Hearing on April 8, 2021 at 1:30 P.M. (Prevailing Eastern Time) Before the Honorable John T. Dorsey** (Docket No. 249)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: April 9, 2021

_/s/ Serina Tran_
Serina Tran

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 9th day of April 2021 by Serina Tran, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/_

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Case 21-10527-JTD    Doc 262    Filed 04/09/21    Page 2 of 5

# **<u>Exhibit A</u>**



## Exhibit A
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| A1 Energy | c/o Saxton & Stump LLC | Attn: Barry A. Solodky | bso@saxtonstump.com<br>dat@saxtonstump.com<br>msf@saxtonstump.com |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | mgottfried@elkinskalt.com<br>aaburto@elkinskalt.com<br>myuen@elkinskalt.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick & Bryant B. Cannon | andrea.kendrick@doj.ca.gov<br>bryant.cannon@doj.ca.gov<br>rochelle.udaquillen@doj.ca.gov |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Cedarwood-Young Company | dba Allan Company | | clavigne@allancompany.com |
| Cigna | Attn: Director or Officer | | pdmglendale@cigna.com |
| Cigna - Dental | | | donna.killingsworth@cigna.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com |
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com<br>edgar.rosales@millernash.com<br>dona.purdy@millernash.com |
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | jgentile@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>debankruptcy@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.Insolvency.balt@irs.gov |



## Exhibit A
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jeff.bjork@lw.com<br>carbonlite.lwteam@lw.com |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | efreeman@jw.com<br>vanaya@jw.com |
| Metropolitan Edison Company | Attn: Matilda Swope | | mswope@firstenergycorp.com |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq. | jnimeroff@bmnlawyers.com<br>cjones@bmnlawyers.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | robert.hertzberg@troutman.com<br>kay.kress@troutman.com |
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | caroline.djang@bbklaw.com<br>laurie.verstegen@bbklaw.com |
| Niagara Bottling LLC | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | bronationalecf@weltman.com<br>sfink@weltman.com |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | carolina.velarde@bantaminc.com<br>vytas.gruodis@bantaminc.com |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | jbibiloni@blankrome.com<br>kelbon@blankrome.com<br>tarr@blankrome.com; |
| Official Committee of Unsecured Creditors | c/o Everrank Investment Group Inc. | Attn: David Ha | davidha@everrankca.com |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | nevrard@exactstaff.com<br>gordonsmith17@yahoo.com<br>kgoodwin@exactstaff.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | erin.brady@hoganlovells.com<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>cindy.mitchell@hoganlovells.com<br>tracy.southwell@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | kevin.carey@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Niagara Bottling LLC | Attn: John Breedlove, Esq. | jbreedlove@niagarawater.com |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | mark@replenysh.com<br>legal@replenysh.com |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | lworley@rplanetearth.com<br>bob@rplanetearth.com |

In re: CarbonLite Holdings LLC, *et al.*
Case No. 21-10527 (JTD)



# Exhibit A

Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | jjeutter@smithlaw.com<br>aosterhout@smithlaw.com |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |
| Solid Waste Services Inc. | dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | fdavis@hsblawfirm.com<br>hharrington@hsblawfirm.com<br>mphillips@mmwr.com<br>marc-phillips-8177@ecf.pacerpro.com<br>smcguffin@hsblawfirm.com |
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak | david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |

In re: CarbonLite Holdings LLC, et al.
Case No. 21-10527 (JTD)

Page 3 of 3