# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Dominic DiConti, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On or before April 6, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 103)

Dated: April 9, 2021

_____
Dominic DiConti

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 9th day of April, 2021, by Dominic DiConti, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

# **<u>Exhibit A</u>**

STRETTO

# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Albar Trucking Inc | | 1006 W Centennial Rd | | Papillion | NE | 68046-7015 |
| All Size Supply Co. | | 904 Fountain Pkwy | | Grand Prairie | TX | 75050-1509 |
| Almeida, Olivia | | Address Redacted | | | | |
| Amino Transport Inc. | | 2320 Dean Way | Ste 160 | Southlake | TX | 76092-1545 |
| Avenue Logistics Inc. | | 325 W Ohio St | #3 | Chicago | IL | 60654-7809 |
| Brock Transportation LLC | | 3025 Independence Dr | Ste C | Livermore | CA | 94551-7683 |
| Critical Electric Systems Group LLC | | PO Box 941049 | | Plano | TX | 75094-1049 |
| DarkStar Logistics LLC | | 8130 Highway MM | | Hannibal | MO | 63401-6803 |
| Emergency Environment Services LLC | | 1408 Pepperidge Ln | | Fort Worth | TX | 76131-5204 |
| Gateway Logistics Inc. | | 95 Glendale Milford Rd | | Cincinnati | OH | 45215-1142 |
| Graffe, Rolando | | Address Redacted | | | | |
| IBC Tote Recycling LLC | | 2045 W Grand Ave | Ste B | Chicago | IL | 60612-1577 |
| IMBB USA LLC | Attn: Shalin Shah | 15 Liberty Way | | Monroe Twp | NJ | 08831-5363 |
| Jakebrake Logistics LLC | | 1006 W Centenial Rd | | Papillion | NE | 68046-7015 |
| Manansala, Sean | | Address Redacted | | | | |
| Martinez-Martinez, Sasha | | Address Redacted | | | | |
| Midwest Trucking Logistics | | 2009 N Clearstone St | | Goddard | KS | 67052-8661 |
| Mode Transportation LLC | | 14785 Preston Rd | Ste 850 | Dallas | TX | 75254-9159 |
| Morales, Luis | | Address Redacted | | | | |
| National Safety Compliance | | 1867 E Florida St | | Springfield | MO | 65803-4552 |
| Olivo, Benajamin | | Address Redacted | | | | |
| Pagoda Apparel - Cure Sports LLC | Attn: Dele Olaewe | 722 Cherry St | | Reading | PA | 19602-1148 |
| Perez, Adrian | | Address Redacted | | | | |
| Plast-Control Inc. | | 69 Venture Dr | Unit 3 | Dover | NH | 03820-5930 |
| Plastics News | | PO Box 37222 | | Boone | IA | 50037-0222 |
| Radford, Corey | | Address Redacted | | | | |
| Results Staffing Inc | | 1111 W Mockingbird Ln | Ste 100 | Dallas | TX | 75247-5000 |
| Riley, Markeis | | Address Redacted | | | | |
| Roden, Lindsay | | Address Redacted | | | | |
| Sioux Services LLC | Attn: Kandy M. Miller-Boyer | 6 Hall Rd | | Pottsville | PA | 17901-8913 |
| Thomas, Arnetta | | Address Redacted | | | | |
| Velez, Jean | | Address Redacted | | | | |
| VIP Image Enterprises Inc. | | 111 Hollie Dr | | Red Oak | TX | 75154-6601 |
| Walsh, Ashley | | Address Redacted | | | | |
| Walsh, Jeffrey | | Address Redacted | | | | |