## Exhibit B

**Updated Budget**

CarbonLITE Recycling, LLC

| | Actuals | | | | | | | | | | | | | | | | | Post-Pet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week 1 03/14/21 | Week 2 03/21/21 | Week 3 03/28/21 | Week 4 04/04/21 | Week 5 04/11/21 | Week 6 04/18/21 | Week 7 04/25/21 | Week 8 05/02/21 | Week 9 05/09/21 | Week 10 05/16/21 | Week 11 05/23/21 | Week 12 05/30/21 | Week 13 06/06/21 | Week 14 06/13/21 | Week 15 06/20/21 | Week 16 06/27/21 | Week 17 07/04/21 | Fcst |
| **Cash Receipts** | 0 | 0 | 0 | 499,980 | 0 | 457,640 | 0 | 0 | 0 | 312,694 | 0 | 479,670 | 0 | 218,310 | 484,575 | 0 | 743,336 | 3,196,205 |
| **Expenditures** | | | | | | | | | | | | | | | | | | |
| Manufacturing Expenses | 345,276 | 250,213 | 93,014 | 395,288 | 165,503 | 165,503 | 165,503 | 205,447 | 235,918 | 235,918 | 235,918 | 235,918 | 319,457 | 310,251 | 310,251 | 310,251 | 410,678 | 4,390,308 |
| Payroll related | 75,606 | 301,165 | 60,307 | 210,723 | 0 | 246,179 | 152,048 | 235,506 | 0 | 248,506 | 92,764 | 294,790 | 0 | 248,506 | 0 | 387,554 | 188,405 | 2,742,060 |
| Facility Rent and Related | 0 | 0 | 0 | 126,813 | 0 | 158,640 | 0 | 130,146 | 0 | 158,640 | 0 | 0 | 130,146 | 0 | 158,640 | 0 | 158,640 | 1,021,564 |
| Other Expenditures | 0 | 31,904 | 31,426 | 761 | 31,062 | 62,966 | 60,467 | 31,062 | 31,062 | 62,966 | 60,467 | 31,062 | 31,062 | 31,062 | 62,966 | 60,467 | 31,062 | 651,821 |
| | 420,882 | 583,282 | 184,747 | 733,585 | 196,565 | 633,288 | 378,019 | 602,161 | 266,980 | 706,030 | 389,149 | 561,771 | 480,665 | 589,818 | 531,856 | 758,272 | 788,785 | 8,805,854 |
| **Capital Expenditures** | 0 | 0 | 113,355 | 11,264 | 50,000 | 158,714 | 0 | 0 | 0 | 83,333 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 416,666 |
| **Restructuring** | | | | | | | | | | | | | | | | | | |
| Deposits & Cures | 10,000 | 52,648 | 173,576 | 0 | 470,259 | 254,062 | 254,062 | 723,558 | 183,124 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,121,288 |
| Professional Fees | 0 | 697,735 | 236,368 | 236,368 | 248,868 | 248,868 | 248,868 | 248,868 | 236,368 | 236,368 | 236,368 | 236,368 | 241,055 | 241,055 | 241,055 | 241,055 | 236,368 | 4,312,000 |
| Committee Fees | 0 | 35,294 | 17,647 | 17,647 | 17,647 | 110,294 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 562,500 |
| U.S. Trustee Fee | 0 | 0 | 0 | 0 | 0 | 27,355 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 116,342 | 143,698 |
| | 10,000 | 785,677 | 427,591 | 254,015 | 736,774 | 640,579 | 536,018 | 1,005,514 | 452,579 | 269,456 | 269,456 | 269,456 | 274,143 | 274,143 | 274,143 | 274,143 | 385,798 | 7,139,485 |
| **Cash Flow Before Financing** | (430,882) | (1,368,959) | (725,693) | (498,884) | (983,339) | (974,941) | (914,036) | (1,607,675) | (719,560) | (746,125) | (658,605) | (351,556) | (754,808) | (645,652) | (321,424) | (1,032,415) | (431,247) | (13,165,800) |
| **Financing Cash Flow** | | | | | | | | | | | | | | | | | | |
| DIP Interest & Fees | (210,000) | 0 | 0 | (155,000) | (240,000) | 0 | 0 | (150,000) | 0 | 0 | 0 | 0 | (155,000) | 0 | 0 | 0 | (150,000) | (1,060,000) |
| Change in Cash | (640,882) | (1,368,959) | (725,693) | (653,884) | (1,223,339) | (974,941) | (914,036) | (1,757,675) | (719,560) | (746,125) | (658,605) | (351,556) | (909,808) | (645,652) | (321,424) | (1,032,415) | (581,247) | (14,225,800) |
| DIP Loan Advances (Repymnt) | 2,858,447 | 0 | 323,904 | 610,909 | 800,857 | 974,941 | 914,036 | 1,757,675 | 719,560 | 746,125 | 658,605 | 351,556 | 909,808 | 645,652 | 321,424 | 1,032,415 | 581,247 | 14,207,161 |
| DIP Loan Cumulative | 2,858,447 | 2,858,447 | 3,182,351 | 3,793,260 | 4,594,117 | 5,569,058 | 6,483,094 | 8,240,769 | 8,960,329 | 9,706,454 | 10,365,059 | 10,716,615 | 11,626,423 | 12,272,075 | 12,593,499 | 13,625,914 | 14,207,161 | 14,207,161 |
| Beginning Cash | 168,639 | 2,386,205 | 1,017,245 | 615,457 | 572,482 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 168,639 |
| Ending Cash | 2,386,205 | 1,017,245 | 615,457 | 572,482 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| **Operational Data** | | | | | | | | | | | | | | | | | | |
| Pellets Sold ($) | $224,364 | $288,548 | $293,307 | $297,833 | $286,763 | $286,763 | $286,763 | $321,609 | $408,726 | $408,726 | $408,726 | $408,726 | $519,009 | $537,389 | $537,389 | $537,389 | $676,881 | $6,728,910 |
| Bales Purchased (lbs) | 650,000 | 898,000 | 125,620 | 1,080,000 | 740,544 | 740,544 | 740,544 | 830,573 | 1,055,645 | 1,055,645 | 1,055,645 | 1,055,645 | 1,340,806 | 1,388,333 | 1,388,333 | 1,388,333 | 1,749,095 | 17,283,307 |
| Flake Purchased (lbs) | 306,800 | 0 | 0 | 336,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 642,800 |

The above budget excludes approximately $0.2m of contract cure claims for the facility.