**Exhibit B**

**Updated Budget**

CarbonLITE P, LLC

| | Actuals | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week 1 03/14/21 | Week 2 03/21/21 | Week 3 03/28/21 | Week 4 04/04/21 | Week 5 04/11/21 | Week 6 04/18/21 | Week 7 04/25/21 | Week 8 05/02/21 | Week 9 05/09/21 | Week 10 05/16/21 | Week 11 05/23/21 | Week 12 05/30/21 | Week 13 06/06/21 | Week 14 06/13/21 | Week 15 06/20/21 | Week 16 06/27/21 | Week 17 07/04/21 | Post-Pet Fcst |
| **Cash Receipts** | 19,954 | 40,560 | 0 | 0 | 0 | 28,033 | 0 | 170,874 | 0 | 385,912 | 0 | 715,538 | 0 | 26,600 | 512,251 | 0 | 896,302 | 2,796,025 |
| **Expenditures** | | | | | | | | | | | | | | | | | | |
| Manufacturing Expenses | 143,365 | 233,359 | 81,393 | 246,999 | 148,877 | 148,877 | 148,877 | 286,371 | 350,106 | 350,106 | 350,106 | 350,106 | 566,360 | 509,069 | 509,069 | 509,069 | 635,000 | 5,567,110 |
| Payroll related | 135,983 | 38,904 | 140,753 | (1,484) | 150,258 | 0 | 275,113 | 0 | 187,913 | 0 | 309,284 | 34,801 | 242,686 | 0 | 378,801 | 34,801 | 212,709 | 2,140,520 |
| Facility Rent and Related | 0 | 0 | 0 | 140,500 | 0 | 159,014 | 0 | 140,500 | 0 | 187,075 | 0 | 187,075 | 140,500 | 187,075 | 0 | 187,075 | 140,500 | 1,469,313 |
| Other Expenditures | 3,239 | 61,068 | 75,975 | 43,812 | 42,755 | 72,187 | 72,160 | 42,755 | 42,755 | 72,187 | 72,160 | 42,755 | 42,755 | 42,755 | 72,187 | 72,160 | 42,755 | 916,416 |
| | 282,587 | 333,330 | 298,121 | 429,827 | 341,890 | 380,077 | 496,149 | 469,626 | 580,775 | 609,368 | 731,550 | 614,737 | 992,300 | 738,898 | 960,056 | 803,104 | 1,030,963 | 10,093,359 |
| **Capital Expenditures** | 0 | 0 | 0 | 1,750,171 | 274,151 | 265,223 | 1,569,488 | 1,497,702 | 219,390 | 1,286,972 | 867,671 | 220,545 | 509,744 | 0 | 109,569 | 0 | 97,512 | 8,668,137 |
| **Restructuring** | | | | | | | | | | | | | | | | | | |
| Deposits & Cures | 0 | 29,432 | 51,110 | 50,000 | 278,270 | 229,927 | 229,927 | 604,726 | 229,927 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,703,318 |
| Professional Fees | 0 | 847,735 | 236,368 | 236,368 | 273,868 | 273,868 | 273,868 | 273,868 | 236,368 | 236,368 | 236,368 | 236,368 | 241,055 | 241,055 | 241,055 | 241,055 | 236,368 | 4,562,000 |
| Committee Fees | 0 | 35,294 | 17,647 | 17,647 | 17,647 | 110,294 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 33,088 | 562,500 |
| U.S. Trustee Fee | 0 | 0 | 0 | 0 | 0 | 20,413 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 198,435 | 218,848 |
| | 0 | 912,462 | 305,125 | 304,015 | 569,784 | 634,501 | 536,882 | 911,681 | 499,382 | 269,456 | 269,456 | 269,456 | 274,143 | 274,143 | 274,143 | 274,143 | 467,891 | 7,046,665 |
| **Cash Flow Before Financing** | (262,633) | (1,205,232) | (603,246) | (2,484,012) | (1,185,825) | (1,251,769) | (2,602,519) | (2,708,135) | (1,299,547) | (1,779,884) | (1,868,676) | (389,200) | (1,776,188) | (986,442) | (831,518) | (1,077,248) | (700,064) | (23,012,137) |
| **Financing Cash Flow** | | | | | | | | | | | | | | | | | | |
| DIP Interest & Fees | (420,000) | 0 | 0 | (258,333) | (330,000) | 0 | 0 | (250,000) | 0 | 0 | 0 | 0 | (258,333) | 0 | 0 | 0 | (250,000) | (1,766,667) |
| **Change in Cash** | (682,633) | (1,205,232) | (603,246) | (2,742,345) | (1,515,825) | (1,251,769) | (2,602,519) | (2,958,135) | (1,299,547) | (1,779,884) | (1,868,676) | (389,200) | (2,034,521) | (986,442) | (831,518) | (1,077,248) | (950,064) | (24,778,804) |
| DIP Loan Advances (Repymnt) | 3,019,571 | 0 | 2,247,878 | 573,548 | 1,056,773 | 1,251,769 | 2,602,519 | 2,958,135 | 1,299,547 | 1,779,884 | 1,868,676 | 389,200 | 2,034,521 | 986,442 | 831,518 | 1,077,248 | 950,064 | 24,927,293 |
| DIP Loan Cumulative | 3,019,571 | 3,019,571 | 5,267,449 | 5,840,997 | 6,897,770 | 8,149,539 | 10,752,058 | 13,710,193 | 15,009,740 | 16,789,624 | 18,658,301 | 19,047,500 | 21,082,021 | 22,068,463 | 22,899,981 | 23,977,229 | 24,927,293 | 24,927,293 |
| Beginning Cash | 1,511 | 2,338,449 | 1,133,217 | 2,777,849 | 609,052 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 1,511 |
| Ending Cash | 2,338,449 | 1,133,217 | 2,777,849 | 609,052 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| **Operational Data** | | | | | | | | | | | | | | | | | | |
| Pellets Sold ($) | $0 | $103,209 | $125,258 | $97,524 | $252,849 | $252,849 | $252,849 | $317,707 | $479,851 | $479,851 | $479,851 | $479,851 | $814,427 | $870,189 | $870,189 | $870,189 | $949,078 | $7,695,720 |
| Bales Purchased (lbs) | 650,000 | 1,369,000 | 440,000 | 1,263,140 | 694,167 | 694,167 | 694,167 | 726,652 | 807,866 | 807,866 | 807,866 | 807,866 | 2,149,947 | 2,373,627 | 2,373,627 | 2,373,627 | 2,587,789 | 21,621,376 |
| Flake Purchased (lbs) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 79,180 | 277,131 | 277,131 | 277,131 | 277,131 | 39,590 | 0 | 0 | 0 | 0 | 1,227,296 |

The above budget excludes approximately $5.6m of capital expenditures needed to complete the buildout (leasehold and equipment) and contract cure claims for the facility. The inclusion in the DIP budget would result in the need for DIP funding in excess of the DIP budget. The timing of these payments are being negotiated with the respective vendors and are assumed to be repaid upon either (i) sale of the debtor, or (ii) the effective date of a plan of reorganization.