IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) Case No. 21-10527 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that **Anderson Systems, Inc.** ("**Anderson**"), by their attorneys at **PRICE, POSTEL & PARMA LLP** and **SAUL EWING ARNSTEIN & LEHR LLP**, appear in this matter pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and request that all notices required to be given or otherwise given in this case and all papers required to be served or otherwise served in this case be given to and served upon:

| | |
|---|---|
| Ryan D. Zick, Esq. | John D. Demmy, Esq. |
| **PRICE, POSTEL & PARMA LLP** | **SAUL EWING ARNSTEIN & LEHR LLP** |
| 200 E. Carrillo Street, Suite 400 | 1201 N. Market Street, Suite 2300 |
| Santa Barbara, CA 93101 | P.O. Box 1266 |
| Telephone: 805-882-9856 | Wilmington, DE 19899 |
| Facsimile: 805-965-3978 | Telephone: 302-421-6848 |
| E-mail: rzick@ppplaw.com | Facsimile : 302-421-5881 |
| | E-mail: john.demmy@saul.com |

**PLEASE TAKE NOTICE FURTHER** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders,

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

38362365.1 04/14/2021

notices, applications, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, and plans of reorganization, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE NOTICE FURTHER** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to recoupments to which Anderson is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: April 14, 2021              **SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ John D. Demmy*
John D. Demmy (Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6848
Facsimile: 302-421-5881
john.demmy@saul.com

        -and-

Ryan D. Zick
**PRICE, POSTEL & PARMA LLP**
200 E. Carrillo Street, Suite 400
Santa Barbara, CA 93101
Telephone: 805-882-9856
Facsimile:  805-965-3978
rzick@ppplaw.com

*Attorneys for Anderson Systems, Inc.*