**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CarbonLITE Holdings LLC,** *et al.*, | Lead Case No. 21-10527 (JTD) <br> Jointly Administered |
| **Debtors.** | Related to Docket No. 126 |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that, on March 25, 2021, Anchor Fire Protection Co. Inc. filed a Motion to Compel Assumption of Rejection of Executory Contract and for Allowance of Administrative Expenses and Immediate Payment or in the Alternative for Adequate Protection [Docket No. 126] scheduling a hearing date for April 20, 2021 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that, with the agreement of all involved parties and with permission of the Court, the hearing in the above-captioned case that was previously scheduled for April 20, 2021 at 10:00 a.m. (prevailing Eastern Time) has been rescheduled. The new date and time of the hearing is April 22, 2021 at 10:00 a.m. (prevailing Eastern Time).

Dated: April 16, 2021
      Wilmington, Delaware

Respectfully submitted,

By: /s/ *Leslie B. Spoltore*
    Leslie B. Spoltore, Esquire (DE Bar No. 3605)
    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
    123 Justison Street, Suite 100
    Wilmington, Delaware 19801
    Telephone: (302) 238-6947
    Facsimile: (302) 655-1092
    Email: leslie.spoltore@obermayer.com

    -and-

    Michael D. Vagnoni, Esquire
    (*admitted pro hac vice*)
    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
    Centre Square West

1

1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165
Email: Michael.Vagnoni@obermayer.com
*Counsel to Anchor Fire Protection Co. Inc.*