1  ARTURO M. CISNEROS, California Bar # 120494
2  WILLIAM G. MALCOLM, California Bar # 129271
   NATHAN F. SMITH, California Bar # 264635
3  MALCOLM ♦ CISNEROS, A Law Corporation
   2112 Business Center Drive
4  Irvine, California 92612
   Phone: (949) 252-9400
5  Fax: (949) 252-1032
6  E-mail: arturo@mclaw.org; bill@mclaw.org; nathan@mclaw.org

7  Attorneys for The City of Riverside

**FILED**

2021 APR 16  AM 9: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

8                    **UNITED STATES BANKRUPTCY COURT**

9                         **DISTRICT OF DELAWARE**

10  In re:                                  Bankruptcy Case No. 21-10527-JTD

11  CARBONLITE HOLDINGS LLC                 Chapter 11

12           Debtor.                         **REQUEST FOR SPECIAL NOTICE**
13

14

15

16

17

18

19

20          **PLEASE TAKE NOTICE** that The City of Riverside ("Riverside"), by and through its

21  attorneys of record, MALCOLM ♦ CISNEROS, a Law Corporation, requests pursuant to Rules 2002

22  and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all

23  papers and pleadings filed in this case be served upon the undersigned as follows:

24

| Arturo M. Cisneros, Esq. | William G. Malcolm, Esq. | Nathan F. Smith, Esq. |
|---|---|---|
| MALCOLM ♦ CISNEROS, | MALCOLM ♦ CISNEROS, | MALCOLM ♦ CISNEROS, |
| A Law Corporation | A Law Corporation | A Law Corporation |
| 2112 Business Center Drive | 2112 Business Center Drive | 2112 Business Center Drive |
| Irvine, California 92612 | Irvine, California 92612 | Irvine, California 92612 |
| Email: arturo@mclaw.org | Email: bill@mclaw.org | Email: nathan@mclaw.org |

25
26
27
28

1       This Request for Special Notice or any other appearance or filings does not constitute a

2   waiver of Riverside's right to notice pursuant to applicable Federal Rules.

3   DATED: April 14, 2021                Respectfully Submitted,

4                                   MALCOLM ♦ CISNEROS, A Law Corporation

5

6                                   */s/ Nathan F. Smith*

7                                   NATHAN F. SMITH, California Bar # 264635
                                Attorney for The City of Riverside

- 2 -
REQUEST FOR SPECIAL NOTICE

FILED

**PROOF OF SERVICE**

2021 APR 16 AM 9: 14

1

STATE OF CALIFORNIA

2                                      ss.

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

3

COUNTY OF ORANGE

4   I am employed in the County of Orange, State of California. I am over the age of eighteen and not a

5   party to the within action; my business address is: 2112 Business Center Drive, Irvine, CA 92612.

6          On April 14, 2021, I served the following document described as **REQUEST FOR**

7   **SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed

8   in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California

9   **(and via telecopy or overnight mail where indicated)**, addressed as follows:

10                              **DEBTORS**

11                              CarbonLite Holdings LLC
                               10250 Constellation Blvd.

12                              Suite 2820
                               Los Angeles, CA 90067

13

14                              **DEBTOR'S ATTORNEYS:**
                               Jeffrey W. Dulberg

15                              Pachulski Stang Ziehl & Jones LLp
                               10100 Santa Monica Boulevard

16                              13th Floor
                               Los Angeles, CA 90067

17

18                               Gabriel I Glazer
                               Pachulski Stang Ziehl & Jones LLP

19                              10100 Santa Monica Boulevard
                               13th Floor

20                              Los Angeles, CA 90067

21

22                              Steven W Golden
                               Pachulski Stang Ziehl & Jones LLP

23                              780 Third Avenue, 34th Floor
                               New York, NY 10017

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DEBTOR'S ATTORNEYS, CONT.**
Henry C. Kevane
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Fl.
San Francisco, CA 94111-4500

Maxim B. Litvak
c/o Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111-4500

James E O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Richard M. Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monical Blvd. 11 th Floor
919 N. Market Street, 17th Floor
Los Angeles, CA 90067

**U.S. TRUSTEE**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**U.S. TRUSTEE'S ATTORNEY**
Joseph James McMahon, Jr.
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**CLAIMS AGENT**
Stretto
www.stretto.com
410 Exchange, Ste 100
Irvine, CA 92602

REQUEST FOR SPECIAL NOTICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TRANSCRIBER**
Reliable Companies
Attn: Gene Matthews
1007 North Orange Street
Suite 110
Wilmington, DE 19801

**CREDITOR COMMITTEE**
Jose F Bibiloni
Blank Rome LLP
1201 N. Market Street
Suite 800
Wilmington, DE 19801

Erin N. Brady
Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

Kevin J. Carey
Hogan Lovells US LLP
1735 Market Street
23rd Floor
Philadelphia, PA 19103

Regina S. Kelbon
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801

Edward McNeilly
Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067-6022

David P Simonds
Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CREDITOR COMMITTEE, cont.**
Stanley B. Tarr
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801

Pieter Van Tol
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 14, 2021 at Irvine, California.

*/s/ Diep Quach*
Diep Quach

- 6 -
REQUEST FOR SPECIAL NOTICE



FILED

2021 APR 16  AM 9: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**MALCOLM CISNEROS**
A LAW CORPORATION

April 14, 2021

**VIA U.S. MAIL:**
The United States Bankruptcy Court
District of Delaware
824 Market St N
3rd Floor
Wilmington, DE 19801

To Whom It May Concern:

Please accept the attached Request for Special Notice for entry on the docket in the following bankruptcy matter pending before this court:

Case Number:  21-10527-JTD
Case Name:  CarbonLite Holdings LLC

For any questions or concerns regarding the foregoing matter, please feel free to contact me at (949) 252-9400 or by e-mail at kbrown@mclaw.org.  I appreciate your assistance with this matter.

Thank you,

Kelli M. Brown
Bankruptcy Department

---