IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) Case No. 21-10527 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Dominic DiConti, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On April 8, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Longino Public Finance, Attn: Thomas Longino at 1401 Lawrence St, Ste 1600, Denver, CO 80202-2531, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 103)

Dated: April 16, 2021

_____
Dominic DiConti

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of April, 2021, by Dominic DiConti, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.