**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>CARBONLITE HOLDINGS LLC, *et al.*,<br>　　　　　　　　　　　　Debtor. | Chapter 11<br>Case No. 21-10527 (JTD)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JENNIFER Y. LEE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jennifer Y. Lee of the law firm Hogan Lovells US LLP to represent the Official Committee of Unsecured Creditors in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated: April 22, 2021
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　*/s/ Stanley B. Tarr*
　　　　　　　　　　　　　　　　　　　Regina Stango Kelbon (DE No. 5444)
　　　　　　　　　　　　　　　　　　　Stanley B. Tarr (DE No. 5535)
　　　　　　　　　　　　　　　　　　　Jose F. Bibiloni (DE No. 6261)
　　　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 800
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　(302) 425-6400
　　　　　　　　　　　　　　　　　　　*Proposed Counsel to the Official Committee of
　　　　　　　　　　　　　　　　　　　Unsecured Creditors*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　*/s/ Jennifer Y. Lee*
　　　　　　　　　　　　　　　　　　　Jennifer Y. Lee
　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　　390 Madison Avenue
　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　(212) 918-3584
　　　　　　　　　　　　　　　　　　　jennifer.lee@hoganlovells.com

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.