| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| James | Ktsanes | Orion | Latham & Watkins |
| John | Knight | Bank of Leumi | Richards, Layton & Finger, P.A. |
| Sarah | Gryll | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| James | O'Neill | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jeff | Bjork | Orion | Latham & Watkins |
| Jeffrey | Kaplan | BCAS | BCAS |
| Edwin | Harron | Orion | Young Conaway |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Robert | Brady | Orion | Young Conaway |
| Benjamin | Wallen | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Markus | vonderMarwitz | Orion | Latham & Watkins |
| Steven | Golden | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Stanley | Tarr | Creditors Committee | Blank Rome |
| Kara | Coyle | Orion | Young Conaway |
| Jason | Ben | Sorema Division of Previero N. SRL, (II) | Freeborn & Peters LLP |
| Nicholas | Messana | Orion | Latham & Watkins |
| Frank | Pecorelli | Bank Leumi | Otterbourg, P.C. |
| David | Stratton | UMB Bank | Troutman Pepper |
| Andrew | Ambruoso | Orion | Latham & Watkins |
| Uday | Gorrepati | N/A (ABI Project) | |
| Laura | Haney | Judicial Assistant | Judge Dorsey's Chambers |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Region 3 | United States Department of Justice -- Office of the U.S. Trustee (Wilmington, DE) |
| Ginger | Clements | UMB Bank, N.A. | Arnold & Porter |
| Thomas | Horan | APG Polytech USA Holdings Inc. | Cozen O'Connor |
| David | Queroli | Bank of Leumi | Richards, Layton & Finger, P.A. |
| John | Knapp | Emerging Acquisitions, LLC | Miller Nash Graham & Dunn LLP |
| Jason | Sanjana | Reorg Research | |
| Maria | Sawczuk | Sorema Division of Previero N. srl. | Goldstein & McClintock LLLP |
| Scott | Odom | Potential Buyer | |
| Eric | Monzo | Niagara Bottling, LLC | Morris James LLP |
| Kevin | Carey | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |

| | | | |
|---|---|---|---|
| Kenneth | Listwak | UMB Bank, N.A. | Troutman Pepper Hamilton Sanders LLP |
| Brya | Keilson | Niagara Bottling, LLC | Morris James LLP |
| Jennifer | Lee | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Ryan | Martin | CCM | |
| Catalina | Ford | UMB | Arnold & Porter |
| Ian | Bambrick | Blue Rock Construction | Faegre Drinker Biddle & Reath |