## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Ref. Docket No. 304** |

### ORDER GRANTING DEBTORS' MOTION TO ASSUME
### EXECUTORY CONTRACT WITH PELLETRON CORPORATION

Upon consideration of the *Debtors' Motion to Assume Executory Contract with Pelletron Corporation* (the "Motion");[2] the Court having reviewed the Motion and having considered the relief requested therein and the record in the above-captioned cases; and having determined that the relief requested in the Motion (i) is fair, reasonable, appropriate, and in the best interests of CLP's and Recycling's estates, (ii) represents a sound exercise of CLP's and Recycling's business judgment, and (iii) is in the best interests of CLP and Recycling, their estates, and creditors; and it appearing that this Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 20212; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §§ 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having determined that notice of the Motion was sufficient under the circumstances; and the Court having determined that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein, it is **HEREBY ORDERED THAT**:

1.      The Motion is granted as set forth herein.

2.      The Pelletron Agreement shall be deemed assumed by CLP and Recycling pursuant to sections 365(a) and (b) of the Bankruptcy Code effective as of the date of entry of this Order on the terms set forth herein.

3.      CLP is authorized to implement the Cure due under the Pelletron Agreement as follows:

>      a.      Upon entry of this Order, Pelletron shall apply the Deposit against the Agreed Prepetition Balance.

>      b.      Within three (3) business days of Substantial Completion, CLP will pay Pelletron $295,000, which Pelletron will apply against the Agreed Prepetition Balance.

>      c.      CLP will pay Pelletron $410,000 (the "Final Payment") upon the earliest to occur of: (i) the date of closing of a sale of substantially all of CLP's assets pursuant to section 363 or 1129 of the Bankruptcy Code; (ii) the effective date of a plan of reorganization for CLP; and (iii) September 15, 2021.

4.      Pelletron shall have, only in CLP's chapter 11 case, an allowed administrative expense claim under sections 365(b) and 503(b) of the Bankruptcy Code in the fixed amount of $410,000 (the "Allowed Administrative Expense").  The Allowed Administrative Expense will be satisfied in full upon receipt by Pelletron of the Final Payment.  For the avoidance of doubt, the Allowed Administrative Expense is included in, and not in addition to, the Cure.

5.     The Debtors, including CLP and Recycling, shall owe no amounts to Pelletron on account of any Remaining Work.

6.     Recycling shall owe no amounts to Pelletron on account of the Pelletron Agreement or any other claims.

7.     CLP and Pelletron are hereby authorized to take such additional actions or execute such additional documents as are necessary or appropriate to implement the terms of this Order.

8.     Notwithstanding the possible applicability of Rules 7062 or 9014 of the Bankruptcy Rules, any other Bankruptcy Rule, this Order shall be immediately effective and enforceable upon its entry and there shall be no stay of effectiveness or execution of this Order.

9.     The Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of the Pelletron Agreement or this Order.

**Dated: April 22nd, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:233828.6 13044/003