# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
In re:                                                  :    Chapter 11
                                                        :
CARBONLITE HOLDINGS LLC., *et al.*,[1]                  :    Case No. 21-10527 (JTD)
                                                        :
                                                        :    (Jointly Administered)
              Debtors.                                  :
                                                        :    **Re: Docket Nos. 244 & 245**
------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, David T. Queroli, hereby certify that on April 8, 2021, I caused copies of the following documents to be served upon the parties on the attached service lists in the manner indicated.

- *Reply of Bank Leumi USA, as Prepetition ABL Lender and DIP ABL Lender, to the Combined Objection of the Official Committee of Unsecured Creditors to the TX/PA DIP Motion, the CA DIP Motion and the Bid Procedures Motion* [Docket No. 244]

- *Motion of Bank Leumi USA, as Prepetition ABL Lender and DIP ABL Lender, for Leave to File and Serve Late Reply in Support of the DIP Motions and the Bid Procedures Motion* [Docket No. 245]

                                                  /s/ David T. Queroli
                                                  David T. Queroli (No. 6318)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

# SERVICE LIST – VIA CM/ECF & COURTESY EMAIL

A1 Energy
c/o Saxton & Stump LLC
Attn: Barry A. Solodky
280 Granite Run Dr
Suite 300
Lancaster, PA 17601
bso@saxtonstump.com; dat@saxtonstump.com

Allan Company
c/o Cross & Simon LLC
Attn: Christopher P. Simon, Esq. &
Kevin S. Mann, Esq.
1105 N Market St
Suite 901
Wilmington, DE 19801
csimon@crosslaw.com; kmann@crosslaw.com; smacdonald@crosslaw.com

Dallas County
c/o Linebarger Goggan Blair & Sampson LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
olivia.salvatierra@lgbs.com;
dallas.bankruptcy@publicans.com;
dallas.bankruptcy@lgbs.com; beth.weller@lgbs.com;
dora.casiano-perez@lgbs.com

Fairmont Logistics LLC
c/o Benesch Friedlander Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi & John C. Gentile
1313 N Market St
Suite 1201
Wilmington, DE 19801
jgentile@beneschlaw.com; kcapuzzi@beneschlaw.com; debankruptcy@beneschlaw.com;
lmolinaro@beneschlaw.com

Allan Company
c/o Elkins Kalt Weintraub Reuben Gartside LLP
Attn: Michael I. Gottfried, Esq.
10345 W Olympic Blvd
Los Angeles, CA 90064
mgottfried@elkinskalt.com; aaburto@elkinskalt.com; myuen@elkinskalt.com

California Department of Resources Recycling & Recovery
c/o California Department of Justice, Office of the Attorney General
Attn: Andrea M. Kendrick & Bryant B. Cannon
1300 I St
Suite 125
Sacramento, CA 95814
andrea.kendrick@doj.ca.gov; bryant.cannon@doj.ca.gov; rochelle.udaquillen@doj.ca.gov

Emerging Acquisitions LLC
c/o Miller Nash Graham & Dunn LLP
Attn: John R. Knapp, Jr.
Pier 70 2801 Alaskan Way
Suite 300
Seattle, WA 98121
john.knapp@millernash.com;
edgar.rosales@millernash.com; dona.purdy@millernash.com

LIT Mountain Creek Dallas LLC
c/o Jackson Walker LLP
Attn: Elizabeth Freeman & Vienna F. Anaya
1401 McKinney St
Suite 1900
Houston, TX 77010
efreeman@jw.com; vanaya@jw.com;
efreeman@porterhedges.com

Muhlenberg Township Authority
c/o Brown McGarry Nimeroff LLC
Attn: Jami B. Nimeroff, Esq.
919 N Market St
Suite 420
Wilmington, DE 19801
jnimeroff@bmnlawyers.com; cjones@bmnlawyers.com

Niagara Bottling LLC
c/o Best Best & Krieger LLP
Attn: Caroline R. Djang, Esq.
18101 Von Karman Ave
Suite 1000
Irvine, CA 92612
caroline.djang@bbklaw.com;
laurie.verstegen@bbklaw.com

Office of the U.S. Trustee
Attn: Joseph J. McMahon, Jr.
844 King St
Suite 2207
Lockbox 35
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov;
ustpregion03.wl.ecf@usdoj.gov

Official Committee of Unsecured Creditors
c/o Hogan Lovells US LLP
Attn: Kevin J. Carey
1735 Market St
Floor 23
Philadelphia, PA 19103
kevin.carey@hoganlovells.com;

Orion Energy Partners Investment Agent LLC
c/o Young Conaway Stargatt & Taylor LLP
Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle
1000 N King St
Wilmington, DE 19801
bankfilings@ycst.com; rbrady@ycst.com;
eharron@ycst.com; kcoyle@ycst.com

Nestle Waters North America Inc.
c/o Troutman Pepper Hamilton Sanders LLP
Attn: Marcy J. McLaughlin Smith
Hercules Plaza
1313 N Market St Suite 5100
Wilmington, DE 19801
marcy.smith@troutman.com; wlbank@troutman.com;
monica.molitor@troutman.com;
peggianne.hardin@troutman.com

Nissan Motor Acceptance Corp
c/o Weltman Weinberg & Reis Co. LPA
Attn: Scott Fink
965 Keynote Circle
Brooklyn Heights, OH 44131
bronationalecf@weltman.com; sfink@weltman.com

Official Committee of Unsecured Creditors
c/o Blank Rome LLP
Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq.
1201 Market St
Suite 800
Wilmington, DE 19801
jbibiloni@blankrome.com; kelbon@blankrome.com;
tarr@blankrome.com;

Official Committee of Unsecured Creditors
c/o Hogan Lovells US LLP
Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
erin.brady@hoganlovells.com;
david.simonds@hoganlovells.com;
edward.mcneilly@hoganlovells.com;
cindy.mitchell@hoganlovells.com;
tracy.southwell@hoganlovells.com

PolyQuest Inc. & PQ Recycling LLC
c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP
Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq.
PO Box 2611
Raleigh, NC 27602-2611
jjeutter@smithlaw.com; aosterhout@smithlaw.com

Solid Waste Services Inc.
dba J.P. Mascaro & Sons
c/o Fox Rothschild LLP
Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq.
2000 Market St 20th Floor
Philadelphia, PA 19103-3222
mmenkowitz@foxrothschild.com;
jmanfrey@foxrothschild.com; jdistanislao@foxrothchild.com;
brian-oneill-fox-5537@ecf.pacerpro.com

UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee
c/o Troutman Pepper Hamilton Sanders LLP
Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak
Hercules Plaza 1313 N Market St Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
david.a.smith@troutman.com; david.stratton@troutman.com; evelyn.meltzer@troutman.com; ken.listwak@troutman.com; wlbank@troutman.com; monica.molitor@troutman.com; peggianne.hardin@troutman.com

TotalRecycle Inc.
c/o Fox Rothschild LLP
Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq.
2000 Market St
20th Floor
Philadelphia, PA 19103-3222
mmenkowitz@foxrothschild.com;
jmanfrey@foxrothschild.com; jdistanislao@foxrothchild.com;
brian-oneill-fox-5537@ecf.pacerpro.com

Waste Management Recycle America LLC
c/o Monzack Mersky & Browder PA
Attn: Rachel B. Mersky
1201 N Orange St
Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

3

**SERVICE LIST – VIA FIRST CLASS MAIL & COURTESY EMAIL**

American Starlinger-Sahm Inc.
Attn: Wes Wood & Megan Jones
11 Jack Casey Ct
Fountain Inn. SC 29644
wwood@starlingersahm.com

Arnold & Porter Kaye Scholer LLP
Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements
70 W Madison St
Suite 4200
Chicago. IL 60602-4321
michael.messersmith@arnoldporter.com;
sarah.gryll@arnoldporter.com;
ginger.clements@arnoldporter.com

California Office of the Attorney General
PO Box 944255
Sacramento. CA 94244-2550
bankruptcy@coag.gov

CarbonLite Holdings LLC
c/o Pachulski Stang Ziehl & Jones LLP
Attn: Jeffrey W. Dulberg
10100 Santa Monica Blvd
13th Floor
Los Angeles. CA 90067
jdulberg@pszjlaw.com

Cigna
Attn: Director or Officer
400 N Brand Blvd
3rd Floor
Glendale. CA 91203
pdmglendale@cigna.com

American Supply Company
c/o Sterling Industries LP
Attn: Alex Nehora
1621 E 27th St
Los Angeles. CA 90011
anehorai@aol.com

B&B Plastics Recyclers Inc.
Attn: Susana Rodriguez
3040 N Locust Ave
Rialto. CA 92377
info@bbplasticsinc.com

CarbonLite Holdings LLC
c/o Force Ten Partners LLC
Attn: Brian Weiss
20341 SW Birch St
Suite 220
Newport Beach. CA 92660
bweiss@force10partners.com

CarbonLite Holdings LLC
c/o Pachulski Stang Ziehl & Jones LLP
Attn: James E. O'Neill & Steven W. Golden
919 N Market St
17th Floor
Wilmington. DE 19899
joneill@pszjlaw.com; sgolden@pszjlaw.com;
efile1@pszjlaw.com

City of Riverside
Attn: Finance Division & Public Utilities
3900 Main St
6th Floor
Riverside. CA 92522
callcenter@riversideca.gov

Custom Polymers Pet LLC
Attn: Petra
831 E Morehead St
Suite 40
Charlotte. NC 28202
petra@custompolymers.com

Delaware Secretary of State
Division of Corporations
Franchise Tax
401 Federal St
PO Box 898
Dover. DE 19903
dosdoc_bankruptcy@state.de.us

Duris Corporation
Attn: Sam Hong
2655 1st St
Suite 250
Simi Valley. CA 93065
samhong805@gmail.com

Engie Resources LLC
Attn: Tamara Cooper
PO Box 9001025
Louisville. KY 40290-1025
tamara.cooper@engie.com

Fairmont Logistics
Attn: Dalila Gomez
9663 Santa Monica Blvd
Suite 1092
Beverly HIlls. CA 90210
dalila@fairmontlogistics.com

Indorama Ventures Sustainable Solutions - Fontana
Attn: Paul Lee
11591 Etiwanda Ave
Fontana. CA 92337
paul.lee@us.indorama.net

Delaware Office of the Attorney General
Delaware Department of Justice
Carvel State Building
820 N French St
Wilmington. DE 19801
attorney.general@delaware.gov

Delaware State Treasury
820 Silver Lake Blvd
Suite 100
Dover. DE 19904
statetreasurer@state.de.us

Emerging Acquisitions LLC
c/o Hershner Hunter LLP
Attn: Nancy K. Cary
180 E 11th Ave
Eugene. OR 97401
hhecfb@hershnerhunter.com;
ncary@hershnerhunter.com

Exact Staff Inc.
Attn: Jennie Bowles
21031 Ventura Blvd
Suite 501
Woodland Hills. CA 91364
jbowles@exactstaff.com

GP Harmon Recycling LLC
dba Harmon Associates LLC
Attn: Susan Roth & Jason Smither
1 Jericho Plaza
Suite 204
Jericho. NY 11753-1681
sroth@gapac.com; jsmithe@gapac.com

Internal Revenue Service
Attn: Susanne Larson
31 Hopkins Plaza
Room 1150
Baltimore. MD 21201
sbse.Insolvency.balt@irs.gov

2

KT Resources
Attn: Kitaek Oh
1340 E Route 66
Suite 200-D
Glendora. CA 91740
okt@ktresources.net

Latham & Watkins LLP
Attn: Andrew C. Ambruoso
885 Third Ave
New York. NY 10022
andrew.ambruoso@lw.com

Latham & Watkins LLP
Attn: James Ktsanes
330 N Wabash Ave
Suite 2800
Chicago. IL 60611
james.ktsanes@lw.com

Latham & Watkins LLP
Attn: Jeff Bjork
355 S Grand Ave
Suite 100
Los Angeles. CA 90071
jbjork@latham.com; carbonlite.lwteam@lw.com

MacDermid Incorporated
Attn: Deborah Gorzelany
PO Box 843568
Los Angeles. CA 90084-3568
deborah.gorzelany@macdermidenthone.com

Marglen Industries Inc
Attn: M. Cook
1748 Ward Mountain Rd NE
Rome. GA 30161
mcook@marglen.us

Miles Chemical Company Inc.
Attn: Dan Zinman, Tammy Simpers, & Gregg Milhaupt
12801 Rangoong St
Arleta. CA 91331
cs@mileschemical.com

MoLo Solutions
Attn: Kelly Barnes
PO Box 7050
Carol Stream. IL 60197-7050
kelly.barnes@shipmolo.com

Nestle Waters North America Inc.
Attn: Maria French & Tonia M. Cannon
900 Long Ridge Rd
Bldg 2
Stamford. CT 06902
maria.french@waters.nestle.com

Nestle Waters North America Inc.
c/o Troutman Pepper Hamilton Sanders LLP
Attn: Robert S. Hertzberg & Kay Standridge Kress
4000 Town Center
Suite 1800
Southfield. MI 48075-1505
robert.hertzberg@troutman.com;
kay.kress@troutman.com

Niagara Bottling LLC
c/o Morris James LLP
Attn: Eric J. Monzo & Brya M. Keilson
500 Delaware Ave
Suite 1500
Wilmington. DE 19801
emonzo@morrisjames.com;
bkeilson@morrisjames.com

Niagara Bottling LLC
Attn: Pamela Anderson Cridlebaugh & Sid Gulati
2560 E Philadelphia St
Ontario. CA 91761
panderson@niagarawater.com;
sgulati@niagarawater.com

3

OCI International Inc.
Attn: Jake Hwang
11767 Katy Fwy
Suite 1140
Houston. TX 77079
jake@ocii.net

Official Committee of Unsecured Creditors
c/o Bantam Materials International
Attn: Vytas Gruodis
4207 Ste. Catherine St W
Suite 202
Westmount. QC H3Z 1P6
carolina.velarde@bantaminc.com;
vytas.gruodis@bantaminc.com

Official Committee of Unsecured Creditors
c/o Bantam Materials International
Attn: Vytas Gruodis
4207 Ste. Catherine St W
Suite 202
Westmount. QC H3Z 1P6
carolina.velarde@bantaminc.com;
vytas.gruodis@bantaminc.com

Official Committee of Unsecured Creditors
c/o Everrank Investment Group Inc.
Attn: David Ha
17450 SIlica Dr
Victorville. CA 92395
davidha@everrankca.com

Official Committee of Unsecured Creditors
c/o Everrank Investment Group Inc.
Attn: David Ha
17450 SIlica Dr
Victorville. CA 92395
davidha@everrankca.com

Official Committee of Unsecured Creditors
c/o Niagara Bottling LLC
Attn: John Breedlove, Esq.
1440 S Bridgegate Dr
Diamond Bar. CA 91765
jbreedlove@niagarawater.com

Official Committee of Unsecured Creditors
c/o rPlanet Earth Los Angeles LLC
Attn: Robert Daviduk
5300 S Boyle Ave
Vernon. CA 90058
lworley@rplanetearth.com; bob@rplanetearth.com

Official Committee of Unsecured Creditors
c/o rPlanet Earth Los Angeles LLC
Attn: Robert Daviduk
5300 S Boyle Ave
Vernon. CA 90058
lworley@rplanetearth.com;
bob@rplanetearth.com

Official Committee of Unsecured Creditors
c/o Replenysh Inc.
Attn: Mark Armen
PO Box 515381
PMB 83530
Los Angeles. CA 90051-6681
mark@replenysh.com; legal@replenysh.com

Official Committee of Unsecured Creditors
c/o Replenysh Inc.
Attn: Mark Armen
PO Box 515381
PMB 83530
Los Angeles. CA 90051-6681
mark@replenysh.com; legal@replenysh.com

| | |
|---|---|
| Official Committee of Unsecured Creditors<br>c/o Exact Staff Inc.<br>Attn: Gordon Smith<br>23901 Calabasas Rd<br>Suite 1085<br>Calabasas. CA 93201<br>nevrard@exactstaff.com; gordonsmith17@yahoo.com; kgoodwin@exactstaff.com | Official Committee of Unsecured Creditors<br>c/o Banyan Plastics<br>Attn: Sloan Sherman<br>2393 S Congress Ave<br>Suite 200<br>West Palm Beach. FL 33406<br>sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors<br>c/o Banyan Plastics<br>Attn: Sloan Sherman<br>2393 S Congress Ave<br>Suite 200<br>West Palm Beach. FL 33406<br>sloan@banyanplastics.com | Orion Energy Partners Investment Agent LLC<br>c/o Latham & Watkins LLP<br>Attn: Andrew C. Ambruoso, Esq.<br>885 Third Ave<br>New York. NY 10022<br>andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC<br>c/o Latham & Watkins LLP<br>Attn: James Ktsanes, Esq.<br>330 N Wabash Ave<br>Suite 2800<br>Chicago. IL 60611<br>james.ktsanes@lw.com | Orion Energy Partners Investment Agent LLC<br>c/o Latham & Watkins LLP<br>Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq.<br>355 S Grand Ave<br>Suite 100<br>Los Angeles. CA 90071<br>jeff.bjork@lw.com; nicholas.messana@lw.com |
| Otterbourg P.C.<br>Attn: Andrew M. Kramer & David E. Morse<br>230 Park Ave<br>New York. NY 10169-0075<br>akramer@otterbourg.com; dmorse@otterbourg.com | Plastic Recycling Corp of California<br>Attn: Sally Houghton<br>PO Box 1400<br>Suisun City. CA 94585-4400<br>shoughton@prcc.biz |
| PQ Recycling, a Polyquest Company<br>Attn: Megan Adams<br>1979 Eastwood Rd<br>Suite 201<br>Wilmington. NC 28403<br>meganadams@polyquest.com | Quality Freight Logistics Inc.<br>Attn: Philip Wojtuniecki<br>24649 Mound Rd<br>Warren. MI 48091<br>pwojtuniecki@qflteam.com |
| RePET Inc.<br>Attn: Jui-Li Yen & Jay Chein<br>14207 Monte Vista Ave<br>Chino. CA 91710<br>sales@repetinc.com; jchou@repetusa.com | Securities & Exchange Commission<br>Attn: Marc Berger, Regional Director<br>Brookfield Place<br>200 Vesey St<br>Suite 400<br>New York. NY 10281-1022<br>bankruptcynoticeschr@sec.gov |

Securities & Exchange Commission
c/o Office of General Counsel-Bankruptcy
Attn: Michael A. Berman
100 F Street NE
Washington. DC 20549
secbankruptcy-ogc-ado@sec.gov

Shermco Industries Inc
Attn: Allison Jones
PO Box 540545
Dallas. TX 75354
ajones@shermco.com

Starlinger & Co. Gesellschaft M.B.H.
c/o Haynsworth Sinkler Boyd PA
Attn: Frank T. Davis III
1201 Main St
2nd Floor
Greenville. SC 29601
fdavis@hsblawfirm.com; hharrington@hsblawfirm.com; mphillips@mmwr.com; marc-phillips-8177@ecf.pacerpro.com; smcguffin@hsblawfirm.com

Waste Management
Attn: Shameka Harney
1001 Fannin
Suite 4000
Houston. TX 77002
sharney@wm.com

Young Conaway Stargatt & Taylor LLP
Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle
1000 N King St
Wilmington. DE 19801
rbrady@ycst.com; eharron@ycst.com; kcoyle@ycst.com

Shell Energy North America LP
Attn: Bankruptcy & Credit
150 N Dairy Ashford Rd
Building F
Houston. TX 77079
sena.customersupport@shell.com;
travis.torrence@shell.com;
nashira.parker@shell.com

Sorema, Division of Previero
Attn: Director or Officer
17 Via per Cavolto
Anzano del Parco. CO 22040
cwcozart@aol.com

UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee
c/o Arnold & Porter Kaye Scholer LLP
Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements
70 W Madison St
Suite 4200
Chicago. IL 60602-4231
michael.messersmith@arnoldporter.com;
sarah.gryll@arnoldporter.com;
ginger.clements@arnoldporter.com

WorldWide of New York Inc.
Attn: Lisa Lee & Jeff SooHoo
169 Commack Rd
Suite 339
Commack. NY 11725
jeff@wwofny.com

6

**SERVICE LIST – VIA FIRST CLASS MAIL**

2245 Valley LLC
Attn: Jamie Johnson
225 W Hospitality Ln
Suite 315
San Bernardino, CA 92408

California Department of Resources Recycling & Recovery
1001 I St
Mail Stop 9A
Sacramento, CA 95814

Delaware Secretary of Treasury
PO Box 7040
Dover, DE 19903

Federal Communications Commission
Attn: Matthew Berry
Office of General Counsel
445 12th St SW
Washington, DC 20554

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Nissan Motor Acceptance Corp.
8900 Freeport Pkwy
Irving, TX 75063

Office of the United States Attorney for the District of Delaware
c/o US Attorneys Office
Hercules Building
1313 N Market St
Wilmington, DE 19801

Allan Company
Attn: Jason Young CEO
14620 Joanbridge St
Baldwin Park, CA 91706

Delaware Secretary of State
Division of Corporations Franchise Tax
PO Box 7040
Dover, DE 19903

Emerging Acquisitions LLC
3592 W 5th Ave
Eugene, OR 97402

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Attn: Insolvency
1352 Marrows Rd
2nd Floor
Newark, DE 19711-5445

Office of the Attorney General
Attn: Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

Olympic Wire & Equipment Co. Inc.
PO Box 3227
Newport Beach, CA 92659

| | |
|---|---|
| Pennsylvania Office of the Attorney General<br>Strawberry Square<br>16th Floor<br>Harrisburg, PA 17120 | Pension Benefit Guaranty Corp.<br>Office of the General Counsel<br>1200 K St NW<br>Washington, DC 20005-4026 |
| Plastic Express<br>Attn: Monica Ruiz<br>15450 Salt Lake Ave<br>City of Industry, CA 91745 | PNC Equipment Finance LLC<br>655 Business Center Dr<br>Horsham, PA 19044 |
| Polyquest Inc.<br>Attn: Heather Mercer<br>1979 Eastwood Rd<br>Suite 201<br>Wilmington, NC 28403 | Secretary of Treasury<br>15th & Pennsylvania Ave NW<br>Washington, DC 20220 |
| Securities & Exchange Commission<br>Attn: Mark Schonfeld, Regional Director<br>3 World Financial Center<br>Suite 400<br>New York, NY 10281-1022 | Signature Business Leasing LLC<br>225 Broadhollow Rd<br>Suite 132W<br>Melville, NY 11747 |
| Southern California Edison Company<br>Attn: Director or Officer<br>10060 Telegraph Rd<br>Ventura, CA 93004 | Stonebriar Commercial Finance LLC<br>5601 Granite Pkwy<br>Suite 1350<br>Plano, TX 75024 |
| Susquehanna Commercial Finance Inc.<br>2 Country View Rd<br>Suite 300<br>Malvern, PA 19355 | Texas Office of the Attorney General<br>300 W 15th St<br>Austin, TX 78701 |
| Toyota Industries Commercial Finance Inc.<br>PO Box 9050<br>Dallas, TX 75019-9050 | Toyota Motor Corporation<br>PO Box 3457<br>Torrance, CA 90510 |
| UMB Bank N.A., as Trustee<br>120 S Sixth St<br>Suite 1400<br>Minneapolis, MN 55402 | Wells Fargo Bank N.A.<br>PO Box 3072<br>Cedar Rapids, IA 52406-3072 |

2