# CERTIFICATE OF SERVICE

I certify that on this 28th day of April 2021, I have served the foregoing ***OBJECTION OF UNISENSOR USA, INC. TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF DESIGNATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES*** by email on the parties listed below. All other parties who have signed up for electronic filing in this case will be served via CM/ECF.

Force Ten Partners LLC
5271 California Avenue, Suite 270
Irvine, CA 92617
Attn: Brian Weiss
bweiss@force10partners.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Attn: James E. O'Neill
joneill@pszjlaw.com
Steven W. Golden
sgolden@pszjlaw.com

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Attn: Gabriel I. Glazer
gglazer@pszjlaw.com

Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork
jbjork@lw.com

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Attn: James Ktsanes
james.ktsanes@lw.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Andrew C. Ambruoso
andrew.ambruoso@lw.com

Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
Attn: Robert S. Brady
rbrady@ycst.com
Edwin J. Harron
eharron@ycst.com
Kara Hammond Coyle
kcoyle@ycst.com

Otterbourg, P.C.
230 Park Avenue
New York, NY 10169-0075
Attn: Andrew M. Kramer
akramer@otterbourg.com
David E. Morse
dmorse@otterbourg.com

Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
Attn: John Henry Knight
knight@rlf.com

| | |
|---|---|
| Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602-4321<br>Attn: Michael Messersmith<br>michael.messersmith@arnoldporter.com<br>Sarah Gryll<br>sarah.gryll@arnoldporter.com<br>Ginger Clements<br>ginger.clements@arnoldporter.com | Hogan Lovells US LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90275<br>Attn: David P. Simonds<br>david.simonds@hoganlovells.com<br>Erin N. Brady<br>erin.brady@hoganlovells.com<br>Edward McNeilly<br>edward.mcneilly@hoganlovells.com |
| Troutman Pepper Hamilton Sanders LLP<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Attn: David Stratton<br>david.stratton@troutman.com | Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Attn: Stanley B. Tarr<br>tarr@blankrome.com |
| | Office of The United States Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Attn: Joseph McMahon<br>Joseph.McMahon@usdoj.gov |

*/s/ Kathleen M. Miller*
Kathleen M. Miller (DE ID 2898)