# Exhibit B



UNISENSOR USA, Inc • 2495, Cadmus Rd. • PO Box 631 • Adrian MI 49221

**CarbonLITE Recycling LLC**

4685 Mountain Creek Parkway
Dallas, TX 75236

United States

2495, Cadmus Rd.
PO Box 631
Adrian MI 49221

Phone   +1-517-920-4271

| | |
|---|---|
| Date | : Feb 28th, 2019 |
| Client # | : 14166 |
| Contact | : Andreas Paulick |
| Delivery Note | : |
| Delivery Date | : Jan 01st 2019 |
| Page | : 1 |

## Invoice # I20140615

**Your Purchase Order**      PO :            Contact: VJ

| Pos. | Description | ID-No. | Quantity | Unit Price in EUR | Disc.% | Amount in EUR |
|---|---|---|---|---|---|---|
| 1. | Service contract 041/042P2117<br>Powersort 1 : SN 0041P2117<br>Powersort 2 : SN 0042P2117 | 09042 | 2 | 38000,00 | | 76000,00 |

**Period: 09/01/2018 - 08/31/2019**

*** All prices are net prices not including sales tax ***

| Total amount (net) | | EUR | 76000,00 |
|---|---|---|---|

Please transfer above mentioned amount of invoice net to our account no later than March 28th, 2019

Best regards,

*p.p. Paul.* (signature)

Stefanie Krieg
Chief Executive Officer

**CarbonLITE Recycling LLC**

4685 Mountain Creek Parkway
Dallas, TX 75236

United States

| | |
|---|---|
| **Date :** | Apr 17, 2019 |
| **Client # :** | 14166 |
| **Contact :** | Andreas Paulick |
| **Delivery Note :** | 020190017 |
| **Delivery Date :** | Feb 21th, 2019 |
| **Page :** | 1 |

**Invoice # I20140627**

Your purchase order number: 4606                              Contact: Jacob Acosta

| Pos. | Description | ID-No. | Quantity | Unit Price $ in USD | Disc.% | Amount in USD |
|---|---|---|---|---|---|---|
| 1 | Valve block (8 units), Ventilblock in | 21041 | 1 | $621,18 | | $621,18 |
| 1 | Background | 21040 | 8 | $307,04 | | $2.456,32 |
| 1 | Hochspannungskabel / High Voltage | 21073 | 1 | $168,61 | | $168,61 |
| 2 | Packaging / Delivery | 10001 | 1 | $30,00 | | $30,00 |

**\*\*\* All prices are net prices not including sales tax \*\*\***

| **Total amount (net)** | **USD** | **$3.276,11** |
|---|---|---|

Please transfer above mentioned amount of invoice to our account no later than May 17, 2019

Stefanie Krieg
Chief Executive Officer



UNISENSOR USA, Inc. • 2495 Cadmus Rd. • Adrian, Michigan 49221

**CarbonLITE Recycling LLC**

4685 Mountain Creek Parkway
Dallas, TX 75236

United States

2495 Cadmus Rd.
Adrian, Michigan 49221
Phone  +1-517-920 4271
TAX ID  36-4767536

| | |
|---|---|
| Date | : March 11th, 2020 |
| Client # | : 14166 |
| Contact | : Andreas Paulick |
| Delivery Note | : |
| Delivery Date | : Jan 01st 2020 |
| Page | : 1 |

## Invoice # I20140785 A

**Your Purchase Order**   PO :                  Contact: VJ

| Pos. | Description | ID-No. | Quantity | Unit Price in USD | Disc.% | Amount in USD |
|---|---|---|---|---|---|---|
| 1. | Service contract 041/042P2117<br>Powersort 1 : SN 0041P2117<br>Powersort 2 : SN 0042P2117 | 09042 | 2 | $21,565.19 | | $43,130.38 |

**Period: 09/01/2019 - 08/31/2020**   50% of total year.  Invoice due on Receipt.
                                       Second invoice will be billed in August

*** All prices are net prices not including sales tax ***

**Total amount (net)**                                                    USD  $43,130.38

Please transfer above mentioned amount of invoice net to our account no later than March 30th, 2020

Best regards,

*ppa Ch. Brandt*

Stefanie Krieg
Chief Executive Officer



UNISENSOR USA, Inc. • 2495 Cadmus Rd.• Adrian, Michigan 49221

**CarbonLITE Recycling LLC**

4685 Mountain Creek Parkway
Dallas, TX 75236

United States

2495 Cadmus Rd.
Adrian, Michigan 49221
Phone   +1-517-920 4271
TAX ID   36-4767536

| | |
|---|---|
| Date | : March 11th, 2020 |
| Client # | : 14166 |
| Contact | : Andreas Paulick |
| Delivery Note | : |
| Delivery Date | : Jan 01st 2020 |
| Page | : 1 |

## Invoice # I20140785 B

**Your Purchase Order**   PO :            Contact: VJ

| Pos. | Description | ID-No. | Quantity | Unit Price in USD | Disc.% | Amount in USD |
|---|---|---|---|---|---|---|
| 1. | Service contract  041/042P2117<br>Powersort 1 : SN 0041P2117<br>Powersort 2 : SN 0042P2117 | 09042 | 2 | $21,565.19 | | $43,130.38 |

**Period: 09/01/2019 - 08/31/2020**   50% of total year.   Invoice due upon Receipt

\*\*\* All prices are net prices not including sales tax \*\*\*

**Total amount (net)**                                            USD  $43,130.38

Please transfer above mentioned amount of invoice net to our account no later than March 30th, 2020

Best regards,

ppa Ch. Brandt
Stefanie Krieg
Chief Executive Officer



USA, INC.
PO Box 631
Adrian, MI 49221
517-920-4271

**Attn:** Accounts Payable
CarbonLITE Recycling LLC
dal-ap@carbonliterecycling.com
4685 Mountain Creek Parkway
Dallas, TX 75236

| | |
|---|---|
| Date: | 10/16/2020 |
| Client # | 14166 |
| Contact: | Tom Johnson |
| Page: | 1 |

**Invoice No.:** I20140903

**Your PO:** 7376
Powersort 200
Spare Parts Delivered: 9/30/2020
Kevin McIntosh

| Pos. | Description | ID.-No. | Quantity | Unit Price | Disc% | Amount in USD |
|---|---|---|---|---|---|---|
| 1 | Valve Block in Exchange | ID:21041 | 1 | $ 621.18 | | $ 621.18 |
| 2 | Pusher Control Card | ID:21052 | 2 | $ 2,662.20 | | $ 5,324.40 |

| | |
|---|---|
| **Total Amount (Net)** | **USD  $  5,945.58** |

Please transfer above mentioned amount of invoice to our account no later than November 16th, 2020.
**\*\*Please Reference Invoice Number with Payment Remittance\*\***

*Best Regards,*
*Tom Johnson*
**Service Manager**



UNISENSOR USA, Inc. • 2495 Cadmus Rd.• Adrian, Michigan 49221

2495 Cadmus Rd.
Adrian, Michigan 49221
Phone    +1-517-920 4271
TAX ID   36-4767536

**CarbonLITE Recycling LLC**

4685 Mountain Creek Parkway
Dallas, TX 75236

United States

| | |
|---|---|
| Date | : February 04th, 2021 |
| Client # | : 14166 |
| Contact | : Andreas Paulick |
| Delivery Note | : |
| Delivery Date | : Jan 01st 2021 |
| Page | : 1 |

## Invoice # I20140981

Your Purchase Order        PO :                 Contact: VJ

| Pos. | Description | ID-No. | Quantity | Unit Price in EUR | Disc.% | Amount in EUR |
|---|---|---|---|---|---|---|
| 1. | Service contract  041/042P2117<br>Powersort 1 : SN 0041P2117<br>Powersort 2 : SN 0042P2117 | 09042 | 2 | 19000,00 | | 38000,00 |

**Period: 09/01/2020 - 08/31/2021**

**Payable in 2 installments per contract year
installment 1 of 2
For 09/01/2020 - 02/28/2021
= 50% of net EUR 76.000**

\*\*\* All prices are net prices not including sales tax \*\*\*

| Total amount (net) | EUR | 38000,00 |
|---|---|---|

Please transfer above mentioned amount of invoice net to our account no later than February 17th, 2021

Best regards,

Stefanie Krieg
Chief Executive Officer