# CERTIFICATE OF SERVICE

I certify that on this 28th day of April 2021, I have served the foregoing ***OBJECTION OF UNISENSOR USA, INC. TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF DESIGNATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES*** by email on the parties listed below. All other parties who have signed up for electronic filing in this case will be served via CM/ECF.

Force Ten Partners LLC
5271 California Avenue, Suite 270
Irvine, CA 92617
Attn: Brian Weiss
bweiss@force10partners.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Attn: James E. O'Neill
joneill@pszjlaw.com
Steven W. Golden
sgolden@pszjlaw.com

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Attn: Gabriel I. Glazer
gglazer@pszjlaw.com

Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork
jbjork@lw.com

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Attn: James Ktsanes
james.ktsanes@lw.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Andrew C. Ambruoso
andrew.ambruoso@lw.com

Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
Attn: Robert S. Brady
rbrady@ycst.com
Edwin J. Harron
eharron@ycst.com
Kara Hammond Coyle
kcoyle@ycst.com

Otterbourg, P.C.
230 Park Avenue
New York, NY 10169-0075
Attn: Andrew M. Kramer
akramer@otterbourg.com
David E. Morse
dmorse@otterbourg.com

Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
Attn: John Henry Knight
knight@rlf.com

Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4321
Attn: Michael Messersmith
michael.messersmith@arnoldporter.com
Sarah Gryll
sarah.gryll@arnoldporter.com
Ginger Clements
ginger.clements@arnoldporter.com

Troutman Pepper Hamilton Sanders LLP
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Attn: David Stratton
david.stratton@troutman.com

Hogan Lovells US LLP
1999 Avenue of the Stars
Los Angeles, CA 90275
Attn: David P. Simonds
david.simonds@hoganlovells.com
Erin N. Brady
erin.brady@hoganlovells.com
Edward McNeilly
edward.mcneilly@hoganlovells.com

Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Attn: Stanley B. Tarr
tarr@blankrome.com

Office of The United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Attn: Joseph McMahon
Joseph.McMahon@usdoj.gov

*/s/ Kathleen M. Miller*
Kathleen M. Miller (DE ID 2898)