# Exhibit B



UNISENSOR USA, Inc • 2495, Cadmus Rd. • PO Box 631 • Adrian MI 49221

**CarbonLITE Recycling LLC**

4685 Mountain Creek Parkway
Dallas, TX 75236

United States

2495, Cadmus Rd.
PO Box 631
Adrian MI 49221

Phone    +1-517-920-4271

| | |
|---|---|
| **Date** | : Feb 28th, 2019 |
| **Client #** | : 14166 |
| **Contact** | : Andreas Paulick |
| **Delivery Note** | : |
| **Delivery Date** | : Jan 01st  2019 |
| **Page** | : 1 |

# Invoice # I20140615

**Your Purchase Order**    PO :              Contact: VJ

| Pos. | Description | ID-No. | Quantity | Unit Price in EUR | Disc.% | Amount in EUR |
|---|---|---|---|---|---|---|
| 1. | Service contract  041/042P2117<br>Powersort 1 : SN 0041P2117<br>Powersort 2 : SN 0042P2117 | 09042 | 2 | 38000,00 | | 76000,00 |
| | **Period: 09/01/2018 - 08/31/2019** | | | | | |

*** All prices are net prices not including sales tax ***

| | | |
|---|---|---|
| **Total amount (net)** | **EUR** | **76000,00** |

Please transfer above mentioned amount of invoice net to our account no later than March 28th, 2019

Best regards,

Stefanie Krieg
Chief Executive Officer

**CarbonLITE Recycling LLC**

4685 Mountain Creek Parkway
Dallas, TX 75236

United States

| | |
|---|---|
| **Date :** | Apr 17, 2019 |
| **Client # :** | 14166 |
| **Contact :** | Andreas Paulick |
| **Delivery Note :** | 020190017 |
| **Delivery Date :** | Feb 21th, 2019 |
| **Page :** | 1 |

## Invoice # I20140627

Your purchase order number: 4606                    Contact: Jacob Acosta

| Pos. | Description | ID-No. | Quantity | Unit Price $ in USD | Disc.% | Amount in USD |
|------|-------------|--------|----------|---------------------|--------|---------------|
| 1 | Valve block (8 units), Ventilblock in | 21041 | 1 | $621,18 | | $621,18 |
| 1 | Background | 21040 | 8 | $307,04 | | $2.456,32 |
| 1 | Hochspannungskabel / High Voltage | 21073 | 1 | $168,61 | | $168,61 |
| 2 | Packaging / Delivery | 10001 | 1 | $30,00 | | $30,00 |

**\*\*\* All prices are net prices not including sales tax \*\*\***

| Total amount (net) | | USD | $3.276,11 |
|---|---|---|---|

Please transfer above mentioned amount of invoice to our account no later than May 17, 2019

Stefanie Krieg
Chief Executive Officer



UNISENSOR USA, Inc. • 2495 Cadmus Rd. • Adrian, Michigan 49221

**CarbonLITE Recycling LLC**

4685 Mountain Creek Parkway
Dallas, TX 75236

United States

2495 Cadmus Rd.
Adrian, Michigan 49221
Phone   +1-517-920 4271
TAX ID  36-4767536

| | |
|---|---|
| **Date** | : March 11th, 2020 |
| **Client #** | : 14166 |
| **Contact** | : Andreas Paulick |
| **Delivery Note** | : |
| **Delivery Date** | : Jan 01st  2020 |
| **Page** | : 1 |

# Invoice # I20140785 A

**Your Purchase Order**      PO :                          Contact: VJ

| Pos. | Description | ID-No. | Quantity | Unit Price in USD | Disc.% | Amount in USD |
|---|---|---|---|---|---|---|
| 1. | Service contract  041/042P2117<br>Powersort 1 : SN 0041P2117<br>Powersort 2 : SN 0042P2117 | 09042 | 2 | $21,565.19 | | $43,130.38 |

**Period: 09/01/2019 - 08/31/2020**   <span style="color:red">50% of total year.</span>   <span style="color:red">Invoice due on Receipt.</span>

Second invoice will be billed in August

*** All prices are net prices not including sales tax ***

| **Total amount (net)** | **USD** | **$43,130.38** |
|---|---|---|

Please transfer above mentioned amount of invoice net to our account no later than March 30th, 2020

Best regards,

Stefanie Krieg
Chief Executive Officer



UNISENSOR USA, Inc. • 2495 Cadmus Rd • Adrian, Michigan 49221

**CarbonLITE Recycling LLC**

4685 Mountain Creek Parkway
Dallas, TX 75236

United States

2495 Cadmus Rd.
Adrian, Michigan 49221
Phone   +1-517-920 4271
TAX ID   36-4767536

| | |
|---|---|
| **Date** | : March 11th, 2020 |
| **Client #** | : 14166 |
| **Contact** | : Andreas Paulick |
| **Delivery Note** | : |
| **Delivery Date** | : Jan 01st  2020 |
| **Page** | : 1 |

# Invoice # I20140785 B

**Your Purchase Order**        PO :                    Contact: VJ

| Pos. | Description | ID-No. | Quantity | Unit Price in USD | Disc.% | Amount in USD |
|---|---|---|---|---|---|---|
| 1. | Service contract  041/042P2117<br>Powersort 1 : SN 0041P2117<br>Powersort 2 : SN 0042P2117 | 09042 | 2 | $21,565.19 | | $43,130.38 |

**Period: 09/01/2019 - 08/31/2020**    50% of total year.    Invoice due upon Receipt

*** All prices are net prices not including sales tax ***

| | | |
|---|---|---|
| **Total amount (net)** | USD | $43,130.38 |

Please transfer above mentioned amount of invoice net to our account no later than March 30th, 2020

Best regards,

*ppa Ch. Brandt*

Stefanie Krieg
Chief Executive Officer



UNIsensor
USA, INC.
PO Box 631
Adrian, MI 49221
517-920-4271

**Attn:** Accounts Payable
CarbonLITE Recycling LLC
dal-ap@carbonliterecycling.com
4685 Mountain Creek Parkway
Dallas, TX 75236

| | |
|---|---|
| Date: | 10/16/2020 |
| Client # | 14166 |
| Contact: | Tom Johnson |
| Page: | 1 |

**Invoice No.:** I20140903

**Your PO:  7376**
Powersort 200
Spare Parts Delivered: 9/30/2020
Kevin McIntosh

| Pos. | Description | ID.-No. | Quantity | Unit Price | Disc% | Amount in USD |
|---|---|---|---|---|---|---|
| 1 | Valve Block in Exchange | ID:21041 | 1 | $ 621.18 | | $ 621.18 |
| 2 | Pusher Control Card | ID:21052 | 2 | $ 2,662.20 | | $ 5,324.40 |

| | |
|---|---|
| **Total Amount (Net)** | **USD  $  5,945.58** |

Please transfer above mentioned amount of invoice to our account no later than November 16th, 2020.
**\*\*Please Reference Invoice Number with Payment Remittance\*\***

*Best Regards,*
*Tom Johnson*
**Service Manager**



UNISENSOR USA, Inc. • 2495 Cadmus Rd.• Adrian, Michigan 49221

2495 Cadmus Rd.
Adrian, Michigan 49221
Phone    +1-517-920 4271
TAX ID   36-4767536

**CarbonLITE Recycling LLC**

4685 Mountain Creek Parkway
Dallas, TX 75236

United States

| | |
|---|---|
| Date | : February 04th, 2021 |
| Client # | : 14166 |
| Contact | : Andreas Paulick |
| Delivery Note | : |
| Delivery Date | : Jan 01st  2021 |
| Page | : 1 |

## Invoice # I20140981

**Your Purchase Order**     PO :                      Contact: VJ

| Pos. | Description | ID-No. | Quantity | Unit Price in EUR | Disc.% | Amount in EUR |
|---|---|---|---|---|---|---|
| 1. | Service contract  041/042P2117 Powersort 1 : SN 0041P2117 Powersort 2 : SN 0042P2117 | 09042 | 2 | 19000,00 | | 38000,00 |

**Period: 09/01/2020 - 08/31/2021**

**Payable in 2 installments per contract year**
**installment 1 of 2**
**For 09/01/2020 - 02/28/2021**
**= 50% of net EUR 76.000**

*** All prices are net prices not including sales tax ***

| | | |
|---|---|---|
| **Total amount (net)** | **EUR** | **38000,00** |

Please transfer above mentioned amount of invoice net to our account no later than February 17th, 2021

Best regards,

Stefanie Krieg
Chief Executive Officer