IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CARBONLITE HOLDINGS LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 21-10527 (JTD)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the below counsel enter their appearance on on behalf of Berks61 Owner, LLC ("Berks61") in the above captioned cases, and hereby request notice pursuant to Bankruptcy Code sections 342(a) and 1109(b) and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rule 2002-1 of all notices and pleadings given, required to be given or filed in the above-captioned cases be given and served upon:

**ROBINSON & COLE LLP**
Jamie L. Edmonson
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
jedmonson@rc.com

**LEVENE, NEALE, BENDER,
 YOO & BRILL L.L.P.**
Eve H. Karasik
Jeffrey S. Kwong
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
EHK@lnbyb.com
JSK@lnbyb.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b) and Bankruptcy Rule 3017(a), the foregoing demand includes not only the notices and papers referred to in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint, or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleadings, claim, or suit shall be deemed or construed to be a waiver of the rights of Berks61: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, defenses, setoffs, or recoupments to which Berks61 is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*Remainder of page intentionally left blank*

Dated: April 28, 2021
Wilmington, Delaware                    **ROBINSON & COLE LLP**


   */s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone:      (302) 516-1700
Facsimile:       (302) 516-1699
jedmonson@rc.com

-and-

**LEVENE, NEALE, BENDER,
  YOO & BRILL L.L.P.**
Eve H. Karasik (Cal. Bar No. 155356)
Jeffrey S. Kwong (Cal. Bar No. 288239)
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
EHK@lnbyb.com
JSK@lnbyb.com

*Co-Counsel for Berks61 Owner, LLC*