# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CARBONLITE HOLDINGS, LLC., *et al.* [1],<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10527 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the below attorneys hereby enter their appearance, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Bankruptcy Rule 2002-1, on behalf of Interstate Automobile Network dba Luxury Auto Leasing. The attorneys below request, pursuant to Bankruptcy Rules 2002 and 9007, and section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them. Pursuant to Bankruptcy Rule 7005 and Local Bankruptcy Rule 5005-4(c), counsel opts-in to electronic service at the email addresses set forth below:

Steven L. Bryson
Law Office of Steven L. Bryson
11150 W. Olympic Blvd., Ste. 1120
Los Angeles, CA 90064
Telephone: (310) 477-4555
Facsimile: (310) 473-4556
Email: Office@SteveBryson.com

Martin J. Weis
DILWORTH PAXSON LLP
704 N. King Street, Ste. 500
P.O. Box 1031
Wilmington, DE 19899-1031
Tel: 302-571-9800
Email: MWeis@DilworthLaw.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Code and Rules, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Interstate Automobile Network dba Luxury Auto Leasing's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Interstate Automobile Network dba Luxury Auto Leasing is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: 4/29/2021
Wilmington, Delaware

**DILWORTH PAXSON LLP**

By: _____
Martin J. Weis (No. 4333)
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
Tel: 302-571-9800

-and-

**STEVEN L. BRYSON, ESQ.**
**LAW OFFICE OF STEVEN L. BRYSON**
California Bar No: 86014
11150 W. Olympic Blvd., # 1120
Los Angeles, CA 90064
Tel: 310-477-4555
Email: Office@SteveBryson.com