IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Dominic DiConti, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On April 23, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 103)

Furthermore, on April 23, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Notice of Proposed Sale or Sales of Substantially All of the Debtors' Assets, Free and Clear of All Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto** (Docket No. 268)

Furthermore, on or before April 28, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Notice of Deadlines for the Filing of (I) Proofs of Claim, Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code, and (II) Rejection Damages Claims** (Docket No. 279)

- **[Customized] Official Form 410 Proof of Claim** (attached hereto as **Exhibit D**)

[THIS SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

- **Official Form 410 Instructions for Proof of Claim** (attached hereto as **Exhibit E**)

Dated: April 30, 2021

_Dominic DiConti_

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 30th day of April, 2021, by Dominic DiConti, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **<u>Exhibit A</u>**



## Exhibit A
Served via First-Class Mail

| Name | Address 1 | City | State | Zip |
|---|---|---|---|---|
| Flor Elizabeth Espinola | Address Redacted | | | |
| Hatch | 14548 Vintage Preserve Pkwy | Houston | TX | 77070-2123 |

# **<u>Exhibit B</u>**



# Exhibit B
Served via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|
| 24/7 Office Installations Inc. | 2922 Rubidoux Blvd | | | Riverside | CA | 92509-2129 |
| Aaron Valles | Address Redacted | | | | | |
| AFEX | 21045 Califa St | | | Woodland Hls | CA | 91367-5104 |
| Almeida, Olivia | Address Redacted | | | | | |
| AMR Plastics Inc. | 1281 Mount Brewer Ct | | | Tulare | CA | 93274-8552 |
| Avenue Logistics Inc. | 325 W Ohio St | # 3 | | Chicago | IL | 60654-7809 |
| Avila, Peter | Address Redacted | | | | | |
| Axle Logistics LLC | 835 N Central St | | | Knoxville | TN | 37917-7122 |
| Brock Transportation LLC | 3025 Independence Dr | Ste C | | Livermore | CA | 94551-7683 |
| Cesar Martin Haro | Address Redacted | | | | | |
| Clean Air Specialists Inc. | PMB 121 | 12534 Valley View St | | Garden Grove | CA | 92845-2006 |
| Clean Water Technologies Inc. | 13008 S Western Ave | | | Gardena | CA | 90249-1920 |
| Corona, Virgilio | Address Redacted | | | | | |
| Cronin Compressor Products LLC | 6669 Bradford Ct | | | Chino | CA | 91710-4282 |
| Daniel Lir | Address Redacted | | | | | |
| Darkstar Logistics LLC | 8130 Highway MM | | | Hannibal | MO | 63401-6803 |
| Dunamis Forklift Tires | 28220 Watson Rd | | | Romoland | CA | 92585-9246 |
| Everrank Investment Group Inc. | PMB 280 | 17100 Bear Valley Rd | Ste B | Victorville | CA | 92395-5852 |
| Everrank Investment Group, Inc. | PMB 280 | 17100 Bear Valley Rd | Ste B | Victorville | CA | 92395-5852 |
| Exact Staff Inc. | 23901 Calabasas Rd | Ste 1085 | | Calabasas | CA | 91302-1586 |
| Fairweather Heating & Air Condition | 11556 N Ventura Ave | | | Ojai | CA | 93023-3848 |
| Favio Romero | Address Redacted | | | | | |
| Frankie Lewis Jr | Address Redacted | | | | | |
| Garcia, Norma N | Address Redacted | | | | | |
| Gonzalez, Alfred G | Address Redacted | | | | | |
| Graham, Alex | Address Redacted | | | | | |
| Granados, Ma Martina | Address Redacted | | | | | |
| Guzman, Clemente | Address Redacted | | | | | |
| Hatch | 14548 Vintage Preserve Pkwy | | | Houston | TX | 77070-2123 |
| IBC Tote Recycling LLC | 66281 | 2045 W Grand Ave | Ste B | Chicago | IL | 60612-1577 |
| JY Solutions Inc. | PMB 103 | 2500 E Imperial Hwy | Ste 149A | Brea | CA | 92821-6119 |
| King of Freight LLC | PO Box 49170 | | | Wichita | KS | 67201-9170 |
| Lewis Jr, Frankie | Address Redacted | | | | | |
| Logistics Dynamics Inc. | 1140 Wehrle Dr | | | Buffalo | NY | 14221-7748 |
| Maae, Kuka | Address Redacted | | | | | |
| McKinney Trailer Rentals | 2500 Pellissier Pl | | | City Industry | CA | 90601-1505 |
| Mendez Sanchez, Alicia | Address Redacted | | | | | |
| Metro Group Maritime | PO Box 2371 | | | Livingston | NJ | 07039-7971 |
| Midwest Trucking Logistics | 2009 N Clearstone St | | | Goddard | KS | 67052-8661 |

In re: CarbonLite Holdings LLC, *et al.*
Case No. 21-10527 (JTD)



# Exhibit B
Served via First-Class Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|
| Mode Transportation LLC | 14785 Preston Rd | Ste 850 | | Dallas | TX | 75254-9159 |
| Murphy, Dawn Marie | Address Redacted | | | | | |
| NDC Technologies Inc. | 8001 Technology Blvd | | | Dayton | OH | 45424-1568 |
| Oakland Instrument Corporation | 5220 12th Ave E | | | Shakopee | MN | 55379-1948 |
| Oxnard Hose Inc. | 1050 S Kimball Rd | | | Ventura | CA | 93004-2000 |
| Paypro USA Inc. | 1485 Spruce St | Ste Q | | Riverside | CA | 92507-7421 |
| Plast-Control Inc. | 60 Venture Dr | Unit 3 | | Dover | NH | 03820-5930 |
| Plastics News | PO Box 37222 | | | Boone | IA | 50037-0222 |
| Replanet LLC | PO Box 2893 | | | Merced | CA | 95344-0893 |
| Replenysh, Inc | PMB 83530 | PO Box 515381 | | Los Angeles | CA | 90051-6681 |
| Riley, Markeis | Address Redacted | | | | | |
| Roden, Lindsay | Address Redacted | | | | | |
| Rodriguez, Lilia Hurtado | Address Redacted | | | | | |
| Romero, Favio | Address Redacted | | | | | |
| Roto-Rooter Service & Plumbing | 1501 Railroad St | | | Corona | CA | 92878-5001 |
| Silva, Israel | Address Redacted | | | | | |
| Sloan Vazquez McAfee | Address Redacted | | | | | |
| SMI Scientific LLC | 1115 Cleaver Rd | | | Lower Gwynedo | PA | 19002-1280 |
| Solve | PO Box 49B | | | Barrington | IL | 60011-0498 |
| Tranpak Inc. | 1209 Victory Ln | | | Madera | CA | 93637-5059 |
| Valles, Aaron | Address Redacted | | | | | |
| Velez, Jean | Address Redacted | | | | | |
| Ventura Steel | PO Box 507 | | | Oxnard | CA | 93032-0507 |
| VIP Image Enterprises Inc. | 111 Hollie Dr | | | Red Oak | TX | 75154-6601 |
| Walters Wholesale Electric | 18626 S Susana Rd | | | Compton | CA | 90221-5621 |

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| AFEX | Attn Tohra Sazegar | 21045 Califa St | | | | Woodland Hls | CA | 91367-5104 |
| Albar Trucking Inc | | 1006 W Centennial Rd | | | | Papillion | NE | 68046-7015 |
| Axel Logistics LLC | | 835 N Central St | | | | Knoxville | TN | 37917-7122 |
| Everrank Investment Group, Inc. | | PMB 280 | 17100 Bear Valley Rd | Ste B | | Victorville | CA | 92395-5852 |
| Favio Romero | | Address Redacted | | | | | | |
| Frankie Lewis Jr | | Address Redacted | | | | | | |
| Giovanni Juarez | | Address Redacted | | | | | | |
| Jack in the Box Inc. | | 9357 Spectrum Center Blvd | | | | San Diego | CA | 92123-1524 |
| Jose Reyes Services | | 12413 Hadley St | | | | Whittier | CA | 90601-3916 |
| Juarez, Giovanni | | Address Redacted | | | | | | |
| Nolan Transportation Group LLC | | 400 Northridge Rd | Ste 1000 | | | Atlanta | GA | 30350-3328 |
| Official Committee of Unsecured Creditors | c/o Everrank Investment Group Inc. | Attn David Ha | PMB 280 | 17100 Bear Valley Rd | Ste B | Victorville | CA | 92395-5852 |
| REGO Restaurant Holdings LLC | | 4700 S Syracuse St | Ste 225 | | | Denver | CO | 80237-3022 |
| Silva, Israel | | Address Redacted | | | | | | |
| TrainUp.com | c/o Tillman Learning LLC | PMB 933 | 4848 Lemmon Ave | Ste 100 | | Dallas | TX | 75219-1401 |
| Ventura County ACPD | | 4567 Telephone Rd | Ste 200 | | | Ventura | CA | 93003-5665 |

# **<u>Exhibit D</u>**

**Fill in this information to identify the case:**

Name of Debtor & Case Number:
- ❑ CarbonLite Holdings LLC (Case No. 21-10527)
- ❑ CarbonLite Industries LLC (Case No. 21-10528)
- ❑ CarbonLite P Holdings, LLC (Case No. 21-10529)
- ❑ CarbonLite P, LLC (Case No. 21-10531)
- ❑ CarbonLite PI Holdings, LLC (Case No. 21-10532)
- ❑ CarbonLite Pinnpack, LLC (Case No. 21-10533)
- ❑ CarbonLite Recycling Holdings LLC (Case No. 21-10534)
- ❑ CarbonLite Recycling LLC (Case No. 21-10535)
- ❑ CarbonLite Sub-Holdings, LLC (Case No. 21-10536)
- ❑ Pinnpack P, LLC (Case No. 21-10537)
- ❑ Pinnpack Packaging, LLC (Case No. 21-10538)

**United States Bankruptcy Court for the District of Delaware**

Official Form 410

# Proof of Claim

4/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice that you received.**

## Part 1:  Identify the Claim

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | |
| 2. **Has this claim been acquired from someone else?** | ❑ No<br>❑ Yes.  From whom? | |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Name<br><br>Street Address<br><br>City           State           ZIP Code<br><br>Contact phone<br><br>Contact email | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Street Address<br><br>City           State           ZIP Code<br><br>Contact phone<br><br>Contact email |
| 4. **Does this claim amend one already filed?** | ❑ No<br>❑ Yes.  Claim number on court claims registry (if known) _____ | Filed on ___/___/___<br>MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ❑ No<br>❑ Yes.  Who made the earlier filing? | |

Official Form 410                                  **Proof of Claim**                                  page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|---|
| 7. | How much is the claim? | $_____. Does this amount include interest or other charges?<br>❏ No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaded, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>_____ |
| 9. | Is all or part of the claim secured? | ❏ No<br>❏ Yes.    The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**:                           $_____<br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**     $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>❏ Fixed<br>❏ Variable |
| 10. | Is this claim based on a lease? | ❏ No<br>❏ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. | Is this claim subject to a right of setoff? | ❏ No<br>❏ Yes. Identify the property: _____ |

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❑ No<br>❑ Yes. *Check all that apply:* | **Amount entitled to priority** |
| | ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❑ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❑ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ❑ No<br>❑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.
❑ I am the creditor's attorney or authorized agent.
❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                    MM  /  DD  /  YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
       First name          Middle name          Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
          Number          Street

_____
City                          State          ZIP Code

Contact phone _____    Email _____

# **<u>Exhibit E</u>**

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                                                  12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or go to  https://cases.stretto.com/carbonlite/claims/

### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

...

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Do not file these instructions with your form.**

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.