IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CARBONLITE HOLDINGS LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10527 (JTD)<br><br>(Jointly Administered)<br><br>Related Docket No. 386 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April 2021, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the:

**LIMITED OBJECTION OF EAST WEST BANK TO DEBTORS'
NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF
DESIGNATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed on May 1, 20201 via email on the parties indicated below.

Dated: May 1, 2021

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Norman N. Kinel*
Norman N. Kinel
1211 Avenue of the Americas, 26th Floor
New York, NY  10036
Telephone:  (212) 872-9800
Facsimile:  (212) 872-9815
Email: norman.kinel@squirepb.com

*Attorneys for East West Bank*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, P.O. Box 8705
Wilmington, DE 19899-8705
Attn: James E. O'Neill
Steven W. Golden
Gabriel I. Glazer
joneill@pszjlaw.com  sgolden@pszjlaw.com
gglazer@pszjlaw.com

*Counsel for the Debtors*

Otterbourg, P.C.
230 Park Avenue
New York, NY 10169-0075
Attn: Andrew M. Kramer
David E. Morse
akramer@otterbourg.com
dmorse@otterbourg.com

Richards, Layton & Finger, PA
One Rodney Square
920 North King Street,
Wilmington, DE 19801
Attn: John Henry Knight
knight@rlf.com

*Counsel to the DIP ABL Lender and Prepetition ABL Secured Parties*

Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4321
Attn: Michael Messersmith
Sarah Gryll
Ginger Clements
michael.messersmith@arnoldporter.com
sarah.gryll@arnoldporter.com
ginger.clements@arnoldporter.com

Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork
jbjork@lw.com

330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Attn: James Ktsanes
james.ktsanes@lw.com
885 Third Avenue
New York, NY 10022,
Attn:Andrew C. Ambruoso
andrew.ambruoso@lw.com

Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
Attn:Robert S. Brady
Edwin J. Harron
Kara Hammond Coyle
rbrady@ycst.com
eharron@ycst.com
kcoyle@ycst.com

*Counsel to the DIP Term Agent, DIP Term Lenders, and Prepetition Term Secured Parties*

Hogan Lovells US LLP
1999 Avenue of the Stars
Los Angeles, CA 90275
Attn: David P. Simonds
Erin N. Brady
Edward McNeilly
david.simonds@hoganlovells.com
erin.brady@hoganlovells.com
edward.mcneilly@hoganlovells.com

Troutman Pepper Hamilton Sanders LLP
1313 N. Market Street, Suite 5100
Wilmington DE 19801 Attn: David
Stratton david.stratton@troutman.com

*Counsel to the TX/PA DIP Agents and Prepetition Trustees*

Eric J. Monzo
Brya M. Keilson
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
bkeilson@morrisjames.com

Caroline R. Djang, Esq.
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, CA 92612
caroline.djang@bbklaw.com

*Counsel for Niagara Bottling, LLC*

Blank Rome LLP
1201 N. Market Street, Suite 800,
Wilmington, DE 19801
Attn: Stanley B. Tarr
tarr@blankrome.com

*Counsel to the Official Committee of Unsecured Creditors*

Office of The United States Trustee
844 King Street, Suite 2207, Lockbox 35,
Wilmington, DE 19801
Attn: Joseph McMahon
Joseph.McMahon@usdoj.gov

Force Ten Partners LLC
5271 California Avenue, Suite 270
Irvine, CA 92617
Attn: Brian Weiss
bweiss@force10partners.com

*Debtors*

010-9205-0445/1/AMERICAS