ORIGINAL

# UNITED STATES BANKRUPTCY COURT

2021 MAY -5  AM 8:52

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 21-10527 (JTD) |
| | ) | |
| CARBONLITE HOLDINGS LLC, | ) | |
| | ) | NOTICE OF APPEARANCE and |
| Debtor. | ) | REQUEST FOR NOTICES |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Creditor **ELECTRONIC SYSTEMS SPA,** by and through its attorney, VILLARD BASTIEN, and gives notice of appearance to the Court in the above-styled action. Please ensure that all notices and pleadings are sent to counsel at the address listed below.

This 24th day of April, 2021.

_____
VILLARD BASTIEN
Ga. Bar No.: 100176

200 Ashford Center North
Suite 215
Atlanta, Georgia  30338
(404) 378-4344
(470) 275-3906 fax
vbastien@me.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | CASE NO.: 21-10527 (JTD) |
| ) | |
| CARBONLITE HOLDINGS LLC, ) | |
| ) | NOTICE OF APPEARANCE and |
| Debtor. ) | REQUEST FOR NOTICES |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice Of Appearance And Request For Notices has been served upon opposing counsel by depositing a copy of same in the United States Mail, postage fully prepaid and addressed to:

>Richard M. Pachulski, Esq.
>Pachulski Stang Ziehl & Jones LLP
>P.O. Box 8705
>Wilmington, Delaware 19801

This 24th day of April, 2021.

_____
VILLARD BASTIEN
Attorney for Pinnpack P, LLC and
Pinnpack Packaging, LLC
Ga. Bar No.: 100176

200 Ashford Center North
Suite 215
Atlanta, Georgia 30338
(404) 378-4344
(470) 275-3906 fax
vbastien@me.com

# Law Offices of Villard Bastien, LLC

200 ASHFORD CENTER NORTH
SUITE 215
ATLANTA, GEORGIA 30338



PHONE: 404-378-4344
EMAIL: vbastien@me.com

FAX: 470-275-3906
ADMITTED: GA, NY & NJ

April 24, 2021


Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware 19801

      RE:    CarbonLite Holdings, LLC, Debtor
                  United States Bankruptcy Court
                  District of Delaware

Dear Sir/Madam:

Enclosed please find a Withdrawal Of Notice Of Appearance And Request For Notices in connection with the above-styled matter, and also a Notice Of Appearance And Request For Notices for our corrected client. Please file the original of each with the Court and return a stamped "filed" copy of each to the undersigned in the enclosed self-addressed, stamped envelope.

Thank you for your assistance. If you should have any questions, please feel free to call.

Sincerely,

*D. Brown*

Donna Brown
Legal Assistant

/db

Enclosures