2021 MAY -5 AM 8:51

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 21-10527 (JTD) |
| | ) | |
| CARBONLITE HOLDINGS LLC, | ) | |
| | ) | NOTICE OF APPEARANCE and |
| Debtor. | ) | REQUEST FOR NOTICES |

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Attorney VILLARD BASTIEN and withdraws his previous appearance filed erroneously for PINNPACK P, LLC and PINNPACK PACKAGING, LLC.

This 24th day of April, 2021.

_____
VILLARD BASTIEN
Ga. Bar No.: 100176

200 Ashford Center North
Suite 215
Atlanta, Georgia 30338
(404) 378-4344
(470) 275-3906 fax
vbastien@me.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | CASE NO.: 21-10527 (JTD) |
| ) | |
| CARBONLITE HOLDINGS LLC, ) | |
| ) | NOTICE OF APPEARANCE and |
| Debtor. ) | REQUEST FOR NOTICES |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Withdrawal Of Notice Of Appearance And Request For Notices has been served upon opposing counsel by depositing a copy of same in the United States Mail, postage fully prepaid and addressed to:

> Richard M. Pachulski, Esq.
> Pachulski Stang Ziehl & Jones LLP
> P.O. Box 8705
> Wilmington, Delaware 19801

This 24th day of April, 2021.

*/s/ V.B.*

VILLARD BASTIEN
Attorney for Pinnpack P, LLC and
Pinnpack Packaging, LLC
Ga. Bar No.: 100176

200 Ashford Center North
Suite 215
Atlanta, Georgia 30338
(404) 378-4344
(470) 275-3906 fax
vbastien@me.com

2

# Law Offices of Villard Bastien, LLC

200 ASHFORD CENTER NORTH
SUITE 215
ATLANTA, GEORGIA 30338



PHONE: 404-378-4344
EMAIL: vbastien@me.com

FAX: 470-275-3906
ADMITTED: GA, NY & NJ

April 24, 2021

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware 19801

      RE:   CarbonLite Holdings, LLC, Debtor
              United States Bankruptcy Court
              District of Delaware

Dear Sir/Madam:

Enclosed please find a Withdrawal Of Notice Of Appearance And Request For Notices in connection with the above-styled matter, and also a Notice Of Appearance And Request For Notices for our corrected client. Please file the original of each with the Court and return a stamped "filed" copy of each to the undersigned in the enclosed self-addressed, stamped envelope.

Thank you for your assistance. If you should have any questions, please feel free to call.

Sincerely,

*D. Brown*

Donna Brown
Legal Assistant

/db

Enclosures