# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CarbonLite Holdings LLC, *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtor. | (Jointly Administered) |
| | **RE: D.I. 269, 359** |

## NOTICE OF WITHDRAWAL OF DOCUMENT NO. 359

PLEASE TAKE NOTICE that Fairmont Logistics Inc., by and through its undersigned counsel, hereby withdraws the *Limited Objection and Reservation of Rights of Fairmont Logistics Inc. to Proposed Cure Amount* [D.I. 359], filed on April 28, 2021.

Dated: May 11, 2021
       Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE #5462)
John C. Gentile (DE #6159)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email:  kcapuzzi@beneschlaw.com
          jgentile@beneschlaw.com

*Counsel to Fairmont Logistics LLC*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

14528144

**CERTIFICATE OF SERVICE**

      I, Kevin M. Capuzzi, hereby certify that, on May 11, 2021, a true and correct copy of the foregoing *Notice of Withdrawal of Document No. 359* was served via CM/ECF on all parties registered to receive service in this proceeding and upon the parties listed below via email:

CarbonLite Holdings LLC, *et al.*
c/o Force Ten Partners LLC
5271 California Avenue, Suite 270
Irvine, CA 92617
Attn: Brian Weiss
bweiss@force10partners.com

*Debtors*

Michael Messersmith, Esq.
Sarah Gyrll, Esq.
Ginger Clements, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4321
michael.messersmith@arnoldporter.com
sarah.gryll@arnoldporter.com
ginger.clements@arnoldporter.com

David Stratton, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
david.stratton@troutman.com

*Counsel to the TX/PA DIP Agents and Prepetition Trustees*

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov

Gabriel L. Glazer, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
gglazer@pszjlaw.com

*Counsel for the Debtors*

Andrew M. Kramer, Esq.
David E. Morse, Esq.
OTTERBOURG, P.C.
230 Park Avenue
New York, NY 10169-0075
akramer@otterbourg.com
dmorse@otterbourg.com

John Henry Knight, Esq.
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
knight@rlf.com

*Counsel to the DIP ABL Lender and Prepetition ABL Secured Parties*

Jeffrey E. Bjork, Esq.
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
jbjork@lw.com

James Ktsanes, Esq.
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
james.ktsanes@lw.com

Andrew C. Ambruoso, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Andrew.ambuoso@lw.com

Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Kara Hammond Coyle, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
eharron@ycst.com
kcoyle@ycst.com

*Counsel to the DIP Term Agent, DIP Term Lenders, and Prepetition Term Secured Parties*

David P. Simonds, Esq.
Erin N. Brady, Esq.
Edward McNeilly, Esq.
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Los Angeles, CA 90275
david.simonds@hoganlovells.com
erin.brady@hoganlovells.com
edward.mcneilly@hoganlovells.com

Stanley B. Tarr, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
tarr@blankrome.com

*Counsel to the Official Committee of Unsecured Creditors*

      /s/ Kevin M. Capuzzi
Kevin M. Capuzzi (No. 5462)

*Counsel to Fairmont Logistics LLC*