IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | : Case No. 21-10527 (JTD) |
| | : (Jointly Administered) |
| | : **Related D.I.: 377** |
| Debtors. | : |
| | : |

# P R A E C I P E

TO THE DEPUTY IN CHARGE OF BANKRUPTCY OPERATIONS:

Kindly withdraw the Objection of Solid Wastes Services, Inc., d/b/a J.P. Mascaro & Sons to Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [D.I. 377].

Dated: May 11, 2021

Respectfully submitted,
**FOX ROTHSCHILD LLP**
By: */s/ Seth A. Niederman*
Seth A. Niederman
Delaware Bar No. 4588
919 North Market Street, Suite 300
Wilmington, DE  19801-2323
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com
    -and-
Michael G. Menkowitz
Jason C. Manfrey
2000 Market Street, 20th Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jmanfrey@foxrothschild.com
*Attorneys for Solid Waste Services, Inc., d/b/a J.P. Mascaro & Sons*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948).  The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

122622456.v1