**KUTAK ROCK LLP**
Jeremy S. Williams (VSB No. 77469)
Riverfront Plaza
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
(804) 644-1700
jeremy.williams@kutakrock.com
*Counsel for Blue Ridge Bank*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al*. | Case No. 21-10527-JTD |
| Debtor. | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Rules"), the attorney set forth below hereby appears as counsel for Blue Ridge Bank. Request is hereby made, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the mailing address and email address indicated below:

Jeremy S. Williams, Esq.
KUTAK ROCK LLP
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
(804) 644-1700
jeremy.williams@kutakrock.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes, not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, all orders and notices of any applications, petitions, motions,

4849-5292-5161.1

complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned cases, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Richmond, Virginia<br>Dated: May 11, 2021 | /s/ Jeremy S. Williams<br>**KUTAK ROCK LLP**<br>Jeremy S. Williams (VSB No. 77469)<br>Riverfront Plaza<br>901 East Byrd Street, Suite 1000<br>Richmond, Virginia 23219<br>(804) 644-1700<br>jeremy.williams@kutakrock.com<br>*Counsel for Blue Ridge Bank* |

## **CERTIFICATE OF SERVICE**

      Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on May 11, 2021, a true and correct copy of the foregoing was served via the Court's ECF system to all registered participants, which includes counsel for the debtors and the U.S. Trustee.

                                              /s/ Jeremy S. Williams

4849-5292-5161.1