| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| James | Ktsanes | Orion | Latham & Watkins |
| Sarah | Gryll | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| Richard | Pachulski | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Ben | Wallen | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Markus | vonderMarwitz | Orion | Latham & Watkins |
| Maxim | Litvak | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Kara | Coyle | Orion | Young Conaway |
| Nicholas | Messana | Orion | Latham & Watkins |
| Evelyn | Meltzer | Co-Counsel to UMB Bank, N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | Troutman Pepper |
| Stephen | Lam | interested party | Corre Partners |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Regions 3 and 9 | United States Department of Justice -- Office of the United States Trustee (Wilmington, DE) |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Ginger | Clements | UMB Bank | Arnold & Porter |
| Eric | Monzo | Niagara Bottling, LLC | Morris James LLP |
| Sheryl | Gittlitz | DIP Lenders | |
| Jose | Bibiloni | Committee | Blank Rome LLP |
| Ryan | Martin | CCmn | |
| Ciara | Copell | Potential Bidder | Willkie Farr & Gallagher LLP |
| Madelyn | Nicolini | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| Michelle | Mantine | Debtors | |
| John | Knight | Bank Leumi | Richards, Layton & Finger, P.A. |
| James | O'Neill | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Andrew | Kramer | Bank Leumi | Otterbourg |
| Jeffrey | Dulberg | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jeffrey | Bjork | Orion | Latham & Watkins |
| Jeffrey | Kaplan | BCAS | BCAS |
| Jeremy | Williams | Blue Ridge Bank, N.A. | Kutak Rock LLP |

| | | | |
|---|---|---|---|
| Thomas | Labuda | Jefferies LLC | Sidley Austin |
| Steven | Golden | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Stanley | Tarr | Creditors Committee | Blank Rome |
| Erin | Brady | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Paige | Topper | DAK Americas, LLC | Morris Nichols Arsht & Tunnell LLP |
| Taylor | Harrison | Debtwire | |
| Brian | Weiss | Debtors | |
| Jim | Georgeadis | buyer | |
| Andrew | Ambruoso | Orion | Latham & Watkins |
| Uday | Gorrepati | N/A (ABI Project) | |
| Laura | Haney | Court | |
| Austin | Viny | none | PrimeShares |
| Garrett | Ledgerwood | Emerging Acquisitions, LLC | Miller Nash Graham & Dunn LLP |
| David | Queroli | Bank Leumi | Richards, Layton & Finger, P.A. |
| Scott | Odom | Potential Buyer | |
| Jessica | Steinhagen | Reorg Research | |
| Lauren | Tauro | DAK Americas LLC | Weil, Gotshal & Manges LLP |
| Paul | Shalhoub | Potential Bidder | Willkie Farr & Gallagher LLP |
| Richard | Morgner | Debtors | |
| Brya | Keilson | Niagara Bottling, LLC | Morris James LLP |
| Catalina | Ford | UMB Bank | Arnold & Porter |