**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On May 13, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Granting Motion to Shorten Notice Period and Schedule Hearing on Motion to Shorten Notice Period and Schedule Hearing on Debtors' Motion for Entry of an Order Authorizing Debtors to Extend, as Necessary, Certain Deadlines Under the (I) Bid Procedures Order; (II) TX Debtors' Final DIP Order; (III) PA Debtors' Final DIP Order; and (IV) CA Debtors' Final DIP Order** (Docket No. 442)

- **Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors In Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Nunc Pro Tunc to the Petition Date and (II) Waiving Certain Time-Keeping Requirements** (Docket No. 444)

- **Supplemental Declaration of Brian Weiss in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Retain Force Ten Partners, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel and (B) Designating Brian Weiss as Chief Restructuring Officer for the Debtors Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 446)

- **Order Granting Debtor Pinnpack Packaging, LLC's Motion for Authority to Pay Vendor Sterling Industries, LP d/b/a American Supply Company** (Docket No. 448)

- **Order Authorizing Debtors to Extend, as Necessary, Certain Deadlines Under the (I) Bid Procedures Order; (II) TX Debtors' Final DIP Order; (III) Pa Debtors' Final DIP Order; and (IV) CA Debtors' Final DIP Order** (Docket No. 449)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Furthermore, on May 14, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on American Supply Company, c/o Sterling Industries LP, Attn: Alex Nehora at anehorai@aol.com:

- **Order Granting Debtor Pinnpack Packaging, LLC's Motion for Authority to Pay Vendor Sterling Industries, LP d/b/a American Supply Company** (Docket No. 448)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: May 14, 2021

Serina Tran

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 14th day of May 2021 by Serina Tran, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

ROBIN LYNN SMITH-GLUNT
Notary Public - California
Orange County
Commission # 2310680
My Comm. Expires Oct 26, 2023

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| California Department of Resources Recycling & Recovery | | 1001 I St | Mail Stop 9A | Sacramento | CA | 95814 |
| Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Delaware Secretary of Treasury | | PO Box 7040 | | Dover | DE | 19903 |
| Emerging Acquisitions LLC | Attn: Gary Weber | 3592 W 5th Ave | | Eugene | OR | 97405 |
| Federal Communications Commission | Attn: Matthew Berry | Office of General Counsel | 445 12th St SW | Washington | DC | 20554 |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd | 2nd Floor | Newark | DE | 19711-5445 |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | 11150 W Olympic Blvd Suite 1120 | Los Angeles | CA | 90064 |
| Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy | | Irving | TX | 75063 |
| Office of the Attorney General | Attn: Michael B. Mukasey | U.S. Department of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |
| Office of the United States Attorney for the District of Delaware | c/o US Attorneys Office | Hercules Building | 1313 N Market St | Wilmington | DE | 19801 |
| Olympic Wire & Equipment Co. Inc. | | PO Box 3227 | | Newport Beach | CA | 92659 |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | Washington | DC | 20005-4026 |
| PNC Equipment Finance LLC | | 655 Business Center Dr | | Horsham | PA | 19044 |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | Washington | DC | 20220 |
| Securities & Exchange Commission | Attn: Mark Schonfeld, Regional Director | 3 World Financial Center | Suite 400 | New York | NY | 10281-1022 |
| Signature Business Leasing LLC | | 225 Broadhollow Rd | Suite 132W | Melville | NY | 11747 |
| Stonebriar Commercial Finance LLC | | 5601 Granite Pkwy | Suite 1350 | Plano | TX | 75024 |
| Susquehanna Commercial Finance Inc. | | 2 Country View Rd | Suite 300 | Malvern | PA | 19355 |
| Texas Office of the Attorney General | | 300 W 15th St | | Austin | TX | 78701 |
| Toyota Industries Commercial Finance Inc. | | PO Box 9050 | | Dallas | TX | 75019-9050 |
| Toyota Motor Corporation | | PO Box 3457 | | Torrance | CA | 90510 |
| UMB Bank N.A., as Trustee | | 120 S Sixth St | Suite 1400 | Minneapolis | MN | 55402 |
| Wells Fargo Bank N.A. | | PO Box 3072 | | Cedar Rapids | IA | 52406-3072 |

# Exhibit B



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| A1 Energy | c/o Saxton & Stump LLC | Attn: Barry A. Solodky | bso@saxtonstump.com<br>dat@saxtonstump.com<br>msf@saxtonstump.com |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | mgottfried@elkinskalt.com<br>aaburto@elkinskalt.com<br>myuen@elkinskalt.com |
| Anderson Systems Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Anderson Systems Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik & Jeffrey S. Kwong | ehk@lnbyb.com<br>jsk@lnbyb.com |
| Berks61 Owner LLC | c/o Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com<br>lshaw@rc.com |
| Blue Ridge Bank | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | jeremy.williams@kutakrock.com<br>amanda.nugent@kutakrock.com |
| Blum & Sons Electric Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Blum & Sons Electric Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick & Bryant B. Cannon | andrea.kendrick@doj.ca.gov<br>bryant.cannon@doj.ca.gov<br>rochelle.udaquillen@doj.ca.gov |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| City of Riverside | c/o Malcolm & Cisneros, A Law Corporation | Attn: Arturo M. Cisneros, Esq., William G. Malcolm, Esq., & Nathan F. Smith, Esq. | arturo@mclaw.org<br>bill@mclaw.org<br>nathan@mclaw.org |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com |
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |

In re: CarbonLite Holdings LLC, *et al.*
Case No. 21-10527 (JTD)



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| East West Bank | c/o Squire Patton Boggs (US) LLP | Attn: Norman N. Kinel | norman.kinel@squirepb.com<br>sarah.conley@squirepb.com<br>norman-kinel-4300@ecf.pacerpro.com |
| Electronic Systems SPA | Attn: Villard Bastien | | vbastien@me.com |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com<br>edgar.rosales@millernash.com<br>dona.purdy@millernash.com |
| Exact Staff Inc. | c/o Gellert Scali Busenkell & Brown LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gsbblaw.com |
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | jgentile@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>debankruptcy@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.Insolvency.balt@irs.gov |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Dilworth Paxson LLP | Attn: Martin J. Weis | mweis@dilworthlaw.com |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jeff.bjork@lw.com<br>carbonlite.lwteam@lw.com |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | efreeman@jw.com<br>vanaya@jw.com |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq. | jnimeroff@bmnlawyers.com<br>cjones@bmnlawyers.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Randye B. Soref, Esq. | rsoref@polsinelli.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | robert.hertzberg@troutman.com<br>kay.kress@troutman.com |
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | caroline.djang@bbklaw.com<br>laurie.verstegen@bbklaw.com |
| Niagara Bottling LLC | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | bronationalecf@weltman.com<br>sfink@weltman.com |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | carolina.velarde@bantaminc.com<br>vytas.gruodis@bantaminc.com |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | jbibiloni@blankrome.com<br>kelbon@blankrome.com<br>tarr@blankrome.com; |
| Official Committee of Unsecured Creditors | c/o Everrank Investment Group Inc. | Attn: David Ha | davidha@everrankca.com |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | nevrard@exactstaff.com<br>gordonsmith17@yahoo.com<br>kgoodwin@exactstaff.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | erin.brady@hoganlovells.com<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>cindy.mitchell@hoganlovells.com<br>tracy.southwell@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | kevin.carey@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Pieter Van Tol | pieter.vantol@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | mark@replenysh.com<br>legal@replenysh.com |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | lworley@rplanetearth.com<br>bob@rplanetearth.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | kevin.mangan@wbd-us.com<br>heidi.sasso@wbd-us.com<br>chris.lewis@wbd-us.com<br>rachel.metzger@wbd-us.com |
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | jjeutter@smithlaw.com<br>aosterhout@smithlaw.com |
| Riverside County Treasurer-Tax Collector | Attn: Ronak N. Patel, Esq. | | rpatel@co.riverside.ca.us<br>mdominguez@co.riverside.ca.us |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |

In re: CarbonLite Holdings LLC, *et al.*
Case No. 21-10527 (JTD)



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Solid Waste Services Inc. | dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Sorema Division of Previero N. srl. | c/o Freeborn & Peters LLP | Attn: Jason J. Ben, Esq. | jben@freeborn.com |
| Sorema Division of Previero N. srl. | c/o Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk, Esq. | marias@goldmclaw.com<br>marias@ecf.courtdrive.com<br>katelynnet@goldmclaw.com |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | fdavis@hsblawfirm.com<br>hharrington@hsblawfirm.com<br>mphillips@mmwr.com<br>marc-phillips-8177@ecf.pacerpro.com<br>smcguffin@hsblawfirm.com |
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak | david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |