# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF VIRTUAL AUCTION FOR SALE OF
## THE ASSETS OF CARBONLITE INDUSTRIES LLC

**PLEASE TAKE NOTICE:** that on April 9, 2021, the Court entered the *Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief* [Docket No. 266] (as may be amended, modified or supplemented, the "Bid Procedures Order"),[2] approving the Bid Procedures[3] and authorizing, among other things, the Debtors to designate one or more Stalking Horse Bidders in regard to a sale of one or more of the Debtors' Facilities and seek approval of Bid Protections pursuant to a certification of counsel or on shortened notice, establish the Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and scheduling the Auction and Sale Hearing.

**PLEASE TAKE FURTHER NOTICE:** that Pursuant to the Bid Procedures Order, the deadline for Potential Bidders to submit Qualified Bids was May 12, 2021 at 4:00 p.m. (Eastern Time) (the "Bid Deadline").

**PLEASE TAKE FURTHER NOTICE:** that, pursuant to the Bid Procedures Order, the Debtors will hold an Auction commencing on **May 21, 2021 at 11:00 a.m. (Eastern Time)** (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] The deadlines set forth in the Bid Procedures Order were amended pursuant to the (i) *Order Approving Stipulation Among Debtors, the Official Committee of Unsecured Creditors and the DIP Lenders, Extending Certain Deadlines Under the Bid Procedures Order* [Docket No. 312]; (ii) *Order Approving Second Stipulation Among Debtors and the DIP Lenders Extending Certain Deadlines Under the Bid Procedures Order* [Docket No. 357]; and (iii) *Order Approving Third Amended Stipulation Among Debtors and the DIP Lenders Extending Certain Deadlines Under the Bid Procedures Order* [Docket No. 378-1].

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order or, as applicable, the Bid Procedures attached thereto as Exhibit A.

"CA Auction") to determine the highest and best offer for the Riverside Facility, as determined by the Debtors in their reasonable business judgment, after consultation with the applicable Consultation Parties. The Auction will be governed by the Bid Procedures attached to the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE:** that the Auction will be conducted via Zoom virtual meeting technology. Only Qualified Bidders that have submitted Qualified Bids are eligible to participate at the Auction. Only the authorized representatives and professional advisors of each of the Qualified Bidders, the Debtors, the Consultation Parties (including members of the Committee), and the United States Trustee for the District of Delaware shall be permitted to attend the Auction. Parties permitted to attend the Auction who wish to do so may contact Jefferies, the Debtors' investment banker, at Project_Celtic_Jr@jefferies.com, to request the Zoom access information.

**PLEASE TAKE FURTHER NOTICE:** that commencing on May 21, 2021 at 10:30 a.m. (Eastern Time) Qualified Bidders and their professionals are requested to join the Zoom virtual meeting. Each Qualified Bidder will be asked to select one participant to serve as the spokesperson, and such spokesperson shall be the only person authorized to submit a Bid on the Qualified Bidder's behalf at the Auction. Additional Auction procedures may be announced at or prior to the Auction. A court reporter will be present in the Zoom virtual meeting and the Auction will be recorded.

**PLEASE TAKE FURTHER NOTICE:** that Bidders are urged to ensure that they have the technical ability to participate via the Zoom platform. The Zoom application can be downloaded at https://zoom.us/download and is also available for Apple products via the App Store.

**PLEASE TAKE FURTHER NOTICE:** that the Debtors reserve the right to modify the Bid Procedures in their reasonable business judgment with the consent of the applicable Consent Parties and after consultation with the applicable Consultation Parties (all in accordance with the Bid Procedures Order), and any changes to the Auction procedures will be announced at the Auction. The Debtors reserve the right to cancel, adjourn, or continue the Auction.

**PLEASE TAKE FURTHER NOTICE:** that, pursuant to the *Order Authorizing Debtors to Extend Certain Deadlines Under the (I) Bid Procedures Order; (II) TX Debtors' Final DIP Order; (III) PA Debtors' Final DIP Order; and (IV) CA Debtors' Final DIP Order* [Docket No. 449] the Sale Process Milestones, **solely with respect to the Sale of the Assets of CarbonLite Industries LLC**, are as follows:

| Deadline | Event |
|---|---|
| **May 21, 2021 at 11:00 am** | CA Auction |
| **May 22, 2021 at 5:00 pm** | Deadline to File Notice of Successful Bidder(s) and Backup Bidder(s) |
| **May 25, 2021 at 4:00 pm[4]** | Deadline to Object to Sale(s) |
| **May 26, 2021 at 3:00 pm[5]** | Sale Hearing |
| | Adequate Assurance Objection Deadline |
| **Three Days Before Closing** | Deadline to Finalize List of Transferred Contracts |
| **June 10, 2021** | Deadline to Close Transaction(s) |

**PLEASE TAKE FURTHER NOTICE:** that copies of the Bid Procedures Order, the Bid Procedures, the Assumption and Assignment Procedures, and any other documents related thereto are available for review free of charge through the Debtor's noticing agent Stretto at https://cases.stretto.com/carbonlite.

Dated: May 19, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Gabriel I. Glazer (CA Bar No. 246384)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (NY Bar No. 5374152)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
   gglazer@pszjlaw.com
   joneill@pszjlaw.com
   sgolden@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*

---

[4] Upon the request of the Official Committee of Unsecured Creditors' (the "Committee") prior to the Deadline to Object to the Sale, the Debtors will extend the Deadline to Object to Sale to June 2, 2021 at 4:00 pm.

[5] Upon the Committee's request prior to the Deadline to Object to the Sale, the Debtors will continue the Sale Hearing with respect to the Riverside Facility to June 3, 2021 at 1:00 pm.