## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF SUCCESSFUL BIDDER AND AUCTION RESULTS FOR SALE OF THE ASSETS OF CARBONLITE INDUSTRIES LLC (THE RIVERSIDE FACILITY)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On March 18, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion [Docket No. 112] (the "Bid Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking entry of (i) an order (the "Bid Procedures Order") (a) approving Bid Procedures for the sale (the "Sale") of any or substantially all of the Debtors' assets (collectively, the "Assets"), (b) approving procedures for the assumption and assignment of designated executory contracts and unexpired leases (collectively, the "Transferred Contracts") and the sale and transfer of other designated contracts, (c) scheduling the Auction and Sale Hearing,[2] and (d) granting related relief (collectively, the "Bid Procedures Relief"), and (ii) an order(s) (each, a "Sale Order") (a) authorizing the Sale(s) of the Assets free and clear of all liens, claims, interests, and other encumbrances (collectively, "Encumbrances"), other than assumed liabilities, to the Successful Bidder(s) submitting the highest or otherwise best bid, (b) authorizing the assumption and assignment of the Transferred Contracts to the Successful Bidder(s) and authorizing the sale and transfer of other designated contracts, and (c) granting certain related relief.

2. On April 9, 2021, the Bankruptcy Court entered the Bid Procedures Order [Docket No. 266] and, on April 9, 2021, the Debtors filed and served the *Notice of Proposed Sale or Sales of Substantially All of the Debtors' Assets, Free and Clear of All Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto* [Docket No. 268] (the "Sale Notice") providing information on the proposed Sale(s), including, without limitation, for the Riverside Facility.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Bid Procedures and Bid Procedures Order, as applicable.

3. The Bid Procedures and the Bid Procedures Order were respectively extended and/or modified pursuant to the following orders: *Order Approving Stipulation Among Debtors, the Official Committee of Unsecured Creditors and the DIP Lenders, Extending Certain Deadlines Under the Bid Procedures Order* [Docket No. 312], entered by this Court on April 20, 2021; *Order Approving Second Stipulation Among Debtors and the DIP Lenders, Extending Certain Deadlines Under the Bid Procedures Order* [Docket No. 357], entered by this Court on April 27, 2021; and *Order Approving Amended Third Stipulation Among Debtors and the DIP Lenders Extending Certain Deadlines Under (I) TX Debtors' Final DIP Order; (II) PA Debtors' Final DIP Order; (III) CA Debtors' Final DIP Order; and (IV) Bid Procedures Order* [Docket No. 401], entered on May 4, 2021; and *Order Authorizing Debtors to Extend, as Necessary, Certain Deadlines Under the (I) Bid Procedures Order; (II) TX Debtors' Final DIP Order; (III) PA Debtors' Final DIP Order; and (IV) CA Debtors' Final DIP Order* [Docket No. 449], entered by this Court on May 13, 2021.

4. On May 19, 2021, the Debtors filed the *Notice of Virtual Auction for Sale of the Assets of CarbonLite Industries LLC* [Docket No. 482] (the "Riverside Auction Notice").

5. On May 21, 2021, the Debtors conducted a virtual Auction (the "Riverside Auction") for the Assets of CarbonLite Industries LLC, including the Riverside Facility (the "Riverside Assets"). Two (2) Qualified Bidders participated in the Riverside Auction.

6. At the conclusion of the Riverside Auction, the Debtors declared TSG Shelf II Acquisition, LLC, as the Successful Bidder for the Riverside Assets (the "Riverside Successful Bidder") with the highest or otherwise best Bid of best Bid of $57,500,000.00 plus net working capital in excess of $0.00.

7. A proposed form of Sale Order approving the Sale of the Riverside Assets to the Riverside Successful Bidder is attached hereto as **Exhibit 1** (the "Riverside Sale Order") and a copy of the Purchase Agreement entered into by CarbonLite Industries LLC and the Riverside Successful Bidder is attached hereto as **Exhibit 2** (the "Riverside APA").

8. The Debtors will seek approval of the Sale of the Riverside Assets to the Riverside Successful Bidder at the Sale Hearing (the "Riverside Sale Hearing") scheduled to commence on **May 26, 2021 at 3:00 p.m. (prevailing Eastern Time)** before the Honorable John T. Dorsey, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, at 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801. The Riverside Sale Hearing may be adjourned by announcement in open Court or on the Court's calendar without any further notice. The deadline to object to the Debtors' request to approve the Sale of the Riverside Assets to the Riverside Successful Bidder is **May 25, 2021 at 4:00 p.m. (prevailing Eastern Time)**.[3]

---

[3] As set forth in the Riverside Auction Notice, upon the request of the Committee , the Debtors will continue the Riverside Sale Hearing to June 3, 2021 at 1:00 pm Eastern, and will provide notice of the same on the Court's docket.

9. To the extent any Contract Counterparty objects to adequate assurance of future performance provided by the Riverside Successful Bidder, any such objection must be raised prior to the close of the Riverside Sale Hearing.

Dated: May 22, 2021        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Gabriel I. Glazer (CA Bar No. 246384)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (NY Bar No. 5374152)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
       gglazer@pszjlaw.com
       joneill@pszjlaw.com
       sgolden@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*

# **Exhibit 1**

*Riverside Sale Order*