## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------------x
**In re**                                                   ::  **Chapter 11**
                                                            ::
                                                            ::  **Case No. 21-10527 (JTD)**
**CARBONLITE HOLDINGS LLC,** *et al.*,                      ::
                                                            ::  **(Jointly Administered)**
                                                            ::
              **Debtors.**                                  ::
---------------------------------------------------------------x

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Marita S. Erbeck of Faegre Drinker Biddle & Reath LLP to represent Prologis Targeted U.S. Logistics Fund, L.P. in connection with the above-captioned cases as well as any related adversary proceedings.

Dated: May 26, 2021                         **FAEGRE DRINKER BIDDLE & REATH LLP**
       Wilmington, Delaware

                                            */s/ Ian J. Bambrick*
                                            Ian J. Bambrick (Del. Bar No. 5455)
                                            222 Delaware Avenue, Suite 1410
                                            Wilmington, DE 19801
                                            Tel.: (302) 467-4200
                                            Ian.Bambrick@faegredrinker.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 26, 2021                         */s/ Marita S. Erbeck*
                                            Marita S. Erbeck, Esq.
                                            Faegre Drinker Biddle & Reath LLP
                                            600 Campus Dr.
                                            Florham Park, New Jersey 07932-1047
                                            Telephone: (973) 549-7000
                                            Facsimile: (973) 360-9831
                                            marita.erbeck@faegredrinker.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.