# EXHIBIT 1

28171896.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) Re: Docket No. 241 |

## STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ORION ENERGY PARTNERS INVESTMENT AGENT, LLC EXTENDING THE DEADLINE TO OBJECT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR THE PRODUCTION OF DOCUMENTS

The Official Committee of Unsecured Creditors (the "Committee") and Orion Energy Partners Investment Agent, LLC ("Orion", and together with the Committee, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree (the "Stipulation") as follows in accordance with the following facts and recitals:[2]

## RECITALS

A. On March 8, 2021 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and the Court ordered the joint administration of the Debtors' cases (the "Chapter 11 Cases") for procedural purposes only. The Debtors continue to operate their businesses and manage their

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and, Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Challenge Deadline Extension Motion (as defined below) or the Final CA DIP Order, as applicable.

28171920.1

properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 Cases.

B.  On March 23, 2021, pursuant to section 1102(a)(1) of the Bankruptcy Code, the Office of the United States Trustee for Region 3, District of Delaware (the "U.S. Trustee") appointed the Committee. The U.S. Trustee reconstituted the Committee on April 15, 2021 [ECF No. 289].

C.  On the Petition Date, the CA Debtors filed the *Motion Seeking Entry of Interim and Final Orders (I) Authorizing CA Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief* [ECF No. 16] (the "CA DIP Motion"). On March 10, 2015, the Court entered an order granting the CA DIP Motion on an interim basis [ECF No. 74] (the "Interim CA DIP Order"). On April 12, 2021, the Court entered the *Final Order (I) Authorizing CA Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief* [ECF No. 274] (the "Final CA DIP Order").

D.  Pursuant to both the Interim CA DIP Order and the Final CA DIP Order, the CA Debtors acknowledged the validity, extent and priority of the Prepetition Term Obligations and the Prepetition Term Liens on the Prepetition Collateral, and disavowed any claims or defenses against the Prepetition CA Secured Parties under the Prepetition Term Documents giving rise to the Prepetition Term Obligations and the Prepetition Term Liens.

E. Paragraph 38(a) of the Final CA DIP Order permits parties in interest, including the Committee, to file a motion seeking standing to challenge the CA Debtors' Stipulations. Final CA DIP Order ¶ 38(a). A Challenge must be filed on or before 75 days after entry of the Interim CA DIP Order (i.e., May 24 2021) (the "Challenge Deadline"). *Id.* ¶ 38(c).

F. On May 14, 2021, the Committee filed the *Motion of the Official Committee of Unsecured Creditors to Extend the Challenge Deadline with Respect to the Prepetition CA Secured Lenders* [ECF No. 456] (the "Challenge Deadline Extension Motion"), seeking to extend the Challenge Deadline with respect to the Prepetition CA Term Secured Parties for 21 days from and including the date that the Court enters the Rule 2004 Order.

G. On May 15, 2021, the Committee filed the *Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by Orion Energy Partners Investment Agent, LLC* [ECF No. 461] (the "2004 Motion"), seeking the entry of an order directing Orion to produce documents and communications within its possession, custody, or control that are responsive to the categories set forth in the document requests attached to the 2004 Motion as Exhibit B by no later than June 8, 2021.

H. The 2004 Motion set a deadline for Orion to object to the 2004 Motion by May 25, 2021 at 4:00 p.m. (ET) (the "2004 Objection Deadline").

I. On May 20, 2021, the Court entered the *Order Approving Stipulation Between the Official Committee of Unsecured Creditors and Orion Energy Partners Investment Agent, LLC Extending the Challenge Deadline with Respect to the Prepetition Term Secured Parties* [ECF No. 486], which extended the Challenge Deadline from May 24, 2021, to June 7, 2021.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that in consideration of the mutual promises contained in this Stipulation, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, each of the Parties intend to be legally bound by this Stipulation as follows:

1. The recitals set forth above are hereby incorporated in full and made a part of this Stipulation.

2. The 2004 Objection Deadline is extended from May 25, 2021 at 4:00 p.m. (ET) to May 27, 2021 at 12:00 p.m. (ET) (the "Extension").

STIPULATED AND AGREED TO BY:

Dated: May 25, 2021

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Regina Stango Kelbon (DE No. 5444)
Stanley B. Tarr (DE No. 5535)
Jose F. Bibiloni (DE No. 6261)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
E-mail: Kelbon@BlankRome.com
Tarr@BlankRome.com
JBibiloni@BlankRome.com

- and -

**HOGAN LOVELLS US LLP**
Erin N. Brady
David P. Simonds
Edward McNeilly
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
Email: erin.brady@hoganlovells.com
david.simonds@hoganlovells.com
edward.mcneilly@hoganlovells.com

- and -

**HOGAN LOVELLS US LLP**
Kevin J. Carey
1735 Market St., Floor 23
Philadelphia, PA 19103
Telephone: (267) 675-4600
Facsimile: (267) 675-4601
Email: kevin.carey@hoganlovells.com

- and –

**HOGAN LOVELLS US LLP**
Pieter Van Tol
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: pieter.vantol@hoganlovells.com

*Counsel to the Official Committee of Unsecured Creditors*

[*Signatures continued on the next page*]

28171920.1

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kara Hammond Coyle*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kara Hammond Coyle (No. 4410)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
eharron@ycst.com
kcoyle@ycst.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork, Esq.
Nicholas J. Messana, Esq.
LATHAM & WATKINS LLP
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
nicholas.messana@lw.com

- and –

**LATHAM & WATKINS LLP**
James Ktsanes, Esq.
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: james.ktsanes@lw.com

- and -

**LATHAM & WATKINS LLP**
Andrew C. Ambruoso, Esq.
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Email: andrew.ambruoso@lw.com

*Counsel to Orion Energy Partners Investment Agent, LLC*

28171920.1