**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF SUCCESSFUL BIDDER,
BACKUP BIDDER, AND AUCTION RESULTS FOR SALE
OF THE ASSETS OF CARBONLITE RECYCLING LLC (THE DALLAS FACILITY)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On March 18, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion [Docket No. 112] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking entry of (i) an order (the "Bid Procedures Order") (a) approving Bid Procedures for the sale (the "Sale") of any or substantially all of the Debtors' assets (collectively, the "Assets"), (b) approving procedures for the assumption and assignment of designated executory contracts and unexpired leases (collectively, the "Transferred Contracts") and the sale and transfer of other designated contracts, (c) scheduling the Auction and Sale Hearing,[2] and (d) granting related relief, and (ii) an order(s) (each, a "Sale Order") (a) authorizing the Sale(s) of the Assets free and clear of all liens, claims, interests, and other encumbrances, other than assumed liabilities, to the Successful Bidder(s) submitting the highest or otherwise best bid, (b) authorizing the assumption and assignment of the Transferred Contracts to the Successful Bidder(s) and authorizing the sale and transfer of other designated contracts, and (c) granting certain related relief.

2. On April 9, 2021, the Bankruptcy Court entered the Bid Procedures Order [Docket No. 266] and, on April 9, 2021, the Debtors filed and served the *Notice of Proposed Sale or Sales of Substantially All of the Debtors' Assets, Free and Clear of All Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto* [Docket No. 268] providing information on the proposed Sale(s), including, without limitation, for the Dallas Facility.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Bid Procedures or Bid Procedures Order, as applicable.

1

3. The Bid Procedures and the Bid Procedures Order were respectively extended and/or modified pursuant to the following orders: *Order Approving Stipulation Among Debtors, the Official Committee of Unsecured Creditors and the DIP Lenders, Extending Certain Deadlines Under the Bid Procedures Order* [Docket No. 312], entered by this Court on April 20, 2021; *Order Approving Second Stipulation Among Debtors and the DIP Lenders, Extending Certain Deadlines Under the Bid Procedures Order* [Docket No. 357], entered by this Court on April 27, 2021; *Order Approving Amended Third Stipulation Among Debtors and the DIP Lenders Extending Certain Deadlines Under (I) TX Debtors' Final DIP Order; (II) PA Debtors' Final DIP Order; (III) CA Debtors' Final DIP Order; and (IV) Bid Procedures Order* [Docket No. 401], entered on May 4, 2021; and *Order Authorizing Debtors to Extend, as Necessary, Certain Deadlines Under the (I) Bid Procedures Order; (II) TX Debtors' Final DIP Order; (III) PA Debtors' Final DIP Order; and (IV) CA Debtors' Final DIP Order* [Docket No. 449], entered by this Court on May 13, 2021.

4. On May 22, 2021, the Debtors filed the *Notice of Virtual Auction for Sale of the Assets of CarbonLite P, LLC and CarbonLite Recycling LLC* [Docket No. 497] (the "PA/TX Auction Notice").

5. On May 24, 2021, the Debtors conducted a virtual Auction (the "Dallas Auction") for the Assets of CarbonLite Recycling LLC, including the Dallas Facility (the "Dallas Assets"). Three (3) Qualified Bidders participated in the Dallas Auction.

6. At the conclusion of the Dallas Auction, the Debtors declared Indorama Ventures Holdings L.P. as the Successful Bidder for the Dallas Assets (the "Dallas Successful Bidder") with the highest or otherwise best Bid of $63,870,196.45 plus net working capital in excess of $0.00 or less net working capital if less than $0.00. In addition, at the conclusion of the Dallas Auction, the Debtors declared TSG Shelf II Acquisition, LLC as the Backup Bidder for the Dallas Assets (the "Dallas Backup Bidder").

7. A proposed form of Sale Order approving the Sale of the Dallas Assets to the Dallas Successful Bidder is attached hereto as **Exhibit 1** (the "Dallas Sale Order") and a copy of the Purchase Agreement entered into by CarbonLite Recycling LLC and the Dallas Successful Bidder is attached hereto as **Exhibit 2** (the "Dallas APA").

8. The Debtors will seek approval of the Sale of the Dallas Assets to the Dallas Successful Bidder or Dallas Backup Bidder at the Sale Hearing (the "PA/TX Sale Hearing") scheduled to commence on **June 3, 2021 at 1:00 p.m. (prevailing Eastern Time)** before the Honorable John T. Dorsey, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, at 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801. The PA/TX Sale Hearing may be adjourned by announcement in open Court or on the Court's calendar without any further notice. The deadline to object to the Debtors' request to approve the Sale of the Dallas Assets to the Dallas Successful Bidder or Dallas Backup Bidder, if applicable, is **June 2, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

9. To the extent any Contract Counterparty objects to adequate assurance of future performance provided by the Dallas Successful Bidder or Dallas Backup Bidder, any such objection must be raised prior to the close of the PA/TX Sale Hearing.

2

| Dated: May 26, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (CA Bar No. 90073) |
| | Gabriel I. Glazer (CA Bar No. 246384) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Steven W. Golden (NY Bar No. 5374152) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Tel: (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | gglazer@pszjlaw.com |
| | joneill@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Attorneys for Debtors and Debtors in Possession* |