**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CarbonLite Holdings, LLC, *et al.*, | : | Case No. 21-10527 (JTD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jeremy S. Williams, Esq. to represent Blue Ridge Bank in this action.

May 27, 2021

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel: 302-425-5812
mbusenkell@gsbblaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Jeremy S. Williams*
Jeremy S. Williams, Esq.
KUTAK ROCK LLP
901 East Byrd Street, Suite 1000
Richmond, VA 23219-4071
Tel: 804-343-5257
Jeremy.Williams@kutakrock.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.