## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 461** |

**DECLARATION OF MATEO DE LA TORRE IN SUPPORT OF ORION ENERGY PARTNERS INVESTMENT AGENT, LLC'S OPPOSITION TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY RULE 2004-1 DIRECTING THE PRODUCTION OF DOCUMENTS**

I, Mateo de la Torre, declare as follows:

1.      I am an associate at Latham & Watkins LLP and am currently an attorney in good standing licensed to practice in the State of New York.

2.      I make this declaration in support of Orion Energy Partners Investment Agent, LLC's Opposition to the Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents.

3.      Attached as **Exhibit A** is a true and correct copy of an email sent by Jennifer Lee to Andrew Ambruoso, James Ktsanes, Nicholas Messana, and Markus von der Marwitz; copying

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948).  The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Erin Brady, David Simonds, Kevin Carey, Pieter Van Tol, and Edward McNeilly; and dated April 22, 2021.

4.          Attached as **Exhibit B** is a true and correct copy of an attachment to the email attached as Exhibit A, dated April 22, 2021.

5.          Attached as **Exhibit C** is a true and correct copy of a letter sent by Mateo de la Torre to Erin Brady, David Simonds, Kevin Carey, Pieter Van Tol, Edward McNeilly, and Jennifer Lee, and dated April 29, 2021.

6.          Attached as **Exhibit D** is a true and correct copy of an email sent by Edward McNeilly to Eric Leon, Andrew Ambruoso, James Ktsanes, Nicholas Messana, Markus von der Marwitz, Chirag Dedania, and Mateo de la Torre; copying David Simonds, Erin Brady, Kevin Carey, Pieter Van Tol, Jennifer Lee, and Rahmon Brown; and dated May 10, 2021.

7.          Attached as **Exhibit E** is a true and correct copy of an email sent by Mateo de la Torre to Edward McNeilly, Eric Leon, Andrew Ambruoso, James Ktsanes, Nicholas Messana, Markus von der Marwitz, and Chirag Dedania; copying David Simonds, Erin Brady, Kevin Carey, Pieter Van Tol, Jennifer Lee, and Rahmon Brown; and dated May 11, 2021.

8.          Attached as **Exhibit F** is a true and correct copy of an email sent by Edward McNeilly to Mateo de la Torre, Eric Leon, Andrew Ambruoso, James Ktsanes, Nicholas Messana, Markus von der Marwitz, and Chirag Dedania; copying David Simonds, Erin Brady, Kevin Carey, Pieter Van Tol, Jennifer Lee, and Rahmon Brown; and dated May 11, 2021.

9.          Attached as **Exhibit G** is a true and correct copy of an email sent by Pieter Van Tol to Mateo de la Torre, Eric Leon, Andrew Ambruoso, James Ktsanes, Nicholas Messana, Markus von der Marwitz, and Chirag Dedania; copying Edward McNeilly, David Simonds, Erin Brady, Rahmon Brown, Kevin Carey, and Stanley Tarr; and dated May 13, 2021.

28182826.1

10.      Attached as **Exhibit H** is a true and correct copy of an email sent by Pieter Van Tol to Mateo de la Torre, Eric Leon, Andrew Ambruoso, James Ktsanes, Nicholas Messana, Markus von der Marwitz, and Chirag Dedania; copying Edward McNeilly, David Simonds, Erin Brady, Rahmon Brown, Jennifer Lee, Kevin Carey, and Stanley Tarr; and dated May 14, 2021.

11.      Attached as **Exhibit I** is a true and correct copy of an email sent by Pieter Van Tol to Mateo de la Torre; copying Eric Leon, Andrew Ambruoso, James Ktsanes, Nicholas Messana, Markus von der Marwitz, Chirag Dedania, Edward McNeilly, David Simonds, Erin Brady, Rahmon Brown, Jennifer Lee, Kevin Carey, and Stanley Tarr; and dated May 16, 2021.

12.      Attached as **Exhibit J** is a true and correct copy of a list of search terms proposed by the Official Committee of Unsecured Creditors, which was attached to the email labeled herein as Exhibit K, and dated May 18, 2021.

13.      Attached as **Exhibit K** is a true and correct copy of an email from Edward McNeilly to Mateo de la Torre, Eric Leon, Andrew Ambruoso, James Ktsanes, Nicholas Messana, Markus von der Marwitz, and Chirag Dedania; copying David Simonds, Erin Brady, Rahmon Brown, Jennifer Lee, Kevin Carey, Stanley Tarr, and Peiter Van Tol; and dated May 18, 2021.

14.      Attached as **Exhibit L** is a true and correct copy of an email from Edward McNeilly to Eric Leon and Mateo de la Torre; copying James Ktsanes, Andrew Ambruoso, David Simonds, Erin Brady, and Pieter Van Tol; and dated May 24, 2021.

15.      Attached as **Exhibit M** is a true and correct copy of an email from Mateo de la Torre to Edward McNeilly and Eric Leon; copying James Ktsanes, Andrew Ambruoso, David Simonds, Erin Brady, Pieter Van Tol; and dated May 28, 2021.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28th day of May, 2021.

/s/ *Mateo de la Torre*
Mateo de la Torre
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Email: mateo.delatorre@lw.com

28182826.1