EXHIBIT 9

In connection with the entry by CarbonLite Holdings, LLC, its subsidiaries and Orion Energy Partners Investment Agent, LLC as Administrative Agent and Collateral Agent into the Forbearance Agreement and Amendment No. 5 to the Credit Agreement (the "Agreements"), I hereby certify on behalf LF Investment Holdings LLC, that I have reviewed and approve of the Agreements.

LF Investment Holdings LLC

By _____

Leon Farahnik, its Manager