**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CARBONLITE HOLDINGS, LLC, *et al.*, | Case No. 21-10527 (JTD) (Jointly Administered) |
| Debtors. | **Related to Docket No. 419** |

**NOTICE OF WITHDRAWAL OF MOTION OF STARLINGER & CO. GESELLSCHAFT M.B.H. FOR RELIEF UNDER 11 U.S.C §105(a) and 11 U.S.C. §362(d)**

PLEASE TAKE NOTICE that on May 10, 2021, Starlinger & Co. Gesellschaft m.b.H ("Starlinger"), by and through its undersigned counsel, filed its *Motion of Starlinger & Co. Gesellschaft m.b.H. for Relief Under 11 U.S.C.§ 105(a) and 11 U.S.C.§ 362(d)* ("Motion") [Docket No. 419].

PLEASE TAKE FURTHER NOTICE that, Starlinger hereby withdraws the Motion.

Dated: June 1, 2021

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7823
Email: mphillips@mmwr.com

-and-

**HAYNSWORTH SINKLER BOYD, P.A.**
Stanley H. McGuffin
District Court IS# 2833
Post Office Box 11889
Columbia, SC 29211-1889
Telephone: (803) 779-3080
Email: smcguffin@hsblawfirm.com

*Attorneys for Starlinger & Co. Gesellschaft m.b.H.*