# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF AMENDED PROPOSED ORDER AND ASSET PURCHASE AGREEMENT SCHEDULES IN CONNECTION WITH THE SALE OF THE ASSETS OF CARBONLITE INDUSTRIES LLC (THE RIVERSIDE FACILITY)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On March 18, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion [Docket No. 112] (the "Bid Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking entry of (i) an order (the "Bid Procedures Order") (a) approving Bid Procedures for the sale (the "Sale") of any or substantially all of the Debtors' assets (collectively, the "Assets"), (b) approving procedures for the assumption and assignment of designated executory contracts and unexpired leases (collectively, the "Transferred Contracts") and the sale and transfer of other designated contracts, (c) scheduling the Auction and Sale Hearing,[2] and (d) granting related relief (collectively, the "Bid Procedures Relief"), and (ii) an order(s) (each, a "Sale Order") (a) authorizing the Sale(s) of the Assets free and clear of all liens, claims, interests, and other encumbrances (collectively, "Encumbrances"), other than assumed liabilities, to the Successful Bidder(s) submitting the highest or otherwise best bid, (b) authorizing the assumption and assignment of the Transferred Contracts to the Successful Bidder(s) and authorizing the sale and transfer of other designated contracts, and (c) granting certain related relief.

2. On April 9, 2021, the Bankruptcy Court entered the Bid Procedures Order [Docket No. 266] and, on April 9, 2021, the Debtors filed and served the *Notice of Proposed Sale or Sales of Substantially All of the Debtors' Assets, Free and Clear of All Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto* [Docket No. 268] (the "Sale Notice") providing information on the proposed Sale(s), including, without limitation, for the Riverside Facility.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Bid Procedures and Bid Procedures Order, as applicable.

3. On May 22, 2021, the Debtors filed the *Notice of Successful Bidder and Auction Results for Sale of the Assets of CarbonLite Industries LLC (The Riverside Facility)* [Docket No. 498] (the "Riverside Notice of Successful Bidder") in connection with the Sale of the Assets of CarbonLite Industries LLC (the "Riverside Assets"). The Riverside Notice of Successful Bidder attached a proposed form of Sale Order approving the Sale of the Riverside Assets (the "Riverside Sale Order") and a copy of the Purchase Agreement (the "Riverside APA").

4. Attached hereto as **EXHIBIT 1** is an amended proposed Riverside Sale Order (the "Amended Riverside Sale Order"). A redline to the Riverside Sale Order filed with the Riverside Notice of Successful Bidder is attached hereto as **EXHIBIT 2**.

5. Attached hereto as **EXHIBIT 3** are updated Riverside APA Schedules (the "Amended Riverside APA Schedules"). A redline of the Amended Riverside APA Schedules to the Riverside APA Schedules filed with the Riverside Notice of Successful Bidder is attached hereto as **EXHIBIT 4**. For the avoidance of doubt, the Transferred Contracts with respect to the Riverside Assets and Riverside APA are those listed in Sections 2.1(c), 2.1(e), and 2.1(f) of the Amended Riverside APA Schedules (the "Riverside Transferred Contracts").[3]

6. Attached hereto as **EXHIBIT 5** is an updated Exhibit B-1 to the Riverside APA.

Dated: June 3, 2021            PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Gabriel I. Glazer (CA Bar No. 246384)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (NY Bar No. 5374152)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
       gglazer@pszjlaw.com
       joneill@pszjlaw.com
       sgolden@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*

---

[3] For the avoidance of doubt, the Excluded Vendor Contracts listed in Section 2.1(c)-1 of the Amended Riverside APA Schedules are not Transferred Contracts.