| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Mark | Friedland | Orion | Orion Energy Partners |
| James | Ktsanes | Orion | Latham & Watkins |
| Sarah | Gryll | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| Jeffrey | Kwong | Berks61 Owner, LLC | Levene Neale Bender Yoo & Brill, LLP |
| Karl | Meingossner | Berks61 Owner LLC | Endurance Real Estate Group |
| Richard | Pachulski | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Maria | Chutchian | Reuters | Reuters |
| Frank | Pecorelli | Bank Leumi | Otterbourg |
| David | Stratton | UMB Bank | Troutman Pepper |
| Ginger | Clements | UMB Bank | Arnold & Porter |
| Eric | Monzo | Niagara Bottling, LLC | Morris James LLP |
| Becky | Yerak | Wall Street Journal | |
| Sheryl | Gittlitz | DIP Lenders | Arnold & Porter Kaye Scholer LLP |
| Caroline | Djang | Niagara Bottling | Best Best & Krieger LLP |
| Jeffrey | Dulberg | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Andrew | Kramer | Bank Leumi | Otterbourg |
| Jorge | Garcia | DAK Americas LLC | Alfa |
| Jeffrey | Kaplan | BCAS | BCAS |
| Marita | Erbeck | Prologis Targeted U.S. Logistics Fund, L.P. | Faegre Drinker Biddle & Reath |
| Rahmon | Brown | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Jeremy | Williams | Blue Ridge Bank, N.A. | Kutak Rock LLP |
| Stanley | Tarr | Creditors Committee | Blank Rome |
| Taylor | Harrison | Debtwire | |
| Brian | Weiss | Debtors | |
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| Andrew | Ambruoso | Orion | Latham & Watkins |
| Gabriel | Glazer | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Marc | Phillips | Starlinger & Co. Gesellschaft m.b.H. | Montgomery McCracken Walker & Rhoads LLP |
| Adam | Dunayer | TSG Shelf II Acquisition, LLC | Houlihan Lokey |
| Laura | Haney | Court | |

| First | Last | Party | Firm |
|---|---|---|---|
| Jeffrey | Wisler | Cigna Health and Life Insurance Company, Life Insurance Company of North America, Stonebriar Commercial Finance LLC | Connolly Gallagher LLP |
| Garrett | Ledgerwood | Bulk Handling Systems | Miller Nash LLP |
| Jamie | Edmonson | Berks61 Owner, LLC | Robinson+Cole LLP |
| David | Queroli | Bank Leumi | Richards, Layton & Finger |
| Cate | Baskin | UMB Bank | Arnold & Porter |
| David | Zubkis | Reorg Research | |
| Lauren | Tauro | DAK Americas LLC | Weil, Gotshal & Manges LLP |
| Paul | Shalhoub | TSG Shelf II Acquisition, LLC | Willkie Farr & Gallagher |
| Paul | Shin | Debtors | |
| Joseph | Barsalona | TSG Shelf II Acquisition, LLC | Morris Nichols Arsht & Tunnell LLP |
| Michael | Busenkell | Blue Ridge Bank | Gellert Scali Busenkell & Brown, LLC |
| Richard | Morgner | Debtors | |
| Greg | Cotton | Berks61 Owner LLC | ARA Capital |
| Brya | Keilson | Niagara Bottling, LLC | Morris James LLP |
| Ian | Bambrick | Prologis Targeted U.S. Logistics Fund, L.P. | Faegre Drinker Biddle & Reath |
| Robert | Hirsh | Indorama Ventures Holdings L.P. | Lowenstein Sandler LLP |
| Robert | Dehney | TSG Shelf II Acquisition, LLC | Morris Nichols Arsht & Tunnell LLP |
| Michael | Messersmith | UMB, as Trustee and DIP Agent | Arnold & Porter Kaye Scholer LLP |
| Renee | Albarano | Debtors | |
| Vince | Sullivan | Law360 | |
| Jami | Nimeroff | Muhlenberg Township Authority | Brown McGarry Nimeroff LLC |
| Andrea | Kendrick | California Department of Resources Recycling and Recovery | California Department of Justice |
| Benjamin | Wallen | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Markus | vonderMarwitz | Orion | Latham & Watkins |
| Tasha | Yektayi | Bank Leumi USA | |
| Joseph | Hong | N/A | |
| Chirag | Dedania | Orion Energy Partners | |
| Veronica | Ramirez | DAK Americas LLC | Alpek Polyester |
| Maxim | Litvak | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Kara | Coyle | Orion | Young Conaway |
| David | Wender | GP Harmon | Alston & Bird LLP |

| | | | |
|---|---|---|---|
| Nicholas | Messana | Orion | Latham & Watkins |
| Matthew | Bowersox | Debtors | |
| Henry | Kevane | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Region 3 | U.S. Department of Justice -- Office of the U.S. Trustee (Wilmington, DE) |
| Eve | Karasik | Berks61 Owner, LLC | Levene Neale Bender Yoo & Brill, LLP |
| Lucas | Tortolini | Debtors | |
| John | Knapp | Emerging Acquisitions, LLC | Miller Nash |
| Nicholas | San Filippo | Indorama Ventures Holdings L.P. | Lowenstein Sandler LLP |
| Ryan | Martin | ccm | |
| Ciara | Copell | Sterling Group | Willkie Farr & Gallagher LLP |
| Curtis | Miller | DAK Americas LLC | Morris Nichols Arsht & Tunnell LLP |
| Madelyn | Nicolini | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| John | Knight | Bank Leumi | Richards, Layton & Finger, P.A. |
| James | O'Neill | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Mateo | de la Torre | Orion | Latham & Watkins |
| Judith | Elkin | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jeff | Bjork | Orion | Latham & Watkins |
| Alan | Young | Debtors | |
| Edward | McNeilly | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Steven | Golden | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Erin | Brady | Official Committee of Unsecured Creditors | Hogan Lovells |
| Paige | Topper | DAK Americas LLC | Morris Nichols Arsht & Tunnell LLP |
| Katherine | Dute | Court | |
| Stanley | McGuffin | Starlinger & Co. Gesellschaft m.b.H | Haynsworth Sinkler Boyd. |
| Jim | Georgeadis | Sterling | |
| Alfredo | Perez | DAK Americas LLC | Weil Gotshal & Manges, LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Norman | Kinel | East West Bank | Squire Patton Boggs (US) LLP |
| Charles | Stahl | Toyota Industries Commercial Finance, Inc. | Swanson, Martin & Bell, LLP |
| Eric | Leon | Orion | Latham & Watkins |
| Scott | Odom | Buyer | |
| Al | Corr | Berks61 Owner LLC | Endurance Real Estate Group |
| Scott | MacLaren | TSG Shelf II Acquisition, LLC | Sterling-Group |

| ramin | mehrara | unsecurred | |
|---|---|---|---|
| Jennifer | Lee | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |