## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**Objection Deadline: June 25, 2021 at 4:00 p.m.**
**Hearing Date: Scheduled only if Necessary**

## SECOND MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR DEBTORS FOR THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 8, 2021 by Order entered April 7, 2021 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2021 - April 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,643,117.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $9,514.88 |

This is a:  ☒ monthly  ☐ interim  ☐ final application.

The total time expended for preparation of this monthly fee application is approximately 4 hours and the corresponding compensation requested is approximately $2,400.00.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

## PRIOR MONTHLY APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 05.07.21 | 03.08.21 – 03.31.21 | $1,054,171.00 | $2,473.65 | $1,054,171.00 | $2,473.65 |

## ALLOCATION BY MATTER NUMBER

The below chart is a breakdown of fees and expenses by matter number comprised of the following:

.001 – 50% California, 25% Pennsylvania, 25% Texas
.002 – 100% California
.003 – 100% Pennsylvania
.004 – 100% Texas
.005 – 50% Pennsylvania, 50% Texas
.006 – 50% California, 50% Texas

| Matter / Debtor Entity | Fees | Expenses | Total |
|---|---|---|---|
| 001 - All Debtors | $1,221,982.50 | $9,166.54 | **$1,231,149.04** |
| 002 - CA Debtors | $ 159,397.50 | $ 204.36 | **$ 159,601.86** |
| 003 - PA Debtors | $ 138,043.00 | $ 67.30 | **$ 138,110.30** |
| 004 - TX Debtors | $ 9,868.50 | $ 49.58 | **$ 9,918.08** |
| 005 - PA/TX Debtors | $ 40,338.00 | $ 27.10 | **$ 40,365.10** |
| 006 – CA/TX Debtors | $ 73,487.50 | $ 0.00 | **$ 73,487.50** |
| **Total** | **$1,643,117.00** | **$9,514.88** | **$1,652,631.88** |

## ALLOCATION BY DEBTOR SILO

The below chart is a breakdown of fees and expenses by Debtor silo comprised of the following:

California:  50% of .001; 100% of .002; and 50% of .006
Texas:  25% of .001; 100% of .004; 50% of .005; and 50% of 006
Pennsylvania:  25% of .001; 100% of .003; and 50% of .005

| Debtor Silo | Fees | Expenses | Total |
|---|---|---|---|
| California | $807,132.500 | 4,787.63 | $811,920.13 |
| Texas | $372,276.875 | $2,354.77 | $374,631.64 |
| Pennsylvania | $463,707.625 | $2,372.49 | $466,080.11 |
| **Total** | **$1,643,117.00** | **$9,514.88** | **$1,652,631.88** |

**PACHULSKI STANG ZIEHL & JONES LLP PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard M. Pachulski | Partner 1983; Member CA Bar 1979 | $1,595.00 | 35.10 | $55,984.50 |
| Alan J. Kornfeld | Partner 1996; Member CA Bar 1987; Member DC Bar 2002; Member NY Bar 2004 | $1,395.00 | 0.70 | $976.50 |
| David J. Barton | Partner 2000; Member CA Bar 1981 | $1,345.00 | 68.30 | $91,863.50 |
| Henry C. Kevane | Partner 1997; Member CA Bar 1986 | $1,275.00 | 135.80 | $173,145.00 |
| Richard J. Gruber | Of Counsel 1995; Member CA 1982 | $1,275.00 | 177.50 | $226,312.50 |
| Judith Elkin | Of Counsel 2020; Member TX Bar 1982; Member NY Bar 2004 | $1,195.00 | 138.70 | $165,746.50 |
| Karen B. Dine | Of Counsel 2020; Member NY Bar 1994 | $1,195.00 | 27.20 | $32,504.00 |
| Maxim B. Litvak | Partner 2004; Member TX Bar 1997; Member CA Bar 2001 | $1,125.00 | 126.40 | $142,200.00 |
| Daryl G. Parker | Of Counsel 2006; Member CA Bar 1970 | $1,095.00 | 1.90 | $2,080.50 |
| Gabriel I. Glazer | Partner 2014; Member CA Bar 2006 | $1,050.00 | 119.30 | $125,265.00 |
| James E. O'Neill | Partner 2005; Member PA Bar 1985; Member DE Bar 2001 | $1,050.00 | 102.90 | $108,045.00 |
| Joshua M. Fried | Partner 2006; Member CA Bar 1995; Member NY Bar 1999; Member NJ Bar 2000 | $1,050.00 | 4.70 | $4,935.00 |
| Victoria A. Newmark | Of Counsel 2008; Member CA Bar 1996 | $1,050.00 | 25.70 | $26,985.00 |
| Jeffrey W. Dulberg | Partner 2004; Member CA Bar 1995 | $1,025.00 | 78.40 | $80,360.00 |
| Jonathan J. Kim | Of Counsel 1999; Member CA Bar 1995 | $995.00 | 16.40 | $16,318.00 |
| Nina L. Hong | Partner 2006; Member CA Bar 1996 | $875.00 | 14.10 | $12,337.50 |
| Benjamin L. Wallen | Associate 2021; Member TX Bar 2016 | $750.00 | 114.30 | $85,725.00 |
| Cia H. Mackle | Of Counsel 2007; Member FL Bar 2006 | $750.00 | 2.90 | $2,175.00 |

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steven W. Golden | Associate 2016; Member NY and MD Bars 2015; Member TX Bar 2016 | $725.00 | 299.40 | $217,065.00 |
| Brittany M. Michael | Of Counsel 2020; Member MN Bar 2015; Member NY Bar 2019 | $695.00 | 12.00 | $8,340.00 |
| Leslie A. Forrester | Law Library Director | $475.00 | 5.80 | $2,755.00 |
| Karina K. Yee | Paralegal | $460.00 | 0.70 | $322.00 |
| Kerri LaBrada | Paralegal | $460.00 | 4.90 | $2,254.00 |
| Elizabeth C. Thomas | Paralegal | $460.00 | 23.50 | $10,810.00 |
| Patricia J. Jeffries | Paralegal | $460.00 | 85.50 | $39,330.00 |
| Cheryl A. Knotts | Paralegal | $425.00 | 1.00 | $425.00 |
| Virginia L. Downing | Other | $395.00 | 6.00 | $2,370.00 |
| Andrea R. Paul | Case Management Assistant | $375.00 | 6.50 | $2,437.50 |
| Beatrice M. Koveleski | Case Management Assistant | $375.00 | 5.00 | $1,875.00 |
| Karen S. Neil | Case Management Assistant | $375.00 | 5.60 | $2,100.00 |
| Sheryle L. Pitman | Case Management Assistant | $375.00 | 0.20 | $75.00 |

**Grand Total:**    **$1,643,117.00**
**Total Hours:**    **1,646.40**
**Blended Rate:**    **$998.01**

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 818.80 | $886,243.00 |
| Bankruptcy Litigation | 40.60 | $ 38,676.50 |
| Case Administration | 102.50 | $ 86,419.50 |
| Claims Administration/ Objection | 40.10 | $ 40,126.00 |
| Compensation of Professionals | 42.20 | $ 31,472.00 |
| Corporate Governance | 5.30 | $ 4,822.50 |
| Employee Benefits/ Pension | 2.40 | $ 2,205.00 |
| Executory Contracts | 111.00 | $ 82,662.50 |
| Financial Filings | 44.40 | $ 30,130.50 |
| Financing | 162.00 | $182,082.00 |
| General Creditors' Committee | 11.40 | $ 10,637.50 |
| Hearing | 68.70 | $ 65,193.00 |
| Insurance Issues | 0.20 | $ 151.00 |
| Lien Analysis | 3.90 | $ 4,145.50 |
| Litigation (Non-Bankruptcy) | 4.10 | $ 2,685.00 |
| Meeting of Creditors | 9.30 | $ 8,672.50 |
| Operations | 148.20 | $136,663.50 |
| Plan & Disclosure Statement | 0.90 | $ 1,005.00 |
| Retention of Professionals | 30.40 | $ 29,124.50 |
| **Totals** | **1,646.40** | **$1,643,117.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| Bloomberg – Online Research | | $19.50 |
| Conference Call | AT&T, Loop Up | $218.85 |
| Filing Fee | USBC DE, USDC DE | $313.00 |
| Lexis/ Nexis – Legal Research | | $111.31 |
| Pacer – Court Research | | $438.60 |
| Reproduction | | $61.20 |
| Reproduction/ Scan Copy | | $1,271.30 |
| Research | Clas; Everlaw eDiscovery Database, GKL | $6,488.63 |
| Transcript | Reliable | $572.75 |
| Working Meals | Wawa | $19.74 |
| **Grand Total** | | **$9,514.88** |

---

[2] PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                            |     |                            |
|--------------------------------------------|-----|----------------------------|
| In re:                                     | )   | Chapter 11                 |
|                                            | )   |                            |
| CARBONLITE HOLDINGS LLC, *et al.*,[1]      | )   | Case No. 21-10527 (JTD)    |
|                                            | )   |                            |
| Debtors.                                   | )   | (Jointly Administered)     |
|                                            | )   |                            |

**Objection Deadline:  June 25, 2021 at 4:00 p.m.**
**Hearing Date:  Scheduled only if Necessary**

**SECOND MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR**
**DEBTORS FOR THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on April 7, 2021 [Docket No. 232] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby submits its *Second Monthly Application for Compensation and for Reimbursement of Expenses for the Period from April 1, 2021 through April 30, 2021* (the "Application").

By this Application, PSZJ seeks (i) a monthly interim allowance of compensation in the amount of $1,643,117.00 and actual and necessary expenses in the amount of $9,514.88 for a total allowance of $1,652,631.88 and (ii) payment of $1,314,493.60 (80% of the allowed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

fees pursuant to the Administrative Order) and reimbursement of $9,514.88 (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $1,324,008.48 for the period April 1, 2021 through April 30, 2021 (the "Interim Period").  In support of this Application, PSZJ respectfully represents as follows:

**Background**

1.      On March 8, 2021 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

2.      On March 23, 2021, the Office of the United States Trustee established the Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code, which currently comprises: (i) Everrank Investment Group, Inc.; (ii) Bantam Materials International; (iii) Replenysh; (iv) rPlanet Earth Los Angeles LLC; (v) Bayan Plastics LLC; and (vi) Exact Staff, Inc.  [Docket Nos. 118 and 289].

3.      On April 7, 2021, the Court signed the Administrative Order, authorizing certain professionals and members of any official committee ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Administrative Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the

Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period May 31, 2021, and at three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4.      The retention of PSZJ, as counsel to the Debtors, was approved effective as of March 8, 2021, by this Court's *Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date*, signed on April 7, 2021 [Docket No. 218] (the "Retention Order"). The Retention Order authorized PSZJ to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PSZJ'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

5.      All services for which PSZJ requests compensation were performed for or on behalf of the Debtors. PSZJ has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZJ and any other person other than the partners of PSZJ for the sharing of compensation to be received for services rendered in these cases.

**Fee Statements**

6.     The fee statements for the Interim Period are attached hereto as **Exhibit A**. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of PSZJ's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order.  PSZJ's time reports are initially handwritten, or directly entered in the billing system, by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  PSZJ is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  PSZJ's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  To the extent it is feasible, PSZJ professionals attempt to work during travel.

**Actual and Necessary Expenses**

7.     A summary of the actual and necessary expenses incurred by PSZJ for the Interim Period is attached hereto as part of **Exhibit A**.  PSZJ customarily charges $0.10 per page for photocopying expenses related to cases, such as this, arising in Delaware.  PSZJ's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZJ summarizes each client's photocopying charges on a daily basis.

8.      PSZJ charges $0.25 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZJ's calculation of the actual costs incurred by PSZJ for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services.  PSZJ does not charge the Debtors for the receipt of faxes in these cases.

9.      With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZJ charges the standard usage rates these providers charge for computerized legal research.  PSZJ bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZJ is passed on to the client.

10.      PSZJ believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZJ believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

11.      The names of the timekeepers of PSZJ who have rendered professional services in these cases during the Interim Period are set forth in the attached **Exhibit A**.  PSZJ, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' cases, and performed all necessary

professional services which are described and narrated in detail below.  PSZJ's efforts have been extensive due to the size and complexity of the Debtors' cases.

**Summary of Services by Project**

12.     The services rendered by PSZJ during the Interim Period can be grouped into the categories set forth below.  PSZJ attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**.  **Exhibit A** identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.     Asset Disposition**

13.     During the Interim Period, the Firm, among other things: (i) assisted the Debtors and their investment banker Jefferies LLC in a sales and marketing process to elicit value-maximizing bids for the sale or sales of the Debtors' assets; (ii) addressed objections, both formal and informal, and comments from the U.S. Trustee (the "UST"), the Committee, and other parties in interest to the sale and bid procedures motion; (iii) conferred with numerous potential bidders; and (iv) continued preparation of schedules to the asset purchase agreements.

Fees:  $886,243.00          Hours:  818.80

**B.**   <u>**Bankruptcy Litigation**</u>

14.    During the Interim Period, the Firm, among other things: (i) addressed Committee discovery issues and responded to document requests from the Committee; (ii) drafted and addressed issues in connection with "second day" orders and motions; (iii) prepared certifications of counsel regarding various motions; (iv) prepared hearing binders and agendas; (v) addressed issues in connection with the adversary proceeding commenced by Learnicon LLC; and (vi) addressed lien related issues.

Fees:  $38,676.50          Hours:  40.60

**C.**   <u>**Case Administration**</u>

15.    During the Interim Period, the Firm, among other things: (i) participated in weekly status calls; (ii) reviewed correspondence and pleadings and forwarded them to appropriate parties; (iii) maintained a memorandum of critical dates; and (iv) maintained a case task list.

Fees:  $86,419.50          Hours:  102.50

**D.**   <u>**Corporate Governance**</u>

16.    During the Interim Period, the Firm, among other things, participated in board meetings and addressed inquiries regarding the sale process.

Fees:  $4,822.50          Hours:  5.30

**E.**   <u>**Claims Administration/ Objection**</u>

17.    During the Interim Period, the Firm, among other things: (i) addressed issues in connection with the claims bar date notice; (ii) reviewed and analyzed reclamation

demands; (iii) prepared a bar date notice for service and publication; (iv) responded to creditor inquiries; (v) addressed customer/carrier issues; and (vi) reviewed and analyzed secured claims filed against the Debtors' estates.

Fees: $40,126.00          Hours: 40.10

**F.      Compensation of Professionals**

18.     During the Interim Period, the Firm, among other things: (i) maintained a professional fee reserve analysis; (ii) addressed monthly professional fee issues; (iii) conferred with estate professionals regarding the appointment of a fee examiner and prepared an order regarding same; (iv) assisted Force 10 Partners, LLC with the preparation and filing of their monthly staffing reports; (v) prepared certifications of counsel with respect to prior monthly fee applications; and (vi) began preparing the Firm's first monthly fee application.

Fees: $31,472.00          Hours: 42.20

**G.      Employee Benefit/ Pension**

19.     During the Interim Period, the Firm, among other things, addressed employee retention issues and prepared a final form of order on the Debtors' first day motion to pay employee wages and benefits.

Fees: $2,205.00          Hours: 2.40

**H.      Executory Contracts**

20.     During the Interim Period, the Firm, among other things: (i) reviewed and analyzed various contracts and agreements as well as addressed issues in connection therewith; (ii) prepared a schedule, and supplements and amendments thereto, of potential executory

contracts and unexpired leases which may be assumed and assigned as part of a sale(s) of the Debtors' assets and negotiated with parties in connection therewith; (iii) performed research in connection with third party and multi-Debtor contract issues; and (iv) communicated with contract counterparties regarding various defaults and go-forward performance.

Fees:  $82,662.50         Hours:  111.00

**I.      Financial Filings**

21.      During the Interim Period, the Firm, among other things: (i) conferred with the Debtors and assisted in the preparation of the Schedules of Assets and Liabilities and Statements of Financial Affairs; and (ii) assisted the Debtors with the preparation of monthly operating reports.

Fees:  $30,130.50         Hours:  44.40

**J.      Financing**

22.      During the Interim Period, the Firm, among other things: (i) drafted and negotiated the forms of proposed final orders with respect to the CA and TX/PA Debtor-in-Possession financing ("DIP"); (ii) addressed DIP objections; (iii) prepared for the hearing on the DIP motions; (iv) addressed issues in connection with the DIP terms sheets; and (v) negotiated a settlement with the Committee with respect to multiple DIP Motions.

Fees:  $182,082.00         Hours:  162.00

**K.**    **General Creditors' Committee**

23.    During the Interim Period, the Firm, among other things: (i) conferred with counsel for the Committee regarding numerous case issues; and (ii) participated in weekly Committee status calls regarding case and sale issues.

Fees:  $10,637.50          Hours:  11.40

**L.**    **Hearing**

24.    During the Interim Period, the Firm spent time: (i) preparing for and attending the various hearings held during the Interim Period; (ii) preparing hearing agendas and binders; and (iii) assisting witnesses with hearing testimony preparations.

Fees:  $65,193.00          Hours:  68.70

**M.**    **Insurance Issues**

25.    During the Interim Period, the Firm, among other things, addressed insurance payment issues and prepared a certification of counsel in connection with the final order approving the insurance motion.

Fees:  $151.00          Hours:  .20

**N.**    **Lien Analysis**

26.    During the Interim Period, the Firm spent time performing research in connection with asserted mechanics' liens.

Fees:  $4,145.50          Hours:  3.90

**O.**     **Litigation (Non-Bankruptcy)**

27.     During the Interim Period, the Firm, among other things coordinated the filing of notices of pending bankruptcy cases in multiple state court actions and addressed various litigation issues.

Fees:  $2,685.00          Hours:  4.10

**P.**     **Meeting of Creditors**

28.     During the Interim Period, the Firm, among other things, prepared for and attended the Section 341(a) meeting of creditors.

Fees:  $8,672.50          Hours:  9.30

**Q.**     **Operations**

29.     During the Interim Period, the Firm, among other things: (i) addressed issues in connection with final orders on the Debtors' cash management and utility motions; (ii) addressed numerous vendor issues, including critical vendors as well as equipment and construction parties at the Debtors' Reading, Pennsylvania facility; (iii) reviewed and analyzed reclamation issues; and (iv) prepared, filed, and obtained Court approval of numerous critical vendor and/or contract assumption motions.

Fees:  $136,663.50          Hours:  148.20

**R.**     **Plan and Disclosure Statement**

30.     During the Interim Period, the Firm, among other things, began strategizing and engaging in its initial efforts with respect to a potential plan structure.

Fees:  $1,005.00          Hours:  .90

### S.    Retention of Professionals

31.    During the Interim Period, the Firm, among other things: (i) prepared certifications of counsel with respect to filed retention applications; (ii) assisted the Debtors' other professionals with the preparation and filing of their retention applications; (iii) prepared a supplemental declaration in support of the Firm's retention and assisted other professionals with the preparation and filing of supplemental declarations in support of their retention applications; (iv) addressed ordinary course professional issues.

Fees:  $29,124.50           Hours:  30.40

### Valuation of Services

32.    Attorneys and paraprofessionals of PSZJ expended a total 1,646.40 hours in connection with their representation of the Debtors during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard M. Pachulski | Partner 1983; Member CA Bar 1979 | $1,595.00 | 35.10 | $55,984.50 |
| Alan J. Kornfeld | Partner 1996; Member CA Bar 1987; Member DC Bar 2002; Member NY Bar 2004 | $1,395.00 | 0.70 | $976.50 |
| David J. Barton | Partner 2000; Member CA Bar 1981 | $1,345.00 | 68.30 | $91,863.50 |
| Henry C. Kevane | Partner 1997; Member CA Bar 1986 | $1,275.00 | 135.80 | $173,145.00 |
| Richard J. Gruber | Of Counsel 1995; Member CA 1982 | $1,275.00 | 177.50 | $226,312.50 |
| Judith Elkin | Of Counsel 2020; Member TX Bar 1982; Member NY Bar 2004 | $1,195.00 | 138.70 | $165,746.50 |
| Karen B. Dine | Of Counsel 2020; Member NY Bar 1994 | $1,195.00 | 27.20 | $32,504.00 |
| Maxim B. Litvak | Partner 2004; Member TX Bar 1997; Member CA Bar 2001 | $1,125.00 | 126.40 | $142,200.00 |

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daryl G. Parker | Of Counsel 2006; Member CA Bar 1970 | $1,095.00 | 1.90 | $2,080.50 |
| Gabriel I. Glazer | Partner 2014; Member CA Bar 2006 | $1,050.00 | 119.30 | $125,265.00 |
| James E. O'Neill | Partner 2005; Member PA Bar 1985; Member DE Bar 2001 | $1,050.00 | 102.90 | $108,045.00 |
| Joshua M. Fried | Partner 2006; Member CA Bar 1995; Member NY Bar 1999; Member NJ Bar 2000 | $1,050.00 | 4.70 | $4,935.00 |
| Victoria A. Newmark | Of Counsel 2008; Member CA Bar 1996 | $1,050.00 | 25.70 | $26,985.00 |
| Jeffrey W. Dulberg | Partner 2004; Member CA Bar 1995 | $1,025.00 | 78.40 | $80,360.00 |
| Jonathan J. Kim | Of Counsel 1999; Member CA Bar 1995 | $995.00 | 16.40 | $16,318.00 |
| Nina L. Hong | Partner 2006; Member CA Bar 1996 | $875.00 | 14.10 | $12,337.50 |
| Benjamin L. Wallen | Associate 2021; Member TX Bar 2016 | $750.00 | 114.30 | $85,725.00 |
| Cia H. Mackle | Of Counsel 2007; Member FL Bar 2006 | $750.00 | 2.90 | $2,175.00 |
| Steven W. Golden | Associate 2016; Member NY and MD Bars 2015; Member TX Bar 2016 | $725.00 | 299.40 | $217,065.00 |
| Brittany M. Michael | Of Counsel 2020; Member MN Bar 2015; Member NY Bar 2019 | $695.00 | 12.00 | $8,340.00 |
| Leslie A. Forrester | Law Library Director | $475.00 | 5.80 | $2,755.00 |
| Karina K. Yee | Paralegal | $460.00 | 0.70 | $322.00 |
| Kerri LaBrada | Paralegal | $460.00 | 4.90 | $2,254.00 |
| Elizabeth C. Thomas | Paralegal | $460.00 | 23.50 | $10,810.00 |
| Patricia J. Jeffries | Paralegal | $460.00 | 85.50 | $39,330.00 |
| Cheryl A. Knotts | Paralegal | $425.00 | 1.00 | $425.00 |
| Virginia L. Downing | Other | $395.00 | 6.00 | $2,370.00 |
| Andrea R. Paul | Case Management Assistant | $375.00 | 6.50 | $2,437.50 |
| Beatrice M. Koveleski | Case Management Assistant | $375.00 | 5.00 | $1,875.00 |
| Karen S. Neil | Case Management Assistant | $375.00 | 5.60 | $2,100.00 |
| Sheryle L. Pitman | Case Management Assistant | $375.00 | 0.20 | $75.00 |

**Grand Total:      $1,643,117.00**

**Total Hours:**          **1,646.40**
**Blended Rate:**          **$998.01**

33.     The nature of work performed by these persons is fully set forth in **Exhibit A** attached hereto.  These are PSZJ's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZJ for the Debtors during the Interim Period is $1,643,117.00.

34.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZJ is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZJ has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, PSZJ respectfully requests that, for the period of April 1, 2021 through April 30, 2021, (i) an interim allowance be made to PSZJ for compensation in the amount $1,643,117.00 and actual and necessary expenses in the amount of $9,514.88 for a total allowance of $1,652,631.88 and (ii) payment of $1,314,493.60 (80% of the allowed fees pursuant to the Administrative Order) and reimbursement of $9,514.88 (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $1,324,008.48, and for such other and further relief as this Court may deem just and proper.

Dated:   June 4, 2021                          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Gabriel I. Glazer (CA Bar No. 246384)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (NY Bar No. 5374152)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
           gglazer@pszjlaw.com
           joneill@pszjlaw.com
           sgolden@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*

## **DECLARATION**

STATE OF DELAWARE        :
                                           :
COUNTY OF NEW CASTLE  :

James E. O'Neill, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and am admitted to appear before this Court.

b)      I am familiar with the legal services rendered by PSZJ as counsel to the Debtors.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on or about April 7, 2021 and submit that the Application substantially complies with such rule and orders.

*/s/ James E. O'Neill*
James E. O'Neill