UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
**In re** :
: Case No. 21-10527 (JTD)
**CARBONLITE HOLDINGS LLC,** *et al.*, :
: (Jointly Administered)
:
Debtors.[1] : Ref. Docket No. 384, 498, 508, & 572
---------------------------------------------------------------x

### DECLARATION OF MARK ZEHNER IN SUPPORT OF SUPPLEMENT TO RESPONSE OF PROLOGIS TARGETED U.S. LOGISTICS FUND, L.P. TO NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF DESIGNATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND LIMITED OBJECTION OF PROLOGIS TARGETED U.S. LOGISTICS FUND, L.P. TO NOTICE OF SUCCESSFUL BIDDER AND AUCTION RESULTS FOR SALE OF THE ASSETS OF CARBONLITE INDUSTRIES LLC (THE RIVERSIDE FACILITY)

I, Mark Zehner, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am a Vice President, Leasing Officer of Prologis, L.P., authorized agent of Prologis Targeted U.S. Logistics Fund, L.P. ("Landlord"). I am responsible for the property management and leasing of Building B located at 875 Michigan Avenue, Riverside, CA and approximately 12.71 acres of land associated with Building B (the "Riverside Facility") and am familiar with the tenancy of CarbonLite Industries LLC ("Debtor Industries"). I submit this declaration (this "Declaration") in support of Landlord's *Supplement to Response of Prologis Targeted US Logistics Fund, L.P. to Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases and Limited Objection of Prologis Targeted U.S. Logistics Fund, L.P. to Notice of Successful Bidder and Auction Results for the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

*Sale of Assets of CarbonLite Industries LLC (The Riverside Facility)* (the "Supplement"), filed contemporaneously herewith. All facts set forth in this Declaration are based upon my personal knowledge and my communications with other members of Prologis' property management and credit risk management teams. I am authorized to submit this Declaration on behalf of Landlord and, if called upon to testify, I could and would testify competently to the facts set forth herein.

2. Landlord owns the Riverside Facility. Debtor Industries is the current tenant of the Riverside Facility pursuant to that certain Lease dated as of October 1, 2010 and subsequently amended pursuant to that First Amendment to Lease Agreement dated March 5, 2021 (the "Michigan Avenue Lease"). A true and correct copy of the Michigan Avenue Lease is attached hereto as **Exhibit A**.

3. I understand that Debtor Industries is seeking to assign its rights under the Michigan Avenue Lease to TSG Shelf II Acquisition, LLC and/or Evergreen Recycling, LLC ("Evergreen").

4. Landlord received and reviewed certain financial information from The Sterling Group ("Sterling"), Polychem Corporation, now known as Greenbridge ("Greenbridge"), and Evergreen. We have received no financial documents for TSG Shelf II Acquisition, LLC. A true and correct copy of the Sterling and Evergreen financial materials that Landlord received are attached hereto as **Exhibits B** and **C**, respectively. Because Landlord was required to sign a nondisclosure agreement in connection with its review of the Greenbridge materials, I do not attach a copy of that here.

5. After review of these materials, Landlord's credit risk management team concluded that, absent a corporate guaranty, a $2.5 million letter of credit was an appropriate security deposit for a new tenancy of Evergreen (or another recycling operator in a similar financial condition).

6. Given the aforementioned analysis by Landlord's credit risk management team, initially, Landlord requested a corporate guaranty (by either Sterling or Greenbridge) or, alternatively, a $2.5 million letter of credit.

7. After negotiation with Sterling, Prologis proposed instead that Everegreen provide additional security in the amount of a $500,000 letter of credit (in addition to the existing $500,000 letter of credit and $100,000 cash security deposit currently in place), as security for the performance of its obligations under the Michigan Avenue Lease. Landlord further proposed that this additional security would phase out after approximately five (5) years (to the end of the existing lease term, before the existing five (5) year option to extend, if exercised).

8. Sterling (on behalf of Evergreen) refused and instead requested that Landlord decrease the security currently required by the Michigan Avenue Lease (eliminating the need for the existing $500,000 after approximately five (5) years), while simultaneously seeking to extend the lease term.

9. In or about April 2019, Debtor Industries sought to expand its operations into premises adjacent to the Riverside Facility. Landlord's response at that time was that, in order to amend the Michigan Lease and agree to a larger footprint, it would require a $5 million letter of credit – $2.5 million for each location.

10. More recently, in connection with the First Amendment to Lease Agreement dated March 5, 2021, Landlord and Debtor Industries put in place the existing $500,000 letter of credit.

11. Finally, I am aware that Debtor Industries' operations have caused damage to the roof of the Riverside Facility and that Industries initiated repair of that damage. Representatives of Debtor Industries have acknowledged to me this damage and the need to

repair the roof.  I do not have personal knowledge regarding the scope of the damage, cost to finalize repairs and/or what further work is required to complete the repairs.

[*Remainder of Page Intentionally Left Blank*]

5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 7, 2021 /s/Mark Zehner
Mark Zehner