**Exhibit B**

**Sterling Adequate Assurance Information**

ACTIVE.133215360.01

**Statement of Adequate Assurance of Future Performance**

A. <u>General Background</u>

   On March 8, 2021, CarbonLite Holdings LLC and certain of its affiliated debtors and debtors in possession (collectively, the "**Debtors**") commenced chapter 11 cases under title 11 of the United States Code (the "**Bankruptcy Code**").

   On May 12, 2021, the Debtors filed the *Debtors' Motion for (I) An Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) An Order or Orders (A) Approving the Sale of the Debtors' Assets Free and Clear of All Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases* [D.I. 112] (the "**Motion**").  A hearing to consider approval of, among other things, the bidding procedures and assumption and assignment procedures proposed in the Motion was held on April 8, 2021 before the Honorable John T. Dorsey, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware (the "**Court**").

   On April 9, 2021, the Court entered the *Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection With the Debtors' Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief* [Docket No. 266] (as may be amended, supplemented or modified)[1] (the "**Bid Procedures Order**").

   On April 9, 2021, the Debtors filed a *Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* [D.I. 269] (the "**Original Notice**") identifying each executory contract and unexpired non-residential lease that the Debtors wish to assume and assign to a potential bidder as part of a sale and setting forth the proposed amount necessary to cure any defaults thereunder.  The Original Notice was supplemented on April 21, 2021 [D.I. 332], May 10, 2021 [D.I. 418] and May 21, 2021 [D.I. 490].

---

[1] *See Order Approving Stipulation Among Debtors, the Official Committee of Unsecured Creditors and the DIP Lenders, Extending Certain Deadlines Under the Bid Procedures Order* [Docket No. 312], entered by this Court on April 20, 2021; *Order Approving Second Stipulation Among Debtors and the DIP Lenders, Extending Certain Deadlines Under the Bid Procedures Order* [Docket No. 357], entered by this Court on April 27, 2021; *Order Approving Amended Third Stipulation Among Debtors and the DIP Lenders Extending Certain Deadlines Under (I) TX Debtors' Final DIP Order; (II) PA Debtors' Final DIP Order; (III) CA Debtors' Final DIP Order; and (IV) Bid Procedures Order* [Docket No. 401], entered on May 4, 2021; and *Order Authorizing Debtors to Extend, As Necessary, Certain Deadlines under the (I) Bid Procedures Order; (ii) TX Debtors' Final DIP Order; (III) PA Debtors' Final DIP Order; and (IV) CA Debtors' Final DIP Order* [Docket No. 449], entered on May 13, 2021.

B. Adequate Assurance of Future Performance

On May 19, 2021, the Debtors filed their *Notice of Virtual Auction for Sale of the Assets of CarbonLITE Industries LLC* [Docket No. 482] (the "**Riverside, CA Auction Notice**"). Pursuant to the Bid Procedures Order and the Riverside, CA Auction Notice, the Debtors held an auction on May 21, 2021 (the "**CA Auction**") to determine the highest and best offer for the Riverside Facility (as defined in the Bid Procedures Order).  At the conclusion of the CA Auction, TSG Shelf II Acquisition, LLC (the "**Proposed CA Buyer**") was declared the Successful Bidder for the Riverside Facility.

Pursuant to the Motion, the Debtors are seeking to assume and assign certain of the Debtors' executory contracts and unexpired non-residential leases to the Proposed CA Buyer (the "**Acquired Contracts**") pursuant to sections 363 and 365 of the Bankruptcy Code, as identified in and in accordance with the terms of that certain Asset Purchase Agreement, dated as of May 21, 2021 (the "**Agreement**"), by and between the Debtors party to the Agreement and the Proposed CA Buyer.

In accordance with the Agreement and the Motion, set forth below is information about the Proposed CA Buyer in order to demonstrate adequate assurance of future performance by the Proposed CA Buyer under the Acquired Contracts in accordance with sections 365(b)(1)(C) and 365(f)(2)(B) of the Bankruptcy Code.

The Proposed CA Buyer is a Delaware limited liability company formed by one or more funds affiliated with The Sterling Group ("**Sterling**").  Sterling (www.sterling-group.com) is an operationally-focused private equity firm founded in 1982 and headquartered in Houston, Texas.  Sterling and its affiliated funds have owned 57 platform companies with a total enterprise value of over $14 billion.  Sterling platform companies are engaged in a variety of industrial  sub-sectors, including services, packaging, building products, capital goods manufacturing, and branch-based distribution.  Sterling's seven current partners are deeply experienced industrialists who have relationships and expertise in the specific business sectors in which Sterling invests and operates.  Sterling practices a unique and focused approach, centered on investing in operating businesses that are corporate "carve-outs" or family/entrepreneur-owned businesses.  Sterling currently has approximately $4 billion under management with access to substantial liquidity through its recent $2 billion Fund V, which closed in June 2020.

Sterling also is a majority owner of Polychem, LLC ("**Polychem**"), a North American manufacturer of polyester and polypropylene strapping and recycler of PET.  Polychem has extensive experience with operating plastic recycling facilities.  For more than two decades, Polychem has been the sole owner and operator of Evergreen Plastics ("**Evergreen**"), a PET recycling facility in Clyde, Ohio which processes nearly 100 million lbs. of post-consumer PET plastic annually.  Evergreen's operations are very similar to certain of the Debtors' operations and Polychem's current profitable recycling facility in Clyde, Ohio will be contributed and transferred to the Proposed CA Buyer at closing.

Sterling intends to use its available capital and other liquidity resources (Sterling presently has approximately $150 million of availability on a revolving line of credit from a major financial institution) to initially capitalize the Proposed CA Buyer in a manner sufficient to

complete the acquisition. The Riverside Facility will be less encumbered following consummation of the transaction -- the Riverside Facility presently is encumbered by senior secured indebtedness of approximately $110 million, including approximately $95 million of outstanding prepetition secured indebtedness and approximately $15 million of secured debtor in possession financing. If the Agreement is consummated, the Proposed CA Buyer will have acquired the Riverside Facility free and clear of this indebtedness, will have substantially less leverage than the Debtors, will have received the profitable Clyde, Ohio facility from Polychem and will have the benefit of Sterling's financial backing.

The Debtors and the Proposed CA Buyer believe that the contents of this satisfy the requirements for adequate assurance of future performance under section 365 of the Bankruptcy Code, but remain willing to address any concerns or issues counterparties to Acquired Contracts may have regarding the assurances in this notice.  Notwithstanding anything contained in the foregoing, Sterling and the Proposed CA Buyer expressly reserve all of their rights and remedies under (i) the Agreement, (ii) all schedules and exhibits to the Agreement, and (iii) the Bid Procedures Order.