**Exhibit C**

**Greenbridge Adequate Assurance Information**

## Evergreen Recycling, LLC

*Unaudited Balance Sheet Estimate as of 6/8/2021*

|  | ($MMs) |
|---|---:|
| *Assets* | |
| Cash | $5.0 |
| Accounts Receivable | 9.7 |
| Inventory | 7.2 |
| Vendor Deposits | 1.1 |
| Total Current Assets | $23.0 |
| | |
| PP&E | $64.1 |
| Other Assets | 21.2 |
| **Total Assets** | **$108.2** |
| | |
| *Liabilities & Shareholders' Equity* | |
| Trade Payables | $2.7 |
| Accrued Expenses | 0.7 |
| Total Current Liabilities | $3.4 |
| ABL Facility ($20MM) | - |
| New Senior Notes | 21.0 |
| Stonebriar Equipment Lease | 1.8 |
| Total Liabilities | $26.2 |
| | |
| Total Shareholders' Equity | 82.0 |
| **Total Liabilities & Shareholders' Equity** | **$108.2** |