# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*, | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: June 22, 2021 at 10:00 a.m. ET** |

## LEARNICON LLC AND BAHRAM NOUR-OMID'S WITNESS AND EXHIBIT LIST FOR THE HEARING ON DEBTORS' MOTION FOR AUTHORIZATION TO EXPAND THE RETENTION AND EMPLOYMENT OF REED SMITH LLP AS SPECIAL COUNSEL TO INCLUDE REPRESENTATION OF CERTAIN BOARD MEMBER DEFENDANTS IN LITIGATION, NUNC PRO TUNC TO MAY 16, 2021

At the June 22, 2021 hearing (the "Hearing") on the *Debtors' Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation of Certain Board Member Defendants in Litigation, Nunc Pro Tunc to May 16, 2021* [D.I. 507] (the "Motion"), Learnicon LLC and Bahram Nour-Omid (the "Objecting Parties"), in support of the their Objection [D.I. 594] to the Motion, intend to present the testimony of the following witness(es) and to move into evidence the following exhibits:

### WITNESS(ES)

1. Bahram Nour-Omid

    a. Dr. Nour-Omid's direct testimony will be presented by admission of his Declaration [D.I. 594-1] in support of the Objection (the "Nour-Omid Declaration").

    b. The scope of Dr. Nour-Omid's testimony is the general subject matter set forth in the Nour-Omid Declaration.

    c. Dr. Nour-Omid may testify via Zoom from his office in Los Angeles, California. No one will be in the room with Dr. Nour-Omid.

    d. Dr. Nour-Omid will have the exhibits identified below with him during his testimony.

2.     The Objecting Parties reserve the right to call or cross-examine (except as otherwise provided below) any other witness(es) identified by any other parties-in-interest.[1]

3.     Parties-in-interest (other than the Debtors and the Kim Jeffery and Faramarz Yousefzadeh (the "Director Defendants")) may seek to cross-examine Dr. Nour-Omid.

## EXHIBITS TO BE OFFERED INTO EVIDENCE

1.     The Nour-Omid Declaration [D.I. 594-1] and Exhibit "A" thereto – UCC Financing Statement securing Learnicon's interests in the LF Investment Participation Interests and LF Investment's Certification of Formation [D.I. 594-2], attached hereto as **Exhibit A**.

2.     Exhibit "B" to the Nour-Omid Declaration – February 2, 2021 CarbonLite Board Meeting Minutes [D.I. 595] (Filed Under Seal).[2]

3.     First Amended Complaint in Adv. Proc. No. 21-50317 (JTD) [Adv. D.I. 24] (the "FAC"), with Exhibits 1-3 thereto, attached hereto as **Exhibit B**.[3]

---

[1] Pursuant to an agreement with the Debtors and the Director Defendants, (i) the Objecting Parties will rely on the Nour-Omid Declaration for direct testimony, and (ii) the Debtors/Directors Defendants will rely on the Kupietzky Declaration [D.I. 627] for direct testimony. The Debtors/Director Defendants and the Objecting Parties each agree not to cross-examine the other party's declarant. No other witnesses will be presented by the Debtors/Director Defendants or the Objecting Parties. Mr. Kupietzky and Dr. Nour-Omid will be available should the Court or other parties have questions, and the parties reserve the right to redirect their respective declarants.

[2] *See Learnicon LLC and Bahram Nour-Omid's Motion for Entry of an Order Authorizing the Filing under Seal of Confidential Board Meeting Minutes* [D.I. 608]. After consulting with Debtors' counsel, the Objecting Parties filed the Board Meeting Minutes under seal at the Debtors' request.

[3] Debtors have indicated they will introduce the FAC without its exhibits. The Objecting Parties believe this is improper and that the FAC should be introduced in its entirety, with all of its exhibits.

4. The Objecting Parties reserve the right to admit into evidence or otherwise use any exhibits offered into evidence or used by any other party in interest.

| | |
|---|---|
| Dated:  June 21, 2021<br>Wilmington, Delaware | BARNES & THORNBURG LLP<br><br>*/s/ Kevin G. Collins*<br>Thomas E. Hanson, Jr. (No. 4102)<br>Kevin G. Collins (No. 5149)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 300-3434<br>Facsimile: (302) 300-3456<br>Email: thanson@btlaw.com<br>         kcollins@btlaw.com<br><br>-and-<br><br>Sanford L. Michelman<br>Mona Z. Hanna (admitted *pro hac vice*)<br>Howard I. Camhi (admitted *pro hac vice*)<br>Alexander R. Safyan (admitted *pro hac vice*)<br>MICHELMAN & ROBINSON, LLP<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 299-5500<br>Facsimile: (310) 299-5600<br>Email: smichelman@mrllp.com<br>         mhanna@mrllp.com<br>         hcamhi@mrllp.com<br>         asafyan@mrllp.com<br><br>*Attorneys for Learnicon LLC and*<br>*Bahram Nour-Omid* |