# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF TRANSFERRED CONTRACTS IN CONNECTION WITH THE SALE OF THE ASSETS OF PINNPACK PACKAGING LLC

### PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On March 18, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion [Docket No. 112] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking entry of (i) an order [Docket No. 266] (the "Bid Procedures Order") (a) approving Bid Procedures for the sale (the "Sale") of any or substantially all of the Debtors' assets (collectively, the "Assets"), (b) approving procedures for the assumption and assignment of designated executory contracts and unexpired leases (collectively, the "Transferred Contracts") and the sale and transfer of other designated contracts, (c) scheduling the Auction and Sale Hearing,[2] and (d) granting related relief, and (ii) an order(s) (each, a "Sale Order") (a) authorizing the Sale(s) of the Assets free and clear of all liens, claims, interests, and other encumbrances, other than assumed liabilities, to the Successful Bidder(s) submitting the highest or otherwise best bid, (b) authorizing the assumption and assignment of the Transferred Contracts to the Successful Bidder(s) and authorizing the sale and transfer of other designated contracts, and (c) granting certain related relief.

2. On April 9, 2021, the Bankruptcy Court entered the Bid Procedures Order [Docket No. 266] and, on April 9, 2021, the Debtors filed and served the *Notice of Proposed Sale or Sales of Substantially All of the Debtors' Assets, Free and Clear of All Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto* [Docket No. 268] providing information on the proposed Sale(s), including, without limitation, for the PinnPack Facility.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Bid Procedures or Bid Procedures Order, as applicable.

DOCS_DE:235004.1 13044/001

3.     On June 16, 2021, the Debtors filed the *Notice of Successful Bidder for Sale of the Assets of Pinnpack Packaging LLC* [Docket No. 616] (the "<u>PinnPack Notice of Successful Bidder</u>") in connection with the Sale of the Assets of Pinnpack Packaging LLC (the "<u>PinnPack Sale</u>").

4.     Attached hereto as **<u>EXHIBIT A</u>** are the Transferred Contracts in connection with the PinnPack Sale.

Dated: June 21, 2021              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Gabriel I. Glazer (CA Bar No. 246384)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (NY Bar No. 5374152)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
       gglazer@pszjlaw.com
       joneill@pszjlaw.com
       sgolden@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*