# EXHIBIT A

*Transferred Contracts*

| Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Date of Contract / Lease |
|---|---|---|---|
| 3L Distribution Inc.<br>PO Box 3102<br>Annapolis, MD 21403 | Pinnpack Packaging LLC | Settlement and Release Agreement | 5/15/2017 |
| Absolute Exhibits, Inc.<br>1382 VALENCIA AVE, SUITE H<br>TUSTIN, CA 92780 | Pinnpack Packaging LLC | General Terms and Conditions | 3/29/2019 |
| Allied Nationwide Security, Inc.<br>7247 Hayvenhurst Avenue, Suite A7<br>Can Nuys, CA 91406 | Pinnpack Packaging LLC | Security Service Agreement | 6/27/2016 |
| American Dairy Queen Corporation and Orange Julius of America<br>7505 Metro Boulevard<br>Minneapolis, MN 55439 | Pinnpack Packaging LLC | DQ Data Management System Website - Terms of Use | 2/4/2019 |
| American Express Travel Related Services Company, Inc.<br>P.O. Box 299051<br>Fort Lauderdale, FL 33329<br>Attn: Department 87 | Pinnpack Packaging LLC | American Express Card Acceptance Agreement | 7/23/2019 |
| American Express Travel Related Services Company, Inc.<br>P.O. Box 299051<br>Fort Lauderdale, FL 33329<br>Attn: Department 87 | Pinnpack Packaging LLC | High ROC Supplement to the Card Acceptance Agreement | 8/5/2019 |
| Amland C. Townsend<br>20617 Amanda Oak Ct<br>Land O Lakes, FL 34638 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 2/25/2021 |
| Belmark Inc<br>600 Heritage Road<br>De Pere, WI 54115 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 3/3/2017 |
| Ben Vobian<br>3131 W. Ehrlinger Road<br>Janesville, WI 53546 | Pinnpack Packaging LLC | Employment Offer Letter | 12/17/2019 |
| Benlin Distribution Services Inc.<br>2769 Broadway<br>Buffalo, NY 14227 | Pinnpack Packaging LLC | Letter re: Pricing | 11/22/2017 |
| Blue Street Capital LLC<br>2120 Main Street, Suite 160<br>Huntington Beach, CA 92648 | Pinnpack Packaging LLC | Master Lease Agreement | 7/19/2016 |

| | | | |
|---|---|---|---|
| Canadian Warehouse and Logistics<br>200 Shoemaker Street<br>Kitchener, Ontario, Canada<br>N2E 3E1 | Pinnpack Packaging LLC | Letter Agreement | 11/13/2020 |
| CE Capital, LLC (assignee of Jules & Associates, Inc.)<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355 | Pinnpack Packaging LLC | Master Equipment Lease Agreement | 3/15/2017 |
| CE Capital, LLC (assignee of Jules & Associates, Inc.)<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355<br>Attn: Marty Conlin | Pinnpack Packaging LLC | Letter Agreement | 3/15/2017 |
| CE Capital, LLC (assignee of Jules & Associates, Inc.)<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355<br>Attn: Marty Conlin | Pinnpack Packaging LLC | Addendum A to Master Equipment Lease Agreement | 4/12/2017 |
| CE Capital, LLC (assignee of Jules & Associates, Inc.)<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355<br>Attn: Marty Conlin | Pinnpack Packaging LLC | Addendum B to Master Equipment Lease Agreement | 4/12/2017 |
| CE Capital, LLC (assignee of Jules & Associates, Inc.)<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355<br>Attn: Marty Conlin | Pinnpack Packaging LLC | Addendum C to Master Equipment Lease Agreement | 4/12/2017 |
| Citibank, N.A.<br>388 Greenwich Street, 25th<br>New York, NY 10013<br>Attn: Vasilios Kontogianis | Pinnpack Packaging LLC | Supplier Agreement | 5/23/2019 |
| CKE Restaurants Holdings, Inc.<br>6700 Tower Circle, Suite 1000<br>Franklin, TN 37067 | Pinnpack Packaging LLC | Confidentiality Agreement | 1/1/2018 |
| CMI Plastics, Inc.<br>222 Pepsi Way<br>Ayden NC 28513 | Pinnpack Packaging LLC | Reciprocal Confidentiality and Nondisclosure Agreement | 1/8/2018 |
| Cool-Pak, LLC<br>401 N Rice Avenue<br>Oxnard, CA 93030 | Pinnpack Packaging LLC | Mutual Nondisclosure Agreement | 7/25/2017 |
| Dairy Queen Operators' Association and Dairy Queen Operators' Cooperative<br>7505 Metro Blvd.<br>Minneapolis, MN 55439 | Pinnpack Packaging LLC | Confidentiality Agreement/Non-Disclosure | 11/20/2018 |

| | | | |
|---|---|---|---|
| David Carlos<br>1314 Western Avenue, #203<br>Downey, CA 90241 | Pinnpack Packaging LLC | Consulting Agreement | 3/15/2021 |
| David Leineweber<br>2204 Carriage Oaks Drive<br>Raleigh, NC 27614 | Pinnpack Packaging LLC | Consulting Agreement | 11/20/2018 |
| Dean R. Brown<br>408 Nakoma Drive<br>Midland, MI 48640 | Pinnpack Packaging LLC | Consulting Agreement | 3/5/2016 |
| Destiny Packaging, LLC<br>9621 Citation Court, #C<br>Monterey, CA 93940 | Pinnpack Packaging LLC | Mutual Non-Disclosure Agreement | 5/25/2018 |
| Display Pack<br>650 West St<br>Cedar Springs, MI 49319 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 2/1/2019 |
| Dole Packaged Foods, LLC<br>3059 Townsgate Road, Suite 400<br>Westlake Village, CA 91361 | Pinnpack Packaging LLC | Mutual Confidentiality Agreement | 6/7/2019 |
| Duris Corporation<br>1966 Seasons Street<br>Simi Valley, CA 93065 | Pinnpack Packaging LLC | Standard Industrial Single-Tenant Lease-Net | 6/1/2016 |
| Edith Capill<br>5281 Perkins Rd.<br>Oxnard, CA 93033 | Pinnpack Packaging LLC | Cleaning Services Agreement | 3/29/2021 |
| Employers Assurance Co.<br>2550 Paseo Verde Parkway, Suite 100<br>Henderson, NV 89074 | Pinnpack Packaging LLC | Workers' Compensation and Employers Liability Insurance Policy (EIG 4559699 00) | 7/17/2020 |
| Employers Assurance Co.<br>2550 Paseo Verde Parkway, Suite 100<br>Henderson, NV 89074 | Pinnpack Packaging LLC | Endorsement 001 to Workers' Compensation and Employers Liability Insurance Policy (EIG 4559699 00) | 7/17/2020 |
| Engitecs SAS<br>Calle 75 #110a-40<br>Bogota, Columbia | Pinnpack Packaging LLC | Quotation Nr. PIN001299 | 3/8/2021 |
| Eric Werbalowsky<br>652 Cedar Place<br>Ventura, CA 93001 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 1/22/2019 |
| Fidel Cardenas | Pinnpack Packaging LLC | Offer Letter | 6/13/2016 |

| | | | |
|---|---|---|---|
| Fidel Cardenas | Pinnpack Packaging LLC | Mutual Agreement to Arbitrate Claims | 1/6/2017 |
| Fidel Cardenas | Pinnpack Packaging LLC | Assignment of Rights and Confidentiality and Non-Disclosure Agreement | 1/17/2017 |
| Frasco, Inc.<br>2015 West Alameda Avenue<br>Burbank, CA 91502 | Pinnpack Packaging LLC | End User Agreement | 4/4/2019 |
| Freeman Company<br>911 Graham Drive<br>Fremont, OH 43420 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 8/1/2016 |
| Global Source Ltd.<br>9420 Reseda Boulevard #621<br>Northridge, CA 91324 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 2/11/2019 |
| HAVI Global Solutions LLC<br>3500 Lacey Road<br>Downers Grove, IL 60515 | Pinnpack Packaging LLC | Mutual Confidentiality Agreement | 6/1/2018 |
| Indepak Inc.<br>2136 NE 194th Ave<br>Portland, OR 97230 | Pinnpack Packaging, LLC | Non-Disclosure Agreement | 3/18/2017 |
| Infinity QS International, Inc.<br>12601 Fair Lakes Circle<br>Suite 250<br>Fairfax, VA 22033 | Pinnpack Packaging LLC | End-User License Agreement | 1/12/2017 |
| Infinity QS International, Inc.<br>12601 Fair Lakes Circle<br>Suite 250<br>Fairfax, VA 22033 | Pinnpack Packaging LLC | Annual Maintenance Agreement | Undated |
| Ira Maroofian and Dean R. Brown<br>4513 Del Moreno Drive<br>Woodland Hills, CA 91364 | Pinnpack Packaging LLC | Assignment | 5/15/2017 |
| Jad M. Mitchell<br>2494 Seahorse Avenue<br>Ventura, CA 93001 | Pinnpack Packaging LLC | Separation Agreement and Release of All Claims | 5/14/2019 |
| Josefina Maldonado<br>341 W. Calara Street<br>Oxnard, CA 93033 | Pinnpack Packaging LLC | Separation Agreement and Release of All Claims | 4/2/2019 |
| Just Desserts<br>5000 Fulton Dr<br>Fairfield, CA, 94534-1677 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 5/30/2018 |

| | | | |
|---|---|---|---|
| Keifer Werkzeubau Gmbh<br>Steinhäldenstraße 11<br>74199 Schwaigern<br>Germany | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 5/15/2018 |
| Kevin Dunn<br>222 S. Catherine Avenue<br>LaGrange, IL 60525 | Pinnpack Packaging LLC | Employment Offer Letter | 6/20/2018 |
| Kevin Dunn<br>222 S. Catherine Avenue<br>LaGrange, IL 60525 | Pinnpack Packaging LLC | Mutual Agreement to Arbitrate Claims | 8/13/2018 |
| Kevin Dunn<br>222 S. Catherine Avenue<br>LaGrange, IL 60525 | Pinnpack Packaging LLC | Assignment of Rights and Confidentiality and Non-Disclosure Agreement | 8/13/2018 |
| Klockner Pentaplast of America, Inc.<br>3585 Klockner Road<br>Gordonsville, VA 22942 | Pinnpack Packaging LLC | Confidentiality Agreement | 5/2/2018 |
| Larry Dunn<br>260 Bent Twig Avenue<br>Camaricco, CA 93012 | Pinnpack Packaging LLC | Consulting Agreement | 9/26/2016 |
| Law Offices of Michael R. Shevlin<br>9330 Fletcher Drive<br>La Mesa, CA 91944 | Pinnpack Packaging LLC | Engagement Letter | 6/15/2017 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 3/12/2019 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 6/10/2019 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 8/12/2019 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 10/18/2018 |

| | | | |
|---|---|---|---|
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 10/13/2020 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 11/26/2019 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 7/3/2018 |
| Lisbeth Williams<br>450 Forest Park Boulevard<br>Oxnard, CA 93036 | Pinnpack Packaging LLC | Separation Agreement and Release of All Claims | 2/2/2018 |
| Mary Anne's Baking<br>8371 Carbide Court<br>Sacramento, CA 95828 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 9/14/2017 |
| Minntech Plastics LLC<br>22201 Industrial Blvd<br>Rogers, MN 55374 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 12/21/2020 |
| Modern Packaging, Inc.<br>505 Acorn Street<br>Deer Park, NY 11729 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 9/9/2016 |
| Mold-Tech, Inc.<br>5166 Barthel Industrial Drive NE<br>Albertville, MN 55301 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 8/15/2017 |
| Nasrin Yadegari<br>24515 Veronica Court<br>Mission Viejo, CA 92691 | Pinnpack Packaging LLC | Employment Offer Letter | 8/15/2016 |
| Ontario Refrigeration Service, Inc.<br>4601 Telephone Road, Suite 114<br>Ventura, CA 93003 | Pinnpack Packaging LLC | Service Agreement | 9/12/2019 |
| Packline West Inc<br>PO Box 7686<br>La Verne, CA 91750 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 5/10/2017 |
| Pitney Bowes<br>3001 Summer St.<br>Stamford CT 06926 | Pinnpack Packaging LLC | Lease Agreement Amendment Client Privilege | 5/20/2019 |

| | | | |
|---|---|---|---|
| Plastics Machinery Group, Inc.<br>5455 Perkins Road<br>Bedford Heights, OH 44146 | Pinnpack Packaging LLC | Settlement and Release Agreement | 11/2/2017 |
| Precision Pack International, Inc.<br>7333 Adams Street<br>Paramount, CA 90723-4007 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 7/19/2018 |
| Progressive Packaging Inc.<br>14700 28th Avenue North<br>Plymouth, MN 55447 | Pinnpack Packaging LLC | Confidentiality Agreement | 7/19/2016 |
| Promise Packaging LLC<br>11 Anchorage Pointe<br>Louisville, KY 40223 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 2/11/2019 |
| Property Tax Assistance Co., Inc.<br>16600 Woodruff Avenue, Suite 200<br>Bellflower, CA 90706 | Pinnpack Packaging LLC | Letter Agreement | 8/13/2019 |
| Rayco Security Loss Prevention Systems Inc.<br>7748 Gloria Avenue<br>Van Nuys, CA 91406 | Pinnpack Packaging LLC | Central Station Monitoring Agreement (AF05-0283) | 5/23/2018 |
| Rayco Security Loss Prevention Systems Inc.<br>7748 Gloria Avenue<br>Van Nuys, CA 91406 | Pinnpack Packaging LLC | Monthly Monitoring Rate Addendum Form (AF05-0283) | 1/28/2021 |
| REGO Restaurant Holdings, LLC<br>4700 S. Syracuse Street, Suite 640<br>Denver, CO 80237 | Pinnpack Packaging LLC | Mutual Confidentiality and Non-Disclosure Agreement | 9/14/2019 |
| Retail Business Services, LLC<br>1385 Hancock Street<br>Quincy, MA 02169<br>ATTN: Business & Regulatory Law Dept. | Pinnpack Packaging LLC | Mutual Confidentiality Agreement | Undated |
| Robert Barajas d/b/a RKB Packaging, Inc.<br>2910 Archibald Avenue., #A-437<br>Ontario, CA 91761 | Pinnpack Packaging LLC | Brokers/Manufacturers Representatives Agreement | 1/1/2016 |
| Safi Analytics<br>26 Carisbrook Drive<br>Orinda, CA 94563 | Pinnpack Packaging LLC | Terms of Service | 12/7/2020 |
| Sanders Candy<br>5051 Calmview Ave<br>Baldwin Park, CA 91706-1802 | Pinnpack Packaging LLC | Letter | 7/31/2017 |

| Scott Bartels<br>353 Artemesia Avenue<br>Ventura, CA 93001 | Pinnpack Packaging LLC | Consulting Agreement | 10/5/2020 |
|---|---|---|---|
| Sergio Mejorado | Pinnpack Packaging LLC | Assignment of Rights and Confidentiality and Non-Disclosure Agreement | 4/27/2021 |
| Shannon Smith<br>28265 Pine Meadow Way<br>Yorba Linda, CA 92887 | Pinnpack Packaging LLC | Employment Offer Letter | 7/8/2016 |
| Shannon Smith<br>28265 Pine Meadow Way<br>Yorba Linda, CA 92887 | Pinnpack Packaging LLC | Assignment of Rights and Confidentiality and Non-Disclosure Agreement | 7/8/2016 |
| Shawn Bell<br>20 Paulownia<br>Rancho Santa Margarita, CA 92688 | Pinnpack Packaging LLC | Consulting Agreement | 5/12/2020 |
| Silver Plastics GmbH & Co. KG<br>Godesberger Str. 9<br>53842 Troisdorf<br>Postfach 17 63<br>53827 Troisdorf | CarbonLite Holdings LLC | License Agreement | 11/1/2020 |
| Sobeys Capital Incorporated<br>115 King Street<br>Stellarton, Nova Scotia<br>B0K 1S0 | Pinnpack Packaging LLC | Confidentiality Agreement | 7/28/2017 |
| Southern California Packaging Equipment, Inc.<br>4102 Valley Boulevard<br>Walnut, CA 91789 | Pinnpack Packaging LLC | Untitled Agreement | 10/9/2017 |
| SPS Commerce, Inc.<br>333 South Seventh Street, Suite 1000<br>Minneapolis, MN 55402 | Pinnpack Packaging LLC | Scope and Proposal | 6/14/2019 |
| Starbucks Corporation (d/b/a Starbucks Coffee Company)<br>2401 Utah Ave. South, Ste 800<br>Seattle, WA 96134 | Pinnpack Packaging LLC | Confidentiality and Non-Disclosure Agreement | 10/25/2018 |
| Straub Design Company<br>4401 Quebec Ave N<br>New Hope, MN 55428 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 8/31/2016 |
| Sunland Consulting, Inc.<br>3600 Wilshire Boulevard, Suite 1610<br>Los Angeles, CA 90010<br>Attn: Jeff Baek | Pinnpack Packaging LLC | IT Support Contract | 8/1/2016 |

| | | | |
|---|---|---|---|
| Sweet Candy Company<br>3780 W Directors Row<br>Salt Lake City, UT 84104 | Pinnpack Packaging LLC | Confidentiality Agreement | 3/21/2018 |
| Tamperguard<br>632 Rue de Hull,<br>LaSalle, QC H8R 1V9,<br>Canada | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 5/23/2017 |
| The Calarosa Group, Inc.<br>2400 Latigo Ave<br>Oxnard, CA 93030 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 9/25/2017 |
| Tim Douglas<br>3062 Roia Lane<br>Oxnard, CA 93036 | Pinnpack Packaging LLC | Offer of Employment | 11/14/2018 |
| Tim Douglas<br>3062 Roia Lane<br>Oxnard, CA 93036 | Pinnpack Packaging LLC | Assignment of Rights and Confidentiality and Non-Disclosure Agreement | 1/9/2019 |
| T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 | Pinnpack Packaging LLC | Equipment Installment Program | unknown |
| Torn & Glasser, Inc.<br>1800 W. Holt Avenue<br>Pomona, CA 91768 | Pinnpack Packaging LLC | Settlement Agreement and Mutual General Release | 6/19/2017 |
| Trane U.S. Inc. d/b/a Trane<br>31253 E. Imperial Highway<br>Brea, CA 92821 | Pinnpack Packaging LLC | HVAC Equipment Service Agreement | 4/1/2020 |
| Unifirst Corporation<br>10244 Norris Ave<br>Pacoima, CA 91331 | Pinnpack Packaging LLC | Customer Service Agreement | 5/22/2020 |
| UniVoIP, Inc.<br>830 Parkview Drive N.<br>El Segundo, CA 90245 | Pinnpack Packaging LLC | Master Service Agreement | 7/5/2016 |
| UniVoIP, Inc.<br>830 Parkview Drive N.<br>El Segundo, CA 90245 | Pinnpack Packaging LLC | Agreement to Subscribe to Hosted Voice Over IP (VOIP) Telephone System and Internet Access Service | 12/11/2019 |
| UniVoIP, Inc.<br>830 Parkview Drive N.<br>El Segundo, CA 90245 | Pinnpack Packaging LLC | Subscription Agreement | 2/13/2017 |
| US Merchants<br>8737 Wilshire Blvd,<br>Beverly Hills, CA 90211 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 3/1/2021 |

| Vortex Industries, Inc.<br>20 Odyssey<br>Irvine, CA 92618 | Pinnpack Packaging LLC | Maintenance Agreement (SQ-448271) | 12/1/2020 |
| --- | --- | --- | --- |
| Vortex Industries, Inc.<br>20 Odyssey<br>Irvine, CA 92618 | Pinnpack Packaging LLC | Maintenance Agreement (SQ-392358) | 11/2/2018 |
| West Coast Air Conditioning<br>561-A Kinetic Drive<br>Oxnard, CA 93030 | Pinnpack Packaging LLC | Installation of New Chiller Plant Letter Agreement | 8/30/2018 |
| Westchester Surplus Lines Insurance Co.<br>Royal Centre Two<br>11575 Great Oaks Way, Suite 200 | Pinnpack Packaging LLC | Chubb Recall Plus (Policy G71754467 002) | 10/26/2020 |
| Weston Foods (Canada) Inc.<br>1425 the Queensway Blvd<br>Etobicoke ON | Pinnpack Packaging LLC | Mutual Non-Disclosure Agreement | 9/18/2017 |
| WM Thermoforming Machines S.A.<br>Via dei Pioppi, 3-6855<br>Satbio (CH) - Switzerland | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 6/11/2018 |
| Yum Restaurant Services Group, LLC<br>1441 Gardiner Lane<br>Louisville, KY 40213 | Pinnpack Packaging LLC | Yum Confidentiality Agreement | 8/28/2018 |
| Z Automation Company, Inc.<br>163 N Archer Av<br>Mundelein, Illinois 60060 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 10/19/2018 |