## **EXHIBIT A**

Asset Purchase Agreement

ASSET PURCHASE AGREEMENT

BY AND AMONG

PINNPACK PACKAGING, LLC, AS SELLER

and

CARBONLITE HOLDINGS, LLC, AS HOLDINGS

AND

PINNPACK CAPITAL HOLDINGS LLC, AS PURCHASER

Dated as of June 15, 2021

1

TABLE OF CONTENTS

US-DOCS\124406808.4

SCHEDULES

1.    Section 1.1 (Purchase Price)

2.    Section 2.1(a): Purchased Equipment

3.    Section 2.1(c): Acquired Contracts

4.    Section 2.1(e): Acquired Real Property Leases

5.    Section 2.1(f): Acquired Personal Property Leases

6.    Section 2.1 (i): Open Customer Orders

7.    Section 2.1 (j): Open Supplier Orders

8.    Section 2.1(m): Acquired Intellectual Property Rights

9.    Section 2.2(i): Excluded Assets

10.   Section 3.5:  Brokers

11.   Section 5.5(a):  Employees


EXHIBITS:

Exhibit 1.1 (Sale Order) – Form of Sale Order

Exhibit 2.7(b)(i) – Form of Bill of Sale, Assignment and Assumption

Exhibit 2.7(b)(ii) – Form of IP Assignment

US-DOCS\124406808.4

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT is made as of June 15, 2021, by and among Pinnpack Capital Holdings LLC, a Delaware limited liability company ("Purchaser"), and Pinnpack Packaging, LLC, a Delaware limited liability company ("Seller"), a chapter 11 debtor and debtor in possession in Case No. 21-10527(JTD) (jointly administered) (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  CarbonLite Holdings LLC, a Delaware limited liability company ("Holdings"), hereby joins in this Agreement for the sole and exclusive purpose of agreeing to transfer to Purchaser at the Closing, all of Holdings' right, title and interest in and to any Wayward Assets (as defined herein).  Certain capitalized terms used herein are defined in Article I.

## W I T N E S S E T H:

WHEREAS, Holdings is the indirect owner of all the membership interests in Seller;

WHEREAS, Seller is engaged in the conduct of the Business (as defined below) at the Acquired Location (as defined below); and

WHEREAS, Purchaser desires to purchase from Seller, and Seller desires to sell to Purchaser, pursuant to, among other provisions thereof, Section 363 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), the Purchased Assets (as defined below), for the consideration and upon the terms and conditions contained in this Agreement;

NOW, THEREFORE, in consideration of the mutual covenants, agreements, representations and warranties contained herein, and for their mutual reliance, the parties hereto agree as follows:

## ARTICLE I

## DEFINITIONS

1.1    Definitions. The following terms shall have the following meanings for the purposes of this Agreement:

"Accounts Receivable" shall mean accounts and notes receivable (whether current or non-current) and all causes of action specifically pertaining to the collection of the foregoing, in each case to the extent arising out of the operation of the Business.  For the avoidance of all doubt, in no event shall "Accounts Receivable" include rights or claims to proceeds under insurance policies held by Seller whether related to the operation of the Business or otherwise.

"Acquired Contracts" shall have the meaning set forth in Section 2.1(c).

"Acquired Intellectual Property Rights" shall have the meaning set forth in Section 2.1(l).

"Acquired Inventories" shall have the meaning set forth in Section 2.1(d).

1

"Acquired Locations" means the collective reference to the leases to the Oxnard Leased Property and the Offsite Warehouses.

"Acquired Personal Property Leases" shall have the meaning set forth in Section 2.1(f).

"Acquired Real Property Leases" shall have the meaning set forth in Section 2.1(e).

"Acquired Receivables" is defined in Section 2.1(k) hereof

"Affiliate" shall mean, with respect to any specified Person, any other Person which, directly or indirectly, controls, is under common control with, or is controlled by, such specified Person. For purposes of this definition, "control" (and any similar term) means the power of one or more Persons to direct, or cause the direction of, the affairs of another Person by reason of ownership of voting stock or by contract or otherwise.

"Agreement" shall mean this Agreement, including the Disclosure Schedule and all other exhibits and schedules hereto, as it and they may be amended from time to time.

"Applicable Laws" shall mean all laws, statutes, orders, rules, and regulations of Governmental Authorities, and judgments, decisions or orders entered by any Governmental Authority applicable to Seller or the Business.

"Assumed Accounts Payable" shall mean the sum of outstanding trade payables, of the Seller as at the Closing Date that were incurred by Seller in the ordinary course of the Business during the thirty (30) day period prior to the Closing Date.

"Assumed Accrued Expenses" shall mean the sum of (a) accrued unpaid payroll, vacation, holidays, sick pay and other paid time off (whether accrued prior to or during the Bankruptcy Case) to which the Transferred Employees are entitled with respect to all periods of service up to and including the Closing Date under the policies and practices of Seller incurred or accrued with respect to the Business (collectively, "Employee Payables"), and (b) other accrued expenses, including personal property taxes, that were incurred in the ordinary course of the Business during the thirty (30) day period prior to the Closing Date.

"Assumed Liabilities" shall have the meaning set forth in Section 2.3.

"Bankruptcy Case" has the meaning ascribed to such term in the preamble.

"Bankruptcy Code" has the meaning ascribed to such term in the recitals of this Agreement.

"Bankruptcy Court" has the meaning ascribed to such term in the preamble

"Benefit Plans" shall mean (a) any "employee welfare benefit plan" or "employee pension benefit plan" (as those terms are respectively defined in Sections 3(1) and 3(2) of ERISA), other than a Multiemployer Plan; and (b) any retirement or deferred compensation plan, incentive compensation plan, stock plan, share appreciation right, unemployment compensation plan, vacation pay, severance pay, bonus arrangement, health benefit plan, profit-sharing plan, death or

disability plan or any other welfare or fringe benefit arrangements in each case in which any Employees participate.

"Bidding Procedures" shall mean and refer to the process and procedures established in the Bid Procedures Order with respect to the conduct of the transactions contemplated herein and Seller's disposition of the Purchased Assets.

"Bid Procedures Order" shall mean and refer to that certain Order (a) Approving Bid Procedures For The Sale Of Certain Assets, (b) Approving Procedures For The Assumption And Assignment Of Executory Contracts Or Unexpired Leases In Connection With The Sale, (c) Approving Certain Bidder Incentives In Connection With The Debtors' Entry Into Any Potential Stalking Horse Agreement, (d) Scheduling A Sale Hearing, And (e) Granting Certain Related Relief, issued by the Bankruptcy Court and entered in the Bankruptcy Case on April 9, 2021 Docket No. 266.

"Bill of Sale, Assignment and Assumption" shall have the meaning set forth in Section 2.7(b)(i).

"Business" "Business" shall mean the business of producing and manufacturing thermoformed polyethylene terephthalate ("PET") and rPET beverage, food and other packaging products, as conducted by Seller or any of its Affiliates at the Acquired Location.

"Business Day" shall mean any day other than a Saturday, Sunday or other day on which banking institutions in the State of California are authorized or required by law or other action of a Governmental Authority to close.

"Cal Recycle" shall mean the State of California, Department of Resources and Recovery Loan Program and any of its successors and assigns.

"Cal Recycle Equipment" shall mean the equipment financed or provided to Seller by Cal Recycle.

"Cash and Cash Equivalents" shall mean, collectively, all of the Seller's cash (including petty cash and checks received prior to the close of business on the Closing Date), checking account balances, marketable securities, certificates of deposits, time deposits, bankers' acceptances, commercial paper, government securities and other cash equivalents, net of uncleared checks issued by Seller that are not yet reflected in the applicable bank account of Seller.

"Cash Consideration" shall mean the amount of Nine Million Six Hundred Thousand Dollars ($9,600,000.00), less the payments to be made by Purchaser as set forth in Section 2.6(b) in this Agreement.

"Closing" shall mean the consummation of the transaction contemplated herein.

"Closing Date" shall have the meaning set forth in Section 2.7(a).

"COBRA" shall mean and refer to the applicable requirements of Part 6 of Subtitle B of Title I of ERISA and Section 4980B of the Code (and predecessors thereof).

3

"Code" shall mean the Internal Revenue Code of 1986, as amended.

"Contamination" or "Contaminated" shall mean the presence of Hazardous Material in, on or under the soil, groundwater, surface water or other environmental media to an extent that any Response Action is legally required by any Governmental Authority under any Environmental Law with respect to such presence of Hazardous Material.

"Cure Costs" shall mean the monetary amounts that must be paid under Sections 365(b)(1)(A) and (B) of the Bankruptcy Code in connection with the assumption and/or assignment of any Acquired Contract, Acquired Real Property Lease, Acquired Personal Property Lease, or Permits and Licenses, including any outstanding mechanic's liens relating thereto, as agreed upon by Seller and Purchaser or determined by the Bankruptcy Court pursuant to the Bid Procedures Order.

"Defense Production Act" shall mean the provisions of 50 U.S.C. Sections 4501, et seq., as amended.

"Deposit" shall mean a cash amount equal to $960,000.

"Designated Contacts" shall have the meaning set forth in Section 5.1(a).

"Disclosure Schedule" shall mean the Disclosure Schedule delivered by Seller to Purchaser on the date of this Agreement, as amended, modified or supplemented in accordance with this Agreement.

"Employees" shall mean all full-time and part-time employees employed by Seller at the Oxnard Leased Facility.

"Environmental Claim" shall mean any written notice, claim, demand, action, suit, complaint, proceeding or other communication by any Person alleging harm or potential harm to any Person or to human health or to the environment or any violation of, or liability or potential liability under or relating to any Environmental Law.

"Environmental Law" shall mean any federal, state or local statute, order, regulation or ordinance pertaining to the protection of human health or the environment and any applicable orders, judgments, decrees, permits, licenses or other authorizations or mandates under such laws, each as in existence on the date hereof.

"ERISA" shall mean the Employee Retirement Income Security Act of 1974, as amended.

"Escrow" is defined in Section 2.6(a) hereof.

"Escrow Holder" is defined in Section 2.6(a) hereof.

"Excluded Accounts Payable" shall mean any ordinary course postpetition accounts payable of the Seller as of the Closing Date that have been unpaid and are outstanding for more than thirty (30) days.

4

"Excluded Accrued Expenses" shall mean any ordinary course postpetition expenses of the Seller as at the Closing Date, including, without limitation, personal property taxes, that have been unpaid and are outstanding for more than thirty (30) days.

"Excluded Assets" shall have the meaning set forth in Section 2.2.

"Excluded Equipment Leases" shall have the meaning set forth in Section 2.1(g).

"Excluded Liabilities" shall have the meaning set forth in Section 2.4.

"Expenses" shall have the meaning set forth in Section 8.2.

"GAAP" shall mean U.S. generally accepted accounting principles, as in effect from time to time, as historically consistently applied by Seller.

"Good Funds" is defined in Section 2.6(a) hereof.

"Governmental Authority" shall mean any U.S., state, local or foreign governmental, regulatory or administrative body, agency or authority, any court or judicial authority or arbitration tribunal, whether national, Federal, state or local or otherwise, or any Person lawfully empowered by any of the foregoing to enforce or seek compliance with any applicable law, statute, regulation, order or decree.

"Hazardous Material" shall mean any Hazardous Waste, Hazardous Substance or Toxic Substance as such terms may be defined, listed or regulated in any Environmental Law, including petroleum, any petroleum-based product, any radioactive substance and any hazardous air pollutant, or any material posing a threat or potential threat to human health or the environment.

"Holdings" shall have the meaning set forth in the preamble.

"Intellectual Property Rights" shall mean all of the following in any jurisdiction throughout the world: (a) patents, patent applications, patent disclosures and statutory invention registrations, including reissues, divisions, continuations, continuations in part, extensions and reexaminations thereof, all rights therein provided by international treaties or conventions; (b) trademarks, service marks, trade dress, trade names, logos (and all translations, adaptations, derivations and combinations of the foregoing) and Internet domain names, together with all goodwill associated with each of the foregoing, any and all common law rights, and registrations and applications for registration thereof, all rights therein provided by international treaties or conventions, and all reissues, extensions and renewals of any of the foregoing; (c) copyrightable works (including computer software source code, executable code, databases and related documentation and maskworks), copyrights, whether or not registered, and registrations and applications for registration thereof, and all rights therein provided by international treaties or conventions; and (d) confidential and proprietary information, including trade secrets, unpatented inventions, data and know-how.

"IP Assignment" shall have the meaning set forth in Section 2.7(b)(ii).

US-DOCS\124406808.4

"Knowledge" shall mean, with respect to Seller, the actual knowledge as of the date hereof and the Closing, of Leon Farahnik, Brian Weiss, Ira Maroofian, and Gregg Milhaupt.

"Lien" shall mean all liens, encumbrances, mortgages, charges, claims, restrictions, pledges, security interests, title defects, easements, rights of way, covenants and encroachments.

"Material Adverse Effect" shall mean a change, event or occurrence, in each case occurring after the date of this Agreement, that is reasonably likely to have a material adverse effect on the financial condition or results of operations of the Business and the Purchased Assets, taken as a whole; provided, however, that in determining whether there has been a Material Adverse Effect or whether a Material Adverse Effect could or would reasonably likely occur, any change, event or occurrence principally attributable to, arising out of, or resulting from any of the following shall be disregarded: (i) general economic, business, industry or credit, financial or capital market conditions (whether in the United States or internationally), including conditions affecting generally all companies engaged in the Business or a segment thereof, or the industries served by the Business; (ii) the taking of any action required or permitted by this Agreement or the Related Agreements; (iii) the negotiation, entry into and announcement of this Agreement or pendency of the transactions contemplated hereby, including any suit, action or proceeding relating to the transactions contemplated hereby, (iv) the breach of this Agreement or any Related Agreement by Purchaser, (v) the taking of any action with the approval of Purchaser, (vi) pandemics (including, without limitation, the Covid-19 pandemic existing and continuing as of the date of this Agreement), earthquakes, tornados, hurricanes, floods and acts of God, (vii) acts of war (whether declared or not declared), sabotage, terrorism, military actions or the escalation thereof; (viii) any changes or prospective changes in applicable laws, regulations or accounting rules, including GAAP or interpretations thereof, or any changes or prospective changes in the interpretation or enforcement of any of the foregoing, or any changes in general legal, regulatory or political conditions; (ix) any existing event, occurrence or circumstance with respect to which Purchaser has knowledge as of the date hereof (including any matter set forth in the Disclosure Schedule), (x) any adverse change or effect on the Business or Purchased Assets that results from the filing or pendency of the Bankruptcy Case, and(xi) any adverse change in or effect on the Business or Purchased Assets that is cured before the earlier of the Closing Date and termination of this Agreement pursuant to Article VIII.

"Multiemployer Plan" shall have the meaning set forth in Section 3(37) of the Code.

"Nations Fund" shall mean Nations Fund I, LLC and any of its successors and assigns.

"Non-Tax Prorations" shall mean closing adjustments, including utilities, rents, taxes, and other pro-ratable items which shall be estimated at Closing and as per the Closing Date and re-prorated upon the determination of actual amounts as herein provided.

"Offsite Warehouses" shall mean and refer to (a) the warehouse operated by Benlin Distribution Services, Inc., and located at 2769 Broadway St., Buffalo, NY 14227 and (b) the warehouse operated by Tierney Industrial Warehouse and located at 1401 Cliff Dr., Logansport, IN 46947.

"Open Customer Orders" shall have the meaning set forth in Section 2.1(i).

"Open Supplier Orders" shall have the meaning set forth in Section 2.1(j).

"Oxnard Leased Property" shall mean and refer to the real property commonly known as 1151 Pacific Ave., Oxnard, California 93033 and 1351 Pacific Ave., Oxnard, California, 93033, together with all buildings, structures, fixtures and improvements erected thereon, and any and all rights, privileges, easements, licenses, hereditaments and other appurtenances relating thereto, and used, or held for use, in connection with the operation of the Business.

"Permits and Licenses" shall have the meaning set forth in Section 2.1(g).

"Permitted Access Parties" is defined in Section 5.4(a) hereof.

"Permitted Liens" shall mean, as of the Closing Date, all (a) Liens for Taxes, assessments and governmental charges or levies not yet delinquent or for which adequate reserves are maintained on the financial statements of Seller; (b) Liens imposed by law, such as materialmen's, mechanics', carriers', workmen's and repairmen's liens and other similar liens arising in the ordinary course of business securing obligations that are not overdue for a period of more than 60 days or which are being contested in good faith by appropriate proceedings; (c) pledges or deposits to secure obligations under workers' compensation laws or similar legislation or to secure public or statutory obligations; (d) deposits to secure the performance of bids, trade contracts, leases, statutory obligations, surety and appeal bonds, performance bonds and other obligations of a like nature incurred in the ordinary course of business consistent with past practice; (e) all matters of record, including survey exceptions, reciprocal easement agreements and other encumbrances on title to real property; (f) all applicable zoning, entitlement, conservation restrictions and other land use and environmental regulations; (g) all exceptions, restrictions, easements, charges, rights-of-way and other Liens set forth in any permits, any deed restrictions, groundwater or land use limitations or other institutional controls utilized in connection with any required environmental remedial actions, or other state, local or municipal franchise applicable to Seller or any of its properties; and (h) Liens referred to in the Disclosure Schedule.

"Person" shall mean an individual, corporation, partnership, joint venture, trust, association, estate, joint stock company, limited liability company, Governmental Authority or any other organization of any kind.

"Pinnpack Group" shall mean Holdings and, in addition to Holdings, Carbonlite Pinnpack, LLC, a Delaware limited liability company, and Pinnpack P, LLC, a Delaware limited liability company.

"Prepaid Assets" shall mean all cash deposits (including, without limitation, the amount of any security deposit held by a landlord under a Real Property Lease(s) that exceeds the equivalent of one (1) month's fixed rent under the applicable Real Property Lease), advance payments and other prepaid items relating to or arising in connection with the operation of the Business.

"Purchase Price" shall mean an amount equal to (A) the Cash Consideration minus (B) any Excluded Accounts Payable and Excluded Accrued Expenses which shall be paid by the Purchaser at the Closing and shall reduce the Cash Consideration on a dollar-for-dollar basis, plus or minus (C) the Tax Prorations and Non-Tax Prorations, plus (D) the Assumed Liabilities.

US-DOCS\124406808.4

"Purchased Assets" shall have the meaning set forth in Section 2.1.

"Purchased Equipment" shall have the meaning set forth in Section 2.1(a).

"Purchaser" shall have the meaning set forth in the preamble.

"Related Agreements" shall mean the Bill of Sale, Assignment and Assumption, and the IP Assignment.

"Release" shall mean any release, spill, emission, discharge, leaking, pumping, injection, deposit, disposal, dispersal, leaching or migration into the environment (including, without limitation, ambient air, surface water, groundwater and surface or subsurface strata) or into or out of any property, including the movement of any Hazardous Material through or in the air, soil, surface water, groundwater or property.

"Relevant Period" means the period from the filing of the Bankruptcy Case to the Closing Date.

"Response Action" shall mean any action taken to investigate, abate, treat, remediate, clean up, remove or mitigate any violation of Environmental Law, any Contamination of any property owned, leased or used by the Business or any release or threatened release of Hazardous Materials. Without limitation, Response Action shall include any action that would be a response as defined by the Comprehensive Environmental Response, Compensation and Liability Act, as amended at the date of Closing, 42 U.S.C. §9601 (25).

"Sale Order" shall mean an order of the Bankruptcy Court entered in the Bankruptcy Case approving and authorizing this Agreement and the transaction contemplated herein (including, without limitation, approving and authorizing Seller's assumption and assignment pursuant to Section 365 of the Bankruptcy Code of the Acquired Contracts, Acquired Personal Property Leases and Acquired Real Property Leases), which Sale Order shall be substantially in the form and content attached as Exhibit 1.1 (Sale Order) to this Agreement.

"Sale Motion" is defined in Section 9.1 hereof.

"Selected Employees" shall have the meaning set forth in Section 5.5(a).

"Seller" shall have the meaning set forth in the preamble.

"Stonebriar" shall mean Stonebriar Commercial Finance LLC and any of its successors and assigns.

"Subject Employees" shall have the meaning set forth in Section 5.5(a).

"Tax" (and, with correlative meaning, "Taxes," "Taxable" and "Taxing") shall mean any net income, capital gains, gross income, gross receipts, sales, use, transfer, ad valorem, franchise, profits, license, capital, withholding, payroll, estimated, employment, excise, goods and services, severance, stamp, occupation, premium, property, social security, environmental (including Code section 59A), alternative or add-on, value added, registration, windfall profits or other taxes,

duties, charges, fees, levies or other assessments imposed by any Governmental Authority, or any interest, penalties, or additions to tax incurred under Applicable Laws with respect to taxes.

"Tax Prorations" shall mean prorations between Seller and Purchaser for real property and personal property taxes pursuant to the procedures set forth in Section 5.8.

"Tax Returns" shall mean any report, return (including any information return), declaration or other filing required or permitted to be supplied to any Taxing authority or jurisdiction with respect to Taxes, including any amendments or attachments to such reports, returns, declarations or other filings.

"Termination Date" shall have the meaning set forth in Section 8.1(b).

"Transferred Employees" shall have the meaning set forth in Section 5.5(a).

"Upset Agreement" is defined in Section 9(a) below.

"Upset Purchaser" is defined in Section 9(a) below.

"WARN Act" shall mean the Worker Adjustment and Retraining Notification Act of 1988, as amended.

"Wayward Assets" shall have the meaning set forth in Section 5.9.

ARTICLE II
PURCHASE AND SALE; CLOSING

2.1     Purchase and Sale. Upon the terms and subject to the conditions set forth in this Agreement (including, without limitation, entry of the Sale Order), at the Closing, Seller shall sell, convey, transfer, assign and deliver to Purchaser, and Purchaser shall purchase and accept from Seller, all of Seller's right, title and interest in and to all of the assets, wherever located, whether at the Acquired Locations or in transit thereto which were or are used primarily in the Business, including, without limitation, the following assets, except to the extent that the same are Excluded Assets (the "Purchased Assets") free and clear (to the extent provided in the Sale Order) of all Liens other than Permitted Liens:

(a)     All owned machinery, production equipment, furniture, fixtures, office furnishings, tools and dies and tooling of any nature or origin, molds and parts, capital spares, vehicles, computer hardware and software, and other tangible personal property owned by Seller exclusively for use in connection with the Business at the facility operated at and from the Oxnard Leased Property, including, without limitation, the tangible personal property identified on Section 2.1(a) of the Disclosure Schedule and, to the extent mutually agreeable to Purchaser and CalRecycle, the CalRecycle Equipment (collectively, the "Purchased Equipment"). To the extent the CalRecycle Equipment is not sold to Purchaser with the consent of CalRecycle upon the Closing Date, such equipment may be abandoned by Seller subject to the approval of the Bankruptcy Court;

9

(b)      to the extent assignable, all rights in all warranties of any manufacturer or vendor in connection with the Purchased Equipment;

(c)      all contracts and agreements, licenses, purchase orders, and other contracts and agreements, whether written or oral, which are related primarily to the Business at the Oxnard Leased Property and identified on Section 2.1(c) of the Disclosure Schedule (collectively, the "Acquired Contracts").  For the avoidance of doubt, references herein to Acquired Contracts shall not be deemed to include (i) any utility supply agreements, (ii) any agreements or capitalized lease contracts with Stonbriar, Cal Recycle, or Nations Fund, or (iv) any Acquired Real Property Leases; Acquired Personal Property Leases or Permits and Licenses;

(d)      all inventories of raw materials, work in process, finished goods, parts, office supplies, packing materials, janitorial supplies and other supplies owned by Seller at or in transit to any of the Acquired Locations for use in connection with the Business (collectively, the "Acquired Inventories");

(e)      Seller's leasehold interest in the Acquired Locations arising under the leases identified in Section 2.1(e) of the Disclosure Schedule (the "Acquired Real Property Leases");

(f)      all leasehold rights in personal property leased by Seller and used in connection with the Business at the Oxnard Leased Property, excluding those leases that Purchaser elects not to acquire, for the periods set forth in the leases identified in Section 2.1(f) of the Disclosure Schedule (the "Acquired Personal Property Leases"); provided, that, the term Acquired Personal Property Leases shall not include the current equipment leases with Stonebriar or Nations Fund (the "Excluded Equipment Leases"), which Excluded Equipment Leases may be rejected by Seller subject to the approval of the Bankruptcy Court unless otherwise agreed by Purchaser by the Closing Date;

(g)      to the extent assignable or transferable, all the permits, including environmental permits, licenses, approvals, franchises and registrations and other governmental licenses, permits or approvals issued to Seller with respect to the operation of any of the Acquired Location(s) or the conduct of the Business at the Acquired Locations (collectively, the "Permits and Licenses");

(h)      all books and records related to the Purchased Assets and the Business, including without limitation, laptop computers, data files, engineering drawings of machinery and equipment currently used or held for use in connection with the Business; blueprints and other technical papers; user manuals; inventory, maintenance, and asset history records; construction plans and specifications; administrative libraries; environmental records required by law or regulation; and systems documentation and other data processing information and records, except, in each instance, to the extent they relate to the Excluded Assets;

(i)      to the extent not fulfilled prior to Closing, all open purchase orders for goods and services with customers of the Business at the Acquired Locations outstanding as of the Closing Date (collectively, the "Open Customer Orders"), which, as of the date set forth with respect thereto on the Disclosure Schedule, are set forth on Section 2.1(i) of the Disclosure Schedule;

10

(j)　　the right to receive all goods or services to be provided to Seller in connection with the Business at the Acquired Locations pursuant to open orders for goods and services with suppliers that remain unfulfilled as of the Closing Date (the "Open Supplier Orders"), which as of the date set forth with respect thereto on the Disclosure Schedule, are as set forth on Section 2.1(j) of the Disclosure Schedule

(k)　　all Accounts Receivable, wherever located, of Seller which are both (i) specifically related to products produced at the Acquired Locations on or before the Closing Date, and (ii) owing to Seller by customers who have placed orders with or purchased goods from Seller prior to Closing (collectively, the foregoing are referred to as the "Acquired Receivables");

(l)　　all Intellectual Property Rights, wherever located, including the name "PinnPack", owned by Seller and used in the Business, including those Intellectual Property Rights set forth on Section 2.1(l) of the Disclosure Schedule (the "Acquired Intellectual Property Rights");

(m)　　All Cash and Cash Equivalents, except for the sum of $100,000 in Cash that shall be retained by Seller;

(n)　　all Prepaid Assets; and

(o)　　all Benefit Plan assets and all employee-related files and records, including occupational health and safety records, assessments and audits; industrial hygiene files; workers compensation records; workers compensation claims files; and personnel employment and medical records (in each case, to the extent the transfer thereof is not prohibited by law) for Employees at the Acquired Location.

2.2　　Excluded Assets. Notwithstanding anything to the contrary contained in Section 2.1 above or any other provision of this Agreement or any Related Agreement, the following assets are not being sold, assigned, transferred or conveyed to Purchaser by Seller hereunder (collectively, the "Excluded Assets"):

(a)　　any of Seller's assets which are not located at the Acquired Locations, unless in transit to any of the Acquired Locations;

(b)　　the corporate seals, organizational documents, minute books, stock books, Tax Returns, books of account and other records having to do with the corporate organization or Taxes of Seller;

(c)　　any rights as lessee under the Excluded Equipment Leases and any Excluded Accounts Payable and Excluded Accrued Expenses;

(d)　　all claims for refunds due to Seller for Taxes of any nature paid by Seller with respect to any period ending on or prior to the Closing Date;

(e)　　all insurance policies and performance bonds of Seller covering the Purchased Assets and any rights, proceeds and claims of and from such bonds or policies;

11

(f)    intentionally omitted;

(g)    data files, archive files, systems documentation and other data processing information and records, but only to the extent that the foregoing is not included in the Purchased Assets;

(h)    any assets, properties and rights specifically described or set forth on <u>Section 2.2(h)</u> of the Disclosure Schedule, including the Excluded Accounts Payable, Excluded Accrued Expenses, and Excluded Equipment Leases;

(i)    the rights which accrue or will accrue to Seller under this Agreement and the Related Agreements;

(j)    any rights claims or causes of action related to (i) Excluded Assets and (ii) intercompany obligations between Seller or any of its Affiliates;

(k)    any all other rights, claims and causes of action of Seller against any third party whatsoever and whenever arising, including, without limitation, all potential claims against current or former officers, directors, employees, members, principals, agents, and representatives of Seller;

(l)    all preference or avoidance claims and actions of Seller, including, without limitation, any such claims and actions arising under Sections 544, 547, 548, 549, and 550 of the Bankruptcy Code;

(m)    any tangible or intangible asset held by Seller pursuant to a lease, license, contract, or other agreement where such lease, license, contract or other agreement is not among the Acquired Contracts, Acquired Personal Property Leases, and/or Acquired Real Property Leases assumed by Seller and assigned to Purchaser at the Closing in accordance with the Bankruptcy Code, including the Excluded Equipment Leases;

(n)    all securities, whether capital stock or debt, of Seller or any other entity;

(o)    all bank accounts of Seller; provided that all Cash and Cash Equivalents which are in bank accounts of Seller at Closing (less the sum of $100,000 in Cash that shall be retained by Seller) shall be wired as Good Funds to a bank account established by Purchaser; and

(p)    any assets of Seller which are not Purchased Assets.

2.3    <u>Assumed Liabilities</u>. Upon the terms and conditions contained in this Agreement, Purchaser shall upon, from and after the Closing Date and without any further responsibility or liability of, or recourse to, Seller, or Seller's directors, shareholders, members, principals, partners, officers, employees, agents, consultants, representatives, Affiliates, successors or assigns, absolutely and irrevocably assume and be solely liable and responsible for paying and satisfying, solely and only the following liabilities and obligations; it being expressly understood and agreed by the Parties that any and all items not specifically set forth below in this <u>Section 2.3</u> being excluded (all liabilities and obligations so assumed, the "<u>Assumed Liabilities</u>"):

(a)    all liabilities arising in connection with or from the use of the Purchased Assets or operation of the Business at the Acquired Location(s), including, without limitation, claims by employees of any of the foregoing, or other persons, first arising from or relating to the use of the Purchased Assets or the operation of the Business at the Acquired Location(s) on or after Closing Date, including, without limitation, claims resulting from injuries alleged to occur as a result of the condition of any of the Purchased Assets with respect to periods from and after the Closing Date;

(b)    all obligations arising from any actions taken after the Closing Date with respect to Transferred Employees or operation of the Business conducted at the Acquired Location(s), except as otherwise set forth in Section 2.4;

(c)    all post-Closing obligations of Seller pursuant to Open Customer Orders outstanding as of the Closing Date;

(d)    all Assumed Accounts Payable and Accrued Expenses of Seller;

(e)    all Cure Costs;

(f)    any and all obligations arising under the WARN Act or similar state statutes as a result of the consummation of the transaction contemplated by this Agreement;

(g)    any and all liabilities and obligations (whenever arising or accruing) relating to Environmental Claims with respect to the Acquired Location(s) and its/their environmental condition, including, without limitation, any Response Actions that may at any time, or from time to time, be required with respect to any Acquired Location(s) under Environmental Law;

(h)    all post-Closing obligations of Seller pursuant to Open Supplier Orders outstanding as of the Closing Date; and

(i)    all other obligations expressly assumed by Purchaser under the other terms and provisions of this Agreement or any of the Related Agreements or other documents and agreements executed in connection with the Closing.

2.4    Excluded Liabilities. Except for the Assumed Liabilities expressly set forth above, Purchaser shall not assume or become responsible for any of Seller's or any Affiliate's duties, obligations or liabilities other than those expressly set forth in Section 2.3 (such excluded liabilities, including, without limitation, the Excluded Accounts Payable, Excluded Accrued Expenses, and Excluded Equipment Leases, 401(k) obligations, employment-related claims, allegations and/or obligations, including claims, allegations and/or obligations based on alleged violation of employment-related claims, including but not limited to wage and hour claims, and claims of discrimination and wrongful termination, arising from or related to any conduct or alleged conduct prior to the Closing Date or arising out of Seller's failure to comply with applicable employment laws prior to the Closing Date, are collectively referred to herein as the "Excluded Liabilities") and Seller shall remain fully and solely responsible for all Excluded Liabilities.

2.5    Non-Transferable Contracts and Permits. Anything in this Agreement to the contrary notwithstanding, this Agreement shall not constitute an agreement to assign or transfer

13

any Acquired Contract, Acquired Personal Property Lease, Acquired Real Property Lease or any of the Permits and Licenses, or any claim or right or any benefit or obligation thereunder or resulting therefrom if, an assignment or transfer thereof is prohibited or, without the consent of a third party thereto, would, notwithstanding the effect of the Sale Order, constitute a breach or violation thereof or is otherwise prohibited and such consent has not been obtained. If such consent is required and has not been obtained or if an attempted assignment or transfer is ineffective or prohibited, Seller shall use commercially reasonable efforts to cooperate with Purchaser in any reasonable arrangement requested and approved by Purchaser to provide for Purchaser the benefits under any such Acquired Contract, Acquired Personal Property Lease, Acquired Real Property Lease, or Permit or License. In connection with any such arrangement, (i) Purchaser shall bear the expense of structuring and implementing the arrangement and (ii) Purchaser shall honor Seller's commitments under any such Acquired Contract, Acquired Personal Property Lease, Acquired Real Property Lease, or Permit or License to the extent arising following the close of business on the Closing Date in connection with Purchaser's use of any such Acquired Contract, Acquired Personal Property Lease, Acquired Real Property Lease, or License or Permit that is the subject of such arrangement (or assets or rights relating thereto).

2.6     Calculation and Payment of Purchase Price.

(a)     Deposit; Liquidated Damages.

(i)     Prior to execution and delivery of this Agreement, Purchaser deposited into a trust account (the "Escrow") with Seller's bankruptcy counsel at Banc of California (the "Escrow Holder") an amount equal to the Deposit in immediately available, good funds (funds delivered in this manner are referred to herein as "Good Funds"). The Deposit shall be credited and applied toward payment of the Purchase Price at the Closing.

(ii)     PURCHASER AND SELLER HEREBY ACKNOWLEDGE THAT, IN THE EVENT OF PURCHASER'S DEFAULT, IT WOULD BE IMPRACTICABLE AND EXTREMELY DIFFICULT TO ESTIMATE THE DAMAGES SELLER MAY SUFFER OR INCUR IN THE EVENT THAT THE TRANSACTION CONTEMPLATED HEREIN FAILS TO CLOSE BY REASON OF SUCH DEFAULT.    ACCORDINGLY, NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, PURCHASER AND SELLER HEREBY AGREE THAT CONSIDERING ALL OF THE CIRCUMSTANCES EXISTING AT THE EXECUTION OF THIS AGREEMENT, THE DEPOSIT AMOUNT CONSTITUTES A REASONABLE ESTIMATE OF THE TOTAL DETRIMENT THAT SELLER WOULD SUFFER IN THE EVENT THAT THE TRANSACTIONS CONTEMPLATED HEREIN ARE TERMINATED PURSUANT TO SECTION 8.1(c) or (e) HEREOF.    EXCEPT AS OTHERWISE PROVIDED IN CLAUSES (ii) AND (iii) BELOW, SAID AMOUNT SHALL REPRESENT THE AGREED AND LIQUIDATED DAMAGES TO WHICH SELLER IS ENTITLED BY REASON OF PURCHASER'S BREACH. THE PAYMENT OF SUCH AMOUNT AS LIQUIDATED DAMAGES IS NOT INTENDED AS A FORFEITURE OR PENALTY, BUT RATHER IS INTENDED TO CONSTITUTE LIQUIDATED DAMAGES TO SELLER.    UPON PURCHASER'S DEFAULT AND SELLER'S ELECTION TO TERMINATE THIS AGREEMENT BY REASON THEREOF PURSUANT TO SECTION 8.1(c) OR (e), THIS AGREEMENT SHALL TERMINATE AND, EXCEPT

FOR (i) SELLER'S RIGHT TO COLLECT THE AMOUNT OF SUCH LIQUIDATED DAMAGES, (ii) ANY PROVISIONS AND OBLIGATIONS (INCLUDING, WITHOUT LIMITATION, ANY INDEMNITY OBLIGATIONS OF PURCHASER) OF THIS AGREEMENT WHICH BY THEIR TERMS SURVIVE ANY TERMINATION OF THIS AGREEMENT, AND (iii) THE PARTIES' RESPECTIVE OBLIGATIONS UNDER SECTION 10.18 OF THIS AGREEMENT, THE PARTIES HERETO SHALL BE RELIEVED OF ANY FURTHER LIABILITY OR OBLIGATION UNDER THIS AGREEMENT. BY EXECUTING AND DELIVERING THIS AGREEMENT, EACH PARTY SPECIFICALLY ACKNOWLEDGES AND CONFIRMS THE ACCURACY OF THE STATEMENTS SET FORTH ABOVE AND THAT IT WAS REPRESENTED BY COUNSEL OF ITS CHOICE WHO FULLY EXPLAINED THE CONSEQUENCES OF THIS LIQUIDATED DAMAGES PROVISION AT THE TIME OF EXECUTION OF THIS AGREEMENT.

(b)    Payment at Closing.  On the Closing Date, Purchaser shall (A) cause the Escrow Holder to deliver the Deposit to Seller, and (B) pay the Excluded Accounts Payable and Excluded Accrued Expenses, and (C) pay and deliver to Seller an amount equal to the balance of the Cash Consideration, which amount Purchaser shall pay to Seller in Good Funds by wire transfer in accordance with written wire instructions provided by Seller to Purchaser not later than two (2) Business Days prior to Closing.  In addition, at Closing, Purchaser shall assume or otherwise pay the Cure Costs and shall assume the Assumed Liabilities.

(c)    Purchase Price Allocation.  Not later than fifteen (15) calendar days following the Closing Date, Purchaser shall prepare and deliver to Seller, Purchaser's proposed draft of ITS Form 8594 to be filed with the IRS, which allocation, if the Purchased Assets include more than one Acquired Location, shall be consistent with the breakdown of the Purchase Price set forth on Schedule 1.1 (Purchase Price) hereto.  Seller and Purchaser shall cooperate in good faith to finalize a mutually agreeable Form 8594 before the date which is thirty (30) days following the Closing Date.  Seller and Purchaser acknowledge that the allocation of the Purchase Price set forth in such form shall be binding upon the parties for all applicable federal, state, local and foreign tax purposes.  Seller and Purchaser covenant (i) to report gain or loss or cost basis, as the case may be, in a manner consistent with such allocation; (ii) not to voluntarily take any position inconsistent therewith in any proceeding relating to such returns; and (iii) to use commercially reasonable efforts to sustain such allocation in any subsequent Tax audit or Tax dispute.

2.7    Closing.

(a)    The Closing shall take place on the date that is the next Business Day after the satisfaction or waiver of the conditions precedent set forth in Articles VI and VII or on such other date, and at such time and place, as may be agreed by Purchaser and Seller.  The date on which the Closing occurs in accordance with the preceding sentence is referred to in this Agreement as the "Closing Date."

(b)    At the Closing, Seller shall deliver counterparts of the following to Purchaser:

15

(i)      a bill of sale and assignment and assumption agreement in the form attached hereto as <u>Exhibit 2.7(b)(i)</u> (the "<u>Bill of Sale, Assignment and Assumption</u>") duly executed by Seller;

(ii)     an assignment of the Acquired Intellectual Property Rights in the form attached hereto as <u>Exhibit 2.7(b)(ii)</u> (the "<u>IP Assignment</u>");

(iii)    a certificate of Seller, dated as of the Closing Date, as to the satisfaction of the conditions set forth in <u>Sections 6.1</u> and <u>6.2</u> hereof;

(iv)     a true and correct copy of the entered Sale Order;

(v)      a duly executed non-foreign person affidavit of Seller as a tenant under a Real Property Lease dated as of the Closing Date, sworn under penalty of perjury, and in form and substance required under the Treasury Regulations or IRS published guidance pursuant to Section 1445 of the Code, stating that such Seller is not a "foreign person" as defined in Section 1445 of the Code; and

(vi)     such other instruments and documents as may be reasonably requested by Purchaser at least two (2) Business Days prior to Closing in order to consummate the transactions contemplated under this Agreement.

(c)      At the Closing (unless otherwise stated below), Purchaser shall deliver the following to Seller:

(i)      the Cash Consideration payable to Sellers, less the Excluded Accounts Payable and Excluded Accrued Expenses;

(ii)     not later than ten (10) business days following the Closing, evidence of payment by Purchaser of the Excluded Accounts Payable and Excluded Accrued Expenses;

(iii)    duly executed counterparts of each of the Related Agreements referred to in <u>Section 2.7(b)</u>;

(iv)     a certificate of good standing of Purchaser from the Secretary of State of Delaware;

(v)      a certificate of the Secretary or an Assistant Secretary of Purchaser certifying as to: (i) the certificate of formation of Purchaser, as certified by the Secretary of State of the State of Delaware not earlier than ten (10) days prior to the Closing Date; (ii) the incumbency and signatures of the executing officers of Purchaser; and (iii) resolutions duly adopted by the board of directors (or similar governing body) of Purchaser approving the transactions contemplated by this Agreement;

(vi)     a certificate of Purchaser, dated as of the Closing Date, as to the satisfaction of the conditions set forth in <u>Sections 7.1</u> and <u>7.2</u>; and

(vii)    such other instruments and documents as may be reasonably requested by Seller at least two (2) Business Days prior to Closing in order to consummate the transactions contemplated under this Agreement.

ARTICLE III

REPRESENTATIONS AND WARRANTIES OF SELLER

Seller hereby represents and warrants to Purchaser that, except as set forth in the Disclosure Schedule:

3.1    <u>Due Incorporation</u>. Seller is duly organized, validly existing and in good standing under the laws of the State of Delaware.

3.2    <u>Due Authorization</u>. Subject to entry of the Sale Order, Seller has full power and authority to enter into this Agreement and its Related Agreements and to consummate the transactions contemplated hereby and thereby. The execution, delivery and performance by Seller of this Agreement and the Related Agreements have been duly and validly approved by the Board of Directors of Holdings and the managing member of Seller and no other corporate or entity actions or proceedings on the part of Seller are necessary to authorize this Agreement, Seller's Related Agreements and the transactions contemplated hereby and thereby. Seller has duly and validly executed and delivered this Agreement and have duly and validly executed and delivered (or prior to or at the Closing will duly and validly execute and deliver) the Related Agreements. Subject to entry of the Sale Order, (i) this Agreement constitutes the legal, valid and binding obligation of Seller and (ii) Seller's Related Agreements, upon execution and delivery by Seller, will constitute legal, valid and binding obligations of Seller, in each case, enforceable in accordance with their respective terms, except as such enforceability may be limited by applicable bankruptcy, insolvency, moratorium, reorganization or similar laws in effect which affect the enforcement of creditors' rights generally and by equitable principles.

3.3    <u>Consents and Approvals; Governmental Authority Relative to This Agreement</u>. Except as set forth in <u>Section 3.3</u> of the Disclosure Schedule, the execution, delivery and performance by Seller of this Agreement and its Related Agreements will not (i) conflict with or result in a breach of any provision of any of the Certificate of Formation or Operating Agreement of Seller (ii) subject to entry of the Sale Order, violate any order, writ, injunction, decree, statute, treaty, rule or regulation applicable to Seller or any of its assets, other than, in the case of clause (ii) above, as would not reasonably be expected to result in a Material Adverse Effect.

3.4    <u>Compliance With Laws</u>. To the Knowledge of Seller, except as otherwise set forth on <u>Section 3.4</u> of Seller's Disclosure Schedule, Seller is and has been operating the Business in compliance in all material respects with all Applicable Laws.

3.5    <u>Brokers and Finders</u>. Other than as set forth on <u>Section 3.5</u> of the Disclosure Schedule, no agent, broker, investment banker, financial advisor or other firm or person is entitled to any brokerage, finder's, financial advisor's or other similar fee or commission for which Purchaser or any of its Affiliates could become liable in connection with the transactions

17

contemplated by this Agreement as a result of any action taken by or on behalf of Seller or any of its Affiliates.

3.6     Ownership of Purchased Assets.  Except for any Wayward Assets, Seller is the sole owner of the Purchased Assets and neither Holdings nor any of its Affiliates (other than the Seller) have any legal or beneficial interest in any of the Purchased Assets.  To the Knowledge of Seller and except with respect to the CalRecycle Equipment, the Purchased Assets are sufficient to enable Purchaser to operate the Business at the Acquired Locations in the manner as presently conducted.

3.7     Operation of the Business.  During the Relevant Period, the representatives of Seller shall have operated the Business in the ordinary course and have not (a) declared or paid any dividends or distributions of Cash or Cash Equivalents of Seller to any Affiliate; or (b) delayed the payment of Assumed Accounts Payable or Assumed Accrued Expenses.  For the avoidance of doubt, the Assumed Liabilities shall not include any Excluded Accounts Payable or Excluded Accrued Expenses.

3.8     Pinnpack Group.    As at the Closing Date, none of the Purchased Assets shall be owned, leased or otherwise used by any member of the Pinnpack Group, and to the extent existing, all such Purchased Assets shall be conveyed to Purchaser.

3.9     Disclaimer of Additional Representations and Warranties.  EXCEPT AS SPECIFICALLY SET FORTH IN THIS AGREEMENT, NONE OF SELLER OR ANY OF ITS AFFILIATES OR ANY OF ITS AFFILIATES' DIRECTORS, OFFICERS, EMPLOYEES, CONTROLLING PERSONS, AGENTS OR REPRESENTATIVES MAKES OR HAS MADE ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR THE ACCURACY OR COMPLETENESS OF ANY PROJECTIONS, ESTIMATES OR OTHER FORWARD LOOKING INFORMATION PROVIDED OR OTHERWISE MADE AVAILABLE TO PURCHASER OR ANY OF ITS DIRECTORS, OFFICERS, EMPLOYEES, AFFILIATES, CONTROLLING PERSONS, AGENTS OR REPRESENTATIVES. PURCHASER ACKNOWLEDGES THAT IT HAS HAD THE OPPORTUNITY TO CONDUCT DUE DILIGENCE AND INVESTIGATION WITH RESPECT TO THIS TRANSACTION. PURCHASER FURTHER ACKNOWLEDGES THAT, TO THE EXTENT PURCHASER, OR ANY OF PURCHASER'S ADVISORS, AGENTS, CONSULTANTS OR REPRESENTATIVES, BY REASON OF SUCH DUE DILIGENCE AND INVESTIGATION, WHETHER OR NOT UNDERTAKEN, KNEW OR SHOULD HAVE KNOWN THAT ANY REPRESENTATION AND WARRANTY MADE HEREIN BY SELLER IS OR MIGHT BE INACCURATE OR UNTRUE, THIS CONSTITUTES A RELEASE AND WAIVER OF ANY AND ALL ACTIONS, CLAIMS, SUITS, DAMAGES OR RIGHTS TO INDEMNITY, AT LAW OR IN EQUITY, AGAINST SELLER BY PURCHASER OR FAILURE TO SATISFY THE CONDITIONS TO CLOSING SET FORTH IN ARTICLE VI ARISING OUT OF BREACH OF THAT REPRESENTATION AND WARRANTY.

ARTICLE IV

REPRESENTATIONS AND WARRANTIES OF PURCHASER

18

Purchaser hereby represents and warrants to Seller that:

4.1    Due Organization. Purchaser is a limited liability company duly organized, validly existing and in good standing under the laws of the State of Delaware with all requisite power and authority to own and operate its assets and properties as they are now being owned and operated.

4.2    Due Authorization. Purchaser has full power and authority to enter into this Agreement and its Related Agreements and to consummate the transactions contemplated hereby and thereby. The execution, delivery and performance by Purchaser of this Agreement and its Related Agreements have been duly authorized by all necessary entity action of Purchaser. Purchaser has duly and validly executed and delivered this Agreement and has duly and validly executed and delivered (or prior to or at the Closing will duly and validly execute and deliver) its Related Agreements. This Agreement constitutes the legal, valid and binding obligation of Purchaser and its Related Agreements, upon execution and delivery by Purchaser will constitute legal, valid and binding obligations of Purchaser enforceable in accordance with their respective terms, except as such enforceability may be limited by applicable bankruptcy, insolvency, moratorium, reorganization or similar laws in effect which affect the enforcement of creditors' rights generally and by equitable principles.

4.3    Consents and Approvals; No Violations. The execution, delivery and performance by Purchaser of this Agreement and its Related Agreements will not (i) violate any law, regulation or order of any Governmental Authority applicable to Purchaser; (ii) require any filing or registration by Purchaser with, or consent or approval with respect to Purchaser of, any Governmental Authority; (iii) violate or conflict with or result in a breach or default under any contract to which Purchaser is a party or by which Purchaser or any of its assets or properties are bound; or (iv) violate or conflict with the limited liability company agreement of Purchaser, except where any such filing, registration, consent or approval, if not made or obtained, or any such violation, conflict, breach or default, would not have a material adverse effect on Purchaser or its ability to perform its obligations under this Agreement and their Related Agreements.

4.4    Purchaser's Examination. Purchaser and its representatives have been afforded the opportunity to meet with, ask questions of and receive answers from the management of Seller in connection with the determination by Purchaser to enter into this Agreement and the Related Agreements and consummate the transactions contemplated hereby and thereby, and all such questions have been answered to the full satisfaction of Purchaser.

4.5    Investigation; Limitation on Warranties.

(a)    Purchaser acknowledges and agrees that neither Seller, nor any other Person acting on behalf of Seller or any of its Affiliates or representatives has made any representation or warranty, express or implied, as to the accuracy or completeness of any information regarding Seller, the Business or the Purchased Assets, except as expressly set forth in this Agreement or as and to the extent required by this Agreement to be set forth in the Disclosure Schedule. Purchaser further agrees that, except only as expressly provided in this Agreement, Seller will not have or be subject to any liability to Purchaser or any other Person resulting from the distribution or use by Purchaser, any of its Affiliates or any of their respective directors, officers, employees, agents, consultants, accountants, counsel or other representatives of any such

19

information, and any legal opinions, memoranda, summaries or any other information, document or material made available to Purchaser or its Affiliates or representatives in certain "data rooms," management presentations or any other form otherwise provided in expectation of the transactions contemplated by this Agreement.

(b)    Purchaser acknowledges and agrees that except for the representations and warranties of Seller expressly set forth in Article III hereof, the Purchased Assets are being acquired AS IS WITHOUT ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR INTENDED USE OR OTHER EXPRESSED OR IMPLIED WARRANTY. Purchaser acknowledges and agrees that it is consummating the transactions contemplated hereby without any representation or warranty, express or implied, by any Person, except for the representations and warranties of Seller expressly set forth in Article III hereof.

(c)    In connection with Purchaser's investigation of Seller and the Business, Purchaser has received from or on behalf of Seller certain projections, including projected statements of operating revenues and income from operations of the Business and certain business plan information of Seller. Purchaser acknowledges that there are uncertainties inherent in attempting to make such estimates, projections and other forecasts and plans, that Purchaser is familiar with such uncertainties, that Purchaser is taking full responsibility for making its own evaluation of the adequacy and accuracy of all estimates, projections and other forecasts and plans so furnished to it (including the reasonableness of the assumptions underlying such estimates, projections and forecasts), and that Purchaser shall have no claim against Seller or any other Person with respect thereto. Accordingly, Seller makes no representations or warranties whatsoever with respect to such estimates, projections and other forecasts and plans (including the reasonableness of the assumptions underlying such estimates, projections and forecasts).

4.6    Available Funds. Purchaser has sufficient cash resources on hand in an aggregate amount sufficient to pay in cash any and all amounts required to be paid by it pursuant to this Agreement, including the Cash Consideration and all fees and expenses related to the transactions contemplated by this Agreement to be paid by Purchaser.

4.7    Brokers and Finders. No agent, broker, investment banker, financial advisor or other firm or person is entitled to any brokerage, finder's, financial advisor's or other similar fee or commission for which Seller or any of its Affiliates could become liable in connection with the transactions contemplated by this Agreement as a result of any action taken by or on behalf of Purchaser or any of its Subsidiaries.

ARTICLE V

COVENANTS

5.1    Access to Information.

(a)    From the date of this Agreement to the earlier of the Closing Date or the date this Agreement is terminated, Seller shall give Purchaser and Purchaser's representatives, upon reasonable notice, reasonable access during normal business hours to the offices, facilities, employees, books and records of the Business, and shall make the officers and employees of

20

Seller available to Purchaser and its representatives as Purchaser and its representatives shall from time to time reasonably request, in each case to the extent that such access and disclosure would not obligate Seller to take any actions that would unreasonably disrupt the normal course of its businesses or violate the terms of any contract to which Seller is bound or any Applicable Law; provided, that all requests for access shall be directed to Brian Weiss (collectively, the "Designated Contacts"); provided, further, that nothing herein shall require Seller to provide access or to disclose any information to Purchaser if such access or disclosure (i) could cause significant competitive harm to Seller if the transactions contemplated by this Agreement are not consummated or (ii) would be in violation of Applicable Laws or the provisions of any agreement to which Seller is a party. Notwithstanding the foregoing, other than the Designated Contacts, Purchaser is not authorized to and shall not (and shall cause its employees, agents, representatives and Affiliates to not) contact any officer, director, employee, franchisee, customer, supplier, distributor, lender or other material business relation of Seller prior to the Closing without the prior written consent of a Designated Contact (it being agreed that if the Designated Contact elects to give any such consent, the consent may be conditioned upon, among other things, Seller being able to monitor or participate in any such contacts and any discussions or dialogue resulting therefrom).

(b)    Purchaser and their representatives shall treat and hold strictly confidential any confidential information (in whatever form) provided by or on behalf of Seller.

5.2    Preservation of Business. From the date of this Agreement until the Closing Date, other than as specifically contemplated by this Agreement or with the prior consent of Purchaser (such consent not to be unreasonably withheld or delayed), Seller shall operate the Business in the ordinary and usual course of business and consistent with past practice since the commencement date of the Bankruptcy Case.

5.3    Efforts. Subject to the terms and conditions hereof, each party hereto shall use its commercially reasonable efforts to consummate the transactions contemplated hereby as promptly as practicable. The "commercially reasonable efforts" of Seller shall not require Seller, its Affiliates or representatives to incur or expend any material sums of money to remedy any breach of any representation or warranty hereunder or to provide financing to Purchaser for consummation of the transactions contemplated hereby; provided that if Seller, its Affiliates or representatives elect to remedy any such breach, Seller shall not be deemed to be in breach of such representation or warranty, or in violation of any covenant pursuant to Section 5.2, for purposes of determining Purchaser's obligations to consummate the transactions contemplated hereby pursuant to Section 6.1.

5.4    Preservation of Records; Post-Closing Access and Cooperation. For a period of six (6) years after the Closing Date or such other period (if longer) required by applicable law, Purchaser shall preserve and retain, all corporate, accounting, legal, auditing, human resources and other books and records in its possession (including any documents relating to any governmental or non-governmental claims, actions, suits, proceedings or investigations) relating to the Business and the Purchased Assets prior to the Closing Date. Purchaser shall, after the Closing Date, (i) permit Seller's counsel and other professionals and counsel for any successor to Seller and its respective professionals (collectively, "Permitted Access Parties") reasonable access to the financial and other books and records relating to the Purchased Assets or the Business and the

systems containing such information, books and records, which access shall include (xx) the right of such Permitted Access Parties to copy or remove, as applicable, at such Permitted Access Parties' expense, such documents and records as they may request in furtherance of the purposes described above, and (yy) Purchaser's copying and delivering to the relevant Permitted Access Parties such documents or records as they may request, but only to the extent such Permitted Access Parties furnish Purchaser with reasonably detailed written descriptions of the materials to be so copied and the applicable Permitted Access Party reimburses Purchaser for the reasonable costs and expenses thereof, and (ii) Purchaser shall provide the Permitted Access Parties (at no cost to the Permitted Access Parties) with reasonable access to Purchaser's employees related to the Business (as conducted by Purchaser after the Closing) during regular business hours to assist Seller and the other Permitted Access Parties in their post-Closing activities (including, without limitation, preparation of tax returns, collecting those Accounts Receivable that are Excluded Assets, determining the amount of any Purchase Price adjustment pursuant to Section 2.6 hereof, and other activities in connection with the administration and wind-down of the Bankruptcy Case); provided that such access does not unreasonably interfere with Purchaser's operation of the Business. Without limiting the generality of the foregoing, from and after the Closing, Purchaser shall, and shall cause its Affiliates to, cooperate in good faith (but at no material cost or expense to Purchaser) with and provide reasonable access and assistance to Seller and its creditors during normal business hours in connection with and to facilitate such Person's removal of any Excluded Assets.

    5.5    Employees and Benefits.

    (a)    As of the Closing, Seller shall terminate the employment of all of those Employees identified on Section 5.5(a) of the Disclosure Schedule (the "Subject Employees"). Section 5.5(a) of the Disclosure Schedule hereto may be amended from time to time prior to the Closing to (i) delete any individuals who are no longer employed by Seller or (ii) upon the mutual written agreement of Purchaser and Seller, add or remove any other individuals. Purchaser, in cooperation with Seller, shall, at least five (5) Business Days prior to the Closing Date and effective as of the Closing Date, extend a written offer of employment to those employees selected by Purchaser, in its sole and absolute discretion (the "Selected Employees"), at a level and with responsibilities that are substantially commensurate with their employment with Seller and at a wage or salary and benefits and other compensation not less than the respective wages or salaries and benefits and other compensation specified for such Selected Employees on Section 5.5(a) of the Disclosure Schedule. Those Selected Employees who accept offers of employment with Purchaser and who become employees of Purchaser as of the Closing Date are referred to as "Transferred Employees." Purchaser shall indemnify, defend (with counsel reasonably satisfactory to Seller) and hold the Seller harmless of, from and against any liability or obligations arising under the WARN Act as a result of or in connection with the transaction contemplated herein (whether resulting from Purchaser's and/or Seller's actions).

    (b)    It is understood and agreed between the parties that all provisions contained in this Agreement with respect to employee benefit plans or employee compensation are included for the sole benefit of the respective parties hereto and do not and shall not create any right in any other person, including, but not limited to, any Employee, any participant in any benefit or compensation plan or any beneficiary thereof.

(c)    In any termination or layoff of any Employee by Purchaser on or after the Closing, Purchaser will comply fully, if applicable, with the WARN Act and all other applicable foreign, Federal, state and local laws, including those prohibiting discrimination and requiring notice to employees.  Purchaser shall not at any time prior to sixty (60) days after the Closing Date, effectuate a "plant closing" or "mass layoff" as those terms are defined in the WARN Act affecting in whole or in part any facility, site of employment, operating unit or employee of the Business without complying fully with the requirements of the WARN Act.  Purchaser shall be solely responsible for, and will bear the entire cost of, compliance with (or failure to comply with) any such laws.

(d)    Purchaser shall provide COBRA continuation coverage for M&A Beneficiaries (as defined in COBRA) of Seller.

5.6    Public Announcements. Purchaser and Seller will consult with each other before issuing any press release or otherwise making any public statements or disclosures with respect to the transactions contemplated by this Agreement, including the terms hereof, and no party shall, without the prior written consent of the other party, issue any such press release or make any such public statement, except as may be required by applicable law; provided, however, that Seller may make public statements or disclosures with respect to this Agreement and the transactions contemplated herein as may be necessary or advisable in connection with the Bankruptcy Case, including, without limitation, to comply with the Bidding Procedures Order and/or in seeking issuance of the Sale Order.

5.7    Transfer Taxes. All federal, state, local, excise, sales, use, value added, registration, stamp, recording, property and similar Taxes or fees applicable to, imposed upon, or arising out of any transaction contemplated by this Agreement shall be paid fifty percent (50%) by Purchaser and fifty percent (50%) by Seller.

5.8    Tax Proration. All real and personal property taxes or similar ad valorem obligations levied with respect to the Purchased Assets for any taxable period falling entirely with the period before the Closing Date shall be the responsibility of Seller.  All real and personal property taxes or similar ad valorem obligations levied with respect to the Purchased Assets for any taxable period that includes the Closing Date and ends after the Closing Date, whether imposed or assessed before or after the Closing Date, shall be prorated between Purchaser and Seller of such Purchased Asset on the Closing Date, with such taxes that first become payable in calendar year 2021 being apportioned between Purchaser and Seller using the calendar-year method. Under the calendar year method, any tax bill that first becomes due and payable during a calendar year is deemed to be related to that entire calendar year.  Seller's share of the tax bills first becoming due and payable during 2021 shall be determined by multiplying the sum of the 2021 tax bills by a fraction, the numerator of which shall be the number of days from and including January 1 to, and including, the Closing Date, and the denominator of which shall be 365.  Purchaser's share shall be the aggregate amount of all such bills less Seller's share. If the exact amount of any real or personal property taxes is not known on the Closing Date, such taxes shall be estimated based upon the best available information at the time of Closing (i.e., the taxable value currently assigned to the real property). There shall be no re-proration of real or personal property taxes after Closing. The net amount of such prorations payable by Seller, if any, shall be paid by Purchaser, but shall result in a reduction of the Purchase Price in like amount.

23

5.9    <u>Wayward Assets</u>.  In the event that, at any time following the date of this Agreement (whether prior to or after the Closing), it is discovered by Purchaser or Seller that an Affiliate of Seller owns or holds any of the Purchased Assets ("<u>Wayward Assets</u>"), Seller shall use diligent and reasonable best efforts to cause such Affiliate to transfer and assign, for no additional consideration, such Wayward Assets to Purchaser as soon as reasonably practicable following such discovery by transfer documents in form and content not inconsistent with the terms and provisions hereof and  otherwise in form and content reasonably requested by Purchaser.  Prior to the Closing, Seller shall (a) cause its applicable Affiliates to transfer and assign to Seller the Wayward Assets and (b) provide Purchaser with evidence reasonably satisfactory to Purchaser of such transfer and assignment.

5.10    <u>Notification to Account Debtors and Collection of Acquired Receivables</u>. Promptly following the Closing, Seller and Purchaser shall (a) notify all customers of Seller of the sale of the Business and Purchased Assets contemplated by this Agreement, including the sale of the Acquired Receivables to Purchaser, and (b) direct all customers and other account debtors who owe funds to Seller in connection with such Acquired Receivables to make payments to a new bank account established by and for the sole benefit of the Purchaser.  In the event and to the extent that any of the Seller, Holdings, or any of their Affiliates or representative shall collect any funds or other property in payment of any Acquired Receivables, such parties shall hold the same in trust for Purchaser and promptly (and in no event later than two (2) Business Days from receipt thereof) remit payment of such funds or other property to Purchaser.

5.11    <u>Assumption and Assignment of Contracts</u>. At or prior to the Closing, Seller shall assume and assign to Purchaser the Acquired Contracts, Acquired Real Property Leases, Acquired Personal Property Leases and Permits and Licenses, and Purchaser shall pay in full the Cure Costs (in addition to the Cash Consideration), in each case pursuant to Section 365 of the Bankruptcy Code, the Sale Order and **Section Error! Reference source not found.**, subject to Purchaser's provision of adequate assurance as may be required under Section 365 of the Bankruptcy Code. Notwithstanding anything to the contrary in this Agreement, Purchaser expressly acknowledges that Seller's inability to assume and assign any Acquired Contracts, Acquired Real Property Leases, Acquired Personal Property Leases and/or Permits and Licenses by reason of Purchaser's failure to provide adequate assurance of future performance with respect thereto to the Bankruptcy Court's satisfaction shall have no effect on Purchaser's obligation to consummate the transactions set forth herein and any such Acquired Contracts, Acquired Real Property Leases, Acquired Personal Property Leases and/or Permits and Licenses Seller fails to so assume and assign at the Closing shall for all purposes thereafter be deemed Excluded Assets.

ARTICLE VI

CONDITIONS PRECEDENT TO OBLIGATIONS
OF PURCHASER

The obligations of Purchaser at Closing under this Agreement are subject to the satisfaction (or waiver by Purchaser) of the following conditions precedent on or before the Closing Date:

6.1    <u>Warranties True as of Present Date</u>. Each of the representations and warranties of Seller contained in <u>Article III</u> (a) that are qualified as to Material Adverse Effect shall be true and

24

correct as of the Closing Date as if made anew as of such date (except to the extent such representations and warranties expressly relate to an earlier date (in which case, as of such earlier date)), except to the extent of changes or developments contemplated by the terms of this Agreement or caused by the transactions contemplated hereby, and (b) that are not so qualified shall be true and correct as of the Closing Date as if made anew as of such date (except to the extent such representations and warranties expressly relate to an earlier date (in which case, as of such earlier date)), except to the extent of changes or developments contemplated by the terms of this Agreement or caused by the transactions contemplated hereby and except for failures of the representations and warranties referred to in this clause (b) to be true and correct as do not and would not reasonably be expected to have, in the aggregate, a Material Adverse Effect.

6.2    Compliance with Agreements and Covenants. Seller shall have performed and complied with all of the covenants, obligations and agreements contained in this Agreement to be performed and complied with by them on or prior to the Closing Date, including delivery of the documents referred to in Section 2.7(b).

6.3    No Prohibition. No action, suit or other proceedings shall be pending before any court, tribunal or governmental authority seeking or threatening to restrain or prohibit the consummation of the transactions contemplated by this Agreement.

6.4    Entry of Sale Order.   The Sale Order shall have been entered in the Bankruptcy Court and shall not have been stayed as of the Closing Date; such sale order shall include a good faith purchaser finding pursuant to Section 363(m) of the Bankruptcy Code.

6.5    No Material Adverse Effect.   No Material Adverse Effect shall have occurred.

Any waiver of a condition by Seller shall be effective only if such waiver is stated in writing and signed by such Seller; provided, however, that the consent of Seller to the Closing shall constitute a waiver by such Seller of any conditions to Closing as to such Seller not satisfied as of the Closing Date.

ARTICLE VII

CONDITIONS PRECEDENT TO OBLIGATIONS OF SELLER

The obligations of Seller at Closing under this Agreement are subject to the satisfaction (or waiver by Seller) of the following conditions precedent on or before the Closing Date:

7.1    Warranties True as of Present Date. Each of the representations and warranties of Purchaser contained in Article IV (a) that are qualified as to "material adverse effect" shall be true and correct as of the Closing Date as if made anew as of such date (except to the extent such representations and warranties expressly relate to an earlier date (in which case, as of such earlier date)), except to the extent of changes or developments contemplated by the terms of this Agreement or caused by the transactions contemplated hereby, and (b) that are not so qualified shall be true and correct as of the Closing Date as if made anew as of such date (except to the extent such representations and warranties expressly relate to an earlier date (in which case, as of such earlier date)), except to the extent of changes or developments contemplated by the terms of

25

this Agreement or caused by the transactions contemplated hereby and except for failures of the representations and warranties referred to in this <u>clause (b)</u> to be true and correct as do not and would not reasonably be expected to have, in the aggregate, a material adverse effect on Purchaser's ability to consummate the transactions contemplated hereby.

7.2     <u>Compliance with Agreements and Covenants</u>. Purchaser shall have performed and complied with all of its covenants, obligations and agreements contained in this Agreement to be performed and complied with by it on or prior to the Closing Date, in all material respects, including delivery of the documents referred to in <u>Section 2.7(c)</u> hereof.

7.3     <u>No Prohibition</u>.  No law or injunction shall have been adopted, promulgated or entered by any Governmental Authority which prohibits and no lawsuit, proceeding or investigation shall be pending, which would be reasonably expected to prohibit the consummation of the transactions contemplated hereby.

7.4     <u>Entry of Sale Order</u>.   The Sale Order shall have been entered by the Bankruptcy Court and shall not have been stayed as of the Closing Date.

Any waiver of a condition by Purchaser shall be effective only if such waiver is stated in writing and signed by Purchaser; provided, however, that the consent of Purchaser to the Closing shall constitute a waiver by Purchaser of any conditions to Closing not satisfied as of the Closing Date.

## ARTICLE VIII

## TERMINATION

8.1     <u>Termination</u>. This Agreement may be terminated at any time on or prior to the Closing Date:

(a)     With the mutual written consent of Purchaser and Seller;

(b)     By either Purchaser or Seller, if the Closing shall not have occurred on or before June 24, 2021 (the "<u>Termination Date</u>"); <u>provided,</u> that the right to terminate this Agreement under this <u>Section 8.1(b)</u> shall not be available to any party whose failure to fulfill any obligation under this Agreement has been the cause of, or resulted in, the failure of the Closing to occur on or before the Termination Date;

(c)     By Seller, if Purchaser shall have breached or failed to perform any of its representations, warranties, covenants or other agreements contained in this Agreement, which breach or failure to perform (A) would give rise to the failure of a condition set forth in <u>Article VII</u> and (B) has not been or is incapable of being cured by Purchaser within five (5) Business Days after its receipt of written notice thereof from Seller;

(d)     By Purchaser, if Seller shall have breached or failed to perform any of its representations, warranties, covenants or other agreements contained in this Agreement, which breach or failure to perform (A) would give rise to the failure of a condition set forth in <u>Article</u>

26

VI and (B) has not been or is incapable of being cured by Seller within five (5) Business Days after their receipt of written notice thereof from Purchaser;

(e)    By Seller, if (i) all of the conditions set forth in Article VI have been satisfied or waived (other than those conditions that by their terms are to be satisfied at the Closing) and (ii) (A) Purchaser breaches its obligations hereunder to proceed with and consummate the Closing; or

(f)    By either Purchaser or Seller, if any Governmental Authority shall have issued an order, decree or ruling or taken any other action permanently restraining, enjoining or otherwise prohibiting the transactions contemplated by this Agreement, and such order, decree, ruling or other action shall have become final and nonappealable.

Notwithstanding anything else contained in this Agreement, the right to terminate this Agreement under this Section 8.1 shall not be available to any party (a) that is in material breach of its obligations hereunder or (b) whose failure to fulfill its obligations or to comply with its covenants under this Agreement has been the cause of, or resulted in, the failure to satisfy any condition to the obligations of either party hereunder.

8.2    Expenses. Except as otherwise provided in Section 10.16, below, whether or not the Closing occurs, all Expenses incurred in connection with this Agreement and the transactions contemplated hereby shall be paid by the party incurring such Expenses.  As used in this Agreement, "Expenses" means the out-of-pocket fees and expenses of the party's independent advisor, counsel and accountants, incurred or paid by the party or on its behalf in connection with this Agreement and the transactions contemplated hereby.

8.3    Effect of Termination. In the event of termination of this Agreement by either Purchaser or Seller as provided in Section 8.1, this Agreement will forthwith become void and have no further force or effect, without any Liability (other than as set forth in Section 8.2 or this Section 8.3) on the part of Purchaser or Seller; provided, however, that the provisions of Section 8.2, this Section 8.3, Section 2.6(a)(ii), and Sections 10.12 and 10.13 will survive any termination hereof; provided, further, however, that subject to the terms of this Section 8.3, nothing in this Section 8.3 shall relieve any party of any liability for any breach by such party of this Agreement prior to the date of any such termination.  For the avoidance of all doubt, upon any termination of this Agreement pursuant to Section 8.1(c) or (e) above, Seller shall have the right to collect the Deposit from the Escrow Holder from the Escrow Holder as full and complete liquidated damages as against the Purchaser in accordance with Section 2.6(a)(ii) above.  In connection with any termination pursuant to Section 8.1 hereof that does not arise or result from Purchaser's breach of its obligations under this Agreement, Purchaser shall be entitled to the return of the Deposit, less an amount equal to Purchaser's share of the Escrow Holder's out-of-pocket expenses.

ARTICLE IX
BANKRUPTCY COURT APPROVALS

9.1    Motion for Approvals.

(a)    Promptly following the Execution Date (and in no event later than two (2) business days thereafter), Seller shall seek approval of this Agreement as part of its pending motion (the "Sale Motion") for the Bankruptcy Court to issue the Sale Order. The Sale Order shall include a specific finding of good faith purchaser status pursuant to Section 363(m) of the Bankruptcy Code. Purchaser shall provide adequate assurance of future performance (satisfactory to the Bankruptcy Court) to the counterparties to the Acquired Contracts, as may be required by the Bankruptcy Court or the Sale Order. Seller shall use reasonable efforts to obtain the Sale Order. Both Purchaser's and Seller's obligations to consummate the transactions contemplated in this Agreement shall be conditioned upon the Bankruptcy Court's entry of the Sale Order. If the Bankruptcy Court refuses to issue the Sale Order or to approve a sale of the Seller's assets to Purchaser or to any other third party purchaser at the hearing on the Sale Motion, then this transaction shall automatically terminate and the Seller and Purchaser shall be relieved of any further liability or obligation hereunder. In such event, Seller shall within five (5) business days' transfer to Purchaser its Deposit via wire transfer, pursuant to instructions to be provided Seller by Purchaser. In the event that a third party (an "Upset Purchaser" and the underlying purchase agreement between the Upset Purchaser and Seller, the "Upset Agreement") is approved by the Bankruptcy Court as the purchaser of the Purchased Assets at the hearing on the Sale Motion, Purchaser shall nonetheless be approved as a "back-up bid" which Purchaser may in *its sole discretion* offer to Seller for acceptance for a period of fifteen (15) days following such hearing. Upon entry of the Sale Order in accordance with the provisions of this Section 9.1(a), the condition set forth in this Section 9.1(a) shall conclusively be deemed satisfied.

(b)    Purchaser and Seller acknowledge entry of the Bid Procedures Order. This Agreement and the transaction contemplated herein shall be governed by and subject to the Bid Procedures Order and the Bidding Procedures established therein.

ARTICLE X

MISCELLANEOUS

10.1    Amendment. This Agreement may be amended, modified or supplemented only in a writing signed by Purchaser and Seller.

10.2    Notices. Any notice, request, instruction or other document to be given hereunder by a party hereto shall be in writing and shall be deemed to have been given, (i) when received if given in person or by courier or a courier service, (ii) on the date of transmission if sent by confirmed electronic mail, (iii) on the next Business Day if sent by an overnight delivery service, or (iv) five Business Days after being deposited in the U.S. mail, certified or registered mail, postage prepaid:

(a)    If to Seller, addressed as follows:

CarbonLite Holdings, LLC
c/o Force 10 Partners
5271 California Avenue, Suite 270
Irvine, CA  92617
Attn:  Mr. Brian Weiss

US-DOCS\124406808.4

Email:  bweiss@force10partners.com

With a copy (which shall not constitute notice) to:

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Attention: Maxim B. Litvak, Esq. and Steven W. Golden, Esq.
Email:  mlitvak@pszjlaw.com and sgolden@pszjlaw.com

(b)      If to Purchaser, addressed as follows:

Pinnpack Capital Holdings LLC
c/o Pinnpack Packaging LLC
1151 Pacific Ave.
Oxnard, California  93033
Attention: Ira Maroofian
Email:  imaroofian@gmail.com

With a copy (which shall not constitute notice) to:

Stephen F. Biegenzahn, Esq.
1642 Westwood Blvd., Suite 300
Los Angeles, CA 90024
Attention: Steve Biegenzahn
Email: steve@sfblaw.com

or to such other individual or address as a party hereto may designate for itself by notice given as herein provided.

10.3    Waivers. The failure of a party hereto at any time or times to require performance of any provision hereof shall in no manner affect its right at a later time to enforce the same.  No waiver by a party of any condition or of any breach of any term, covenant, representation or warranty contained in this Agreement shall be effective unless in writing, and no waiver in any one or more instances shall be deemed to be a further or continuing waiver of any such condition or breach in other instances or a waiver of any other condition or breach of any other term, covenant, representation or warranty.

10.4    Counterparts. This Agreement may be executed in counterparts and such counterparts may be delivered in electronic format (including by email).  Such delivery of counterparts shall be conclusive evidence of the intent to be bound hereby and each such counterpart and copies produced therefrom shall have the same effect as an original.  To the extent applicable, the foregoing constitutes the election of the Parties to invoke any law authorizing electronic signatures.

US-DOCS\124406808.4

10.5    <u>Interpretation</u>. The headings preceding the text of Articles and Sections included in this Agreement and the headings to Sections of the Disclosure Schedule are for convenience only and shall not be deemed part of this Agreement or the Disclosure Schedule or be given any effect in interpreting this Agreement or the Disclosure Schedule.  The use of the masculine, feminine or neuter gender herein shall not limit any provision of this Agreement.  The use of the terms "including" or "include" shall in all cases herein mean "including, without limitation" or "include, without limitation," respectively.  Underscored references to Articles, Sections, Exhibits or Schedules shall refer to those portions of this Agreement.  Time is of the essence of each and every covenant, agreement and obligation in this Agreement.  Neither Purchaser nor Seller shall be deemed to be in breach of any covenant contained in this Agreement if such party's deemed breach is the result of any action or inaction on the part of the other.

10.6    <u>APPLICABLE LAW</u>. THIS AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED AND ENFORCED IN ACCORDANCE WITH THE INTERNAL LAWS OF THE STATE OF DELAWARE WITHOUT GIVING EFFECT TO THE PRINCIPLES OF CONFLICTS OF LAW THEREOF.

10.7    <u>Binding Agreement; Assignment</u>. This Agreement and the Related Agreements shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns; provided that neither this Agreement nor any of the rights, interests or obligations hereunder shall be assigned (including by operation of law) by any party without the prior written consent of the other party(ies). For all purposes hereof, a transfer, sale or disposition of a majority of the capital stock or other voting interest of a party (whether by contract or otherwise) shall be deemed an assignment requiring consent hereunder.  Any purported assignment in contravention of this <u>Section 10.7</u> shall be null and void.

10.8    <u>Third Party Beneficiaries</u>. This Agreement is solely for the benefit of the parties hereto and no provision of this Agreement shall be deemed to confer upon third parties, either express or implied, any remedy, claim, liability, reimbursement, cause of action or other right.

10.9    <u>Further Assurances</u>. Upon the reasonable request of Purchaser or Seller, each party will on and after the Closing Date execute and deliver to the other parties such other documents, assignments and other instruments as may be reasonably required (without imposing any material monetary obligations or other obligations beyond those specifically imposed on the cooperating party(ies) by the other provisions of this Agreement or the Related Agreements) to effectuate completely the transactions contemplated hereby, and to effect and evidence the provisions of this Agreement and the Related Agreements and the transactions contemplated hereby.  For the avoidance of doubt, as to Seller, the obligations set forth in this <u>Section 10.9</u> shall lapse and cease to be of any further force or effect upon the closing of the Bankruptcy Case.

10.10    <u>Entire Understanding</u>. The Exhibits, Schedules and Disclosure Schedule identified in this Agreement are incorporated herein by reference and made a part hereof.  This Agreement and the Related Agreements set forth the entire agreement and understanding of the parties hereto and supersedes any and all prior agreements, arrangements and understandings among the parties.

10.11    <u>EXCLUSIVE JURISDICTION OF BANKRUPTCY COURT</u>. IN THE EVENT ANY PARTY TO THIS AGREEMENT COMMENCES ANY LITIGATION, PROCEEDING

OR OTHER LEGAL ACTION IN CONNECTION WITH OR RELATING TO THIS AGREEMENT, ANY RELATED AGREEMENT OR ANY MATTERS DESCRIBED OR CONTEMPLATED HEREIN OR THEREIN, THE PARTIES TO THIS AGREEMENT HEREBY (A) AGREE ANY LITIGATION, PROCEEDING OR OTHER LEGAL ACTION SHALL BE INSTITUTED ONLY IN THE BANKRUPTCY COURT, WHICH SHALL HAVE SOLE AND EXCLUSUVE JURISDICTION OVER ANY SUCH MATTERS; (B) CONSENT AND SUBMIT TO PERSONAL JURISDICTION OF THE BANKRUPTCY COURT AND TO SERVICE OF PROCESS UPON THEM IN ACCORDANCE WITH THE RULES AND STATUTES GOVERNING SERVICE OF PROCESS; (C) AGREE TO WAIVE TO THE FULL EXTENT PERMITTED BY LAW ANY OBJECTION THAT THEY MAY NOW OR HEREAFTER HAVE TO THE VENUE OF ANY SUCH LITIGATION, PROCEEDING OR ACTION IN ANY SUCH COURT OR THAT ANY SUCH LITIGATION, PROCEEDING OR ACTION WAS BROUGHT IN AN INCONVENIENT FORUM.

10.12   WAIVER OF JURY TRIAL. EACH PARTY ACKNOWLEDGES AND AGREES THAT ANY CONTROVERSY WHICH MAY ARISE UNDER THIS AGREEMENT IS LIKELY TO INVOLVE COMPLICATED AND DIFFICULT ISSUES, AND THEREFORE EACH SUCH PARTY HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVES ANY RIGHT SUCH PARTY MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF OR RELATING TO THIS AGREEMENT, OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT. EACH PARTY CERTIFIES AND ACKNOWLEDGES THAT (i) NO REPRESENTATIVE, AGENT OR ATTORNEY OF ANY OTHER PARTY HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT SUCH OTHER PARTY WOULD NOT, IN THE EVENT OF LITIGATION, SEEK TO ENFORCE THE FOREGOING WAIVER, (ii) EACH PARTY UNDERSTANDS AND HAS CONSIDERED THE IMPLICATIONS OF THIS WAIVER, (iii) EACH PARTY MAKES THIS WAIVER VOLUNTARILY, AND (iv) EACH PARTY HAS BEEN INDUCED TO ENTER INTO THIS AGREEMENT BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS SECTION 10.12.

10.13   Disclosure Schedule. The inclusion of information in the Disclosure Schedule shall not be construed as an admission that such information is material to Seller or the Business. In addition, matters reflected in the Disclosure Schedule are not necessarily limited to matters required by this Agreement to be reflected in the Disclosure Schedule. Such additional matters are set forth for informational purposes only and do not necessarily include other matters of a similar nature. Neither the specifications of any dollar amount in any provision of this Agreement nor the inclusion of any specific item in the Disclosure Schedule is intended to imply that such amount, or higher or lower amounts, or the item so included or other items, are or are not material, and no party shall use the fact of the setting forth of any such amount or the inclusion of any such item in any dispute or controversy between the parties as to whether any obligation, item or matter not described herein or included in the Disclosure Schedule is or is not material for purposes of this Agreement. Further, neither the specification of any item or matter in any representation, warranty or covenant contained in this Agreement nor the inclusion of any specific item in the Disclosure Schedule is intended to imply that such item or matter, or other items or matters, are or are not in the ordinary course of business, and no party shall use the fact of setting forth or the inclusion of any such items or matter in any dispute or controversy between the parties as to whether any obligation, item or matter not described herein or included in the Disclosure Schedule

31

is or is not in the ordinary course of business for purposes of this Agreement. Provided that any such amended disclosure does not materially affect the value of the Purchased Assets, Seller shall have the right at any time prior to closing to amend all schedules to correct errors and to add omitted items, or new items that first arise or occur after the date hereof.

10.14    Severability. Any term or provision of this Agreement that is invalid or unenforceable in any situation in any jurisdiction shall not affect the validity or enforceability of the remaining terms and provisions hereof or the validity or enforceability of the offending term or provision in any other situation or in any other situation or in any other jurisdiction. If the final judgment of a court of competent jurisdiction declares that any term or provision hereof is invalid or unenforceable, the parties agree that the court making the determination of invalidity or unenforceability shall have the power to reduce the scope, duration, or area of the term or provision, to delete specific words or phrases, or to replace any invalid or unenforceable term or provision with a term or provision that is valid and enforceable and that comes closest to expressing the intention of the invalid or unenforceable term or provision, and this Agreement shall be enforceable as so modified after the expiration of the time within which the judgment may be appealed.

10.15    Attorneys' Fees.  In the event that Seller or Purchaser bring an action or other proceeding to enforce or interpret the terms and provisions of this Agreement, the prevailing party(ies) in that action or proceeding shall be entitled to have and recover from the non-prevailing party(ies) all such fees, costs and expenses (including, without limitation, all court costs and reasonable attorneys' fees) as the prevailing party(ies) may suffer or incur in the pursuit or defense of such action or proceeding.

10.16    Construction. The parties have participated jointly in the negotiation and drafting of this Agreement.    In the event an ambiguity or question of intent or interpretation arises, the language shall be construed as mutually chosen by the parties to express their mutual intent, and no rule of strict construction shall be applied against any party.  Any reference to any federal, state, local, or foreign statute or law shall be deemed also to refer to all rules and regulations promulgated thereunder, unless the context requires otherwise.

10.17    Counterparts. This Agreement may be executed by facsimile and in counterparts, all of which shall be considered an original and one and the same agreement and shall become effective when counterparts have been signed by each of the parties and delivered to the other parties, it being understood that all parties need not sign the same counterpart.

10.18    Survival. Except for Purchaser's representations and acknowledgments set forth in Sections 4.5, 4.6 and 4.7 hereof and Seller's representation set forth in Section 3.5 of this Agreement (all of which shall survive and continue in force following the Closing) and without in any way affecting Seller's disclaimer set forth in Section 3.9 hereof, the respective representations and warranties of Purchaser and Seller under this Agreement shall lapse and cease to be of any further force or effect effective immediately following  the Closing.  Except as provided in the immediately preceding sentence, the covenants and agreements of Seller and Purchaser herein, or in any certificates or other documents delivered prior to or at the Closing, shall not be deemed waived or otherwise affected by the Closing.

US-DOCS\124406808.4

*[Signature pages follow]*

US-DOCS\124406808.4

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed and delivered as of the date first above written.

**SELLER:**

Pinnpack Packaging, LLC, a
Delaware limited liability company and
Debtor and Debtor in Possession

By: _____

    Name:  Brian Weiss
    Title:  Chief Restructuring Officer

**PURCHASER:**

Pinnpack Capital Holdings LLC, a Delaware
limited liability company

By: _____

    Name:  Ira Maroofian
    Title:  Managing Member

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed and delivered as of the date first above written.

**SELLER:**

Pinnpack Packaging, LLC, a
Delaware limited liability company and
Debtor and Debtor in Possession

By:_____
    Name:  Brian Weiss
    Title:  Chief Restructuring Officer

**PURCHASER:**

Pinnpack Capital Holdings LLC, a Delaware
limited liability company

By:_____
    Name:  Ira Maroofian
    Title:  Managing Member

THE UNDERSIGNED HEREBY JOINS IN THIS AGREEMENT FOR THE LIMITED PURPOSE EXPRESSLY SET FORTH IN THE PREAMBLE TO THIS AGREEMENT:

CarbonLite Holdings LLC, a Delaware limited liability company

By: _____

Name: Brian Weiss
Title:  Chief Restructuring Officer

Schedules and Exhibits

**Section 1.1: Purchase Price**

Intentionally omitted.

**Section 2.1(a): Purchased Equipment**

Please see attached report prepared by Gordon Brothers Asset Advisors, LLC.


# Gordon Brothers
1903

# PinnPack
# Packaging LLC

## Inspection Report

**MACHINERY & EQUIPMENT**

**EFFECTIVE DATE:** April 29, 2021
**REPORT DATE:** May 3, 2021

# TABLE OF CONTENTS

Inspection Report performed for:
Force Ten Partners LLC
Mr. Brian Weiss
Co-Founder
20341 SW Birch Street, Suite 220
Newport Beach, CA 92660

Report Contacts:
Gordon Brothers Asset Advisors, LLC
Prudential Tower
800 Boylston St., 27th Floor
Boston, MA 02199

**President, Valuations**
Chris Carmosino

**Senior Managing Director,**
**North American Sales**
Frank Grimaldi

**Managing Director**
Jerome (Jerry) Galaszewski

**Project Manager**
James A. Brodie, ASA, CEA

**For inquiries, please contact**
Aaron Walton
Relationship Manager
+1.512.673.7835
awalton@gordonbrothers.com

MACHINERY & EQUIPMENT LISTING ........................................................ 3
   Oxnard, California ........................................................................ 4

MACHINERY & EQUIPMENT PHOTO REPORT ........................................ 23

APPENDIX
   Project Manager Qualifications





May 3, 2021

Mr. Brian Weiss
Co-Founder
Force Ten Partners LLC
5271 California Avenue, Suite 270
Irvine, CA 92617

**Re: Inspection Report – PinnPack Packaging LLC**
                            **1151 Pacific Avenue**
                            **Oxnard, California**
                            **Machinery & Equipment**

Dear Mr. Weiss:

Gordon Brothers Asset Advisors, LLC ("Gordon Brothers"), an affiliate of Gordon Brothers Group, LLC ("Gordon Brothers Group") is pleased to submit to you the following Inspection Report.

On April 28 through 29, 2021, Gordon Brothers personnel inspected the machinery and equipment of PinnPack Packaging LLC, located at:

    1151 Pacific Avenue, Oxnard, California

The inspection was conducted to gather data relative to the assets and provide an asset listing to be used as documentation for business planning purposes.

The Effective Date of the asset listing is **April 29, 2021**.

GENERAL CONDITION OF THE ASSETS

The general condition of the assets was considered to be fair to good. During the inspection, Gordon Brothers interviewed Company personnel familiar with the overall age and condition of the assets and internal maintenance practices. In some instances, machinery was not in operation at the time of inspection. The inspection report has assumed that all equipment is in working order, unless otherwise specifically indicated in the asset descriptions included in this report.

LETTER OF TRANSMITTAL

Any condition statements that appear in the listing of the assets are based only on general observations made during visual inspection. It is impossible to judge the actual mechanical condition of the assets without relying on the accuracy of the representations made by Company management. This inspection report is not a technical or engineering survey.

The following are Gordon Brothers' guidelines for each condition classification. If no classification is noted in the machinery listing, the asset(s) are considered to be in average condition for their age.

| Classification | Description |
|---|---|
| New | New, unused, installed, or uninstalled property in excellent condition |
| Very Good | Like new condition, only slightly used, capable of full capacity per design specifications without modifications or requiring repairs or abnormal maintenance |
| Good | Used property, capable of operating at or near full specified capacity, that has undergone repairs as part of regular maintenance |
| Average | Used property, requiring some repairs or ordinary replacement of wear parts, with the condition of the item being consistent with its actual age, assuming normal usage |
| Fair | Used property, operating below fully specified capacity due to age and/or application, requiring general maintenance and/or replacement of components and/or wear parts in the foreseeable future |
| Poor | Used property, operating below fully specified capacity due to age and/or application, requiring major rebuild and/or maintenance in the near future of its major components and/or wear parts |
| Scrap | Used property, salvage value only, no longer serviceable, not economically feasible to repair and/or modify, salable only for the recovery of the property's basic material content or reusable component parts |

## STATEMENT OF OWNERSHIP

Gordon Brothers is providing an asset listing of owned and leased assets. Gordon Brothers has assumed that the Company has accurately represented the ownership interest in all of the personal property and has not conducted Uniform Commercial Code ("UCC") searches to determine the ownership. A search of this type is outside the scope of this assignment. It is recommended that any parties with or considering an interest in the assets independently confirm the ownership and determine what potential impact any encumbrances may have on the asset.

The inspection report that follows provides an identification of the machinery and equipment inspected.

It has been a pleasure being of service to you.

Very truly yours,

**Gordon Brothers Asset Advisors, LLC**

James A. Brodie, ASA, CEA
Senior Manager, Valuations





# Machinery & Equipment Listing

PINNPACK PACKAGING LLC
1151 PACIFIC AVENUE
OXNARD, CALIFORNIA

## Department Evaluation Summary

Effective Date: April 29, 2021

| Departments: |
| --- |

Thermoforming
Extrusion
Ancillary Equipment
Ancillary Equipment Building 2
Machine Shop
Quality Control
Throughout Plant
Rolling Stock
Leased Assets

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: April 29, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 3099749



1151 PACIFIC AVENUE
OXNARD, CALIFORNIA

## Description

## Thermoforming

*Item #1*

**Qty (1)**    Thermoformer Line F2, To Include:

(1)    Manufacturer Unknown 2-Station Payoff Stand; with Indexing Roll

(1)    VFK Head Model VFK-APSL1011 In-Line Vacuum Thermoformer; S/N VKP-2080, (2017); 48" Maximum Width; with 12L Preheat Oven; Ceramic Elements; 4-Post Forming Station, with Vacuum Pump; and Mitsubishi Model GOT2000 Touch Screen Operator Terminal

(1)    VFK Head Model VFK-TMCS1040 Straight-Side Auto Cutting Machine, S/N VKP-2081; with Mitsubishi Model GOT1000 Operator Terminal; Automatic Stacker; 48" x 4' Exit Belt Conveyor; and Stainless Steel Stacking Table

(1)    Avian Model GF50-60 In-Line Plastic Granulator; with 22-kW Motor, and Shears Plus Attachment

(1)    New York Blower Pressure Blower, 15 hp

(Asset Documentation is Photographs Shown)

*Item #2*

**Qty (1)**    Thermoformer Line F3, To Include:

(1)    Manufacturer Unknown 2-Station Payoff Stand; with Indexing Roll

(1)    VFK Head Model VFK-APSL1011 In-Line Vacuum Thermoformer; S/N VKP-1970, (2016); 48" Maximum Width; with 12L Preheat Oven; Ceramic Elements; 4-Post Forming Station, with Vacuum Pump; and Mitsubishi Model GOT2000 Touch Screen Operator Terminal

(1)    VFK Head Model VFK-TMCS1040 Straight-Side Auto Cutting Machine, S/N VKP-1971, (2016); with Mitsubishi Model GOT1000 Operator Terminal; Automatic Stacker; 48" x 4' Exit Belt Conveyor; and Stainless Steel Stacking Table

(1)    Avian Model GF50-60 In-Line Plastic Granulator; with 22-kW Motor, and Shears Plus Attachment

(1)    New York Blower Pressure Blower, 15 hp

(Asset Documentation is Photographs Shown)

*Item #3*

**Qty (1)**    Thermoformer Line F4, To Include:

(1)    Manufacturer Unknown 2-Station Payoff Stand

(1)    Manufacturer Unknown Metering Roll Stand

(1)    Lyle Model 152FM In-Line Continuous Thermoformer; S/N 10417.3085/053754; 60" Maximum Width; with 18L Preheat Oven; Toggle Type Forming Station, with Stripper, and Air Eject System; Mitsubishi Model GOT2000 Operator Terminal; and Vacuum Pump

(1)    Lyle Model 150PV Trim Press, S/N 103045018/053037

(1)    Lyle Model 152P2 Horizontal Acting Trim Press, S/N 103040092/053755; with Overhead Feed System; Mitsubishi Model GOT2000 Operator Terminal; and Stainless Steel Stacking Table

(1)    Tria Model TF-15030 Plastic Granulator, S/N 33220350, (2016); with 18.5-kW Motor

(1)    New York Blower Pressure Blower, 15 hp

(1)    3M Model 7000a-PRO Top and Bottom Case Sealer, S/N 21255; Type 21500; with NestaFlex Model 226 Extendable Conveyor

(Asset Documentation is Photographs Shown)



COMPANY NAME: Pacific Packaging LLC
EFFECTIVE DATE: April 23, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 105748



## Description

**Item #4**

Qty(1)    Thermoformer Line F5, To Include:

(1)   Manufacturer Unknown 2-Station Payoff Stand
(1)   Manufacturer Unknown Metering Roll Stand
(1)   Lyle Model 152FM In-Line Continuous Thermoformer, S/N 104173099/062260; 60" Maximum Width; with 18'L Preheat Oven; Toggle Type Forming
      Station, with Stripper, and Air Eject System; Mitsubishi Model GOT2000 Operator Terminal; and Vacuum Pump
(1)   Lyle Model 152PV Trim Press, S/N 103045061/073037
(1)   Lyle Model 152P2 Horizontal Acting Trim Press, S/N 103040104/062261; with Overhead Feed System; Mitsubishi Model GOT2000 Operator Terminal; and
      Stainless Steel Stacking Table
(1)   Avian Model GF50-60 In-Line Plastic Granulator, with 22-kW Motor; and Shears Plus Attachment
(1)   New York Blower Pressure Blower, 15 hp

[Asset Discontinuation in Phase I – Section]

**Item #5**

Qty(1)    Thermoformer Line S6, To Include:

(1)   Manufacturer Unknown Payoff Stand
(1)   Sencorp Metering Roll
(1)   Sencorp Model 2500 In-Line Continuous Thermoformer, S/N 11-06779, (2011); 36" Maximum Width; with 8' Preheat Oven Section; (2) Toggle Type 4-Post
      Forming Stations; Rail Mounted Trim and Stacking Station; and Siemens Model Simatic Multi Panel Touch Control
(1)   VFK Head Model VFK-T1CS6035 Auto Cutter Stacker, S/N VKP-1730, (2014); with Mitsubishi Model GOT1000 Operator Terminal
(1)   Avian Model GF50-60 In-Line Plastic Granulator; with 22-kW Motor; and Approximately 15 hp Blower

[Asset Discontinuation in Phase I – Section]

**Item #6**

Qty(1)    Thermoformer Line S1, To Include:

(1)   Manufacturer Unknown Payoff Stand
(1)   Sencorp Metering Roll
(1)   Sencorp Model 2500 In-Line Continuous Thermoformer, S/N 27068904, (2004); 36" Maximum Width; with 8' Preheat Oven Section; (2) Toggle Type 4-Post
      Forming Stations; Rail Mounted Trim and Stacking Station; and Siemens Model Simatic Multi Panel Touch Control
(1)   VFK Head Model VFK-T1CS1040 Auto Cutter Stacker, S/N VKP-1972, (2016); with Mitsubishi Model GOT1000 Operator Terminal
(1)   Avian Model GF50-60 In-Line Plastic Granulator; with 22-kW Motor; and Approximately 15 hp Blower
(1)   Sterling Model Stand 8 Super Sack Loading Hopper, S/N 86915, (2014)

[Asset Discontinuation in Phase I – Section]

**Item #7**

Qty(1)    Thermoformer Line S8, To Include:

(1)   Manufacturer Unknown Payoff Stand
(1)   Sencorp Metering Roll

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: April 26, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 3096749

Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT LISTING
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA



## Description

*Item #7 (continued)*

(1)  Sencorp Model 2500 In-Line Continuous Thermoformer, S/N 27051898, (2004); 36" Maximum Width; with 8' Preheat Oven Section; (2) Toggle Type 4-Post Forming Stations; and Rail Mounted Trim and Stacking Station

(1)  Avian Model GF50-60 In-Line Plastic Granulator; with 22-kW Motor; and Approximately 10 hp Trim Blower

*(Asset Documentation in Photograph Section)*

*Item #8*

Or×(1)  Thermoforming Line S9, To Include:

(1)  WM Thermoforming Payoff Reel, (2019); with Metering Roll

(1)  WM Thermoforming Model FC1000 IM2 In-Line Continuous Thermoformer, S/N 820, (2019); with 8' Preheat Oven Section; (2) 4-Post Forming Stations; Trim/Stack Station; Overhead Rail Mounted Vacuum Transfer System; 10' x 48" Belt Discharge Conveyor; Stainless Steel Stacking Table; and WM Thermoforming Touch Screen HMI Control

(1)  Tria Model TF-15030 Plastic Granulator, S/N 33220385, (2016)

*(Asset Documentation in Photograph Section)*

## Extrusion

*Item #9*

Or×(1)  Sheet Extrusion Line #2, To Include:

(1)  Una-Dyn Model Piovan Feed Hopper; with Vacuum Motor

(1)  Plast-Control Model GDCN 4100S + 2Dos Blender, S/N 41-625-1018, (2016); with (2) Additive Feeders, Each with Vacuum Motor; and GDC Navigator PLC Control

(1)  Welex Model 4.5-30D 4-1/2" Plastics Extruder, S/N 7747, (2004); 350 hp Motor, 30:1 L/D Ratio, (6) Zones

(1)  Welex Model 6P Single Layer Die Extrusion Die, S/N 7747, (2004)

(1)  Ettlinger Model ECO250 Screen Changer, S/N 05031820688, (2018); with Touch Screen HMI Control

(1)  Nordson 48" Sheet Extrusion Die

(1)  Welex Model 12/18/18 3-Roll Chill Roll Stand, S/N 7748, (2004); 12", 18", and 18" Roll Diameters

(1)  Welex Pull Roll Stand; with Silicone Applicator; Silicone Reservoir; and Edge Trimmers

(1)  Electronic Systems, Ltd. Model Slim Reflex Automatic Gauging System, S/N 593307, (2018); 1,300mm Work Stroke; with Control Console; with Touch Screen HMI Control

(1)  Welex Tensioning Roll Stand

(1)  Welex Model 48D-65-TW 2-Station Winder, S/N 8562, (2010); 42" Maximum Roll Diameter; with Welex PLC Control

(1)  Rapid Model F-14 Plastic Granulator, S/N 58327-001, (2004)

(1)  Lot of Assorted Line Components, To Include: Hopper Tower; Piping; etc.

*(Asset Documentation in Photograph Section)*

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: April 29, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 3096749

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT LISTING
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA

## Description

*Item 970*

Qty (1)   Sheet Extrusion Line #3, To Include:
(1)   Manufacturer Unknown Feed Hopper, with Vacuum Loader
(1)   Plast-Control Model GDCN 4100S + 2Dos Blender, S/N 41-624-1016, (2016); with (2) Additive Feeders, Each with Vacuum Loader; and GDC Navigator PLC Control
(1)   Welex Model 5.0-30 5" Plastics Extruder, S/N 8083, (2006); 250 hp Motor, 30:1 L/D Ratio, (6) Zones; with Repi Model U2011 Die Pump
(1)   Welex Model 5P Single Layer Extrusion Die; with Maag Pump System
(1)   Ettlinger Model ECO250 Screen Changer, S/N 01011720335, (2017); with Touch Screen HMI Control
(1)   Manufacturer Unknown 48" Sheet Extrusion Die
(1)   Welex Model 12/24/24-65 3-Roll Chill Roll Stand, S/N 8094, (2006); 12", 24", and 24" Roll Diameters
(1)   Welex Pull Roll Stand, with Silicone Applicator; Silicone Reservoir; and Edge Trimmer
(1)   Electronic Systems, Ltd. Model Slim Reflex Automatic Gauging System, S/N 593309, (2018); 1,300mm Work Stroke, with Control Console, with Touch Screen HMI Control
(1)   Welex Model 48D-65-TW 2-Station Winder
(1)   Tria Model TR Series Plastic Granulator, S/N 5873, (2016); with 5 hp Blower; and Rapid Cyclone
(1)   Lot of Assorted Line Components, To Include: 2-Level Hopper Mezzanine; Piping; etc.
       (Asset Documentation in Processed Section)

*Item 971*

Qty (1)   Sheet Extrusion Line #4, To Include:
(1)   Una-Dyn Model Plovan Feed Hopper, with Vacuum Loader
(1)   Plast-Control Model GDCN 4100S + 2Dos Blender, S/N 41-626-1016, (2016); with (2) Additive Feeders, Each with Vacuum Loader; and GDC Navigator PLC Control
(1)   Welex Model 6.0-30 6" Plastics Extruder, S/N 8317, (2007); New 373-kW Motor, (2020), 30:1 L/D Ratio, (6) Zones; with Repi Model U2011 Die Pump
(1)   Welex Model 5P Single Layer Extrusion Die
(1)   Ettlinger Model ECO250 Screen Changer, S/N Unknown; with Touch Screen HMI Control
(1)   Manufacturer Unknown 60" Sheet Extrusion Die
(1)   Welex Model 12/24/24-65 3-Roll Chill Roll Stand, S/N 30-8318; 12", 24", and 24" Roll Diameters
(1)   Welex Pull Roll Stand; with Silicone Applicator; Silicone Reservoir; and Edge Trimmer
(1)   Electronic Systems, Ltd. Model Slim Reflex Automatic Gauging System, S/N 593308, (2018); 1,300mm Work Stroke; with Control Console, with Touch Screen HMI Control
(1)   Welex Model 48D-65-TW 2-Station Winder
(1)   Tria Model TR Series Plastic Granulator, S/N 5874, (2016); with 5 hp Blower; and Rapid Cyclone
(1)   Lot of Assorted Line Components, To Include: 2-Level Hopper Mezzanine; Piping; etc.
       (Asset Documentation in Processed Section)

COMPANY NAME: Pinnpack Packaging LLC
EFFECTIVE DATE: Feb 25, 2021
REPORT DATE: Jun 3, 2021
JOB NUMBER: 3096749

Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



## Description

**Item #12**

Qty (1)    Sheet Extrusion Line #5, To Include:

(1) Una-Dyn Model Piovan Feed Hopper; with Vacuum Loader
(1) Plast-Control Model GDCN 4100S + 2Dos Blender, S/N 41-627-1016, (2016); with (2) Additive Feeders, Each with Vacuum Loader, and GDC Navigator PLC Control
(1) Welex Model 6.0-30 6" Plastics Extruder, S/N 8421, (2009); Approximately 350 hp Motor, 30:1 L/D Ratio, (6) Zones
(1) Welex Model 5P Single Layer Extrusion Die
(1) EREMA Model LF_2_354 Screen Changer, S/N P-20150264, (2016), with Siemens Model Simatic Touch HMI Panel Control
(1) Extrusion Dies 60" Sheet Extrusion Die
(1) Welex Model 12/24/24-65 3-Roll Chill Roll Stand, S/N 8429, (2009); 12", 24", and 24" Roll Diameters
(1) Welex Pull Roll Stand; with Silicone Applicator; Silicone Reservoir; and Edge Trimmer
(1) Electronic Systems, Ltd. Model Slim Reflex Automatic Gauging System, S/N 593310, (2018); 1,300mm Work Stroke; with Control Console, with Touch Screen HMI Control
(1) Welex Model 48D-65-TW 2-Station Winder
(1) Tria Model TR Series Plastic Granulator. S/N 5876, (2016)
(1) Lot of Assorted Line Components. To Include: 2-Level Hopper Mezzanine; Piping; etc.
(1) Welex Model 2.5-30 2-1/2" Plastics Extruder, S/N 20-8422, (2009); 100 hp Motor, 30:1 L/D Ratio; with Welex Touch Screen HMI Control
(1) Maka Extrusion Die; with Siemens Model Simatic Touch HMI Control
(1) Polymer Systems Hydraulic Screen Changer
(1) Una-Dyn Model PCT2-300 Gas Fired Dehumidifying Hopper Dryer; S/N 294547.01-0609-R10
(Detail Documentation to Photographer Follow)

**Item #13**

Qty (1)    Sheet Extrusion Line #1, To Include:

(1) Manufacturer Unknown Feed Hopper; with Vacuum Loader
(1) Plast-Control Model GDCN 4100S + 2Dos Blender, S/N 41-623-1016, (2016); with (2) Additive Feeders, Each with Vacuum Loader, and GDC Navigator PLC Control
(1) Welex Model 6.0 6" Plastics Extruder; 260 hp Motor, 30:1 L/D Ratio
(1) Welex Single Layer Extrusion Die
(1) Maag Hydraulic Screen Changer
(1) Manufacturer Unknown 42" Sheet Extrusion Die
(1) Welex Model 17X66SLRH 3-Roll Chill Roll Stand, S/N 2218, (1983); 17" Roll Diameters
(1) Welex Pull Roll Stand; with Silicone Applicator; Silicone Reservoir; and Edge Trimmer
(1) Welex Tension Roll Stand
(1) Welex Model TSW36X60 3-Station Winder, S/N 7749, (2004)

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT LISTING
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA

## Description

*Item #13 (continued)*

Qty (1)  Rapid Model GK2036-KURF Plastic Granulator, S/N 103912-10.1, (2007); with Approximately 20 hp Motor, with Cyclone

Qty (1)  Lot of Assorted Line Components, To Include: 2-Level Hopper Mezzanine; Piping; etc.

*(Asset Documentation in Photograph Section)*

## Ancillary Equipment

*Item #14*

Qty (6)  Adaptive Engineering & Fabrication Model SB-1000 1,000-Cubic Feet Steel Silos, S/N 8881-201-C1; S/N 8881-201-C2; S/N 8881-201-C3; S/N 8881-201-B2; S/N 8881-201-C4; and S/N 8881-201-B1; B-Bottom, Size 8' x 8' x 20'H; Each with 8' x 9" Auger Screw Discharge Conveyor; and Monitor Model HMI Squared Electronic Silo Monitoring System

*(Asset Documentation in Photograph Section)*

*Item #15*

Qty (1)  Donaldson Model Downflo Evolution DFES-20 Dust Collector, S/N 11625997-L1-1; with 50 hp Blower Motor; and (2) CV Technology Interceptor FV Isolation Valves

*(Asset Documentation in Photograph Section)*

*Item #16*

Qty (1)  Sterling Model Stand 8 Super Sack Loading Hopper, S/N 86915, (2014); with 7.5 hp Blower

*Item #17*

Qty (1)  Cousins Model 3300-A Automatic Stretch Wrap Machine, S/N 180620-33A-15366; 72"D Table, Approximately 12' Vertical Travel; with 52" x 10' Power Roller Feed Conveyor; 52" x 5' Power Roller Exit Conveyor; 52" x 10' Roller Conveyor; and A-Arm Attachment

*(Asset Documentation in Photograph Section)*

*Item #18*

Qty (1)  Jet Model HVBS-712 7" x 12" Horizontal/Vertical Band Saw, S/N 1705BE03172

*Item #19*

Qty (1)  Grinding Line #1, To Include:

Qty (1)  Una-Dyn Model ProTec Hydraulic Tote Dump

Qty (1)  Virginio Nastri Model CLR 800mm x 7,000mm Inclined Belt Conveyor, S/N 28934/17, (2017); 2" Flights

Qty (1)  Manufacturer Unknown Model 5.2D 800/400 Pass Through Metal Detector, S/N 2017-1209-D

Qty (1)  Tria Model TR Series Plastic Granulator, (2016); with Sound Enclosure; Sterling 15 hp Blower; and Manufacturer Unknown Cyclone Hopper

*(Asset Documentation in Photograph Section)*

*Item #20*

Qty (5)  3M Model 3000A-PRO Top and Bottom Case Sealers, S/N 21243; S/N 21252; S/N 21241; S/N 21238; and S/N 21253, (2016)

*Item #21*

Qty (1)  Mamuth Top and Bottom Case Sealer

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: April 29, 2021
REPORT DATE: May 2, 2021
JOB NUMBER: 3096749


Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

## Description

**Item #22**

Qty(1)    Tria Model TF-15030 Plastic Granulator, S/N 33220351, (2016); with 18.5-kW Motor; (Partially Disassembled)

**Item #23**

Qty(1)    Grinding Line #2, To Include:
(1) Bunting Magnetics 36" x 18' Inclined Belt Conveyor, S/N 9347829-1-1-01; with 3" Flights
(1) Weima Model WL8 Plastic Granulator, S/N 510-2048, (2016); 35.4 hp Motor
(1) Bunting Magnetics 12" x Approximately 12' Inclined Belt Conveyor, S/N 9343579-1-1-01
(1) Crizaf Model W1220-000001 784mm x 7,000mm Portable Inclined Belt Conveyor, S/N 42862, (2016)
(1) Manufacturer Unknown Model 5.2D 800/400 Pass Through Metal Detector, S/N 2016-1244-D, (2016)
(1) Tria Model BM Series Plastic Granulator, S/N 33220474, (2016); 90 kW Motor; with SGF Sound Enclosure; and Sterling 15 hp Blower, with Cyclone
Hopper

**Item #24**

Qty(1)    Super Sack Loading Station; with (6) 6' x 8' x 7'H Cone Bottom Steel Hoppers; and (1) CM Model Lodestar 2-Ton Electric Hoist, Operative Platform

**Item #25**

Qty(1)    Una-Dyn Model DHD-120GF Gas Fired Dryer, S/N 285356.01-0907; 331,000 Btu/Hour Maximum Flow Rate

**Item #26**

Qty(1)    Una-Dyn Model K98285356.05 3,000-cfm Gas Pack Process Heater

**Item #27**

Qty(2)    Una-Dyn Blowers, 30 hp

**Item #28**

Qty(1)    Manufacturer Unknown Steel Chill Box

**Item #29**

Qty(1)    Una-Dyn Model G99285356.08 Process Filter, S/N 285356

**Item #30**

Qty(1)    Una-Dyn Drying Hopper; with Vacuum Loader, and Cyclone

**Item #31**

Qty(1)    Una-Dyn Model XTLR-4000GF Gas Fired Crystallizer, S/N 285360.01-0907; with Vacuum Loader; and Cyclone

**Item #32**

Qty(1)    Una-Dyn Model K98285360.05 3,000-cfm Gas Pack Process Heater, S/N 285360; 890,000 Btu/Hour Maximum Flow Rate; with 40 hp Blower

**Item #33**

Qty(1)    Una-Dyn Model H99285360.08 Process Filter, S/N 285360



MACHINERY & EQUIPMENT LISTING
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA



## Description

**Item #34**
Qty(1)   Una-Dyn Model PCT2-3000 Gas Fired Dehumidifying Hopper Dryer, S/N 294539.01-0609-R10; 350,000 Btu/Hour Maximum Flow Rate
(Asset Documentation In Photograph Section)

**Item #35**
Qty(1)   Una-Dyn Model K98284539.04 600-cfm Gas Pack Process Heater, S/N 294539; 597,000 Btu/Hour Maximum Flow Rate

**Item #36**
Qty(1)   Una-Dyn Drying Hopper; with Vacuum Loader; and Cyclone

**Item #37**
Qty(1)   Una-Dyn Model X98294538.02 Gas Fired Crystallizer, S/N 294538; with Vacuum Loader; and Cyclone

**Item #38**
Qty(1)   Una-Dyn Model K98294538 1,500-cfm Gas Pack Process Heater, S/N 294538; 597,000 Btu/Hour Maximum Flow Rate; with 40 hp Blower

**Item #39**
Qty(1)   Una-Dyn Model H33294538.08 Process Filter, S/N 294538

**Item #40**
Qty(1)   Una-Dyn Model PCT2-2500GF Gas Fired Dehumidifying Hopper Dryer, S/N 264389.01-01-0106; 206,576 Btu/Hour Maximum Flow Rate
(Asset Documentation In Photograph Section)

**Item #41**
Qty(1)   Una-Dyn Model K98264389.05 1,500-cfm Gas Pack Process Heater, S/N 264389; 597,000 Btu/Hour Maximum Flow Rate

**Item #42**
Qty(1)   Una-Dyn Model G99264389.03 11,000-Lb. Solid Cone Hopper, S/N 264389; with Vacuum Loader, and Cyclone

**Item #43**
Qty(1)   Una-Dyn Model XTLR-3000GF Gas Fired Crystallizer, S/N 264386.01-01-0106; with Vacuum Loader; and Cyclone
(Asset Documentation In Photograph Section)

**Item #44**
Qty(1)   Una-Dyn Model K98246386.04 2,000-cfm Gas Pack Process Heater, S/N 264386; 580,000 Btu/Hour Maximum Flow Rate; with 40 hp Blower

**Item #45**
Qty(1)   Una-Dyn Model 099264386.06 Process Filter, S/N 264386

**Item #46**
Qty(1)   Una-Dyn Model PCT2-2000GF Gas Fired Dehumidifying Hopper Dryer, S/N 238852.01-01-1003; 206,576 Btu/Hour Maximum Flow Rate

**Item #47**
Qty(1)   Una-Dyn Model K98238852.10-01 1,500-cfm Gas Pack Process Heater, S/N 238852; 597,000 Btu/Hour Maximum Flow Rate

**Item #48**
Qty(1)   Una-Dyn Model G99238852.06-01 12,000-Lb. Solid Cone Hopper, S/N 238852; with Vacuum Loader; and Cyclone

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: April 29, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 3096749

Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT LISTING
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA

## Description

*Item #49*
Qty(1)    Una-Dyn Model XTLR-2000GF Gas Fired Crystallizer, S/N 238850.01-01-1003; with Vacuum Loader; and Cyclone

*Item #50*
Qty(1)    Una-Dyn Model K98238850.11-01 1,500-cfm Gas Pack Process Heater, S/N 238850, 447,000 Btu/Hour Maximum Flow Rate; with 25 hp Blower

*Item #51*
Qty(1)    Una-Dyn Model H99238850.06-01 Process Filter, S/N 238850

*Item #52*
Qty(9)    Una-Dyn Model 15HP Vacuum Pumps, S/N 294520.01-02-0708; S/N 294520.01-01-0708; S/N 285359.02-02-0907; S/N 285359.01-01-0907; S/N 285359.02-01-0907; S/N 238851.21-01-1003; S/N 238851.21-02-1003; S/N 264396.01-01-0106; and S/N 264396.01-02-0106, 15 hp; Each with Dual In-Line Filters
[Used Documentation In Photograph Section]

*Item #53*
Qty(4)    Una-Dyn Model Omni-IVWB 4-Bin Weigh Scale Blenders, S/N X98307621.07; S/N X72285361.07; S/N X72238853.09; and S/N X72264398.07; Each with (3) Vacuum Loaders
[Used Documentation In Photograph Section]

*Item #54*
Qty(1)    Una-Dyn Super Sack Unloading System; with 5' x 5' x 6'H Hopper; and Budgit 2-Ton Electric Hoist

*Item #55*
Qty(1)    Fortress Model Phantom Pass Through Metal Detector, S/N CVF-2161; (Not In Use)

*Item #56*
Qty(1)    Brown Machine Model LR-2000 Lip Roller, S/N 15124, (2007); with AEC Temperature Controller; (Not In Use)

*Item #57*
Qty(1)    Rennco Model 501 36 Vertical L-Bar Sealer, S/N ALU14365S102BG; with Allen-Bradley Model PanelView 600 PLC Control; (Not In Use)

## Ancillary Equipment Building 2

*Item #58*
Qty(1)    Manufacturer Unknown Super Sack Unloading System; with CM Model Lodestar 2-Ton Electric Hoist; and 4' x 4' x 4' V-Bottom Hopper

*Item #59*
Qty(1)    Novatec Model MPC-2500 Hopper Dryer, S/N 14-258-3242, (2002)
[Used Documentation In Photograph Section]

*Item #60*
Qty(1)    Novatec Model GFH2500 Gas Plant, S/N 14-258-0114, (2002); 810,000 Btu/Hour Input

*Item #61*
Qty(1)    Novatec Model GFH2000 Gas Plant, S/N 14-258-0115, (2002); 720,000 Btu/Hour Input

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: April 29, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 3096749

Gordon Brothers



## Description

**Item #62**
Qty(1)   Novatec 12,000-Lb. Hopper Dryer, with Vacuum Loader
(Asset Documentation In Photograph Section)

**Item #63**
Qty(2)   Novatec Cyclones; Each with Steel Heat Box

**Item #64**
Qty(1)   Novatec Model CCR-2000 2,000-Lb. Hopper Dryer, S/N 14-258-0049, (2002)

**Item #65**
Qty(1)   Transfer Blower, 15 hp

**Item #66**
Qty(2)   AEC Whitlock Model VTPB-15 Vacuum Power Units; Each with (2) In-Line Air Filters, (1) Incomplete

**Item #67**
Qty(1)   Maguire Model WSB-1840T Weigh Scale Blender, S/N B117778

**Item #68**
Qty(1)   Repi Model U2011 Ink Pump

**Item #69**
Qty(1)   Lantech Model Q300 Stretch Wrap Machine, S/N QM025151; 65"D Platform; (Not In Use)

**Item #70**
Qty(1)   Lantech Model Q300 Stretch Wrap Machine, S/N QM034429, (2016); 65"D Platform
(Asset Documentation In Photograph Section)

## Machine Shop

**Item #71**
Qty(1)   Manufacturer Unknown 3-Ton Portable A-Frame Gantry Crane, with CM Model Lodestar 3-Ton Electric Hoist

**Item #72**
Qty(1)   Hansford Die Separator; 30" x 64" Bed Size

**Item #73**
Qty(1)   Chevalier Model FSG-1628AD Automatic Surface Grinder, S/N G2862001; with Kinjung 16" x 28" Electromagnetic Chuck; and Coolant Tank

**Item #74**
Qty(1)   Bridgeport Model Series I Variable-Speed Vertical Milling Machine, S/N BR253452, (1989), 2 hp; with 9" x 48" Power Feed Table; and Anilam Model Wizard 211 2-Axis Digital Readout

**Item #75**
Qty(1)   Jet Model HVBS-712 7" x 12" Horizontal/Vertical Band Saw, S/N 1606BE00613

COMPANY NAME: Pinnpack Packaging LLC
EFFECTIVE DATE: Apr 29, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 3096749

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT LISTING
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA

## Description

*Item #76*
Qty(1)  Manufacturer Unknown 3-Ton Portable A-Frame Gantry Crane; with Prowinch 3-Ton Electric Hoist

*Item #77*
Qty(1)  Haas Model VF-8B/40 CNC Vertical Machining Center, S/N 1054897, (2007); 36" x 64" Table Size, 10,000 rpm Maximum Spindle Speed; with 24-Position Automatic Tool Changer; Haas CNC Control; and TSC Through-Spindle Coolant
(Asset Documentation in Photograph Section)

*Item #78*
Qty(1)  Bridgeport Model 13-5 13" x 42" Between Centers Quick Change Geared-Head Engine Lathe, S/N 26214-210; 50-1,600 rpm Spindle Speed Range
(Asset Documentation in Photograph Section)

*Item #79*
Qty(1)  Haas Model VM2 Mold Maker CNC Vertical Machining Center, S/N 1054599, (2006); 18" x 36" Table Size; with 24-Position Automatic Tool Changer; and Haas CNC Control
(Asset Documentation in Photograph Section)

*Item #80*
Qty(1)  Haas Model VM3 Mold Maker CNC Vertical Machining Center, S/N 1070596, (2008); 25" x 54" Table Size; with 24-Position Automatic Tool Changer; Haas CNC Control; and TSC Through-Spindle Coolant
(Asset Documentation in Photograph Section)

*Item #81*
Qty(1)  Haas Model VM3 Mold Maker CNC Vertical Machining Center, S/N 1079128, (2010); 25" x 54" Table Size; with 24-Position Automatic Tool Changer; and Haas CNC Control
(Asset Documentation in Photograph Section)

*Item #82*
Qty(1)  Bridgeport Model Series I Variable-Speed Vertical Milling Machine, S/N 12BR249887, (1987), 2 hp; with 9" x 42" Power Feed Table
(Asset Documentation in Photograph Section)

*Item #83*
Qty(1)  Econoline Model 48X48 Sand Blast Cabinet, S/N 0213; 48" x 48" x 40" Size; with Dust Collector

*Item #84*
Qty(1)  Safety-Kleen Parts Washer

*Item #85*
Qty(1)  Haas Model SL30 3-Axis CNC Slant Bed Lathe, S/N 3075555, (2006); with 12" Position Turret; 30 hp Vector Dual Drive; Live Tooling; and Hennig Chip Conveyor
(Asset Documentation in Photograph Section)

*Item #86*
Qty(1)  Miller Model Syncrowave 351 350-Amp DC AC/DC Arc Welder, S/N KE671302, (1994); with Miller Model Coolmate 4 Cooling System

*Item #87*
Qty(1)  Manufacturer Unknown 2-Ton Portable A-Frame Gantry Crane; with (2) CM 2-Ton Chain Hoists

15

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: April 29, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 3096749

Gordon
Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

**MACHINERY & EQUIPMENT LISTING**
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA



## Description

*Item #88*
Qty(1)    DoAll Model 2013-V 20" Vertical Band Saw, S/N 571-05215, (2005); 26" x 26" Table Size, 55-5,200 fpm Blade Speed

*Item #89*
Qty(1)    Schwabe Model DG Up-Acting Die Cutter, S/N 50182

*Item #90*
Qty(1)    EnerSys Model EH3-12-900 24-Volt Battery Charger, S/N ME175187

*Item #91*
Qty(1)    Panel Pro Model PRO 2K Vertical Panel Saw, S/N 2529; with 15-Amp Saw Motor

*Item #92*
Qty(1)    Laborsaber Model DJ36 Ultramatic Die Saw, S/N 1141; 32" x 36" Table Size; with Drill Head; and Dust Collector

*Item #93*
Qty(1)    Delta Model Unisaw 34-802 10" Table Saw, S/N 88K88893; with Dust Collector

*Item #94*
Qty(1)    Bridgeport 8-Speed Vertical Milling Machine, S/N 12BR72442, (1964), 1 hp; with 9" x 42" Power Feed Table; and Acu-Rite Model MillMate 2-Axis Digital Readout

*Item #95*
Qty(1)    Worthy Tall Industry Model WT06 Auto Bender Machine, S/N 2020802
*(Asset Documentation In Foreground) Saillon*

*Item #96*
Qty(1)    Delta Model 51-750 6" x 12" Belt/Disc Sander, S/N 65J26409

## Quality Control

*Item #97*
Qty(1)    Chatillon Model LTCM-100 Bench Top Force Tester, S/N 08141202, (2012)

*Item #98*
Qty(1)    Photovolt Model 577-A Reflectance Meter, S/N 00484

*Item #99*
Qty(1)    BYK-Gardner Model Haze-Gard i Transparency and Haze Meter, S/N 1202690

*Item #100*
Qty(1)    Olympus Model Magna-Mike 8600 Electronic Thickness Gauge, S/N 170434012

*Item #101*
Qty(1)    Lot of Assorted Quality Equipment, To Include: (2) A&D Model EJ1500 Bench Top Scales; Fowler 12" Digital Height Gauge; Danby Chest Freezer; Kirkland Refrigerator/Freezer; Assorted Calibration Equipment; Scales; Testing Equipment; Lab Benches; etc.

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

## Description

### Throughout Plant

**Item #102**
QTY:(2)   Manchester Tank 2,200-Gallon Steel Vertical Air Receiving Tanks, S/N 596626; and S/N 596614, (2004); 60"D x 12'H

**Item #103**
QTY:(1)   Ryobi 3,100-psi Pressure Washer

**Item #104**
QTY:(1)   Lincoln Electric Model EasyMIG 140 Mig Welder, S/N M0131005463

**Item #105**
QTY:(1)   Lincoln Electric Model Plasma 20 Plasma Cutter, S/N I5120900086

**Item #106**
QTY:(1)   Ekuma Model Ekuma 700 Super Cleaner, S/N MO.170260, (2017); 27-1/2"D x 24"D

**Item #107**
QTY:(1)   Baileigh 20-Ton H-Frame Hydraulic Press, S/N 188592012, (2020)

**Item #108**
QTY:(1)   Flex-Weigh 5,000-Lb. Digital Platform Scale, S/N 128209; 4' x 4' Scale Deck; with Model IQ 355 Scale Head

**Item #109**
QTY:(1)   EnerSys Model EH3-12-900 24-Volt Battery Charger, S/N ME175188

**Item #110**
QTY:(1)   Inscale Model IN7620 5,000-Lb. Digital Platform Scale, S/N 68595; 4' x 4' Scale Deck; with Drive On Ramp; and Model LP7510A Readout

**Item #111**
QTY:(1)   Marathon Model TC-2.50 HD Hydraulic Compactor, S/N 95439WB; No Container
*(Asset Documentation in Photograph Section)*

**Item #112**
QTY:(1)   Nexgen Model SE-503042-830 Horizontal Hydraulic Baler, S/N 2909498, (2011); 30" x 42" Bale Size; with Bin Dump
*(Asset Documentation in Photograph Section)*

**Item #113**
QTY:(1)   York Model YLAA0155SE46XCASDTXA Chiller, S/N 2MXM014146; (Not In Service)

**Item #114**
QTY:(1)   Carrier Model 30RBF17065-LK-33 170-Ton Chiller, S/N 0719Q88872, (2019)
*(Asset Documentation in Photograph Section)*

**Item #115**
QTY:(1)   Chilled Water Pump System; with (2) 50 hp Pumps; and Associated Piping

**Item #116**
QTY:(1)   Nalco Model 3DTNXG-CW Standard Water Softening System, S/N 105629038-5; with (4) Resin Tanks

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: April 29, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 3096749

Gordon
Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT LISTING
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA

Gordon Brothers

## Description

Item #117
Qty (1)    American Cooling Tower; (Not In Service)

Item #118
Qty (1)    Carrier Model 30RAP0166DC5DF00 166-Ton Chiller, S/N 0618Q61298, (2018)

Item #119
Qty (1)    Sullair Model LS20S-150H-ACAC Rotary Screw Air Compressor, S/N 003-113266, 150 hp; 31,864 Hours Indicated
           (Asset Documentation In Photograph Section)

Item #120
Qty (1)    Ingersoll-Rand Model Sierra 350A Packaged Rotary Screw Air Compressor, S/N TS7616U18030, (2018), 350 hp; 21,830 Hours Indicated
           (Asset Documentation In Photograph Section)

Item #121
Qty (1)    Elliott Model Polaris Rotary Screw Air Compressor, S/N B3EU2166, (2014), 500 hp
           (Asset Documentation in Photograph Section)

Item #122
Qty (1)    Hankison Refrigerated Air Dryer; (Plate Too Faded To Read)

Item #123
Qty (1)    Hankison Model XXX-2000 Refrigerated Air Dryer; (Plate Too Faded To Read)

Item #124
Qty (1)    Sullair Model VS16-40/W/SUI Vacuum Pump, S/N 003-V87007, 40 hp; 66,872 Hours Indicated
           (Asset Documentation In Photograph Section)

Item #125
Qty (1)    Sullair Model VS16-30W Vacuum Pump, S/N 003-V87338, 30 hp; 46,653 Hours Indicated

Item #126
Qty (1)    4' x 6' x 4'D Steel Chilled Water Tank; with 20 hp Pump; and 7.5 hp Pump

Item #127
Qty (1)    Carrier Model 30RBF15065-LK-3 150-Ton Chiller, S/N 2817Q86292
           (Asset Documentation in Photograph Section)

Item #128
Qty (1)    Sullair Model LS20S-150H ACAC Rotary Screw Air Compressor, S/N 003-105189, 150 hp; 27,539 Hours Indicated
           (Asset Documentation in Photograph Section)

Item #129
Qty (1)    Hankison Model HPR-1650 Refrigerated Air Dryer, S/N 1000002870791

Item #130
Qty (1)    Manchester Tank 500-Gallon Steel Vertical Air Receiving Tank, (2002)

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: April 28, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 3096749

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

**MACHINERY & EQUIPMENT LISTING**
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA



## Description

Item #131
Qty (1)    Manchester Tank 240-Gallon Steel Vertical Air Receiving Tank, (1988)

Item #132
Qty (3)    AEC 4' x 4' x 4' Chilled Water Tanks; Each with 15 hp Pump; and 7.5 hp Pump

Item #133
Qty (1)    Manufacturer Unknown Hydraulic Vertical Baler; 28" x 60" Bale Size, 48" Stroke

Item #134
Qty (1)    EnerSys Model WG1-12-865 24-Volt Battery Charger, S/N GA26227

Item #135
Qty (1)    Lot of Assorted Shop and Factory Support Equipment Throughout Facility, To Include, But Not Limited To: Pallet Racking; Pallet Racks; Pedestal Fans; Double-End Grinders; Rolling Material Carts; Steel Shelving; Bench and Machine Vises; Tool Holders; Hand Tool; Hand Trucks; Safety Ladders; Hand Benders; Self-Dumping Hoppers; Work Benches; etc.

## Rolling Stock

Item #136
Qty (1)    Skyjack Model SJ3226 Electric Scissor Lift, S/N 27032329, (2017); 26' Lift

Item #137
Qty (2)    Raymond Model ET-R40TT 4,000-Lb. Stand-Up Riding Reach Type Electric Lift Trucks, S/N ET-14-FF21404, Asset #12; and S/N ET-14-FF21405, Asset #11; 210" Lift

Item #138
Qty (1)    MEC Model 2633ES Electric Scissor Lift, S/N 1110039, (2005); 26' Maximum Lift

Item #139
Qty (1)    Toyota Model 8HBE30 6,000-Lb. Electric Pallet Truck, S/N 8HBE30-46541
(Asset Documentation in Photograph Section)

## Leased Assets

Item #140
Qty (1)    Thermoformer Line F1, To Include:
  (1)    Manufacturer Unknown 2-Station Payoff Stand; with Roll Lift; and Indexing Station; *(Leased)*
  (1)    Thermoforming Systems LLC Model Low Flex 5.0 In-Line Continuous Thermoformer, S/N 1285, (2017); 48"W Maximum Capacity; with Approximately 22'L Preheat Oven; Ceramic Elements; Clam Shell Opening; Straight-Side Forming Station; Top Mounted Air and Vacuum Tanks; Toggle Action, with Stripper, and Sheet Clamp; and Console Control, with ELO Touch Screen HMI Control; *(Leased)*
  (1)    Advantage Engineering Model SK-1035VE-UL-SSR Temperature Controller, S/N 153114, (2016); *(Leased)*
  (1)    Advantage Engineering Model SKD-10100T-UL Portable Chiller, S/N 152621, (2016); *(Leased)*

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: April 20, 2021
REPORT DATE: May 3, 2021
JOB NUMBER: 3096749

Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT LISTING
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA

## Description

*Item #140 (continued)*

- (1) Thermoforming Systems LLC Model LRVTS Straight-Side Trim Press, S/N 1285, (2017); with Feed/Indexing System; Helm Model Loadgard Load Monitoring System; Material Stacking System; and 22" x 12' Belt Conveyor; *(Leased)*
- (1) Tria Model TF-15030 Plastic Granulator, S/N 33220388, (2016); with New York Blower 15 hp Pressure Blower; *(Leased)*
- (1) 3M Model 7000a-PRO Top and Bottom Case Sealer, S/N 21239; Type 21500, with Nestal Extendable Conveyor; *(Leased)*

(Asset Documentation In Photograph Section)

*Item #141*

Qty (1)  Thermoformer Line F6, To Include:

- (1) Manufacturer Unknown 2-Station Payoff Stand; with Metering Roll; *(Leased)*
- (1) Thermoforming Systems LLC Model Low Flex 5.0 In-Line Continuous Thermoformer, S/N 1073, (2007); 48"W Maximum Capacity; with Approximately 22'L Preheat Oven; Ceramic Elements; Clam Shell Opening; Straight-Side Forming Station; Top Mounted Air and Vacuum Tanks; Toggle Action, with Stripper, and Sheet Clamp; and Console Control, with ELO Touch Screen HMI Control; *(Leased)*
- (1) Lyle Model 152PV Trim Press, S/N 1030045033/061042; *(Leased)*
- (1) Thermoforming Systems LLC Model V5.0 HD Horizontal Trim Press; with Feed and Indexing System; Helm Model Loadgard System; and Stainless Steel Stacking Table; *(Leased)*
- (1) Avian Model GF50-60 In-Line Plastic Granulator; with 22-kW Motor; and Approximately 10 hp Trim Blower; *(Leased)*

(Asset Documentation In Photograph Section)

*Item #142*

Qty (1)  Thermoformer Line F7, To Include:

- (1) Manufacturer Unknown 2-Station Payoff Stand; with Metering Roll; *(Leased)*
- (1) Thermoforming Systems LLC Model Low Flex 5.0 In-Line Continuous Thermoformer, S/N 1111, (2008); 48"W Maximum Capacity; with Approximately 22'L Preheat Oven; Ceramic Elements; Clam Shell Opening; Straight-Side Forming Station; Top Mounted Air and Vacuum Tanks; Toggle Action, with Stripper, and Sheet Clamp; and Console Control, with ELO Touch Screen HMI Control; *(Leased)*
- (1) Thermoforming Systems LLC Model V5.0 HD Horizontal Trim Press, S/N 1111, (2008); with Feed System; and Stainless Steel Stacking Table; *(Leased)*
- (1) Tria Model TF-15030 Plastic Granulator, S/N Unknown, (2016); with 18.5-kW Motor; *(Leased)*
- (1) Manufacturer Unknown Approximately 10 hp Trim Blower; *(Leased)*

(Asset Documentation In Photograph Section)

*Item #143*

Qty (1)  Thermoformer Line F8, To Include:

- (1) Manufacturer Unknown 2-Station Payoff Stand; with Metering Roll; *(Leased)*
- (1) Thermoforming Systems LLC Model Low Flex 5.0 In-Line Continuous Thermoformer, S/N 1120, (2009), 48"W Maximum Capacity; with Approximately 22'L Preheat Oven; Ceramic Elements; Clam Shell Opening; Straight-Side Forming Station; Top Mounted Air and Vacuum Tanks; Toggle Action, with Stripper, and Sheet Clamp; and Console Control, with ELO Touch Screen HMI Control; *(Leased)*
- (1) Thermoforming Systems LLC Model V5.0 HD Horizontal Trim Press, S/N 1120, (2009); with Feed System; and Stainless Steel Stacking Table; *(Leased)*



COMPANY NAME: PinnPak Packaging LLC
EFFECTIVE DATE: April 01, 2021
REPORT DATE: May 11, 2021
JOB NUMBER: 3096749

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT LISTING
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA

## Description

**Item #143 (continued)**

Qty (1) Tria Model TF-15030 Plastic Granulator, S/N 33220386, (2016); with 18.5-kW Motor; *(Leased)*

Qty (1) Manufacturer Unknown Approximately 10 hp Trim Blower; *(Leased)*

(Asset Located Indoors In Flooded with Sealing)

**Item #144**

Qty (1) Doosan Model GC25P-5 4,700-Lb. LP Gas Lift Truck, S/N FGAOR-1790-00846, Asset #8; 189" Lift, Solid Tire, Overhead Guard; with Roll Clamp Attachment; *(Leased)*

**Item #145**

Qty (1) UniCarriers Model MP1F2A25LV 4,050-Lb. LP Gas Lift Truck, S/N P1F2-9H25032, Asset #4; 187" Lift, Cushion Tire, Overhead Guard; with Side Shift; *(Leased)*

**Item #146**

Qty (1) Doosan Model GC35S-5 4,650-Lb. LP Gas Lift Truck, S/N FGB0A-2560-00019, Asset #9; 185" Lift, Solid Tire, Overhead Guard; with Side Shift; *(Leased)*

**Item #147**

Qty (1) Erema Sheet Extrusion Line, To Include:

Qty (1) EREMA 8' x 10'H Reactor; with Vacuum Loader; (2) Erema Model RVP-2500 Dryers; VPS Compact Vacuum System, SIHI Vacuum Pumps, Kaeser Omega Vacuum Pumps; Erema 5.5-kW Vacuum Transfer Pump; and FDM In-Line Filter; *(Leased)*

Qty (1) EREMA Model Vacurema Basic 2016T IM Approximately 8" Plastics Extruder; (6) Zones; with Erema/Rittal Touch Screen Control; *(Leased)*

Qty (1) EREMA Single Layer Extrusion Die; *(Leased)*

Qty (1) EREMA Rotary Screen Changer; *(Leased)*

Qty (1) Maku-DieTool 60" Sheet Extrusion Die; with Siemens Model Simatic Touch HMI Control; *(Leased)*

Qty (1) Reifenhauser Model Mirex-MT-1-1600 Cast Sheet Coating System, S/N ZRU16069073A5010, (2017); with (3) Approximately 20"D Chill Rolls; and (4) Approximately 12" Secondary Chill Rolls; *(Leased)*

Qty (1) Electronic Systems, Ltd. Model Slim Reflex Automatic Gauging System, S/N 593141, (2017); 1,300mm Work Stroke; with Control Console, with Touch Screen HMI Control; *(Leased)*

Qty (1) Reifenhauser Tension Roll Stand; with Panel PC Touch Screen HMI Control; *(Leased)*

Qty (1) Cattorini Model SL/1 Silicone Applicator, S/N 1769, (2017); with Silicone Reservoir; *(Leased)*

Qty (1) Cattorini Model AVC-2 Approximately 80' Accumulator Tower, S/N 1768, (2017); *(Leased)*

Qty (1) Reifenhauser Haul-Off Stand; with Edge Trimmer; *(Leased)*

Qty (2) Motorized Winders; Each with Portable Roll Carts; *(Leased)*

Qty (1) Tria Model TR Series Plastic Granulator, S/N 4064, (2017); *(Leased)*

Qty (1) Kelviplast Model W500.95-3K-DK Chiller, S/N 3173866.10, (2017); with Siemens Model Simatic HMI Control; *(Leased)*

(Asset Occurred into Flooded with Sealing)

**Item #148**

Qty (1) UniCarriers Model MCP1F2A25LV 4,400-Lb. LP Gas Lift Truck, S/N CP1F2-9W27369, Asset #10; 187" Lift, Solid Tire, Overhead Guard; with Side Shift; *(Leased)*

**Item #149**

Qty (1) UniCarriers Model MCP1F2A25LV 4,400-Lb. LP Gas Lift Truck, S/N CP1F2-9W27053, Asset #3; 187" Lift, Solid Tire, Overhead Guard; with Side Shift; *(Leased)*

COMPANY NAME: PinnPack Packaging LLC
EFFECTIVE DATE: Nov 25, 2020
REPORT DATE: May 3, 2021
JOB NUMBER: 3096749


Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT LISTING
PINNPACK PACKAGING LLC
OXNARD, CALIFORNIA

## Description

**Item #150**

Qty (1)  Doosan Model GC25P-5 4,500-Lb. LP Gas Lift Truck; S/N FGAOR-1790-00847, Asset #5; 189" Lift, Solid Tire, Overhead Guard; with Side Shift; *(Leased)*

**Item #151**

Qty (1)  UniCarriers Model MCP1F2A25LV 4,400-Lb. LP Gas Lift Truck; S/N CP1F2-9W27054, Asset #1; 187" Lift, Solid Tire, Overhead Guard; with Side Shift; *(Leased)*

**Item #152**

Qty (1)  UniCarriers Model MUG1F2A30LV 5,200-Lb. LP Gas Lift Truck; S/N UG1F2-9L22207, Asset #7; 187" Lift, Cushion Tire, Overhead Guard; with Side Shift; *(Leased)*

**Item #153**

Qty (1)  Doosan Model GC25P-5 4,500-Lb. LP Gas Lift Truck; S/N FGAOR-1790-00848, Asset #2; 187" Lift, Solid Tire, Overhead Guard; with Roll Clamp Attachment; *(Leased)*

Gordon Brothers



# Machinery & Equipment Photo Report







Item #1 - 2 VFK Head Model VFK-TMCS1040 Straight-Side Auto Cutting Machine



Item #2 - 1 VFK Head Model VFK-APSL1011 In-Line Vacuum Thermoformer



Item #1 - 1 VFK Head Model VFK-APSL1011 In-Line Vacuum Thermoformer

Item #1 - 3 Avian Model GF50-60 In-Line Plastic Granulator

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

Gordon Brothers

MACHINERY & EQUIPMENT PHOTO REPORT
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA



Gordon Brothers



Item #2 - 3 Avian Model GF50-60 In-Line Plastic Granulator



Item #3 - 2 Lyle Model 152FM In-Line Continuous Thermoformer

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #2 - 2 VFK Head Model VFK-TMCS1040 Straight-Side Auto Cutting Machine

Item #3 - 1 Lyle Model 152FM In-Line Continuous Thermoformer

**MACHINERY & EQUIPMENT PHOTO REPORT**
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

Gordon Brothers



Item #3 - 4 Lyle Model 152P2 Horizontal Acting Trim Press



Item #3 - 3 Lyle Model 150PV Trim Press



Item #4 - 1 Lyle Model 152FM In-Line Continuous Thermoformer

Item #3 - 5 Tria Model TF-15030 Plastic Granulator

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT PHOTO REPORT
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

Gordon
Brothers



Item #4 - 3 Lyle Model 152P2 Horizontal Acting Trim Press

Item #5 - 1 Sencorp Model 2500 In-Line Continuous Thermoformer



Item #4 - 2 Lyle Model 152PV Trim Press





Item #4 - 4 Avian Model GF-50-60 In-Line Plastic Granulator

MACHINERY & EQUIPMENT PHOTO REPORT
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

Gordon Brothers



Item #5 - 3 Avian Model GF50-60 In-Line Plastic Granulator

Item #6 - 2 VFK Head Model VFK-T1CS1040 Auto Cutter Stacker

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #5 - 2 VFK Head Model VFK-T1CS6035 Auto Cutter Stacker



Item #6 - 1 Sencorp Model 2500 In-Line Continuous Thermoformer

MACHINERY & EQUIPMENT PHOTO REPORT
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

Gordon
Brothers



Item #7 - 1 Sencorp Model 2500 In-Line Continuous Thermoformer



Item #8 - 1 WM Thermoforming Payoff Reel



Item #6 - 3 Avian Model GF50-60 In-Line Plastic Granulator



Item #7 - 2 Avian Model GF50-60 In-Line Plastic Granulator

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT PHOTO REPORT
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #8 - 3 Tria Model TF-15030 Plastic Granulator



Item #9 - 2 Welex Model 12/18/18 3-Roll Chill Roll Stand



Item #8 - 2 WM Thermoforming Model FC1000 IM/2 In-Line Continuous Thermoformer



Item #9 - 1 Welex Model 4.5-30D 4-1/2" Plastics Extruder

**Gordon Brothers**



Item #9 - 4 Electronic Systems, Ltd. Model Slim Reflex Automatic Gauging System



Item #9 - 6 Rapid Model F-14 Plastic Granulator

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749





Item #9 - 3 Welex Pull Roll Stand

Item #9 - 5 Welex Model 48D-65-TW 2-Station Winder

**MACHINERY & EQUIPMENT PHOTO REPORT**
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA



PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #10 - 2 Welex Model 5P Single Layer Extrusion Die



Item #10 - 4 Welex Pull Roll Stand



Item #10 - 1 Welex Model 5.0-30 5" Plastics Extruder



Item #10 - 3 Welex Model 12/24/24-65 3-Roll Chill Roll Stand

Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #10 - 6 Welex Model 48D-65-TW 2-Station Winder

Item #11 - 1 Welex Model 6.0-30 6" Plastics Extruder



Item #10 - 5 Electronic Systems, Ltd. Model Slim Reflex Automatic Gauging System



Item #10 - 7 Tria Model TR Series Plastic Granulator

MACHINERY & EQUIPMENT PHOTO REPORT
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #11 - 3 Welex Pull Roll Stand



Item #11 - 5 Welex Model 48D-65-TW 2-Station Winder



Item #11 - 2 Welex Model 12/24/24-65 3-Roll Chill Roll Stand



Item #11 - 4 Electronic Systems, Ltd. Model Slim Reflex Automatic Gauging System

MACHINERY & EQUIPMENT PHOTO REPORT
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

Gordon Brothers



Item #12 - 1 Welex Model 6.0-30 6" Plastics Extruder



Item #11 - 6 Tria Model TR Series Plastic Granulator



Item #12 - 3 Welex Pull Roll Stand

Item #12 - 2 Welex Model 12/24/24-65 3-Roll Chill Roll Stand

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

**MACHINERY & EQUIPMENT PHOTO REPORT**
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

**Gordon Brothers**

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #12 - 5 Welex Model 48D-65-TW 2-Station Winder



Item #12 - 7 Welex Model 2.5-30 2-1/2" Plastics Extruder



Item #12 - 4 Electronic Systems, Ltd. Model Slim Reflex Automatic Gauging System

Item #12 - 6 Tria Model TR Series Plastic Granulator

**MACHINERY & EQUIPMENT PHOTO REPORT**
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

**Gordon Brothers**



Item #13 - 2 Welex Model 17X56SLRH 3-Roll Chill Roll Roll Stand



Item #13 - 1 Welex Model 6.0 6" Plastics Extruder



Item #13 - 4 Welex Model TSW36X60 3-Station Winder

Item #13 - 3 Welex Pull Roll Stand

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #14 Adaptive Engineering & Fabrication Model SB-1000 1,000-Cubic Feet Steel Silos



Item #17 Cousins Model 3300-A Automatic Stretch Wrap Machine



Item #13 - 5 Rapid Model GK2036-KURF Plastic Granulator

Item #15 Donaldson Model Downflo Evolution DFES-20 Dust Collector

**Gordon Brothers**

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #19 - 2 Tria Model TR Series Plastic Granulator



Item #23 - 2 Weima Model WL8 Plastic Granulator




Item #19 - 1 Manufacturer Unknown Model 5.2D 800/400 Pass Through Metal Detector



Item #23 - 1 Bunting Magnetics 36" x 18' Inclined Belt Conveyor

Gordon
Brothers



Item #23 - 4 Tria Model BM Series Plastic Granulator



Item #32 Una-Dyn Model K98285360.05 3,000-cfm Gas Pack Process Heater



Item #23 - 3 Crizaf Model W1220-000001 784mm x 7,000mm Portable Inclined Belt Conveyor

Item #31 Una-Dyn Model XTLR-4000GF Gas Fired Crystallizer

MACHINERY & EQUIPMENT PHOTO REPORT
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

Gordon Brothers



Item #40 Una-Dyn Model PCT2-2500GF Gas Fired Dehumidifying Hopper Dryer



Item #52 Una-Dyn Model 15HP Vacuum Pumps



Item #34 Una-Dyn Model PCT2-3000 Gas Fired Dehumidifying Hopper Dryer



Item #43 Una-Dyn Model XTLR-3000GF Gas Fired Crystallizer

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

MACHINERY & EQUIPMENT PHOTO REPORT
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA



Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #59 Novatec Model MPC-2500 Hopper Dryer



Item #53 Una-Dyn Model Omni-IVWB 4-Bin Weigh Scale Blenders

Item #70 Lantech Model Q300 Stretch Wrap Machine



Item #62 Novatec 12,000-Lb. Hopper Dryer





Item #78 Bridgeport Model 13-5 13" x 42" Between Centers Quick Change Geared-Head Engine Lathe



Item #80 Haas Model VM3 Mold Maker CNC Vertical Machining Center



Item #77 Haas Model VF-8B/40 CNC Vertical Machining Center



Item #79 Haas Model VM2 Mold Maker CNC Vertical Machining Center



**Gordon Brothers**



Item #82 Bridgeport Model Series I Variable-Speed Vertical Milling Machine

Item #95 Worthy Tall Industry Model WT06 Auto Bender Machine

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #81 Haas Model VM3 Mold Maker CNC Vertical Machining Center



Item #85 Haas Model SL30 3-Axis CNC Slant Bed Lathe

**MACHINERY & EQUIPMENT PHOTO REPORT**
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #112 Nexgen Model SE-503042-830 Horizontal Hydraulic Baler

Item #119 Sullair Model LS20S-150H-ACAC Rotary Screw Air Compressor

Item #111 Marathon Model TC-2.50 HD Hydraulic Compactor



Item #114 Carrier Model 30RBF17065-LK-33 170-Ton Chiller

**MACHINERY & EQUIPMENT PHOTO REPORT**
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA



Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #121 Elliott Model Polaris Rotary Screw Air Compressor



Item #127 Carrier Model 30RBF15065-LK-3 150-Ton Chiller



Item #120 Ingersoll-Rand Model Sierra 350A Packaged Rotary Screw Air Compressor



Item #124 Sullair Model VS16-40W/SUI Vacuum Pump

**MACHINERY & EQUIPMENT PHOTO REPORT**
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

**Gordon Brothers**



Item #139 Toyota Model 8HBE30 6,000-Lb. Electric Pallet Truck



Item #140 - 2 Thermoforming Systems LLC Model Low Flex 5.0 In-Line Continuous Thermoformer



Item #128 Sullair Model LS20S-150H ACAC Rotary Screw Air Compressor

Item #140 - 1 Thermoforming Systems LLC Model Low Flex 5.0 In-Line Continuous Thermoformer

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749

**Gordon Brothers**

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #140 - 4 Tria Model TF-15030 Plastic Granulator

Item #141 - 2 Lyle Model 152PV Trim Press



Item #140 - 3 Thermoforming Systems LLC Model LRVTS Straight-Side Trim Press



Item #141 - 1 Thermoforming Systems LLC Model Low Flex 5.0 In-Line Continuous Thermoformer

**MACHINERY & EQUIPMENT PHOTO REPORT**
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

**Gordon Brothers**

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #141 - 4 Avian Model GF50-60 In-Line Plastic Granulator



Item #141 - 3 Thermoforming Systems LLC Model V5.0 HD Horizontal Trim Press



Item #142 - 2 Thermoforming Systems LLC Model V5.0 HD Horizontal Trim Press

Item #142 - 1 Thermoforming Systems LLC Model Low Flex 5.0 In-Line Continuous Thermoformer

**MACHINERY & EQUIPMENT PHOTO REPORT**
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA



PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #143 - 1 Thermoforming Systems LLC Model Low Flex 5.0 In-Line Continuous Thermoformer



Item #143 - 3 Tria Model TF-15030 Plastic Granulator



Item #142 - 3 Tria Model TF-15030 Plastic Granulator



Item #143 - 2 Thermoforming Systems LLC Model V5.0 HD Horizontal Trim Press



Gordon Brothers

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #147 - 2 EREMA Model Vacurema Basic 2016T IM Approximately 8" Plastics Extruder



Item #147 - 4 Electronic Systems, Ltd. Model Slim Reflex Automatic Gauging System



Item #147 - 1 EREMA 8' x 10'H Reactor



Item #147 - 3 Reifenhauser Model Mirex-MT-1-1600 Cast Sheet Coating System



PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #147 - 6 Cattorini Model SL/1 Silicone Applicator



Item #147 - 8 Reifenhauser Haul-Off Stand





Item #147 - 5 Reifenhauser Tension Roll Stand

Item #147 - 7 Cattorini Model AVC-2 Approximately 80' Accumulator Tower

Gordon Brothers

**MACHINERY & EQUIPMENT PHOTO REPORT**
PINNPACK PACKAGING LLC - OXNARD, CALIFORNIA

PINNPACK PACKAGING LLC
JOB NUMBER: 3096749



Item #147 - 10 Kelviplast Model W500.95-3K-DK Chiller



Item #147 - 9 Tria Model TR Series Plastic Granulator



# Appendix

Project Manager Qualifications

# PROJECT MANAGER QUALIFICATIONS

JAMES A. BRODIE, ASA, CEA

**Senior Manager, Valuations**
Gordon Brothers
Detroit, MI  USA

Office: 810.534.7076
Mobile: 248.514.4079
jbrodie@gordonbrothers.com

### Experience

Jim Brodie is a senior manager in Gordon Brothers' Machinery & Equipment Valuation practice.  He has directed hundreds of machinery and equipment valuation projects across a wide range of industries during his career, which began in 1983. Jim also has liquidation experience.

### Industry Specialties (partial listing)

- Aerospace
- Automotive
- Construction & Building Products
- Electronics and High-Tech
- Fabricated Metal Products
- Food & Beverage

- Furniture
- Laboratories
- Machinery Manufacturing
- Mobile and Modular Units
- Packaging
- Plastics and Rubber

- Primary Metals
- Printing and Publishing
- Trucking and Transportation
- Warehousing and Storage
- Wood Products

### Licenses, Accreditation, and Certifications

- Accredited Senior Appraiser, American Society of Appraisers, Machinery & Technical Specialties
- Certified Equipment Appraiser, Association of Machinery & Equipment Appraisers

### Professional Development

- Introduction to Machinery & Equipment Valuation (Course ME201, American Society of Appraisers)
- Machinery & Equipment Valuation (Course ME 202, American Society of Appraisers)
- Machinery and Equipment Valuation – Advanced Topics and Case Studies (Course ME203, American Society of Appraisers)
- Machinery and Equipment Valuation – Advanced Topics and Report Writing (Course ME204, American Society of Appraisers)
- Appraisal Review and Management (Course AR204, American Society of Appraisers)
- Uniform Standards of Professional Appraisal Practice

### Association Memberships

- American Society of Appraisers
- Association of Machinery & Equipment Appraisers

### Education

SCHOOLCRAFT COLLEGE
Undergraduate Studies – Business Administration



## Section 2.1(c): Acquired Contracts

| Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Date of Contract / Lease |
|---|---|---|---|
| 3L Distribution Inc. PO Box 3102 Annapolis, MD 21403 | Pinnpack Packaging LLC | Settlement and Release Agreement | 5/15/2017 |
| Absolute Exhibits, Inc. 1382 VALENCIA AVE, SUITE H TUSTIN, CA 92780 | Pinnpack Packaging LLC | General Terms and Conditions | 3/29/2019 |
| Allied Nationwide Security, Inc. 7247 Hayvenhurst Avenue, Suite A7 Can Nuys, CA 91406 | Pinnpack Packaging LLC | Security Service Agreement | 6/27/2016 |
| American Dairy Queen Corporation and Orange Julius of America 7505 Metro Boulevard Minneapolis, MN 55439 | Pinnpack Packaging LLC | DQ Data Management System Website - Terms of Use | 2/4/2019 |
| American Express Travel Related Services Company, Inc. P.O. Box 299051 Fort Lauderdale, FL 33329 Attn: Department 87 | Pinnpack Packaging LLC | American Express Card Acceptance Agreement | 7/23/2019 |
| American Express Travel Related Services Company, Inc. P.O. Box 299051 Fort Lauderdale, FL 33329 Attn: Department 87 | Pinnpack Packaging LLC | High ROC Supplement to the Card Acceptance Agreement | 8/5/2019 |
| Amland C. Townsend 20617 Amanda Oak Ct Land O Lakes, FL 34638 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 2/25/2021 |
| Belmark Inc 600 Heritage Road De Pere, WI 54115 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 3/3/2017 |
| Ben Vobian 3131 W. Ehrlinger Road Janesville, WI 53546 | Pinnpack Packaging LLC | Employment Offer Letter | 12/17/2019 |
| Benlin Distribution Services Inc. 2769 Broadway Buffalo, NY 14227 | Pinnpack Packaging LLC | Letter re: Pricing | 11/22/2017 |
| Blue Street Capital LLC 2120 Main Street, Suite 160 Huntington Beach, CA 92648 | Pinnpack Packaging LLC | Master Lease Agreement | 7/19/2016 |

| | | | |
|---|---|---|---|
| Canadian Warehouse and Logistics<br>200 Shoemaker Street<br>Kitchener, Ontario, Canada<br>N2E 3E1 | Pinnpack Packaging LLC | Letter Agreement | 11/13/2020 |
| Citibank, N.A.<br>388 Greenwich Street, 25th<br>New York, NY 10013<br>Attn: Vasilios Kontogianis | Pinnpack Packaging LLC | Supplier Agreement | 5/23/2019 |
| CKE Restaurants Holdings, Inc.<br>6700 Tower Circle, Suite 1000<br>Franklin, TN 37067 | Pinnpack Packaging LLC | Confidentiality Agreement | 1/1/2018 |
| CMI Plastics, Inc.<br>222 Pepsi Way<br>Ayden NC 28513 | Pinnpack Packaging LLC | Reciprocal Confidentiality and Nondisclosure Agreement | 1/8/2018 |
| Cool-Pak, LLC<br>401 N Rice Avenue<br>Oxnard, CA 93030 | Pinnpack Packaging LLC | Mutual Nondisclosure Agreement | 7/25/2017 |
| Dairy Queen Operators' Association and Dairy Queen Operators' Cooperative<br>7505 Metro Blvd.<br>Minneapolis, MN 55439 | Pinnpack Packaging LLC | Confidentiality Agreement/Non-Disclosure | 11/20/2018 |
| David Carlos<br>1314 Western Avenue, #203<br>Downey, CA 90241 | Pinnpack Packaging LLC | Consulting Agreement | 3/15/2021 |
| David Leineweber<br>2204 Carriage Oaks Drive<br>Raleigh, NC 27614 | Pinnpack Packaging LLC | Consulting Agreement | 11/20/2018 |
| Dean R. Brown<br>408 Nakoma Drive<br>Midland, MI 48640 | Pinnpack Packaging LLC | Consulting Agreement | 3/5/2016 |
| Destiny Packaging, LLC<br>9621 Citation Court, #C<br>Monterey, CA 93940 | Pinnpack Packaging LLC | Mutual Non-Disclosure Agreement | 5/25/2018 |
| Display Pack<br>650 West St<br>Cedar Springs, MI 49319 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 2/1/2019 |
| Dole Packaged Foods, LLC<br>3059 Townsgate Road, Suite 400<br>Westlake Village, CA 91361 | Pinnpack Packaging LLC | Mutual Confidentiality Agreement | 6/7/2019 |
| Edith Capill<br>5281 Perkins Rd.<br>Oxnard, CA 93033 | Pinnpack Packaging LLC | Cleaning Services Agreement | 3/29/2021 |

| | | | |
|---|---|---|---|
| Employers Assurance Co.<br>2550 Paseo Verde Parkway, Suite 100<br>Henderson, NV 89074 | Pinnpack Packaging LLC | Workers' Compensation and Employers Liability Insurance Policy (EIG 4559699 00) | 7/17/2020 |
| Employers Assurance Co.<br>2550 Paseo Verde Parkway, Suite 100<br>Henderson, NV 89074 | Pinnpack Packaging LLC | Endorsement 001 to Workers' Compensation and Employers Liability Insurance Policy (EIG 4559699 00) | 7/17/2020 |
| Engitecs SAS<br>Calle 75 #110a-40<br>Bogota, Columbia | Pinnpack Packaging LLC | Quotation Nr. PIN001299 | 3/8/2021 |
| Eric Werbalowsky<br>652 Cedar Place<br>Ventura, CA 93001 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 1/22/2019 |
| Fidel Cardenas | Pinnpack Packaging LLC | Offer Letter | 6/13/2016 |
| Fidel Cardenas | Pinnpack Packaging LLC | Mutual Agreement to Arbitrate Claims | 1/6/2017 |
| Fidel Cardenas | Pinnpack Packaging LLC | Assignment of Rights and Confidentiality and Non-Disclosure Agreement | 1/17/2017 |
| Frasco, Inc.<br>2015 West Alameda Avenue<br>Burbank, CA 91502 | Pinnpack Packaging LLC | End User Agreement | 4/4/2019 |
| Freeman Company<br>911 Graham Drive<br>Fremont, OH 43420 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 8/1/2016 |
| Global Source Ltd.<br>9420 Reseda Boulevard #621<br>Northridge, CA 91324 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 2/11/2019 |
| HAVI Global Solutions LLC<br>3500 Lacey Road<br>Downers Grove, IL 60515 | Pinnpack Packaging LLC | Mutual Confidentiality Agreement | 6/1/2018 |
| Indepak Inc.<br>2136 NE 194th Ave<br>Portland, OR 97230 | Pinnpack Packaging, LLC | Non-Disclosure Agreement | 3/18/2017 |
| Infinity QS International, Inc.<br>12601 Fair Lakes Circle<br>Suite 250<br>Fairfax, VA 22033 | Pinnpack Packaging LLC | End-User License Agreement | 1/12/2017 |

| | | | |
|---|---|---|---|
| Infinity QS International, Inc.<br>12601 Fair Lakes Circle<br>Suite 250<br>Fairfax, VA 22033 | Pinnpack Packaging LLC | Annual Maintenance Agreement | Undated |
| Ira Maroofian and Dean R. Brown<br>4513 Del Moreno Drive<br>Woodland Hills, CA 91364 | Pinnpack Packaging LLC | Assignment | 5/15/2017 |
| Jad M. Mitchell<br>2494 Seahorse Avenue<br>Ventura, CA 93001 | Pinnpack Packaging LLC | Separation Agreement and Release of All Claims | 5/14/2019 |
| Josefina Maldonado<br>341 W. Calara Street<br>Oxnard, CA 93033 | Pinnpack Packaging LLC | Separation Agreement and Release of All Claims | 4/2/2019 |
| Just Desserts<br>5000 Fulton Dr<br>Fairfield, CA, 94534-1677 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 5/30/2018 |
| Keifer Werkzeubau Gmbh<br>Steinhäldenstraße 11<br>74199 Schwaigern<br>Germany | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 5/15/2018 |
| Kevin Dunn<br>222 S. Catherine Avenue<br>LaGrange, IL 60525 | Pinnpack Packaging LLC | Employment Offer Letter | 6/20/2018 |
| Kevin Dunn<br>222 S. Catherine Avenue<br>LaGrange, IL 60525 | Pinnpack Packaging LLC | Mutual Agreement to Arbitrate Claims | 8/13/2018 |
| Kevin Dunn<br>222 S. Catherine Avenue<br>LaGrange, IL 60525 | Pinnpack Packaging LLC | Assignment of Rights and Confidentiality and Non-Disclosure Agreement | 8/13/2018 |
| Klockner Pentaplast of America, Inc.<br>3585 Klockner Road<br>Gordonsville, VA 22942 | Pinnpack Packaging LLC | Confidentiality Agreement | 5/2/2018 |
| Larry Dunn<br>260 Bent Twig Avenue<br>Camaricco, CA 93012 | Pinnpack Packaging LLC | Consulting Agreement | 9/26/2016 |
| Law Offices of Michael R. Shevlin<br>9330 Fletcher Drive<br>La Mesa, CA 91944 | Pinnpack Packaging LLC | Engagement Letter | 6/15/2017 |

| | | | |
|---|---|---|---|
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 3/12/2019 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 6/10/2019 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 8/12/2019 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 10/18/2018 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 10/13/2020 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 11/26/2019 |
| Leech Tischman Fuscaldo & Lampl LLC<br>200 South Los Robles Avenue, Suite 210<br>Pasadena, CA 91101 | Pinnpack Packaging LLC | Legal Services Agreement | 7/3/2018 |
| Lisbeth Williams<br>450 Forest Park Boulevard<br>Oxnard, CA 93036 | Pinnpack Packaging LLC | Separation Agreement and Release of All Claims | 2/2/2018 |
| Mary Anne's Baking<br>8371 Carbide Court<br>Sacramento, CA 95828 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 9/14/2017 |
| Minntech Plastics LLC<br>22201 Industrial Blvd<br>Rogers, MN 55374 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 12/21/2020 |
| Modern Packaging, Inc.<br>505 Acorn Street<br>Deer Park, NY 11729 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 9/9/2016 |

| | | | |
|---|---|---|---|
| Mold-Tech, Inc.<br>5166 Barthel Industrial Drive NE<br>Albertville, MN 55301 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 8/15/2017 |
| Nasrin Yadegari<br>24515 Veronica Court<br>Mission Viejo, CA 92691 | Pinnpack Packaging LLC | Employment Offer Letter | 8/15/2016 |
| Ontario Refrigeration Service, Inc.<br>4601 Telephone Road, Suite 114<br>Ventura, CA 93003 | Pinnpack Packaging LLC | Service Agreement | 9/12/2019 |
| Packline West Inc<br>PO Box 7686<br>La Verne, CA 91750 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 5/10/2017 |
| Plastics Machinery Group, Inc.<br>5455 Perkins Road<br>Bedford Heights, OH 44146 | Pinnpack Packaging LLC | Settlement and Release Agreement | 11/2/2017 |
| Precision Pack International, Inc.<br>7333 Adams Street<br>Paramount, CA 90723-4007 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 7/19/2018 |
| Progressive Packaging Inc.<br>14700 28th Avenue North<br>Plymouth, MN 55447 | Pinnpack Packaging LLC | Confidentiality Agreement | 7/19/2016 |
| Promise Packaging LLC<br>11 Anchorage Pointe<br>Louisville, KY 40223 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 2/11/2019 |
| Property Tax Assistance Co., Inc.<br>16600 Woodruff Avenue, Suite 200<br>Bellflower, CA 90706 | Pinnpack Packaging LLC | Letter Agreement | 8/13/2019 |
| Rayco Security Loss Prevention Systems Inc.<br>7748 Gloria Avenue<br>Van Nuys, CA 91406 | Pinnpack Packaging LLC | Central Station Monitoring Agreement (AF05-0283) | 5/23/2018 |
| Rayco Security Loss Prevention Systems Inc.<br>7748 Gloria Avenue<br>Van Nuys, CA 91406 | Pinnpack Packaging LLC | Monthly Monitoring Rate Addendum Form (AF05-0283) | 1/28/2021 |
| REGO Restaurant Holdings, LLC<br>4700 S. Syracuse Street, Suite 640<br>Denver, CO 80237 | Pinnpack Packaging LLC | Mutual Confidentiality and Non-Disclosure Agreement | 9/14/2019 |

| | | | |
|---|---|---|---|
| Retail Business Services, LLC<br>1385 Hancock Street<br>Quincy, MA 02169<br>ATTN: Business & Regulatory Law Dept. | Pinnpack Packaging LLC | Mutual Confidentiality Agreement | Undated |
| Robert Barajas d/b/a RKB Packaging, Inc.<br>2910 Archibald Avenue., #A-437<br>Ontario, CA 91761 | Pinnpack Packaging LLC | Brokers/Manufacturers Representatives Agreement | 1/1/2016 |
| Safi Analytics<br>26 Carisbrook Drive<br>Orinda, CA 94563 | Pinnpack Packaging LLC | Terms of Service | 12/7/2020 |
| Sanders Candy<br>5051 Calmview Ave<br>Baldwin Park, CA 91706-1802 | Pinnpack Packaging LLC | Letter | 7/31/2017 |
| Scott Bartels<br>353 Artemesia Avenue<br>Ventura, CA 93001 | Pinnpack Packaging LLC | Consulting Agreement | 10/5/2020 |
| Sergio Mejorado | Pinnpack Packaging LLC | Assignment of Rights and Confidentiality and Non-Disclosure Agreement | 4/27/2021 |
| Shannon Smith<br>28265 Pine Meadow Way<br>Yorba Linda, CA 92887 | Pinnpack Packaging LLC | Employment Offer Letter | 7/8/2016 |
| Shannon Smith<br>28265 Pine Meadow Way<br>Yorba Linda, CA 92887 | Pinnpack Packaging LLC | Assignment of Rights and Confidentiality and Non-Disclosure Agreement | 7/8/2016 |
| Shawn Bell<br>20 Paulownia<br>Rancho Santa Margarita, CA 92688 | Pinnpack Packaging LLC | Consulting Agreement | 5/12/2020 |
| Silver Plastics GmbH & Co. KG<br>Godesberger Str. 9<br>53842 Troisdorf<br>Postfach 17 63<br>53827 Troisdorf | CarbonLite Holdings LLC | License Agreement | 11/1/2020 |
| Sobeys Capital Incorporated<br>115 King Street<br>Stellarton, Nova Scotia<br>B0K 1S0 | Pinnpack Packaging LLC | Confidentiality Agreement | 7/28/2017 |
| Southern California Packaging Equipment, Inc.<br>4102 Valley Boulevard<br>Walnut, CA 91789 | Pinnpack Packaging LLC | Untitled Agreement | 10/9/2017 |

| SPS Commerce, Inc.<br>333 South Seventh Street, Suite 1000<br>Minneapolis, MN 55402 | Pinnpack Packaging LLC | Scope and Proposal | 6/14/2019 |
|---|---|---|---|
| Starbucks Corporation (d/b/a Starbucks Coffee Company)<br>2401 Utah Ave. South, Ste 800<br>Seattle, WA 96134 | Pinnpack Packaging LLC | Confidentiality and Non-Disclosure Agreement | 10/25/2018 |
| Straub Design Company<br>4401 Quebec Ave N<br>New Hope, MN 55428 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 8/31/2016 |
| Sunland Consulting, Inc.<br>3600 Wilshire Boulevard, Suite 1610<br>Los Angeles, CA 90010<br>Attn: Jeff Baek | Pinnpack Packaging LLC | IT Support Contract | 8/1/2016 |
| Sweet Candy Company<br>3780 W Directors Row<br>Salt Lake City, UT 84104 | Pinnpack Packaging LLC | Confidentiality Agreement | 3/21/2018 |
| Tamperguard<br>632 Rue de Hull,<br>LaSalle, QC H8R 1V9,<br>Canada | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 5/23/2017 |
| The Calarosa Group, Inc.<br>2400 Latigo Ave<br>Oxnard, CA 93030 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 9/25/2017 |
| Tim Douglas<br>3062 Roia Lane<br>Oxnard, CA 93036 | Pinnpack Packaging LLC | Offer of Employment | 11/14/2018 |
| Tim Douglas<br>3062 Roia Lane<br>Oxnard, CA 93036 | Pinnpack Packaging LLC | Assignment of Rights and Confidentiality and Non-Disclosure Agreement | 1/9/2019 |
| T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 | Pinnpack Packaging LLC | Equipment Installment Program | unknown |
| Torn & Glasser, Inc.<br>1800 W. Holt Avenue<br>Pomona, CA 91768 | Pinnpack Packaging LLC | Settlement Agreement and Mutual General Release | 6/19/2017 |
| Trane U.S. Inc. d/b/a Trane<br>31253 E. Imperial Highway<br>Brea, CA 92821 | Pinnpack Packaging LLC | HVAC Equipment Service Agreement | 4/1/2020 |
| Unifirst Corporation<br>10244 Norris Ave<br>Pacoima, CA 91331 | Pinnpack Packaging LLC | Customer Service Agreement | 5/22/2020 |

| | | | |
|---|---|---|---|
| UniVoIP, Inc.<br>830 Parkview Drive N.<br>El Segundo, CA 90245 | Pinnpack Packaging LLC | Master Service Agreement | 7/5/2016 |
| UniVoIP, Inc.<br>830 Parkview Drive N.<br>El Segundo, CA 90245 | Pinnpack Packaging LLC | Agreement to Subscribe to Hosted Voice Over IP (VOIP) Telephone System and Internet Access Service | 12/11/2019 |
| UniVoIP, Inc.<br>830 Parkview Drive N.<br>El Segundo, CA 90245 | Pinnpack Packaging LLC | Subscription Agreement | 2/13/2017 |
| US Merchants<br>8737 Wilshire Blvd,<br>Beverly Hills, CA 90211 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 3/1/2021 |
| Vortex Industries, Inc.<br>20 Odyssey<br>Irvine, CA 92618 | Pinnpack Packaging LLC | Maintenance Agreement (SQ-448271) | 12/1/2020 |
| Vortex Industries, Inc.<br>20 Odyssey<br>Irvine, CA 92618 | Pinnpack Packaging LLC | Maintenance Agreement (SQ-392358) | 11/2/2018 |
| Vulcan Plastics<br>333 Three D Systems Circle<br>Rock Hill, SC 29730 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 9/6/2017 |
| West Coast Air Conditioning<br>561-A Kinetic Drive<br>Oxnard, CA 93030 | Pinnpack Packaging LLC | Installation of New Chiller Plant Letter Agreement | 8/30/2018 |
| Westchester Surplus Lines Insurance Co.<br>Royal Centre Two<br>11575 Great Oaks Way, Suite 200 | Pinnpack Packaging LLC | Chubb Recall Plus (Policy G71754467 002) | 10/26/2020 |
| Weston Foods (Canada) Inc.<br>1425 the Queensway Blvd<br>Etobicoke ON | Pinnpack Packaging LLC | Mutual Non-Disclosure Agreement | 9/18/2017 |
| WM Thermoforming Machines S.A.<br>Via dei Pioppi, 3-6855<br>Satbio (CH) - Switzerland | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 6/11/2018 |
| Yum Restaurant Services Group, LLC<br>1441 Gardiner Lane<br>Louisville, KY 40213 | Pinnpack Packaging LLC | Yum Confidentiality Agreement | 8/28/2018 |
| Z Automation Company, Inc.<br>163 N Archer Av<br>Mundelein, Illinois 60060 | Pinnpack Packaging LLC | Multi-Purpose Confidentiality Agreement | 10/19/2018 |

### Section 2.1(e): Acquired Real Property Leases

| Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Date of Contract / Lease |
|---|---|---|---|
| Duris Corporation<br>1966 Seasons Street<br>Simi Valley, CA 93065 | Pinnpack Packaging LLC | Standard Industrial Single-Tenant Lease-Net | 6/1/2016 |

## Section 2.1(f): Acquired Personal Property Leases

| Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Date of Contract / Lease |
|---|---|---|---|
| CE Capital, LLC (assignee of Jules & Associates, Inc.) 2 Great Valley Parkway, Suite 300 Malvern, PA 19355 | Pinnpack Packaging LLC | Master Equipment Lease Agreement | 3/15/2017 |
| CE Capital, LLC (assignee of Jules & Associates, Inc.) 2 Great Valley Parkway, Suite 300 Malvern, PA 19355 Attn: Marty Conlin | Pinnpack Packaging LLC | Letter Agreement | 3/15/2017 |
| CE Capital, LLC (assignee of Jules & Associates, Inc.) 2 Great Valley Parkway, Suite 300 Malvern, PA 19355 Attn: Marty Conlin | Pinnpack Packaging LLC | Addendum A to Master Equipment Lease Agreement | 4/12/2017 |
| CE Capital, LLC (assignee of Jules & Associates, Inc.) 2 Great Valley Parkway, Suite 300 Malvern, PA 19355 Attn: Marty Conlin | Pinnpack Packaging LLC | Addendum B to Master Equipment Lease Agreement | 4/12/2017 |
| CE Capital, LLC (assignee of Jules & Associates, Inc.) 2 Great Valley Parkway, Suite 300 Malvern, PA 19355 Attn: Marty Conlin | Pinnpack Packaging LLC | Addendum C to Master Equipment Lease Agreement | 4/12/2017 |
| Pitney Bowes 3001 Summer St. Stamford CT 06926 | Pinnpack Packaging LLC | Lease Agreement Amendment Client Privilege | 5/20/2019 |

Section 2.1(i): Open Customer Orders as of June 10, 2021

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 1 | 04/19/21 | 81416 | 09BNC | 9" BLACK BASE - NO CENTER RING | 60 | $2,091.60 |
| Customer 1 | 04/19/21 | 81416 | 09D250 | 9" ROUND TUB 2.50" | 60 | $2,859.12 |
| Customer 1 | 04/19/21 | 81416 | AI-131 | AI-131 Clamshell Container | 480 | $20,436.00 |
| Customer 2 | 04/23/21 | 81447 | 08SQC-64-GL | 8" SQUARE 64 OZ TUB | 34 | $13,612.58 |
| Customer 2 | 04/23/21 | 81447 | 08SQ-L-HGL | 17287 8" SQUARE OUTER LID | 52 | $9,763.52 |
| Customer 2 | 04/23/21 | 81448 | 08SQC-60N-GL | 8" SQUARE 60 OZ TUB | 36 | $14,413.32 |
| Customer 2 | 04/23/21 | 81448 | 08SQ-L-HGL | 17287 8" SQUARE OUTER LID | 48 | $9,012.48 |
| Customer 2 | 04/23/21 | 81453 | 08SQC-60N-GL | 8" SQUARE 60 OZ TUB | 34 | $13,612.58 |
| Customer 2 | 04/23/21 | 81453 | 08SQ-L-HGL | 17287 8" SQUARE OUTER LID | 52 | $9,763.52 |
| Customer 2 | 05/20/21 | 81600 | 10B-64-WDB | 10" 64 OZ DOME BOWL | 200 | $9,904.00 |
| Customer 2 | 05/20/21 | 81600 | 10LL-W | 10" BOWL LID | 160 | $7,580.80 |
| Customer 2 | 05/20/21 | 81600 | 4.5-SQ-24 | 4.5" SQUARE 24 OZ TUB | 180 | $6,382.80 |
| Customer 2 | 05/20/21 | 81600 | 4.5-SQ-LI | 4.5" SQUARE INNER LID | 64 | $4,543.36 |
| Customer 3 | 05/25/21 | 81620 | 4S-256 | 4" SQUARE TUB 2.56"-16 OZ | 20 | $1,558.26 |
| Customer 3 | 05/25/21 | 81620 | 4.5-SQ-LO | 4.5" SQUARE OUTER LID | 20 | $1,231.56 |
| Customer 4 | 04/14/21 | 81370 | 06-SQ-L#1 | 10239606 6" SQUARE OUTER LID | 207 | $11,925.19 |
| Customer 4 | 04/14/21 | 81370 | 06SQC-32-#1 | 10239584 6" SQUARE 32 OZ TUB | 202 | $23,292.86 |
| Customer 5 | 06/03/21 | 81656 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 504 | $19,212.48 |
| Customer 5 | 06/03/21 | 81656 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 216 | $10,497.60 |
| Customer 6 | 06/09/21 | 81692 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 264 | $10,063.68 |
| Customer 6 | 06/09/21 | 81692 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 48 | $2,332.80 |
| Customer 7 | 06/10/21 | 81702 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 120 | $5,832.00 |
| Customer 8 | 03/29/21 | 81292 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 288 | $10,333.44 |
| Customer 8 | 04/30/21 | 81488 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 120 | $4,305.60 |
| Customer 8 | 04/30/21 | 81488 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 96 | $4,089.60 |
| Customer 9 | 05/24/21 | 81617 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 24 | $914.88 |
| Customer 9 | 05/24/21 | 81617 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 24 | $1,166.40 |
| Customer 10 | 05/21/21 | 81612 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 720 | $30,672.00 |
| Customer 11 | 04/30/21 | 81491 | 08-P-450-100 | 8" ROUND TUB 4.50" TALL | 90 | $2,512.80 |
| Customer 11 | 05/20/21 | 81609 | 06SQC-32-C4 | 6" SQUARE 32 OZ 4-COMPARTMENT TUB | 90 | $4,980.60 |
| Customer 11 | 05/20/21 | 81609 | 06-SQ-L | 6" SQUARE OUTER LID | 40 | $1,849.60 |
| Customer 11 | 05/20/21 | 81609 | 8S65R-444-B | 4.44" TUB AND BASE COMBO | 384 | $17,779.20 |
| Customer 11 | 05/20/21 | 81609 | 08BR-5.78 | 8" ROUND BASE W/ 5.78" RING | 72 | $3,636.72 |

16

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 11 | 05/20/21 | 81609 | 08-P-450-100 | 8" ROUND TUB 4.50" TALL | 150 | $4,188.00 |
| Customer 12 | 05/06/21 | 81525 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 120 | $4,305.60 |
| Customer 12 | 05/06/21 | 81525 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 72 | $3,067.20 |
| Customer 13 | 05/27/21 | 81637 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 240 | $9,148.80 |
| Customer 13 | 05/27/21 | 81637 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 480 | $23,328.00 |
| Customer 13 | 06/08/21 | 81686 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 480 | $18,297.60 |
| Customer 13 | 06/08/21 | 81686 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 240 | $11,664.00 |
| Customer 13 | 06/08/21 | 81688 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 360 | $13,723.20 |
| Customer 13 | 06/08/21 | 81688 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 360 | $17,496.00 |
| Customer 14 | 03/11/21 | 81200 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 96 | $3,444.48 |
| Customer 14 | 03/29/21 | 81290 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 240 | $10,224.00 |
| Customer 14 | 06/03/21 | 81660 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 288 | $10,978.56 |
| Customer 15 | 05/20/21 | 81610 | 06SQC-32-C4 | 6" SQUARE 32 OZ 4-COMPARTMENT TUB | 30 | $1,660.20 |
| Customer 15 | 05/20/21 | 81610 | 8565R-444-B | 4.44" TUB AND BASE COMBO | 432 | $20,001.60 |
| Customer 15 | 05/20/21 | 81610 | 08BR-5.78 | 8" ROUND BASE W/ 5.78" RING | 36 | $1,818.36 |
| Customer 15 | 05/20/21 | 81610 | 08-P-450-100 | 8" ROUND TUB 4.50" TALL | 270 | $7,538.40 |
| Customer 16 | 04/30/21 | 81489 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 192 | $6,888.96 |
| Customer 16 | 06/03/21 | 81661 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 96 | $3,659.52 |
| Customer 16 | 06/03/21 | 81661 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 168 | $8,164.80 |
| Customer 17 | 05/28/21 | 81639 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 72 | $3,499.20 |
| Customer 18 | 06/07/21 | 81680 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 72 | $3,499.20 |
| Customer 18 | 06/09/21 | 81697 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 144 | $5,489.28 |
| Customer 19 | 05/04/21 | 81500 | 09BNC | 9" BLACK BASE - NO CENTER RING | 60 | $2,507.40 |
| Customer 19 | 05/04/21 | 81500 | 09D400W | 9" DIAM 4" TALL NEXT WAVE DOME | 80 | $2,992.00 |
| Customer 19 | 05/04/21 | 81500 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 72 | $2,583.36 |
| Customer 19 | 05/04/21 | 81500 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 432 | $18,403.20 |
| Customer 19 | 06/08/21 | 81681 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 600 | $22,872.00 |
| Customer 19 | 06/08/21 | 81681 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 120 | $5,832.00 |
| Customer 19 | 06/08/21 | 81682 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 480 | $18,297.60 |
| Customer 19 | 06/08/21 | 81682 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 240 | $11,664.00 |
| Customer 20 | 05/28/21 | 81638 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 144 | $6,998.40 |
| Customer 21 | 03/31/21 | 81316 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 48 | $1,722.24 |
| Customer 21 | 05/03/21 | 81495 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 96 | $3,444.48 |
| Customer 21 | 05/20/21 | 81594 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 144 | $5,166.72 |
| Customer 21 | 05/20/21 | 81594 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 24 | $1,022.40 |

17

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 22 | 04/20/21 | 81422 | 10B | 10" ROUND BLACK BASE | 600 | $22,158.00 |
| Customer 22 | 04/20/21 | 81424 | 10B | 10" ROUND BLACK BASE | 200 | $7,416.00 |
| Customer 22 | 04/20/21 | 81424 | 10D-250-F | 10" DOME 2.5" TALL FLUTED | 240 | $10,174.08 |
| Customer 22 | 04/20/21 | 81424 | 10D-175-F | 10" DOME 1.75" TALL FLUTED | 288 | $6,280.70 |
| Customer 22 | 05/07/21 | 81539 | 10B | 10" ROUND BLACK BASE | 300 | $11,124.00 |
| Customer 22 | 05/07/21 | 81539 | 10D-250-F | 10" DOME 2.5" TALL FLUTED | 200 | $8,478.40 |
| Customer 22 | 05/07/21 | 81539 | 10D-175-F | 10" DOME 1.75" TALL FLUTED | 180 | $3,925.58 |
| Customer 22 | 05/19/21 | 81593 | 10B | 10" ROUND BLACK BASE | 300 | $11,126.70 |
| Customer 22 | 05/19/21 | 81593 | 10D-250-F | 10" DOME 2.5" TALL FLUTED | 100 | $4,239.70 |
| Customer 22 | 05/19/21 | 81593 | 10D-175-F | 10" DOME 1.75" TALL FLUTED | 360 | $7,850.88 |
| Customer 22 | 06/01/21 | 81653 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 48 | $2,332.80 |
| Customer 22 | 06/09/21 | 81696 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 96 | $3,659.52 |
| Customer 23 | 05/24/21 | 81618 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 168 | $6,404.16 |
| Customer 23 | 05/24/21 | 81618 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 216 | $10,497.60 |
| Customer 24 | 05/06/21 | 81524 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 504 | $18,083.52 |
| Customer 24 | 05/06/21 | 81524 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 168 | $7,156.80 |
| Customer 24 | 05/13/21 | 81573 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 120 | $5,112.00 |
| Customer 24 | 05/13/21 | 81574 | 08SQ-L | 8" SQUARE OUTER LID | 60 | $2,003.28 |
| Customer 24 | 05/13/21 | 81574 | 08SQC-92 | 8' SQUARE 92 OZ TUB | 80 | $3,660.16 |
| Customer 25 | 05/20/21 | 81598 | 8.5SQH-84 | 8" SQUARE CLAMSHELL 84oz | 40 | $1,521.60 |
| Customer 25 | 05/27/21 | 81636 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 72 | $3,499.20 |
| Customer 26 | 05/19/21 | 81591 | 10D400-WT | 10" DOME 4" TALL WAVE | 460 | $31,376.60 |
| Customer 26 | 05/19/21 | 81591 | 10BC1.75X1.5 | 10" ROUND BASE WITH SMALL CONE | 40 | $2,184.40 |
| Customer 26 | 05/19/21 | 81591 | 10BC2.82X2 | 10" ROUND BASE WITH LARGE CONE | 100 | $5,406.00 |
| Customer 27 | 04/12/21 | 81345 | QSD-425-WG-QSB | 4.25"quarter sheet dome w black base-8lbs-USA-60lids/60bases | 120 | $4,305.60 |
| Customer 27 | 04/12/21 | 81345 | 5.5SQC-16-LO2 | SAP#-100660092 Single Donut & Pastry Clear Container | 48 | $2,044.80 |
| Customer 27 | 05/13/21 | 81575 | 4S-300 | 4" SQUARE TUB 3" | 450 | $23,220.00 |
| Customer 27 | 05/13/21 | 81575 | 4S-206 | 4" SQUARE TUB 2.06"-12 OZ | 180 | $8,206.20 |
| Customer 27 | 05/13/21 | 81575 | 4.5-SQ-LO2ST | 4.5" SQUARE OUTER LID - SMALL TRIM | 405 | $14,154.75 |
| Customer 28 | 05/20/21 | 81595 | 09BC3X2 | 2337 9" DIAM BASE W/ 2 X 3 CONE 30-03001 | 600 | $19,087.20 |
| Customer 28 | 06/01/21 | 81648 | 09D400W | 1314 9" DIAM 4" TALL NEXT WAVE DOME | 600 | $16,986.00 |
| Customer 28 | 06/01/21 | 81649 | 09BC3X2 | 2337 9" DIAM BASE W/ 2 X 3 CONE 30-03001 | 600 | $19,087.20 |
| Customer 28 | 06/01/21 | 81650 | 09D400W | 1314 9" DIAM 4" TALL NEXT WAVE DOME | 600 | $16,986.00 |
| Customer 28 | 06/01/21 | 81651 | 09BC3X2 | 2337 9" DIAM BASE W/ 2 X 3 CONE 30-03001 | 600 | $19,087.20 |
| Customer 28 | 06/01/21 | 81652 | 08D325W | 2344 8" DIAM 3 1/4" TALL NEXT WAVE DOME | 200 | $7,783.20 |

18

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 28 | 06/01/21 | 81652 | 4.5SQD-207 | 2362 4.5" SQUARE 2.07" DOME | 360 | $13,692.96 |
| Customer 28 | 06/01/21 | 81652 | 4.5-SQ-LO | 4.5" SQUARE OUTER LID | 360 | $9,575.28 |
| Customer 28 | 06/07/21 | 81675 | 09BC3X2 | 2337 9" DIAM BASE W/ 2 X 3 CONE 30-03001 | 600 | $19,087.20 |
| Customer 28 | 06/07/21 | 81677 | 09D400W | 1314 9" DIAM 4" TALL NEXT WAVE DOME | 600 | $16,986.00 |
| Customer 28 | 06/07/21 | 81678 | 09BC3X2 | 2337 9" DIAM BASE W/ 2 X 3 CONE 30-03001 | 600 | $19,087.20 |
| Customer 28 | 06/07/21 | 81679 | 09D400W | 1314 9" DIAM 4" TALL NEXT WAVE DOME | 600 | $16,986.00 |
| Customer 28 | 06/08/21 | 81683 | 08D325W | 2344 8" DIAM 3 1/4" TALL NEXT WAVE DOME | 600 | $23,349.60 |
| Customer 28 | 06/08/21 | 81684 | 08BC1.13X.75 | 2332 8" DIAM BLK BASE W/ .75" TALL X 1.125" CONE | 540 | $18,230.40 |
| Customer 30 | 05/25/21 | 81625 | 10B-CLR | 10" ROUND CLEAR BASE | 80 | $3,242.40 |
| Customer 30 | 05/25/21 | 81625 | 10D400-WT | 10" DOME 4" TALL WAVE | 80 | $4,403.20 |
| Customer 31 | 03/25/21 | 81270 | 58-R-24 | 24 OZ RECTANGULAR TUB | 390 | $16,177.20 |
| Customer 31 | 03/25/21 | 81270 | 58-RL | RECTANGULAR LID W/GUARD | 272 | $11,880.96 |
| Customer 31 | 05/04/21 | 81499 | 58-R-24 | 24 OZ RECTANGULAR TUB | 360 | $14,932.80 |
| Customer 31 | 05/04/21 | 81499 | 58-RL | RECTANGULAR LID W/GUARD | 288 | $12,579.84 |
| Customer 31 | 05/18/21 | 81588 | 58-R-24 | 24 OZ RECTANGULAR TUB | 450 | $18,666.00 |
| Customer 31 | 05/18/21 | 81588 | 58-RL | RECTANGULAR LID W/GUARD | 240 | $10,483.20 |
| Customer 32 | 04/14/21 | 81379 | 4.5-SQ-LO2H-600 | 4.5" SQUARE OUTER LID W/ GUARD (HEAVY) | 189 | $6,652.80 |
| Customer 32 | 04/22/21 | 81434 | 06SQC-44-DB | 6" SQUARE 44 OZ TUB DOME BOTTOM | 81 | $9,636.07 |
| Customer 32 | 04/22/21 | 81434 | 4.5-SQD-16 | 4.5" SQUARE 16 OZ TUB - DOME | 4 | $266.40 |
| Customer 32 | 05/21/21 | 81611 | 06SQC-44-DB | 6" SQUARE 44 OZ TUB DOME BOTTOM | 218 | $25,983.54 |
| Customer 32 | 05/21/21 | 81611 | 4.5-SQ-12 | 4.5" SQUARE 12 OZ TUB | 77 | $5,813.76 |
| Customer 32 | 05/21/21 | 81611 | 06SQC-24 | 6" SQUARE 24 OZ TUB | 50 | $4,793.04 |
| Customer 32 | 06/04/21 | 81664 | 4.5-SQD-16 | 4.5" SQUARE 16 OZ TUB - DOME | 360 | $26,748.00 |
| Customer 32 | 06/04/21 | 81664 | 4.5-SQ-LO2H-600 | 4.5" SQUARE OUTER LID W/ GUARD (HEAVY) | 270 | $9,531.00 |
| Customer 33 | 05/24/21 | 81615 | 10LI-W-GR | 10" BOWL LID GREEN | 29 | $3,170.88 |
| Customer 33 | 05/26/21 | 81627 | 06-SQ-L | 6" SQUARE OUTER LID | 295 | $18,095.76 |
| Customer 33 | 05/26/21 | 81627 | 06SQC-24 | 6" SQUARE 24 OZ TUB | 189 | $15,441.30 |
| Customer 33 | 05/26/21 | 81627 | 06SQC-48 | 6" SQUARE 48 OZ TUB | 162 | $19,828.80 |
| Customer 34 | 04/16/21 | 81412 | 57-R-LA-GR | 2 lb. Rectangle Lid | 3 | $184.77 |
| Customer 34 | 04/16/21 | 81413 | 57-R-52-GR | 5" x 7" Rectangular 52 oz. Tub | 13 | $1,508.10 |
| Customer 34 | 05/25/21 | 81624 | PROTOTYPE | PROTOTYPE-3D PRINTS FOR 57-R-33 | 5 | $765.00 |
| Customer 35 | 03/18/21 | 81237 | QSD-400-W | 4" tall quarter sheet wave dome - 8lbs - USA | 45 | $18,842.54 |
| Customer 35 | 03/18/21 | 81237 | QSB-CLR | 4.25" tall quarter sheet wave base - clear | 32 | $8,663.76 |
| Customer 35 | 05/05/21 | 81504 | QSD-400-W | 4" tall quarter sheet wave dome - 8lbs - USA | 32 | $14,006.52 |
| Customer 35 | 05/05/21 | 81504 | QSB-CLR | 4.25" tall quarter sheet wave base - clear | 18 | $4,996.80 |

19

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 35 | 05/05/21 | 81504 | QSB-CLR-GL | 4.25" tall quarter sheet wave base - clear | 34 | $9,327.36 |
| Customer 35 | 05/05/21 | 81505 | QSD-400-W | 4" tall quarter sheet wave dome - 8lbs - USA | 39 | $16,807.82 |
| Customer 35 | 05/05/21 | 81505 | QSB-CLR | 4.25" tall quarter sheet wave base - clear | 43 | $11,992.32 |
| Customer 35 | 06/09/21 | 81693 | QSD-400-W | 4" tall quarter sheet wave dome - 8lbs - USA | 41 | $17,048.02 |
| Customer 35 | 06/09/21 | 81693 | QSB-CLR | 4.25" tall quarter sheet wave base - clear | 40 | $10,589.04 |
| Customer 35 | 06/09/21 | 81694 | QSD-400-W | 4" tall quarter sheet wave dome - 8lbs - USA | 39 | $16,150.75 |
| Customer 35 | 06/09/21 | 81694 | QSB-CLR | 4.25" tall quarter sheet wave base - clear | 43 | $11,551.68 |
| Customer 36 | 06/08/21 | 81685 | 07C-56 | 7" ROUND 56 OZ TUB | 101 | $15,019.20 |
| Customer 36 | 06/08/21 | 81685 | 07-FL | 7" ROUND FLAT LID | 207 | $19,305.22 |
| Customer 37 | 05/14/21 | 81577 | 07D-375-W | 7" DOME-SUN 3.75" | 576 | $28,160.64 |
| Customer 37 | 05/14/21 | 81577 | 07BR-538 | 7" BASE FOR CAKE WITH 5.38" RING | 432 | $12,644.64 |
| Customer 37 | 06/04/21 | 81673 | 07D-375-W | 7" DOME-SUN 3.75" | 576 | $28,241.28 |
| Customer 37 | 06/04/21 | 81673 | 07BR-538 | 7" BASE FOR CAKE WITH 5.38" RING | 432 | $12,692.16 |
| Customer 38 | 05/12/21 | 81572 | 4.5-SQD-16 | 4.5" SQUARE 16 OZ TUB - DOME | 240 | $10,180.80 |
| Customer 38 | 05/12/21 | 81572 | 4.5-SQ-LO | 4.5" SQUARE OUTER LID | 270 | $9,285.30 |
| Customer 39 | 05/12/21 | 81570 | 58-R-24 | 24 OZ RECTANGULAR TUB | 90 | $5,634.00 |
| Customer 39 | 05/12/21 | 81570 | 58-RL | RECTANGULAR LID W/GUARD | 64 | $5,537.92 |
| Customer 39 | 05/12/21 | 81570 | 7X12D-425-LF | 7" x 12" BAR CAKE DOME | 54 | $2,029.32 |
| Customer 39 | 05/12/21 | 81570 | 7X12-B | 7" x 12" BAR CAKE BASE | 54 | $1,779.84 |
| Customer 40 | 03/30/21 | 81300 | 07-CFL | 7" ROUND CMPRT LID | 122 | $8,727.12 |
| Customer 40 | 03/30/21 | 81300 | 07C-32-X | 7" ROUND 32 OZ TUB | 48 | $5,357.77 |
| Customer 40 | 03/31/21 | 81315 | 8565R-225-H | 8565 TUB 2.25" FFC | 48 | $10,392.00 |
| Customer 40 | 03/31/21 | 81315 | 8565R-LX | 8565 RECT. LID | 86 | $11,534.40 |
| Customer 40 | 04/28/21 | 81464 | 06-P-225 | 6" ROUND TUB | 162 | $21,351.60 |
| Customer 40 | 04/28/21 | 81464 | 06-FL | 6" ROUND FLAT LID | 180 | $13,572.00 |
| Customer 40 | 05/20/21 | 81597 | 8565R-225-H | 8565 TUB 2.25" FFC | 86 | $18,705.60 |
| Customer 40 | 05/20/21 | 81597 | 8565R-LX | 8565 RECT. LID | 86 | $11,534.40 |
| Customer 40 | 05/26/21 | 81626 | 07C-32-X | 7" ROUND 32 OZ TUB | 108 | $12,054.99 |
| Customer 40 | 05/26/21 | 81626 | 07-CFL | 7" ROUND CMPRT LID | 115 | $8,213.76 |
| Customer 41 | 05/26/21 | 81629 | 3.8RDC-9 | 3.8" ROUND 9 OZ CUP | 30 | $1,501.50 |
| Customer 41 | 05/26/21 | 81629 | 3.8RDC-9 | 3.8" ROUND 9 OZ CUP | 16 | $840.84 |
| Customer 41 | 05/26/21 | 81629 | 3.8RDL | 3.8" ROUND OUTER LID CLEAR | 36 | $1,580.04 |
| Customer 42 | 03/22/21 | 81251 | 4.5-SQ-LO2-600 | 2358 4.5" SQUARE OUTER LID W/ GUARD | 135 | $4,074.30 |
| Customer 42 | 03/22/21 | 81251 | MISC. CHARGES | MISC. CHARGES (WIRE TRANSFER FEE) | 1 | $31.00 |
| Customer 43 | 05/17/21 | 81585 | 10B-64-WDB | 10" 64 OZ DOME BOWL | 40 | $2,122.40 |

20

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 43 | 05/17/21 | 81585 | 10LI-W | 10" BOWL LID | 32 | $1,642.24 |
| Customer 43 | 05/28/21 | 81641 | 10B-64-WDB | 10" 64 OZ DOME BOWL | 220 | $11,673.20 |
| Customer 43 | 05/28/21 | 81641 | 10LI-W | 10" BOWL LID | 208 | $10,674.56 |
| Customer 44 | 05/27/21 | 81634 | 06SQC-60 | 6" SQUARE 60 OZ TUB | 3 | $510.57 |
| Customer 44 | 05/27/21 | 81634 | 06-SQ-L | 6" SQUARE OUTER LID | 3 | $262.43 |
| Customer 45 | 03/02/21 | 81122 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 136 | $13,967.20 |
| Customer 45 | 03/02/21 | 81122 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 120 | $12,336.00 |
| Customer 45 | 03/02/21 | 81123 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 136 | $13,967.20 |
| Customer 45 | 03/02/21 | 81123 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 120 | $12,336.00 |
| Customer 45 | 03/08/21 | 81180 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 136 | $13,967.20 |
| Customer 45 | 03/08/21 | 81180 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 120 | $12,336.00 |
| Customer 45 | 03/24/21 | 81257 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 116 | $11,929.92 |
| Customer 45 | 03/24/21 | 81257 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 96 | $9,907.20 |
| Customer 45 | 03/24/21 | 81257 | 1050-PF-123 | 10.50" FLUTED PIE DOME LID 1.23" | 19 | $2,916.48 |
| Customer 45 | 03/24/21 | 81260 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 136 | $13,967.20 |
| Customer 45 | 03/24/21 | 81260 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 120 | $12,336.00 |
| Customer 45 | 03/24/21 | 81264 | 10BP-150 | 10" PIE BASE FLAT BLACK | 101 | $14,535.36 |
| Customer 45 | 03/24/21 | 81264 | 10-PS-125-GL | 10" SUN DOME 1.25" CLR | 37 | $5,295.02 |
| Customer 45 | 03/24/21 | 81264 | 09D270W | DOME LID-SUN HEIGHT 2.7" | 72 | $8,114.40 |
| Customer 45 | 05/07/21 | 81543 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 136 | $13,967.20 |
| Customer 45 | 05/07/21 | 81543 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 120 | $12,336.00 |
| Customer 45 | 05/07/21 | 81544 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 122 | $12,570.48 |
| Customer 45 | 05/07/21 | 81544 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 144 | $14,803.20 |
| Customer 45 | 05/07/21 | 81545 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 54 | $5,586.88 |
| Customer 45 | 05/07/21 | 81545 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 48 | $4,934.40 |
| Customer 45 | 05/07/21 | 81545 | 10BP-150 | 10" PIE BASE FLAT BLACK | 86 | $12,458.88 |
| Customer 45 | 05/07/21 | 81546 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 54 | $5,586.88 |
| Customer 45 | 05/07/21 | 81546 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 60 | $6,168.00 |
| Customer 45 | 05/07/21 | 81546 | 10BP-150 | 10" PIE BASE FLAT BLACK | 82 | $11,766.72 |
| Customer 45 | 05/07/21 | 81547 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 68 | $6,983.60 |
| Customer 45 | 05/07/21 | 81547 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 60 | $6,168.00 |
| Customer 45 | 05/07/21 | 81547 | 10BP-150 | 10" PIE BASE FLAT BLACK | 72 | $10,382.40 |
| Customer 45 | 06/01/21 | 81644 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 122 | $12,631.68 |
| Customer 45 | 06/01/21 | 81644 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 144 | $14,860.80 |
| Customer 45 | 06/01/21 | 81645 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 122 | $12,631.68 |

21

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 45 | 06/01/21 | 81645 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 144 | $14,860.80 |
| Customer 45 | 06/01/21 | 81646 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 122 | $12,631.68 |
| Customer 45 | 06/01/21 | 81646 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 144 | $14,860.80 |
| Customer 45 | 06/01/21 | 81647 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 122 | $12,631.68 |
| Customer 45 | 06/01/21 | 81647 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 144 | $14,860.80 |
| Customer 46 | 04/28/21 | 81469 | 08SQ-L | 8" SQUARE OUTER LID | 14 | $1,414.40 |
| Customer 46 | 05/03/21 | 81497 | 10BC1.75X1.5 | 10" ROUND BASE WITH SMALL CONE | 6 | $773.36 |
| Customer 46 | 05/03/21 | 81497 | 10BC2.82X2 | 10" ROUND BASE WITH LARGE CONE | 78 | $10,811.36 |
| Customer 46 | 05/03/21 | 81497 | 10D400F | 10" DOME 4" TALL FLUTED | 84 | $13,616.40 |
| Customer 46 | 05/17/21 | 81582 | 7X12-B | 7" x 12" BAR CAKE BASE | 67 | $10,797.11 |
| Customer 46 | 05/17/21 | 81582 | 7X12D-425-LF | 7" x 12" BAR CAKE DOME | 67 | $16,244.32 |
| Customer 46 | 05/17/21 | 81583 | 11-BRB | 11" Cake Bundt | 36 | $8,751.60 |
| Customer 46 | 05/17/21 | 81583 | 11-P-400-100 | 11" Cake Dome 4.00" | 36 | $11,772.00 |
| Customer 47 | 06/03/21 | 81659 | 08SQ-L | 8" SQUARE OUTER LID | 40 | $1,450.00 |
| Customer 47 | 06/03/21 | 81659 | 08SOC-92 | 8" SQUARE 92 OZ TUB | 40 | $2,080.00 |
| Customer 48 | 04/09/21 | 81339 | 09BP150-RCA-HGL | 9" PIE BASE-CLEAR-FLAT | 214 | $24,435.84 |
| Customer 48 | 04/09/21 | 81340 | 09BP150-RCA-HGL | 9" PIE BASE-CLEAR-FLAT | 214 | $24,435.84 |
| Customer 48 | 04/09/21 | 81341 | 09D113WT-RA-HGL | 9" DIAM 1.13" TALL NEXT WAVE DOME PCR W-Tab | 414 | $41,772.60 |
| Customer 48 | 04/09/21 | 81342 | 09BP150-RCA-HGL | 9" PIE BASE-CLEAR-FLAT | 214 | $24,435.84 |
| Customer 48 | 04/09/21 | 81343 | 09BP150-RCA-HGL | 9" PIE BASE-CLEAR-FLAT | 214 | $24,435.84 |
| Customer 48 | 04/15/21 | 81397 | 1075PBF150-RCA | 10.75" PIE BASE 1.50" 100% PCR w/ antifog | 122 | $25,483.68 |
| Customer 48 | 04/15/21 | 81398 | 1075PS150-RA | 10.75" PIE DOME 1.50" 100% PCR Antifog | 173 | $34,974.72 |
| Customer 48 | 04/15/21 | 81399 | 1075PS150-RA | 10.75" PIE DOME 1.50" 100% PCR Antifog | 173 | $34,974.72 |
| Customer 48 | 04/15/21 | 81400 | 1075PBF150-RCA | 10.75" PIE BASE 1.50" 100% PCR w/ antifog | 122 | $25,483.68 |
| Customer 48 | 05/20/21 | 81602 | 09BP150-RCA-HGL | 9" PIE BASE-CLEAR-FLAT | 214 | $24,435.84 |
| Customer 48 | 05/20/21 | 81603 | 09BP150-RCA-HGL | 9" PIE BASE-CLEAR-FLAT | 214 | $24,435.84 |
| Customer 48 | 05/20/21 | 81604 | 09BP150-RCA-HGL | 9" PIE BASE-CLEAR-FLAT | 214 | $24,435.84 |
| Customer 48 | 05/20/21 | 81605 | 09BP150-RCA-HGL | 9" PIE BASE-CLEAR-FLAT | 214 | $24,435.84 |

22

DOCS_DE:234799.4 13044/001

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 48 | 05/20/21 | 81606 | 09BP150-RCA-HGL | 9" PIE BASE-CLEAR-FLAT | 214 | $24,435.84 |
| Customer 48 | 05/20/21 | 81607 | 09D113WT-RA-HGL | 9" DIAM 1.13" TALL NEXT WAVE DOME PCR W-Tab | 414 | $41,772.60 |
| Customer 48 | 05/20/21 | 81608 | 09D113WT-RA-HGL | 9" DIAM 1.13" TALL NEXT WAVE DOME PCR W-Tab | 414 | $41,772.60 |
| Customer 48 | 05/25/21 | 81621 | 1075PBF150-RCA | 10.75" PIE BASE 1.50" 100% PCR w/ antifog | 122 | $25,483.68 |
| Customer 49 | 04/22/21 | 81435 | 07C-64 | 7" ROUND 64 OZ TUB | 194 | $27,301.43 |
| Customer 49 | 04/22/21 | 81436 | 07C-72-RS | 7" ROUND SQUARE 72 OZ TUB | 194 | $27,301.43 |
| Customer 49 | 04/22/21 | 81437 | 07C-74 | 7" ROUND 74 OZ TUB | 169 | $23,809.77 |
| Customer 49 | 04/22/21 | 81438 | 07-FL | 7" ROUND FLAT LID | 346 | $22,947.84 |
| Customer 49 | 04/22/21 | 81439 | 07C-74 | 7" ROUND 74 OZ TUB | 169 | $23,691.23 |
| Customer 49 | 04/22/21 | 81440 | 07C-64 | 7" ROUND 64 OZ TUB | 146 | $20,577.94 |
| Customer 49 | 04/22/21 | 81440 | 07C-72-RS | 7" ROUND SQUARE 72 OZ TUB | 49 | $6,864.17 |
| Customer 49 | 04/22/21 | 81441 | 07C-72-RS | 7" ROUND SQUARE 72 OZ TUB | 76 | $10,786.55 |
| Customer 49 | 04/22/21 | 81441 | 07-FL | 7" ROUND FLAT LID | 196 | $13,003.78 |
| Customer 49 | 05/07/21 | 81549 | 07C-74 | 7" ROUND 74 OZ TUB | 169 | $23,928.31 |
| Customer 49 | 05/07/21 | 81550 | 07-FL | 7" ROUND FLAT LID | 346 | $22,947.84 |
| Customer 49 | 05/07/21 | 81551 | 07C-74 | 7" ROUND 74 OZ TUB | 169 | $23,928.31 |
| Customer 49 | 05/07/21 | 81552 | 07C-72-RS | 7" ROUND SQUARE 72 OZ TUB | 125 | $17,650.71 |
| Customer 49 | 05/07/21 | 81552 | 07C-64 | 7" ROUND 64 OZ TUB | 69 | $9,799.02 |
| Customer 49 | 05/07/21 | 81553 | 07-FL | 7" ROUND FLAT LID | 346 | $22,947.84 |
| Customer 49 | 06/09/21 | 81698 | 07-FL | 7" ROUND FLAT LID | 346 | $22,947.84 |
| Customer 49 | 06/09/21 | 81699 | 07C-72-RS | 7" ROUND SQUARE 72 OZ TUB | 62 | $8,825.36 |
| Customer 49 | 06/09/21 | 81699 | 07C-64 | 7" ROUND 64 OZ TUB | 132 | $18,618.14 |
| Customer 49 | 06/09/21 | 81700 | 07C-74 | 7" ROUND 74 OZ TUB | 169 | $23,928.31 |
| Customer 50 | 03/24/21 | 81263 | 06SQC-60 | 6" SQUARE 60 OZ TUB | 9 | $1,296.90 |
| Customer 50 | 05/17/21 | 81586 | 06SQC-60 | 6" SQUARE 60 OZ TUB | 162 | $23,344.20 |
| Customer 50 | 05/17/21 | 81586 | 06-SQ-L | 6" SQUARE OUTER LID | 162 | $11,982.17 |
| Customer 50 | 06/09/21 | 81695 | 06SQC-60 | 6" SQUARE 60 OZ TUB | 171 | $24,743.70 |
| Customer 50 | 06/09/21 | 81695 | 06-SQ-L | 6" SQUARE OUTER LID | 162 | $12,014.64 |
| Customer 51 | 05/12/21 | 81571 | CS-CUPCAKE | CUPCAKE CLAMSHELL 1PK | 648 | $48,600.00 |
| Customer 51 | 05/19/21 | 81590 | 08SQC-64 | 8" SQUARE 64 OZ TUB | 58 | $8,634.24 |
| Customer 51 | 05/19/21 | 81590 | 08SQ-L | 8" SQUARE OUTER LID | 88 | $9,202.44 |
| Customer 51 | 05/19/21 | 81590 | 08SQC-40 | 8" SQUARE 40 OZ TUB | 32 | $3,900.80 |
| Customer 51 | 05/19/21 | 81590 | CS-CUPCAKE | CUPCAKE CLAMSHELL 1PK | 65 | $4,860.00 |

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 52 | 06/03/21 | 81658 | 10D-175-F | 10" DOME 1.75" TALL FLUTED | 540 | $11,107.80 |
| Customer 52 | 06/03/21 | 81658 | 10B | 10" ROUND BLACK BASE | 300 | $10,926.00 |
| Customer 52 | 06/10/21 | 81701 | 10D-175-F | 10" DOME 1.75" TALL FLUTED | 540 | $11,107.80 |
| Customer 52 | 06/10/21 | 81701 | 10B | 10" ROUND BLACK BASE | 300 | $10,926.00 |
| Customer 53 | 06/08/21 | 81691 | 4.5-SQ-16 | 4.5" SQUARE 16 OZ TUB | 346 | $24,641.28 |
| Customer 53 | 06/08/21 | 81691 | 4.5-SQ-LO | 4.5" SQUARE OUTER LID | 356 | $19,281.24 |
| Customer 54 | 03/30/21 | 81312 | 09D450P | 9" X 4.5" SMOOTH PLATINUM DOME | 14 | $2,868.48 |
| Customer 54 | 03/30/21 | 81312 | 09D350 | 9" ROUND TUB 3.50" 30-03000 | 10 | $1,591.20 |
| Customer 54 | 03/30/21 | 81312 | 08BR-5.78-HGL2 | 8" ROUND BASE W/ 5.78" RING | 65 | $4,902.74 |
| Customer 54 | 03/30/21 | 81312 | 06SQC-32 | 6" SQUARE 32 OZ TUB | 25 | $2,038.68 |
| Customer 54 | 03/30/21 | 81312 | 06-SQ-L | 6" SQUARE OUTER LID | 30 | $1,915.85 |
| Customer 54 | 03/30/21 | 81312 | 08D375W | 1311 8" DIAM 3 3/4" TALL NEXT WAVE DOME | 56 | $6,035.71 |
| Customer 54 | 03/30/21 | 81312 | 09BR-7.13-HGL | 9" BLACK BASE - 7.13" CENTER RING | 30 | $3,459.00 |
| Customer 54 | 04/30/21 | 81486 | 09D450P | 9" X 4.5" SMOOTH PLATINUM DOME | 18 | $3,585.60 |
| Customer 54 | 04/30/21 | 81486 | 09D350 | 9" ROUND TUB 3.50" 30-03000 | 10 | $1,591.20 |
| Customer 54 | 04/30/21 | 81486 | 09BR-7.13 | 9" BLACK BASE - 7.13" CENTER RING | 30 | $3,459.00 |
| Customer 54 | 04/30/21 | 81486 | 08BR-5.78-HGL2 | 8" ROUND BASE W/ 5.78" RING | 55 | $4,202.35 |
| Customer 54 | 04/30/21 | 81486 | 08D375W-GL | 1311 8" DIAM 3 3/4" TALL NEXT WAVE DOME | 45 | $4,917.02 |
| Customer 54 | 04/30/21 | 81486 | 4S-206 | 4" SQUARE TUB 2.06"-12 OZ | 21 | $995.40 |
| Customer 54 | 04/30/21 | 81486 | 4.5-SQ-LO2-600 | 2358 4.5" SQUARE OUTER LID W/ GUARD | 27 | $950.40 |
| Customer 54 | 04/30/21 | 81486 | 06SQC-32 | 6" SQUARE 32 OZ TUB | 25 | $2,038.68 |
| Customer 54 | 04/30/21 | 81486 | 06-SQ-L | 6" SQUARE OUTER LID | 30 | $1,915.85 |
| Customer 54 | 04/30/21 | 81487 | 09D450P | 9" X 4.5" SMOOTH PLATINUM DOME | 18 | $3,585.60 |
| Customer 54 | 04/30/21 | 81487 | 09D350 | 9" ROUND TUB 3.50" 30-03000 | 16 | $2,386.80 |
| Customer 54 | 04/30/21 | 81487 | 09BR-7.13 | 9" BLACK BASE - 7.13" CENTER RING | 30 | $3,459.00 |
| Customer 54 | 04/30/21 | 81487 | 08BR-5.78-HGL2 | 8" ROUND BASE W/ 5.78" RING | 55 | $4,202.35 |
| Customer 54 | 04/30/21 | 81487 | 08D375W-GL | 1311 8" DIAM 3 3/4" TALL NEXT WAVE DOME | 53 | $5,736.53 |
| Customer 54 | 04/30/21 | 81487 | 06SQC-32 | 6" SQUARE 32 OZ TUB | 25 | $2,038.68 |
| Customer 54 | 04/30/21 | 81487 | 06-SQ-L | 6" SQUARE OUTER LID | 30 | $1,915.85 |
| Customer 54 | 05/05/21 | 81507 | 09D450P | 9" X 4.5" SMOOTH PLATINUM DOME | 7 | $1,434.24 |
| Customer 54 | 05/05/21 | 81507 | 09BR-7.13 | 9" BLACK BASE - 7.13" CENTER RING | 12 | $1,383.60 |
| Customer 54 | 05/05/21 | 81507 | 08BR-5.78-HGL2 | 8" ROUND BASE W/ 5.78" RING | 46 | $3,501.96 |
| Customer 54 | 05/05/21 | 81507 | 08D375W-GL | 1311 8" DIAM 3 3/4" TALL NEXT WAVE DOME | 159 | $17,209.58 |
| Customer 54 | 05/05/21 | 81508 | 08BR-5.78-HGL2 | 8" ROUND BASE W/ 5.78" RING | 139 | $10,505.88 |
| Customer 54 | 05/05/21 | 81508 | 08D375W-GL | 1311 8" DIAM 3 3/4" TALL NEXT WAVE DOME | 113 | $12,292.56 |

24

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 54 | 05/05/21 | 81511 | 09D450P | 9" X 4.5" SMOOTH PLATINUM DOME | 7 | $1,434.24 |
| Customer 54 | 05/05/21 | 81511 | 09D350 | 9" ROUND TUB 3.50" 30-O3000 | 5 | $795.60 |
| Customer 54 | 05/05/21 | 81511 | 09BR-7.13 | 9" BLACK BASE - 7.13" CENTER RING | 18 | $2,075.40 |
| Customer 54 | 05/05/21 | 81511 | 08BR-5.78-HGL2 | 8" ROUND BASE W/ 5.78" RING | 92 | $7,003.92 |
| Customer 54 | 05/05/21 | 81511 | 08D375W-GL | 1311 8" DIAM 3 3/4" TALL NEXT WAVE DOME | 91 | $9,834.05 |
| Customer 54 | 05/05/21 | 81511 | 06SQC-32 | 6" SQUARE 32 OZ TUB | 12 | $946.53 |
| Customer 54 | 05/05/21 | 81511 | 06-SQ-L | 6" SQUARE OUTER LID | 15 | $957.92 |
| Customer 54 | 05/05/21 | 81512 | 09D450P | 9" X 4.5" SMOOTH PLATINUM DOME | 7 | $1,434.24 |
| Customer 54 | 05/05/21 | 81512 | 09D350 | 9" ROUND TUB 3.50" 30-O3000 | 5 | $795.60 |
| Customer 54 | 05/05/21 | 81512 | 09BR-7.13 | 9" BLACK BASE - 7.13" CENTER RING | 12 | $1,383.60 |
| Customer 54 | 05/05/21 | 81512 | 08BR-5.78-HGL2 | 8" ROUND BASE W/ 5.78" RING | 92 | $7,003.92 |
| Customer 54 | 05/05/21 | 81512 | 08D375W-GL | 1311 8" DIAM 3 3/4" TALL NEXT WAVE DOME | 98 | $10,653.55 |
| Customer 54 | 05/05/21 | 81512 | 06SQC-32 | 6" SQUARE 32 OZ TUB | 12 | $946.53 |
| Customer 54 | 05/05/21 | 81512 | 06-SQ-L | 6" SQUARE OUTER LID | 15 | $957.92 |
| Customer 54 | 05/05/21 | 81513 | 09D450P | 9" X 4.5" SMOOTH PLATINUM DOME | 18 | $3,585.60 |
| Customer 54 | 05/05/21 | 81513 | 09D350 | 9" ROUND TUB 3.50" 30-O3000 | 10 | $1,591.20 |
| Customer 54 | 05/05/21 | 81513 | 09BR-7.13 | 9" BLACK BASE - 7.13" CENTER RING | 30 | $3,459.00 |
| Customer 54 | 05/05/21 | 81513 | 08BR-5.78-HGL2 | 8" ROUND BASE W/ 5.78" RING | 55 | $4,202.35 |
| Customer 54 | 05/05/21 | 81513 | 08D375W-GL | 1311 8" DIAM 3 3/4" TALL NEXT WAVE DOME | 45 | $4,917.02 |
| Customer 54 | 05/05/21 | 81513 | 4S-206 | 4" SQUARE TUB 2.06"-12 OZ | 21 | $995.40 |
| Customer 54 | 05/05/21 | 81513 | 4.5-SQ-LO2-600 | 2358 4.5" SQUARE OUTER LID W/ GUARD | 27 | $950.40 |
| Customer 54 | 05/05/21 | 81513 | 06SQC-32 | 6" SQUARE 32 OZ TUB | 23 | $1,893.06 |
| Customer 54 | 05/05/21 | 81513 | 06-SQ-L | 6" SQUARE OUTER LID | 30 | $1,915.85 |
| Customer 54 | 05/05/21 | 81514 | 08BR-5.78-HGL2 | 8" ROUND BASE W/ 5.78" RING | 74 | $5,603.14 |
| Customer 54 | 05/05/21 | 81514 | 08D375W-GL | 1311 8" DIAM 3 3/4" TALL NEXT WAVE DOME | 129 | $13,931.57 |
| Customer 54 | 05/05/21 | 81514 | 4S-206 | 4" SQUARE TUB 2.06"-12 OZ | 42 | $1,990.80 |
| Customer 54 | 05/05/21 | 81514 | 4.5-SQ-LO2-600 | 2358 4.5" SQUARE OUTER LID W/ GUARD | 27 | $950.40 |
| Customer 54 | 05/05/21 | 81514 | 06SQC-32 | 6" SQUARE 32 OZ TUB | 12 | $946.53 |
| Customer 54 | 05/05/21 | 81514 | 06-SQ-L | 6" SQUARE OUTER LID | 15 | $957.92 |
| Customer 54 | 05/06/21 | 81523 | 08BR-5.78-HGL2 | 8" ROUND BASE W/ 5.78" RING | 129 | $9,805.49 |
| Customer 54 | 05/06/21 | 81523 | 08D375W-GL | 1311 8" DIAM 3 3/4" TALL NEXT WAVE DOME | 121 | $13,112.06 |
| Customer 55 | 05/27/21 | 81635 | CS-84-180 | CLAMSHELL 8-5/8" x 4-1/4" x 2-1/16" | 176 | $13,815.86 |
| Customer 56 | 03/22/21 | 81252 | 4RD-16 | 4" ROUND 16 OZ TUB | 149 | $8,615.93 |
| Customer 56 | 05/03/21 | 81498 | 4RD-16 | 4" ROUND 16 OZ TUB | 216 | $12,490.20 |
| Customer 56 | 05/03/21 | 81498 | 4RD-LI | 4" ROUND INNER LID | 180 | $7,519.50 |

25

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 57 | 05/20/21 | 81601 | 08SQ-L | 17287 8" SQUARE OUTER LID | 40 | $1,418.48 |
| Customer 57 | 05/20/21 | 81601 | 08SQC-40 | 17294 8" SQUARE 40 OZ TUB | 40 | $1,617.92 |
| Customer 58 | 04/29/21 | 81476 | 07C-32-X | 7" ROUND 32 OZ TUB | 164 | $16,301.09 |
| Customer 58 | 04/29/21 | 81476 | 07-FL | 7" ROUND FLAT LID | 161 | $11,870.21 |
| Customer 58 | 04/29/21 | 81477 | 3.8RDC-9 | 3.8" ROUND 9 OZ CUP | 702 | $27,167.40 |
| Customer 58 | 04/29/21 | 81478 | 8X975H-244-C16 | 8" x 9.75" 16 COUNT COOKIE CLAMSHELL | 130 | $30,818.88 |
| Customer 58 | 04/29/21 | 81479 | 3.8RDC-9 | 3.8" ROUND 9 OZ CUP | 702 | $27,167.40 |
| Customer 58 | 04/29/21 | 81479 | 3.8RDL | 3.8" ROUND OUTER LID CLEAR | 713 | $18,105.12 |
| Customer 58 | 04/29/21 | 81480 | 7SQBR | 7" SQUARE BASE WITH RING | 110 | $9,428.16 |
| Customer 58 | 04/29/21 | 81481 | 08SQC-64 | 8" SQUARE 64 OZ TUB | 95 | $16,231.60 |
| Customer 58 | 04/29/21 | 81481 | 08SQ-L | 8" SQUARE OUTER LID | 102 | $11,872.80 |
| Customer 58 | 04/29/21 | 81482 | 07C-32-X | 7" ROUND 32 OZ TUB | 164 | $16,301.09 |
| Customer 58 | 04/29/21 | 81482 | 07-FL | 7" ROUND FLAT LID | 161 | $11,870.21 |
| Customer 58 | 04/29/21 | 81483 | 8X975H-244-C16 | 8" x 9.75" 16 COUNT COOKIE CLAMSHELL | 216 | $51,559.20 |
| Customer 58 | 04/30/21 | 81485 | 10B | 10" ROUND BLACK BASE | 58 | $8,104.32 |
| Customer 58 | 04/30/21 | 81485 | 10C-68 | 10" ROUND 68 OZ TUB | 39 | $7,507.81 |
| Customer 58 | 04/30/21 | 81485 | JON-035959 | CHEESECAKE 2 PACK CLEAR LID VER-2 | 120 | $6,948.00 |
| Customer 58 | 04/30/21 | 81485 | JON-037654 | CHEESECAKE 2 PACK BLACK BASE VER-2 | 105 | $5,538.78 |
| Customer 58 | 05/25/21 | 81619 | 7X9D-200-N | 7" x 9" DOME | 43 | $5,735.57 |
| Customer 58 | 06/03/21 | 81654 | 10B | 10" ROUND BLACK BASE | 48 | $6,753.60 |
| Customer 58 | 06/03/21 | 81654 | 10C-68 | 10" ROUND 68 OZ TUB | 46 | $8,872.86 |
| Customer 58 | 06/03/21 | 81654 | JON-051455 | CHEESECAKE 2 PACK CLEAR BASE | 140 | $7,244.64 |
| Customer 58 | 06/03/21 | 81654 | JON-035959 | CHEESECAKE 2 PACK CLEAR LID VER-2 | 60 | $3,474.00 |
| Customer 58 | 06/03/21 | 81654 | JON-037654 | CHEESECAKE 2 PACK BLACK BASE VER-2 | 35 | $1,846.26 |
| Customer 58 | 06/03/21 | 81662 | SB-012411001-1M | SHRINK BAND 8" SQ 1M/CS | 240 | $15,336.00 |
| Customer 58 | 06/03/21 | 81663 | 7X9D-200-N | 7" x 9" DOME | 162 | $21,829.43 |
| Customer 58 | 06/03/21 | 81663 | 7X9B-N | 7" x 9" BASE | 152 | $16,411.59 |
| Customer 58 | 06/04/21 | 81665 | 7SQBR | 7" SQUARE BASE WITH RING | 207 | $17,708.54 |
| Customer 58 | 06/04/21 | 81665 | 7SQD-200 | 7" SQUARE DOME 2" TALL | 207 | $23,348.74 |
| Customer 58 | 06/04/21 | 81666 | 7SQBR | 7" SQUARE BASE WITH RING | 207 | $17,708.54 |
| Customer 58 | 06/04/21 | 81666 | 7SQD-200 | 7" SQUARE DOME 2" TALL | 207 | $23,348.74 |
| Customer 58 | 06/04/21 | 81667 | 07C-32-X | 7" ROUND 32 OZ TUB | 180 | $17,829.32 |
| Customer 58 | 06/04/21 | 81667 | 07-FL | 7" ROUND FLAT LID | 173 | $12,718.08 |
| Customer 58 | 06/04/21 | 81668 | 07C-32-X | 7" ROUND 32 OZ TUB | 180 | $17,829.32 |
| Customer 58 | 06/04/21 | 81668 | 07-FL | 7" ROUND FLAT LID | 173 | $12,718.08 |

26

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|----------|-----------|---------|--------|------------------|-----------|-----------|
| Customer 58 | 06/04/21 | 81669 | 7SQBR | 7" SQUARE BASE WITH RING | 207 | $17,708.54 |
| Customer 58 | 06/04/21 | 81669 | 7SQD-200 | 7" SQUARE DOME 2" TALL | 207 | $23,348.74 |
| Customer 58 | 06/04/21 | 81670 | 07C-32-X | 7" ROUND 32 OZ TUB | 180 | $17,829.32 |
| Customer 58 | 06/04/21 | 81670 | 07-FL | 7" ROUND FLAT LID | 173 | $12,718.08 |
| Customer 58 | 06/04/21 | 81671 | 8X975H-244-C16 | 8" x 9.75" 16 COUNT COOKIE CLAMSHELL | 216 | $51,559.20 |
| Customer 58 | 06/04/21 | 81672 | 7SQBR | 7" SQUARE BASE WITH RING | 207 | $17,708.54 |
| Customer 58 | 06/04/21 | 81672 | 7SQD-200 | 7" SQUARE DOME 2" TALL | 207 | $23,348.74 |
| Customer 58 | 06/07/21 | 81676 | 10B | 10" ROUND BLACK BASE | 43 | $6,078.24 |
| Customer 58 | 06/07/21 | 81676 | 10C-68 | 10" ROUND 68 OZ TUB | 46 | $8,872.86 |
| Customer 58 | 06/07/21 | 81676 | JON-051455 | CHEESECAKE 2 PACK CLEAR BASE | 105 | $5,433.48 |
| Customer 58 | 06/07/21 | 81676 | JON-035959 | CHEESECAKE 2 PACK CLEAR LID VER-2 | 120 | $6,948.00 |
| Customer 58 | 06/07/21 | 81676 | JON-037654 | CHEESECAKE 2 PACK BLACK BASE VER-2 | 35 | $1,846.26 |
| Customer 59 | 04/12/21 | 81356 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 400 | $14,756.00 |
| Customer 59 | 04/12/21 | 81356 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 150 | $6,276.00 |
| Customer 59 | 04/12/21 | 81356 | 09D-225-W-CS | 9" WV DOME 2.25" TALL W. CRST SVER | 150 | $6,477.00 |
| Customer 59 | 05/26/21 | 81630 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 400 | $14,756.00 |
| Customer 59 | 05/26/21 | 81630 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 150 | $6,276.00 |
| Customer 59 | 05/26/21 | 81630 | 09D-225-W-CS | 9" WV DOME 2.25" TALL W. CRST SVER | 150 | $6,477.00 |
| Customer 59 | 05/26/21 | 81631 | 10BP-150 | 10" PIE BASE FLAT BLACK | 280 | $9,497.60 |
| Customer 59 | 05/26/21 | 81631 | 10D-150-W-CS | 10" WV DOME 1.5" TALL W. CRST SVER | 180 | $8,726.40 |
| Customer 59 | 05/26/21 | 81631 | 10-PS-250 | 10" SUN DOME 2.50" CLR | 144 | $8,298.72 |
| Customer 59 | 05/26/21 | 81631 | 1075PBF150-170 | 10.75" PIE BASE 1.50" BLACK | 96 | $3,158.40 |
| Customer 59 | 05/26/21 | 81631 | 1075PS150-240 | 10.75" PIE DOME 1.50" CLEAR | 72 | $3,396.24 |
| Customer 59 | 05/26/21 | 81632 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 400 | $14,756.00 |
| Customer 59 | 05/26/21 | 81632 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 150 | $6,276.00 |
| Customer 59 | 05/26/21 | 81632 | 09D-225-W-CS | 9" WV DOME 2.25" TALL W. CRST SVER | 150 | $6,477.00 |
| Customer 59 | 05/26/21 | 81633 | 09BP150 | 9" PIE BASE-BLACK-FLAT | 400 | $14,756.00 |
| Customer 59 | 05/26/21 | 81633 | 09D113W | 9" DIAM 1.13" TALL NEXT WAVE DOME | 150 | $6,276.00 |
| Customer 59 | 05/26/21 | 81633 | 09D-225-W-CS | 9" WV DOME 2.25" TALL W. CRST SVER | 150 | $6,477.00 |
| Customer 60 | 06/01/21 | 81643 | 7X12D-425-LF | 7" x 12" BAR CAKE DOME | 1 | $60.54 |
| Customer 60 | 06/01/21 | 81643 | 7X12-B | 7" x 12" BAR CAKE BASE | 1 | $55.27 |
| Customer 61 | 05/25/21 | 81623 | 10LI-W-GR | 10" BOWL LID GREEN | 7 | $866.39 |
| Customer 61 | 05/25/21 | 81623 | 10B-64-W-GR | 10" 64 OZ BOWL - GREEN | 12 | $659.40 |
| Customer 62 | 05/14/21 | 81578 | 10C-68 | 10" ROUND 68 OZ TUB | 32 | $1,592.32 |
| Customer 62 | 05/14/21 | 81578 | 10-LF | 1720S 10" ROUND FLAT LID | 20 | $1,112.80 |

27

| Customer | Order Date | Order # | Item # | Item Description | Open Units | Open Value |
|---|---|---|---|---|---|---|
| Customer 63 | 05/17/21 | 81579 | 07-4CT-28 | 7" ROUND 4 CMPRT 28 OZ FILM-SEALABLE TUB | 64 | $6,802.56 |
| Customer 63 | 05/17/21 | 81579 | 07-4CT-FL | 7" ROUND 4 CMPRT LID | 64 | $3,527.04 |
| Customer 63 | 05/17/21 | 81580 | 07-4CT-28 | 7" ROUND 4 CMPRT 28 OZ FILM-SEALABLE TUB | 64 | $6,802.56 |
| Customer 63 | 05/17/21 | 81580 | 07-4CT-FL | 7" ROUND 4 CMPRT LID | 64 | $3,527.04 |
| Customer 63 | 06/08/21 | 81689 | 07-4CT-28 | 7" ROUND 4 CMPRT 28 OZ FILM-SEALABLE TUB | 80 | $8,503.20 |
| Customer 63 | 06/08/21 | 81689 | 07-4CT-FL | 7" ROUND 4 CMPRT LID | 64 | $3,527.04 |
| Customer 63 | 06/08/21 | 81690 | 07-4CT-28 | 7" ROUND 4 CMPRT 28 OZ FILM-SEALABLE TUB | 64 | $6,802.56 |
| Customer 63 | 06/08/21 | 81690 | 07-4CT-FL | 7" ROUND 4 CMPRT LID | 64 | $3,527.04 |
| Customer 64 | 05/25/21 | 81622 | 07-FL | 7" ROUND FLAT LID | 32 | $1,970.84 |
| Customer 64 | 05/25/21 | 81622 | 4RD-16 | 4" ROUND 16 OZ TUB | 36 | $1,380.56 |
| Customer 64 | 05/25/21 | 81622 | 07C-32-X | 7" ROUND 32 OZ TUB | 42 | $2,499.34 |

DOCS_DE:234799.4 13044/001

## Section 2.1(j): Open Supplier Orders as of June 10, 2021

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| ENGITECS SAS. | 03/23/21 | 80513 | Mechanical and electrical PM service (3-9-21) | EA | 1 | $53,170.00 |
| MILES CHEMICAL COMPANY | 03/23/21 | 80535 | manifest | EA | 2 | $76.48 |
| MILES CHEMICAL COMPANY | 03/23/21 | 80535 | oily rags | EA | 6 | $1,664.97 |
| MILES CHEMICAL COMPANY | 03/23/21 | 80535 | waste oil | EA | 7 | $2,049.53 |
| MILES CHEMICAL COMPANY | 03/23/21 | 80535 | fuel surcharge | EA | 1 | $53.53 |
| ALL-PHASE ELECTRIC SUPPLY | 03/29/21 | 80554 | Gefran Module | EA | 1 | $2,011.18 |
| ALL-PHASE ELECTRIC SUPPLY | 03/29/21 | 80554 | shipping | EA | 1 | $35.09 |
| THERMOFORMING SYSTEMS LLC | 03/29/21 | 80561 | YASKAWA S5 ENCODER CABLE 15M | EA | 2 | $932.00 |
| THERMOFORMING SYSTEMS LLC | 03/29/21 | 80561 | YASKAWA S5 CABLE BRAKE 400V 10M | EA | 2 | $926.00 |
| APPLIED INDUSTRIAL TECHNOLOGIES | 03/29/21 | 80567 | seal kit | EA | 1 | $183.52 |
| THERMOFORMING SYSTEMS LLC | 03/29/21 | 80568 | (TRD) 4"BORE X 28"STROKE CYLINDER | EA | 1 | $966.00 |
| NALCO COMPANY | 03/29/21 | 80570 | Chemical and service cost | EA | 2 | $10,258.75 |
| NAT'L LIFT FLEET LEASING & SALES | 04/05/21 | 80578 | repair lift | EA | 1 | $1.08 |
| AMERICAN SUPPLY COMPANY | 04/05/21 | 80579 | #16 24"x19-1/2"x15" PRINTED RSC 200# CTN BOX | M | 2 | $4,512.12 |
| LIBERTY PACKAGING | 04/05/21 | 80580 | #32 23-7/8"x17"x16.5" PRINTED RSC 200# CTN BOX | M | 2 | $2,986.00 |
| B&B PLASTICS RECYCLERS INC. | 04/05/21 | 80581 | RPET CLEAR - REGRIND | LB | 5,720 | $2,402.40 |
| ODC TOOLING & MOLDS | 04/05/21 | 80583 | O9D mold repair | EA | 1 | $38,450.00 |
| MJH TOOLING & DIE | 04/05/21 | 80589 | 07C Die | EA | 2 | $2,300.00 |
| RAYCO SECURITY, INC. | 04/05/21 | 80593 | inspect and test fire alarms system 1351 | EA | 1 | $1,750.00 |
| RAYCO SECURITY, INC. | 04/05/21 | 80593 | inspect and test fire alarms system 1151 | EA | 1 | $1,750.00 |
| APPLIED INDUSTRIAL TECHNOLOGIES | 04/05/21 | 80595 | mac valve 250b-121ca | EA | 3 | $257.28 |
| APPLIED INDUSTRIAL TECHNOLOGIES | 04/05/21 | 80595 | handling fee | EA | 1 | $19.02 |
| RIVER CITY WOOD PRODUCTS, LLC | 04/05/21 | 80611 | PALLET 48 X 40 #2 4-WAY | EA | 704 | $4,209.92 |
| RIVER CITY WOOD PRODUCTS, LLC | 04/05/21 | 80611 | GMA #1 PALLET 40 x 48 4-WAY | EA | 704 | $5,808.00 |
| LIBERTY PACKAGING | 04/05/21 | 80614 | #3 18-1/4"x15-1/2"x18-1/4" PRINTED RSC 200# CTN BOX | M | 2 | $3,475.75 |
| ENGITECS SAS. | 04/05/21 | 80627 | machine maintenance 4/19-6/12 | EA | 1 | $44,320.00 |
| VFK Head Corp. | 04/15/21 | 80644 | RODLESS CYLINDER | EA | 2 | $2,860.00 |
| AMERICAN SUPPLY COMPANY | 04/19/21 | 80665 | TAPE, 2" CLEAR, 36RLS/CS, PER ROLL 2MIL.x110 | CS36 | 20 | $580.00 |
| AMERICAN SUPPLY COMPANY | 04/20/21 | 80682 | #3 18-1/4"x15-1/2"x18-1/4" PRINTED RSC 200# CTN BOX | M | 2 | $2,931.53 |
| AMERICAN SUPPLY COMPANY | 04/20/21 | 80682 | #14 23-5/8"x19-11/16"x19-13/16" PRINTED RSC 200# CTN BOX | M | 4 | $8,343.50 |

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| L.A. GRINDING CO., INC. | 04/21/21 | 80685 | TRIA" MODEL #TF15030 12.500 X 2.312 X .398 | EA | 30 | $4,650.00 |
| INDUSTRIAL METAL SUPPLY CO. | 04/20/21 | 80697 | 24" x 1" x .75" steel bar | EA | 1 | $24.54 |
| QUALITY PACKAGING & SUPPLIES, INC. | 04/20/21 | 80699 | HSC GAYLORD BODY 46-5/16x18-5/8x47 ECT61 | EA | 825 | $6,930.00 |
| QUALITY PACKAGING & SUPPLIES, INC. | 04/20/21 | 80699 | 48" corner boards (2940 per pallet) | EA | 2 | $2,158.00 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 04/20/21 | 80706 | 1 outlet, polymer bowl, 236.6ml no flow control oil res. | EA | 1 | $60.72 |
| VFK Head Corp. | 04/21/21 | 80709 | solenoid valve vp7-8-fg-s | EA | 2 | $360.00 |
| VFK Head Corp. | 04/21/21 | 80709 | solenoid valve VE3330-4G1-02 | EA | 1 | $310.00 |
| VFK Head Corp. | 04/21/21 | 80709 | speed valve as4000 | EA | 2 | $76.00 |
| VFK Head Corp. | 04/21/21 | 80709 | speed valve nse1002 | EA | 2 | $50.00 |
| VFK Head Corp. | 04/21/21 | 80709 | air cylinder GDC 1050 x 350 | EA | 2 | $960.00 |
| VFK Head Corp. | 04/21/21 | 80709 | air cylinder gdcfh 63 x 200 | EA | 1 | $140.00 |
| VFK Head Corp. | 04/21/21 | 80709 | air cylinder gdc 40x20 bolt type | EA | 2 | $320.00 |
| VFK Head Corp. | 04/21/21 | 80709 | air cylinder gdc 40x20 pin type | EA | 2 | $320.00 |
| VFK Head Corp. | 04/21/21 | 80709 | vector motor | EA | 1 | $3,400.00 |
| VFK Head Corp. | 04/21/21 | 80709 | gear box maobp 140c20t | EA | 1 | $4,330.00 |
| VFK Head Corp. | 04/21/21 | 80709 | servo motor | EA | 1 | $1,180.00 |
| VFK Head Corp. | 04/21/21 | 80709 | reducer | EA | 1 | $580.00 |
| VFK Head Corp. | 04/21/21 | 80709 | #35 double chain | EA | 1 | $190.00 |
| VFK Head Corp. | 04/21/21 | 80709 | lcp32-5a | EA | 1 | $80.00 |
| VFK Head Corp. | 04/21/21 | 80709 | mc404a (LS) | EA | 1 | $110.00 |
| VFK Head Corp. | 04/21/21 | 80709 | mc9b (LS) | EA | 3 | $165.00 |
| VFK Head Corp. | 04/21/21 | 80709 | relay hr710-2pl-24vdc | EA | 3 | $18.00 |
| VFK Head Corp. | 04/21/21 | 80709 | relay hr705-24pl-24vdc | EA | 3 | $18.00 |
| VFK Head Corp. | 04/21/21 | 80709 | ssr k25-51k.3lr | EA | 3 | $33.00 |
| VFK Head Corp. | 04/21/21 | 80709 | rubber roller 100 with bearing 6004 | EA | 4 | $300.00 |
| VFK Head Corp. | 04/21/21 | 80709 | bushing | EA | 4 | $72.00 |
| VFK Head Corp. | 04/21/21 | 80709 | operation metal roller | EA | 4 | $360.00 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 04/27/21 | 80718 | 7/8-9 unc 2b 4 flute cobalt spiral point tap | EA | 2 | $186.49 |
| TRIA AMERICA INC | 04/27/21 | 80719 | 1.1 kw motor 230/400v 50hz ie3 | EA | 1 | $470.29 |
| L.A. GRINDING CO., INC. | 04/28/21 | 80736 | 12" SINGLE BEVEL GRANULATOR | EA | 15 | $135.00 |
| L.A. GRINDING CO., INC. | 04/28/21 | 80736 | 12" 2 EDGE GRANULATOR BED | EA | 5 | $90.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | bracket | EA | 3 | $268.50 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | cover | EA | 1 | $224.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | enclosure | EA | 1 | $183.00 |

30

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | shield | EA | 1 | $213.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | heater | EA | 3 | $2,889.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | screw | EA | 24 | $24.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | PHMS #8-32X1/2 | EA | 3 | $3.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | SPEEDNUT 1/4-20 | EA | 6 | $6.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | nut | EA | 3 | $3.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | nut | EA | 9 | $9.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | washer | EA | 3 | $3.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | washer | EA | 9 | $9.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80743 | washer | EA | 24 | $24.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80744 | FEED DRIVE PLATE | EA | 1 | $588.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80744 | FEED DRIVE PLATE | EA | 1 | $588.00 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80744 | RETAINING RING 70MM EXTERNAL | EA | 2 | $12.40 |
| THERMOFORMING SYSTEMS LLC | 04/28/21 | 80744 | SPLINE DRIVE SHAFT | EA | 1 | $1,131.00 |
| LIBERTY PACKAGING | 04/28/21 | 80749 | #8 22-1/2"x12-7/8"x18" PRINTED | M | 3 | $4,320.00 |
| LANDSBERG | 04/28/21 | 80750 | #10 23-5/8"x18-3/4"x18-13/16" PRINTED RSC 200# CTN BOX | M | 5 | $8,475.00 |
| LANDSBERG | 04/28/21 | 80750 | #14 23-5/8"x19-11/16"x19-13/16" PRINTED RSC 200# CTN BOX | M | 5 | $9,150.00 |
| VINMAR POLYMERS AMERICA, LLC | 05/03/21 | 80757 | PET RESIN, VIRGIN, BOTTLE GRADE, CLEAR | LB | 1,000,000 | $670,000.00 |
| HARRINGTON INDUSTRIAL PLASTICS LLC | 05/03/21 | 80758 | Filter catrige 6.3/8_OD X 4_ID | EA | 8 | $1,474.53 |
| THERMOFORMING SYSTEMS LLC | 05/05/21 | 80772 | PRESSURE WHEEL HEAVY KNRUL | EA | 6 | $2,130.00 |
| SOURCE ONE PACKAGING, LLC | 05/06/21 | 80781 | SHRINK BAND 8" SQ 1M/CS | M | 500 | $19,615.00 |
| WESTERN HYDROSTATICS INC. | 05/10/21 | 80788 | yaskowa servopack | EA | 1 | $1,875.00 |
| WESTERN HYDROSTATICS INC. | 05/10/21 | 80788 | yaskowa servopack | EA | 1 | $1,875.00 |
| WESTERN HYDROSTATICS INC. | 05/10/21 | 80788 | yaskowa servopack | EA | 1 | $1,875.00 |
| B&B PLASTICS RECYCLERS INC. | 05/06/21 | 80791 | RPET CLEAR - REGRIND | LB | 10,580 | $4,866.80 |
| AMPACET CORPORATION | 05/06/21 | 80797 | COLOR CONCENTRATE, FDA PET, BLACK | LB | 5,200 | $8,996.00 |
| BAR-PLATE MANUFACTURING CO. | 05/12/21 | 80800 | htgp cutting place 25 x 42 x 1/8 | EA | 1 | $1,139.37 |
| NAT'L LIFT FLEET LEASING & SALES | 05/12/21 | 80801 | fork lift repair-amount tbd | EA | 1 | $1.08 |
| DENMAC INDUSTRIES, INC. | 05/06/21 | 80803 | 4.5 SQ LO Cavity Insert Coating | EA | 17 | $463.25 |
| HAWK RIGDE SYSTEMS | 05/06/21 | 80806 | 1 year solid works subscription renewal | EA | 2 | $3,562.50 |
| Recycling Mgmt Team LLC | 05/06/21 | 80808 | RPET CLEAR - REGRIND | LB | 40,000 | $14,000.00 |
| CarbonLITE INDUSTRIES, LLC | 05/06/21 | 80809 | CLEAR PET-PELLETIZED THERMO GRADE to be used for blk sheet | LB | 40,000 | $20,000.00 |
| TRI COUNTY TOOL INC. | 05/13/21 | 80810 | rework bottom shaft and gaskets | EA | 1 | $2,550.00 |

31

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| TRI COUNTY TOOL INC. | 05/13/21 | 80810 | rework top shaft gear box | EA | 1 | $1,850.00 |
| EREMA NORTH AMERICA, INC. | 05/13/21 | 80815 | Heaterband 480V 1350W F030 | EA | 1 | $444.21 |
| EREMA NORTH AMERICA, INC. | 05/13/21 | 80815 | Heaterband 480V 250w F030 | EA | 2 | $234.30 |
| APPLIED INDUSTRIAL TECHNOLOGIES | 05/13/21 | 80817 | PARK_GDC150 SEAL KIT | EA | 10 | $2,971.60 |
| WORTHY TALL INDUSTRY CO., LIMITED | 05/13/21 | 80818 | manual welding machine | EA | 1 | $385.00 |
| WORTHY TALL INDUSTRY CO., LIMITED | 05/13/21 | 80818 | shipping | EA | 1 | $300.00 |
| CROWN LIFT TRUCKS | 05/13/21 | 80820 | Attachment install | EA | 2 | $1,336.24 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | CAR-RLR SPACER | EA | 2 | $150.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | LINK-IDLE RLR | EA | 2 | $880.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | MOUNT-DRVN BRG | EA | 2 | $570.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | PIVOT-LINK IDLE RLR | EA | 1 | $590.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | PIVOT-LINK IDLE RLR | EA | 1 | $590.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | DRIVE-RLR | EA | 2 | $1,620.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | SPACER-1.25X1.50X .351 | EA | 2 | $90.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | CYL-150 TFD SR 1. | EA | 2 | $166.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | BRG-ROD END | EA | 2 | $104.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | BRG-BALL .50X1.38X.44 | EA | 32 | $222.72 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | BRG-BALL 30MM | EA | 4 | $164.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | RING-RETAINING RR-137 | EA | 6 | $6.90 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | IDLER-RLR | EA | 8 | $2,640.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | DRIVE PLATE RH 152P2 | EA | 1 | $2,280.00 |
| BROWN MACHINE, LLC | 05/17/21 | 80823 | DRIVE PLATE LH 152P2 | EA | 1 | $2,280.00 |
| QUALITY PACKAGING & SUPPLIES, INC. | 05/17/21 | 80826 | HSC GAYLORD BODY 46-5/16x18-5/8x47 ECT61 | M | 1 | $8,400.00 |
| LIBERTY PACKAGING | 05/17/21 | 80827 | GAYLORD CAP SELF LOCK | EA | 1,500 | $3,691.50 |
| ACC COATINGS, LLC | 05/17/21 | 80830 | W/B ANTI-FOG COATING | LB | 1,760 | $6,318.40 |
| APPLIED INDUSTRIAL TECHNOLOGIES | 05/17/21 | 80831 | Fabco Air Cylinders | EA | 4 | $574.66 |
| McMASTER-CARR SUPPLY COMPANY | 05/17/21 | 80833 | 0 | EA | 10 | $106.74 |
| McMASTER-CARR SUPPLY COMPANY | 05/17/21 | 80833 | 0 | EA | 30 | $267.77 |
| GLOBAL EQUIPMENT COMPANY INC. | 05/17/21 | 80834 | broom | EA | 3 | $196.65 |
| REM INC. | 05/17/21 | 80835 | filter maintenance | EA | 1 | $490.00 |

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| CENTRAL VALLEY PACKAGING & SUPPLY | 05/17/21 | 80837 | GAYLORD CAP SELF LOCK 44ECT DW PLAIN | EA | 5,600 | $11,088.00 |
| McMASTER-CARR SUPPLY COMPANY | 05/17/21 | 80838 | 0 | EA | 12 | $97.67 |
| McMASTER-CARR SUPPLY COMPANY | 05/17/21 | 80838 | 0 | EA | 2 | $28.78 |
| McMASTER-CARR SUPPLY COMPANY | 05/17/21 | 80838 | 0 | EA | 1 | $196.43 |
| VFK Head Corp. | 05/14/21 | 80840 | servo motor | EA | 2 | $5,240.00 |
| VFK Head Corp. | 05/14/21 | 80840 | motor base | EA | 2 | $1,760.00 |
| VFK Head Corp. | 05/14/21 | 80840 | MR coupling | EA | 4 | $880.00 |
| EREMA NORTH AMERICA, INC. | 05/14/21 | 80841 | drive | EA | 2 | $2,661.44 |
| AMERICAN SUPPLY COMPANY | 05/14/21 | 80842 | #25 23-5/8"x17-1/2"x17-1/2" PRINTED RSC 200# CTN BOX | M | 2 | $3,204.00 |
| THERMOFORMING SYSTEMS LLC | 05/14/21 | 80843 | rd cylinder 5x14 | EA | 2 | $2,088.00 |
| THERMOFORMING SYSTEMS LLC | 05/14/21 | 80843 | trd rebuild kit for 5" bore | EA | 10 | $2,950.00 |
| THERMOFORMING SYSTEMS LLC | 05/14/21 | 80843 | gates belt 8mmx144mmx21mm | EA | 10 | $1,550.00 |
| THERMOFORMING SYSTEMS LLC | 05/14/21 | 80843 | trd 8x14 cylinder | EA | 2 | $3,428.00 |
| THERMOFORMING SYSTEMS LLC | 05/14/21 | 80843 | trd seal kit for 8x14 bal cylinder | EA | 10 | $5,000.00 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 05/14/21 | 80844 | stainless steel nipple | EA | 4 | $23.38 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 05/14/21 | 80844 | stainless steel nipple | EA | 4 | $25.78 |
| THOMPSON GUNDRILLING INC. | 05/17/21 | 80847 | striper plate | EA | 1 | $425.00 |
| THOMPSON GUNDRILLING INC. | 05/17/21 | 80847 | grid assist | EA | 1 | $425.00 |
| THOMPSON GUNDRILLING INC. | 05/17/21 | 80847 | mold plate | EA | 1 | $500.00 |
| THOMPSON GUNDRILLING INC. | 05/17/21 | 80847 | inboard standoff | EA | 1 | $275.00 |
| TRI COUNTY TOOL INC. | 05/17/21 | 80850 | delrin gear pressure wheels | EA | 4 | $2,294.25 |
| VFK Head Corp. | 05/17/21 | 80851 | upper moving plate parts (apsl/no.1100) | EA | 1 | $7,250.00 |
| VFK Head Corp. | 05/17/21 | 80851 | air cylinder GDC 150x350 | EA | 4 | $1,920.00 |
| REPI S.r.l. | 05/17/21 | 80858 | PET. anti Yellow 00201 | LB | 200 | $2,018.00 |
| REPI S.r.l. | 05/17/21 | 80858 | shipping | EA | 1 | $175.00 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 05/17/21 | 80860 | plug | EA | 3 | $62.04 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 05/17/21 | 80860 | connector | EA | 3 | $72.50 |
| UNITED POLYMERS INC. | 05/17/21 | 80861 | LINER.12" X 30",0.006 HI-DENSITY,FDA,CLEAR 1,000/CS | M | 200 | $3,800.00 |
| UNITED POLYMERS INC. | 05/17/21 | 80861 | LINER.14" X 36", .0006 MIL,FDA,CLEAR HIGH-DENSITY 1,000/CS | M | 450 | $11,992.50 |
| UNITED POLYMERS INC. | 05/17/21 | 80861 | LINER. 18 X 45 .0006, HI-DENSITY FDA, CLEAR 500/CS | M | 500 | $10,725.00 |
| UNITED POLYMERS INC. | 05/17/21 | 80861 | LINER 24X20X48 .001M FDA HD | M | 150 | $8,377.50 |

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| UNITED POLYMERS INC. | 05/17/21 | 80861 | LINER,.26.5"x13.5"x44",0.0006 HI-DENSITY FDA, CLEAR 250/RL | RL250 | 450 | $20,925.00 |
| UNITED POLYMERS INC. | 05/17/21 | 80861 | LINER, 51"x49"x85", 2MIL,FDA,CLEAR 50/RL LD | RL50 | 150 | $12,750.00 |
| MOTION INDUSTRIES, INC. | 05/17/21 | 80862 | 22317 E/C3 (22317 CC/C3W33) | EA | 3 | $1,643.34 |
| BROWN MACHINE, LLC | 05/20/21 | 80863 | IDLER-RLR | EA | 8 | $2,640.00 |
| BROWN MACHINE, LLC | 05/20/21 | 80863 | DRIVE PLATE RH 152P2 | EA | 1 | $2,456.70 |
| BROWN MACHINE, LLC | 05/20/21 | 80863 | DRIVE PLATE LH 152P2 | EA | 1 | $2,456.70 |
| GRAINGER | 05/20/21 | 80867 | double sided tape | EA | 1 | $749.97 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 05/20/21 | 80868 | | 0  EA | 10 | $13.11 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 05/20/21 | 80868 | | 0  EA | 7 | $9.56 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 05/20/21 | 80868 | | 0  EA | 10 | $394.94 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 05/20/21 | 80868 | | 0  EA | 3 | $4.10 |
| ORORA CORRUGATED MANUFACTURING | 05/20/21 | 80870 | #3 18-1/4"x15-1/2"x18-1/4" | M | 5 | $7,500.00 |
| ORORA CORRUGATED MANUFACTURING | 05/20/21 | 80870 | #10 23-5/8"x18-3/4"x18-13/16" | M | 5 | $8,256.50 |
| CENTRAL VALLEY PACKAGING & SUPPLY | 05/20/21 | 80872 | v board 2 x 2 x 48" (1 pallet) | EA | 3 | $2,949.00 |
| MJH TOOLING & DIE | 05/20/21 | 80874 | 08 sq lo die plate | EA | 1 | $4,500.00 |
| ANT 3D PRINTING | 05/20/21 | 80875 | 3D printed tubs- 57 R 33 samples | EA | 5 | $765.00 |
| DOW | 05/20/21 | 80877 | ELVALOY-AC1224 MODIFIER RESIN 38-1102lb/BX | LB | 25,499 | $47,173.15 |
| WAGNER DIE SUPPLY | 05/20/21 | 80879 | 102JC1CM2GF 2PT AB UNIV 60(GE) .937 328C | EA | 656 | $451.51 |
| WAGNER DIE SUPPLY | 05/20/21 | 80879 | shipping | EA | 1 | $99.78 |
| HOSE-MAN, INC. | 05/20/21 | 80880 | 11-50U v/c | EA | 2 | $27.51 |
| HOSE-MAN, INC. | 05/20/21 | 80880 | 07-50U v/c | EA | 2 | $13.11 |
| HOSE-MAN, INC. | 05/20/21 | 80880 | tank truck hose | EA | 100 | $1,387.48 |
| HOSE-MAN, INC. | 05/20/21 | 80880 | 7092-75 300 2.04ft | EA | 1 | $894.28 |
| HOSE-MAN, INC. | 05/20/21 | 80880 | shipping | EA | 1 | $196.83 |
| ALL-PHASE ELECTRIC SUPPLY | 05/20/21 | 80881 | KBIC-240 PLC | EA | 1 | $312.14 |
| ALL-PHASE ELECTRIC SUPPLY | 05/20/21 | 80881 | shipping | EA | 1 | $22.80 |
| NATIONAL GEAR REPAIR INC. | 05/20/21 | 80884 | repair gearboxes VFK ettinger | EA | 1 | $5,000.00 |
| NATIONAL GEAR REPAIR INC. | 05/20/21 | 80884 | replace bearings and seals | EA | 1 | $1,077.50 |
| JUAREZ PALLETS | 05/20/21 | 80886 | PALLET 48 X 40 #2 4-WAY | EA | 126 | $1,008.00 |
| GREGG OLSON dba SmartCAMcnc | 05/20/21 | 80888 | subscription- freeform and advanced 12 month | EA | 1 | $3,510.00 |
| THERMOFORMING SYSTEMS LLC | 05/20/21 | 80890 | PLATEN DRIVE BEARING RETAINER | EA | 4 | $550.00 |
| CED dba ROYAL IND SOLUTIONS-VENTURA | 05/20/21 | 80891 | Honey m9164a1005 | EA | 2 | $2,732.95 |

34

DOCS_DE:234799.4 13044/001

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| CED dba ROYAL IND SOLUTIONS-VENTURA | 05/20/21 | 80891 | shipping | EA | 1 | $136.56 |
| ULINE | 05/20/21 | 80892 | shed | EA | 1 | $272.03 |
| SUPERIOR SANITARY SUPPLIES | 05/20/21 | 80893 | | EA | 0 1 | $36.27 |
| B&B PLASTICS RECYCLERS INC. | 05/20/21 | 80896 | RPET CLEAR - REGRIND | LB | 13,705 | $6,304.30 |
| SMITH CORONA | 05/20/21 | 80897 | LABEL, THERMAL TRANSFER 4X6,Z-FOLD,4-1M/RL/CS | CS | 40 | $1,152.00 |
| SMITH CORONA | 05/20/21 | 80897 | RIBBON, ZEBRA,Z6M, 4.33X1476, BLK TT 24/CS | CS24 | 4 | $600.00 |
| UNIVERSAL DYNAMICS, INC. | 05/20/21 | 80898 | gasket molded 21" OD | EA | 4 | $608.00 |
| UNIVERSAL DYNAMICS, INC. | 05/20/21 | 80898 | seal 12" valve wiper | EA | 4 | $1,108.00 |
| AMERICAN SUPPLY COMPANY | 05/20/21 | 80900 | #4 23-7/8"x19-7/8"x9-7/8" PRINTED RSC 200# CTN BOX | M | 1 | $2,420.40 |
| AMERICAN SUPPLY COMPANY | 05/20/21 | 80900 | #11 32-13/16"x16-3/16"x16-1/4" PRINTED RSC 200# CTN BOX | M | 1 | $1,470.00 |
| AMERICAN SUPPLY COMPANY | 05/20/21 | 80900 | #13 23-5/8"x19-5/8"x23-1/2" PRINTED RSC 200# CTN BOX | M | 1 | $1,720.80 |
| ORORA CORRUGATED MANUFACTURING | 05/20/21 | 80904 | #4 23-7/8"x19-7/8"x9-7/8" | M | 3 | $5,175.00 |
| ORORA CORRUGATED MANUFACTURING | 05/20/21 | 80904 | #13 23-5/8"x19-5/8"x23-1/2" | M | 3 | $6,270.00 |
| ORORA CORRUGATED MANUFACTURING | 05/20/21 | 80904 | #26 20-1/2" X 13-11/16" X 30" | M | 3 | $5,160.00 |
| VFK Head Corp. | 05/27/21 | 80905 | Needle bearing NA6912 | EA | 4 | $272.00 |
| VFK Head Corp. | 05/27/21 | 80905 | lever spacer - 1 | EA | 1 | $35.00 |
| VFK Head Corp. | 05/27/21 | 80905 | lever spacer | EA | 4 | $440.00 |
| GRAHAM ENGINEERING CORPORATION | 05/27/21 | 80906 | htr/cool 6.0 etr bold on 16lg 10300w | EA | 1 | $2,424.00 |
| GRAHAM ENGINEERING CORPORATION | 05/27/21 | 80906 | htr/cool 6.0 etr bold-on 24.5lg 15700w | EA | 2 | $6,256.00 |
| GRAHAM ENGINEERING CORPORATION | 05/27/21 | 80906 | t/c bayonet 90deg type j A=31/2in B-18 | EA | 5 | $490.00 |
| GRAHAM ENGINEERING CORPORATION | 05/27/21 | 80906 | adapt t/c heater locking 3/8 npt 2-5/8 lg | EA | 10 | $1,400.00 |
| THERMOFORMING SYSTEMS LLC | 05/27/21 | 80907 | toggle pin | EA | 3 | $834.00 |
| THERMOFORMING SYSTEMS LLC | 05/27/21 | 80907 | platen link | EA | 3 | $2,529.00 |
| THERMOFORMING SYSTEMS LLC | 05/27/21 | 80907 | platen pin | EA | 3 | $1,116.00 |
| THERMOFORMING SYSTEMS LLC | 05/27/21 | 80907 | rbc quadlube apherical brg | EA | 3 | $2,475.00 |
| THERMOFORMING SYSTEMS LLC | 05/27/21 | 80907 | mcgill sphere-rol brg | EA | 3 | $3,270.00 |
| THERMOFORMING SYSTEMS LLC | 05/27/21 | 80907 | QUARTZ 5X57 CLOTH HEATER | EA | 5 | $2,700.00 |
| THERMOFORMING SYSTEMS LLC | 05/27/21 | 80907 | QUARTZ CLOTH FACE HEATER 5X50 | EA | 5 | $2,400.00 |
| THERMOFORMING SYSTEMS LLC | 05/27/21 | 80907 | QUARTZ 5X57 PAN HEATER PAN FACE | EA | 5 | $3,700.00 |
| THERMOFORMING SYSTEMS LLC | 05/27/21 | 80907 | SOLAR QRTZ HEATER 5X50 PAN STYLE | EA | 5 | $3,500.00 |

DOCS_DE:234799.4 13044/001

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| ARRO-JET ENGINEERING & CONSULTING | 06/01/21 | 80908 | 57RLA Bar Plate | EA | 1 | $491.63 |
| APPLIED INDUSTRIAL TECHNOLOGIES | 06/01/21 | 80909 | PARK_GDC150 SEAL KIT | EA | 10 | $2,971.60 |
| NUMATIC ENGINEERING | 06/01/21 | 80910 | bimba cylinder fm-mf 1-2.5 x 0.625 | EA | 2 | $385.11 |
| ALL-VAC INDUSTRIES, INC. | 06/01/21 | 80911 | 1/8" Male NPT Fitting , 1.26" Dia Silicone | EA | 36 | $383.40 |
| ALL-VAC INDUSTRIES, INC. | 06/01/21 | 80911 | shipping | EA | 1 | $22.05 |
| MSC INDUSTRIAL SUPPLY CO. INC. | 06/01/21 | 80912 | chuck | EA | 3 | $52.73 |
| ORORA CORRUGATED MANUFACTURING | 06/01/21 | 80914 | #13 23-5/8"x19-5/8"x23-1/2" | M | 3 | $6,270.00 |
| ORORA CORRUGATED MANUFACTURING | 06/01/21 | 80914 | #26 20-1/2" X 13-11/16" X 30" | M | 3 | $5,160.00 |
| WAGNER DIE SUPPLY | 06/02/21 | 80917 | universal 60 steel rule 38,10 x 1,05-1.5"x 3PT | EA | 500 | $824.84 |
| WAGNER DIE SUPPLY | 06/02/21 | 80917 | shipping | EA | 1 | $89.80 |
| Recycling Mgmt Team LLC | 06/02/21 | 80918 | RPET CLEAR - REGRIND | LB | 40,000 | $14,800.00 |
| B&B PLASTICS RECYCLERS INC. | 06/02/21 | 80919 | RPET CLEAR - REGRIND | LB | 120,310 | $55,342.60 |
| ALL-PHASE ELECTRIC SUPPLY | 06/02/21 | 80920 | 600V CLASS L FUSE | EA | 3 | $1,553.76 |
| ALL-PHASE ELECTRIC SUPPLY | 06/02/21 | 80920 | shipping | EA | 1 | $38.00 |
| JUAREZ PALLETS | 06/02/21 | 80921 | PALLET 48 X 40 #2 4-WAY | EA | 616 | $4,928.00 |
| JUAREZ PALLETS | 06/02/21 | 80921 | GMA #1 PALLET 40 x 48 4-WAY | EA | 616 | $5,544.00 |
| APPLIED INDUSTRIAL TECHNOLOGIES | 06/02/21 | 80923 | COOLING FAN FOR 3GBP312820-BDK MOTOR | EA | 1 | $843.38 |
| APPLIED INDUSTRIAL TECHNOLOGIES | 06/02/21 | 80923 | fan shaft extension | EA | 1 | $118.53 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 4 | $120.92 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 4 | $44.53 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 10 | $58.16 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 10 | $48.03 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 20 | $55.41 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 25 | $11.19 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 20 | $39.50 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 5 | $26.86 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 4 | $37.93 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 2 | $57.47 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 3 | $24.46 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 5 | $29.02 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | EA | 0 | 25 | $59.16 |

36

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | 0 EA | 25 | $60.97 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | 0 EA | 25 | $24.28 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | 0 EA | 25 | $23.04 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | 0 EA | 100 | $84.45 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | 0 EA | 25 | $20.22 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | 0 EA | 100 | $15.16 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | 0 EA | 100 | $77.92 |
| LAWSON PRODUCTS INC. | 06/02/21 | 80924 | | 0 EA | 100 | $81.33 |
| CONTROL CONCEPTS | 06/02/21 | 80925 | Ethernet Adaptor Card installation on ABB DC Drive | EA | 1 | $3,000.00 |
| ZEE MEDICAL SERVICE CO. | 06/02/21 | 80926 | first aid and supplies | EA | 1 | $1,173.48 |
| AMERICAN RESEARCH SPECIALTY PRODUCT | 06/02/21 | 80927 | Semi-synthetic micro emulsion cutting fluid | EA | 55 | $1,600.73 |
| AMERICAN RESEARCH SPECIALTY PRODUCT | 06/02/21 | 80927 | shipping | EA | 1 | $137.90 |
| Atlas Copco Rental LLC | 06/02/21 | 80929 | COMPRESSOR PTSE1600 OF 135PSI (Monthly) | EA | 1 | $16,307.00 |
| Atlas Copco Rental LLC | 06/02/21 | 80929 | HOSE AIR OF 3IN x 50FT | EA | 1 | $520.00 |
| Atlas Copco Rental LLC | 06/02/21 | 80929 | ACC CABLE CAMLOCK 4/O 50FT | EA | 7 | $1,470.00 |
| Atlas Copco Rental LLC | 06/02/21 | 80929 | ACC PIGTAIL 4/O MALE | EA | 7 | $525.00 |
| Atlas Copco Rental LLC | 06/02/21 | 80929 | ACC PIGTAIL 4/O FEMALE | EA | 7 | $525.00 |
| Atlas Copco Rental LLC | 06/02/21 | 80929 | Enviro Fee | EA | 1 | $45.00 |
| Atlas Copco Rental LLC | 06/02/21 | 80929 | commissioning | EA | 6 | $780.00 |
| Atlas Copco Rental LLC | 06/02/21 | 80929 | Transportation delivery and return | EA | 2 | $2,300.00 |
| POLYQUEST, INC. | 06/02/21 | 80930 | PET RESIN, VIRGIN, BOTTLE GRADE, CLEAR WITH IV.80 | LB | 660,000 | $435,600.00 |
| Torque Tools California | 06/02/21 | 80931 | hydraulic torque wrench and pump | EA | 1 | $1,037.88 |
| Torque Tools California | 06/02/21 | 80931 | labor | EA | 1 | $142.50 |
| dba TR CHEM SOLUTIONS, LLC | 06/02/21 | 80934 | SILICONE LIQUID TE-352 FG 460 lbs drum | LB | 1,840 | $4,471.20 |
| ACC COATINGS, LLC | 06/02/21 | 80935 | W/B ANTI-FOG COATING | LB | 1,760 | $6,318.40 |
| ENGSOLUTIONS SAS | 06/02/21 | 80936 | Technical Services June 14th - August 7th | EA | 1 | $44,320.00 |
| MOTION INDUSTRIES, INC. | 06/04/21 | 80937 | 2" ID hose | EA | 50 | $626.00 |
| MOTION INDUSTRIES, INC. | 06/04/21 | 80937 | shipping | EA | 1 | $130.00 |
| MJH TOOLING & DIE | 06/04/21 | 80938 | 08SQLO punch | EA | 4 | $6,200.00 |
| Dimension X Design, LLC | 06/04/21 | 80939 | manufacture 08SQ Lid Die Shoe | EA | 1 | $3,690.00 |
| CED dba ROYAL IND SOLUTIONS-VENTURA | 06/07/21 | 80941 | key fu-15 | EA | 3 | $868.54 |
| CED dba ROYAL IND SOLUTIONS-VENTURA | 06/07/21 | 80941 | misc f-b-18r | EA | 3 | $530.96 |

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| CED dba ROYAL IND SOLUTIONS-VENTURA | 06/07/21 | 80941 | freight - ups ground | EA | 1 | $35.00 |
| Ingersoll-Rand Industrial U.S. Inc | 06/07/21 | 80942 | kit,contact a-b | EA | 2 | $3,596.20 |
| Ingersoll-Rand Industrial U.S. Inc | 06/07/21 | 80942 | muffler blowdown air | EA | 1 | $471.00 |
| Ingersoll-Rand Industrial U.S. Inc | 06/07/21 | 80942 | motor rebuild | EA | 1 | $9,500.00 |
| Ingersoll-Rand Industrial U.S. Inc | 06/07/21 | 80942 | labor x 2 techs | EA | 40 | $8,640.00 |
| HARRINGTON INDUSTRIAL PLASTICS LLC | 06/07/21 | 80943 | 20x20x2 air filters | EA | 48 | $199.27 |
| HARRINGTON INDUSTRIAL PLASTICS LLC | 06/07/21 | 80943 | 16x20x2 air filters | EA | 24 | $145.00 |
| HARRINGTON INDUSTRIAL PLASTICS LLC | 06/07/21 | 80943 | 12.75odx8.375idx16 filter | EA | 20 | $2,234.82 |
| HARRINGTON INDUSTRIAL PLASTICS LLC | 06/07/21 | 80943 | handling/delivery fee | EA | 1 | $599.67 |
| ARRO-JET ENGINEERING & CONSULTING | 06/08/21 | 80944 | .020 end die shim | EA | 2 | $120.18 |
| ARRO-JET ENGINEERING & CONSULTING | 06/08/21 | 80944 | .020 long side die shim | EA | 6 | $360.53 |
| ARRO-JET ENGINEERING & CONSULTING | 06/08/21 | 80944 | .020 middle die shim | EA | 2 | $120.18 |
| ARRO-JET ENGINEERING & CONSULTING | 06/08/21 | 80944 | .050 end die shim | EA | 2 | $120.18 |
| ARRO-JET ENGINEERING & CONSULTING | 06/08/21 | 80944 | .050 long side die shim | EA | 6 | $360.53 |
| ARRO-JET ENGINEERING & CONSULTING | 06/08/21 | 80944 | .050 middle die shim | EA | 2 | $120.18 |
| ARRO-JET ENGINEERING & CONSULTING | 06/08/21 | 80945 | .020 thick die shim | EA | 3 | $274.76 |
| ARRO-JET ENGINEERING & CONSULTING | 06/08/21 | 80945 | .050 thick die shim | EA | 3 | $274.76 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | ul class time delay midget fuse | EA | 10 | $159.29 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | ul class time delay midget fuse | EA | 10 | $133.39 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | ul class time delay midget fuse | EA | 10 | $133.39 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | ul class time delay midget fuse | EA | 10 | $133.39 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | european fuse | EA | 10 | $103.90 |

DOCS_DE:234799.4 13044/001

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | european fuse | EA | 10 | $103.90 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | european fuse | EA | 10 | $103.90 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | european fuse | EA | 10 | $102.70 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | ul class k5 fuse | EA | 10 | $171.96 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | high strength timing belt | EA | 5 | $98.00 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | black oxide alloy steel socket head screw | EA | 3 | $34.84 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | black oxide alloy steel hax drive flat head screw | EA | 3 | $41.00 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | threadlocker | EA | 3 | $140.34 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | electrical contact cleaner | EA | 5 | $71.07 |
| McMASTER-CARR SUPPLY COMPANY | 06/04/21 | 80946 | freight | EA | 1 | $17.67 |
| Recycling Mgmt Team LLC | 06/08/21 | 80947 | RPET CLEAR - REGRIND | LB | 80,000 | $28,000.00 |
| Anchor Danly | 06/09/21 | 80948 | VFK guide assemblies | EA | 8 | $524.23 |
| Adobe Inc. | 06/09/21 | 80949 | Creative Cloud All Apps | EA | 1 | $959.88 |
| INDUSTRIAL METAL SUPPLY CO. | 06/09/21 | 80950 | Aluminum 6061: 12" Dia x 1" LG | EA | 5 | $334.96 |
| HONG ZU MOULD ENTERPRISE CO.,LTD | 06/09/21 | 80951 | 07C tall stack main can | EA | 5 | $1,650.00 |
| ORORA CORRUGATED MANUFACTURING | 06/09/21 | 80952 | double sided tape | EA | 72 | $1,836.00 |
| QUALITY PACKAGING & SUPPLIES, INC. | 06/09/21 | 80953 | HSC GAYLORD BODY 46-5/16x18-5/8x47 ECT61 | M | 2 | $15,120.00 |
| CONTROL CONCEPTS | 06/08/21 | 80954 | service call to repair e5 | EA | 1 | $3,000.00 |
| VFK Head Corp. | 06/08/21 | 80956 | shipping for PO#s 80840,80851,80905,80709 | EA | 1 | $3,830.00 |
| DOOVIS PALLETS | 06/08/21 | 80957 | PALLET 48 X 40 #2 4-WAY | EA | 200 | $1,500.00 |
| CED dba ROYAL IND SOLUTIONS-VENTURA | 06/08/21 | 80958 | contactor 600vac 9amp | EA | 3 | $390.02 |
| CED dba ROYAL IND SOLUTIONS-VENTURA | 06/08/21 | 80958 | 5.4-27a e1 plus o/load relay | EA | 3 | $323.55 |
| CED dba ROYAL IND SOLUTIONS-VENTURA | 06/08/21 | 80958 | grd lkg plug nm 1830p | EA | 3 | $146.05 |

| Supplier | Order Date | Order # | Item Description | Unit of Measure | Open Units | Open Value |
|---|---|---|---|---|---|---|
| CED dba ROYAL IND SOLUTIONS-VENTURA | 06/08/21 | 80958 | 10a 24vac dpdt 8-pin gp relay | EA | 3 | $64.17 |
| CED dba ROYAL IND SOLUTIONS-VENTURA | 06/08/21 | 80958 | ups ground | EA | 1 | $25.00 |

40

## Section 2.1(l): Acquired Intellectual Property Rights

*Patents*

| Title | Application No. | Application Date | Patent/Application No. | Issuance Date |
|---|---|---|---|---|
| *Issued Patents (U.S.)* | | | | |
| Food container | 29/589,912 | 1/5/2017 | D843,829 | 3/26/2019 |
| Package | D/611,911 | 7/26/2017 | D834,410 | 11/27/2018 |
| 3 loaf cake package | D/611,912 | 7/26/2017 | D859,975 | 9/17/2019 |
| Package | D/647,541 | 5/14/2018 | D886,587 | 6/9/2020 |
| Cupcake package | D/667,900 | 10/25/2018 | D880,315 | 4/7/2020 |
| Face shield | 16/914,465 | 6/28/2020 | 10,945,470 | 3/16/2021 |
| *Pending Patents (U.S.)* | | | | |
| Quarter Sheet Dome | 29/683,557 | 3/14/2019 | N/A | N/A |
| Quarter Sheet Wave Dome | 29/701,189 | 8/8/2019 | N/A | N/A |
| Face shield | 63/021,724 | 5/8/2020 | N/A | N/A |
| Cake tray having hand hold recess | 63/022,889 | 5/11/2020 | N/A | N/A |
| Cake tray having hand hold recess | 63/022,900 | 5/11/2020 | N/A | N/A |
| Container having a tamper evidence tab | 29/739,664 | 6/29/2020 | N/A | N/A |
| Face shield | 17/166,637 | 5/10/2021 | N/A | N/A |
| Cake tray having hand hold recess | 17/318,555 | 5/12/2021 | N/A | N/A |
| Cake tray having hand hold recess | 29/783,329 | 5/12/2021 | N/A | N/A |
| *Published Patents (U.S.)* | | | | |
| Food package with window | 15/654,505 | 7/19/2017 | 2018/0022508 | N/A |
| Modular food storage system | 15/684,390 | 8/23/2017 | 2018/0057207 | N/A |
| Cup cake tray | 15/693,795 | 9/1/2017 | 2019/0071217 | N/A |
| Tamper-evident containers | 16/151,660 | 10/4/2018 | 2019/0106248 | N/A |
| Modular storage system | 16/156,881 | 10/10/2018 | 2019/0106243 | N/A |
| Container having a tamper evidence tab | 16/546,291 | 8/20/2019 | 2020/0062461 | N/A |
| *Pending Patents (Canada)* | | | | |
| Cup cake tray | CA 3016053 | 8/31/2018 | N/A | N/A |

*Licensed Patents*

| Title | Licensor | Application No. | Application Date | Patent No. | Issuance Date |
|---|---|---|---|---|---|
| *Licensed Published Patents (U.S.)* | | | | | |
| Packaging tray with a profiled sealing edge | Silver Plastics GmbH & Co. KG | 16/925385 | 7/10/2020 | N/A | N/A |
| Packaging Tray | Silver Plastics GmbH & Co. KG | 16/925,462 | 7/10/2020 | N/A | N/A |
| *Licensed Published Patents (Canada)* | | | | | |
| Packaging tray with a profiled sealing edge | Silver Plastics GmbH & Co. KG | CA 3087608 | 7/17/2020 | N/A | N/A |
| *Licensed Published Patents (Mexico)* | | | | | |
| Packaging tray with a profiled sealing edge | Silver Plastics GmbH & Co. KG | MXa2020007506 | 7/13/2020 | N/A | N/A |

*Trademarks*

| Trademark Name | Owner | Serial No. | Filing Date | Country |
|---|---|---|---|---|
| PinnPack | Pinnpack Packaging LLC | 90671931 | 4/26/2021 | U.S.A. |

*Domain Names*

www.pinnpack.com

## Section 2.2(h): Excluded Assets

- The Excluded Accounts Payable, the Excluded Accrued Expenses, and the Excluded Equipment Leases.

**Section 3.3: Consents and Approvals; Governmental Authority**

- Certain Permits may not be transferable from the Sellers to the Buyer and Buyer may be required to apply to a Governmental Authority for such Permits.

**Section 3.4: Compliance With Laws**

- On March 15, 2021, Seller received notice of alleged deficiencies observed during an inspection by the Oxnard Fire Department conducted on March 8, 2021.  Seller has addressed all such alleged deficiencies and anticipates a re-inspection to confirm the same.

- Seller is in the process of obtaining updated operational permits with respect to certain air pressure tanks.

- In the ordinary course of business, Seller may be subject to periodic inspections by governmental authorities, during which inspections, Seller may be informed of alleged concerns or violations to be remediated.  Seller is not aware of any material alleged violations that are unremediated as of the date hereof.

## Section 3.5: Brokers and Finders

None.

PSZJ DRAFT 6/21/21
SUBJECT TO MATERIAL CHANGE

**Section 5.5(a): Subject Employees and Selected Employees**

*Subject Employees*

| Co # | Associate | File Num | Hire Date | Job Title | Home Dept | Pay Code | Hourly | Annual |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | |

47

DOCS_DE:234799.4 13044/001

*PSZJ DRAFT 6/21/21*
*SUBJECT TO MATERIAL CHANGE*

REDACTED

*Selected Employees*

| Co # | Associate | File Num | Hire Date | Job Title | Home Dept | Pay Code | Hourly | Annual |
|------|-----------|----------|-----------|-----------|-----------|----------|--------|--------|
| REDACTED | | | | | | | | |

52