IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: Docket No. 621** |

### ORDER (1) FIXING DEADLINE FOR FILING CERTAIN ADMINISTRATIVE EXPENSE CLAIMS, (2) APPROVING FORM AND MANNER OF NOTICE THEREOF, AND (3) GRANTING RELATED RELIEF

Upon the Motion[2] of the above-captioned debtors (the "Debtors"), for an order (this "Order"), pursuant to sections 105(a) and 503 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2002(m) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware 2002-1(e) (the "Local Rules") (1) fixing a bar date for filing certain administrative expenses allowable under section 330, 503(b), 507(a)(2), 507(b) or 1114(e) of the Bankruptcy Code ("Administrative Expenses"), (2) approving the form and manner of notice thereof, and (3) granting related relief; and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary in order for the Debtors to determine the scope of Administrative Expenses; and it appearing that the relief sought in the Motion is reasonable and in the best interests of the Debtors and their estates; and no adverse

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

DOCS_LA:338446.5 13044/002

interest being represented, and sufficient cause appearing therefore, and upon due deliberation given, it is hereby

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The date that is thirty (30) calendar days from the entry of this Order (the "<u>Administrative Expenses Bar Date</u>") shall be the deadline by which any person or entity that holds or may hold an Administrative Expense arising from March 8, 2021 through June 24, 2021, must file a request for payment of administrative expense form (an "<u>Request for Payment</u>"): (i) setting forth the amount of its Administrative Expense as of June 24, 2021; and (ii) providing a description of the basis for the Administrative Expense and the documentary evidence supporting the Administrative Expense.

3. The Request for Payment must be actually received by the Debtors' notice and claims agent, Bankruptcy Management Solutions, Inc. d/b/a Stretto by the Administrative Expenses Bar Date either **(1) electronically through the interface available at https://cases.stretto.com/carbonlite/file-a-claim/; or (2) by first class mail, hand delivery or overnight mail to CarbonLite Claims Processing c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602**.

4. Any person or entity that fails to timely file and serve an Request for Payment by the Administrative Expenses Bar Date as required above shall be forever barred from asserting or receiving any distribution with respect to any such Administrative Expense absent further Court order, and the Debtors shall be forever discharged and released from any

and all indebtedness or liability with respect to any such Administrative Expense absent further Court order.

     5.     The Administrative Expenses Bar Date does not apply to:

          (1)     fees payable to the Office of the United States Trustee pursuant to 28 U.S.C. §1930;

          (2)     Administrative Expenses that have already been approved by order of the Court;

          (3)     Administrative Expenses that have been paid in full at any time prior to the Administrative Expenses Bar Date;

          (4)     Administrative Expenses of governmental units that are subject to Bankruptcy Code section 503(b)(1)(D);

          (5)     Administrative Expenses against the Debtors' estates arising under Bankruptcy Code § 503(b)(9) or otherwise subject to the Existing Bar Date Order;

          (6)     Administrative Expenses of professionals of the Debtors or the Committee arising under Bankruptcy Code sections 327, 328, 330, 331, 503(b)(2) or 1103; and

          (7)     (i) the DIP Term Agent, DIP Term Lenders, and Prepetition Term Secured Parties; (ii) the DIP ABL Lender and Prepetition ABL Secured Parties; and (iii) the TX/PA DIP Agents and Prepetition Trustees.

     6.     The form of notice of the Administrative Expenses Bar Date attached to the Motion as <u>Exhibit B</u> (the "<u>Notice</u>") is approved, and incorporated by reference herein.

     7.     The form of Request for Payment attached to the Motion as <u>Exhibit C</u> is approved, and incorporated by reference herein.

     8.     In accordance with Bankruptcy Rule 2002 and Local Rule 2002-1(e), the Debtors are hereby authorized and directed to serve the Notice and Request for Payment Form by first class mail, postage prepaid, within two (2) calendar days of entry of this Order upon:

          a.     The Office of the United States Trustee for the District of Delaware;

    b.      Counsel to the Committee;

    c.      Counsel to the purchasers of the Debtors' assets;

    d.      All parties known to the Debtors as holding potential administrative expenses against the Debtors as of the date of entry of this Order, and their counsel (if known);

    e.      All known counterparties to the Debtors' executory contracts and unexpired leases;

    f.      All known parties to litigation with the Debtors and their counsel (if known);

    g.      All parties who have requested notice pursuant to Bankruptcy Rule 2002;

    h.      All persons or entities that have previously filed proofs of claim in these cases as of the date of the entry of the Order;

    i.      The Internal Revenue Service and the United States Attorney's Office for the District of Delaware;

    j.      All other taxing authorities and other governmental units for the jurisdictions in which the Debtors maintain or conduct business;

    k.      The Securities and Exchange Commission; and

    l.      To the extent not already included in the above, all parties set forth on the creditor matrix filed by the Debtors.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order

**Dated: June 23rd, 2021**
**Wilmington, Delaware**

*/s/ John T. Dorsey*
**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_LA:338446.5 13044/002

4