# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

IN RE: Carbonlite Recycling LLC

§  CHAPTER 11
§
§
§
DEBTOR(S) § CASE NO.: 21-10535-11

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

      Now comes Dallas County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. Dallas County filed its secured claim on or about June 2, 2021, in the amount of $4,338,758.35, which claim is designated as claim number <u>409</u> on the claims register. That claim is no longer owed by the Debtor(s). Therefore, Dallas County hereby withdraws its claim <u>409</u>.

## CERTIFICATE OF SERVICE

I hereby certify that on __23rd__ day of ____June____, 2021, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

      Respectfully submitted,
      Linebarger Goggan Blair & Sampson, LLP
      2777 N Stemmons Freeway Suite 1000
      Dallas, TX 75207
      (214) 880-0089 - *Telephone*
      (469) 221-5002 - *Fax*
      Email: Dallas.Bankruptcy@lgbs.com

      By: <u>/s/Elizabeth Weller</u>
          Elizabeth Weller, Attorney
          Texas Bar No. 00785514
          Laurie A. Spindler, Attorney
          Texas Bar No. 24028720
          Sherrel K. Knighton, Attorney
          Texas Bar No. 00796900