# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Abigail Nolasco, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On June 22, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Granting Debtors' Motion to Shorten Notice Period and Schedule Hearing on: (a) Debtors' Motion for Entry of an Order Authorizing, if Necessary (I) the Abandonment of Certain Equipment by Pinnpack Packaging LLC and (II) Granting Related Relief, (B) Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of the Pinnpack Closing Date, (C) Debtors' Motion for an Order (1) Fixing Deadline for Filing Certain Administrative Expense Claims, (2) Approving Form and Manner of Notice Thereof, and (3) Granting Related Relief** (Docket No. 648)

- **Order Authorizing the Debtors to File Certain Schedules to the Asset Purchase Agreements Under Seal** (Docket No. 650)

- **Order (A) Approving the Sale of Substantially All of the Debtors' Assets Relating to the Pinnpack Facility Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief** (Docket No. 652)

- **Order Granting Debtors' Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation of Certain Board Member Defendants in Certain Litigation, Nunc Pro Tunc to May 16, 2021** (Docket No. 656)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Furthermore, on June 22, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, via electronic mail on the service list attached hereto as **Exhibit D**:

- **Order Granting Debtors' Motion to Shorten Notice Period and Schedule Hearing on: (a) Debtors' Motion for Entry of an Order Authorizing, if Necessary (I) the Abandonment of Certain Equipment by Pinnpack Packaging LLC and (II) Granting Related Relief, (B) Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of the Pinnpack Closing Date, (C) Debtors' Motion for an Order (1) Fixing Deadline for Filing Certain Administrative Expense Claims, (2) Approving Form and Manner of Notice Thereof, and (3) Granting Related Relief** (Docket No. 648)

Furthermore, on June 22, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, via electronic mail on the service list attached hereto as **Exhibit F**:

- **Order (A) Approving the Sale of Substantially All of the Debtors' Assets Relating to the Pinnpack Facility Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief** (Docket No. 652)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: June 23, 2021

Abigail Nolasco

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 23rd day of June 2021 by Abigail Nolasco, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| California Department of Resources Recycling & Recovery | | 1001 I St | Mail Stop 9A | Sacramento | CA | 95814 |
| Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Delaware Secretary of Treasury | | PO Box 7040 | | Dover | DE | 19903 |
| Emerging Acquisitions LLC | Attn: Gary Weber | 3592 W 5th Ave | | Eugene | OR | 97405 |
| Federal Communications Commission | Attn: Matthew Berry | Office of General Counsel | 445 12th St SW | Washington | DC | 20554 |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd | 2nd Floor | Newark | DE | 19711-5445 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy | | Irving | TX | 75063 |
| Office of the Attorney General | Attn: Michael B. Mukasey | U.S. Department of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |
| Office of the United States Attorney for the District of Delaware | c/o US Attorneys Office | Hercules Building | 1313 N Market St | Wilmington | DE | 19801 |
| Olympic Wire & Equipment Co. Inc. | | PO Box 3227 | | Newport Beach | CA | 92659 |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | Washington | DC | 20005-4026 |
| PNC Equipment Finance LLC | | 655 Business Center Dr | | Horsham | PA | 19044 |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | Washington | DC | 20220 |
| Securities & Exchange Commission | Attn: Mark Schonfeld, Regional Director | 3 World Financial Center | Suite 400 | New York | NY | 10281-1022 |
| Signature Business Leasing LLC | | 225 Broadhollow Rd | Suite 132W | Melville | NY | 11747 |
| Susquehanna Commercial Finance Inc. | | 2 Country View Rd | Suite 300 | Malvern | PA | 19355 |
| Texas Office of the Attorney General | | 300 W 15th St | | Austin | TX | 78701 |
| Toyota Industries Commercial Finance Inc. | | PO Box 9050 | | Dallas | TX | 75019-9050 |
| Toyota Motor Corporation | | PO Box 3457 | | Torrance | CA | 90510 |
| UMB Bank N.A., as Trustee | | 120 S Sixth St | Suite 1400 | Minneapolis | MN | 55402 |
| Wells Fargo Bank N.A. | | PO Box 3072 | | Cedar Rapids | IA | 52406-3072 |

In re: CarbonLite Holdings LLC, *et al.*
Case No. 21-10527 (JTD)

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| A1 Energy | c/o Saxton & Stump LLC | Attn: Barry A. Solodky | bso@saxtonstump.com<br>dat@saxtonstump.com |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | mgottfried@elkinskalt.com<br>tbrooks@elkinskalt.com<br>myuen@elkinskalt.com |
| Anderson Systems Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Anderson Systems Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik & Jeffrey S. Kwong | ehk@lnbyb.com<br>jsk@lnbyb.com |
| Berks61 Owner LLC | c/o Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com<br>lshaw@rc.com |
| Blue Ridge Bank | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | jeremy.williams@kutakrock.com<br>amanda.nugent@kutakrock.com |
| Blum & Sons Electric Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| Blum & Sons Electric, Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | andrea.kendrick@doj.ca.gov<br>rochelle.udaquillen@doj.ca.gov<br>bryant.cannon@doj.ca.gov |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br>efile1@pszjlaw.com |
| City of Riverside | c/o Malcolm & Cisneros, A Law Corporation | Attn: Arturo M. Cisneros, Esq., William G. Malcolm, Esq., & Nathan F. Smith, Esq. | arturo@mclaw.org<br>bill@mclaw.org<br>nathan@mclaw.org |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com |



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| East West Bank | c/o Squire Patton Boggs (US) LLP | Attn: Norman N. Kinel | norman.kinel@squirepb.com<br>sarah.conley@squirepb.com<br>norman-kinel-4300@ecf.pacerpro.com |
| Electronic Systems SPA | Attn: Villard Bastien | | vbastien@me.com |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com<br>edgar.rosales@millernash.com<br>dona.purdy@millernash.com |
| Everrank Inc. | PMB 280 | | davidha@everrankca.com |
| Exact Staff Inc. | c/o Gellert Scali Busenkell & Brown LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gsbblaw.com |
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | jgentile@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>debankruptcy@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Indorama Ventures Holdings LP | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Esq. & Nicholas San Filippo IV, Esq. | rhirsh@lowenstein.com<br>nsanfilippo@lowenstein.com |
| Indorama Ventures Holdings LP | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.insolvency.balt@irs.gov |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Dilworth Paxson LLP | Attn: Martin J. Weis | mweis@dilworthlaw.com |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | office@stevebryson.com |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jeff.bjork@lw.com<br>carbonlite.lwteam@lw.com |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | efreeman@jw.com<br>vanaya@jw.com |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq. | jnimeroff@bmnlawyers.com<br>cjones@bmnlawyers.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Randye B. Soref, Esq. | rsoref@polsinelli.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | robert.hertzberg@troutman.com<br>kay.kress@troutman.com |
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | caroline.djang@bbklaw.com<br>laurie.verstegen@bbklaw.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Niagara Bottling LLC | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | bronationalecf@weltman.com<br>sfink@weltman.com |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | carolina.velarde@bantaminc.com<br>vytas.gruodis@bantaminc.com |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | jbibiloni@blankrome.com<br>kelbon@blankrome.com<br>tarr@blankrome.com; |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | nevrard@exactstaff.com<br>gordonsmith17@yahoo.com<br>kgoodwin@exactstaff.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | erin.brady@hoganlovells.com<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>cindy.mitchell@hoganlovells.com<br>tracy.southwell@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | kevin.carey@hoganlovells.com; |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Pieter Van Tol | pieter.vantol@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | mark@replenysh.com<br>legal@replenysh.com |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | bob@rplanetearth.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |
| Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | | jkleinman@fgllp.com<br>jfrank@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | kevin.mangan@wbd-us.com<br>heidi.sasso@wbdus.com<br>chris.lewis@wbd-us.com<br>rachel.metzger@wbd-us.com |



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | jjeutter@smithlaw.com<br>aosterhout@smithlaw.com |
| Riverside County Treasurer-Tax Collector | Attn: Ronak N. Patel, Esq. | | rpatel@co.riverside.ca.us<br>dresparza@rivco.org |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |
| Solid Waste Services Inc. dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Sorema Division of Previero N. srl. | c/o Freeborn & Peters LLP | Attn: Jason J. Ben, Esq. | jben@freeborn.com |
| Sorema Division of Previero N. srl. | c/o Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk, Esq. | marias@goldmclaw.com<br>marias@ecf.courtdrive.com<br>katelynnet@goldmclaw.com |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | fdavis@hsblawfirm.com<br>hharrington@hsblawfirm.com<br>mphillips@mmwr.com<br>marc-phillips-8177@ecf.pacerpro.com<br>smcguffin@hsblawfirm.com |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | | jeff.wilkison@stonebriarcf.com |
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak | david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |

# **<u>Exhibit C</u>**



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Nations Fund I LLC | | 501 Merritt Seven | | | Norwalk | CT | 06851 |
| Nations Fund I LLC | c/o Farrell Fritz PC | Attn: Darren Pascarella & Patrick Collins | 400 RXR Plaza | | Uniondale | NY | 11530 |
| Nations Fund I LLC | c/o The Rosner Law Group LLC | Attn: Jason A. Gibson | 824 N Market St | Suite 810 | Wilmington | DE | 19801 |
| Stonebriar Commercial Finance LLC | c/o Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | 1201 N Market St | 20th Floor | Wilmington | DE | 19801 |

# **<u>Exhibit D</u>**



# Exhibit D
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Nations Fund I LLC | c/o Farrell Fritz PC | Attn: Darren Pascarella & Patrick Collins | dpascarella@farrellfritz.com pcollins@farrellfritz.com |
| Nations Fund I LLC | c/o The Rosner Law Group LLC | Attn: Jason A. Gibson | gibson@teamrosner.com |
| Stonebriar Commercial Finance LLC | c/o Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | jwisler@connollygallagher.com |

# **<u>Exhibit E</u>**



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 2245 Valley LLC | Attn: Jamie Johnson | 225 W Hospitality Ln, Suite 315 | | | San Bernardino | CA | 92408 |
| 2245 Valley LLC | Attn: Legal Dept | 2245 Valley Blvd | | | Colton | CA | 92324 |
| A1 Restoration Inc. | dba A1 Energy | 2730 Shenck Rd | Attn: Lori Porreca | | Manheim | PA | 17545 |
| ADP 401K | Attn: Legal Dept | 1851 N Resler Dr | MS-100 | | El Paso | TX | 79912 |
| ADP LLC | Attn: Legal Dept | One ADP Blvd | | | Roseland | NJ | 07068 |
| Amcor Group GmbH | Attn: Legal Dept | 10521 S Hwy M-52 | | | Manchester | MI | 48158 |
| Anchor Fire Protection Co. Inc. | Attn: Denise Miller | 270 Renninger Rd | | | Perkiomenville | PA | 18074 |
| BBSI-Payroll/Barrett Business Svcs | Attn: Legal Dept | 1950 Sunwest Ln | | | San Bernardino | CA | 92408 |
| Berks61 Owner LLC | c/o American Realty Advisors | 515 S Flower St, 49th Floor | Attn: Stanley L. Lezman | | Los Angeles | CA | 90071 |
| Berks61 Owner LLC | c/o Endurance Real Estate Group | 4 Radnor Corporate Estate Group | | | Radnor | PA | 19087 |
| Berks61 Owner LLC | Kaplin Stewart Meloff Reiter &Stein | 910 Harvest Dr | Union Meeting Corporate Center | Attn: Marc A. Snyder, Esq. | Blue Bell | PA | 19422 |
| Blue Rock Construction Inc. | Attn: Legal Dept | 1275 Glenlivet Dr, Suite 330 | | | Allentown | PA | 18106 |
| Blue Rock Construction Inc. | Attn: Legal Dept | 2324 Second St Pike | | | Newton | PA | 18940 |
| Bulk Handling Systems | Attn: Tina Miller | 3592 W Fifth Ave | | | Eugene | OR | 97402 |
| CA Dept of Tax & Fee Admin (CDTFA) | Attn: Legal Dept | 450 N St | | | Sacramento | CA | 94279 |
| CA Office of the Attorney General | Attn: Legal Dept | PO Box 944255 | | | Sacramento | CA | 94244-2550 |
| California Board Of Equalization | Attn: Legal Dept | 450 N St | Mic: 121 | | Sacramento | CA | 94279-0121 |
| California Department of Resources | Recycling & Recovery | 1001 I St | Mail Stop 9A | | Sacramento | CA | 95814 |
| California Dept of Tax & Fee Admin | Attn: Legal Dept | PO Box 942879 | | | Sacramento | CA | 94279-6001 |
| California EPA | Attn: Legal Dept | 555 Capitol Mall, Suite 235 | | | Sacramento | CA | 95814 |
| California EPA | Attn: Legal Dept | PO Box 1288 | | | Sacramento | CA | 95812-1288 |
| California Franchise Tax Board | Attn: Legal Dept | PO Box 942840 | | | Sacramento | CA | 942840-0040 |
| California Franchise Tax Board | Attn: Legal Dept | PO Box 942857 | | | Sacramento | CA | 94257-0631 |
| California Secretary of State | Attn: Statement of Information Unit | PO Box 944230 | | | Sacramento | CA | 94244-2300 |
| California State Controller | Attn: Legal Dept | 1500 11th St | | | Sacramento | CA | 95814 |
| California State Controller | Unclaimed Property Division | 10600 White Rock Rd, Suite 141 | | | Rancho Cordova | CA | 95670 |
| Cedarwood-Young Company | dba Allan Company | 14620 Joanbridge St | | | Baldwin Park | CA | 91706 |
| CHLIC- Chicago/Cigna Dental | Attn: Kimela White | 5476 Collections Center Dr | | | Chicago | IL | 60693 |
| Cigna | Attn: Director or Officer | 400 N Brand Blvd, 3rd Floor | | | Glendale | CA | 91203 |
| Cigna - Dental | Attn: Legal Dept | PO Box 644546 | | | Pittsburgh | PA | 15264-4546 |
| Cigna Group Insurance - Life | Attn: Jacqueline Palmer | PO Box 8500-110 | | | Philadelphia | PA | 19178-0110 |
| Cigna Life Insurance Co. of N.A. | Attn: Legal Dept | PO Box 780110 | | | Philadelphia | PA | 19178-0110 |
| Commonwealth of Pennsylvania | Attn: Legal Dept | 909 Elmerton Ave | | | Harrisburg | PA | 17110 |
| Cypress Premium Funding Inc. | Attn: Legal Dept | PO Box 3529 | | | Mission Viejo | CA | 92690 |
| Cypress Premium Funding Inc. | c/o Nahai Insurance Services | 465 S Beverly Dr, Suite 200 | Attn: Bijan Nahai & Tammie Wholihan | | Beverly Hills | CA | 90212 |
| DE Office of the Attorney General | Delaware Department of Justice | 820 N French St | Carvel State Building | | Wilmington | DE | 19801 |
| Delaware Dept of Finance | Office Of Unclaimed Property | PO Box 8931 | | | Wilmington | DE | 19899-8931 |
| Delaware Dept of Natural Resources | & Environmental Control | PO Box 1401 | | | Dover | DE | 19903 |
| Delaware Division of Corporations | Attn: Legal Dept | PO Box 5509 | | | Binghamton | NY | 13902-5509 |
| Delaware Secretary of State | Attn: Legal Dept | PO Box 5509 | | | Binghamton | NY | 13902-5509 |
| Delaware Secretary of State | Div of Corporations Franchise Tax | PO Box 898 | | | Dover | DE | 19903 |
| Delaware Secretary of State | Division of Corporations | 401 Federal St | PO Box 898 | Franchise Tax | Dover | DE | 19903 |
| Delaware Secretary of Treasury | Attn: Legal Dept | PO Box 7040 | | | Dover | DE | 19903 |
| Delaware State Treasury | Attn: Legal Dept | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| Duris Corporation | Attn: Legal Dept | 1966 Seasons St | | | Simi Valley | CA | 93065 |
| Duris Corporation | Attn: Sam Hong | 2655 1st St, Suite 250 | | | Simi Valley | CA | 93065 |
| Employers Assurance Co. | Attn: Legal Dept | PO Box 539003 | | | Henderson | NV | 89053-9003 |
| Exact Staff Inc. | Attn: Jennie Bowles | 23901 Calabasas Rd, Suite 1085 | | | Calabasas | CA | 91302-1586 |
| Ingersoll-Rand Compression | Technologies & Services | 6291 Burnham Ave | | | Buena Park | CA | 90621 |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd, 2nd Floor | | | Newark | DE | 19711-5445 |
| Internal Revenue Service | Attn: Legal Dept | PO Box 21126 | | | Philadelphia | PA | 19114 |
| Internal Revenue Service | Attn: Susanne Larson | 31 Hopkins Plaza, Room 1150 | | | Baltimore | MD | 21201 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | EFTPS | PO Box 24017 | | | Fresno | CA | 93779-4017 |
| Jason Farahnik | dba Loaned Earth Recycling | 10250 Constellation Blvd Suite 2820 | | | Los Angeles | CA | 90067 |
| Jules & Associates Inc. | Attn: Legal Dept | 515 S Figueroa St, Suite 1950 | | | Los Angeles | CA | 90071 |
| Lubo USA LLC | dba VAN DYK Recycling Solutions | 78 Halloween Blvd | | | Stamford | CT | 6902 |
| Luxury Auto Leasing | Attn: Legal Dept | 4163 Lincoln Blvd | | | Marina Del Rey | CA | 90292 |
| Nestle Waters North America Inc. | Attn: Maria French & Tonia M Cannon | 900 Long Ridge Rd | Bldg 2 | | Stamford | CT | 06902 |
| Niagara Bottling LLC | P Anderson Cridlebaugh & Sid Gulati | 2560 E Philadelphia St | | | Ontario | CA | 91761 |



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Olympic Wire & Equipment Co. Inc. | Attn: Legal Dept | PO Box 3227 | | | Newport Beach | CA | 92659 |
| Olympic Wire and Equipment Co. Inc. | Attn: Legal Dept | 3001 Red Hill Ave, Suite 102 | Bldg 2 | | Costa Mesa | CA | 92626 |
| Ontario Refrigeration Service Inc. | Attn: Jessica Nomura | 635 S. Mountain Ave | | | Ontario | CA | 91762 |
| Ontario Refrigeration Service Inc. | Attn: Legal Dept | 4601 Telephone Rd, Suite 114 | | | Ventura | CA | 93003 |
| PA Dept of Environmental Resources | Attn: Legal Dept | PO Box 2063 | | | Harrisburg | PA | 17105-2063 |
| PA Office of the Attorney General | Attn: Legal Dept | 16th Floor | Strawberry Square | | Harrisburg | PA | 17120 |
| Pelletron Corporation | Attn Donna Kowalkkowski /Dick Bloom | 1866 Colonial Village Ln, Suite 101 | | | Lancaster | PA | 17601 |
| Pelletron Corporation | Attn: Susan Ord | PO Box 645504 | | | Pittsburgh | PA | 15264-5253 |
| Pennsylvania Dept of Revenue | Attn: Legal Dept | 1846 Brookwood St | | | Harrisburg | PA | 17104 |
| Pennsylvania Dept of State | Attn: Legal Dept | 302 North Office Bldg | 401 North St | | Harrisburg | PA | 17120 |
| Pennsylvania State Treasury | Unclaimed Property Division | 1101 S Front St 4th Floor | Riverfront Office Center | | Harrisburg | PA | 17104-2516 |
| Pepsi-Cola Advertising & Marketing | Attn: Legal Dept | 700 Henderson Hill Rd | | | Purchase | NY | 10577 |
| PIHV Mountain Creek LLC | MSC: 535 | PO Box 29048 | | | Phoenix | AZ | 85038-9048 |
| PIHV Mountain Creek LLC | | 100 Saint Paul St, Suite 300 | | | Denver | CO | 80206 |
| PNC Equipment Finance LLC | Attn: Legal Dept | 655 Business Center Dr | | | Horsham | PA | 19044 |
| Prologis Targeted US Logistics Fund | Attn: Angie Smith | PO Box 846336 | | | Dallas | TX | 75284-6336 |
| Prologis Targeted US Logistics Fund | Attn: General Counsel | 1800 Wazee St, Suite 500 | | | Denver | CO | 80202 |
| Prologis Targeted US Logistics Fund | Attn: Legal Dept | 3546 Concours St, Suite 100 | | | Ontario | CA | 91764 |
| Samuel Hong | Attn: Legal Dept | 1228 Arroyo View St | | | Thousand Oaks | CA | 91320 |
| Secretary of Treasury | Attn: Legal Dept | 15th & Pennsylvania Ave NW | | | Washington | DC | 20220 |
| Securities & Exchange Commission | Attn: Marc Berger Regional Director | 200 Vesey St, Suite 400 | Brookfield Place | | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Attn: Mark Schonfeld | 3 World Financial Center, Suite 400 | | | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Office of General CounselBankruptcy | 100 F Street NE | Attn: Michael A. Berman | | Washington | DC | 20549 |
| Shoppas Material Handling Ltd | Attn: Legal Dept | 15217 Grand River Rd | | | Fort Worth | TX | 76155 |
| Shoppas Material Handling Ltd | Attn: Legal Dept | PO Box 612027 | | | Dallas | TX | 75261-2027 |
| Starlinger & Co. Gesellschaft MBH | c/o Haynsworth Sinkler Boyd PA | 1201 Main St, 2nd Floor | Attn: Frank T. Davis III | | Greenville | SC | 29601 |
| State Water Resources Control Board | Attn: Storm Water Section | PO Box 1888 | | | Sacramento | CA | 95812-1888 |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy, Suite 1350 | | | Plano | TX | 75024 |
| Stonebriar Commercial Finance LLC | Attn: Legal Dept | PO Box 874052 | | | Kansas City | MO | 64187-4052 |
| Susquehanna Commercial Finance Inc. | Attn: Legal Dept | 2 Country View Rd, Suite 300 | | | Malvern | PA | 19355 |
| Texas Comptroller Public Accounts | Attn: Legal Dept | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 |
| Texas Comptroller Public Accounts | Unclaimed Property Claims Section | 111 E 17th St | LBJ State Office Bldg | | Austin | TX | 78711 |
| Texas Department of Agriculture | Attn: Legal Dept | PO Box 12077 | | | Austin | TX | 78711-2077 |
| Texas Dept of Licensing Division | Attn: Legal Dept | PO Box 12157 | | | Austin | TX | 78711-2157 |
| Texas Franchise Tax Board | Attn: Legal Dept | PO Box 149348 | | | Austin | TX | 78714-9348 |
| Texas Mutual Insurance Co | Attn: Legal Dept | PO Box 841843 | | | Dallas | TX | 75284-1843 |
| Texas National Resource | & Conservation Commission | PO Box 13087 | | | Austin | TX | 78711-3087 |
| Texas Office of Attorney General | Attn: Legal Dept | 300 W 15th St | | | Austin | TX | 78701 |
| Texas Secretary of State | Attn: Legal Dept | 1100 Congress Ave | | | Austin | TX | 78701 |
| The Coca-Cola Cross Enterprise | Procurement Group | One Coca-Cola Plaza | | | Atlanta | GA | 30313 |
| Thermoforming Systems LLC | Attn: Stephen PH Rachlis, Esq | 328 No Broadway, 2nd Floor | | | Nyack | NY | 10960 |
| Trane USA Inc. | dba Trane | 3253 E Imperial Hwy | | | Brea | CA | 92821 |
| Trimax Systems Inc. | Attn: Dava Halse | 565 Explorer St | | | Brea | CA | 92821 |
| TX Commission Environmental Quality | Attn: Legal Dept | 12100 Park 35 Cir | | | Austin | TX | 78753 |
| US Attorney Dist of Delaware | c/o US Attorneys Office | 1313 N Market St | Hercules Building | | Wilmington | DE | 19801 |
| US Environmental Protection Agency | Office of the Administrator | 1200 Pennsylvania Ave NW | | | Washington | DC | 20460 |
| US Environmental Protection Agency | Region 1 | 5 Post Office Square, Suite 100 | | | Boston | MA | 02109-3912 |
| US Environmental Protection Agency | Region 10 | 1200 Sixth Ave, Suite 155 | | | Seattle | WA | 98101 |
| US Environmental Protection Agency | Region 2 | 290 Broadway | | | New York | NY | 10007-1866 |
| US Environmental Protection Agency | Region 3 | 1650 Arch St | | | Philadelphia | PA | 19103-2029 |
| US Environmental Protection Agency | Region 4 | 61 Forsyth St SW | Atlanta Federal Center | | Atlanta | GA | 30303-3104 |
| US Environmental Protection Agency | Region 5 | 77 W Jackson Blvd | | | Chicago | IL | 60604-3507 |
| US Environmental Protection Agency | Region 6 | 1201 Elm St, Suite 500 | | | Dallas | TX | 75270 |
| US Environmental Protection Agency | Region 7 | 11201 Renner Blvd | | | Lenexa | KS | 66219 |
| US Environmental Protection Agency | Region 8 | 1595 Wynkoop St | | | Denver | CO | 80202-1129 |
| US Environmental Protection Agency | Region 9 | 75 Hawthorne St | | | San Francisco | CA | 94105 |
| Vision Service Plan - (CA) | Attn: Legal Dept | PO Box 45210 | | | San Francisco | CA | 94145-5210 |
| Wells Fargo Equipment Finance | Manufacturer Services Group | 800 Walnut St, 4th Floor | | | Des Moines | IA | 50309 |

In re: CarbonLite Holdings LLC, et al.
Case No. 21-10527 (JTD)

Page 2 of 2

# **Exhibit F**



# Exhibit F
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Cedarwood-Young Company | dba Allan Company | | clavigne@allancompany.com |
| Cigna | Attn: Director or Officer | | pdmglendale@cigna.com |
| Cigna - Dental | | | donna.killingsworth@cigna.com |
| Cypress Premium Funding Inc. | c/o Nahai Insurance Services | Attn: Bijan Nahai & Tammie Wholihan | bijan@nahai.com tammie@nahai.com |
| Delaware Dept of Finance | Office Of Unclaimed Property | | Virginia.Ingram@delaware.gov |
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Duris Corporation | Attn: Sam Hong | | samhong805@gmail.com |
| Ingersoll-Rand Compression Technologies & Services | | | chuck.lenzen@irco.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.Insolvency.balt@irs.gov |
| Nestle Waters North America Inc. | Attn: Maria French & Tonia M. Cannon | | maria.french@waters.nestle.com |
| Niagara Bottling LLC | Attn: Pamela Anderson Cridlebaugh & Sid Gulati | | panderson@niagarawater.com sgulati@niagarawater.com |
| Ontario Refrigeration Service Inc. | Attn: Jessica Nomura | | ar@ontref.com |
| Samuel Hong | | | samhong805@gmail.com |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |
| Shoppas Material Handling Ltd | | | smhrental@shoppas.com |
| State Water Resources Control Board | Attn: Storm Water Section | | feebranch@waterboards.ca.gov |
| Thermoforming Systems LLC | Attn: Stephen PH Rachlis, Esq | | s@srachlis.com |
| U.S. Environmental Protection Agency | Region 8 | | r8eisc@epa.gov |