IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 672** |

### ORDER AUTHORIZING CHANGE OF CORPORATE NAMES AND CASE CAPTION

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code; Bankruptcy Rules 1005, 2002(m), and 2002(n); and Rule 9004-1(a) of the Local Rules, to change the Debtors' corporate names and related case captions and for related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing thereon were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized and directed to change the corporate names of each of the Debtors as set forth in the chart below, consistent with applicable law:

| Current Name | New Name | Case No. |
| --- | --- | --- |
| CarbonLite Holdings LLC | CL H Winddown LLC | 21-10527 |
| CarbonLite Industries LLC | CL I Winddown LLC | 21-10528 |
| CarbonLite P Holdings, LLC | CL PH Winddown LLC | 21-10529 |
| CarbonLite P, LLC | CL PA Winddown LLC | 21-10531 |
| CarbonLite PI Holdings LLC | CL PIH Winddown LLC | 21-10532 |
| CarbonLite Pinnpack LLC | CL PP Winddown LLC | 21-10533 |
| CarbonLite Recycling Holdings LLC | CL RH Winddown LLC | 21-10534 |
| CarbonLite Recycling LLC | CL R Winddown LLC | 21-10535 |
| CarbonLite Sub-Holdings, LLC | CL Sub Winddown LLC | 21-10536 |
| Pinnpack P, LLC | PP PA Winddown LLC | 21-10537 |
| Pinnpack Packaging LLC | PSS Winddown LLC | 21-10538 |

3. The caption for each of the Debtors' Chapter 11 Cases shall be changed to reflect the "New Name" listed in the chart above and the jointly administered case caption for these Chapter 11 Cases shall hereafter read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[1] | ) ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

FN1: The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

4. The Clerk of the United States Bankruptcy Court for the District of Delaware and other relevant parties are authorized to take whatever actions are necessary to update the ECF filing system and their respective records to reflect the above name changes, including the insertion of a docket entry in each Chapter 11 Case as follows (with the relevant corporate names inserted for each affected debtor):

> "An order has been entered in this case directing that the caption of this case be changed in accordance with the corporate name change of [          ] to [          ]."

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 13th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**