IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 642** |

### ORDER AUTHORIZING THE DEBTORS (A) TO REJECT THE PALMYRITA LEASE PURSUANT TO 11 U.S.C. § 365, AND (B) ABANDON ANY REMAINING PERSONAL PROPERTY LOCATED AT THE LEASED PREMISES

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject the Palmyrita Lease between the Debtors and Prologis and to abandon any remaining personal property located at the Leased Premises; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

given; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Palmyrita Lease shall be deemed rejected as of June 30, 2021.

3. The Debtors are authorized to abandon any Remaining Personal Property located in the Leased Premises underlying the Palmyrita Lease pursuant to 11 U.S.C. § 554(a), which abandonment shall be effective as of the Rejection Date.

4. Within three (3) business days after entry of this Order, the Debtors will serve this Order on Prologis.

5. Prologis must file any claim under section 502 of the Bankruptcy Code in connection with the Palmyrita Lease, or the rejection, breach, or termination of the Palmyrita Lease, by the bar date for rejection damage claims set by the Court at Docket No. 233, failing which any such claim or claims by Prologis shall be forever barred.

6. Nothing in the Motion or this Order shall constitute an admission by the Debtors as to the characterization of the Palmyrita Lease as an executory contract or unexpired lease or whether any claimants under any such contract or other agreement are time-barred from asserting claims against the Debtors. All of the Debtors' rights to contest any claim with respect to the Palmyrita Lease and to contest the characterization of the Palmyrita Lease are reserved.

7. The Debtors do not waive any claims that the Debtors may have against Prologis, whether or not such claims are related to the Palmyrita Lease. Nothing contained herein is intended to be, nor shall it be construed to be, an admission of the validity of any claim against the Debtors or a waiver of the Debtors' or any party in interest's rights, defenses, or

counterclaims, with respect to the Palmyrita Lease.

8.  Notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, or 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.  The Debtors are authorized to take all actions reasonably necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10.  This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

**Dated: July 13th, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

3