## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On July 12, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Authorizing the Retention and Employment of BDO USA, LLP as Tax Accountant to the Debtors Pursuant to Sections 327(a), 328(a), and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-2 Effective as of June 11, 2021** (Docket No. 712)

- **Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of the Rejection Dates** (Docket No. 713)

- **Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of June 23, 2021** (Docket No. 714)

- **Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of the Rejection Dates** (Docket No. 715)

- **Order Approving Stipulation Between CarbonLite Industries LLC and Cedarwood-Young Company d/b/a Allan Company Terminating Agreements** (Docket No. 716)

- **Order Approving Stipulation Allowing Setoff of Claims Between Debtor CarbonLite Industries LLC and Kohner, Mann & Kailas, S.C.** (Docket No. 717)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Furthermore, on July 12, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of the Rejection Dates** (Docket No. 713)

Furthermore, on July 12, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**, and on twenty-two (22) confidential creditors not listed herein:

- **Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of June 23, 2021** (Docket No. 714)

Furthermore, on July 12, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G**, and via electronic mail on Tax Advisors Group LLC, Attn: Troy Fields at rsauer@taxadvisorsgroup.com:

- **Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of the Rejection Dates** (Docket No. 715)

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on July 12, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Kohner, Mann & Kailas, S.C., Attn: Samuel C. Wisotzkey, Esq. at 4650 North Port Washington Rd, Washington Bldg, Milwaukee, WI 53212, and via electronic mail on Kohner, Mann & Kailas, S.C., Attn: Samuel C. Wisotzkey, Esq. at kmksc@kmksc.com:

- **Order Approving Stipulation Allowing Setoff of Claims Between Debtor CarbonLite Industries LLC and Kohner, Mann & Kailas, S.C.** (Docket No. 717)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 13, 2021

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 13th day of July, 2021, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| California Department of Resources Recycling & Recovery | | 1001 I St | Mail Stop 9A | Sacramento | CA | 95814 |
| Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Delaware Secretary of Treasury | | PO Box 7040 | | Dover | DE | 19903 |
| Emerging Acquisitions LLC | Attn: Gary Weber | 3592 W 5th Ave | | Eugene | OR | 97405 |
| Federal Communications Commission | Attn: Matthew Berry | Office of General Counsel | 445 12th St SW | Washington | DC | 20554 |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd | 2nd Floor | Newark | DE | 19711-5445 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 |
| Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy | | Irving | TX | 75063 |
| Office of the Attorney General | Attn: Michael B. Mukasey | U.S. Department of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |
| Office of the United States Attorney for the District of Delaware | c/o US Attorneys Office | Hercules Building | 1313 N Market St | Wilmington | DE | 19801 |
| Olympic Wire & Equipment Co. Inc. | | PO Box 3227 | | Newport Beach | CA | 92659 |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | Washington | DC | 20005-4026 |
| PNC Equipment Finance LLC | | 655 Business Center Dr | | Horsham | PA | 19044 |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | Washington | DC | 20220 |
| Securities & Exchange Commission | Attn: Mark Schonfeld, Regional Director | 3 World Financial Center | Suite 400 | New York | NY | 10281-1022 |
| Signature Business Leasing LLC | | 225 Broadhollow Rd | Suite 132W | Melville | NY | 11747 |
| Susquehanna Commercial Finance Inc. | | 2 Country View Rd | Suite 300 | Malvern | PA | 19355 |
| Texas Office of the Attorney General | | 300 W 15th St | | Austin | TX | 78701 |
| Toyota Industries Commercial Finance Inc. | | PO Box 9050 | | Dallas | TX | 75019-9050 |
| Toyota Motor Corporation | | PO Box 3457 | | Torrance | CA | 90510 |
| UMB Bank N.A., as Trustee | | 120 S Sixth St | Suite 1400 | Minneapolis | MN | 55402 |
| Wells Fargo Bank N.A. | | PO Box 3072 | | Cedar Rapids | IA | 52406-3072 |

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|------|-----------|-----------|-------|
| A1 Energy | c/o Saxton & Stump LLC | Attn: Barry A. Solodky | bso@saxtonstump.com<br>dat@saxtonstump.com |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | mgottfried@elkinskalt.com<br>tbrooks@elkinskalt.com<br>myuen@elkinskalt.com |
| Anderson Systems Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Anderson Systems Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik & Jeffrey S. Kwong | ehk@lnbyb.com<br>jsk@lnbyb.com |
| Berks61 Owner LLC | c/o Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com<br>lshaw@rc.com |
| Blue Ridge Bank | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | jeremy.williams@kutakrock.com<br>amanda.nugent@kutakrock.com |
| Blum & Sons Electric Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Blum & Sons Electric Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | andrea.kendrick@doj.ca.gov<br>rochelle.udaquillen@doj.ca.gov<br>bryant.cannon@doj.ca.gov |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br>efile1@pszjlaw.com |
| City of Riverside | c/o Malcolm & Cisneros, A Law Corporation | Attn: Arturo M. Cisneros, Esq., William G. Malcolm, Esq., & Nathan F. Smith, Esq. | arturo@mclaw.org<br>bill@mclaw.org<br>nathan@mclaw.org |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com |

In re: CarbonLite Holdings LLC, *et al.*
Case No. 21-10527 (JTD)



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| East West Bank | c/o Squire Patton Boggs (US) LLP | Attn: Norman N. Kinel | norman.kinel@squirepb.com<br>sarah.conley@squirepb.com<br>norman-kinel-4300@ecf.pacerpro.com |
| Electronic Systems SPA | Attn: Villard Bastien | | vbastien@me.com |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com<br>edgar.rosales@millernash.com<br>dona.purdy@millernash.com |
| Everrank Inc. | | | davidha@everrankca.com |
| Exact Staff Inc. | c/o Gellert Scali Busenkell & Brown LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gsbblaw.com |
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | jgentile@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>debankruptcy@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Indorama Ventures Holdings LP | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Esq. & Nicholas San Filippo IV, Esq. | rhirsh@lowenstein.com<br>nsanfilippo@lowenstein.com |
| Indorama Ventures Holdings LP | c/o Morris James LLP | | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.Insolvency.balt@irs.gov |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Dilworth Paxson LLP | Attn: Martin J. Weis | mweis@dilworthlaw.com |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | office@stevebryson.com |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jeff.bjork@lw.com<br>carbonlite.lwteam@lw.com |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | efreeman@jw.com<br>vanaya@jw.com |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq. | jnimeroff@bmnlawyers.com<br>cjones@bmnlawyers.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Randye B. Soref, Esq. | rsoref@polsinelli.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | robert.hertzberg@troutman.com<br>kay.kress@troutman.com |
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | caroline.djang@bbklaw.com<br>laurie.verstegen@bbklaw.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|------|-----------|-----------|-------|
| Niagara Bottling LLC | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | bronationalecf@weltman.com<br>sfink@weltman.com |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | carolina.velarde@bantaminc.com<br>vytas.gruodis@bantaminc.com |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | jbibiloni@blankrome.com<br>kelbon@blankrome.com<br>tarr@blankrome.com |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | gordonsmith17@yahoo.com<br>kgoodwin@exactstaff.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | erin.brady@hoganlovells.com<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>cindy.mitchell@hoganlovells.com<br>tracy.southwell@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | kevin.carey@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Pieter Van Tol | pieter.vantol@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | mark@replenysh.com<br>legal@replenysh.com |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | bob@rplanetearth.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |
| Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | | jkleinman@fgllp.com<br>jfrank@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | kevin.mangan@wbd-us.com<br>heidi.sasso@wbd-us.com<br>chris.lewis@wbd-us.com<br>rachel.metzger@wbd-us.com |
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | jjeutter@smithlaw.com<br>aosterhout@smithlaw.com |

 STRETTO

**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Riverside County Treasurer-Tax Collector | Attn: Ronak N. Patel, Esq. | | rpatel@co.riverside.ca.us<br>DrEsparza@RIVCO.ORG |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |
| Solid Waste Services Inc. dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Sorema Division of Previero N. srl. | c/o Freeborn & Peters LLP | Attn: Jason J. Ben, Esq. | jben@freeborn.com |
| Sorema Division of Previero N. srl. | c/o Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk, Esq. | marias@goldmclaw.com<br>marias@ecf.courtdrive.com<br>katelynnet@goldmclaw.com |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | fdavis@hsblawfirm.com<br>hharrington@hsblawfirm.com<br>mphillips@mmwr.com<br>marc-phillips-8177@ecf.pacerpro.com<br>smcguffin@hsblawfirm.com |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | | Jeff.Wilkison@stonebriarcf.com |
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak | david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |

# Exhibit C

 STRETTO

**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Arevalo, Kellymarie | | Address Redacted | | | | |
| Automatic Data Processing Inc. | | 71 Hanover Rd | | Florham Park | NJ | 07932 |
| Canon Solutions America Inc. | | One Canon Park | | Melville | NY | 11747 |
| Clayton Industries | Attn: Margo McMar | 17477 Hurley St | | City of Industry | CA | 91744 |
| Coast Water Technologies Inc. | | PO Box 3486 | | Lakewood | CA | 90711 |
| Costa, Richard | | Address Redacted | | | | |
| Cyntox LLC | | PO Box 930 | | Jackson | NJ | 08527 |
| Fairmont Logistics LLC | Attn: Dalila Gomez | 9663 Santa Monica Blvd | Suite 1092 | Beverly HIlls | CA | 90210 |
| Franco, Jose | | Address Redacted | | | | |
| Gonzalez, Jose S | | Address Redacted | | | | |
| HPC Industries LLC | Attn: Ani Patwardhan | 10250 Constellation Blvd | Suite 2820 | Los Angeles | CA | 90067 |
| Jason Farahnik | dba Loaned Earth Recycling | 10250 Constellation Blvd | Suite 2820 | Los Angeles | CA | 90067 |
| JMG Security Systems Inc. | | 17150 Newhope St | Suite 109 | Fountain Valley | CA | 92708-4273 |
| KRE Security LLC | Attn: Jarrod Emes & Kandice Pyles | 11 S 3rd St | | Hamburg | PA | 19526 |
| Lexmar Distribution Inc. | Attn: Vahe Avedisian | 200 Erie St | | Pomona | CA | 91768 |
| Luxury Auto Leasing | | 4163 Lincoln Blvd | | Marina Del Rey | CA | 90292 |
| Miles Chemical Company Inc. | Attn: Dan Zinman, Tammy Simpers, & Gregg Milhaupt | 12801 Rangoong St | | Arleta | CA | 91331 |
| Milhaupt Jr., Gregg R | | Address Redacted | | | | |
| Milhaupt, Gregg | | Address Redacted | | | | |
| Nestle Waters North America Inc. | Attn: Maria French & Tonia M. Cannon | 900 Long Ridge Rd | Bldg 2 | Stamford | CT | 06902 |
| Niagara Bottling LLC | | 1440 S Bridgegate Dr | | Diamond Bar | CA | 91765 |
| Niagara Bottling LLC | Attn: Pamela Anderson Cridlebaugh & Sid Gulati | 2560 E Philadelphia St | | Ontario | CA | 91761 |
| Olympic Wire and Equipment Co. Inc. | | 3001 Red Hill Ave | Bldg 2 Suite 102 | Costa Mesa | CA | 92626 |
| Orkin | | 3330 Keller Springs Road #250 | | Carrollton | TX | 75006 |
| Orkin | | 3601 NE Loop 820 | Suite 100 | Fort Worth | TX | 76136 |
| Pepsi-Cola Advertising and Marketing Inc. | | 700 Henderson Hill Rd | | Purchase | NY | 10577 |
| Plastic Recycling Corporation of California | Attn: Patty Moore | PO Box 1327 | | Sonoma | CA | 95476-1327 |
| R.A.T.T. Inc. dba Orkin Pest Control | Attn: Rhonda Hoffman | 4450 Paxton St | | Harrisburg | PA | 17111 |
| Revel Environmental Manufacturing Inc. | | 2110 S Grand Ave | | Santa Ana | CA | 92705 |
| Security Signal Devices Inc. | | 900 Six Flags | | Arlington | TX | 76011 |
| Siddhi, Vijendra | | Address Redacted | | | | |
| Smith, Kimball | | Address Redacted | | | | |
| Tanadhi, Tanya | | Address Redacted | | | | |
| Teslevich, Michael A | | Address Redacted | | | | |
| Texas Mutual Insurance Co. | | PO Box 12058 | | Austin | TX | 78711 |

In re: CarbonLite Holdings LLC, *et al.*
Case No. 21-10527 (JTD)



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Toyota Industries Commercial Finance Inc. | Attn: Joanna Lopez | PO Box 660926 | | Dallas | TX | 75266-0926 |
| Toyota Motor Credit Corporation | | PO Box 2431 | | Carol Stream | IL | 60132 |
| Univoip Inc. | Attn: Elena Savage | 830 Parkview Dr N | | El Segundo | CA | 90245 |
| Valle, Jose | | Address Redacted | | | | |
| Verizon Wireless Services LLC | | One Verizon Way | | Basking Ridge | NJ | 07920 |
| WC of Texas | | 12160 Garland Road | | Dallas | TX | 75218 |
| Wells Fargo Equipment Finance | Manufacturer Services Group | PO Box 3072 | | Cedar Rapids | IA | 52406-3072 |
| WTB Solutions Inc. | Attn: Tarek Aboutouk | 1000 W MacArthur Blvd | Unit 139 | Santa Ana | CA | 92707 |

# **<u>Exhibit D</u>**



**Exhibit D**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Cyntox LLC | | billing@cyntox.com |
| Fairmont Logistics LLC | Attn: Dalila Gomez | dalila@fairmontlogistics.com |
| HPC Industries LLC | Attn: Ani Patwardhan | acruz@hpcindustries.com |
| KRE Security LLC | Attn: Jarrod Emes & Kandice Pyles | jemes@kresecurity.com financial@kresecurity.com |
| Lexmar Distribution Inc. | Attn: Vahe Avedisian | Vahe@ldltrucking.com |
| Miles Chemical Company Inc. | Attn: Dan Zinman, Tammy Simpers, & Gregg Milhaupt | cs@mileschemical.com |
| Nestle Waters North America Inc. | Attn: Maria French & Tonia M. Cannon | maria.french@waters.nestle.com |
| Niagara Bottling LLC | Attn: Pamela Anderson Cridlebaugh & Sid Gulati | panderson@niagarawater.com sgulati@niagarawater.com |
| Olympic Wire and Equipment Co. Inc. | | accounting@olympicequipment.com jw@olympicequipment.com |
| Toyota Industries Commercial Finance Inc. | Attn: Joanna Lopez | Joanna.Lopez@toyotacf.com |
| Univoip Inc. | Attn: Elena Savage | noel.damouni@univoip.com |

# **<u>Exhibit E</u>**



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 36th Street Capital Partners LLC | | 15 Maple Ave | | Morristown | NJ | 07960 | |
| Aramark Uniform & Career Apparel LLC | dba Aramark Uniform Services | 1178 Marlkress Rd | | Cherry Hill | NJ | 08003 | |
| Associated Packaging Inc. | | 435 Calvert Dr | | Gallatin | TN | 37006 | |
| Atlantic Capital Equipment Financing | | 1615 S Congress Ave | Suite 103 | Delray Beach | FL | 33445 | |
| Autom8Tap LLC | | 307 Dorset Ct | | Roanoke | TX | 76262 | |
| Barry Callebaut USA LLC | | 1175 Commerce Blvd | Suite D | American Canyon | CA | 95403 | |
| CFE Sales Company Inc. | dba Packaging Solutions International | Attn: Charles Earp | 1205 Johnson Ferry Rd Suite 136-345 | Marietta | GA | 30068 | |
| Clear Lam Packaging | | 1950 Pratt Blvd | | Elk Grove Village | IL | 60007 | |
| Consolidated Packaging | | Address Redacted | | | | | |
| Cool-Pak LLC | c/o Thompson Coburn LLP | Attn: David D. Farrell | One US Bank Plaza | St. Louis | MO | 63101 | |
| De Lage Landen Fiancials Service /DLL Financial | Attn: Robert Barbato | 1111 Old Eagle School Rd | | Wayne | PA | 19087 | |
| EREMA Engineering Recycling Maschinen und Anlagen Ges.m.b.H | | Unterfeldstrasse 3 | | Ansfelden | | 4052 | Austria |
| Eric Werbalowsky | | Address Redacted | | | | | |
| Express Logistics Inc. | | 1125 SE Westbrook Dr | Suite B PO Box 628 | Waukee | IA | 50263 | |
| Fairmont Logistics LLC | Attn: Dalila Gomez | 9663 Santa Monica Blvd | Suite 1092 | Beverly HIlls | CA | 90210 | |
| FEMC | | 22201 Aurora Rd | | Bedford Heights | OH | 44146 | |
| Giant Eagle Inc. | | 101 Kappa Dr | | Pittsburgh | PA | 15238 | |
| Howroyd-Wright EmployementAgency Inc. | dba Howroyd Group Executive Search | 327 W Broadway | | Glendale | CA | 91204 | |
| HPC Industries LLC | Attn: Ani Patwardhan | 10250 Constellation Blvd | Suite 2820 | Los Angeles | CA | 90067 | |
| Ingersoll-Rand Compression Technologies & Services | | 2845 Pellissier Pl | | City of Industry | CA | 90601-1512 | |
| Ironwood Packaging LLC | | 8975 Cottage Ave | | Rancho Cucamonga | CA | 91730 | |
| Jack in the Box Inc. | | 9357 Spectrum Center Blvd | | San Diego | CA | 92123-1524 | |
| Jan-Pro Central Coast | | PO Box 2838 | | Santa Maria | CA | 93456 | |
| JDML Inc. | dba Standard Industries | 1905 Lirio Ave | | Ventura | CA | 93004 | |
| Jowat Corporation | | 5608 Uwharrie Road | | Archdale | NC | 27263 | |
| Knobbe Martens Olson & Bear LLP | Attn: Aubrie Buckley | 2040 Main St | 14th Floor | Irvine | CA | 92614 | |
| Marlin Software LLC | Marcel Barnaby | 10 Research Pkwy | | Wallingford | CT | 06492 | |
| McKinley Equipment Corp | | 17611 Armstrong Ave | | Irvine | CA | 92614 | |
| McLaren Enterprises | Attn: Jeffrey R. McLaren | 901 Aquarina Blvd | | Melbourne Beach | FL | 32951 | |
| Nations Equipment Finance LLC | | 40 Danbury Rd | Ste 1 | Wilton | CT | 06897-4441 | |
| Nissan Motor Acceptance Corporation | | PO Box 660360 | | Dallas | TX | 75266-0360 | |
| Nitel Inc. | | 350 N Orleans St | Suite 1300N | Chicago | IL | 60654 | |
| OCI International Inc. | Attn: Jake Hwang | 11767 Katy Fwy | Suite 1140 | Houston | TX | 77079 | |
| OPT4 Group LLC | Attn: Donielle Prudish | 202 Airport Blvd | | Doylestown | PA | 18902 | |
| Pacific Packaging Enterprises Inc. | Attn: William J. Davis | 4037 Phelan Rd | A-Box #285 | Phelan | CA | 92371 | |
| Packaging Consultants LLC | Attn: Ted Lochary | 15 Cavewood Lane | | Owings Mills | MD | 21117 | |
| Patriot Pak LLC | Attn: Ted Casey | 269 Middlesex Rd | | Tyngsboro | MA | 01879 | |
| Plastics Machinery Group | | 31005 Bainbridge Road #6 | | Solon | OH | 44139 | |
| PNC Equipment Finance LLC | c/o Dilworth Paxson LLP | Attn: Martin J. Weis | PO Box 1031 | Wilmington | DE | 19899-1031 | |
| Precise Personnel LLC | | 2781 W MacArthur Blvd | Suite B176 | Santa Ana | CA | 92704 | |
| Providence Capital Funding | | 2951 Saturn St | Ste E | Brea | CA | 92821-6206 | |
| Prudential Overall Supply | | 1661 Alton Pkwy | | Irvine | CA | 92606 | |
| Quality Freight Logistics Inc. | | 30110 S Wixom Rd | | Wixom | MI | 48393 | |
| Quality Supply Chain Co-op Inc. | | One Dave Thomas Blvd | | Dublin | OH | 43017 | |
| Rayco Security Loss Prevention Systems Inc. | | 7748 Gloria Ave | | Van Nuys | CA | 91406 | |
| Rick Lopez Corp. | dba National Lift Fleet Leasing and Sales | Attn: Rick Lopez | 201 N Rice Ave Unit G | Oxnard | CA | 93030 | |

In re: CarbonLite Holdings LLC, *et al.*
Case No. 21-10527 (JTD)



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| SACE S.p.A. | Attn: Dott. Stefano Bellucci | Piazza Poli 37/42 | | Roma | | 00187 | Italy |
| Shell Energy North America (US) LP | | 4445 E Gate Mall | Suite 100 | San Diego | CA | 92121 | |
| Snacktops Inc. | | 2766 Gateway Road | | Carlsbad | CA | 92009 | |
| Sonic Capital LLC | | 300 Johnny Bench Avenue | | Oklahoma City | OK | 73104 | |
| Strategic Packaging LLC | Attn: Padraic E. McCleerey | 2108 N Herron Rd KPN | | Lakebay | WA | 98349-9244 | |
| Streamline Office Solutions | | 1211 Flynn Road Suite 103 | | Camarillo | CA | 93012 | |
| Swiss Export Risk Insurance SERV | | Zeltweg 63 | | Zurich | | 8032 | Switzerland |
| T.2. S.r.l. | | Via S. Rocco 2 | | Sondalo | SO | 23035 | Italy |
| TFA Trade Finance Advisors SA | | Via Stefano Franscini, 15 | | Lugano | | CH-6900 | Switzerland |
| Thermoforming Systems LLC | Attn: James Naughton | 1601 W Pine St | | Union Gap | WA | 98903 | |
| Total Quality Logistics LLC | | PO Box 799 | | Milford | OH | 45150 | |
| United Staffing Associates LLC | | 505 Higuera St | | San Luis Obispo | CA | 93401 | |
| Vulcan Plastics | | 333 Three D Systems Circle | | Rock Hill | SC | 29730 | |
| Wells Fargo Equipment Finance | Manufacturer Services Group | 800 Walnut St | 4th Floor | Des Moines | IA | 50309 | |
| Willdan Energy Solutions | Attn: Barbara Schoor | 2701 Loker Ave W Ste 107 | | Carlsbad | CA | 92010 | |
| WM Thermoforming Machines Sa | | Via Dei Pioppi 3 | | Stabio | | 6855 | Switzerland |

# **Exhibit F**



**Exhibit F**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Autom8Tap LLC | | | jcamier@autom8tap.com |
| Cool-Pak LLC | c/o Thompson Coburn LLP | Attn: David D. Farrell | dfarrell@thompsoncoburn.com |
| Fairmont Logistics LLC | Attn: Dalila Gomez | | dalila@fairmontlogistics.com |
| HPC Industries LLC | Attn: Ani Patwardhan | | acruz@hpcindustries.com |
| Ingersoll-Rand Compression Technologies & Services | | | chuck.lenzen@irco.com |
| JDML Inc. | dba Standard Industries | | marty@standard1.com john@standard1.com |
| Knobbe Martens Olson & Bear LLP | Attn: Aubrie Buckley | | aubrie.buckley@knobbe.com |
| Marlin Software LLC | Marcel Barnaby | | payments@themarlincompany.com mbarnaby@appspace.com |
| McLaren Enterprises | Attn: Jeffrey R. McLaren | | jeff.mclaren@att.net |
| OCI International Inc. | Attn: Jake Hwang | | jake@ocii.net peterjun@ocii.net |
| OPT4 Group LLC | Attn: Donielle Prudish | | dprudish@opt4group.com |
| Pacific Packaging Enterprises Inc. | Attn: William J. Davis | | billd@pacificpackent.com |
| Packaging Consultants LLC | Attn: Ted Lochary | | ted.lochary@yahoo.com |
| PNC Equipment Finance LLC | c/o Dilworth Paxson LLP | Attn: Martin J. Weis | mweis@dilworthlaw.com lzimmerman@dilworthlaw.com |
| Precise Personnel LLC | | | blanca@ppstaffs.com |
| Rick Lopez Corp. | dba National Lift Fleet Leasing and Sales | Attn: Rick Lopez | fscocco@nlfl.com |
| Thermoforming Systems LLC | Attn: James Naughton | | jnaughton@tlusa.biz |
| Vulcan Plastics | | | simon@vulcanplastics.com |
| Willdan Energy Solutions | Attn: Barbara Schoor | | bschoor@willdan.com |
| WM Thermoforming Machines Sa | | | sales@wm-thermoforming.com |

# **Exhibit G**



**Exhibit G**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Buxbaum HCS LLC | | 16625 Marquez Terrace | | Pacific Palisades | CA | 90272 |
| ClearFreight Inc. | JFK International Airport | Building 75 | North Hangar Rd Suite 210 | Jamaica | NY | 11430 |
| Data Technology Solutions LLC | Attn: Jeffrey L. Boyer | 9 N College St | | Myerstown | PA | 17067 |
| Delnik, Alexander | | Address Redacted | | | | |
| FM Global | | One Cowboys Way | Suite 600 | Frisco | TX | 75034 |
| Guzman, Alfredo | | Address Redacted | | | | |
| Iraj Maroofian, Trustee of The Iraj and Shirin Maroofian 2008 Trust | | Address Redacted | | | | |
| Tax Advisors Group LLC | Attn: Troy Fields | 12400 Coit Rd | Suite 960 | Dallas | TX | 75251 |
| The Coca-Cola Cross Enterprise Procurement Group | | One Coca-Cola Plaza | | Atlanta | GA | 30313 |