# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[1] | ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Hearing Date: July 21, 2021 at 10:00 a.m. (ET)** |

## NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that on July 2, 2021, CarbonLite Holdings LLC (now known as CL H Winddown LLC) and its debtor affiliates (the "Debtors") filed the *Disclosure Statement for the Debtors' Chapter 11 Plan of Liquidation* [Docket No. 691] (the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Disclosure Statement was scheduled to be heard on **July 19, 2021 at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable John T. Dorsey.

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Disclosure Statement has been adjourned and rescheduled to be heard on **July 21, 2021 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable John T. Dorsey, United States Bankruptcy Judge, in Courtroom No. 5 of the United States Bankruptcy Court for the District of Delaware,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

824 Market Street, 5th Floor, Wilmington, Delaware 19801.  This hearing will be conducted via Zoom.

| | |
|---|---|
| Dated: July 16, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (CA Bar No. 90073) |
| | Gabriel I. Glazer (CA Bar No. 246384) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| | Steven W. Golden (NY Bar No. 5374152) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Tel: (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | gglazer@pszjlaw.com |
| | joneill@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Attorneys for Debtors and Debtors in Possession* |