# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[1] | ) ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On July 15, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, via facsimile on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Agenda of Matters Scheduled for Hearing on July 19, 2021 at 11:00 A.M. (Prevailing Eastern Time) Before the Honorable John T. Dorsey** (Docket No. 727)

Furthermore, on July 15, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Notice of Fee Application** (Docket No. 728, Pages 18-21)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

Furthermore, on July 15, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit E**:

- **First and Final Application of Jefferies LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Debtors and Debtors in Possession for the Period from March 8, 2021 to and Including June 30, 2021** (Docket No. 728)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 16, 2021

/s/ Sabrina G. Tu
Sabrina G. Tu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of July, 2021, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **<u>Exhibit A</u>**



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| CA Resources Recycling & Recovery | | 1001 I St Mail Stop 9A | | Sacramento | CA | 95814 |
| DE Secretary of State Franchise Tax | Division of Corporations | PO Box 898 | | Dover | DE | 19903 |
| DE Secretary of Treasury | | PO Box 7040 | | Dover | DE | 19903 |
| Emerging Acquisitions LLC | | 3592 W 5th Ave | | Eugene | OR | 97405 |
| Federal Communications Commission | Attn: Matthew Berry | 445 12th St SW | Office of General Counsel | Washington | DC | 20554 |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd | 2nd Floor | Newark | DE | 19711-5445 |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 |
| Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy | | Irving | TX | 75063 |
| Office of the Attorney General | Attn: Michael B. Mukasey | 950 Pennsylvania Ave NW | U.S. Department of Justice | Washington | DC | 20530-0001 |
| Olympic Wire & Equipment Co. Inc. | | PO Box 3227 | | Newport Beach | CA | 92659 |
| PA Office of the Attorney General | | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | Washington | DC | 20005-4026 |
| PNC Equipment Finance LLC | | 655 Business Center Dr | | Horsham | PA | 19044 |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | Washington | DC | 20220 |
| Securities & Exchange Commission | Attn: Mark Schonfeld | 3 World Financial Center | Suite 400 | New York | NY | 10281-1022 |
| Signature Business Leasing LLC | | 225 Broadhollow Rd | Suite 132W | Melville | NY | 11747 |
| Susquehanna Commercial Finance Inc. | | 2 Country View Rd | Suite 300 | Malvern | PA | 19355 |
| Toyota IndustriesCommercial Finance | | PO Box 9050 | | Dallas | TX | 75019-9050 |
| Toyota Motor Corporation | | PO Box 3457 | | Torrance | CA | 90510 |
| UMB Bank N.A. as Trustee | | 120 S Sixth St | Suite 1400 | Minneapolis | MN | 55402 |
| Wells Fargo Bank N.A. | | PO Box 3072 | | Cedar Rapids | IA | 52406-3072 |

In re: CL H Winddown LLC, *et al.*
Case No. 21-10527 (JTD)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Facsimile

| Name | Attention | Fax |
|---|---|---|
| Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Office of the United States Attorney for the District of Delaware | c/o US Attorneys Office | 302-573-6220 |
| Pennsylvania Office of the Attorney General | | 717-787-3391 |
| Texas Office of the Attorney General | | 512-475-2994 |

In re: CL H Winddown LLC, et al.
Case No. 21-10527 (JTD)

Page 1 of 1

# **Exhibit C**



## Exhibit C
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| A1 Energy | c/o Saxton & Stump LLC | Attn: Barry A. Solodky | bso@saxtonstump.com<br>dat@saxtonstump.com |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | mgottfried@elkinskalt.com<br>tbrooks@elkinskalt.com<br>myuen@elkinskalt.com |
| Anderson Systems Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Anderson Systems Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik & Jeffrey S. Kwong | ehk@lnbyb.com<br>jsk@lnbyb.com |
| Berks61 Owner LLC | c/o Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com<br>lshaw@rc.com |
| Blue Ridge Bank | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | jeremy.williams@kutakrock.com<br>amanda.nugent@kutakrock.com |
| Blum & Sons Electric Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Blum & Sons Electric Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | andrea.kendrick@doj.ca.gov<br>rochelle.udaquillen@doj.ca.gov<br>bryant.cannon@doj.ca.gov |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br>efile1@pszjlaw.com |
| City of Riverside | c/o Malcolm & Cisneros, A Law Corporation | Attn: Arturo M. Cisneros, Esq., William G. Malcolm, Esq., & Nathan F. Smith, Esq. | arturo@mclaw.org<br>bill@mclaw.org<br>nathan@mclaw.org |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com |

In re: CL H Winddown LLC, et al.
Case No. 21-10527 (JTD)

Page 1 of 4



## Exhibit C
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| East West Bank | c/o Squire Patton Boggs (US) LLP | Attn: Norman N. Kinel | norman.kinel@squirepb.com<br>sarah.conley@squirepb.com<br>norman-kinel-4300@ecf.pacerpro.com |
| Electronic Systems SPA | Attn: Villard Bastien | | vbastien@me.com |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com<br>edgar.rosales@millernash.com<br>dona.purdy@millernash.com |
| Everrank Inc. | | | davidha@everrankca.com |
| Exact Staff Inc. | c/o Gellert Scali Busenkell & Brown LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gsbblaw.com |
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | jgentile@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>debankruptcy@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Indorama Ventures Holdings LP | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Esq. & Nicholas San Filippo IV, Esq. | rhirsh@lowenstein.com<br>nsanfilippo@lowenstein.com |
| Indorama Ventures Holdings LP | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.Insolvency.balt@irs.gov |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Dilworth Paxson LLP | Attn: Martin J. Weis | mweis@dilworthlaw.com |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | office@stevebryson.com |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jeff.bjork@lw.com<br>carbonlite.lwteam@lw.com |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | efreeman@jw.com<br>vanaya@jw.com |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq. | jnimeroff@bmnlawyers.com<br>cjones@bmnlawyers.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Randye B. Soref, Esq. | rsoref@polsinelli.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | robert.hertzberg@troutman.com<br>kay.kress@troutman.com |
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | caroline.djang@bbklaw.com<br>laurie.verstegen@bbklaw.com |

In re: CL H Winddown LLC, et al.
Case No. 21-10527 (JTD)

Page 2 of 4



**Exhibit C**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Niagara Bottling LLC | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | bronationalecf@weltman.com<br>sfink@weltman.com |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | carolina.velarde@bantaminc.com<br>vytas.gruodis@bantaminc.com |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | jbibiloni@blankrome.com<br>kelbon@blankrome.com<br>tarr@blankrome.com |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | gordonsmith17@yahoo.com<br>kgoodwin@exactstaff.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | erin.brady@hoganlovells.com<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>cindy.mitchell@hoganlovells.com<br>tracy.southwell@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | kevin.carey@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Pieter Van Tol | pieter.vantol@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | mark@replenysh.com<br>legal@replenysh.com |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | bob@rplanetearth.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |
| Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | | jkleinman@fgllp.com<br>jfrank@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | kevin.mangan@wbd-us.com<br>heidi.sasso@wbd-us.com<br>chris.lewis@wbd-us.com<br>rachel.metzger@wbd-us.com |
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | jjeutter@smithlaw.com<br>aosterhout@smithlaw.com |

In re: CL H Winddown LLC, et al.
Case No. 21-10527 (JTD)

Page 3 of 4



# Exhibit C
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Riverside County Treasurer-Tax Collector | Attn: Ronak N. Patel, Esq. | | rpatel@co.riverside.ca.us<br>DrEsparza@RIVCO.ORG |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |
| Solid Waste Services Inc. dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Sorema Division of Previero N. srl. | c/o Freeborn & Peters LLP | Attn: Jason J. Ben, Esq. | jben@freeborn.com |
| Sorema Division of Previero N. srl. | c/o Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk, Esq. | marias@goldmclaw.com<br>marias@ecf.courtdrive.com<br>katelynnet@goldmclaw.com |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | fdavis@hsblawfirm.com<br>hharrington@hsblawfirm.com<br>mphillips@mmwr.com<br>marc-phillips-8177@ecf.pacerpro.com<br>smcguffin@hsblawfirm.com |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | | Jeff.Wilkison@stonebriarcf.com |
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak | david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |

In re: CL H Winddown LLC, et al.
Case No. 21-10527 (JTD)

Page 4 of 4

# **Exhibit D**



**Exhibit D**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| California Department of Resources Recycling & Recovery | | 1001 I St | Mail Stop 9A | Sacramento | CA | 95814 |
| Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Delaware Secretary of Treasury | | PO Box 7040 | | Dover | DE | 19903 |
| Emerging Acquisitions LLC | Attn: Gary Weber | 3592 W 5th Ave | | Eugene | OR | 97405 |
| Federal Communications Commission | Attn: Matthew Berry | Office of General Counsel | 445 12th St SW | Washington | DC | 20554 |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd | 2nd Floor | Newark | DE | 19711-5445 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy | | Irving | TX | 75063 |
| Office of the Attorney General | Attn: Michael B. Mukasey | U.S. Department of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |
| Office of the United States Attorney for the District of Delaware | c/o US Attorneys Office | Hercules Building | 1313 N Market St | Wilmington | DE | 19801 |
| Olympic Wire & Equipment Co. Inc. | | PO Box 3227 | | Newport Beach | CA | 92659 |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | Washington | DC | 20005-4026 |
| PNC Equipment Finance LLC | | 655 Business Center Dr | | Horsham | PA | 19044 |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | Washington | DC | 20220 |
| Securities & Exchange Commission | Attn: Mark Schonfeld, Regional Director | 3 World Financial Center | Suite 400 | New York | NY | 10281-1022 |
| Signature Business Leasing LLC | | 225 Broadhollow Rd | Suite 132W | Melville | NY | 11747 |
| Susquehanna Commercial Finance Inc. | | 2 Country View Rd | Suite 300 | Malvern | PA | 19355 |
| Texas Office of the Attorney General | | 300 W 15th St | | Austin | TX | 78701 |
| Toyota Industries Commercial Finance Inc. | | PO Box 9050 | | Dallas | TX | 75019-9050 |
| Toyota Motor Corporation | | PO Box 3457 | | Torrance | CA | 90510 |
| UMB Bank N.A., as Trustee | | 120 S Sixth St | Suite 1400 | Minneapolis | MN | 55402 |
| Wells Fargo Bank N.A. | | PO Box 3072 | | Cedar Rapids | IA | 52406-3072 |

In re: CL H Winddown LLC, *et al.*
Case No. 21-10527 (JTD)

Page 1 of 1

# **<u>Exhibit E</u>**



## Exhibit E
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| A1 Energy | c/o Saxton & Stump LLC | Attn: Barry A. Solodky | bso@saxtonstump.com<br>dat@saxtonstump.com |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | mgottfried@elkinskalt.com<br>tbrooks@elkinskalt.com<br>myuen@elkinskalt.com |
| Anderson Systems Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Anderson Systems Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik & Jeffrey S. Kwong | ehk@lnbyb.com<br>jsk@lnbyb.com |
| Berks61 Owner LLC | c/o Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com<br>lshaw@rc.com |
| Blue Ridge Bank | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | jeremy.williams@kutakrock.com<br>amanda.nugent@kutakrock.com |
| Blum & Sons Electric Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Blum & Sons Electric Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | andrea.kendrick@doj.ca.gov<br>rochelle.udaquillen@doj.ca.gov<br>bryant.cannon@doj.ca.gov |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br>efile1@pszjlaw.com |
| City of Riverside | c/o Malcolm & Cisneros, A Law Corporation | Attn: Arturo M. Cisneros, Esq., William G. Malcolm, Esq., & Nathan F. Smith, Esq. | arturo@mclaw.org<br>bill@mclaw.org<br>nathan@mclaw.org |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com |

In re: CL H Winddown LLC, et al.
Case No. 21-10527 (JTD)

Page 1 of 4



## Exhibit E
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| East West Bank | c/o Squire Patton Boggs (US) LLP | Attn: Norman N. Kinel | norman.kinel@squirepb.com<br>sarah.conley@squirepb.com<br>norman-kinel-4300@ecf.pacerpro.com |
| Electronic Systems SPA | Attn: Villard Bastien | | vbastien@me.com |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com<br>edgar.rosales@millernash.com<br>dona.purdy@millernash.com |
| Everrank Inc. | | | davidha@everrankca.com |
| Exact Staff Inc. | c/o Gellert Scali Busenkell & Brown LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gsbblaw.com |
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | jgentile@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>debankruptcy@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Fee Examiner | c/o Frejka PLLC | Attn: Elise S. Frejka | efrejka@frejka.com |
| Indorama Ventures Holdings LP | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Esq. & Nicholas San Filippo IV, Esq. | rhirsh@lowenstein.com<br>nsanfilippo@lowenstein.com |
| Indorama Ventures Holdings LP | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.Insolvency.balt@irs.gov |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Dilworth Paxson LLP | Attn: Martin J. Weis | mweis@dilworthlaw.com |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | office@stevebryson.com |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jeff.bjork@lw.com<br>carbonlite.lwteam@lw.com |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | efreeman@jw.com<br>vanaya@jw.com |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq. | jnimeroff@bmnlawyers.com<br>cjones@bmnlawyers.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Randye B. Soref, Esq. | rsoref@polsinelli.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | robert.hertzberg@troutman.com<br>kay.kress@troutman.com |

In re: CL H Winddown LLC, et al.
Case No. 21-10527 (JTD)

Page 2 of 4



## Exhibit E
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | caroline.djang@bbklaw.com<br>laurie.verstegen@bbklaw.com |
| Niagara Bottling LLC | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | bronationalecf@weltman.com<br>sfink@weltman.com |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | carolina.velarde@bantaminc.com<br>vytas.gruodis@bantaminc.com |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | jbibiloni@blankrome.com<br>kelbon@blankrome.com<br>tarr@blankrome.com |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | gordonsmith17@yahoo.com<br>kgoodwin@exactstaff.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | erin.brady@hoganlovells.com<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>cindy.mitchell@hoganlovells.com<br>tracy.southwell@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | kevin.carey@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Pieter Van Tol | pieter.vantol@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | mark@replenysh.com<br>legal@replenysh.com |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | bob@rplanetearth.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |
| Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | | jkleinman@fgllp.com<br>jfrank@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | kevin.mangan@wbd-us.com<br>heidi.sasso@wbd-us.com<br>chris.lewis@wbd-us.com<br>rachel.metzger@wbd-us.com |

In re: CL H Winddown LLC, et al.
Case No. 21-10527 (JTD)

Page 3 of 4



## Exhibit E
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | jjeutter@smithlaw.com<br>aosterhout@smithlaw.com |
| Riverside County Treasurer-Tax Collector | Attn: Ronak N. Patel, Esq. | | rpatel@co.riverside.ca.us<br>DrEsparza@RIVCO.ORG |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |
| Solid Waste Services Inc. dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Sorema Division of Previero N. srl. | c/o Freeborn & Peters LLP | Attn: Jason J. Ben, Esq. | jben@freeborn.com |
| Sorema Division of Previero N. srl. | c/o Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk, Esq. | marias@goldmclaw.com<br>marias@ecf.courtdrive.com<br>katelynnet@goldmclaw.com |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | fdavis@hsblawfirm.com<br>hharrington@hsblawfirm.com<br>mphillips@mmwr.com<br>marc-phillips-8177@ecf.pacerpro.com<br>smcguffin@hsblawfirm.com |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | | Jeff.Wilkison@stonebriarcf.com |
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak | david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |

In re: CL H Winddown LLC, et al.
Case No. 21-10527 (JTD)

Page 4 of 4