IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CL H WINDDOWN LLC, *et al.*,[1] | ) Case No. 21-10527 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On July 8, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Nations Fund I LLC at 40 Danbury Rd, Ste 1, Wilton, CT 06897-4441, pursuant to USPS forwarding instructions:

- **Order Approving Stipulation for Resolution of Debtors' Motion Regarding the Rejection of Nations Fund Unexpired Equipment Lease** (Docket No. 659)

Furthermore, on July 8, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Nations Equipment Finance LLC at 40 Danbury Rd, Ste 1, Wilton, CT 06897-4441, pursuant to USPS forwarding instructions:

- **Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of June 23, 2021** (Docket No. 665)

Furthermore, on or before July 12, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Administrative Claims Bar Date** (Docket No. 662)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC(8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC(5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PPPA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

- **[Customized] Proof of Administrative Claim Form** (attached hereto as **Exhibit B**)

Dated: July 16, 2021

_Sabrina G. Tu_

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of July, 2021, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Cervantes, Mairela | Address Redacted | | | | |
| Insight Staffing Solutions Inc | 5070 N 6th St | Ste 107 | Fresno | CA | 93710-7504 |
| Irizarry, Ernesto | Address Redacted | | | | |
| Mendez, Juan | Address Redacted | | | | |
| Nations Equipment Finance LLC | 40 Danbury Rd | Ste 1 | Wilton | CT | 06897-4441 |
| Pagoda Apparel - Cure Sports LLC | 722 Cherry St | | Reading | PA | 19602-1148 |
| Trailer Leasing Solutions LLC | 7669 Confederate Park Rd | | Fort Worth | TX | 76108-9322 |

# **<u>Exhibit B</u>**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF ADMINISTRATIVE CLAIM** |
|---|---|

Name of Debtor:
- ☐ CarbonLite Holdings LLC (Case No. 21-10527)
- ☐ CarbonLite Industries LLC (Case No. 21-10528)
- ☐ CarbonLite P Holdings, LLC (Case No. 21-10529)
- ☐ CarbonLite P, LLC (Case No. 21-10531)
- ☐ CarbonLite PI Holdings, LLC (Case No. 21-10532)
- ☐ CarbonLite Pinnpack, LLC (Case No. 21-10533)
- ☐ CarbonLite Recycling Holdings LLC (Case No. 21-10534)
- ☐ CarbonLite Recycling LLC (Case No. 21-10535)
- ☐ CarbonLite Sub-Holdings, LLC (Case No. 21-10536)
- ☐ Pinnpack P, LLC (Case No. 21-10537)
- ☐ Pinnpack Packaging, LLC (Case No. 21-10538)

NOTE: This form should only be used by claimants as specified in the Notice of the Administrative Expense Claims Bar Date. IT SHOULD NOT BE USED FOR CLAIMS EXCLUDED BY SAID NOTICE NOR SHOULD IT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND AND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(b) AND 507(a)(2)

Name and address of Creditor (The person or other entity to whom the debtor owes money or property):

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone No. of Creditor:

| Creditor Tax ID #: | Account or other number by which Creditor identifies Debtor: | Check here if this claim ☐ replaces ☐ amends | a previously filed claim, dated: _____ prior claim number, if known: _____ |

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other _____

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensations for services performed
     from _____ to _____
     (date)           (date)

2. **Date debt was incurred:**

3. **If court judgment, date obtained:**

4. **Total Amount of Administrative Claim:** $_____
   ☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Brief Description of Claim** (attach any additional information):

6. **Offsets, Credits and Setoffs**
   - ☐ All payments made on this claim by the Debtor have been credited and deducted from the amount claimed hereon
   - ☐ This claim is not subject to any setoff or counterclaim
   - ☐ This claim is subject to any setoff or counterclaim as follows:

7. **Assignment:**
   - ☐ If the claimant has obtained this claim by assignment, a copy is attached hereto.

8. **Supporting Documents:** *Attach copies of supporting documents*. DO NOT SEND ORIGINAL DOCUMENTS.

9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Check the appropriate box:

❐ I am the creditor.

❐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

❐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)

❐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

_____
(Signature)                                (Date)

Print Name: _____
Title: _____
Company: _____

Address and telephone number (if different from notice address above):
_____
_____
_____

Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# **INSTRUCTIONS FOR FILING PROOF OF ADMINISTRATIVE EXPENSE CLAIM**

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances there may be exceptions to the general rules.*

*Debtor:*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor. In this case the Debtors are:

| Debtor Name | Case Number |
|---|---|
| CarbonLite Holdings LLC | 21-10527 |
| CarbonLite Industries LLC | 21-10528 |
| CarbonLite P Holdings, LLC | 21-10529 |
| CarbonLite P, LLC | 21-10531 |
| CarbonLite PI Holdings, LLC | 21-10532 |
| CarbonLite Pinnpack, LLC | 21-10533 |
| CarbonLite Recycling Holdings LLC | 21-10534 |
| CarbonLite Sub-Holdings, LLC | 21-10536 |
| Pinnpack P, LLC | 21-10537 |
| CarbonLite Recycling LLC | 21-10535 |
| Pinnpack Packaging, LLC | 21-10538 |

*Administrative Expense Claim:*
A claim for payment of an administrative expense of a kind specified in Section 503(b) of the Bankruptcy Code and entitled to priority pursuant to Section 507(a)(2) of the Bankruptcy Code, and as specified in the Notice of Administrative Expense Claims Bar Date.

*Administrative Expense Claims Bar Date:*
By Order of the United States Bankruptcy Court for the District of Delaware, all requests for the allowance of an Administrative Expense Claim must be filed so as to be received at the address set forth below no later than **July 23, 2021**.

1. Please read this Proof of Administrative Expense Claim form carefully and fill it in completely and accurately.

2. Print legibly. Your claim may be disallowed if it cannot be read and understood.

3. You must specify which of the Debtors you are asserting a claim against and its appropriate case number.

4. This Proof of Administrative Expense Claim must be completed in English. The amount of any Administrative Expense Claim must be denominated in United States currency.

5. Attach additional pages if more space is required to complete this Proof of Administrative Expense Claim.

6. This form should only be used by a claimant asserting an Administrative Expense Claim. It should not be used for claims excluded by the Notice of Administrative Expense Claims Bar Date, and should not be used for any claims that are not entitled to priority in accordance with 11 U.S.C. §§ 503(b) and 507(a).

7. Proofs of Administrative Expense Claim must be submitted (i) electronically, on or before the Administrative Claims Bar Date, by completing the applicable claim form that can be accessed at the Claims Agent's website https://cases.stretto.com/CarbonLite/file-a-claim/ or (ii) by United States mail or other hand delivery system, so as to be **actually received** by the Claims Agent on or before the Administrative Claims Bar Date at the following address:

> **CarbonLite Claims Processing**
> c/o Stretto
> 410 Exchange, Suite 100
> Irvine, CA 92602

> NOTE: The staff of the Stretto cannot give legal advice. Please also note that Stretto is **not** authorized to accept proofs of claim by facsimile, telecopy or electronic mail. To submit your claim electronically, please visit https://cases.stretto.com/CarbonLite/file-a-claim/.

8. To receive an acknowledgment of the filing of your claim from Stretto, enclose a stamped, self-addressed envelope and copy of this Proof of Administrative Expense Claim.

9. To be considered timely filed, this Proof of Administrative Expense Claim must be actually received by the Stretto by **July 23, 2021**, and must include appropriate documents/materials establishing the claimants entitlement to an allowed Administrative Expense Claim and the amount of your asserted claim.