IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CL H WINDDOWN LLC *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 676** |

### CERTIFICATE OF NO OBJECTION REGARDING COMBINED FIRST MONTHLY FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HOGAN LOVELLS US LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 24, 2021 THROUGH MAY 31, 2021

On June 25, 2021, Hogan Lovells US LLP ("Hogan Lovells") filed the *Combined First Monthly Fee Application for Compensation and Reimbursement of Expenses of Hogan Lovells US LLP as Counsel to the Official Committee of Unsecured Creditors for the Period from March 24, 2021 Through May 31, 2021* [Docket No. 676] (the "Application") with the United States Bankruptcy Court for the District of Delaware. The notice appended to the Application established a deadline of July 16, 2021 at 4:00 p.m. (prevailing Eastern Time) for filing and service of objections or responses to the Application. The undersigned hereby certifies that he has received no formal or informal objection or response to the Application. The undersigned further certifies that he has reviewed the docket in this case and that no objections or responses to the Application appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948). The Debtors' mailing address is 10250 Constellation Blvd., Los Angeles, CA 90067.

161399.01600/126334196v.1

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 232], upon the filing of this certificate of no objection and without the need for entry of a Court order approving the Application, the above-captioned debtor and debtor-in-possession is authorized to pay Hogan Lovells $1,166,636.96, which is the sum of (i) $1,163,691.60, which represents eighty percent (80%) of the fees requested in the Application ($1,454,614.50), and (ii) $2,945.36, which represents one-hundred percent (100%) of the expenses requested in the Application.

| | |
|---|---|
| Dated: July 19, 2021<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br> /s/ Stanley B. Tarr          <br>Regina Stango Kelbon (DE No. 5444)<br>Stanley B. Tarr (DE No. 5535)<br>Jose F. Bibiloni (DE No. 6261)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:   (302) 425-6400<br>Facsimile:   (302) 425-6464<br>E-mail:   Kelbon@BlankRome.com<br>    Tarr@BlankRome.com<br>    JBibiloni@BlankRome.com<br><br>-and-<br><br>**HOGAN LOVELLS US LLP**<br>Erin N. Brady<br>David P. Simonds<br>Edward McNeilly<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone:   (310) 785-4600<br>Facsimile:   (310) 785-4601<br>Email:   erin.brady@hoganlovells.com<br>    david.simonds@hoganlovells.com<br>    edward.mcneilly@hoganlovells.com<br><br>-and-<br><br>**HOGAN LOVELLS US LLP**<br>Kevin Carey<br>1735 Market St., Floor 23 |

Philadelphia, PA 19103
Telephone: (267) 675-4600
Facsimile: (267) 675-4601
Email: kevin.carey@hoganlovells.com

*Counsel to the Official Committee of Unsecured Creditors*

161399.01600/126334196v.1