## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CL H WINDDOWN LLC *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 677** |

### CERTIFICATE OF NO OBJECTION REGARDING COMBINED FIRST MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CARBONLITE HOLDINGS, LLC, *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 25, 2021 THROUGH MAY 31, 2021

On June 25, 2021, Blank Rome LLP ("Blank Rome") filed the *Combined First Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of CarbonLite Holdings, LLC, et al., for Compensation and Reimbursement of Expenses for the Period from March 25, 2021 Through May 31, 2021* [Docket No. 677] (the "Application") with the United States Bankruptcy Court for the District of Delaware. The notice appended to the Application established a deadline of July 16, 2021 at 4:00 p.m. (prevailing Eastern Time) for filing and service of objections or responses to the Application. The undersigned hereby certifies that he has received no formal or informal objection or response to the Application. The undersigned further certifies that he has reviewed the docket in this case and that no objections or responses to the Application appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948). The Debtors' mailing address is 10250 Constellation Blvd., Los Angeles, CA 90067.

161399.01600/126334151v.1

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 232], upon the filing of this certificate of no objection and without the need for entry of a Court order approving the Application, the above-captioned debtor and debtor-in-possession is authorized to pay Blank Rome $84,887.28, which is the sum of (i) $80,840.00, which represents eighty percent (80%) of the fees requested in the Application ($101,050.00), and (ii) $4,047.28, which represents one-hundred percent (100%) of the expenses requested in the Application.

Dated: July 19, 2021  
Wilmington, Delaware

**BLANK ROME LLP**

/s/ Stanley B. Tarr  
Regina Stango Kelbon (DE No. 5444)  
Stanley B. Tarr (DE No. 5535)  
Jose F. Bibiloni (DE No. 6261)  
1201 Market Street, Suite 800  
Wilmington, Delaware 19801  
Telephone:    (302) 425-6400  
Facsimile:    (302) 425-6464  
E-mail:    Kelbon@BlankRome.com  
              Tarr@BlankRome.com  
              JBibiloni@BlankRome.com

*Co-Counsel to the Official Committee of Unsecured Creditors*