IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CL H WINDDOWN LLC *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 678** |

**CERTIFICATE OF NO OBJECTION REGARDING
FIRST MONTHLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE
<u>PERIOD FROM MARCH 25, 2021 THROUGH MAY 31, 2021</u>**

On June 28, 2021, Province, LLC ("<u>Province</u>") filed the *First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from March 25, 2021 Through May 31, 2021* [Docket No. 678] (the "<u>Application</u>") with the United States Bankruptcy Court for the District of Delaware. The notice appended to the Application established a deadline of July 19, 2021 at 4:00 p.m. (prevailing Eastern Time) for filing and service of objections or responses to the Application. The undersigned hereby certifies that he has received no formal or informal objection or response to the Application. The undersigned further certifies that he has reviewed the docket in this case and that no objections or responses to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 232], upon the filing of this certificate

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948). The Debtors' mailing address is 10250 Constellation Blvd., Los Angeles, CA 90067.

of no objection and without the need for entry of a Court order approving the Application, the above-captioned debtor and debtor-in-possession is authorized to pay Province $936,742.36, which is the sum of (i) $934,967.20, which represents eighty percent (80%) of the fees requested in the Application ($1,168,709.00), and (ii) $1,775.16, which represents one-hundred percent (100%) of the expenses requested in the Application.

|  |  |
|---|---|
| Dated: July 20, 2021<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br> /s/ Stanley B. Tarr   <br>Regina Stango Kelbon (DE No. 5444)<br>Stanley B. Tarr (DE No. 5535)<br>Jose F. Bibiloni (DE No. 6261)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:   (302) 425-6400<br>Facsimile:    (302) 425-6464<br>E-mail:         Kelbon@BlankRome.com<br>                     Tarr@BlankRome.com<br>                     JBibiloni@BlankRome.com<br><br>-and-<br><br>**HOGAN LOVELLS US LLP**<br>Erin N. Brady<br>David P. Simonds<br>Edward McNeilly<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone:   (310) 785-4600<br>Facsimile:    (310) 785-4601<br>Email:           erin.brady@hoganlovells.com<br>                     david.simonds@hoganlovells.com<br>                     edward.mcneilly@hoganlovells.com<br><br>-and-<br><br>**HOGAN LOVELLS US LLP**<br>Kevin Carey<br>1735 Market St., Floor 23<br>Philadelphia, PA 19103<br>Telephone:   (267) 675-4600<br>Facsimile:    (267) 675-4601<br>Email:           kevin.carey@hoganlovells.com |

*Counsel to the Official Committee of Unsecured Creditors*