# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CL H WINDDOWN LLC, et al.,[1] | ) Case No. 21-10527 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On July 19, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Amended Notice of Agenda of Matters Scheduled for Hearing on July 21, 2021 at 10:00 A.M. (Prevailing Eastern Time) Before the Honorable John T. Dorsey** (Docket No. 736)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 20, 2021

Ana M. Galvan

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 20th day of July 2021 by Ana M. Galvan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

# **<u>Exhibit A</u>**



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| CA Resources Recycling & Recovery | Attn: Legal Department | 1001 I St Mail Stop 9A | | Sacramento | CA | 95814 |
| DE Secretary of State Franchise Tax | Division of Corporations | PO Box 898 | | Dover | DE | 19903 |
| DE Secretary of Treasury | Attn: Legal Department | PO Box 7040 | | Dover | DE | 19903 |
| Emerging Acquisitions LLC | Attn: Gary Weber | 3592 W 5th Ave | | Eugene | OR | 97402 |
| Federal Communications Commission | Attn: Matthew Berry | 445 12th St SW | Office of General Counsel | Washington | DC | 20554 |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd 2nd Floor | | Newark | DE | 19711-5445 |
| Internal Revenue Service | Attn: Legal Department | PO Box 21126 | | Philadelphia | PA | 19114 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Nissan Motor Acceptance Corp. | Attn: Legal Department | 8900 Freeport Pkwy | | Irving | TX | 75063 |
| Office of the Attorney General | Attn: Michael B. Mukasey | 950 Pennsylvania Ave NW | U.S. Department of Justice | Washington | DC | 20530-0001 |
| Olympic Wire & Equipment Co. Inc. | Attn: Legal Department | PO Box 3227 | | Newport Beach | CA | 92659 |
| PA Office of the Attorney General | Attn: Legal Department | Strawberry Square 16th Floor | | Harrisburg | PA | 17120 |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | Washington | DC | 20005-4026 |
| PNC Equipment Finance LLC | Attn: Legal Department | 655 Business Center Dr | | Horsham | PA | 19044 |
| Secretary of Treasury | Attn: Legal Department | 15th & Pennsylvania Ave NW | | Washington | DC | 20220 |
| Securities & Exchange Commission | Attn: Mark Schonfeld | 3 World Financial Center Suite 400 | | New York | NY | 10281-1022 |
| Signature Business Leasing LLC | Attn: Legal Department | 225 Broadhollow Rd Suite 132W | | Melville | NY | 11747 |
| Susquehanna Commercial Finance Inc. | Attn: Legal Department | 2 Country View Rd Suite 300 | | Malvern | PA | 19355 |
| Toyota IndustriesCommercial Finance | Attn: Legal Department | PO Box 9050 | | Dallas | TX | 75019-9050 |
| Toyota Motor Corporation | Attn: Legal Department | PO Box 3457 | | Torrance | CA | 90510 |
| TX Office of the Attorney General | Attn: Legal Department | 300 W 15th St | | Austin | TX | 78701 |
| UMB Bank N.A. as Trustee | Attn: Legal Department | 120 S Sixth St Suite 1400 | | Minneapolis | MN | 55402 |
| US Attorney District of Delaware | c/o US Attorneys Office | 1313 N Market St | Hercules Building | Wilmington | DE | 19801 |
| Wells Fargo Bank N.A. | Attn: Legal Department | PO Box 3072 | | Cedar Rapids | IA | 52406-3072 |

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| A1 Energy | c/o Saxton & Stump LLC | Attn: Barry A. Solodky | bso@saxtonstump.com<br>dat@saxtonstump.com |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | mgottfried@elkinskalt.com<br>tbrooks@elkinskalt.com<br>myuen@elkinskalt.com |
| Anderson Systems Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Anderson Systems Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik & Jeffrey S. Kwong | ehk@lnbyb.com<br>jsk@lnbyb.com |
| Berks61 Owner LLC | c/o Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com<br>lshaw@rc.com |
| Blue Ridge Bank | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | jeremy.williams@kutakrock.com<br>amanda.nugent@kutakrock.com |
| Blum & Sons Electric Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| Blum & Sons Electric, Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | andrea.kendrick@doj.ca.gov<br>rochelle.udaquillen@doj.ca.gov<br>bryant.cannon@doj.ca.gov |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br>efile1@pszjlaw.com |
| City of Riverside | c/o Malcolm & Cisneros, A Law Corporation | Attn: Arturo M. Cisneros, Esq., William G. Malcolm, Esq., & Nathan F. Smith, Esq. | arturo@mclaw.org<br>bill@mclaw.org<br>nathan@mclaw.org |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com |



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| East West Bank | c/o Squire Patton Boggs (US) LLP | Attn: Norman N. Kinel | norman.kinel@squirepb.com<br>sarah.conley@squirepb.com<br>norman-kinel-4300@ecf.pacerpro.com |
| Electronic Systems SPA | Attn: Villard Bastien | | vbastien@me.com |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com<br>edgar.rosales@millernash.com<br>dona.purdy@millernash.com |
| Everrank Inc. | PMB 280 | | davidha@everrankca.com |
| Exact Staff Inc. | c/o Gellert Scali Busenkell & Brown LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gsbblaw.com |
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | jgentile@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>debankruptcy@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Indorama Ventures Holdings LP | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Esq. & Nicholas San Filippo IV, Esq. | rhirsh@lowenstein.com<br>nsanfilippo@lowenstein.com |
| Indorama Ventures Holdings LP | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.insolvency.balt@irs.gov |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Dilworth Paxson LLP | Attn: Martin J. Weis | mweis@dilworthlaw.com |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | office@stevebryson.com |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jeff.bjork@lw.com<br>carbonlite.lwteam@lw.com |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | efreeman@jw.com<br>vanaya@jw.com |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq. | jnimeroff@bmnlawyers.com<br>cjones@bmnlawyers.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Randye B. Soref, Esq. | rsoref@polsinelli.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | robert.hertzberg@troutman.com<br>kay.kress@troutman.com |
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | caroline.djang@bbklaw.com<br>laurie.verstegen@bbklaw.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Niagara Bottling LLC | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | bronationalecf@weltman.com<br>sfink@weltman.com |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | carolina.velarde@bantaminc.com<br>vytas.gruodis@bantaminc.com |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | jbibiloni@blankrome.com<br>kelbon@blankrome.com<br>tarr@blankrome.com; |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | nevrard@exactstaff.com<br>gordonsmith17@yahoo.com<br>kgoodwin@exactstaff.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | erin.brady@hoganlovells.com<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>cindy.mitchell@hoganlovells.com<br>tracy.southwell@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | kevin.carey@hoganlovells.com; |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Pieter Van Tol | pieter.vantol@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | mark@replenysh.com<br>legal@replenysh.com |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | bob@rplanetearth.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |
| Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | | jkleinman@fgllp.com<br>jfrank@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | kevin.mangan@wbd-us.com<br>heidi.sasso@wbdus.com<br>chris.lewis@wbd-us.com<br>rachel.metzger@wbd-us.com |



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | jjeutter@smithlaw.com<br>aosterhout@smithlaw.com |
| Riverside County Treasurer-Tax Collector | Attn: Ronak N. Patel, Esq. | | rpatel@co.riverside.ca.us<br>dresparza@rivco.org |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |
| Solid Waste Services Inc. dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Sorema Division of Previero N. srl. | c/o Freeborn & Peters LLP | Attn: Jason J. Ben, Esq. | jben@freeborn.com |
| Sorema Division of Previero N. srl. | c/o Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk, Esq. | marias@goldmclaw.com<br>marias@ecf.courtdrive.com<br>katelynnet@goldmclaw.com |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | fdavis@hsblawfirm.com<br>hharrington@hsblawfirm.com<br>mphillips@mmwr.com<br>marc-phillips-8177@ecf.pacerpro.com<br>smcguffin@hsblawfirm.com |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | | jeff.wilkison@stonebriarcf.com |
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak | david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |