| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Sarah | Gryll | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| Caroline | Djang | Niagara Bottling | c/o Best Best & Krieger LLP |
| James | O'Neill | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jeffrey | Dulberg | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Renee | Albarano | Debtors | Force 10 Partners |
| Jeffrey | Kaplan | BCAS | BCAS |
| Richard | Pachulski | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Edward | McNeilly | Official Creditors' Committee | Hogan Lovells US LLP |
| Alex | Wolf | Bloomberg Law | |
| Steven | Golden | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Stanley | Tarr | Unsecured Creditors Committee | Blank Rome LLP |
| Steven | Wickman | CarbonLITE | Arnold & Porter |
| Maxim | Litvak | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Kara | Coyle | Orion | Young Conaway |
| Taylor | Harrison | Debtwire | |
| Andrew | Ambruoso | Orion | Latham & Watkins |
| Gabriel | Glazer | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Laura | Haney | Court | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Regions 3 and | U.S. Dep't of Justice -- Office of the U.S. Trustee (Wilmington, DE) |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Victoria | Guilfoyle | Official Committee of Unsecured Creditors | Blank Rome LLP |
| Mitchell | McVeigh | Reorg Research | Reorg Research |
| Eric | Monzo | Niagara Bottling, LLC. | Morris James LLP |
| Cate | Baskin | UMB Bank | Arnold & Porter |
| Michael | Tomback | Reorg Research | |
| Joseph | Mulvihill | Orion | Young Conaway |
| Brya | Keilson | Niagara Bottling, LLC. | Morris James LLP |