## EXHIBIT D

## AGGREGATE SUMMARY OF COMPENSATION REQUESTED BY TASK CATEGORY

| TASK CODE / MATTER NO. | TASK / MATTER CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 08 | Employment and Fee Applications – Blank Rome | 26.00 | $14,054.00 |
| 09 | Employment/Fee Applications – Other (Includes review/objections) | 7.00 | $3,854.50 |
| 25 | Court Hearings (Preparation and Attendance) | 7.10 | $5,183.00 |
| 26 | Plan and Disclosure Statement | 5.90 | $4,868.00 |
| 29 | Sale/Disposition of Assets (CA) | 1.90 | $1,585.00 |
| 30 | Sale/Disposition of Assets (TX) | 1.00 | $779.50 |
| 31 | Sale/Disposition of Assets (PA) | 1.10 | $852.50 |
| | **TOTAL** | **50.00** | **$31,176.50** |

## SUMMARY OF COMPENSATION REQUESTED BY TASK CATEGORY
## AND ALLOCATION CONSISTENT WITH THE FINAL DIP ORDERS

| TASK CODE / MATTER NO. | TASK / MATTER CATEGORY | CA HOURS | CA FEES | TX HOURS | TX FEES | PA HOURS | PA FEES |
|---|---|---|---|---|---|---|---|
| 08 | Employment and Fee Applications – Blank Rome | 8.66 | $4,684.66 | 8.67 | $4,684.67 | 8.67 | $4,684.67 |
| 09 | Employment/Fee Applications – Other (Includes review/objections) | 2.33 | $1,284.66 | 2.33 | $1,284.67 | 2.34 | $1,284.67 |
| 25 | Court Hearings (Preparation and Attendance) | 2.36 | $1,727.66 | 2.37 | $1,727.67 | 2.37 | $1,727.67 |
| 26 | Plan and Disclosure Statement | 1.96 | $1,622.66 | 1.97 | $1,622.67 | 1.97 | $1,622.67 |
| 29 | Sale/Disposition of Assets (CA) | 1.90 | $1,585.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| 30 | Sale/Disposition of Assets (TX) | 0.00 | $0.00 | 1.00 | $779.50 | 0.00 | $0.00 |
| 31 | Sale/Disposition of Assets (PA) | 0.00 | $0.00 | 0.00 | $0.00 | 1.10 | $852.50 |
|  | **TOTAL** | **17.21** | **$10,904.64** | **16.34** | **$10,099.18** | **16.45** | **$10,172.18** |

161399.01600/126463695v.1

# BLANKROME

1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801-2535
(302) 425-6400  FAX: (302) 425-6464
FEDERAL TAX ID NO. 23-1311874

| | |
|---|---|
| CARBONLITE HOLDINGS LLC AND AFFILIATED DEBTORS/OFFICIAL COMMITTEE OF UNSECURED CREDITORS C/O BANTAM MATERIALS INTERNATIONAL ATTN.: VYTAS GRUODIS 4207 SAINTE CATHERINE STREET WEST, SUITE 202 WESTMOUNT, QUEBEC  H3Z 1P6 CANADA | INVOICE DATE:    JULY 29, 2021 CLIENT ID:        161399 MATTER NO.       161399-01600 01721 INVOICE NO. |

**REGARDING:** CARBONLITE HOLDINGS LLC AND AFFILIATED DEBTORS/OFFICIAL COMMITTEE OF UNSECURED CREDITORS
CO-COUNSEL TO OFFICIAL COMMITTEE (DELAWARE MATTERS)

---

**FOR LEGAL SERVICES RENDERED THROUGH JUNE 30, 2021**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **TASK: 08 EMPLOYMENT AND FEE APPLICATIONS – BLANK ROME** | | | | | |
| 06/03/21 | PREPARE FEE APPLICATION | SCHAEDLE, MICHAEL | 08 | 0.70 | 626.50 |
| 06/04/21 | BEGIN DRAFTING COMBINED FIRST MONTHLY FEE APPLICATION; | THOMAS, LAWRENCE | 08 | 2.00 | 650.00 |
| 06/07/21 | PREPARE FEE APPLICATION AND CONSIDER RELATED MATTERS | SCHAEDLE, MICHAEL | 08 | 0.30 | 268.50 |
| 06/07/21 | CONTINUE DRAFT FIRST FEE APPLICATION; | THOMAS, LAWRENCE | 08 | 1.50 | 487.50 |
| 06/08/21 | PREPARE FEE APPLICATION ; DISCUSS FEE APPLICATION WITH S. TARR (.3) 8 | SCHAEDLE, MICHAEL | 08 | 1.20 | 1,074.00 |
| 06/08/21 | REVIEW UPDATED PROFORMA AND CONTINUE DRAFTING FEE APPLICATION AND EXHIBITS FOR MARCH-MAY; | THOMAS, LAWRENCE | 08 | 2.80 | 910.00 |
| 06/14/21 | PREPARE FEE APPLICATION | TARR, STANLEY | 08 | 2.00 | 1,460.00 |
| 06/15/21 | NOTES TO AND FROM S. TARR REGARDING FEE APPLICATION 8 | SCHAEDLE, MICHAEL | 08 | 0.40 | 358.00 |
| 06/15/21 | REVISIONS TO FEE APPLICATION | TARR, STANLEY | 08 | 0.70 | 511.00 |

CARBONLITE HOLDINGS LLC AND AFFILIATED  
DEBTORS/OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
FILE NUMBER: 161399-01600

PAGE NUMBER: 2  
INVOICE NO.  
JULY 29, 2021

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/15/21 | REVIEW FINALIZED INVOICE AND UPDATE FEE APPLICATION AND EXHIBITS; | THOMAS, LAWRENCE | 08 | 2.00 | 650.00 |
| 06/16/21 | NOTES TO AND FROM S. TARR REGARDING FEE APPLICATION | SCHAEDLE, MICHAEL | 08 | 0.30 | 268.50 |
| 06/16/21 | UPDATE FEE APPLICATION EXHIBITS TO REFLECT HOURS AND AMOUNTS FOR TASK CODES BY CA, TX, AND PA SILOS (1.8); REVIEW FEE EXAMINER PROCEDURES (0.4); CALL WITH S. TARR REGARDING FEE APP (0.3); | THOMAS, LAWRENCE | 08 | 2.50 | 812.50 |
| 06/21/21 | ADDRESS SUPPLEMENTAL DISCLOSURE ISSUES | SCHAEDLE, MICHAEL | 08 | 0.40 | 358.00 |
| 06/21/21 | PREPARE FEE APPLICATION WITH S. TARR | SCHAEDLE, MICHAEL | 08 | 0.40 | 358.00 |
| 06/21/21 | REVISE FEE APPLICATION | TARR, STANLEY | 08 | 1.10 | 803.00 |
| 06/21/21 | REVISE FEE APP AND EXHIBIT (0.6); CALL WITH S. TARR (0.2); | THOMAS, LAWRENCE | 08 | 0.80 | 260.00 |
| 06/22/21 | PREPARE FEE APPLICATION AND NOTE TO AND FROM S. TARR AND J. MINTZ | SCHAEDLE, MICHAEL | 08 | 0.60 | 537.00 |
| 06/22/21 | CALL WITH S. TARR REGARDING FEE APPLICATION; | THOMAS, LAWRENCE | 08 | 0.20 | 65.00 |
| 06/23/21 | WORK ON COMBINED APRIL MAY FEE APPLICATION | MINTZ, JOSEF | 08 | 1.50 | 1,020.00 |
| 06/23/21 | PREPARE FEE APPLICATION | SCHAEDLE, MICHAEL | 08 | 0.50 | 447.50 |
| 06/24/21 | PREPARE FEE APPLICATION AND REVIEW RELATED S. TARR/J. MINTZ NOTES (.2) | SCHAEDLE, MICHAEL | 08 | 0.30 | 268.50 |
| 06/24/21 | FINALIZE MONTHLY FEE APP | TARR, STANLEY | 08 | 0.70 | 511.00 |
| 06/24/21 | REVIEW FINAL INVOICE AND FURTHER REVISE BR FEE APPLICATION; | THOMAS, LAWRENCE | 08 | 1.30 | 422.50 |
| 06/25/21 | PREPARE FEE APPLICATION | SCHAEDLE, MICHAEL | 08 | 0.30 | 268.50 |
| 06/25/21 | FINALIZE BR FEE APPLICATION (0.5); PREPARE FOR FILING AND FILE BR FEE APPLICATION (0.4); SERVE VIA EMAIL AND COORDINATE SERVICE VIA FIRST CLASS MAIL (0.3); | THOMAS, LAWRENCE | 08 | 1.20 | 390.00 |

CARBONLITE HOLDINGS LLC AND AFFILIATED
DEBTORS/OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FILE NUMBER: 161399-01600

PAGE NUMBER: 3
INVOICE NO.
JULY 29, 2021

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/28/21 | DISCUSS FEE APPLICATION AND RELATED MATTERS WITH S. TARR | SCHAEDLE, MICHAEL | 08 | 0.30 | 268.50 |
| | **08 EMPLOYMENT AND FEE APPLICATIONS – BLANK ROME** | | | **26.00** | **14,054.00** |

**TASK: 09 EMPLOYMENT/FEE APPLICATIONS-OTHERS (INCLUDES REVIEW/OBJ**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/15/21 | CALL WITH CO-COUNSEL REGRADING HOGAN FEE APP FILING | TARR, STANLEY | 09 | 0.30 | 219.00 |
| 06/25/21 | ATTENTION TO FILING OF HOGAN FEE APPLICATION, INCLUDING INSTRUCTION TO PARALEGAL REGARDING NOTICE, FILING AND SERVICE (1.4); ATTENTION TO PROVINCE FEE APPLICATION (1) INCLUDING INSTRUCTION TO PARALEGAL REGARDING NOTICE FILING AND SERVICE | TARR, STANLEY | 09 | 2.40 | 1,752.00 |
| 06/25/21 | CALL AND CORRESPONDENCE WITH S. TARR REGARDING FEE APPLICATIONS (0.4); DRAFT NOTICES AND CERTIFICATES OF SERVICE FOR HOGAN AND PROVINCE FEE APPLICATIONS (0.6); FINALIZE, PREPARE FOR FILING, AND FILE HOGAN FEE APPLICATION AND EXHIBITS (0.7); SERVE VIA EMAIL AND COORDINATE SERVICE VIA FIRST CLASS MAIL (0.3); | THOMAS, LAWRENCE | 09 | 2.00 | 650.00 |
| 06/28/21 | COMMUNICATIONS WITH PROVINCE, FEE EXAMINER AND PARALEGAL REGARDING FEE EXAMINER'S REQUESTS | TARR, STANLEY | 09 | 0.50 | 365.00 |
| 06/28/21 | FINALIZE NOTICE AND COS FOR PROVINCE FEE APPLICATION (0.2); FINALIZE, PREPARE FOR FILING, AND FILE PROVINCE FEE APPLICATION (0.4); SERVE APPLICATION VIA EMAIL AND COORDINATE FIRST CLASS MAILING (0.3); SEND CALENDAR INVITES FOR OBJECTION DEADLINES (0.2); | THOMAS, LAWRENCE | 09 | 1.10 | 357.50 |
| 06/29/21 | COMMUNICATIONS WITH FEE EXAMINER, PARALEGAL REGARDING PROVINCE, HOGAN FEE APPLICATION DETAILS | TARR, STANLEY | 09 | 0.70 | 511.00 |
| | **09 EMPLOYMENT/FEE APPLICATIONS-OTHERS (INCLUDES REVIEW/** | | | **7.00** | **3,854.50** |

**TASK: 25 COURT HEARINGS (PREPARATION AND ATTENDANCE)**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/03/21 | ATTEND HEARING AND RELATED EMAILS WITH CO-COUNSEL | TARR, STANLEY | 25 | 2.60 | 1,898.00 |

| | | | | | |
|---|---|---|---|---|---|
| CARBONLITE HOLDINGS LLC AND AFFILIATED | | | | | PAGE NUMBER: 4 |
| DEBTORS/OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | | | INVOICE NO. |
| FILE NUMBER: 161399-01600 | | | | | JULY 29, 2021 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/08/21 | ATTENDANCE AT HEARING | TARR, STANLEY | 25 | 0.70 | 511.00 |
| 06/22/21 | PREPARE FOR AND ATTEND HEARING | TARR, STANLEY | 25 | 3.80 | 2,774.00 |
| | **25 COURT HEARINGS (PREPARATION AND ATTENDANCE)** | | | **7.10** | **5,183.00** |

**TASK: 26 PLAN AND DISCLOSURE STATEMENT**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/01/21 | REVIEW S. TARR NOTE ON POSSIBLE COMMITTEE SETTLEMENT OVER SALE | SCHAEDLE, MICHAEL | 26 | 0.40 | 358.00 |
| 06/01/21 | SEVERAL CALLS WITH CO-COUNSEL REGARDING SALE PROCESS AND REVIEW DRAFT SETTLEMENT DOCUMENT | TARR, STANLEY | 26 | 2.10 | 1,533.00 |
| 06/02/21 | DISCUSS POSSIBLE COMMITTEE SETTLEMENT ON CA AND SALE AND RELATED MATTERS WITH S. TARR AND G .VIZZA | SCHAEDLE, MICHAEL | 26 | 0.40 | 358.00 |
| 06/02/21 | DISCUSS POSSIBLE COMMITTEE SALE ISSUES WITH S. TARR AND REVIEW RELATED NOTES (.6) | SCHAEDLE, MICHAEL | 26 | 1.00 | 895.00 |
| 06/03/21 | DISCUSS SALE SETTLEMENT WITH P. HUGYENS AND RELATED MATTERS (CA) | SCHAEDLE, MICHAEL | 26 | 0.10 | 89.50 |
| 06/03/21 | NOTES TO AND FROM S. TARR AND G. VIZZA REGARDING SALE SETTLEMENT (CA) | SCHAEDLE, MICHAEL | 26 | 0.20 | 179.00 |
| 06/03/21 | DISCUSS SALE SETTLEMENT WITH S. TARR AND RELATED MATTERS (CA) | SCHAEDLE, MICHAEL | 26 | 0.20 | 179.00 |
| 06/09/21 | REVIEW S. TARR NOTE ON SALE SETTLEMENT (CA) | SCHAEDLE, MICHAEL | 26 | 0.20 | 179.00 |
| 06/23/21 | REVIEW YOUFIT PRECEDENT ON STRUCTURED DISMISSAL FOR CA AND NOTES TO AND FROM S. TARR AND R. KELBON | SCHAEDLE, MICHAEL | 26 | 0.30 | 268.50 |
| 06/30/21 | NOTES TO AND FROM S. TARR ON ACTION PLAN AND PLAN NEGOTIATIONS RELATED BUDGET | SCHAEDLE, MICHAEL | 26 | 0.60 | 537.00 |
| 06/30/21 | EMAILS WITH CO-COUNSEL REGARDING BUDGETING ISSUES | TARR, STANLEY | 26 | 0.40 | 292.00 |
| | **26 PLAN AND DISCLOSURE STATEMENT** | | | **5.90** | **4,868.00** |

**TASK: 29 SALE/DISPOSITION OF ASSETS (CA)**

CARBONLITE HOLDINGS LLC AND AFFILIATED  
DEBTORS/OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
FILE NUMBER: 161399-01600

PAGE NUMBER: 5  
INVOICE NO.  
JULY 29, 2021

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/02/21 | ANALYZE AND COMMENTS TO DRAFT SALE OBJECTION (0.8); SEVERAL CALLS WITH CO-COUNSEL, M. SCHAEDLE, R. KELBON TO DISCUSS STRATEGY REGARDING RESOLUTION OF SALE OBJECTION (1.4) | TARR, STANLEY | 29 | 0.70 | 511.00 |
| 06/03/21 | REVIEW SALE OBJECTIONS AND RELATED PAPERS (CA) | SCHAEDLE, MICHAEL | 29 | 0.30 | 268.50 |
| 06/03/21 | REPORT ON SALE HEARING (CA) | SCHAEDLE, MICHAEL | 29 | 0.40 | 358.00 |
| 06/16/21 | REVIEW PINNPACK SALE REPORTS/INFORMATION/PAPERS | SCHAEDLE, MICHAEL | 29 | 0.50 | 447.50 |
| | **29 SALE/DISPOSITION OF ASSETS (CA)** | | | **1.90** | **1,585.00** |
| **TASK: 30 SALE/DISPOSITION OF ASSETS (TX)** | | | | | |
| 06/02/21 | ANALYZE AND COMMENTS TO DRAFT SALE OBJECTION (0.8); SEVERAL CALLS WITH CO-COUNSEL, M. SCHAEDLE, R. KELBON TO DISCUSS STRATEGY REGARDING RESOLUTION OF SALE OBJECTION (1.4) | TARR, STANLEY | 30 | 0.70 | 511.00 |
| 06/03/21 | REPORT ON SALE HEARING (TX) | SCHAEDLE, MICHAEL | 30 | 0.10 | 89.50 |
| 06/03/21 | REVIEW SALE OBJECTIONS AND RELATED PAPERS (TX) | SCHAEDLE, MICHAEL | 30 | 0.10 | 89.50 |
| 06/03/21 | NOTES TO AND FROM S. TARR AND G. VIZZA REGARDING SALE SETTLEMENT (TX) | SCHAEDLE, MICHAEL | 30 | 0.10 | 89.50 |
| | **30 SALE/DISPOSITION OF ASSETS (TX)** | | | **1.00** | **779.50** |
| **TASK: 31 SALE/DISPOSITION OF ASSETS (PA)** | | | | | |
| 06/02/21 | ANALYZE AND COMMENTS TO DRAFT SALE OBJECTION (0.8); SEVERAL CALLS WITH CO-COUNSEL, M. SCHAEDLE, R. KELBON TO DISCUSS STRATEGY REGARDING RESOLUTION OF SALE OBJECTION (1.4) | TARR, STANLEY | 31 | 0.80 | 584.00 |
| 06/03/21 | REPORT ON SALE HEARING (PA) | SCHAEDLE, MICHAEL | 31 | 0.10 | 89.50 |
| 06/03/21 | REVIEW SALE OBJECTIONS AND RELATED PAPERS (PA) | SCHAEDLE, MICHAEL | 31 | 0.10 | 89.50 |
| 06/03/21 | NOTES TO AND FROM S. TARR AND G. VIZZA REGARDING SALE SETTLEMENT (PA) | SCHAEDLE, MICHAEL | 31 | 0.10 | 89.50 |
| | **31 SALE/DISPOSITION OF ASSETS (PA)** | | | **1.10** | **852.50** |

| | |
|---|---|
| CARBONLITE HOLDINGS LLC AND AFFILIATED | PAGE NUMBER: 6 |
| DEBTORS/OFFICIAL COMMITTEE OF UNSECURED CREDITORS | INVOICE NO. |
| FILE NUMBER: 161399-01600 | JULY 29, 2021 |

**TOTAL SERVICES** $ 31,176.50

**FOR DISBURSEMENTS ADVANCED THROUGH JUNE 30, 2021**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/13/2021 | RELIABLE COPY SERVICE- WILMINGTON CARBONLITE 6/3 HEARING TRANSCRIPT. | 97.20 |
| | CONTRACTED PHOTOCOPYING | 823.88 |
| | **TOTAL DISBURSEMENTS** $ | **921.08** |
| | **CURRENT INVOICE TOTAL** $ | **32,097.58** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JOSEF W. MINTZ | 680.00 | 1.50 | 1,020.00 |
| LAWRENCE R. THOMAS | 325.00 | 17.40 | 5,655.00 |
| MICHAEL B. SCHAEDLE | 895.00 | 10.90 | 9,755.50 |
| STANLEY B. TARR | 730.00 | 20.20 | 14,746.00 |
| **TOTALS** | | **50.00** | $ **31,176.50** |

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   SHANGHAI