## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CL H WINDDOWN LLC, *et al.*,[1] | ) Case No. 21-10527 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 728** |
| | ) |
| | ) |

### ORDER GRANTING FIRST AND FINAL APPLICATION OF
### JEFFERIES LLC FOR COMPENSATION FOR SERVICES RENDERED
### AND FOR REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER
### TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
### FROM MARCH 8, 2021 TO AND INCLUDING JUNE 30, 2021

Upon consideration of the final application (the "Final Fee Application")[2] of Jefferies LLC

("Jefferies"), the investment banker for the Committee, for entry of an order (this "Order"),

pursuant to sections 328(a), 330, 331, and 1103 of the Bankruptcy Code, Bankruptcy Rules

2014(a) and 2016, and Local Rules 2014-1 and 2016-1, granting final allowance of compensation

for professional services rendered  by Jefferies during the period from March 8, 2021 to and

including June 30, 2021 (the "Final Compensation Period") in the amount of $8,252,718.00 and

reimbursement of expenses incurred during such period in connection with such services in the

amount of $87,768.36; and this Court having determined that the legal and factual bases set forth

in the Final Fee Application establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

[2] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to such terms in the Final Fee Application.

1.      The Final Fee Application is GRANTED as set forth herein.

2.      Jefferies is allowed compensation for professional services rendered during the Final Compensation Period on a final basis in the amount of $8,252,718.00.

3.      Jefferies is allowed reimbursement of expenses incurred during the Final Compensation Period in connection with its services to the Debtors in the amount of $87,768.36.

4.      The Reorganized Debtors are authorized and directed to pay Jefferies all fees and expenses allowed pursuant to this Order, less any amounts already paid to Jefferies for such fees earned and expenses incurred during the Final Compensation Period.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Final Fee Application.

6.      The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

7.      This Order shall be effective immediately upon entry.

**Dated: August 13th, 2021**                                              JOHN T. DORSEY
**Wilmington, Delaware**                                              UNITED STATES BANKRUPTCY JUDGE