IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CL H WINDDOWN LLC, et al.,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF SERVICE

I, Jesse L. Brown, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On August 12, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 813]

- [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 814]

Dated: August 13, 2021

_____
Jesse L. Brown

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 13th day of August 2021 by Jesse L. Brown.

_____
(Notary's official signature)

VICTORIA XUAN HUONG TRAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194011214
Y COMMISSION EXPIRES MARCH 21, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Clean Water Technology | Attn: Johanna Parra | 13008 S. Western Ave. | Gardena | CA | 90249 |
| Clean Water Technology Inc. | Attn: Legal | 13008 S Western Ave | Gardena | CA | 90249-1920 |
| TRC Master Fund LLC | Attn: Terrel Ross | PO BOX 633 | Woodmere | NY | 11598 |