# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*, | Case No. 21-10527 (JTD) |
| Debtors.[1] | (Jointly Administered) |

### JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF DEBTORS' FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION

The Official Committee of Unsecured Creditors of CL H Winddown LLC, *et al.* (the "Committee") joins in the Debtors' request that the Court approve the *Debtors' First Amended Chapter 11 Plan of Liquidation*, dated July 21, 2021 (as modified, amended, or supplemented from time to time, the "Plan"). For the reasons set forth in the *Memorandum of Law in Support of Confirmation of Debtors' First Amended Chapter 11 Plan of Liquidation* [Docket No. 866], the Committee respectfully requests that the Court overrule the objection of the United States Trustee [Docket No. 850], and confirm the Plan.

[*Signature Pages Follow*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

1

                                    Respectfully submitted,

August 30, 2021                **BLANK ROME LLP**

                                    */s/ Stanley B. Tarr*
                                    Regina Stango Kelbon (DE No. 5444)
                                    Stanley B. Tarr (DE No. 5535)
                                    Jose F. Bibiloni (DE No. 6261)
                                    1201 Market Street, Suite 800
                                    Wilmington, Delaware 19801
                                    Telephone:   (302) 425-6400
                                    Facsimile:    (302) 425-6464
                                    E-mail:       Kelbon@BlankRome.com
                                                           Tarr@BlankRome.com
                                                            JBibiloni@BlankRome.com

                                    -and-

                                  **HOGAN LOVELLS US LLP**
                                    Erin N. Brady
                                    David P. Simonds
                                    Edward McNeilly
                                    1999 Avenue of the Stars, Suite 1400
                                    Los Angeles, CA 90067
                                    Telephone:   (310) 785-4600
                                    Facsimile:    (310) 785-4601
                                    Email:        erin.brady@hoganlovells.com
                                                          david.simonds@hoganlovells.com
                                                          edward.mcneilly@hoganlovells.com

                                    -and-

                                  Kevin J. Carey
                                  1735 Market St., Floor 23
                                  Philadelphia, PA 19103
                                  Telephone:   (267) 675-4600
                                  Facsimile:    (267) 675-4601
                                  Email:        kevin.carey@hoganlovells.com

                                  -and-

Pieter Van Tol
390 Madison Avenue
New York, NY 10017
Telephone:    (212) 918-3000
Facsimile:    (212) 918-3100
Email:        pieter.vantol@hoganlovells.com

*Counsel to the Official Committee of Unsecured Creditors*