IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CL H WINDDOWN LLC, *et al.*,[1] | ) Case No. 21-10527 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Gage G. Jennings, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On August 23, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- Notice of Hearing Notice of (A) Hearing to Consider Confirmation of Debtors' Chapter 11 Plan of Liquidation; (B) Deadline for Voting to Accept or Reject Plan; and (C) Related Matters (Docket No. 759)

Dated: August 27, 2021

_____
Gage G. Jennings

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27th day of August 2021 by Gage G. Jennings, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

# Exhibit A



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Chilton, Kayla | | ADDRESS REDACTED | | | |
| Chilton, Leonard | | ADDRESS REDACTED | | | |
| Lake View Visual LLC | Attn Kevin Flounlacker | 178 Old Hershey Rd | Elizabethtown | PA | 17022 |

In re: CL H Winddown LLC, et al.
Case No. 21-10527 (JTD)

Page 1 of 1