## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[1] | ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 2, 2021 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE JOHN T. DORSEY

> **PLEASE TAKE NOTICE: Until further notice, all hearings scheduled before Judge Dorsey will be conducted entirely over Zoom. All participants are required to register prior to the hearing using the Zoom link provided below. You must register with your full name or you will not be permitted into the Zoom hearing. Persons without internet access may contact Chambers staff to request a toll-free number to appear telephonically. Please contact Chambers at least one business day prior to the scheduled hearing.**
>
> **Zoom link:**
> **https://debuscourts.zoomgov.com/meeting/register/vJItdu2oqzIjHDIzdwIlu6SwCqngB_26pro**

**UNCONTESTED MATTERS UNDER CNO:**

1. Debtors' First Omnibus Objection (Non-Substantive) to Certain Claims (Amended and Late Filed) [Filed 8/3/21] (Docket No. 784)

    Response Deadline: August 17, 2021 at 4:00 p.m. (ET).

    Responses Received:

    A. Informal response of Kiefer Werkzeugbau GmbH

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

Related Documents:

A. Notice of Submission of Proof of Claim in Connection with the Debtors' First Omnibus Objection (Non-Substantive) to Certain Claims (Amended and Late Filed) [Filed 8/19/21] (Docket No. 838)

B. Certification of No Objection Regarding Debtors' First Omnibus Objection (Non-Substantive) to Certain Claims (Amended and Late Filed) [Filed 8/31/21] (Docket No. 871)

Status: The informal response of Kiefer Werkzeugbau GmbH has been resolved. A certification of no objection has been filed and counsel respectfully requests entry of the order at the Court's convenience.

2. Debtors' Second Omnibus Objection (Non-Substantive) to Certain Claims (Wrong Debtor and Duplicate) [Filed 8/3/21] (Docket No. 785)

Response Deadline: August 17, 2021 at 4:00 p.m. (ET).

Responses Received:

A. Informal response of Lexmar Distribution, Inc.

Related Documents:

A. Notice of Submission of Proof of Claim in Connection with the Debtors' Second Omnibus Objection (Non-Substantive) to Certain Claims (Wrong Debtor and Duplicate) [Filed 8/19/21] (Docket No. 839)

B. Certification of No Objection Regarding Debtors' Second Omnibus Objection (Non-Substantive) to Certain Claims (Wrong Debtor and Duplicate) [Filed 8/31/21] (Docket No. 872)

Status: The informal response of Lexmar Distribution, Inc. has been resolved. A certification of no objection has been filed and counsel respectfully requests entry of the order at the Court's convenience.

3. Debtors' Fourth Omnibus Objection (Substantive) to Certain Claims (Substantive Duplicate, Modify and Reclassify) [Filed 8/3/21] (Docket No. 787)

Response Deadline: August 17, 2021 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with the Debtors' Fourth Omnibus Objection (Substantive) to Certain Claims (Substantive Duplicate, Modify and Reclassify) [Filed 8/19/21] (Docket No. 841)

    B. Certification of No Objection Regarding Debtors' Fourth Omnibus Objection (Substantive) to Certain Claims (Substantive Duplicate, Modify and Reclassify) [Filed 8/31/21] ([Docket No. 873](#))

Status: A certification of no objection has been filed and counsel respectfully requests entry of the order at the Court's convenience.

## CONTESTED MATTERS GOING FORWARD:

4. Debtors' Third Omnibus Objection (Substantive) to Certain Claims (Cured Claims and No Liability Claims) [Filed 8/3/21] ([Docket No. 786](#))

   Response Deadline: August 17, 2021 at 4:00 p.m. (ET).

   Responses Received:

       A. Informal response of Emerging Acquisitions, LLC

       B. Informal response of Nations Fund I, LLC

       C. United States of America's Response to Debtors' Third Omnibus Objection (Substantive) to Certain Claims (Cured Claims and No Liability Claims) [Filed [Filed 8/17/21] ([Docket No. 825](#))

   Related Documents:

       A. Notice of Submission of Proofs of Claim in Connection with the Debtors' Third Omnibus Objection (Substantive) to Certain Claims (Cured Claims and No Liability Claims) [Filed 8/19/21] ([Docket No. 840](#))

   Status: The informal responses received from Emerging Acquisitions, LLC and Nations Fund I, LLC have been resolved. The Debtors continue to work towards resolving the response of the United States of America. This matter will be going forward.

5. Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by, and the Examination of, Leon Farahnik and HPC Industries, LLC [Filed 8/19/21] ([Docket No. 842](#))

   Response Deadline: August 26, 2021 at 4:00 p.m. (ET).

   Responses Received:

       A. Objection of Leon Farahnik and HPC Industries, LLC to the Official Committee of Unsecured Creditors Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents, and the Examination of Leon Farahnik and HPC Industries, LLC [Filed 8/26/21] ([Docket No. 863](#))

Reply:

    A. Reply in Support of Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Production of Documents by, and the Examination of, Leon Farahnik and HPC Industries, LLC [Filed 8/30/21] ([Docket No. 867](#))

Related Documents: None.

Status: This matter will be going forward.

**CONFIRMATION:**

6. Debtors' First Amended Plan of Liquidation [Filed 7/21/21] ([Docket No. 749](#))

Response Deadline: August 23, 2021 at 4:00 p.m. (ET). Extended for the United States Trustee to August 24, 2021 at 4:00 p.m. (ET). Extended for Orion Energy Partners Investment Agent, LLC to August 25, 2021 at 12:00 p.m. (ET).

Responses Received:

    A. Objection of the United States Trustee to the Debtors' First Amended Plan of Liquidation [Filed 8/24/21] ([Docket No. 850](#))

    B. Joinder of Official Committee of Unsecured Creditors in Debtors' Memorandum of Law in Support of Confirmation of Debtors' First Amended Chapter 11 Plan of Liquidation [Filed 8/30/21] ([Docket No. 868](#))

Related Documents:

    A. Debtors' Chapter 11 Plan of Liquidation [Filed 7/2/21] ([Docket No. 690](#))

    B. Disclosure Statement for Debtors' Chapter 11 Plan of Liquidation [Filed 7/2/21] ([Docket No. 691](#))

    C. Notice of Filing of Exhibit "C" to the Disclosure Statement for Debtors' Chapter 11 Plan of Liquidation [Filed 7/14/21] ([Docket No. 725](#))

    D. Notice of Filing of Clean and Blackline Versions of: (A) Debtors' First Amended Chapter 11 Plan of Liquidation; and (B) Disclosure Statement for the Debtors' First Amended Chapter 11 Plan of Liquidation [Filed 7/20/21] ([Docket No. 740](#))

    E. Notice of Filing of Official Committee of Unsecured Creditors' Proposed Letter in Support of Debtors' Chapter 11 Plan of Liquidation [Filed 7/20/21] ([Docket No. 744](#))

F.  [Signed] Order (I) Approving Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Content of Solicitation Package; (B) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages; (C) Approving Forms of Ballots; (D) Establishing Voting Deadline for Receipt of Ballot; and (E) Approving Procedures for Vote Tabulations; (V) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (VI) Granting Related Relief [Filed 7/21/21] ([Docket No. 747](#))

G.  Disclosure Statement for Debtors' First Amended Chapter 11 Plan of Liquidation [Filed 7/21/21] ([Docket No. 750](#))

H.  Notice of (A) Hearing to Consider Confirmation of Debtors' Chapter 11 Plan of Liquidation; (B) Deadline for Voting to Accept or Reject Plan; and (C) Related Matters [Filed 7/27/21] ([Docket No. 759](#))

I.  Plan Supplement [Filed 8/16/21] ([Docket No. 824](#))

J.  Amended Plan Supplement [Filed 8/25/21] ([Docket No. 861](#))

K.  Declaration of Aileen Daversa on Behalf of Stretto Regarding Solicitation of Votes and Tabulation of Ballots Accepting and Rejecting Proposed Debtors' First Amended Chapter 11 Plan of Liquidation [Filed 8/25/21] ([Docket No. 862](#))

L.  Declaration of Brian Weiss In Support of Confirmation of Debtors' Amended Chapter 11 Plan of Liquidation [Filed 8/27/21] ([Docket No. 865](#))

M.  Memorandum of Law In Support of Confirmation of Debtors' First Amended Chapter 11 Plan of Liquidation [Filed 8/27/21] ([Docket No. 866](#))

Status: This matter will be going forward. The Debtors will rely on the declarations of Aileen Daversa of Stretto and Brian Weiss of Force Ten Partners, LLC, CRO for the Debtors. Ms. Daversa and Mr. Weiss will be available should the Court have any questions.

| | |
|---|---|
| Dated: August 31, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (CA Bar No. 90073) |
| | Gabriel I. Glazer (CA Bar No. 246384) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Steven W. Golden (NY Bar No. 5374152) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Tel: (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | gglazer@pszjlaw.com |
| | joneill@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Attorneys for Debtors and Debtors in Possession* |