| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Zachary | Stirparo | (DE Bar Clerkship List) | n/a |
| Sarah | Gryll | UMB Bank, N.A. | Arnold & Porter Kaye Scholer LLP |
| Caroline | Djang | Niagara Bottling | Best Best Krieger LLP |
| James | O'Neill | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Jeffrey | Dulberg | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Renee | Albarano | Debtors | |
| Richard | Pachulski | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Rahmon | Brown | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |
| Zachary | Murphy | none (bar applicant) | Womble Bond Dickinson (US) LLP |
| Aileen | Daversa | Debtors | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Edward | McNeilly | Official Creditors' Committee | Hogan Lovells US LLP |
| Alex | Wolf | Bloomberg | |
| Steven | Golden | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Stanley | Tarr | Creditors Committee | Blank Rome |
| Joseph | Hong | n/a | |
| Erin | Brady | Official Committee of Unsecured Creditors | Hogan Lovells |
| Michael | Wagner | None -- Attend to fulfill clerkship requirements in Delaware Supreme Court Rule 52 | Smith, Katzenstein & Jenkins, LLP |
| Maxim | Litvak | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Kara | Coyle | Orion | Young Conaway |
| Taylor | Harrison | Debtwire | |
| Brian | Weiss | Debtors | |
| Frank | Pecorelli | Bank Leumi | Otterbourg, P.C. |
| edward | kim | Official Committee of Unsecured Creditors | Province, LLC |
| Andrew | Ambruoso | Orion | Latham & Watkins |
| Uday | Gorrepati | N/A (ABI Project) | |
| Joseph | McMahon | Andrew R. Vara, United States Trustee for Regions 3 and 9 | United States Department of Justice -- Office of the United States Trustee (Wilmington, Delaware) |
| Nathan | Smith | City of Riverside | Malcolm & Cisneros, A Law Corporation |
| Kelly | Green | Farahnik and HPC Industries | Smith Katzenstein Jenkins |
| Kathy | Miller | Leon Farahnik and HPC Industries | Smith, Katzenstein & Jenkins LLP |
| Michael | Tomback | Reorg Research | |
| Richard | Schepacarter | Andrew R. Vara, U.S. Trustee | USDOJ-OUST |

| Jennifer | Lee | Official Committee of Unsecured Creditors | Hogan Lovells US LLP |