## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CL H WINDDOWN LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On September 14, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Second Amended Order Sustaining Debtors' Third Omnibus Objection (Substantive) to Certain Claims (Cured and No Liability)** (Docket No. 902)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 16, 2021

_____
Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of September 2021 by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| A1 Restoration Inc. | c/o Saxton & Stomp | Attn: Barry A. Solodky | 280 Granite Run Dr | Suite 300 | Lancaster | PA | 17601 |
| A1 Restoration Inc. | dba A1 Energy | Attn: Lori Porreca | 2730 Shenck Rd | | Manheim | PA | 17545 |
| Atlas Copco Compressors LLC | | Dept CH 19511 | | | Palatine | IL | 60055-9511 |
| Atlas Copco Compressors LLC | Attn: Stephanie Moore - Credit & Finance Manager | 300 Technology Center Way | Suite 550 | | Rock Hill | SC | 29730 |
| Belmark Inc. | | 600 Heritage Rd | | | De Pere | WI | 54115 |
| Berks61 Owner, LLC | c/o Endurance Real Estate Group LLC | 4 Radnor Corporate Center | Suite 105 | | Radnor | PA | 19087 |
| Berks61 Owner, LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik, Esq. | 10250 Constellation Blvd | Suite 1700 | Los Angeles | CA | 90067 |
| California Department of Resources Recycling & Recovery | | 1001 I St | Mail Stop 9A | | Sacramento | CA | 95814 |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 |
| California Department of Resources Recycling and Recovery Loan Program | Shelly Bromberg | 1001 I Street | Mail Stop 9A | | Sacramento | CA | 95814 |
| Canon Financial Services | Attn: Michael Tafilowski | 158 Gaither Dr | | | Mount Laurel | NJ | 08054 |
| CDW Direct, LLC | c/o CDW, LLC | Attn: Ronelle Erickson | 200 N Milwaukee Ave | | Vernon Hills | IL | 60061 |
| CE Capital, LLC | Attn: Marty Conlin | 2 Great Valley Pkwy | Suite 300 | | Malvern | PA | 19355 |
| Cepeda, Juan | | Address Redacted | | | | | |
| Constellation NewEnergy - Gas Division LLC | Strategic Credit Solutions | PO Box 5473 | | | Carol Stream | IL | 60197-5473 |
| Constellation NewEnergy - Gas Division LLC | Strategic Credit Solutions | 1310 Point St | 12th Floor | | Baltimore | MD | 21231 |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | 2777 N Stemmons Fwy | Suite 1000 | Dallas | TX | 75207 |
| De Lage Landen Financial Services Inc. | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 |
| Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | | Dover | DE | 19903 |
| Delaware Secretary of Treasury | | PO Box 7040 | | | Dover | DE | 19903 |
| Direct Energy Business Marketing LLC | Attn: Accounts Receivable | 194 Wood Ave S | 2nd Floor | | Iselin | NJ | 08830 |
| Duris Corporation | Attn: Joseph Hong | 2450 Tapo Street | | | Simi Valley | CA | 93063 |
| East West Bank | c/o Squire Patton Boggs LLP | Attn: Norman N. Kinel | 1211 Ave of the Americas | 26th Floor | New York | NY | 10036 |
| East West Bank | Maita Prout | 135 N Los Robles Ave | 3rd Floor | | Pasadena | CA | 91101 |
| Emerging Acquisitions LLC | Attn: Gary Weber | 3592 W 5th Ave | | | Eugene | OR | 97405 |
| Emerging Acquisitions, LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | 111 SW 5th Ave | Suite 3400 | Portland | OR | 97204 |
| Evoqua Water Technologies LLC | | 10 Technology Dr | | | Lowell | MA | 01851 |
| Federal Communications Commission | Attn: Matthew Berry | Office of General Counsel | 445 12th St SW | | Washington | DC | 20554 |
| Frasco Inc. | Accounts Receivable | PO BOX 31001-1738 | | | Pasadena | CA | 91107 |
| Frasco, Inc. dba Profiles | Horacio Durazo | 215 W Alameda Ave | | | Burbank | CA | 91502 |
| GEA Mechanical Equipment US, Inc. | | 100 Fairway Ct | | | Northvale | NJ | 07647 |
| Internal Revenue Service | | PO Box 21126 | | | Philadelphia | PA | 19114 |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd | 2nd Floor | | Newark | DE | 19711-5445 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Interstate Automobile Network dba Luxury Auto Leasing | Steven L. Bryson | 11150 W Olympic Blvd | Suite 1120 | | Los Angeles | CA | 90064 |
| Lift Inc. | Attn: Catherine Cintron | PO Box 7657 | | | Lancaster | PA | 17604 |
| Lift Inc. | Attn: George Hennessy | 3745 Hempland Rd | | | Mountville | PA | 17554 |
| Luxury Auto Leasing | | 4163 Lincoln Blvd. | | | Marina del Rey | CA | 90292 |
| M.A. Yeakel Sons Inc. | Attn: Shawn Yeakel | 5334 Oakview Dr | | | Allentown | PA | 18104 |
| M.A. Yeakel Sons Inc. | Attn: Zachary Cohen | 1620 Pond Rd | Suite 200 | | Allentown | PA | 18104 |
| Metropolitan Edison Company | Attn: Matilda Swope | 101 Crawfords Corner Rd | Bldg 1 | Suite 1-511 | Holmdel | NJ | 07733 |
| Miura America Co. Ltd | Attn: Christina McKenna | 2200 Steven B. Smith Blvd | | | Rockmart | GA | 30153 |
| Muhlenberg Township Authority | Attn: Jeffrey A. Calpino, Manager | 2840 Kutztown Rd | | | Reading | PA | 19605 |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff | 919 N Market St | Suite 420 | Wilmington | DE | 19801 |
| Nissan Motor Acceptance Corp | | 8900 Freeport Parkway | | | Ivring | TX | 75063 |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | 965 Keynote Circle | | Brooklyn Heights | OH | 44131 |
| Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy | | | Irving | TX | 75063 |

In re: CL H Winddown LLC, *et al.*
Case No. 21-10527 (JTD)



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Office of the Attorney General | Attn: Michael B. Mukasey | U.S. Department of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Office of the United States Attorney for the District of Delaware | c/o US Attorneys Office | Hercules Building | 1313 N Market St | | Wilmington | DE | 19801 |
| Olympic Wire & Equipment Co. Inc. | | PO Box 3227 | | | Newport Beach | CA | 92659 |
| Ontario Refrigeration Service Inc. | Attn: Jessica Nomura | 635 S Mountain Ave | | | Ontario | CA | 91762 |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | | Washington | DC | 20005-4026 |
| Plastic Express | Attn: Ray Hufnagel | 15450 Salt Lake Ave | | | City of Industry | CA | 91745-1112 |
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | 1313 N Market St | Suite 1200 | Wilmington | DE | 19801 |
| PNC Equipment Finance LLC | | 655 Business Center Dr | | | Horsham | PA | 19044 |
| Property Tax Assistance | | 16600 Woodruff Ave | | | Bellflower | CA | 90706 |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20220 |
| Securities & Exchange Commission | Attn: Mark Schonfeld, Regional Director | 3 World Financial Center | Suite 400 | | New York | NY | 10281-1022 |
| Sesotec Inc. | c/o Ariano Hardy Ritt Nyuli Richmond Lytle & Goettel PC | Attn: Scott Richmond | 2000 McDonald Rd | Suite 200 | South Elgin | IL | 60177 |
| Sesotec, Inc. | Attn: Werner Fleps | 1234 Hardt Circle | | | Bartlett | IL | 60103 |
| Signature Business Leasing LLC | | 225 Broadhollow Rd | Suite 132W | | Melville | NY | 11747 |
| Solid Waste Services Inc. dba J.P. Mascaro & Sons | Attn: Gregory Fox | 2650 Audubon Rd | | | Audubon | PA | 19403 |
| Solid Waste Services Inc. dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | 2000 Market St | 20th Floor | Philadelphia | PA | 19103-3222 |
| Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 |
| Starlinger + CO., Gesellschaft, m.b.H. | Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211-1889 |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 |
| Susquehanna Commercial Finance Inc. | | 2 Country View Rd | Suite 300 | | Malvern | PA | 19355 |
| Texas Office of the Attorney General | | 300 W 15th St | | | Austin | TX | 78701 |
| Tigunia LLC | Attn: Bret Weber | PO Box 31014 | | | Edmond | OK | 73003 |
| Toyota Industries Commercial Finance Inc. | | PO Box 9050 | | | Dallas | TX | 75019-9050 |
| Toyota Industries Commercial Finance Inc. | Attn: Joanna Lopez | PO Box 660926 | | | Dallas | TX | 75266-0926 |
| Toyota Industries Commercial Finance Inc. | c/o Swanson Martin & Bell LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Dr | Suite 204 | Lisle | IL | 60532 |
| Toyota Motor Corporation | | PO Box 3457 | | | Torrance | CA | 90510 |
| UMB Bank N.A., as Trustee | | 120 S Sixth St | Suite 1400 | | Minneapolis | MN | 55402 |
| Vortex Industries, Inc | Attn: Michelle Crecelius | 20 Odyssey | | | Irvine | CA | 92618 |
| Vortex Industries, Inc. | File 1095 | 1801 W Olympic Blvd | | | Pasadena | CA | 91199 |
| Wells Fargo Bank N.A. | | PO Box 3072 | | | Cedar Rapids | IA | 52406-3072 |
| Wells Fargo Bank, N.A. | c/o Wells Fargo Equipment Finance, MSG | Attn: La Neice Scott | 800 Walnut St | MAC F0005-055 | Des Moines | IA | 50309 |
| Wells Fargo Bank, N.A. | c/o Wells Fargo Equipment Finance, MSG | PO Box 001433 | | | Des Moines | IA | 50309 |
| West Coast Air Conditioning | | 561-A Kinetic Dr | | | Oxnard | CA | 93030 |

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| A1 Energy | c/o Saxton & Stump LLC | Attn: Barry A. Solodky | bso@saxtonstump.com<br>dat@saxtonstump.com |
| A1 Restoration Inc. | c/o Saxton & Stomp | Attn: Barry A. Solodky | bso@saxtonstump.com |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | mgottfried@elkinskalt.com<br>tbrooks@elkinskalt.com<br>myuen@elkinskalt.com |
| Anderson Systems Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Anderson Systems Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Atlas Copco Compressors LLC | | | taini.scott@us.atlascopco.com |
| Atlas Copco Compressors LLC | Attn: Stephanie Moore - Credit & Finance Manage | | stephanie.moore@us.atlascopco.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| Belmark Inc. | | | jimg@belmark.com<br>tamit@belmark.com |
| Berks61 Owner LLC | c/o Endurance Real Estate Group LLC | | kem@endurance-re.com |
| Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik & Jeffrey S. Kwong | ehk@lnbyb.com<br>jsk@lnbyb.com |
| Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik, Esq. | ehk@lnbyb.com<br>jsk@lnbyb.com |
| Berks61 Owner LLC | c/o Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com<br>lshaw@rc.com |
| Blue Ridge Bank | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | jeremy.williams@kutakrock.com<br>amanda.nugent@kutakrock.com |
| Blum & Sons Electric Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Blum & Sons Electric Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | andrea.kendrick@doj.ca.gov<br>rochelle.udaquillen@doj.ca.gov<br>bryant.cannon@doj.ca.gov |
| California Department of Resources Recycling and Recovery Loan Program | Attn: Shelly Bromberg | | shelly.bromberg@calrecycle.ca.gov |
| California Office of the Attorney General | | | bankruptcy@coag.gov |



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Canon Financial Services | Attn: Michael Tafilowski | | mtafilowski@cfs.canon.com |
| CarbonLite Holdings LLC | c/o Force Ten Partners LLC | | bweiss@force10partners.com |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br>efile1@pszjlaw.com |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| CDW Direct LLC | c/o CDW, LLC | Attn: Ronelle Erickson | roneeri@cdw.com |
| CE Capital LLC | Attn: Marty Conlin | | martin.conlin@financediv.com |
| Cepeda, Juan | | | address redacted |
| City of Riverside | c/o Malcolm & Cisneros, A Law Corporation | Attn: Arturo M. Cisneros, Esq., William G. Malcolm, Esq., & Nathan F. Smith, Esq. | arturo@mclaw.org<br>bill@mclaw.org<br>nathan@mclaw.org |
| Constellation NewEnergy - Gas Division LLC | Strategic Credit Solutions | | strategiccreditsolutions@constellation.com |
| Constellation NewEnergy - Gas Division LLC | Strategic Credit Solutions | | strategiccreditsolutions@constellation.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com |
| De Lage Landen Financial Services Inc. | | | rridgeland@leasedirect.com |
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Direct Energy Business Marketing LLC | Attn: Accounts Receivable | | alvin.barthe@directenergy.com |
| Duris Corporation | Attn: Joseph Hong | | josehong@gmail.com |
| East West Bank | Attn: Maita Prout | | maita.prout@eastwestbank.com |
| East West Bank | c/o Squire Patton Boggs (US) LLP | Attn: Norman N. Kinel | norman.kinel@squirepb.com<br>sarah.conley@squirepb.com<br>norman-kinel-4300@ecf.pacerpro.com |
| East West Bank | c/o Squire Patton Boggs LLP | Attn: Norman N. Kinel | norman.kinel@squirepb.com |
| Electronic Systems SPA | Attn: Villard Bastien | | vbastien@me.com |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: GSL | garrett.ledgerwood@millernash.com |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com<br>edgar.rosales@millernash.com<br>dona.purdy@millernash.com |
| Everrank Inc. | PMB 280 | | davidha@everrankca.com |
| Evoqua Water Technologies LLC | | | creditanalyst@evoqua.com<br>matthew.morin@evoqua.com |
| Exact Staff Inc. | c/o Gellert Scali Busenkell & Brown LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gsbblaw.com |



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | jgentile@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>debankruptcy@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Frasco Inc. | Accounts Receivable | | accountsreceivable@frasco.com |
| Frasco, Inc. dba Profiles | Horacio Durazo | | hdurazo@frasco.com<br>accountsreceivable@frasco.com |
| GEA Mechanical Equipment US Inc. | | | brian.hallam@gea.com |
| Indorama Ventures Holdings LP | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Esq. & Nicholas San Filippo IV, Esq. | rhirsh@lowenstein.com<br>nsanfilippo@lowenstein.com |
| Indorama Ventures Holdings LP | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.insolvency.balt@irs.gov |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Dilworth Paxson LLP | Attn: Martin J. Weis | mweis@dilworthlaw.com |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | office@stevebryson.com<br>slblaw1@aol.com |
| Interstate Automobile Network dba Luxury Auto Leasing | Steven L. Bryson | | slblaw1@aol.com |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jeff.bjork@lw.com<br>carbonlite.lwteam@lw.com |
| Lift Inc. | Attn: Catherine Cintron | | ghennessy@liftincorporated.com |
| Lift Inc. | Attn: George Hennessy | | ghennessy@liftincorporated.com |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | efreeman@jw.com<br>vanaya@jw.com |
| Luxury Auto Leasing | | | leah@luxuryautoleasing.com |
| M.A. Yeakel Sons Inc. | Attn: Shawn Yeakel | | shawn@mayeakel.com |
| M.A. Yeakel Sons Inc. | Attn: Zachary Cohen | | zcohen@lesavoybutz.com |
| Metropolitan Edison Company | Attn: Matilda Swope | | mswope@firstenergycorp.com |
| Miura America Co. Ltd | Attn: Christina McKenna | | christina.mckenna@miuraz.com |
| Muhlenberg Township Authority | Attn: Jeffrey A. Calpino, Manager | | jcalpino@comcast.net |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq. | jnimeroff@bmnlawyers.com<br>cjones@bmnlawyers.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Randye B. Soref, Esq. | rsoref@polsinelli.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg & Kay Standridge Kress | robert.hertzberg@troutman.com<br>kay.kress@troutman.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | caroline.djang@bbklaw.com<br>laurie.verstegen@bbklaw.com |
| Niagara Bottling LLC | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | bronationalecf@weltman.com<br>sfink@weltman.com |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | carolina.velarde@bantaminc.com<br>vytas.gruodis@bantaminc.com |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | jbibiloni@blankrome.com<br>kelbon@blankrome.com<br>tarr@blankrome.com; |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | gordonsmith17@yahoo.com<br>kgoodwin@exactstaff.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | erin.brady@hoganlovells.com<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>cindy.mitchell@hoganlovells.com<br>tracy.southwell@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | kevin.carey@hoganlovells.com; |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Pieter Van Tol | pieter.vantol@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | mark@replenysh.com<br>legal@replenysh.com |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | bob@rplanetearth.com |
| Ontario Refrigeration Service Inc. | Attn: Jessica Nomura | | ar@ontref.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |
| Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank | jkleinman@fgllp.com<br>jfrank@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com |
| Plastic Express | Attn: Ray Hufnagel | | ray.hufnagel@plasticexpress.com |
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | kevin.mangan@wbd-us.com |



## Exhibit B
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | kevin.mangan@wbd-us.com<br>heidi.sasso@wbd-us.com<br>chris.lewis@wbd-us.com<br>rachel.metzger@wbd-us.com |
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | jjeutter@smithlaw.com<br>aosterhout@smithlaw.com |
| Property Tax Assistance | | | ricky.gangloff@altusgroup.com<br>rgangloff2@property-taxes.com |
| Riverside County Treasurer-Tax Collector | Attn: Ronak N. Patel, Esq. | | rpatel@co.riverside.ca.us<br>dresparza@rivco.org |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |
| Sesotec Inc. | c/o Ariano, Hardy, Ritt, Nyuli, Richmond, Lytle & Goodpaster | Attn: Scott Richmond | sgr@attorneys-illinois.com |
| Sesotec, Inc. | Attn: Werner Fleps | | werner.fleps@sesotec.us |
| Solid Waste Services Inc. dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Solid Waste Services Inc., dba JP Mascaro & Sons | Attn: Gregory Fox | | greg.fox@jpmascaro.com |
| Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | | jben@freeborn.com |
| Sorema Division of Previero N. srl. | c/o Freeborn & Peters LLP | Attn: Jason J. Ben, Esq. | jben@freeborn.com |
| Sorema Division of Previero N. srl. | c/o Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk, Esq. | marias@goldmclaw.com<br>marias@ecf.courtdrive.com<br>katelynnet@goldmclaw.com |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | fdavis@hsblawfirm.com<br>hharrington@hsblawfirm.com<br>mphillips@mmwr.com<br>marc-phillips-8177@ecf.pacerpro.com<br>smcguffin@hsblawfirm.com |
| Starlinger + CO Gesellschaft m.b.H. | Stanley H. McGuffin, Esq. | | mcguffin@hsblawfirm.com<br>smcguffin@hsblawfirm.com |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | | jeff.wilkison@stonebriarcf.com |
| Tigunia LLC | Attn: Bret Weber | | bret@tigunia.com |
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothchild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Toyota Industries Commercial Finance Inc. | Attn: Joanna Lopez | | joanna.lopez@toyotacf.com |
| Toyota Industries Commercial Finance Inc. | c/o Swanson Martin & Bell LLP | Attn: Charles S. Stahl, Jr. | cstahl@smbtrials.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak | david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Vortex Industries, Inc | Attn: Michelle Crecelius | | michellec@vortexind.com |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Wells Fargo Bank, N.A. | c/o Wells Fargo Equipment Finance, MSG | Attn: La Neice Scott | laneicescott@wellsfargo.com |
| West Coast Air Conditioning | | | j.clark@westcoast-air.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |