## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CL H WINDDOWN LLC, et al.,[1] | ) | Case No. 21-10527 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On September 29, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Entry of (I) Effective Date of Debtors' First Amended Chapter 11 Plan of Liquidation and (II) Bar Dates for Filing Certain Claims** (Docket No. 919)

Dated: October 1, 2021

_____
Sabrina G. Tu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 1st day of October, 2021, by Sabrina G. Tu proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30. 2025

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

# <u>Exhibit A</u>



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Absolute Exhibits Inc. | Attn: Accounts Receivable | 17901 Von Karman Ave | Ste 600 | Irvine | CA | 92614-5249 |
| Farahnik, Manouchehr | | Address Redacted | | | | |
| Harris, Tristan | | Address Redacted | | | | |
| Jones, Michael | | Address Redacted | | | | |
| Polymers Sales & Logistics LLC | | PO Box 7886 | | Spring | TX | 77387-7886 |
| Workers Comp PinnPack | c/o Employers Assurance Co | PO Box 539003 | | Henderson | NV | 89053-9003 |

In re: CL H Winddown LLC, *et al.*
Case No. 21-10527 (JTD)