# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CL H WINDDOWN LLC, et al.,[1] | ) Case No. 21-10527 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 1, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Monthly Staffing Report by Force Ten Partners, LLC for the Period of September 1, 2021 Through September 30, 2021** (Docket No. 926)

Dated: October 4, 2021

/s/ Sabrina G. Tu
Sabrina G. Tu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 4th day of October 2021 by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

# **<u>Exhibit A</u>**



## Exhibit A
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| CarbonLite Holdings LLC | c/o Force Ten Partners LLC | | bweiss@force10partners.com |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br>efile1@pszjlaw.com |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Fee Examiner | c/o Frejka PLLC | Attn: Elise S. Frejka | efrejka@frejka.com<br>ELane@frejka.com |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jeff.bjork@lw.com<br>carbonlite.lwteam@lw.com |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | jbibiloni@blankrome.com<br>kelbon@blankrome.com<br>tarr@blankrome.com; |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | erin.brady@hoganlovells.com<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>cindy.mitchell@hoganlovells.com<br>tracy.southwell@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | kevin.carey@hoganlovells.com; |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |