# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[1] | ) ) | Case No. 21-10527 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: Docket No. 892** |

### CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIFTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF REED SMITH LLP, AS SPECIAL CORPORATE COUNSEL FOR DEBTORS FOR THE PERIOD JULY 1, 2021 THROUGH JULY 31, 2021

The undersigned hereby certifies that:

1. On September 3, 2021, Reed Smith LLP ("Reed Smith"), special corporate counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed and served the *Fifth Monthly Application for Compensation and Reimbursement of Expenses of Reed Smith LLP, as Special Corporate Counsel for Debtors for the Period July 1, 2021 Through July 31, 2021* (the "Application") [Docket No. 892] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Objections to the Application were to be filed and served no later than September 24, 2021 by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

pleadings to the Application appears thereon.  Additionally, no objections to the Application have been received by the undersigned counsel.

3. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 232], the Debtors are authorized to pay the Reed Smith $39,735.60, which represents 80% of the fees ($49,669.50), and $20.00, which represents the expenses requested in the Application, for the period from July 1, 2021 through July 31, 2021, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

| | |
|---|---|
| Dated: October 4, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Richard M. Pachulski (CA Bar No. 90073) |
| | Gabriel I. Glazer (CA Bar No. 246384) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Steven W. Golden (NY Bar No. 5374152) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Tel: (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | gglazer@pszjlaw.com |
| | joneill@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Attorneys for Debtors and Debtors in Possession* |