## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CL H WINDDOWN LLC, *et al.*,[1] | ) | Case No. 21-10527 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On October 5, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order (I) Further Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief** (Docket No. 932)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 6, 2021

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 6th day of October 2021 by Sabrina G. Tu proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

# **Exhibit A**

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 3L Distribution Inc. | | PO Box 3102 | | | Annapolis | MD | 21403 |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | 1105 N Market St | Suite 901 | Wilmington | DE | 19801 |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | 10345 W Olympic Blvd | | Los Angeles | CA | 90064 |
| Anderson Systems Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | 1201 N Market St Suite 2300 | PO Box 1266 | Wilmington | DE | 19899 |
| Avangard Innovative LP | | 710 W Belden Ave | | | Addison | IL | 60101 |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | One Rodney Square | 920 N King St | Wilmington | DE | 19801 |
| Bioenergy-Technology, Inc. | Johnson Bell Ltd. | 33 W Monroe St | Suite 2700 | | Chicago | IL | 60603-5404 |
| Bioenergy-Technology, Inc. | Zerma | 311 Era Dr | | | Northbrook | IL | 60062 |
| Blum & Sons Electric Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | 1201 N Market St Suite 2300 | PO Box 1266 | Wilmington | DE | 19899 |
| California Department of Resources Recycling & Recovery | | 1001 I St | Mail Stop 9A | | Sacramento | CA | 95814 |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 |
| Catalyst Finance LP | Attn: Richard Mann, Jr. | 1136 N Kirkwood | | | Houston | TX | 77043 |
| Catalyst Finance LP | c/o Andrews Myers PC | Attn: Jimmie D. Aycock, Jr. | 1885 Saint James Pl | Suite 1500 | Houston | TX | 77056-4176 |
| Catalyst Finance LP | c/o Andrews Myers PC | Attn: T. Josh Judd | 1885 Saint James Place | 15th Floor | Houston | TX | 77056 |
| City of Riverside | Attn: Finance Division & Public Utilities | 3900 Main St | 6th Floor | | Riverside | CA | 92522 |
| City of Riverside | c/o Malcolm & Cisneros, A Law Corporation | Attn: Arturo M. Cisneros, Esq., William G. Malcolm, Esq., & Nathan F. Smith, Esq. | 2112 Business Center Dr | | Irvine | CA | 92612 |
| CSI Electrical Contractors Inc. | Attn: Michael St. Denis, Esq. | 3564 Sagunto St | Suite 51 | | Santa Ynez | CA | 93460-5225 |
| Dallas Central Appraisal District | Attn: Legal Department | 2949 N Stemmons Fwy | | | Dallas | TX | 75247 |
| Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | | Dover | DE | 19903 |
| Delaware Secretary of Treasury | | PO Box 7040 | | | Dover | DE | 19903 |
| East West Bank | c/o Squire Patton Boggs (US) LLP | Attn: Norman N. Kinel | 1211 Avenue of the Americas | 26th Floor | New York | NY | 10136 |
| East West Bank | c/o Squire Patton Boggs LLP | Attn: Norman N. Kinel | 1211 Avenue of the Americas, 26th Floor | 26th Floor | New York | NY | 10036 |
| Emerging Acquisitions LLC | Attn: Gary Weber | 3592 W 5th Ave | | | Eugene | OR | 97405 |
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | 1313 N Market St | Suite 1201 | Wilmington | DE | 19801 |
| Federal Communications Commission | Attn: Matthew Berry | Office of General Counsel | 445 12th St SW | | Washington | DC | 20554 |
| Focus Management Group USA Inc. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck | 1835 Market St | Suite 1400 | Philadelphia | PA | 19103 |
| Gladis Ortiz | Attn: Moses Saul Bardavid | 15910 Ventura Blvd | Suite 1405 | | Encino | CA | 91436 |
| Gladis Ortiz, on behalf of herself and all others similarly situated | c/o The Nourmand Law Firm APC | Attn: Michael Nourmand | 8822 W Olympic Blvd | | Beverly Hills | CA | 90211 |
| Internal Revenue Service | | PO Box 21126 | | | Philadelphia | PA | 19114 |
| Internal Revenue Service | Attn: Insolvency | 1352 Marrows Rd | 2nd Floor | | Newark | DE | 19711-5445 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | 11150 W. Olympic Blvd. | Ste 1120 | Los Angeles | CA | 90064 |
| Kingdom Trucking | | 1245 Southridge Ct | Suite 102 | | Hurst | TX | 76053 |
| Kingdom Trucking Brokerage LLC | Attn: Peavler Briscoe & Nicolas M. Lund | 2215 Westgate Plaza | | | Grapevine | TX | 76051 |
| Leading Industry Inc. | Attn: Legal Department | 1151 Pacific Ave | | | Oxnard | CA | 93033 |
| Leading Industry Inc. | Attn: Legal Department | 900 Del Norte Blvd | | | Oxnard | CA | 93030 |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | 1401 McKinney St | Suite 1900 | Houston | TX | 77010 |
| Luckey Logistics LLC | c/o James Kelly Law Firm | Attn: James M Kelly | 7817 N Knoxville Ave | | Peoria | IL | 61614 |
| M&L Plastics Inc. | | 2350 Huntington Dr | | | San Marino | CA | 91108 |
| M&L Plastics Inc. | c/o Troy Gould PC | Attn: Christopher A. Lilly | 1801 Century Park E | Suite 1600 | Los Angeles | CA | 90067 |
| Marck Industries Inc. | | 715 Main St | | | Cassville | MO | 65625-1421 |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | Hercules Plaza | 1313 N Market St Suite 5100 | Wilmington | DE | 19801 |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | 965 Keynote Circle | | Brooklyn Heights | OH | 44131 |
| Nissan Motor Acceptance Corp | | 8900 Freeport Pkwy | | | Irving | TX | 75063 |
| Office of the Attorney General | Attn: Michael B. Mukasey | U.S. Department of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Office of the United States Attorney for the District of Delaware | c/o US Attorneys Office | Hercules Building | 1313 N Market St | | Wilmington | DE | 19801 |



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Stanley B. Tarr, Esq., & Jose F. Bibiloni, Esq. | 1201 Market St | Suite 800 | Wilmington | DE | 19801 |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady, David P. Simonds, & Edward McNeilly | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | 1735 Market St | Floor 23 | Philadelphia | PA | 19103 |
| Olympic Wire & Equipment Co. Inc. | | PO Box 3227 | | | Newport Beach | CA | 92659 |
| Ortiz, Gladis | | Address Redacted | | | | | |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 |
| Pension Benefit Guaranty Corp. | Office of the General Counsel | 1200 K St NW | | | Washington | DC | 20005-4026 |
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | 1313 North Market Street, Suite 1200 | | Wilmington | DE | 19801 |
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | 1313 N Market St | Suite 1200 | Wilmington | DE | 19801 |
| Plastic Machinery Group Inc. | | 31005 Bainbridge Rd | Suite 6 | | Solon | OH | 44139 |
| Plastic Machinery Group Inc. | | 5455 Perkins Rd | | | Bedford Heights | OH | 44146 |
| PNC Equipment Finance LLC | | 655 Business Center Dr | | | Horsham | PA | 19044 |
| R2 Logistics Inc. | Attn: Natasha Hendry | PMB 150 | 7643 Gate Pkwy | Suite 104 | Jacksonville | FL | 32256-2892 |
| rePlanet LLC | | 800 N Haven Ave | Suite 120 | | Ontario | CA | 91764 |
| rePlanet LLC | Attn: Ralph H. Alcantar, Jr | PO Box 2893 | | | Merced | CA | 95344-0893 |
| Riverside County Treasurer-Tax Collector | Attn: Ronak N. Patel, Esq. | 3960 Orange St | Suite 500 | | Riverside | CA | 92501 |
| Scrap Management Inc. | Attn: Igor Beylin | 10612-D Providence Rd | Suite 750 | | Charlotte | NC | 28277 |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | | Washington | DC | 20220 |
| Securities & Exchange Commission | Attn: Mark Schonfeld, Regional Director | 3 World Financial Center | Suite 400 | | New York | NY | 10281-1022 |
| Shermco Industries Inc | Attn: Allison Jones | PO Box 540545 | | | Dallas | TX | 75354 |
| Shermco Industries Inc. | Attn: Kim Gawronski, Legal | 2425 E Pioneer Dr | | | Irving | TX | 75061 |
| Signature Business Leasing LLC | | 225 Broadhollow Rd | Suite 132W | | Melville | NY | 11747 |
| Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn Jason J. Ben | 311 S. Wacker Dr., Ste 3000 | | Chicago | IL | 60606 |
| Sorema Division of Previero N. srl. | c/o Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk, Esq. | 501 Silverside Rd | Suite 65 | Wilmington | DE | 19809 |
| Sunteck Transport Co LLC | Attn: Desmond Dunbar | 4500 Salisbury Rd | Suite 305 | | Jacksonville | FL | 32216 |
| Susquehanna Commercial Finance Inc. | | 2 Country View Rd | Suite 300 | | Malvern | PA | 19355 |
| Texas Office of the Attorney General | | 300 W 15th St | | | Austin | TX | 78701 |
| Toyota Industries Commercial Finance Inc. | | PO Box 9050 | | | Dallas | TX | 75019-9050 |
| Toyota Motor Corporation | | PO Box 3457 | | | Torrance | CA | 90510 |
| Transportation Alliance Bank Inc. | Attn: Legal Department | 4185 Harrison Blvd | | | Ogden | UT | 84403 |
| UMB Bank N.A., as Trustee | | 120 S Sixth St | Suite 1400 | | Minneapolis | MN | 55402 |
| Warner & Warner Inc. | | 4030 Corporate Ave | | | Plover | WI | 54467 |
| Warner & Warner Inc. | Attn: Judy Kirschling | PO Box 308 | 4020 Corporate Ave | | Plover | WI | 54467 |
| Warner & Warner Inc. | Attn: Stacy McCullough | 106 McDill Ave | Suite 200 | | Stevens Point | WI | 54481 |
| Wells Fargo Bank N.A. | | PO Box 3072 | | | Cedar Rapids | IA | 52406-3072 |

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|------|-----------|-----------|-------|
| A1 Energy | c/o Saxton & Stump LLC | Attn: Barry A. Solodky | bso@saxtonstump.com<br>dat@saxtonstump.com |
| Allan Company | c/o Cross & Simon LLC | Attn: Christopher P. Simon, Esq. & Kevin S. Mann, Esq. | csimon@crosslaw.com<br>kmann@crosslaw.com<br>smacdonald@crosslaw.com |
| Allan Company | c/o Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried, Esq. | mgottfried@elkinskalt.com<br>tbrooks@elkinskalt.com<br>myuen@elkinskalt.com |
| Anderson Systems Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Anderson Systems Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Michael Messersmith, Sarah Gryll, & Ginger Clements | | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Bank Leumi USA | c/o Otterbourg PC | Attn: Andrew M. Kramer, David W. Morse, & Frank J. Pecorelli | akramer@otterbourg.com<br>dmorse@otterbourg.com<br>fpecorelli@otterbourg.com |
| Bank Leumi USA | c/o Richards Layton & Finger PA | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com<br>rbgroup@rlf.com<br>ann-jerominski-2390@ecf.pacerpro.com |
| Berks61 Owner LLC | c/o Levene Neale Bender Yoo & Brill LLP | Attn: Eve H. Karasik & Jeffrey S. Kwong | ehk@lnbyb.com<br>jsk@lnbyb.com |
| Berks61 Owner LLC | c/o Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com<br>lshaw@rc.com |
| Blue Ridge Bank | c/o Kutak Rock LLP | Attn: Jeremy S. Williams | jeremy.williams@kutakrock.com<br>amanda.nugent@kutakrock.com |
| Blum & Sons Electric Inc. | c/o Price Postel & Parma LLP | Attn: Ryan D. Zick, Esq. | rzick@ppplaw.com |
| Blum & Sons Electric Inc. | c/o Saul Ewing Arnstein & Lehr LLP | Attn: John D. Demmy, Esq. | john.demmy@saul.com<br>robyn.warren@saul.com |
| California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | andrea.kendrick@doj.ca.gov<br>rochelle.udaquillen@doj.ca.gov<br>bryant.cannon@doj.ca.gov |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| CarbonLite Holdings LLC | c/o Force Ten Partners LLC | | bweiss@force10partners.com |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br>efile1@pszjlaw.com |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey W. Dulberg | jdulberg@pszjlaw.com |
| Catalyst Finance LP | Attn: Richard Mann, Jr. | | rmann@catfinco.com |
| Catalyst Finance LP | c/o Andrews Myers PC | Attn: T. Josh Judd | jjudd@andrewsmyers.com |
| City of Riverside | Attn: Finance Division & Public Utilities | | nathan@mclaw.org |
| City of Riverside | c/o Malcolm & Cisneros, A Law Corporation | Attn: Arturo M. Cisneros, Esq., William G. Malcolm, Esq., & Nathan F. Smith, Esq. | arturo@mclaw.org<br>bill@mclaw.org<br>nathan@mclaw.org |
| Dallas Central Appraisal District | Attn: Legal Department | | jordanc@dcad.org<br>bppcs@dcad.org |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|------|-----------|-----------|-------|
| Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | olivia.salvatierra@lgbs.com<br>dallas.bankruptcy@publicans.com<br>dallas.bankruptcy@lgbs.com<br>beth.weller@lgbs.com<br>dora.casiano-perez@lgbs.com |
| Delaware Office of the Attorney General | Delaware Department of Justice | | attorney.general@delaware.gov |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| East West Bank | c/o Squire Patton Boggs (US) LLP | Attn: Norman N. Kinel | norman.kinel@squirepb.com<br>sarah.conley@squirepb.com<br>norman-kinel-4300@ecf.pacerpro.com |
| Electronic Systems SPA | c/o Law Offices of Villard Bastien, LLC | Attn: Villard Bastien | vbastien@me.com |
| Emerging Acquisitions LLC | c/o Hershner Hunter LLP | Attn: Nancy K. Cary | hhecfb@hershnerhunter.com<br>ncary@hershnerhunter.com |
| Emerging Acquisitions LLC | c/o Miller Nash Graham & Dunn LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com<br>edgar.rosales@millernash.com<br>dona.purdy@millernash.com |
| Everrank Inc. | PMB 280 | | davidha@everrankca.com |
| Exact Staff Inc. | c/o Gellert Scali Busenkell & Brown LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gsbblaw.com |
| Fairmont Logistics LLC | c/o Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & John C. Gentile | jgentile@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>debankruptcy@beneschlaw.com<br>lmolinaro@beneschlaw.com |
| Focus Management Group USA Inc. | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck | rbeck@klehr.com |
| Gladis Ortiz | Attn: Moses Saul Bardavid | | mbardavid@hotmail.com |
| Indorama Ventures Holdings LP | c/o Lowenstein Sandler LLP | Attn: Robert M. Hirsh, Esq. & Nicholas San Filippo IV, Esq. | rhirsh@lowenstein.com<br>nsanfilippo@lowenstein.com |
| Indorama Ventures Holdings LP | c/o Morris James LLP | Attn: Eric J. Monzo & Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.Insolvency.balt@irs.gov |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Dilworth Paxson LLP | Attn: Martin J. Weis | mweis@dilworthlaw.com |
| Interstate Automobile Network dba Luxury Auto Leasing | c/o Law Office of Steven L. Bryson | Attn: Steven L. Bryson | office@stevebryson.com<br>slblaw1@aol.com |
| Latham & Watkins LLP | Attn: Andrew C. Ambruoso | | andrew.ambruoso@lw.com |
| Latham & Watkins LLP | Attn: James Ktsanes | | james.ktsanes@lw.com |
| Latham & Watkins LLP | Attn: Jeff Bjork | | jeff.bjork@lw.com<br>carbonlite.lwteam@lw.com |
| LIT Mountain Creek Dallas LLC | c/o Jackson Walker LLP | Attn: Elizabeth Freeman & Vienna F. Anaya | efreeman@jw.com<br>vanaya@jw.com |
| Luckey Logistics LLC | c/o James Kelly Law Firm | Attn: James M Kelly | jim@jameskellylawfirm.com |
| M&L Plastics Inc. | c/o Troy Gould PC | Attn: Christopher A. Lilly | nharding@troygould.com |
| Muhlenberg Township Authority | c/o Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq. | jnimeroff@bmnlawyers.com<br>cjones@bmnlawyers.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Nahai Insurance Services Inc. | c/o Polsinelli PC | Attn: Randye B. Soref, Esq. | rsoref@polsinelli.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Marcy J. McLaughlin Smith | marcy.smith@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Nestle Waters North America Inc. | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Robert S. Hertzberg &<br>Kay Standridge Kress | robert.hertzberg@troutman.com<br>kay.kress@troutman.com |
| Niagara Bottling LLC | c/o Best Best & Krieger LLP | Attn: Caroline R. Djang, Esq. | caroline.djang@bbklaw.com<br>laurie.verstegen@bbklaw.com |
| Niagara Bottling LLC | c/o Morris James LLP | Attn: Eric J. Monzo &<br>Brya M. Keilson | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Nissan Motor Acceptance Corp | c/o Weltman Weinberg & Reis Co. LPA | Attn: Scott Fink | bronationalecf@weltman.com<br>sfink@weltman.com |
| Office of the U.S. Trustee | Attn: Joseph J. McMahon, Jr. | | joseph.mcmahon@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Bantam Materials International | Attn: Vytas Gruodis | carolina.velarde@bantaminc.com<br>vytas.gruodis@bantaminc.com |
| Official Committee of Unsecured Creditors | c/o Banyan Plastics | Attn: Sloan Sherman | sloan@banyanplastics.com |
| Official Committee of Unsecured Creditors | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq.,<br>Stanley B. Tarr, Esq., &<br>Jose F. Bibiloni, Esq. | jbibiloni@blankrome.com<br>kelbon@blankrome.com<br>tarr@blankrome.com |
| Official Committee of Unsecured Creditors | c/o Exact Staff Inc. | Attn: Gordon Smith | gordonsmith17@yahoo.com<br>kgoodwin@exactstaff.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Erin N. Brady,<br>David P. Simonds, &<br>Edward McNeilly | erin.brady@hoganlovells.com<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br>cindy.mitchell@hoganlovells.com<br>tracy.southwell@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Kevin J. Carey | kevin.carey@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Hogan Lovells US LLP | Attn: Pieter Van Tol | pieter.vantol@hoganlovells.com |
| Official Committee of Unsecured Creditors | c/o Replenysh Inc. | Attn: Mark Armen | mark@replenysh.com<br>legal@replenysh.com |
| Official Committee of Unsecured Creditors | c/o rPlanet Earth Los Angeles LLC | Attn: Robert Daviduk | bob@rplanetearth.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Andrew C. Ambruoso, Esq. | andrew.ambruoso@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: James Ktsanes, Esq. | james.ktsanes@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. &<br>Nicholas J. Messana, Esq. | jeff.bjork@lw.com<br>nicholas.messana@lw.com |
| Orion Energy Partners Investment Agent LLC | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady,<br>Edwin J. Harron, &<br>Kara Hammond Coyle | bankfilings@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |
| Otterbourg P.C. | Attn: Andrew M. Kramer & David E. Morse | | akramer@otterbourg.com<br>dmorse@otterbourg.com |
| Pepsi-Cola Advertising and Marketing Inc. | c/o FrankGecker LLP | Attn: Joseph D. Frank,<br>Jeremy Kleinman | jkleinman@fgllp.com<br>jfrank@fgllp.com<br>mmatlock@fgllp.com<br>csmith@fgllp.com<br>csucic@fgllp.com<br>knewbury@fgllp.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | kevin.mangan@wbd-us.com<br>heidi.sasso@wbd-us.com<br>chris.lewis@wbd-us.com<br>rachel.metzger@wbd-us.com |
| PolyQuest Inc. & PQ Recycling LLC | c/o Smith Anderson Blount Dorsett Mitchell & Jernigan LLP | Attn: Gerald A. Jeutter, Jr., Esq. & Anna B. Osterhout, Esq. | jjeutter@smithlaw.com<br>aosterhout@smithlaw.com |
| Riverside County Treasurer-Tax Collector | Attn: Ronak N. Patel, Esq. | | rpatel@co.riverside.ca.us<br>DrEsparza@RIVCO.ORG |
| Scrap Management Inc. | Attn: Igor Beylin | | ib@scrapmanagement.com |
| Securities & Exchange Commission | Attn: Marc Berger, Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission | c/o Office of General Counsel-Bankruptcy | Attn: Michael A. Berman | secbankruptcy-ogc-ado@sec.gov |
| Shermco Industries Inc | Attn: Allison Jones | | ajones@shermco.com |
| Shermco Industries Inc. | Attn: Kim Gawronski, Legal | | kim.gawronski@shermco.com |
| Solid Waste Services Inc. dba J.P. Mascaro & Sons | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothschild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| Sorema Division of Previero N. srl. | c/o Freeborn & Peters LLP | Attn: Jason J. Ben, Esq. | jben@freeborn.com |
| Sorema Division of Previero N. srl. | c/o Goldstein & McClintock LLLP | Attn: Maria Aprile Sawczuk, Esq. | marias@goldmclaw.com<br>marias@ecf.courtdrive.com<br>katelynnet@goldmclaw.com |
| Starlinger & Co. Gesellschaft M.B.H. | c/o Haynsworth Sinkler Boyd PA | Attn: Frank T. Davis III | fdavis@hsblawfirm.com<br>hharrington@hsblawfirm.com<br>mphillips@mmwr.com<br>marc-phillips-8177@ecf.pacerpro.com<br>smcguffin@hsblawfirm.com |
| Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | | Jeff.Wilkison@stonebriarcf.com |
| Sunteck Transport Co LLC | Attn: Desmond Dunbar | | desmond.dunbar@sunteckts.com |
| TotalRecycle Inc. | c/o Fox Rothschild LLP | Attn: Michael G. Menkowitz, Esq. & Jason C. Manfrey, Esq. | mmenkowitz@foxrothschild.com<br>jmanfrey@foxrothschild.com<br>jdistanislao@foxrothschild.com<br>brian-oneill-fox-5537@ecf.pacerpro.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Troutman Pepper Hamilton Sanders LLP | Attn: David B. Stratton, Evelyn J. Meltzer, & Kenneth A. Listwak | david.stratton@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| UMB Bank N.A., in its separate capacities as TX DIP Agent, PA DIP Agent, TX Bonds Trustee, and PA Bonds Trustee | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, Sarah Gryll, & Ginger Clements | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com<br>ginger.clements@arnoldporter.com |
| Warner & Warner Inc. | Attn: Judy Kirschling | | judy.kirschling@warnerpackaging.com |
| Warner & Warner Inc. | Attn: Stacy McCullough | | smccullough@m2attys.com |
| Waste Management Recycle America LLC | c/o Monzack Mersky & Browder PA | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |