IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 923** |

**CERTIFICATE OF NO OBJECTION REGARDING
FOURTH MONTHLY APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE
<u>PERIOD FROM AUGUST 1, 2021 THROUGH AUGUST 31, 2021</u>**

On September 24, 2021, Province, LLC ("<u>Province</u>") filed the *Fourth Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from August 1, 2021 Through August 31, 2021* [Docket No. 923] (the "<u>Application</u>") with the United States Bankruptcy Court for the District of Delaware. The notice appended to the Application established a deadline of October 15, 2021 at 4:00 p.m. (prevailing Eastern Time) for filing and service of objections or responses to the Application. The undersigned hereby certifies that he has received no formal or informal objection or response to the Application. The undersigned further certifies that he has reviewed the docket in this case and that no objections or responses to the Application appears thereon.

---

[1] The Debtors were formerly called CarbonLite Holdings, LLC and the subsidiaries thereof. The current names of the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC f/k/a CarbonLite Holdings LLC (8957); CL I Winddown LLC f/k/a CarbonLite Industries LLC (3596); CL PH Winddown LLC f/k/a CarbonLite P Holdings, LLC (8957); CL PA Winddown LLC f/k/a CarbonLite P, LLC (5453); CL PIH Winddown LLC f/k/a CarbonLite PI Holdings LLC (8957); CL PP Winddown LLC f/k/a CarbonLite Pinnpack LLC (8957); CL RH Winddown LLC f/k/a CarbonLite Recycling Holdings LLC (8957); CL Sub Winddown LLC f/k/a CarbonLite Sub-Holdings, LLC (8957); PP PA Winddown LLC f/k/a Pinnpack P, LLC (8322); CL R Winddown LLC f/k/a CarbonLite Recycling LLC (3727); and PSS Winddown LLC f/k/a Pinnpack Packaging LLC (9948).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 232], upon the filing of this certificate of no objection and without the need for entry of a Court order approving the Application, the above-captioned debtor and debtor-in-possession is authorized to pay Province $15,190.20, which is the sum of (i) $15,128.40, which represents eighty percent (80%) of the fees requested in the Application ($18,910.50), and (ii) $61.80, which represents one-hundred percent (100%) of the expenses requested in the Application.

Dated: October 18, 2021  
Wilmington, Delaware

**BLANK ROME LLP**

 /s/ Stanley B. Tarr  
Regina Stango Kelbon (DE No. 5444)  
Stanley B. Tarr (DE No. 5535)  
Jose F. Bibiloni (DE No. 6261)  
1201 Market Street, Suite 800  
Wilmington, Delaware 19801  
Telephone:   (302) 425-6400  
Facsimile:   (302) 425-6464  
E-mail:   Regina.Kelbon@BlankRome.com  
   Stanley.Tarr@BlankRome.com  
   Jose.Bibiloni@BlankRome.com

-and-

**HOGAN LOVELLS US LLP**  
Erin N. Brady  
David P. Simonds  
Edward McNeilly  
1999 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067  
Telephone:   (310) 785-4600  
Facsimile:   (310) 785-4601  
Email:   erin.brady@hoganlovells.com  
   david.simonds@hoganlovells.com  
   edward.mcneilly@hoganlovells.com

-and-

**HOGAN LOVELLS US LLP**  
Kevin Carey  
1735 Market St., Floor 23

...

Philadelphia, PA 19103
Telephone: (267) 675-4600
Facsimile: (267) 675-4601
Email: kevin.carey@hoganlovells.com

*Counsel to the CL Liquidation Trust*

161399.01600/127169367v.1