# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CL H WINDDOWN LLC, *et al.,*[1] | : | |
| | : | Case No. 21-10527 (JTD) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| _____ | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that Michael Busenkell, Esq., and Gellert Scali Busenkell & Brown, LLC, hereby withdraw as counsel to Exact Staff, Inc., in the above-captioned cases, and request to be removed from all service lists.

Dated: November 8, 2021
Wilmington, DE

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile:  (302) 425-5814
Email: mbusenkell@gsbblaw.com

*Withdrawing Counsel to Exact Staff, Inc.*

---

[1] The Debtors were formerly called CarbonLite Holdings, LLC and the subsidiaries thereof. The current names of the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC f/k/a CarbonLite Holdings LLC (8957); CL I Winddown LLC f/k/a CarbonLite Industries LLC (3596); CL PH Winddown LLC f/k/a CarbonLite P Holdings, LLC (8957); CL PA Winddown LLC f/k/a CarbonLite P, LLC (5453); CL PIH Winddown LLC f/k/a CarbonLite PI Holdings LLC (8957); CL PP Winddown LLC f/k/a CarbonLite Pinnpack LLC (8957); CL RH Winddown LLC f/k/a CarbonLite Recycling Holdings LLC(8957); C L Sub Winddown LLC f/k/a CarbonLite Sub-Holdings, LLC (8957); PP PA Winddown LLC f/k/a Pinnpack P, LLC (8322); CL R Winddown LLC f/k/a CarbonLite Recycling LLC (3727); and PSS Winddown LLC f/k/a Pinnpack Packaging LLC (9948).