# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[1] | ) Case No. 21-10527 (JTD) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 985** |

### NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE LIQUIDATION TRUSTEE'S FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS (AMENDED AND LATE FILED)

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

PLEASE TAKE NOTICE Amanda Demby Swift, in her capacity as the liquidation trustee (in such capacity, the "Liquidation Trustee") of the CarbonLite Liquidation Trust (the "Liquidation Trust"), the trust established pursuant to the Debtors' First Amended Chapter 11 Plan of Liquidation (the "Plan"), through her undersigned counsel, filed the *Liquidation Trustee's Fifth Omnibus Objection (Non-Substantive) to Certain Claims (Amended and Late-Filed)* [Docket No. 985] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). A hearing on the Omnibus Objection is scheduled for December 21, 2021 at 1:00 p.m. prevailing Eastern Time.

PLEASE TAKE FURTHER NOTICE that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers of the Honorable John T. Dorsey, with all attachments, together with a copy of the Omnibus Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to the Liquidation Trustee.

| | |
|---|---|
| Dated: December 7, 2021<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Stanley B. Tarr*<br>Regina Stango Kelbon (DE No. 5444)<br>Stanley B. Tarr (DE No. 5535)<br>Jose F. Bibiloni (DE No. 6261)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:  (302) 425-6400<br>Facsimile:  (302) 425-6464<br>E-mail:  Regina.Kelbon@BlankRome.com<br>  Stanley.Tarr@BlankRome.com<br>  Jose.Bibiloni@BlankRome.com<br><br>-and-<br><br>**HOGAN LOVELLS US LLP**<br>Erin N. Brady<br>David P. Simonds<br>Edward McNeilly<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone:  (310) 785-4600<br>Facsimile:  (310) 785-4601<br>Email:  erin.brady@hoganlovells.com<br>  david.simonds@hoganlovells.com<br>  edward.mcneilly@hoganlovells.com<br><br>-and-<br><br>**HOGAN LOVELLS US LLP**<br>Kevin Carey<br>1735 Market St., Floor 23<br>Philadelphia, PA 19103<br>Telephone:  (267) 675-4600<br>Facsimile:  (267) 675-4601<br>Email:  kevin.carey@hoganlovells.com<br><br>*Counsel to the Liquidation Trustee* |