**EXHIBIT 1**

| PROFESSIONAL | APPROVED FEES | APPROVED EXPENSES |
|---|---|---|
| **Pachulski Stang Ziehl & Jones** <br> *Counsel to the Debtor and Debtor in Possession* <br> March 8, 2021 through September 20, 2021 | $5,919,700.50 | $172,928.60 |
| **Reed Smith LLP** <br> *Special Corporate Counsel to Debtor and Debtor in Possession* <br> March 8, 2021 through September 20, 2021 | $396,604.50 | $38.90 |
| **Stretto, Inc.** <br> *Administrative Advisor to the Debtor and Debtor in Possession* <br> March 8, 2021 through September 20, 2021 | $24,500.08 | $0.00 |
| **BDO USA, LLP** <br> *Tax Accountant to the Debtor and Debtor in Possession* <br> June 11, 2021 through September 20, 2021 | $118,552.50 | $0.00 |
| **Hogan Lovells US LLP** <br> *Counsel to the Official Committee of Unsecured Creditors* <br> March 24, 2021 through September 20, 2021 | $2,341,238.50 | $9,548.11 |
| **Blank Rome LLP** <br> *Co-Counsel to the Official Committee of Unsecured Creditors* <br> March 25, 2021 through September 20, 2021 | $198,172.00 | $6,511.98 |
| **Province, LLC** <br> *Financial Advisor to the Official Committee of Unsecured Creditors* <br> March 25, 2021 through September 20, 2021 | $1,368,887.70 | $1,638.57 |