

**Claims Register as of 6/30/2022**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | General Unsecured | Secured | Priority | Administrative Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Emil Halimi | | Address Redacted | | | | | | | 03/16/2021 | General Unsecured | $3,420,833.33 | $3,420,833.33 | | | |
| 19 | Emil Halimi | | Address Redacted | | | | | | | 03/16/2021 | General Unsecured | $1,568,750.00 | $1,568,750.00 | | | |
| 37 | Boggs Electric Company, Inc. | Attn: Michael Boggs | 5303 Buford Jett Ln | | | Balch Springs | TX | 75180 | | 03/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 55 | Bayan Plastics LLC | Attn: Shirley Palumbo, Esq. | 525 Okeechobee Blvd | Suite 900 | | West Palm Beach | FL | 33401 | | 03/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 70 | Bayan Plastics LLC | Attn: Shirley Palumbo, Esq. | 525 Okeechobee Blvd | Suite 900 | | West Palm Beach | FL | 33401 | | 03/25/2021 | General Unsecured | $0.00 | Expunged | | | |
| 84 | Department of Treasury | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 03/29/2021 | General Unsecured Priority | $0.00 | Expunged | | Expunged | |
| 116 | F. G. Wilcox, Inc. | Attn: Carolyn L. Wilcox | 201 N Rive Ave | Suite F | | Oxnard | CA | 93030 | | 04/05/2021 | General Unsecured | $0.00 | Expunged | | | |
| 126 | Kiefer Werkzeugbau GmbH | Attn: Claudia Kiefer | Steinhäldenstraße 11 | | | Schwaigern | | 74193 | Germany | 04/07/2021 | General Unsecured | $0.00 | Expunged | | | |
| 139 | Helios Consulting, Inc. | Attn: Jagesh Shah | 16326 Glen Alder Ct | | | La Mirada | CA | 90638 | | 04/11/2021 | General Unsecured | $16,250.00 | $16,250.00 | | | |
| 167 | Shermco Industries Inc. | Attn: Kim Gawronski, Legal | 2425 E Pioneer Dr | | | Irving | TX | 75061 | | 04/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 180 | Behzad D Binafard | | Address Redacted | | | | | | | 04/20/2021 | General Unsecured | $350,000.00 | $350,000.00 | | | |
| 181 | Shahram Afshani | | Address Redacted | | | | | | | 04/20/2021 | General Unsecured | $3,200,000.00 | $3,200,000.00 | | | |
| 182 | Windmill Realty Advisors, Inc. | Attn: Legal | PO Box 98099 | | | Las Vegas | NV | 89193 | | 04/20/2021 | General Unsecured | $1,000,000.00 | $1,000,000.00 | | | |
| 197 | Atlas Copco Compressors LLC | Attn: Stephanie Moore - Credit & Finance Manager | 300 Technology Center Way | Suite 550 | | Rock Hill | SC | 29730 | | 04/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 203 | Vassell, Brandon | | Address Redacted | | | | | | | 04/23/2021 | General Unsecured | $0.00 | Blank | | | |
| 205 | Cepeda, Juan | | Address Redacted | | | | | | | 04/23/2021 | Secured | $0.00 | | Expunged | | |
| 211 | Howard Roofing Company Inc. | | 245 N Mountain View Ave | | | Pomona | CA | 91767 | | 04/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 221 | Hub Group, Inc. | Attn: William Kucan | 2000 Clearwater Dr | | | Oak Brook | IL | 60523 | | 04/27/2021 | General Unsecured | $0.00 | Expunged | | | |
| 230 | Toyota Industries Commercial Finance, Inc. | c/o Swanson Martin & Bell LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Dr | Suite 204 | Lisle | IL | 60532 | | 04/29/2021 | General Unsecured | $0.00 | Expunged | | | |
| 293 | UGI Utilities, Inc. | Attn: Melanie Anderson | PO Box 13009 | | | Reading | PA | 19612 | | 05/13/2021 | General Unsecured | $0.00 | Expunged | | | |
| 312 | Nations Fund I, LLC | c/o Farrell Fritz PC | Attn: Darren Pascarella | 400 RXR Plaza | | Uniondale | NY | 11556 | | 05/18/2021 | General Unsecured Administrative Priority | $3,938.14 | $3,938.14 | | | $0.00 |
| 323 | Monteleone & McCrory, LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 334 | Exact Staff, Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 347 | UMB Bank, N.A., as Prepetition Trustee on behalf of the TX Bondholders | Attn: Gordon Gendler | 120 S Sixth St | Suite 1400 | | Minneapolis | MN | 55402 | | 05/19/2021 | General Unsecured Secured | $0.00 | Expunged | Expunged | | |
| 348 | UMB Bank, N.A., as Prepetition Trustee on behalf of the PA 2019 and 2020 | Attn: Gordon Gendler | 120 S Sixth St | Suite 1400 | | Minneapolis | MN | 55402 | | 05/19/2021 | General Unsecured Secured | $0.00 | Expunged | Expunged | | |
| 349 | Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 355 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 376 | Novian & Novian LLP | Attn: Farid Novian | 1801 Century Park E | Suite 1201 | | Los Angeles | CA | 90067 | | 05/20/2021 | General Unsecured | $133,020.19 | $133,020.19 | | | |
| 377 | Luckey Logistics LLC | c/o James Kelly Law Firm | Attn: James M Kelly | 7817 N Knoxville Ave | | Peoria | IL | 61614 | | 05/20/2021 | General Unsecured | $0.00 | Expunged | | | |
| 386 | Prologis Targeted US Logistics Fund LP | c/o Faegre Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | | Florham Park | NJ | 07932 | | 05/21/2021 | General Unsecured | $0.00 | Unliquidated | | | |
| 389 | Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | 1313 N Market St | Suite 1200 | Wilmington | DE | 19801 | | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 395 | Sorema Division of Previero N. srl. | c/o Freeborn & Peters LLP | Attn: Jason J. Ben, Esq. | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | | 05/21/2021 | General Unsecured | $0.00 | Withdrawn | | | |
| 401 | Duris Corporation | Attn: Joseph Hong | 2450 Tapo St | | | Simi Valley | CA | 93063 | | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 413 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | | 06/07/2021 | Secured | $0.00 | | Expunged | | |
| 414 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | | 06/07/2021 | Secured | $0.00 | | Expunged | | |
| 423 | Department of Treasury | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 06/18/2021 | General Unsecured | $5,372.50 | $5,372.50 | | | |
| 434 | Richard Costa | | Address Redacted | | | | | | | 06/23/2021 | General Unsecured Priority | $0.00 | Expunged | | Expunged | |
| 458 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | | 07/09/2021 | Administrative Priority | $45,136.00 | | | | $45,136.00 |
| 460 | Reign Industries Inc. | Attn: Shahriar Sadeghi | 357 Cliffwood Park St | Suite A | | Brea | CA | 92821 | | 07/12/2021 | General Unsecured | $0.00 | Expunged | | | |
| 461 | Reign Industries Inc. | | 357 Cliffwood Park St | Suite A | | Brea | CA | 92821 | | 07/12/2021 | General Unsecured | $0.00 | Expunged | | | |
| 464 | Broukhim Pension Plan | | 10614 Riverside Dr | | | North Hollywood | CA | 91602 | | 07/14/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 467 | Jose Reyes Services | | 12413 Hadley St | | | Whittier | CA | 90601-3916 | | 07/18/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 473 | Property Tax Assistance | | 16600 Woodruff Ave | | | Bellflower | CA | 90706 | | 07/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 481 | Riverside Public Utilities | | 3900 Main St | | | Riverside | CA | 92522-0144 | | 07/22/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 491 | Franchise Tax Board | Attn: Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | 08/03/2021 | Priority | $800.00 | | | $800.00 | |
| 493 | Shermco Industries Inc. | Attn: Kim Gawronski, Legal | 2425 E Pioneer Dr | | | Irving | TX | 75061 | | 08/05/2021 | General Unsecured | $0.00 | Expunged | | | |
| 499 | Waste Connections Lone Star, Inc. dba Waste Connections of Texas | c/o Parkinson Phinney | 3600 American River Dr | Suite 145 | | Sacramento | CA | 95864 | | 08/11/2021 | General Unsecured | $361,529.73 | $361,529.73 | | | |
| 503 | U.S. Customs and Border Protection | Attn: Revenue Division, Bankruptcy Team | 6650 Telecom Dr | Suite 100 | | Indianapolis | IN | 46278 | | 08/31/2021 | Priority | $0.00 | | | 0.00 + unliq/contingent | |
| 509 | Adrienne Varvaro | c/o Binder Inc. | 585 Johnson Ave | Suite 1D | | Bohemia | NY | 11716 | | 09/28/2021 | General Unsecured | $0.00 | Expunged | | | |
| 514 | Chesapeake Materials [Chesapeake Material Services, LLC] | Attn: Mark Goodman | 1157 Mayo Rd | Suite 310 | | Mayo | MD | 21106 | | 10/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 517 | Fedex Corporate Services Inc | as Assignee of Fedex Express/Ground/Freight/Office | 3965 Airways Blvd | Module G | 3rd Fl | Memphis | TN | 38116-5017 | | 12/20/2021 | General Unsecured | $0.00 | Expunged | | | |



## Claims Register as of 6/30/2022
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | General Unsecured | Secured | Priority | Administrative Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 509 | Adrienne Varvaro | c/o Binder Inc. | 585 Johnson Ave | Suite 1D | | Bohemia | NY | 11716 | | 09/28/2021 | General Unsecured | $0.00 | Expunged | | | |
| 197 | Atlas Copco Compressors LLC | Attn: Stephanie Moore - Credit & Finance Manager | 300 Technology Center Way | Suite 550 | | Rock Hill | SC | 29730 | | 04/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 355 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 55 | Bayan Plastics LLC | Attn: Shirley Palumbo, Esq. | 525 Okeechobee Blvd | Suite 900 | | West Palm Beach | FL | 33401 | | 03/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 70 | Bayan Plastics LLC | Attn: Shirley Palumbo, Esq. | 525 Okeechobee Blvd | Suite 900 | | West Palm Beach | FL | 33401 | | 03/25/2021 | General Unsecured | $0.00 | Expunged | | | |
| 180 | Behzad D Binafard | | Address Redacted | | | | | | | 04/20/2021 | General Unsecured | $350,000.00 | $350,000.00 | | | |
| 37 | Boggs Electric Company, Inc. | Attn: Michael Boggs | 5303 Buford Jett Ln | | | Balch Springs | TX | 75180 | | 03/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 464 | Broukhim Pension Plan | | 10614 Riverside Dr | | | North Hollywood | CA | 91602 | | 07/14/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 413 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | | 06/07/2021 | Secured | $0.00 | | Expunged | | |
| 414 | California Department of Resources Recycling & Recovery | c/o California Department of Justice, Office of the Attorney General | Attn: Andrea M. Kendrick | 1300 I St | Suite 125 | Sacramento | CA | 95814 | | 06/07/2021 | Secured | $0.00 | | Expunged | | |
| 205 | Cepeda, Juan | | Address Redacted | | | | | | | 04/23/2021 | Secured | $0.00 | | Expunged | | |
| 514 | Chesapeake Materials [Chesapeake Material Services, LLC] | Attn: Mark Goodman | 1157 Mayo Rd | Suite 310 | | Mayo | MD | 21106 | | 10/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 84 | Department of Treasury | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 03/29/2021 | General Unsecured Priority | $0.00 | Expunged | | Expunged | |
| 423 | Department of Treasury | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 06/18/2021 | General Unsecured | $5,372.50 | $5,372.50 | | | |
| 401 | Duris Corporation | Attn: Joseph Hong | 2450 Tapo St | | | Simi Valley | CA | 93063 | | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 18 | Emil Halimi | | Address Redacted | | | | | | | 03/16/2021 | General Unsecured | $3,420,833.33 | $3,420,833.33 | | | |
| 19 | Emil Halimi | | Address Redacted | | | | | | | 03/16/2021 | General Unsecured | $1,568,750.00 | $1,568,750.00 | | | |
| 458 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | | 07/09/2021 | Administrative Priority | $45,136.00 | | | | $45,136.00 |
| 334 | Exact Staff, Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 116 | F. G. Wilcox,Inc. | Attn: Carolyn L. Wilcox | 201 N Rive Ave | Suite F | | Oxnard | CA | 93030 | | 04/05/2021 | General Unsecured | $0.00 | Expunged | | | |
| 517 | Fedex Corporate Services Inc | as Assignee of Fedex Express/Ground/Freight/Office | 3965 Airways Blvd | Module G | 3rd Fl | Memphis | TN | 38116-5017 | | 12/20/2021 | General Unsecured | $0.00 | Expunged | | | |
| 491 | Franchise Tax Board | Attn: Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | 08/03/2021 | Priority | $800.00 | | | $800.00 | |
| 139 | Helios Consulting, Inc. | Attn: Jagesh Shah | 16326 Glen Alder Ct | | | La Mirada | CA | 90638 | | 04/11/2021 | General Unsecured | $16,250.00 | $16,250.00 | | | |
| 211 | Howard Roofing Company Inc. | | 245 N Mountain View Ave | | | Pomona | CA | 91767 | | 04/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 221 | Hub Group, Inc. | Attn: William Kucan | 2000 Clearwater Dr | | | Oak Brook | IL | 60523 | | 04/27/2021 | General Unsecured | $0.00 | Expunged | | | |
| 467 | Jose Reyes Services | | 12413 Hadley St | | | Whittier | CA | 90601-3916 | | 07/18/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 126 | Kiefer Werkzeugbau GmbH | Attn: Claudia Kiefer | Steinhäldenstraße 11 | | | Schwaigern | | 74193 | Germany | 04/07/2021 | General Unsecured | $0.00 | Expunged | | | |
| 377 | Luckey Logistics LLC | c/o James Kelly Law Firm | Attn: James M Kelly | 7817 N Knoxville Ave | | Peoria | IL | 61614 | | 05/20/2021 | General Unsecured | $0.00 | Expunged | | | |
| 323 | Monteleone & McCrory, LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 312 | Nations Fund I, LLC | c/o Farrell Fritz PC | Attn: Darren Pascarella | 400 RXR Plaza | | Uniondale | NY | 11556 | | 05/18/2021 | General Unsecured Administrative Priority | $3,938.14 | $3,938.14 | | | $0.00 |
| 376 | Novian & Novian LLP | Attn: Farid Novian | 1801 Century Park E | Suite 1201 | | Los Angeles | CA | 90067 | | 05/20/2021 | General Unsecured | $133,020.19 | $133,020.19 | | | |
| 389 | Plastic Express | c/o Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Esq. | 1313 N Market St | Suite 1200 | Wilmington | DE | 19801 | | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 386 | Prologis Targeted US Logistics Fund LP | c/o Faegre Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | 600 Campus Dr | | Florham Park | NJ | 07932 | | 05/21/2021 | General Unsecured | $0.00 | Unliquidated | | | |
| 473 | Property Tax Assistance | | 16600 Woodruff Ave | | | Bellflower | CA | 90706 | | 07/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 460 | Reign Industries Inc. | Attn: Shahriar Sadeghi | 357 Cliffwood Park St | Suite A | | Brea | CA | 92821 | | 07/12/2021 | General Unsecured | $0.00 | Expunged | | | |
| 461 | Reign Industries Inc. | | 357 Cliffwood Park St | Suite A | | Brea | CA | 92821 | | 07/12/2021 | General Unsecured | $0.00 | Expunged | | | |
| 434 | Richard Costa | | Address Redacted | | | | | | | 06/23/2021 | General Unsecured Priority | $0.00 | Expunged | | Expunged | |
| 481 | Riverside Public Utilities | | 3900 Main St | | | Riverside | CA | 92522-0144 | | 07/22/2021 | Administrative Priority | $0.00 | | | | Expunged |
| 181 | Shahram Afshani | | Address Redacted | | | | | | | 04/20/2021 | General Unsecured | $3,200,000.00 | $3,200,000.00 | | | |
| 167 | Shermco Industries Inc. | Attn: Kim Gawronski, Legal | 2425 E Pioneer Dr | | | Irving | TX | 75061 | | 04/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 493 | Shermco Industries Inc. | Attn: Kim Gawronski, Legal | 2425 E Pioneer Dr | | | Irving | TX | 75061 | | 08/05/2021 | General Unsecured | $0.00 | Expunged | | | |
| 395 | Sorema Division of Previero N. srl. | c/o Freeborn & Peters LLP | Attn: Jason J. Ben, Esq. | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | | 05/21/2021 | General Unsecured | $0.00 | Withdrawn | | | |
| 349 | Stonebriar Commercial Finance LLC | Attn: Jeffrey L. Wilkison, SVP | 5601 Granite Pkwy | Suite 1350 | | Plano | TX | 75024 | | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 230 | Toyota Industries Commercial Finance, Inc. | c/o Swanson Martin & Bell LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Dr | Suite 204 | Lisle | IL | 60532 | | 04/29/2021 | General Unsecured | $0.00 | Expunged | | | |
| 503 | U.S. Customs and Border Protection | Attn: Revenue Division, Bankruptcy Team | 6650 Telecom Dr | Suite 100 | | Indianapolis | IN | 46278 | | 08/31/2021 | Priority | $0.00 | | | 0.00 + unliq/contingent | |
| 293 | UGI Utilities, Inc. | Attn: Melanie Anderson | PO Box 13009 | | | Reading | PA | 19612 | | 05/13/2021 | General Unsecured | $0.00 | Expunged | | | |
| 348 | UMB Bank, N.A., as Prepetition Trustee on behalf of the PA 2019 and 2020 | Attn: Gordon Gendler | 120 S Sixth St | Suite 1400 | | Minneapolis | MN | 55402 | | 05/19/2021 | General Unsecured Secured | $0.00 | Expunged | Expunged | | |
| 347 | UMB Bank, N.A., as Prepetition Trustee on behalf of the TX Bondholders | Attn: Gordon Gendler | 120 S Sixth St | Suite 1400 | | Minneapolis | MN | 55402 | | 05/19/2021 | General Unsecured Secured | $0.00 | Expunged | Expunged | | |
| 203 | Vassell, Brandon | | Address Redacted | | | | | | | 04/23/2021 | General Unsecured | $0.00 | Blank | | | |
| 499 | Waste Connections Lone Star, Inc. dba Waste Connections of Texas | c/o Parkinson Phinney | 3600 American River Dr | Suite 145 | | Sacramento | CA | 95864 | | 08/11/2021 | General Unsecured | $361,529.73 | $361,529.73 | | | |
| 182 | Windmill Realty Advisors, Inc. | Attn: Legal | PO Box 98099 | | | Las Vegas | NV | 89193 | | 04/20/2021 | General Unsecured | $1,000,000.00 | $1,000,000.00 | | | |